UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**DANIEL B. GRAVES,**                         **JUDGE JONES**
          Plaintiff(s),                  Index No. 07 CIV. 5471

   -against-                          **AFFIDAVIT OF SERVICE**

**DEUTSCHE BANK SECURITIES, INC.,**
        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                   S.S.:
COUNTY OF NEW YORK)

       **DARRYL GREEN**, being duly sworn, deposes and says:

       I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

       That on the 13th day of June 2007, at approximately 1:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF JURY TRIAL DEMANDED, ORDER GRANTING PLAINTIFF'S CONSENTED NOTICE OF MOTION AND MOTION FOR THE ADMISSION PRO HAC VICE OF RICHARD T. SEYMOUR AND ADELE RAPPORT AS COUNSEL FOR PLAINTIFF , CIVIL COVER SHEET, JUDGES' RULES AND PLAINTIFF'S CONSENTED NOTICE OF MOTION AND MOTION FOR THE ADMISSION PRO HAC VICE OF RICHARD T. SEYMOUR AND ADELE RAPPORT AS ADDITIONAL COUNSEL FOR PLAINTIFF** upon Deutsche Bank Securities, Inc. at 60 Wall Street, New York, NY 10005, by personally delivering and leaving the same with John Nidhiry, Vice President/Legal Department, who informed deponent that he is an officer authorized by law to receive service at that address.

John Nidhiry is a white male, approximately 35 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 160 pounds with black hair and brown eyes.

*[signature]*
**DARRYL GREEN #0866535**

Subscribed and sworn to this
15th day of June, 2007
_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

...GOLDMAN
...TE OF NEW YORK
...O5062405
...NEW YORK COUNTY
...SSION EXPIRES JULY 1, 2010