Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

DANIEL B. GRAVES,

                      Plaintiff,

           - against -

DEUTSCHE BANK SECURITIES INC.

                      Defendant.

------------------------------------------------X

07 Civ. 5471 (BSJ)

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusal, Defendant, Deutsche Bank Securities Inc., a nongovernmental corporate party, through its undesigned counsel, certifies that the following are its corporate parents: Deutsche Bank AG, Tannus Corporation and Deutsche Bank Financial Markets Holding Corporation.

       Defendant further certifies that, other than the aforementioned corporate parents, there is no publicly held corporation that owns 10% or more of Deutsche Bank Securities Inc.'s stock.

Dated: July 3, 2007
    New York, New York

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.