Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DANIEL B. GRAVES,

            Plaintiff,

    - against -

DEUTSCHE BANK SECURITIES INC.

            Defendant.

------------------------------------X

07 Civ. 5471 (BSJ)

**AFFIRMATION OF CLIFF FONSTEIN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND TO STRIKE PORTIONS OF THE COMPLAINT**

       CLIFF FONSTEIN, an attorney at law duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

    1.    I am a member of the bar of this Court and a member of Sidley Austin LLP, counsel for Defendant Deutsche Bank Securities Inc. As such, I am familiar with the facts and circumstances of the instant action.

    2.    A true and correct copy of the Complaint in this action filed on June 8, 2007, is attached hereto as Exhibit A.

3. A true and correct copy of Plaintiff Daniel Graves's Charge of Discrimination, dated July 20, 2004, is attached hereto as Exhibit B.

Dated: July 3, 2007
      New York, New York

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 3rd day of July, 2007, I caused a true and correct copy of the foregoing Affirmation of Cliff Fonstein to be served upon the following parties:

Attorneys for Plaintiff:
Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
(via Federal Express)

Steven A. Berger
Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, New York 10019
(via hand-delivery)

_____
Joanne Seltzer