Steven A. Berger (SB 2038)
Jonathan Rogin (JR 9800)
Thomas E. Hone (TH 7420)
BERGER & WEBB, LLP
*Attorneys for Plaintiff*
1633 Broadway, 46th Floor
New York, NY 10019
(212) 319-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DANIEL B. GRAVES,

           *Plaintiff*,

v.

DEUTSCHE BANK SECURITIES, INC.,

           *Defendant*.

Civil Action No. 07 CIV. 5471 (BSJ)

### ORDER GRANTING PLAINTIFF'S CONSENTED NOTICE OF MOTION AND MOTION FOR THE ADMISSION *PRO HAC VICE* OF RICHARD T. SEYMOUR AND ADELE RAPPORT AS COUNSEL FOR PLAINTIFF

    This matter comes before the Court upon Plaintiffs' Consented Notice of Motion and Motion for the Admission *Pro Hac Vice* of Richard T. Seymour and Adele Rapport as Additional Counsel for Plaintiff, supported by the annexed affidavits of Richard T. Seymour and Adele Rapport, the Certificates of Good Standing annexed thereto, and upon the declaration of Jonathan Rogin.

    It appears that Mr. Seymour and Ms. Rapport are qualified and experienced in litigation in this District. It is therefore hereby

    ORDERED, that the Motion is granted and that Richard T. Seymour and Adele Rapport are hereby admitted *pro hac vice*, pursuant to Rule 1.3(c) of the Local Rules of this Court, as counsel for plaintiff.

This 3rd day of July, 2007.

                                          _____
                                                  U.S.D.J.

70195.1