Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300
Attorneys For Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
DANIEL B. GRAVES,                    :
                  Plaintiff,         :   07 Civ. 5471 (BSJ)
                                     :
        - against -                  :   **NOTICE OF APPEARANCE**
                                     :
DEUTSCHE BANK SECURITIES INC.        :
                                     :
                  Defendant.         :
                                     ::
-------------------------------------X

Please enter my appearance in the above-captioned action as counsel for Defendant Deutsche Bank Securities Inc. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this court.

Respectfully submitted,

Dated: July 6, 2007            SIDLEY AUSTIN LLP
       New York, New York

                               By: _____
                                   Joanne Seltzer
                                   787 Seventh Avenue
                                   New York, New York 10019
                                   (212) 839-5300

                               Attorneys for Defendant
                               Deutsche Bank Securities Inc.

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 6th day of July, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon the following parties:

> Attorneys for Plaintiff:
> Richard T. Seymour
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W., Suite 900
> Washington, D.C. 20036-4129
> (By electronic and regular mail)
>
> Steven A. Berger
> Berger & Webb, LLP
> 1633 Broadway, 46th Floor
> New York, New York 10019
> (By electronic and regular mail)

_____
Joanne Seltzer

NY1 6265150v.1