USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 08/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL A. GRAVES,              :

       Plaintiff,          :

    -against-               :

DEUTSCHE BANK SECURITIES, INC., :

       Defendant.          :
------------------------------------------------------------X

**ORDER**

07 Civ. 5471 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on September 5, 2007, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
      August 30, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE