# SIDLEY

**SIDLEY AUSTIN LLP**
787 SEVENTH AVENUE
NEW YORK, NY 10019
212 839 5300
212 839 5599 FAX

cfonstein@sidley.com
(212) 839-5563

| BEIJING | GENEVA | SAN FRANCISCO |
| BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO | LONDON | SINGAPORE |
| DALLAS | LOS ANGELES | TOKYO |
| | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

**MEMO ENDORSED**

August 31, 2007

AUG 31 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/4/07

**By Facsimile**
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

Re:  Graves v. Deutsche Bank, et al., No. 07 Civ. 5471

Dear Judge Fox:

We represent defendant Deutsche Bank Securities Inc. ("DBSI") in the referenced action. Further to the Court's order of yesterday setting a September 5, 2007 status conference, we write with plaintiff's consent to request an adjournment of the status conference to September 6, 2007 at 11:00 a.m. The reason we are requesting this brief adjournment is that the principal attorneys responsible for handling this matter are not available on September 5. This is DBSI's first request for an adjournment.

9/4/07

The conference previously scheduled for September 5, 2007, shall be held on September 10, 2007, at 11:00 a.m.

SO ORDERED:
/Kevin Nathaniel Fx/
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Cliff Fonstein /am

Cliff Fonstein

cc: Richard T. Seymour, Esq. (by facsimile)
Steven A. Berger, Esq. (by facsimile)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

NY1 6322597v 1