# MEMO ENDORSED



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | LOS ANGELES |
| 787 SEVENTH AVENUE | BRUSSELS | NEW YORK |
| NEW YORK, NY 10019 | CHICAGO | SAN FRANCISCO |
| (212) 839 5300 | DALLAS | SHANGHAI |
| (212) 839 5599 FAX | FRANKFURT | SINGAPORE |
| | GENEVA | SYDNEY |
| | HONG KONG | TOKYO |
| | LONDON | WASHINGTON, D.C. |

cfonstein@sidley.com
(212) 839-5563

FOUNDED 1866

~ 1 2007

October 1, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/2/07
```

By Facsimile

Hon. Kevin Nathaniel Fox
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, New York 10007

    Re: Daniel B. Graves v. Deutsche Bank Securities Inc.
      Civil Action No.: 07 Civ. 5471

Dear Judge Fox:

  The parties in the above-captioned matter jointly submit this letter seeking an extention of time from October 1, 2007 to October 8, 2007 to submit a proposed scheduling order. The parties have been working to resolve issues regarding the timing and scope of discovery and feel that the additional few days may result in an agreement.

  Other than the request to reschedule the initial status conference from September 10, 2007 to September 19, 2007, this is the first time that the parties have asked for an adjournment or an extension of time in this matter.

10/2/07
Application granted.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

*Cliff Fonstein*

cc: Richard Seymour, Esq. (by facsimile and regular mail)
   Joanne Seltzer, Esq.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships