UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL A. GRAVES,                                  :

        Plaintiff,                                :

        -against-                                 :

DEUTSCHE BANK SECURITIES, INC.,                    :

        Defendant.                                :
------------------------------------------------------------X

ORDER

07 Civ. 5471 (BSJ)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/1/07

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    During a telephonic status conference held on September 10, 2007, the parties were directed to confer and, thereafter, submit a proposed case management plan for this action. The parties complied with that directive and the Court has considered their proposed case management plan. As a result, IT IS HEREBY ORDERED that:

1.     on or before October 31, 2007, the parties shall exchange written document requests and interrogatories relating to: (a) the plaintiff's age discrimination claim, made under the Age Discrimination in Employment Act and the New York City Human Rights Law, (b) back pay, and (c) mitigation;

2.     all remaining discovery, of whatever nature, shall be initiated so as to be completed within 180 days of the decision rendered on the defendant's outstanding motion for an order dismissing the plaintiff's complaint, in part, and striking portions of the complaint; and

3.     any application to amend a pleading or to join additional parties must be served

and filed within 30 days of the decision rendered on the above-noted outstanding motion.

Dated: New York, New York
       October 31, 2007

SO ORDERED:

*[signature]*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE