UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
DANIEL B. GRAVES,                      :
                                       :
                Plaintiff,             :    07 Civ. 5471 (BSJ)
                                       :
      - against -                      :
                                       :    **(Electronically Filed)**
DEUTSCHE BANK SECURITIES INC.,         :
                                       :
                Defendant.             :
                                       :
------------------------------------- X

## STIPULATION AND ~~[PROPOSED]~~ ORDER ON PLAINTIFF'S NOTICE OF MOTION AND CONSENTED MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant Deutsche Bank Securities Inc. ("DBSI") consents to the motion submitted by Plaintiff Daniel B. Graves to amend his Complaint, as set forth in Plaintiff's Consented Motion for Leave to Amend and Supplement the Complaint.

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned counsel, that Plaintiff's original and amended Complaints do not allege any actionable injury prior to 2004 with respect to his claims under the Age Discrimination in Employment Act of 1968, 29 U.S.C. §§ 621 et seq., the Fair Labor Standards Act of 1938, 29 U.S.C. § 215(a)(3), and the New York City Human Rights Law, Title 8 of the Administrative Code of the City of New York, §§ 8-101 et seq.



Dated: New York, New York
       August 7, 2007

LAW OFFICE OF RICHARD T. SEYMOUR

  Richard T. Seymour (RS 8094)
  Adele Rapport (AR 0991)
  1500 Connecticut Ave, NW, Suite 900
  Washington, D.C. 20036-4129
  (202) 862-4320
  (202) 549-1454 – Cell
  (800) 805-1065 – Telecopier

BERGER & WEBB, LLP

  Steven A. Berger (SB-2038)
  Jonathan Rogin (JR-9800)
  Thomas E. Hone (TH-7420)
  1633 Broadway, 46th Floor
  New York, N.Y. 10019
  (212) 319-1900 – Telephone
  (212) 319-2017 and -2018 – Telecopiers

By: _____
    Attorneys for Plaintiff

SIDLEY AUSTIN LLP

  Cliff Fonstein
  Joanne Seltzer
  787 Seventh Avenue
  New York, New York 10019
  (212) 839-5300

By: _____
    Attorneys for Defendant

IT IS SO ORDERED.
Dated: New York, New York
      Dec. 6, 2007

_____
Hon. Barbara S. Jones, U.S.D.J.