Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
DANIEL B. GRAVES,                  :
                                   :   07 Civ. 5471 (BSJ)
               Plaintiff,          :
                                   :   **NOTICE OF MOTION FOR**
     - against -                   :   **SANCTIONS**
                                   :
DEUTSCHE BANK SECURITIES INC.      :
                                   :
               Defendant.          :
                                   :
----------------------------------X

To:   Attorneys for Plaintiff:
      Richard T. Seymour
      Law Office of Richard T. Seymour, P.L.L.C.
      1150 Connecticut Avenue N.W., Suite 900
      Washington, D.C. 20036-4129

      Steven A. Berger
      Berger & Webb, LLP
      1633 Broadway, 46th Floor
      New York, New York 10019

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Affidavit of Cliff Fonstein, the undersigned will move this Court before The Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, New York, New York 10007

for an order under Rule 11 of the Federal Rules of Civil Procedure for sanctions against Plaintiff, Daniel Graves, and his counsel Richard Seymour of the Law Office of Richard T. Seymour, P.L.L.C. and Steven Berger of Berger and Webb, LLP.

Respectfully submitted,

Dated: May 5, 2008
      New York, New York

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

2

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 6th day of May, 2008, I caused a true and correct copy of the foregoing Notice of Motion For Sanctions to be served upon the following parties:

> Attorneys for Plaintiff:
> Richard T. Seymour
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W., Suite 900
> Washington, D.C. 20036-4129
> (by Federal Express Overnight Delivery)
>
> Steven A. Berger
> Berger & Webb, LLP
> 1633 Broadway, 46th Floor
> New York, New York 10019
> (by Hand)

_____
Joanne Seltzer

NYI 6615456v.1