**FRANCHISE REVENUE & PIPELINE SUMMARY**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA (1)**

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 1231 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Other Advisory | 14,021 | 14,021 | 6,002 | 8,019 | 71 | 80,684 | 16,312 | 30,404 | 49,000 | (18,596) | . | . |
| | | | | | | 3,500 | 1,750 | 1,750 | | 1,750 | | |
| Total Advisory Products | 14,021 | 14,021 | 6,002 | 8,019 | 71 | 84,364 | 18,062 | 32,154 | 49,000 | (16,846) | . | . |
| **ECM** | | | | | | | | | | | | |
| Restricted Securities/PPE | 3,838 | 3,636 | 8,096 | (4,458) | . | 1,600 | 114 | 3,638 | 49,000 | (45,362) | . | . |
| | (1) | (1) | 40 | (41) | | 1,141 | | 113 | 113 | (45,249) | | |
| Total Equity | 3,837 | 3,637 | 8,135 | (4,498) | . | 2,641 | 114 | 3,751 | 49,000 | (45,249) | . | . |
| HY Bonds | 5,384 | 5,384 | 4,786 | 598 | . | 1,426 | 1,070 | 6,464 | 14,000 | (7,548) | . | . |
| Bonds IG | . | . | . | . | . | . | . | . | 14,000 | (14,000) | . | . |
| Leveraged Loans | . | . | . | . | . | 32,541 | 16,378 | 16,378 | 7,000 | 9,379 | . | . |
| Loans IG | . | . | . | . | . | . | . | . | 7,000 | (7,121) | . | . |
| Project Finance Advisory | (121) | (121) | . | (121) | . | . | . | (121) | . | . | . | . |
| Total Debt | 5,263 | 5,263 | 4,786 | 477 | . | 33,968 | 17,448 | 22,711 | 42,000 | (19,289) | . | . |
| **NIM(2)** | | | | | | | | | | | | |
| Other | . | . | . | . | . | . | . | . | . | . | . | . |
| **Total CF Revenue** | 22,920 | 22,920 | 18,923 | 3,897 | 71 | 120,973 | 35,624 | 58,616 | 140,000 | (81,384) | . | . |

**Notes:**
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000411

**FRANCHISE - REVENUE BY DEAL**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Echostar - General Advisory (Vivendi) (D016541) | 8,686 | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014801) | (145) | (145) | - | NA SPON |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | - | 71 | None |
| | ProSieben - merger advisory with Kirch Media (Plt Concordia) / Concord (D014982) | 375 | 375 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | 3,474 | 3,474 | - | None |
| | Telecom Italia Mobile - M&A - Project Eiffel / Eiffel (D014121) | 1,631 | 1,631 | - | EUR TELE, LA |
| **Total M&A** | | **14,021** | **14,021** | **71** | |
| **Total Advisory Products** | | **14,021** | **14,021** | **71** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | 452 | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | 68 | 68 | - | NA TELE |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 4,864 | 4,864 | - | NA SPON |
| **Total HY Bonds** | | **5,384** | **5,384** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (54) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (68) | (68) | - | None |
| **Total Loans IG** | | **(121)** | **(121)** | **-** | |
| **Total Debt Products** | | **5,263** | **5,263** | **-** | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | 3,638 | 3,638 | - | FRANCE |
| **Total Equity** | | **3,638** | **3,638** | **-** | |
| | iBeam mtm (M1574) | (1) | (1) | - | None |
| **Total Private Placement-Equity** | | **(1)** | **(1)** | **-** | |
| **Total Equity Products** | | **3,637** | **3,637** | **-** | |
| **Total Product** | | **22,920** | **22,920** | **71** | |

CONFIDENTIAL

DB 000412

FRANCHISE - PIPELINE BY DEAL
AS OF 13 FEB 2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | Future Months(1) | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | | | | | 3,423 | 3,423 | 3,423 |
| M&A | Aurora Communications - general advisory (D012858) | 75 | | 751 | | | 0 | 751 | 563 |
| M&A | BMS Storage Media - Project Blockbuster / Blockbuster- (D012541) | 0 | | | | | 3,423 | 3,423 | |
| M&A | Bertelsmann - pot buy-out of minorities in RTL (D014819) | 25 | | | | 5,000 | 0 | 5,000 | 1,250 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | | | | | 2,000 | 2,000 | |
| M&A | BusinessWire - general advisory (D005685) | 25 | | | | | 7,189 | 7,189 | 1,797 |
| M&A | DTT-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | | | | | 10,000 | 10,000 | |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US50-70mn / Silver (D011858) | 0 | | | | | 913 | 913 | |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011448) | 0 | | | | | 8,000 | 8,000 | |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | | 7,988 | 7,988 | 3,994 |
| M&A | Finmek - valuation/fairness opinion (Focus) / Focus (ex-Simtest) (D016069) | 0 | | 25 | | | 0 | 25 | |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra - (D013840) | 75 | 2,000 | | | | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 0 | | | | | 1,500 | 1,500 | |
| M&A | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | 0 | | | | | 5,000 | 5,000 | |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005468) | 0 | | | 5,000 | | 10,000 | 10,000 | |
| M&A | ProSieben - merger advisory with Kirch Media (P) Concordia) / Concord (D014882) | 50 | | | | | 5,000 | 5,000 | 2,500 |
| M&A | Scientific-Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 75 | 1,712 | | | | 0 | 1,712 | 1,284 |
| M&A | Taylor Nelson Sofres - potential acquisition of Observer AB / Monoda (D002405) | 0 | | | | | 4,086 | 4,086 | |
| M&A | Telefonica - Project Micro / Micro (D012696) | 0 | 2,853 | | | | | 2,853 | |
| **M&A** | | | **6,656** | **776** | | **5,000** | **63,524** | **80,864** | **16,312** |
| | | | | | | | | | |
| General Advisory | Johnston Press - Acqn advsfm for R M (Pro) Pacific) / Pacific. (D014213) | 50 | | | | | 3,500 | 3,500 | 1,750 |
| **General Advisory** | | | | | | | **3,500** | **3,500** | **1,750** |
| | | | | | | | | | |
| **Advisory Products** | | | **6,656** | **776** | | **5,000** | **67,024** | **84,364** | **18,062** |
| | | | | | | | | | |
| HY Bonds | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 75 | 1,428 | | | | 0 | 1,428 | 1,070 |
| **HY Bonds** | | | **1,428** | | | | **0** | **1,428** | **1,070** |
| | | | | | | | | | |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | | | | 0 | 430 | 323 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | | 30,811 | 30,811 | 15,406 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013672) | 50 | | | 1,300 | | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | **430** | | **1,300** | | **30,811** | **32,541** | **16,378** |
| | | | | | | | | | |
| **Debt Products** | | | **1,858** | | **1,300** | | **30,811** | **33,968** | **17,448** |
| | | | | | | | | | |
| Equity | Lagardere - monetisation of shares & convertible bond offering (D015605) | 0 | | | | | 1,500 | 1,500 | |
| **Equity** | | | | | | | **1,500** | **1,500** | |
| | | | | | | | | | |
| Private Placement-Equity | nQube - equity private placement (2002) (D011472) | 10 | | | | | 1,141 | 1,141 | 114 |
| **Private Placement-Equity** | | | | | | | **1,141** | **1,141** | **114** |
| | | | | | | | | | |
| **Equity Products** | | | | | | | **2,641** | **2,641** | **114** |
| | | | | | | | | | |
| **Product** | | | **8,421** | **2,076** | **5,000** | **5,000** | **100,476** | **120,973** | **35,624** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000413

**FRANCHISE - REVENUE & PIPELINE BY YTD & DIR**
2002.02.13 (Wed)
EUROS IN 000'S
'Global Media'

| BANKER | DEAL | PRODUCT | PRCB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Arming, Jeffrey | Aurora Communications - general advisory (DO12858) | Divesture Advisory | 75% | 8,686 | 8,686 | | 751 | |
| | Echostar - General Advisory (Vivendi) (DO16541) | Other M&A Advisory | N/A | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (DO16601) | Acquisition Advisory | 50% | | | | 7,986 | |
| | Echostar - acqn advisory and financing (GM - HE) (DO16601) | Acquisition Advisory | N/A | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (DO16601) | Merger Advisory | 50% | | | | | |
| | Hughes/PanAmSat - Project PelicaInterim financing 1Q02 / Pelican 1 (DO16569) | Bridge Loans | 50% | (145) | (145) | | | |
| | | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | | 30,611 | |
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra - 1 (DO13840) | Divesture Advisory | 75% | | | | 2,000 | |
| | Johnston Press - Acqn advsry for First (Prog Pacific) / Pacific (DO14213) | Financing Advisory | 50% | | | | 3,600 | |
| | Lagardere - share offering & convertible bond offering (DO15665) | Block Trade | 0% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (DO05466) | Acquisition Advisory | 0% | | | | 10,000 | |
| Carey, Charles | Aurora Communications - general advisory (DO12858) | Divesture Advisory | 75% | | | | 751 | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (DO13200) | Bonds-Corporate High Yield | N/A | 68 | 68 | 71 | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (DO14724) | Other M&A Advisory | N/A | | | | | |
| Lovegrove, Stephen | Bertelsmann - pot buy-out of minorities in RTL (DO14619) | Acquisition Advisory | 25% | | | | 5,000 | |
| | Boosey & Hawkes - divesture advisory/elefeca & refinancing (DO15359) | Divesture Advisory | 0% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (DO11449) | Divesture Advisory | 0% | | | | 8,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (DO15714) | Merger Advisory | 0% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (DO05466) | Acquisition Advisory | 0% | | | | 10,000 | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (DO15714) | Merger Advisory | 0% | | | | 1,500 | |
| | Publica Groupe SA - convertible bond Q1 2002(Ming) / Ming - (DO16591) | Equity-Convertible Bonds | N/A | 3,538 | 3,538 | | | |
| Maclnnes, Bruce | Bertelsmann - pot buy-out of minorities in RTL (DO14619) | Acquisition Advisory | 25% | | | | 5,000 | |
| | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Simfield) (DO15069) | Fairness Opinion | 0% | | | | 25 | |
| | ProSiebden - merger advisory with Kirch Media (PJ Concord e) / Concord (DO14692) | Divesture Advisory | 79% | | | | 2,000 | |
| | ProSiebden - merger advisory with Kirch Media (PJ Concord e) / Concord (DO14692) | Merger Advisory | N/A | 375 | 375 | | 5,000 | |
| | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocle (DO02405) | Other M&A Advisory | 0% | | | | 4,086 | |
| Morris, J L Malcolm | Hughes/PanAmSat - Project PelicaInterim financing 1Q02 / Pelican 1 (DO16569) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | | 6,000 | |
| | KPN - strategic advisory on communications towers (Pisa) / Pisa - (DO11251) | Divesture Advisory | 0% | | | | | |
| | Telecom Italia Mobile - M&A - Project Ester / Ester (DO14121) | Divesture Advisory | N/A | 1,631 | 1,631 | | 2,653 | |
| | Telefonica - Project Micro / Micro (DO12896) | Divesture Advisory | 0% | | | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (DC13398) | Bonds-Corporate High Yield | N/A | 452 | 452 | | 1,426 | |
| | Galaxy Latin America - HY bond offering (1Q 01) (DO02033) | Bonds-Corporate High Yield | 75% | | | | | |
| Thun-Hohenstein, Christian | Bertelsmann - pot buy-out of minorities in RTL (DO14619) | Acquisition Advisory | 25% | | | | 5,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (DO11449) | Divesture Advisory | 0% | | | | 8,000 | |
| | BusinessWire - general advisory (DO05655) | Senior Bank Debt | 75% | | | | 420 | |
| | DTTT-Online - Project Shakespeare (ex-140) / Shakespeare (DO10255) | Fairness Opinion | 0% | | | | 25 | |
| | Finlnvest - valuation/fairness opinion (Focus) / Focus (ex-Simfield) (DO16069) | | | | | | | |
| Tinto, Dyan | AT&T Broadband - general advisory (Project Twist & Shout / Twist & Sh (DO10328) | Divesture Advisory | 100% | | | | 3,423 | |
| | BMG Storage Media - Project Bluebuster / Bluebuster (DO12541) | Acquisition Advisory | 0% | | | | 3,423 | |
| | BusinessWire - general advisory (DO05655) | Divesture Advisory | 25% | | | | 7,189 | |
| | DTTT-Online - Project Shakespeare (ex-140) / Shakespeare (DO10255) | Acquisition Advisory | 0% | | | | 10,000 | |
| | Liberty Media | Senior Bank Debt | 50% | 3,474 | 3,474 | | 1,300 | |
| | TMP Worldwide - Project University 1 (University 1) (DO13407) | Acquisition Advisory | 0% | | | | | |
| | nCube - equity private placement (2002) (DO11472) | Private Placement-Equity | 10% | | | | 1,141 | |
| Yung, Sun J. | Scientific Atlanta - acquisition of Barconet-Project Baseball / Baseball (DO13401) | Acquisition Advisory | 75% | | | | 1,712 | |
| | nCube - equity private placement (2002) (DO11472) | Private Placement-Equity | 10% | | | | 1,141 | |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 13-FEB-2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD (Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Pipeline Thru 12/31 | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Other Advisory | 375 | 375 | 4,764 | (4,389) | - | 37,611 | 5,250 | 5,625 | 28,920 | (23,295) | - | - |
| | | | | | | 3,500 | 1,750 | 1,750 | 1,750 | 1,750 | - | - |
| Total Advisory Products | 375 | 375 | 4,764 | (4,389) | - | 41,111 | 7,000 | 7,375 | 28,920 | (21,545) | | |
| **ECM** | | | | | | | | | | | | |
| Restricted Securities/PPE | 3,638 | 3,638 | 2,879 | 758 | - | 1,500 | - | 3,638 | 28,920 | (25,282) | - | - |
| Total Equity | 3,638 | 3,638 | 2,879 | 758 | - | 1,500 | - | 3,638 | 28,920 | (25,282) | | |
| **HY Bonds** | - | - | - | - | - | - | - | - | 8,285 | (8,285) | - | - |
| **Bonds IG** | - | - | - | - | - | - | - | - | 5,285 | (8,285) | - | - |
| **Leveraged Loans** | - | - | - | - | - | 430 | 323 | 323 | 4,130 | (3,808) | - | - |
| **Loans IG** | - | - | - | - | - | - | - | - | 4,130 | (4,130) | | |
| **Project Finance Advisory** | - | - | - | - | | - | - | - | | | - | |
| Total Debt | - | - | - | - | - | 430 | 323 | 323 | 24,790 | (24,469) | - | - |
| **NIM(2)** | - | - | - | - | | | | | | | | |
| **Other** | - | - | - | - | | - | - | - | - | - | - | - |
| **Total CF Revenue** | 4,013 | 4,013 | 7,644 | (3,631) | - | 43,041 | 7,323 | 11,335 | 82,630 | (71,295) | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on 'Hold' Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000415

FRANCHISE - REVENUE BY DEAL
AS OF : 13-FEB-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 375 | 375 | - | EUR TECH |
| Total M&A | | 375 | 375 | - | |
| Total Advisory Products | | 375 | 375 | - | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | 3,638 | 3,638 | - | FRANCE |
| Total Equity | | 3,638 | 3,638 | - | |
| Total Equity Products | | 3,638 | 3,638 | - | |
| Total Product | | 4,013 | 4,013 | - | |

CONFIDENTIAL

DB 000416

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | | | |
| M&A | Bertelsmann - pot buy-out of minorities in RTL (D014619) | 25 | - | - | - | 5,000 | 0 | 5,000 | 1,250 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | - | - | 2,000 | 2,000 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Pininvest - valuation/fairness opinion (Focus) / Focus (ex-Slimfast) (D016069) | 0 | - | 25 | - | - | 0 | 25 | - |
| M&A | Gazprom - sale of Gazprom Media to Soishik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | ProSieben - merger advisory with Kirch Media (Pj Concordia) / Concord (D014982) | 50 | - | - | - | - | 5,000 | 5,000 | 2,500 |
| M&A | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocle (D002405) | 0 | - | - | - | - | 4,096 | 4,096 | - |
| **M&A** | | | 2,000 | 25 | - | 5,000 | 30,596 | 37,611 | 6,260 |
| General Advisory | Johnston Press - Acqn advfin for RJM (Proj Pacific) / Pacific (D014213) | 50 | - | - | - | - | 3,500 | 3,600 | 1,750 |
| **General Advisory** | | | - | - | - | - | 3,500 | 3,500 | 1,750 |
| **Advisory Products** | | | 2,000 | 25 | - | 5,000 | 34,096 | 41,111 | 7,000 |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | - | - | - | 0 | 430 | 323 |
| **Leveraged Loans** | | | 430 | - | - | - | 0 | 430 | 323 |
| **Debt Products** | | | 430 | - | - | - | 0 | 430 | 323 |
| Equity | Lagardere - monitsation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| **Equity** | | | - | - | - | - | 1,500 | 1,500 | - |
| **Equity Products** | | | - | - | - | - | 1,500 | 1,500 | - |
| **Product** | | | 2,430 | 25 | - | 5,000 | 35,596 | 43,041 | 7,323 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000417

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-02-13 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| **Austin, Geoffrey** | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | Johnston Press - Acqn a/swfin for RIM (Pre) Pacific / Pacific (D214213) | Financing Advisory | 55% | - | - | - | 3,500 | - |
| | Legandere - monetisation of shares & convertible bond offering (D015605) | Block Trade | 0% | - | - | - | 1,500 | - |
| | Legandere - project LarryEmma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| **Lovegrove, Stephen** | Bertelsmann - buy-out of minorities in RTL (D014819) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Broxley & Hawkes - divestiture advisory/defence & refinancing (D015339) | Divestiture Advisory | 0% | - | - | - | 2,000 | - |
| | Deutsch Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Impress/Colfina - pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | - | - | - | 1,500 | - |
| | Legandere - project LarryEmma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| **Lovell, Nicholas** | Impress/Colfina - pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | 3,638 | 3,638 | - | 1,500 | - |
| | Publicis Groupe SA - convertible bond Q1 2002/King / King * (D016091) | Equity-Convertible Bonds | N/A | - | - | - | - | - |
| **Mardones, Bruce** | Bertelsmann - pot buy-out of minorities in RTL (D014819) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Finivest - valuation/fairness opinion (Focus) / Focus (ex-Simfaai) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | ProSieben - merger advisory with Kirch Media (Pj Concordia) / Concord (D014982) | Merger Advisory | 55% | - | - | - | 5,000 | - |
| | ProSieben - merger advisory with Kirch Media (Pj Concordia) / Concord (D014982) | Merger Advisory | N/A | 375 | 375 | - | - | - |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | - | - | - | 4,086 | - |
| **Thurn-Hohenstein, Christian** | Bertelsmann - pot buy-out of minorities in RTL (D014819) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | EMAP - GBP 550 mil bank refinancing (September 2001) (D013787) | Senior Bank Debt | 75% | - | - | - | 430 | - |
| | Finivest - valuation/fairness opinion (Focus) / Focus (ex-Simfaai) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |

CONFIDENTIAL

DB 000418

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**EMEA/MEDIA (1)**

| PRODUCT | Jan Franchise Revenue | YTD (Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline (3) | Future Year Pipeline Probability Weighted (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 13,646 | 13,646 | 1,237 | 12,408 | 71 | 42,340 | 11,062 | 24,779 | 25,650 | (871) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Advisory Products** | 13,646 | 13,646 | 1,237 | 12,408 | 71 | 42,340 | 11,062 | 24,779 | 25,650 | (871) | - | - |
| ECM | (1) | (1) | 8,137 | (8,137) | - | 1,141 | 114 | 113 | 25,650 | (25,650) | - | - |
| Restricted Securities/PPE | - | - | 40 | (41) | - | - | - | - | 113 | 113 | - | - |
| **Total Equity** | (1) | (1) | 8,177 | (8,178) | - | 1,141 | 114 | 113 | 25,650 | (25,537) | - | - |
| HY Bonds | 5,384 | 5,384 | 4,786 | 598 | - | 1,425 | 1,070 | 6,454 | 7,330 | (876) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 7,330 | (7,300) | - | - |
| Leveraged Loans | - | - | - | - | - | 32,111 | 16,058 | 16,056 | 3,665 | 12,391 | - | - |
| Loans IG | - | - | - | - | - | - | - | - | 3,665 | (3,788) | - | - |
| Project Finance Advisory | (121) | (121) | - | (121) | - | - | - | (121) | - | - | - | - |
| **Total Debt** | 5,263 | 5,263 | 4,766 | 477 | - | 33,538 | 17,126 | 22,388 | 21,990 | 398 | - | - |
| NIM (2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total CF Revenue** | 18,908 | 18,908 | 14,200 | 4,707 | 71 | 77,019 | 28,301 | 47,280 | 73,290 | (26,010) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 13 FEB 2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Echostar - General Advisory (Vivendi) (D016541) | 8,686 | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | (145) | (145) | - | NA SPON |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | 3,474 | 3,474 | - | None |
| | TMP Worldwide - Project University / University 1 (D013407) | - | - | 71 | None |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 1,631 | 1,631 | - | EUR TELE, LA |
| **Total M&A** | | **13,646** | **13,646** | **71** | |
| **Total Advisory Products** | | **13,646** | **13,646** | **71** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | 452 | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | 68 | 68 | - | NA TELE |
| | Hughes/PanAmSat - Project: Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 4,864 | 4,864 | - | NA SPON |
| **Total HY Bonds** | | **5,384** | **5,384** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (54) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (68) | (68) | - | None |
| **Total Loans IG** | | **(121)** | **(121)** | **-** | |
| **Total Debt Products** | | **5,263** | **5,263** | **-** | |
| | iBeam mtm (M1574) | (1) | (1) | - | None |
| **Total Private Placement-Equity** | | **(1)** | **(1)** | **-** | |
| **Total Equity Products** | | **(1)** | **(1)** | **-** | |
| **Total Product** | | **18,908** | **18,908** | **71** | |

CONFIDENTIAL

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | | | | | 3,423 | 3,423 | 3,423 |
| M&A | Aurora Communications - general advisory (D012859) | 75 | | 751 | | | 0 | 751 | 563 |
| M&A | BMG Storage Media - Project Blockbuster (D012541) | 0 | | | | | 3,423 | 3,423 | - |
| M&A | BusinessWire - general advisory (D002485) | 25 | | | | | 7,189 | 7,189 | 1,797 |
| M&A | OTT - Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | | | | | 10,000 | 10,000 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | | 7,988 | 7,988 | 3,994 |
| M&A | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | 0 | | | 5,000 | | 0 | 5,000 | - |
| M&A | Scientific Atlanta - acquisition of Barconet - Project Baseball / Baseball (D013401) | 75 | 1,712 | | | | 0 | 1,712 | 1,284 |
| M&A | Telefonica - Project Micro / Micro (D012896) | 0 | 2,853 | | | | 0 | 2,853 | - |
| **M&A** | | | 4,586 | 751 | 5,000 | - | 32,024 | 42,340 | 11,062 |
| **Advisory Products** | | | 4,586 | 751 | 5,000 | - | 32,024 | 42,340 | 11,062 |
| HY Bonds | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 75 | 1,426 | | | | 0 | 1,426 | 1,070 |
| **HY Bonds** | | | 1,426 | - | - | - | 0 | 1,426 | 1,070 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | | 30,811 | 30,811 | 15,406 |
| Leveraged Loans | Liberty Media - Ezon Debt financing (D013612) | 50 | | 1,300 | | | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | | 1,300 | | | 30,811 | 32,111 | 16,056 |
| **Debt Products** | | | | 1,300 | | | 30,811 | 33,538 | 17,126 |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | | | | | 1,141 | 1,141 | 114 |
| **Private Placement-Equity** | | | - | - | - | - | 1,141 | 1,141 | 114 |
| **Equity Products** | | | | | | | 1,141 | 1,141 | 114 |
| **Product** | | | 5,991 | 2,051 | 5,000 | - | 63,977 | 77,019 | 28,301 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000421

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002.02.19 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D016958) | Divestiture Advisory | 75% | 8,886 | 8,886 | - | 751 | - |
| | Echostar - General Advisory (Viived) (D016541) | Other M&A Advisory | N/A | - | - | - | - | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Acquisition Advisory | 50% | - | - | - | 7,998 | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Acquisition Advisory | N/A | (145) | (145) | - | - | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Bridge Loan | 50% | - | - | - | 30,811 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015969) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | - | - |
| Carey, Charles | Aurora Communications - general advisory (D016958) | Divestiture Advisory | 75% | - | - | - | 751 | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yend | N/A | 66 | 66 | - | - | - |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | - | - | 71 | - | - |
| Moore, J L Malcolm | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015969) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | - | - |
| | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | Divestiture Advisory | 0% | - | - | - | 5,000 | - |
| | Telecom Italia Mobile - M&A - Project Elf/e / Elfie (D014121) | Divestiture Advisory | N/A | 1,631 | 1,631 | - | - | - |
| | Telefonica - Project Micro / Micro - (D012886) | Divestiture Advisory | 0% | - | - | - | 2,853 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | 452 | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | 75% | - | - | - | 1,425 | - |
| Triffo, Dyan | AT&T Broadcard - general advisory (Project Twist & Shout / Twist & Sh (D013328) | Divestiture Advisory | 100% | - | - | - | 3,423 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | - | - | - | 3,423 | - |
| | BusinessWire - general advisory (D005645) | Divestiture Advisory | 25% | - | - | - | 7,189 | - |
| | OTR7-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | Liberty Media - | Senior Bank Debt | 50% | - | - | - | 1,300 | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | 3,474 | 3,474 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | - | - |
| Yong, Sun J. | Scientific-Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | 75% | - | - | - | 1,712 | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |

CONFIDENTIAL

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**ASIA PACIFIC MEDIA (1)**

| PRODUCT | Jan Franchise Revenue | YTD (Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline (3) | Future Year Pipeline Probability Weighted (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | | | | | | 913 | | | | | | |
| Total Advisory Products | | | | | | 913 | | | | | | |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | | | | | | | | | | | | |
| Total Equity | | | | | | | | | | | | |
| HY Bonds | | | | | | | | | | | | |
| Bonds IG | | | | | | | | | | | | |
| Leveraged Loans | | | | | | | | | | | | |
| Loans IG | | | | | | | | | | | | |
| Project Finance Advisory | | | | | | | | | | | | |
| Total Debt | | | | | | | | | | | | |
| NIM (2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | | | | | | 913 | | | | | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000423

FRANCHISE - PIPELINE BY DEAL
AS OF 13-FEB-2002
EUROS IN 000'S
ASIA PACIFIC MEDIA

| PRODUCT | DEAL | PROBABILITY | Feb | Mar | Apr | May | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US50-70mn / Silver (C | 0 | - | - | - | - | 913 | 913 | - |
| | | | | | | | 913 | 913 | - |
| Advisory Products | | | - | - | - | - | | | - |
| | | | | | | | | | - |
| Product | | | - | - | - | - | 913 | 913 | - |

Franchise Value spans the Feb, Mar, Apr, May columns.

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000424