FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 13-MAR-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 162 | 14,182 | 6,037 | 8,145 | 1,514 | 97,920 | 23,485 | 39,182 | 49,000 | (9,818) | - | - |
| Other Advisory | - | - | - | - | - | 1,143 | - | - | - | - | - | - |
| Total Advisory Products | 162 | 14,182 | 6,037 | 8,145 | 1,514 | 99,063 | 23,485 | 39,182 | 49,000 | (9,818) | - | - |
| ECM | 1,841 | 5,479 | 9,219 | (3,740) | 181 | 25,472 | 4,486 | 10,146 | 49,000 | (38,854) | - | - |
| Restricted Securities/PPE | (0) | (1) | 40 | (41) | - | 1,143 | 114 | 113 | - | 113 | - | - |
| Total Equity | 1,841 | 5,478 | 9,259 | (3,781) | 181 | 26,615 | 4,600 | 10,259 | 49,000 | (38,741) | - | - |
| HY Bonds | 2,622 | 7,906 | 4,786 | 3,120 | 526 | - | - | 8,431 | 14,000 | (5,569) | - | - |
| Bonds IG | 995 | 1,127 | - | 1,127 | - | - | - | 1,127 | 14,000 | (12,873) | - | - |
| Leveraged Loans | 5,727 | 5,727 | - | 5,727 | - | 32,587 | 16,401 | 22,128 | 7,000 | 15,128 | - | - |
| Loans IG | (121) | (242) | - | (242) | - | - | - | (242) | 7,000 | (7,242) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 9,122 | 14,518 | 4,786 | 9,732 | 526 | 32,587 | 16,401 | 31,446 | 42,000 | (10,555) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 11,124 | 34,178 | 20,082 | 14,095 | 2,221 | 158,265 | 44,487 | 80,886 | 140,000 | (59,114) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL                                                                                                          DB 000425

FRANCHISE - REVENUE BY DEAL
AS OF 13-MAR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---:|---:|---:|---|
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA SPON |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | 72 | 72 | - | None |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 375 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | - | - | 1,514 | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,474 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | 89 | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eiffel / Eifel (D014121) | - | 1,631 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **162** | **14,182** | **1,514** | |
| **Total Advisory Products** | | **162** | **14,182** | **1,514** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Entercom Communications - HY offering (1Q 02) (D020688) | 1,017 | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 1,505 | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 4,864 | - | NA SPON |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | - | 526 | None |
| **Total HY Bonds** | | **2,522** | **7,906** | **526** | |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | 995 | 995 | - | None |
| **Total Bonds IG** | | **995** | **1,127** | - | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (107) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (67) | (135) | - | None |
| **Total Loans IG** | | **(121)** | **(242)** | - | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 5,727 | 5,727 | - | NA SPON |
| **Total Leveraged Loans** | | **5,727** | **5,727** | - | |
| **Total Debt Products** | | **9,122** | **14,518** | **526** | |
| | Digital River - block trade (4Q 01) (D016304) | - | - | 85 | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | 3,495 | 3,495 | 97 | None |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | (1,654) | (1,654) | - | ASIA SPON, NA SPON |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |

CONFIDENTIAL

DB 000426

FRANCHISE - REVENUE BY DEAL
AS OF: 13-MAR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT / DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|
| **Total Equity** | 1,841 | 5,479 | 181 | |
| IBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | (0) | (0) | - | None |
| IBeam mtm (M1574) | - | (1) | - | None |
| **Total Private Placement-Equity** | (0) | (1) | - | |
| **Total Equity Products** | 1,841 | 5,478 | 181 | |
| **Total Product** | 11,124 | 34,178 | 2,221 | |

CONFIDENTIAL

DB 000427

FRANCHISE - PIPELINE BY DEAL
AS OF 13-MAR 2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Mar | Apr | May | Jun | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | - | 3,429 | 0 | 3,429 | 3,429 |
| M&A | Aurora Communications - general advisory (D012858) | 75 | - | 752 | - | - | 0 | 752 | 564 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | 0 | - | - | - | - | 3,429 | 3,429 | - |
| M&A | Bertelsmann - pot buy-out of minorities in RTL / Rock.. (D014619) | 25 | - | - | 5,000 | - | 0 | 5,000 | 1,250 |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 25 | - | - | - | - | 16,500 | 16,500 | 4,125 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | - | 2,000 | 0 | 2,000 | - |
| M&A | BusinessWire - general advisory (D005686) | 25 | - | - | - | 7,200 | 0 | 7,200 | 1,800 |
| M&A | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | - | - | - | 10,000 | 0 | 10,000 | - |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US60-70mn / Silver (D011658) | 0 | - | - | - | - | 914 | 914 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 50 | - | - | - | 8,000 | 0 | 8,000 | 4,000 |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 75 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Gazprom - sale of Gazprom Media to Spunik Group (Astra) / Astra * (D013840) | 50 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 50 | - | - | - | 1,500 | 0 | 1,500 | 750 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 100 | 75 | - | - | - | 0 | 75 | 75 |
| M&A | Johnston Press - Acqn adv/equity fn for RIM / Pacific. (D014213) | 50 | - | - | 3,714 | - | 0 | 3,714 | 1,857 |
| M&A | Lagardere - project Lamy/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Pinnacle Holdings - general advisory (2001) (D010190) | 25 | - | - | - | 3,429 | 0 | 3,429 | 857 |
| M&A | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 50 | - | - | - | - | 5,000 | 5,000 | 2,500 |
| M&A | TV Globo - Project Waves / Waves.... (D013628) | 75 | 86 | - | - | - | 0 | 86 | 64 |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | - | - | 4,037 | 0 | 4,037 | - |
| M&A | Telefonica - Project Micro / Micro.. (D012896) | 25 | - | - | - | 2,857 | 0 | 2,857 | 714 |
| **M&A** | | | **2,161** | **752** | **8,714** | **42,451** | **43,843** | **97,920** | **23,485** |
| Real Estate Advisory | Devis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,143 | 1,143 | - |
| **Real Estate Advisory** | | | - | - | - | - | **1,143** | **1,143** | - |
| **Advisory Products** | | | **2,161** | **752** | **8,714** | **42,451** | **44,986** | **99,063** | **23,485** |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | - | - | - | 0 | 430 | 323 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 30,857 | 30,857 | 15,429 |
| Leveraged Loans | Liberty Media - e2bn Debt financing (D013612) | 50 | 1,300 | - | - | - | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | **1,730** | - | - | - | **30,857** | **32,587** | **16,401** |
| **Debt Products** | | | **1,730** | - | - | - | **30,857** | **32,587** | **16,401** |
| Equity | Johnston Press - Acqn adv/equity fn for RIM / Pacific. (D014213) | 50 | - | - | 972 | - | 0 | 972 | 486 |
| Equity | LIN Television - IPO (D020127) | 50 | - | 8,000 | - | - | 0 | 8,000 | 4,000 |
| Equity | Lagardere - monisation of shares & convertible bond offering (D015805) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| **Equity** | | | - | **8,000** | **972** | - | **16,500** | **25,472** | **4,486** |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | - | 1,143 | 0 | 1,143 | 114 |
| **Private Placement-Equity** | | | - | - | - | **1,143** | **0** | **1,143** | **114** |
| **Equity Products** | | | - | **8,000** | **972** | **1,143** | **16,500** | **26,615** | **4,600** |
| **Product** | | | **3,891** | **8,752** | **9,686** | **43,594** | **92,343** | **156,266** | **44,487** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000428

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-03-13 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | | | | 752 | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,686 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Acquisition Advisory | 50% | | | | 8,000 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Acquisition Advisory | N/A | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Bridge Loans | 50% | | (145) | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 1,017 | 1,017 | | 30,857 | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 3,495 | 3,495 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 4,864 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 5,727 | 5,727 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (1,654) | (1,654) | 97 | | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | 2,000 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Acquisition Advisory | 50% | | | | 3,714 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Equity-Rights | 50% | | | | 972 | |
| | Lagardere - monisation of shares & convertible bond offering (D015605) | Block Trade | 0% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | | | | 752 | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 1,017 | 1,017 | 97 | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 3,495 | 3,495 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (1,654) | (1,654) | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | | 526 | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds. Corporate High Yield | N/A | | | | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | 72 | 68 72 | | | |
| Lovegrove, Stephen | Bertelsmann - pot buy-out of minorities in RTL / Rock. (D014819) | Acquisition Advisory | 25% | | | | 5,000 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | | | | 16,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 8,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 100% | | | | 75 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 100% | | | | 75 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | 1,500 | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| Macinnes, Bruce | Bertelsmann - pot buy-out of minorities in RTL / Rock. (D014819) | Acquisition Advisory | 25% | | | | 5,000 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | | | | 16,500 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | 2,000 | |
| | ProSieben - merger advisory with Kirch Media (Pj) Concordia) (D014982) | Merger Advisory | 50% | | | | 5,000 | |
| | ProSieben - merger advisory with Kirch Media (Pj) Concordia) / Concord (D014982) | Merger Advisory | N/A | | | 375 | | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monoede (D002405) | Other M&A Advisory | 0% | | | | 4,037 | |
| Morris, J Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | | | | 1,143 | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 4,864 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 5,727 | 5,727 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | 25% | | | | 3,429 | |
| | TV Globo - Project Waves / Waves... (D013626) | Divestiture Advisory | 75% | | | | 86 | |
| | TV Globo - Project Waves / Waves... (D013626) | Divestiture Advisory | N/A | 89 | 89 | | | |
| | Telecom Italia Mobile - M&A - Project Eiffel (D014121) | Divestiture Advisory | N/A | | 1,631 | | | |
| | Telefonica - Project Micro / Micro. (D012995) | Divestiture Advisory | 25% | | | | 2,857 | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 452 | | | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | 1,505 | 1,505 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | 50% | | | | 8,000 | |

CONFIDENTIAL

DB 000429

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-03-13 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Thun-Hohenstein, Christian | Bertelsmann - pot buy-out of minorities in RTL / Rock... (D014619) | Acquisition Advisory | 25% | . | . | . | 5,000 | . |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | . | . | . | 16,500 | . |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | Divestiture Advisory | 0% | . | . | . | 8,000 | . |
| | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | Senior Bank Debt | 75% | . | . | . | 430 | . |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | . | . | . | 3,429 | . |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | . | . | . | 3,429 | . |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | . | . | . | 7,200 | . |
| | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | Acquisition Advisory | 0% | . | . | . | 10,000 | . |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | . | . | . | . | . |
| | Liberty Media - | Senior Bank Debt | 50% | . | . | 85 | . | . |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | . | 3,474 | . | 1,300 | . |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | . | . | . | 1,143 | . |
| Yung, Sun J. | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | Acquisition Advisory | N/A | . | . | 1,514 | . | . |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | . | . | . | 1,143 | . |

CONFIDENTIAL

DB 000430

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 13-MAR-2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Advisory | - | 375 | 4,764 | (4,389) | - | 57,825 | 12,057 | 12,432 | 28,920 | (16,488) | - | - |
| Total Advisory Products | - | 375 | 4,764 | (4,389) | - | 57,825 | 12,057 | 12,432 | 28,920 | (16,488) | - | - |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | - | 3,638 | 3,824 | (186) | - | 17,472 | 486 | 4,124 | 28,920 | (24,796) | - | - |
| Total Equity | - | 3,638 | 3,824 | (186) | - | 17,472 | 486 | 4,124 | 28,920 | (24,796) | - | - |
| HY Bonds | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Leveraged Loans | - | - | - | - | - | 430 | 323 | 323 | 4,130 | (3,808) | - | - |
| Loans IG | - | - | - | - | - | - | - | - | 4,130 | (4,130) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | - | - | - | - | - | 430 | 323 | 323 | 24,790 | (24,468) | - | - |
| NIM(2) | | | | | | | | | | | | |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | - | 4,013 | 8,589 | (4,576) | - | 75,727 | 12,866 | 16,878 | 82,630 | (65,752) | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000431

FRANCHISE - REVENUE BY DEAL
AS OF: 13-MAR-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 375 | - | EUR TECH |
| Total M&A | | - | 375 | - | |
| Total Advisory Products | | - | 375 | - | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| Total Equity | | - | 3,638 | - | |
| Total Equity Products | | - | 3,638 | - | |
| Total Product | | - | 4,013 | - | |

CONFIDENTIAL

DB 000432

FRANCHISE - PIPELINE BY DEAL
AS OF 13-MAR-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Mar | Apr | May | Jun | | | |
| M&A | Bertelsmann - pot buy-out of minorities in RTL / Rock.. (D014619) | 25 | - | - | 5,000 | - | 0 | 5,000 | 1,250 |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015825) | 25 | - | - | - | - | 16,500 | 16,500 | 4,125 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | - | - | 2,000 | 2,000 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | 8,000 | 0 | 8,000 | - |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 50 | - | - | - | 1,500 | 0 | 1,500 | 750 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 100 | 75 | - | - | - | 0 | 75 | 75 |
| M&A | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | - | 3,714 | - | 0 | 3,714 | 1,857 |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 50 | - | - | - | - | 5,000 | 5,000 | 2,500 |
| M&A | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocle (D002405) | 0 | - | - | - | 4,037 | 0 | 4,037 | - |
| **M&A** | | | **2,075** | **-** | **8,714** | **15,537** | **31,500** | **57,825** | **12,057** |
| **Advisory Products** | | | **2,075** | **-** | **8,714** | **15,537** | **31,500** | **57,825** | **12,057** |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | - | - | - | 0 | 430 | 323 |
| **Leveraged Loans** | | | **430** | **-** | **-** | **-** | **0** | **430** | **323** |
| **Debt Products** | | | **430** | **-** | **-** | **-** | **0** | **430** | **323** |
| Equity | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | - | 972 | - | 0 | 972 | 486 |
| Equity | Lagardere - monitsation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| **Equity** | | | **-** | **-** | **972** | **-** | **16,500** | **17,472** | **486** |
| **Equity Products** | | | **-** | **-** | **972** | **-** | **16,500** | **17,472** | **486** |
| **Product** | | | **2,505** | **-** | **9,686** | **15,537** | **48,000** | **75,727** | **12,865** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000433

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-03-13 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Acquisition Advisory | 50% | - | - | - | 3,714 | - |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Equity-Rights | 50% | - | - | - | 972 | - |
| | Lagardere - monitisation of shares & convertible bond offering (D015806) | Block Trade | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Lovegrove, Stephen | Bertelsmann - pot buy-out of minorities in RTL / Rock... (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | - | - | - | 16,500 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 100% | - | - | - | 75 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 100% | - | - | - | 75 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | 3,638 | - | 1,500 | - |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | - | - | - | - | - |
| MacInnes, Bruce | Bertelsmann - pot buy-out of minorities in RTL / Rock... (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | - | - | - | 16,500 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | Merger Advisory | 50% | - | - | - | 5,000 | - |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | Merger Advisory | N/A | - | - | - | - | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | - | 375 | - | 15,000 | - |
| | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | - | - | - | 4,037 | - |
| Thun-Hohenstein, Christian | Bertelsmann - pot buy-out of minorities in RTL / Rock.. (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 25% | - | - | - | 16,500 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | Senior Bank Debt | 75% | - | - | - | 430 | - |

CONFIDENTIAL

DB 000434

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-MAR-2002**
**EUROS IN 000'S**
**NA MEDIA (1)**

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | 162 | 13,807 | 1,273 | 12,534 | 1,514 | 39,181 | 11,428 | 26,750 | 25,650 | 1,100 | - | - |
| Other Advisory | - | - | - | - | - | 1,143 | | | | | | |
| **Total Advisory Products** | 162 | 13,807 | 1,273 | 12,534 | 1,514 | 40,323 | 11,428 | 26,750 | 25,650 | 1,100 | - | - |
| **ECM** | 1,841 | 1,841 | 8,316 | (6,475) | 181 | 23,000 | 4,000 | 6,022 | 25,650 | (19,628) | - | - |
| Restricted Securities/PPE | (0) | (1) | 40 | (41) | - | 1,143 | 114 | 113 | | 113 | | |
| **Total Equity** | 1,841 | 1,840 | 8,355 | (6,516) | 181 | 24,143 | 4,114 | 6,136 | 25,650 | (19,514) | - | - |
| HY Bonds | 2,522 | 7,906 | 4,786 | 3,120 | 528 | - | - | 8,431 | 7,330 | 1,101 | - | - |
| Bonds IG | 905 | 1,127 | - | 1,127 | - | - | - | 1,127 | 7,330 | (6,203) | - | - |
| Leveraged Loans | 5,727 | 5,727 | - | 5,727 | - | 32,157 | 18,079 | 21,805 | 3,665 | 18,140 | - | - |
| Loans IG | (121) | (242) | - | (242) | - | - | - | (242) | 3,665 | (3,907) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | | | | |
| **Total Debt** | 9,122 | 14,518 | 4,786 | 9,732 | 528 | 32,157 | 18,079 | 31,122 | 21,990 | 9,132 | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | | | | |
| Other | - | - | - | - | - | - | - | - | | | | |
| **Total CF Revenue** | 11,124 | 30,165 | 14,414 | 15,750 | 2,221 | 96,623 | 31,621 | 64,007 | 73,290 | (9,283) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000435

FRANCHISE - REVENUE BY DEAL
AS OF: 13-MAR-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA SPON |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | 72 | 72 | - | None |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | - | - | 1,514 | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,474 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | 89 | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | - | 1,631 | - | EUR TELE, ITALY |
| **Total M&A** | | **162** | **13,807** | **1,514** | |
| **Total Advisory Products** | | **162** | **13,807** | **1,514** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Entercom Communications - HY offering (1Q 02) (D020688) | 1,017 | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 1,505 | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 4,864 | 526 | NA SPON |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | - | - | None |
| **Total HY Bonds** | | **2,522** | **7,906** | **526** | |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | 995 | 995 | - | None |
| **Total Bonds IG** | | **995** | **1,127** | - | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (107) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (67) | (135) | - | None |
| **Total Loans IG** | | **(121)** | **(242)** | - | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 5,727 | 5,727 | - | NA SPON |
| **Total Leveraged Loans** | | **5,727** | **5,727** | - | |
| **Total Debt Products** | | **9,122** | **14,518** | **526** | |
| | Digital River - block trade (4Q 01) (D016304) | - | - | 85 | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | 3,495 | 3,495 | 97 | None |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | (1,654) | (1,654) | - | ASIA SPON, NA S |

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 13-MAR-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| Total Equity | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | 1,841 | 1,841 | 181 | None |
| | iBeam mtm (M1574) | (0) | (0) | - | None |
| | | - | (1) | - | |
| Total Private Placement-Equity | | (0) | (1) | - | |
| Total Equity Products | | 1,841 | 1,840 | 181 | |
| Total Product | | 11,124 | 30,165 | 2,221 | |

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 13-MAR-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Mar | Apr | May | Jun | | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | - | 3,429 | 0 | 3,429 | 3,429 |
| M&A | Aurora Communications - general advisory (D012858) | 75 | - | 752 | - | - | 0 | 752 | 564 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster - (D012541) | 0 | - | - | - | - | 3,429 | 3,429 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | - | 7,200 | 0 | 7,200 | 1,800 |
| M&A | DTiT-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | - | - | - | 10,000 | 0 | 10,000 | - |
| M&A | Echostar - acqn advisory and financing (GM. - HE) (D014601) | 50 | - | - | - | - | 8,000 | 8,000 | 4,000 |
| M&A | Pinnacle Holdings - general advisory (2001) (D010190) | 25 | - | - | - | 3,429 | 0 | 3,429 | 857 |
| M&A | TV Globo - Project Waves / Waves ... (D013628) | 75 | 86 | - | - | - | 0 | 86 | 64 |
| M&A | Telefonica - Project Micro / Micro  (D012896) | 25 | - | - | - | 2,857 | 0 | 2,857 | 714 |
| **M&A** | | | 86 | 752 | - | 26,914 | 11,429 | 39,181 | 11,428 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,143 | 1,143 | - |
| **Real Estate Advisory** | | | - | - | - | - | 1,143 | 1,143 | - |
| **Advisory Products** | | | 86 | 752 | - | 26,914 | 12,571 | 40,323 | 11,428 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM. - HE) (D014601) | 50 | - | - | - | - | 30,857 | 30,857 | 15,429 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013612) | 50 | 1,300 | - | - | - | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | 1,300 | - | - | - | 30,857 | 32,157 | 16,079 |
| **Debt Products** | | | 1,300 | - | - | - | 30,857 | 32,157 | 16,079 |
| Equity | LIN Television - IPO (D020127) | 50 | - | 8,000 | - | - | 0 | 8,000 | 4,000 |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| **Equity** | | | - | 8,000 | - | - | 15,000 | 23,000 | 4,000 |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | - | 1,143 | 0 | 1,143 | 114 |
| **Private Placement-Equity** | | | - | - | - | 1,143 | 0 | 1,143 | 114 |
| **Equity Products** | | | - | 8,000 | - | 1,143 | 15,000 | 24,143 | 4,114 |
| **Product** | | | 1,386 | 8,752 | - | 28,057 | 58,429 | 96,623 | 31,621 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000438

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-03-13 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | - | - | - | 752 | - |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | - | 8,686 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | - | - | - | 8,000 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | (145) | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | - | - | - | 30,857 | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 1,017 | 1,017 | - | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 3,495 | 3,495 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 4,864 | 97 | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 5,727 | 5,727 | - | - | - |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (1,654) | (1,654) | - | - | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) (D005927) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | - | - | - | 752 | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 1,017 | 1,017 | - | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 3,495 | 3,495 | 97 | - | - |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (1,654) | (1,654) | - | - | - |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | - | - | 526 | - | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | - | 68 | - | - | - |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | 72 | 72 | - | - | - |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | - | - | - | 1,143 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 4,864 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 5,727 | 5,727 | - | - | - |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | 25% | - | - | - | 3,429 | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | - | - | - | 86 | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | 89 | 89 | - | - | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | N/A | - | 1,631 | - | - | - |
| | Teletonica - Project Micro (D012896) | Divestiture Advisory | 25% | - | - | - | 2,857 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | - | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | 1,505 | 1,505 | - | - | - |
| | LIN Television - IPO (D020127) | Equity-IPO | 50% | - | - | - | 8,000 | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | - | - | - | 3,429 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012641) | Acquisition Advisory | 0% | - | - | - | 3,429 | - |
| | BusinessWire - general advisory (D005885) | Divestiture Advisory | 25% | - | - | - | 7,200 | - |
| | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | - | - | 85 | - | - |
| | Liberty Media - | Senior Bank Debt | 50% | - | - | - | - | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | - | 3,474 | - | 1,300 | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,143 | - |
| Yung, Sun J. | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | Acquisition Advisory | N/A | - | - | 1,514 | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,143 | - |

CONFIDENTIAL

DB 000439

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-MAR-2002**
**EUROS IN 000'S**
**ASIA PACIFIC MEDIA (1)**

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | | | | | | | | | | | | |
| Total Advisory Products | | | | | | 914 | | | | | | |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | | | | | | | | | | | | |
| Total Equity | | | | | | 914 | | | | | | |
| HY Bonds | | | | | | | | | | | | |
| Bonds IG | | | | | | | | | | | | |
| Leveraged Loans | | | | | | | | | | | | |
| Loans IG | | | | | | | | | | | | |
| Project Finance Advisory | | | | | | | | | | | | |
| Total Debt | | | | | | | | | | | | |
| NIM(2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | | | | | | 914 | | | | | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000440

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 13-MAR-2002**
**EUROS IN 000'S**
**ASIA PACIFIC/MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Mar | Apr | May | Jun | | | | |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US50-70mn / Silver (D011658) | 0 | - | - | - | - | 914 | 914 | - |
| **M&A** | | | - | - | - | - | 914 | 914 | - |
| **Advisory Products** | | | - | - | - | - | 914 | 914 | - |
| **Product** | | | - | - | - | - | 914 | 914 | - |

1) Future Months include all pipeline, including future years