FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10-APR-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD(Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 4,778 | 18,961 | 20,403 | (1,442) | 114 | 78,457 | 15,875 | 34,950 | 49,000 | (14,050) | - | - |
| Other Advisory | | | | | | 1,141 | | | | | | |
| Total Advisory Products | 4,778 | 18,961 | 20,403 | (1,442) | 114 | 79,598 | 15,875 | 34,950 | 49,000 | (14,050) | | |
| ECM | 2,066 | 7,544 | 9,953 | (2,418) | 876 | 34,015 | 7,160 | 15,580 | 49,000 | (33,420) | | |
| Restricted Securities/PPE | | (1) | 17 | (18) | | 1,141 | 114 | 113 | | 113 | | |
| Total Equity | 2,066 | 7,543 | 9,980 | (2,437) | 876 | 35,156 | 7,274 | 15,693 | 49,000 | (33,307) | | |
| HY Bonds | 2,189 | 10,094 | 5,353 | 4,741 | - | 799 | 399 | 10,494 | 14,000 | (3,506) | | |
| Bonds IG | | 1,127 | | 1,127 | | | | 1,127 | 14,000 | (12,873) | | |
| Leveraged Loans | | 5,727 | | 5,727 | | 39,119 | 20,415 | 26,142 | 7,000 | 19,142 | | |
| Loans IG | (120) | (362) | | (362) | | | | (362) | 7,000 | (7,362) | | |
| Project Finance Advisory | | | | | | | | | | | | |
| Total Debt | 2,069 | 16,586 | 5,353 | 11,233 | - | 39,918 | 20,815 | 37,401 | 42,000 | (4,599) | | |
| NIM(2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | 8,913 | 43,090 | 35,736 | 7,355 | 990 | 154,671 | 43,964 | 88,045 | 140,000 | (51,955) | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000442

FRANCHISE - REVENUE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (D020686) | - | - | 114 | None |
| | Aurora Communications - general advisory (D012858) | 1,032 | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock... (D014619) | 2,000 | 2,000 | - | None |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA Fin Spo |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 75 | 75 | - | Oth. Eur., PORTUGAL |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 72 | - | None |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 150 | 525 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | 1,521 | 1,521 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,474 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | - | 1,631 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **4,778** | **18,961** | **114** | |
| **Total Advisory Products** | | **4,778** | **18,961** | **114** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 452 | - | NA Fin Spo |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 4,864 | - | NA Fin Spo, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | (89) | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | 1,206 | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | 528 | 528 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | 544 | 544 | - | None |
| **Total HY Bonds** | | **2,189** | **10,094** | **-** | |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **-** | **1,127** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (53) | (160) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (67) | (202) | - | None |
| **Total Loans IG** | | **(120)** | **(362)** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,727 | - | NA Fin Spo, NA Lev Fin |
| **Total Leveraged Loans** | | **-** | **5,727** | **-** | |
| **Total Debt Products** | | **2,069** | **16,586** | **-** | |

CONFIDENTIAL

DB 000443

FRANCHISE - REVENUE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Digital River - block trade (4Q 01) (D016304) | 85 | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 1,836 | 1,836 | 137 | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | 97 | 3,592 | - | None |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | 47 | (1,607) | - | ASIA SPON, CHINA, NA Fin Spo |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | - | 739 | None |
| Total Equity | | 2,066 | 7,544 | 876 | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| Total Private Placement-Equity | | - | (1) | - | |
| Total Equity Products | | 2,066 | 7,543 | 876 | |
| Total Product | | 8,913 | 43,090 | 990 | |

CONFIDENTIAL

DB 000444

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Apr | May | Jun | Jul | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Franchise Value | | | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | 3,423 | - | 0 | 3,423 | 3,423 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | 0 | - | - | - | - | 3,423 | 3,423 | - |
| M&A | Bertelsmann - project Rolling Stone (ex Emptre) / Rolling Stone (ex Em (D015828) | 0 | - | - | - | - | 16,500 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015366) | 0 | - | 2,000 | 2,000 | - | 0 | 2,000 | - |
| M&A | Business/Wire - general advisory (D005685) | 25 | - | 7,188 | 7,188 | - | 0 | 7,188 | 1,797 |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US$0-70mn / Silver (D011658) | 0 | - | - | - | - | 913 | 913 | - |
| M&A | Deutsche Telecom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 913 | 913 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014801) | 50 | - | - | - | - | 8,000 | 9,000 | 3,993 |
| M&A | Finlnvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 25 | - | - | - | - | 7,988 | 7,988 | 188 |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 25 | 2,000 | - | 750 | - | 0 | 750 | 188 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D016714) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,600 |
| M&A | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | - | 1,500 | - | 0 | 1,500 | 750 |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005459) | 50 | - | 3,758 | - | - | 0 | 3,758 | 1,879 |
| M&A | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Rand McNally & Co - general advisory (D012299) | 50 | - | - | - | - | 2,282 | 2,282 | 1,141 |
| M&A | TV Globo - Project Waves / Waves ... (D013828) | 25 | - | - | - | - | 3,423 | 3,423 | 856 |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monacle (D022406) | 75 | - | - | - | - | 86 | 86 | 64 |
| M&A | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 0 | - | - | 4,085 | - | 0 | 4,085 | - |
| M&A | | 25 | - | - | - | - | 1,141 | 1,141 | 286 |
| M&A | | | 2,000 | 3,758 | 18,946 | - | 53,763 | 78,467 | 15,875 |
| | | | | | | | | | |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,141 | 1,141 | - |
| Real Estate Advisory | | | - | - | - | - | 1,141 | 1,141 | - |
| | | | | | | | | | |
| Advisory Products | | | 2,000 | 3,758 | 18,946 | - | 54,894 | 79,608 | 16,876 |
| | | | | | | | | | |
| HY Bonds | Liberman Broadcasting - refinancing (2002) (D021178) | 50 | - | - | 799 | - | 0 | 799 | 399 |
| HY Bonds | | | - | - | 799 | - | 0 | 799 | 399 |
| | | | | | | | | | |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | 30,804 | 0 | 30,804 | 16,402 |
| Leveraged Loans | Johnston Press - Debt financing for RIM acqn / Jupiter.- (D014634) | 50 | 2,451 | - | - | - | 0 | 2,451 | 1,226 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013812) | 50 | 1,300 | - | - | - | 0 | 1,300 | 650 |
| Leveraged Loans | Loews Cineplex Entertainment - ext financing (1Q 02) (D016576) | 50 | 1,141 | - | - | - | 0 | 1,141 | 570 |
| Leveraged Loans | Sinclair Broadcasting - refinancing (D021892) | 75 | - | - | 3,423 | - | 0 | 3,423 | 2,567 |
| Leveraged Loans | | | 4,892 | - | 3,423 | 30,804 | 0 | 38,119 | 20,415 |
| | | | | | | | | | |
| Debt Products | | | 4,892 | - | 4,221 | 30,804 | 0 | 38,918 | 20,815 |
| | | | | | | | | | |
| Equity | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | 0 | - | - | 5,705 | - | 0 | 5,705 | - |
| Equity | Blackboard - IPO (1Q 02) (D014712) | 0 | - | 1,940 | - | - | 0 | 1,940 | - |
| Equity | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | 972 | - | - | 0 | 972 | 486 |
| Equity | LIN Television - IPO (D020127) | 75 | 7,188 | - | - | - | 0 | 7,188 | 5,391 |
| Equity | Lagardere - monisetion of shares & convertible bond offering (D016605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| Equity | XM Satellite Radio - secondary offering (2Q 02) (D022418) | 75 | 1,711 | - | - | - | 0 | 1,711 | 1,284 |
| Equity | | | 8,899 | 2,912 | 5,705 | - | 16,500 | 34,015 | 7,160 |
| | | | | | | | | | |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | 1,141 | - | 0 | 1,141 | 114 |
| Private Placement-Equity | | | - | - | 1,141 | - | 0 | 1,141 | 114 |
| | | | | | | | | | |
| Equity Products | | | 8,899 | 2,912 | 6,845 | - | 16,500 | 35,156 | 7,274 |
| | | | | | | | | | |
| Product | | | 15,791 | 6,670 | 30,012 | 30,804 | 71,394 | 154,671 | 43,964 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000445

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-04-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Echostar - General Advisory (Vivendi) (D016641) | Other M&A Advisory | N/A | | 8,588 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,988 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | (145) | | 30,804 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 1,836 | 1,836 | 137 | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 1,017 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | 97 | 3,592 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 4,864 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | 5,727 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | 47 | (1,607) | | | |
| | Rand McNally & Co - general advisory (D012298) | Divestiture Advisory | 25% | | | 739 | 3,423 | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005827) | Equity-Secondary | 0% | | | | 15,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,423 | |
| Austin, Geoffrey | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | | | | 5,705 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | 2,000 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Acquisition Advisory | 50% | | | | 3,758 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Equity-Rights | 50% | | | | 972 | |
| | Johnston Press - Debt financing for RIM acqn / Jupiter. - (D014834) | Senior Bank Debt | 50% | | | | 2,451 | |
| | Lagardere - monisation of shares & convertible bond offering (D015605) | Block Trade | 0% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | 1,032 | 1,032 | | | |
| | Blackboard - IPO (1Q 02) (D014712) | Equity-IPO | 0% | | | | | |
| | Entercom Communications - HY Offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,017 | | 1,940 | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 97 | 3,592 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 47 | (1,607) | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | (69) | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | | 739 | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | 528 | 528 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,423 | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Albritton Communications - General Advisory (D020686) | Fairness Opinion | N/A | | | 114 | | |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 72 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | 75% | | | | 1,711 | |
| Lovegrove, Stephen | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | | | | 5,705 | |
| | Bertelsmann - Project Rock / Rock. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | | 16,500 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | | | 2,000 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | | | | 8,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Merger Advisory | 50% | | | | 1,500 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | | | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Acquisition Advisory | 0% | | | | 10,000 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 15,000 | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005827) | Equity-Secondary | 0% | | | | | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | 75 | 75 | | 1,500 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | | | | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,038 | | | |
| Macinnes, Bruce | Bertelsmann - Project Rock / Rock. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | | 16,500 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | | | 750 | |
| | Finlnvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | | | 2,000 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | | |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014882) | Merger Advisory | N/A | 150 | 525 | | | |

CONFIDENTIAL

DB 000446

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-04-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | Taylor Nelson Sofres - potential aquisition or Observer: AB / Monocle (D002405) | Other M&A Advisory | 0% | - | - | - | 4,085 | - |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | - | - | - | 1,141 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 4,864 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican (D015959) | Senior Bank Debt | N/A | - | 5,727 | - | - | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | - | - | - | - | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | - | 89 | - | 86 | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | N/A | - | 1,631 | - | 1,141 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | - | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | - | 1,506 | - | - | - |
| | LIN Television - IPO (D020127) | Equity-IPO | 75% | - | - | - | 7,189 | - |
| | Liberman Broadcasting - refinancing (2002) (D021178) | Bonds-Corporate High Yield | 50% | - | - | - | 799 | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | 50% | - | - | - | 1,141 | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014981) | Bonds-Corporate High Yield | N/A | 544 | 544 | - | - | - |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | - | 16,500 | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 8,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 760 | - |
| | Finlnvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | - | - | - | - | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | - | - | - | 3,423 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | - | - | - | 3,423 | - |
| | BusinessWire - general advisory (D005885) | Divestiture Advisory | 25% | - | - | - | 7,188 | - |
| | Digital River - block trade (4Q 01) (D015304) | Equity-Secondary | N/A | 85 | 85 | - | - | - |
| | Liberty Media - | Senior Bank Debt | 50% | - | - | - | 1,300 | - |
| | TMP Worldwide - Project University / University I (D013407) | Acquisition Advisory | N/A | - | 3,474 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |
| Yung, Sun J. | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | Divestiture Advisory | 50% | - | - | - | 2,282 | - |
| | Scientific Atlanta -acquisition of Berconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | 1,521 | 1,521 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |

CONFIDENTIAL

DB 000447

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
AS OF 10-APR-2002
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD(Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 2,553 | 16,360 | 7,767 | 8,593 | 114 | 28,950 | 11,559 | 28,033 | 25,650 | 2,383 | - | - |
| Other Advisory | - | - | - | - | - | 1,141 | - | - | - | - | - | - |
| Total Advisory Products | 2,553 | 16,360 | 7,767 | 8,593 | 114 | 30,091 | 11,559 | 28,033 | 25,650 | 2,383 | - | - |
| ECM | 2,066 | 3,907 | 8,996 | (5,090) | 876 | 25,839 | 6,674 | 11,457 | 25,850 | (14,193) | - | - |
| Restricted Securities/PPE | - | (1) | 17 | (18) | - | 1,141 | 114 | 113 | - | 113 | - | - |
| Total Equity | 2,066 | 3,906 | 9,013 | (5,108) | 876 | 26,979 | 6,788 | 11,570 | 25,850 | (14,080) | - | - |
| HY Bonds | 2,189 | 10,094 | 5,353 | 4,741 | - | 799 | 399 | 10,494 | 7,330 | 3,164 | - | - |
| Bonds IG | - | 1,127 | - | 1,127 | - | - | - | 1,127 | 7,330 | (6,203) | - | - |
| Leveraged Loans | - | 5,727 | - | 5,727 | - | 36,668 | 19,190 | 24,918 | 3,665 | 21,251 | - | - |
| Loans IG | (120) | (362) | - | (362) | - | - | - | (362) | 3,665 | (4,027) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 2,069 | 16,586 | 5,353 | 11,233 | - | 37,467 | 19,589 | 36,175 | 21,990 | 14,185 | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 6,687 | 36,852 | 22,133 | 14,719 | 990 | 94,537 | 37,936 | 75,778 | 73,290 | 2,488 | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000448

FRANCHISE - REVENUE BY DEAL
AS OF 10-APR-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (D020686) | - | - | 1-4 | None |
| | Aurora Communications - general advisory (D012858) | 1,032 | 1,032 | - | None |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA Fin Spo |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 72 | - | None |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 1,521 | 1,521 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,474 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | - | 1,631 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **2,553** | **16,360** | **114** | |
| **Total Advisory Products** | | **2,553** | **16,360** | **114** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 452 | - | NA Fin Spo |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 4,864 | - | NA Fin Spo, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | (89) | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | 1,206 | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | 528 | 528 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | 544 | 544 | - | None |
| **Total HY Bonds** | | **2,189** | **10,094** | **-** | |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **-** | **1,127** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (53) | (160) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (67) | (202) | - | None |
| **Total Loans IG** | | **(120)** | **(362)** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,727 | - | NA Fin Spo, NA Lev Fin |
| **Total Leveraged Loans** | | **-** | **5,727** | **-** | |
| **Total Debt Products** | | **2,069** | **16,586** | **-** | |
| | Digital River - block trade (4Q 01) (D016304) | 85 | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 1,836 | 1,836 | 137 | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | 97 | 3,592 | - | None |

CONFIDENTIAL

DB 000449

FRANCHISE - REVENUE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | 47 | (1,607) | - | ASIA SPON, CHINA, NA Fin Spo |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | - | 739 | None |
| **Total Equity** | | 2,066 | 3,907 | 876 | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Private Placement-Equity** | | - | (1) | - | |
| **Total Equity Products** | | 2,066 | 3,906 | 876 | |
| **Total Product** | | 6,687 | 36,852 | 990 | |

CONFIDENTIAL

DB 000450

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Apr | May | Jun | Jul | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Franchise Value | | | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | 3,423 | - | 0 | 3,423 | 3,423 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster - (D012541) | 0 | - | - | - | - | 3,423 | 3,423 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | 7,188 | - | 0 | 7,188 | 1,797 |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,986 | 7,986 | 3,993 |
| M&A | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | 50 | - | - | - | - | 2,282 | 2,282 | 1,141 |
| M&A | Rand McNally & Co - general advisory (D012296) | 25 | - | - | - | - | 3,423 | 3,423 | 856 |
| M&A | TV Globo - Project Waves / Waves ... (D013628) | 75 | - | - | - | - | 86 | 86 | 64 |
| M&A | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 25 | - | - | - | - | 1,141 | 1,141 | 285 |
| M&A | | | - | - | 10,610 | - | 18,340 | 28,950 | 11,559 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,141 | 1,141 | - |
| Real Estate Advisory | | | - | - | - | - | 1,141 | 1,141 | - |
| Advisory Products | | | - | - | 10,610 | - | 19,481 | 30,091 | 11,559 |
| HY Bonds | Liberman Broadcasting - refinancing (2002) (D021178) | 50 | - | - | 799 | - | 0 | 799 | 399 |
| HY Bonds | | | - | - | 799 | - | 0 | 799 | 399 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | 30,804 | 0 | 30,804 | 15,402 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013612) | 50 | 1,300 | - | - | - | 0 | 1,300 | 650 |
| Leveraged Loans | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | 50 | 1,141 | - | - | - | 0 | 1,141 | 570 |
| Leveraged Loans | Sinclair Broadcasting - refinancing (D021892) | 75 | - | - | 3,423 | - | 0 | 3,423 | 2,567 |
| Leveraged Loans | | | 2,441 | - | 3,423 | 30,804 | 0 | 36,668 | 19,190 |
| Debt Products | | | 2,441 | - | 4,221 | 30,804 | 0 | 37,467 | 19,589 |
| Equity | Blackboard - IPO (1Q 02) (D014712) | 0 | - | 1,940 | - | - | 0 | 1,940 | - |
| Equity | LIN Television - IPO (D020127) | 75 | 7,188 | - | - | - | 0 | 7,188 | 5,391 |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| Equity | XM Satellite Radio - secondary offering (2Q 02) (D022418) | 75 | 1,711 | - | - | - | 0 | 1,711 | 1,284 |
| Equity | | | 8,899 | 1,940 | - | - | 15,000 | 25,839 | 6,674 |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | 1,141 | - | 0 | 1,141 | 114 |
| Private Placement-Equity | | | - | - | 1,141 | - | 0 | 1,141 | 114 |
| Equity Products | | | 8,899 | 1,940 | 1,141 | - | 15,000 | 26,979 | 6,788 |
| Product | | | 11,340 | 1,940 | 16,973 | 30,804 | 34,481 | 94,537 | 37,936 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000451

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-04-10 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | 1,032 | 1,032 | - | - | - |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | - | 8,686 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | - | - | - | 7,986 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | (145) | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | - | - | - | 30,604 | - |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | 1,836 | 1,836 | 137 | - | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | - | 1,017 | - | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 97 | 97 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 3,592 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | - | 4,884 | - | - | - |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | - | 5,727 | - | - | - |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | 47 | (1,607) | - | - | - |
| | Rand McNally & Co - general advisory (D012298) | Divestiture Advisory | 25% | - | - | 739 | - | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | - | - | - | 3,423 | - |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | - | 15,000 | - |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | - | - | - | 3,423 | - |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | 1,032 | 1,032 | - | - | - |
| | Blackboard - IPO (1Q 02) (D014712) | Equity-IPO | 0% | - | - | - | 1,940 | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | - | 1,017 | - | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 97 | 3,592 | - | - | - |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 47 | (1,607) | - | - | - |
| | NextMedia Group - HY offering (2Q 02) (D013233) | Bonds-Corporate High Yield | N/A | (89) | (89) | - | - | - |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | - | - | - | - | - |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | 739 | - | - |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | 528 | 528 | - | - | - |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | - | - | - | 3,423 | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | - | 68 | - | - | - |
| | Allbritton Communications - General Advisory (DO20686) | Fairness Opinion | N/A | - | - | 114 | - | - |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | - | 72 | - | - | - |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | 75% | - | - | - | 1,711 | - |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (DO20807) | Real Estate Advisory | 0% | - | - | - | 1,141 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 4,864 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | - | 5,727 | - | - | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | - | - | - | 86 | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | - | 89 | - | - | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | 25% | - | - | - | 1,141 | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | N/A | - | 1,631 | - | - | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | - | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | - | 1,505 | - | - | - |
| | LIN Television - IPO (D020127) | Equity-IPO | 75% | - | - | - | 7,188 | - |
| | Liberman Broadcasting - refinancing (2002) (D021178) | Bonds-Corporate High Yield | 50% | - | - | - | 799 | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D015676) | Senior Bank Debt | 50% | - | - | - | 1,141 | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | 544 | 544 | - | - | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | - | - | - | 3,423 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | - | - | - | 3,423 | - |
| | BusinessWire - general advisory (D005686) | Divestiture Advisory | 25% | - | - | - | 7,188 | - |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | 85 | 85 | - | - | - |
| | Liberty Media - | Senior Bank Debt | 50% | - | - | - | 1,300 | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | - | 3,474 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |
| Yung, Sun J. | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | Divestiture Advisory | 50% | - | - | - | 2,282 | - |
| | Scientific Atlanta -acquisition of Berconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | 1,521 | 1,521 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |

CONFIDENTIAL

DB 000452

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10-APR-2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD(Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 2,225 | 2,600 | 12,636 | (10,035) | - | 48,594 | 4,317 | 6,917 | 28,920 | (22,003) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory Products | 2,225 | 2,600 | 12,636 | (10,035) | - | 48,594 | 4,317 | 6,917 | 28,920 | (22,003) | - | - |
| ECM | - | 3,638 | 3,887 | (250) | - | 23,177 | 486 | 4,124 | 28,920 | (24,796) | - | - |
| Restricted Securities/PPE | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | - | 3,638 | 3,887 | (250) | - | 23,177 | 486 | 4,124 | 28,920 | (24,796) | - | - |
| HY Bonds | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Leveraged Loans | - | - | - | - | - | 2,451 | 1,226 | 1,226 | 4,130 | (2,904) | - | - |
| Loans IG | - | - | - | - | - | - | - | - | 4,130 | (4,130) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | - | - | - | - | - | 2,451 | 1,226 | 1,226 | 24,790 | (23,564) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 2,225 | 6,238 | 16,523 | (10,285) | - | 74,221 | 6,028 | 12,267 | 82,630 | (70,363) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL                                                                 DB 000453

FRANCHISE - REVENUE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock.. (D014619) | 2,000 | 2,000 | - | None |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 75 | 75 | - | Oth. Eur., PORTUGAL |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 150 | 525 | - | EUR TECH |
| **Total M&A** | | 2,225 | 2,600 | - | |
| **Total Advisory Products** | | 2,225 | 2,600 | - | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| **Total Equity** | | - | 3,638 | - | |
| **Total Equity Products** | | - | 3,638 | - | |
| **Total Product** | | 2,225 | 6,238 | - | |

CONFIDENTIAL

DB 000454

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Apr | May | Jun | Jul | | | |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 0 | - | - | - | - | 16,500 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | 2,000 | - | 0 | 2,000 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 25 | - | - | 750 | - | 0 | 750 | 188 |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 50 | - | - | 1,500 | - | 0 | 1,500 | 750 |
| M&A | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | 3,758 | - | - | 0 | 3,758 | 1,879 |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | - | 4,085 | - | 0 | 4,085 | - |
| **M&A** | | | **2,000** | **3,758** | **8,335** | **-** | **34,500** | **48,594** | **4,317** |
| Advisory Products | | | 2,000 | 3,758 | 8,335 | - | 34,500 | 48,594 | 4,317 |
| Leveraged Loans | Johnston Press - Debt financing for RIM acqn / Jupiter.- (D014834) | 50 | 2,451 | - | - | - | 0 | 2,451 | 1,226 |
| **Leveraged Loans** | | | **2,451** | **-** | **-** | **-** | **0** | **2,451** | **1,226** |
| Debt Products | | | 2,451 | - | - | - | 0 | 2,451 | 1,226 |
| Equity | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | 0 | - | - | 5,705 | - | 0 | 5,705 | - |
| Equity | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | 972 | - | - | 0 | 972 | 486 |
| Equity | Lagardere - monisation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | SES - Advisory for equ. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| **Equity** | | | **-** | **972** | **5,705** | **-** | **16,500** | **23,177** | **486** |
| Equity Products | | | - | 972 | 5,705 | - | 16,500 | 23,177 | 486 |
| Product | | | 4,451 | 4,730 | 14,040 | - | 51,000 | 74,221 | 6,028 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000455

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-04-10 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | - | - | - | 5,705 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Acquisition Advisory | 50% | - | - | - | 3,758 | - |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Equity-Rights | 50% | - | - | - | 972 | - |
| | Johnston Press - Debt financing for RIM acqn / Jupiter.- (D014834) | Senior Bank Debt | 50% | - | - | - | 2,451 | - |
| | Lagardere - monisation of shares & convertible bond offering (DD15805) | Block Trade | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Lovegrove, Stephen | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | - | - | - | 5,705 | - |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | - | - | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | - | - | 1,500 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | - | - | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005827) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | - | - | 1,500 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | - | - | - |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | - | 3,638 | - | - | - |
| Macinnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | - | - | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015823) | Acquisition Advisory | 0% | - | - | - | 18,500 | - |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | ProSieben - merger advisory with Kirch Media (P/L Concordia) / Concord (D014982) | Merger Advisory | N/A | 150 | 525 | - | - | - |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005827) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002406) | Other M&A Advisory | 0% | - | - | - | 4,085 | - |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | - | - | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |

CONFIDENTIAL