FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10-JUL-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jul Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 235 | 27,257 | 18,927 | 8,330 | 25 | 69,526 | 10,228 | 37,510 | 49,000 | (11,490) | - | - |
| Other Advisory | - | - | - | - | - | 1,007 | - | - | - | - | - | - |
| Total Advisory Products | 235 | 27,257 | 18,927 | 8,330 | 25 | 70,534 | 10,228 | 37,510 | 49,000 | (11,490) | - | - |
| ECM | (689) | 28,213 | 33,134 | (3,922) | (454) | 44,677 | 26,697 | 55,455 | 49,000 | 6,455 | - | - |
| Restricted Securities/PPE | - | (1) | 178 | (180) | - | - | - | (1) | - | (1) | - | - |
| Total Equity | (689) | 29,211 | 33,313 | (4,101) | (454) | 44,677 | 26,697 | 55,454 | 49,000 | 6,454 | - | - |
| HY Bonds | 143 | 11,263 | 9,774 | 1,489 | - | 3,022 | 755 | 12,018 | 14,000 | (1,982) | - | - |
| Bonds IG | 86 | 1,354 | - | 1,354 | - | 3,000 | - | 1,354 | 14,000 | (12,646) | - | - |
| Leveraged Loans | 1,980 | 10,139 | 885 | 9,254 | - | 37,873 | 19,692 | 29,830 | 14,000 | 15,830 | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 2,209 | 22,756 | 10,859 | 12,097 | - | 43,894 | 20,447 | 43,203 | 42,000 | 1,203 | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (105) | (695) | - | (695) | - | - | - | (695) | - | (695) | - | - |
| Total CF Revenue | 1,650 | 78,529 | 62,898 | 15,631 | (429) | 159,105 | 57,373 | 135,473 | 140,000 | (4,527) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL    DB 000489

FRANCHISE - REVENUE BY DEAL
AS OF: 10 JUL 2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | - | 2,663 | - | EUR TELE, NA TELE |
| | Allbritton Communications - General Advisory (News Ch 8) (D020688) | - | 111 | - | NA Lev Fin |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | NA FIN SPO |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | ITALY |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 250 | 250 | - | EUR TECH, Rus.&Turk. |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | Oth. Eur., PORTUGAL |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | (18) | 58 | 25 | UK |
| | Johnston Press - Acqn advisory for RIM / Pacific.. (D014213) | - | 2,188 | - | None |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 139 | - | EUR SPON, EUR TELE |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR TECH |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 525 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 3 | 1,524 | - | NA FIN SPO |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | EUR TELE, ITALY, LA |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | - | 1,578 | - | None |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | LA |
| | TV Globo - Project Waves / Waves …. (D013628) | - | 89 | - | |
| **Total M&A** | | **235** | **27,257** | **25** | |
| **Total Advisory Products** | | **235** | **27,257** | **25** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | 399 | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | 135 | 1,152 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | 8 | 536 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 544 | - | None |
| **Total HY Bonds** | | **143** | **11,263** | **-** | |
| | AOL Time Warner Inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | 86 | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **86** | **1,354** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | 1,980 | 1,980 | - | EUR SPON |

CONFIDENTIAL

FRANCHISE - REVENUE BY DEAL
AS OF: 10-JUL-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leveraged Loans** | | 1,980 | 10,139 | - | |
| **Total Debt Products** | | 2,209 | 22,756 | - | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 4,823 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 33 | 2,002 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 4,732 | - | UK |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,623 | - | NA FIN SPO |
| | LIN Television - IPO (D020127) | - | 9,141 | - | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | (721) | (3,037) | (454) | FRANCE |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | None |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 745 | - | NA P PLMT |
| | SONICblue - debt private placement (2Q 02) (D021165) | - | 160 | - | NA FIN SPO |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 748 | - | |
| **Total Equity** | | (689) | 29,213 | (454) | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Private Placement-Equity** | | - | (1) | - | |
| **Total Equity Products** | | (689) | 29,211 | (454) | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (46) | (308) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (58) | (387) | - | None |
| **Total Loans IG** | | (105) | (695) | - | |
| **Total Other Financing Products** | | (105) | (695) | - | |
| **Total Product** | | 1,650 | 78,529 | (429) | |

CONFIDENTIAL

DB 000491

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-JUL-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Jul | Aug | Sep | Oct | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | | | | | 1,007 | 1,007 | 755 |
| M&A | Acme Communications - general advisory (D008356) | 25 | | | | | 1,259 | 1,259 | 315 |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 0 | | | | | 0 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 25 | 2,000 | | | | 0 | 2,000 | 500 |
| M&A | BusinessWire - general advisory (D005685) | 25 | | | 16,500 | | 5,439 | 5,439 | 1,360 |
| M&A | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | 0 | | | | | 0 | 6,000 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014801) | 50 | | | 6,000 | | 7,051 | 7,051 | 3,525 |
| M&A | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | 0.25 | | | | | 4,500 | 4,500 | 11 |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | | | | 10,000 | 0 | 10,000 | - |
| M&A | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | 25 | | | 755 | | 0 | 755 | 189 |
| M&A | Pinnacle Holdings - general advisory (2001) (D010190) | 50 | | | 3,022 | | 0 | 3,022 | 1,511 |
| M&A | ProSieben - strategic divestiture advisory (D023912) | 25 | | | | | 5,000 | 6,000 | 1,250 |
| M&A | Rand McNally & Co - general advisory (D012298) | 25 | | | | | 2,015 | 2,015 | 504 |
| M&A | TIM Brazil - Project Eiffel/Phase 2 (sale) / Eifel - 2 . (D024386) | 25 | | | | 1,007 | 0 | 1,007 | 252 |
| M&A | TV Globo - Project Waves / Waves ... (D013628) | 75 | | | | 70 | 0 | 70 | 57 |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monacle (D002405) | 0 | | | | 3,896 | 0 | 3,896 | - |
| M&A | | | 2,000 | | 26,277 | 14,978 | 26,271 | 69,526 | 10,228 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | | | | | 1,007 | 1,007 | - |
| Real Estate Advisory | | | | | | | 1,007 | 1,007 | . |
| Advisory Products | | | 2,000 | | 26,277 | 14,978 | 27,278 | 70,534 | 10,228 |
| HY Bonds | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | 25 | 3,022 | | | | 0 | 3,022 | 755 |
| HY Bonds | | | 3,022 | | | | 0 | 3,022 | 755 |
| Bonds IG | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | 0 | | | | | 3,000 | 3,000 | - |
| Bonds IG | | | | | | | 3,000 | 3,000 | . |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014801) | 50 | | | | 34,851 | 0 | 34,851 | 17,425 |
| Leveraged Loans | Gray Communications acqn fin for Benedek Broadcasting (D022657) | 75 | 3,022 | | | | 0 | 3,022 | 2,266 |
| Leveraged Loans | | | 3,022 | | | 34,851 | 0 | 37,873 | 19,692 |
| Debt Products | | | 6,044 | | | 34,851 | 3,000 | 43,894 | 20,447 |
| Equity | APAX/Hicks Muse - IPO of Yell plc (D020545) | 90 | | 1,612 | | | 0 | 1,612 | 1,450 |
| Equity | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 75 | | | 17,000 | | 0 | 17,000 | 12,750 |
| Equity | BSkyB - GBP 200 million convertible bond (D020296) | 75 | 2,500 | | | | 0 | 2,500 | 1,875 |
| Equity | Blackboard - IPO ( Q1 03) (D014712) | 0 | | | | 1,712 | 0 | 1,712 | - |
| Equity | Citadel Broadcasting - IPO (D023066) | 25 | | | | | 5,036 | 5,036 | 1,259 |
| Equity | Leap Frog Enterprises - IPO financing (D016309) | 75 | 806 | | | | 0 | 806 | 604 |
| Equity | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | | | | | 8,000 | 8,000 | 6,000 |
| Equity | Salem Communications - secondary offering (3Q 02) (D024428) | 75 | 1,511 | | | | 0 | 1,511 | 1,133 |
| Equity | Texas Pacific Group - IPO (Hunter) / Hunter ^ (D022792) | 25 | | | | 6,500 | 0 | 6,500 | 1,625 |
| Equity | | | 4,817 | 1,612 | 17,000 | 8,212 | 13,036 | 44,677 | 26,697 |
| Equity Products | | | 4,817 | 1,612 | 17,000 | 8,212 | 13,036 | 44,677 | 26,697 |
| Product | | | 12,860 | 1,612 | 43,277 | 58,042 | 43,314 | 159,105 | 57,373 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000492

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-07-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 25% | | | | 5,036 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | | | | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 4,823 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | 8,886 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | 399 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | | | 7,051 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | (145) | | | |
| | Emmis Communications - Block Trade (2Q 02) (D021859) | Block Trade | N/A | 33 | 2,002 | | 34,851 | |
| | Entercom Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | N/A | 135 | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,036 | | | |
| | MediaNation - HK$445.5mm IPO on GEM - Proj Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (721) | (3,037) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 745 | | | |
| | Rand McNally & Co - general advisory (D012288) | Divestiture Advisory | 25% | | | | 2,015 | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015995) | Bonds-Eurobonds | 0% | | | | 3,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (DC21892) | Senior Bank Debt | 75% | | | | 3,022 | |
| Austin, Geoffrey | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | | | 1,612 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra " (D013840) | Valuation | N/A | | 2,367 | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | Equity-Rights | N/A | | 1,823 | | | |
| | Johnston Press - £600mm debt financing for RIM acquisition / Jupiter.- (D014834) | Senior Bank Debt | N/A | 1,980 | 1,980 | | | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (DD20465) | Senior Bank Debt | N/A | | 292 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Blackboard - IPO ( Q1 03) (D014712) | Equity-IPO | 0% | | | | 1,712 | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 25% | | | | 5,036 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | | | | |
| | Entercom Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | N/A | 135 | 4,823 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 1,152 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 4,663 | | | |
| | MediaNation - HK$445.5mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | 75% | | | | 806 | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | (721) | (3,037) | (454) | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | (89) | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Equity-Secondary | N/A | | 745 | | | |
| | Sinclair Broadcasting - HY Offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | 8 | 536 | | 3,022 | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Albritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 111 | | | |
| | Gray Communications acqn fin for Benedek Broadcasting (D022657) | Senior Bank Debt | 75% | | | | 3,022 | |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 139 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 75% | | | | 1,511 | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 748 | | | |
| Lovegrove, Stephen | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | | | 1,612 | |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 75% | | | | 17,000 | |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-07-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | - | - | - | 2,500 | - |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| | Boosey & Hawkes - Debt Restructuring Advisor re: refinancing (D013891) | Corporate Restructuring Advice | 100% | - | - | - | 351 | - |
| | Boosey & Hawkes - Debt Restructuring Advisor re: refinancing (D013891) | Corporate Restructuring Advice | N/A | 115 | 1,991 | - | - | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D013359) | Divestiture Advisory | 25% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Impresa/Cofina -pot merger of impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 58 | 25 | - | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Acquisition Advisory | 0% | - | - | - | 4,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | ProSieben - strategic divestiture advisory (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015986) | Bonds-Eurobonds | 0% | - | - | - | 3,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | - | - | - | 8,000 | - |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 58 | 25 | - | - |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | - | 3,638 | - | - | - |
| Macinnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| | Finivest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | - | 250 | - | - | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | 250 | 2,367 | - | - | - |
| | ProSieben - merger advisory with Kirch Media (Pj)t Concordia) / Concord (D014982) | Merger Advisory | N/A | - | 525 | - | - | - |
| | ProSieben - strategic divestiture advisory (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015986) | Bonds-Eurobonds | 0% | - | - | - | 3,000 | - |
| | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocia (D022405) | Other M&A Advisory | 0% | - | - | - | 3,896 | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 25% | - | - | - | 6,500 | - |
| Morris, J L Malcolm | Alliance Imaging Inc - GRMI Retainer (D020818) | Senior Bank Debt | 0% | - | - | - | 2,015 | - |
| | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | - | - | - | 1,007 | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 5,480 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | - | 5,936 | - | - | - |
| | Pinnacle Holdings - general advisory (2001) (D010180) | Divestiture Advisory | 50% | - | - | - | 3,022 | - |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | - | 533 | - | - | - |
| | TIM Brazil - Project Eiffel/Phase 1 (strategic alliance) / Eiffel - 1.. (D014121) | Other M&A Advisory | N/A | - | 1,578 | - | - | - |
| | TIM Brazil - Project Eiffel/Phase 2 (sale) / Eifel - 2.. (D024386) | Divestiture Advisory | 25% | - | - | - | 1,007 | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | - | - | - | 76 | - |
| | TV Globo - Project Waves / Waves ... (D013525) | Divestiture Advisory | N/A | - | 69 | - | - | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | - | 462 | - | - | - |
| | Acme Communications - general advisory (D005356) | Divestiture Advisory | 25% | - | - | - | 1,259 | - |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | - | - | - | 3,022 | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D020033) | Bonds-Corporate High Yield | N/A | - | 1,505 | - | - | - |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | - | 9,141 | - | - | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016578) | Senior Bank Debt | N/A | - | 1,930 | - | - | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014861) | Bonds-Corporate High Yield | N/A | - | 544 | - | - | - |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | - | - | - | 3,022 | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016578) | Senior Bank Debt | N/A | - | 1,930 | - | - | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | - | 544 | - | - | - |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |

CONFIDENTIAL

DB 000494

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002 07 10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Fininvest - valuations (Focus) / Focus (ex-Stimfast) (D018069) | Fairness Opinion | N/A | 250 | 250 | - | - | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 75% | - | - | - | 1,007 | - |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | - | 2,863 | - | - | - |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 5,439 | - |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | - | - | - | 1,813 | - |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | - | 85 | - | - | - |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | - | 244 | - | - | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | - | 3,408 | - | - | - |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | 85 | 85 | - | - | - |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | - | - | - | 1,813 | - |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | - | 4,732 | - | - | - |
| | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | Divestiture Advisory | 25% | - | - | - | 755 | - |
| | SONICblue - debt private placement (2Q 02) (D021155) | Equity-PIPE | N/A | - | 160 | - | - | - |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | 3 | 1,524 | - | - | - |

CONFIDENTIAL

DB 000495

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 10 JUL 2002**
**EUROS IN 000'S**
**NA MEDIA (1)**

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jul Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 3 | 19,861 | 10,184 | 9,676 | - | 21,531 | 8,467 | 28,328 | 25,650 | 2,678 | - | - |
| Other Advisory | - | - | - | - | - | 1,007 | - | - | - | - | - | - |
| Total Advisory Products | 3 | 19,861 | 10,184 | 9,676 | - | 22,538 | 8,467 | 28,328 | 25,650 | 2,678 | - | - |
| ECM | (689) | 23,951 | 17,278 | 6,673 | (454) | 9,065 | 2,997 | 26,494 | 25,650 | 844 | - | - |
| Restricted Securities/PPE | - | (1) | 178 | (180) | - | - | - | (1) | - | (1) | - | - |
| Total Equity | (689) | 23,950 | 17,456 | 6,494 | (454) | 9,065 | 2,997 | 26,493 | 25,650 | 843 | - | - |
| HY Bonds | 143 | 11,263 | 9,774 | 1,488 | - | 3,022 | 755 | 12,018 | 7,330 | 4,688 | - | - |
| Bonds IG | 96 | 1,354 | - | 1,354 | - | 3,000 | - | 1,354 | 7,330 | (5,976) | - | - |
| Leveraged Loans | - | 7,866 | 885 | 6,981 | - | 37,873 | 19,692 | 27,558 | 7,330 | 20,228 | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 228 | 20,483 | 10,659 | 9,824 | - | 43,894 | 20,447 | 40,930 | 21,990 | 18,940 | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (105) | (695) | - | (695) | - | - | - | (695) | - | (695) | - | - |
| Total CF Revenue | (562) | 63,599 | 38,300 | 26,299 | (454) | 75,598 | 31,911 | 95,056 | 73,290 | 21,766 | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000496

FRANCHISE - REVENUE BY DEAL
AS OF: 10-JUL-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | - | 2,663 | - | EUR TELE, NA TELE |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA FIN SPO |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 139 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 3 | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1.. (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| **Total M&A** | | **3** | **19,861** | **-** | |
| Total Advisory Products | | **3** | **19,861** | **-** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | 399 | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | 135 | 1,152 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | 8 | 536 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 544 | - | None |
| **Total HY Bonds** | | **143** | **11,263** | **-** | |
| | AOL Time Warner inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | 86 | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **86** | **1,354** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| **Total Leveraged Loans** | | **-** | **7,866** | **-** | |
| Total Debt Products | | **228** | **20,483** | **-** | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 4,823 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |

CONFIDENTIAL

DB 000497

FRANCHISE - REVENUE BY DEAL
AS OF: 10-JUL-2002
EUROS IN 000'S
NA MEDIA.

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 33 | 2,002 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 4,732 | - | None |
| | LIN Television - IPO (D020127) | - | 9,141 | - | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | (721) | (3,037) | (454) | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 745 | - | None |
| | SONICblue - debt private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 748 | - | NA FIN SPO |
| Total Equity | | (689) | 23,951 | (454) | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| Total Private Placement-Equity | | - | (1) | - | |
| Total Equity Products | | (689) | 23,950 | (454) | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (46) | (308) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (58) | (387) | - | None |
| Total Loans IG | | (105) | (695) | - | |
| Total Other Financing Products | | (105) | (695) | - | |
| Total Product | | (562) | 63,599 | (454) | |

CONFIDENTIAL

DB 000498

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-JUL-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Jul | Aug | Sep | Oct | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | - | - | - | - | 1,007 | 1,007 | 755 |
| M&A | Acme Communications - general advisory (D006356) | 25 | - | - | - | - | 1,259 | 1,259 | 315 |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 5,439 | 5,439 | 1,360 |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,051 | 7,051 | 3,525 |
| M&A | Microsoft - General Advisory (2002) (Fore) / Fore (D022289) | 25 | - | - | 755 | - | 0 | 755 | 189 |
| M&A | Pinnacle Holdings - general advisory (2001) (D010190) | 50 | - | - | 3,022 | - | 0 | 3,022 | 1,511 |
| M&A | Rand McNally & Co- general advisory (D012298) | 25 | - | - | - | - | 2,015 | 2,015 | 504 |
| M&A | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2 - (D024386) | 25 | - | - | - | 1,007 | 0 | 1,007 | 252 |
| M&A | TV Globo - Project Waves / Waves ... (D013628) | 75 | - | - | - | 76 | 0 | 76 | 57 |
| **M&A** | | | - | - | 3,777 | 1,083 | 16,771 | 21,631 | 8,467 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,007 | 1,007 | - |
| **Real Estate Advisory** | | | - | - | - | - | 1,007 | 1,007 | - |
| **Advisory Products** | | | - | - | 3,777 | 1,083 | 17,778 | 22,638 | 8,467 |
| HY Bonds | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | 25 | 3,022 | - | - | - | 0 | 3,022 | 755 |
| **HY Bonds** | | | 3,022 | - | - | - | 0 | 3,022 | 755 |
| Bonds IG | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | 0 | - | - | - | - | 3,000 | 3,000 | - |
| **Bonds IG** | | | - | - | - | - | 3,000 | 3,000 | - |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | 34,851 | 0 | 34,851 | 17,425 |
| Leveraged Loans | Gray Communications acqn fin for Benedek Broadcasting (D022657) | 75 | 3,022 | - | - | - | 0 | 3,022 | 2,266 |
| **Leveraged Loans** | | | 3,022 | - | - | 34,851 | 0 | 37,873 | 19,692 |
| **Debt Products** | | | 6,044 | - | - | 34,851 | 3,000 | 43,894 | 20,447 |
| Equity | Blackboard - IPO (Q1 03) (D014712) | 0 | - | - | - | - | 3,000 | 3,000 | - |
| Equity | Citadel Broadcasting - IPO (D023066) | 25 | - | - | - | - | 0 | 0 | - |
| Equity | Leap Frog Enterprises - IPO financing (D016309) | 75 | - | - | - | 1,712 | 0 | 1,712 | 1,259 |
| Equity | Salem Communications - secondary offering (3Q 02) (D024428) | 75 | 806 | - | - | - | 5,036 | 5,036 | 604 |
| | | 75 | 1,511 | - | - | - | 0 | 806 | |
| **Equity** | | | 2,317 | - | - | 1,712 | 5,036 | 1,511 | 1,133 |
| **Equity Products** | | | 2,317 | - | - | 1,712 | 5,036 | 9,065 | 2,997 |
| **Product** | | | 8,360 | - | 3,777 | 37,646 | 25,814 | 75,598 | 31,911 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000499

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-07-10 (w/ed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 25% | | | | 5,036 | |
| | Cumulus Media - secondary offering (2Q 02) (D022816) | Equity-Secondary | N/A | | | | | |
| | Echostar - General Advisory (Vivendi) (D016341) | Other M&A Advisory | N/A | | 4,823 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | 8,886 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | 399 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | | | 7,051 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Bridge Loans | 50% | | (145) | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Block Trade | N/A | 33 | 2,002 | | 34,851 | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Bonds-Corporate High Yield | N/A | 135 | 1,152 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000484) | Senior Bank Debt | N/A | | 5,936 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-IPO | N/A | | (3,037) | (454) | | |
| | Rand McNally & Co - general advisory (D012298) | Equity-Secondary | N/A | (721) | 745 | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Divestiture Advisory | 25% | | | | 2,015 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Eurobonds | 0% | | | | 3,000 | |
| | Sinclair Broadcasting - refinancing (D021892) | Bonds-Corporate High Yield | N/A | | | | | |
| | | Senior Bank Debt | 75% | | 1,206 | | 3,022 | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Blackboard - IPO (Q1 03) (D014712) | Equity-IPO | 0% | | | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 25% | | | | 1,712 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | | | 5,036 | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 4,823 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 135 | 1,152 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 4,553 | | | |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000484) | Equity-IPO | 75% | | | | 806 | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | (721) | (3,037) | (454) | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | (89) | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 745 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | 8 | 536 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | | | 3,022 | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020688) | Fairness Opinion | N/A | | 68 | | | |
| | Gray Communications acqn fin for Benedek Broadcasting (D022857) | Senior Bank Debt | 75% | | 111 | | | |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | | | 3,022 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 75% | | 139 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 748 | | 1,511 | |
| Morris, J L Malcolm | Alliance Imaging Inc - GRMI Retainer (D020818) | Senior Bank Debt | 0% | | | | | |
| | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | | | | 2,015 | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | 1,007 | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,936 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | 50% | | | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | 3,022 | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024388) | Divestiture Advisory | 25% | | | | 1,007 | |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | | | | | |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | | 89 | | 76 | |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-07-10 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | - | - | - | - | - |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | - | 462 | - | - | - |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022812) | Bonds-Corporate High Yield | 25% | - | - | - | 1,259 | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | - | - | - | 3,022 | - |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | - | 1,506 | - | - | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | - | 9,141 | - | - | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | - | 1,930 | - | - | - |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022812) | Bonds-Corporate High Yield | 25% | - | 544 | - | - | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | - | 1,930 | - | 3,022 | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | - | 544 | - | - | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 75% | - | - | - | - | - |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | - | - | - | 1,007 | - |
| | BusinessWire - general advisory (D005665) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Comcast - acq fincg for AT&T Broadband (participant bank) (DC20813) | Senior Bank Debt | 50% | - | 2,663 | - | 5,439 | - |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | - | - | - | 1,813 | - |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | - | 85 | - | - | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | - | 244 | - | - | - |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | 85 | 3,408 | - | - | - |
| Yung, Sun J. | Comcast - acq fincg for AT&T Broadband (participant bank) (DC20813) | Senior Bank Debt | 50% | - | 86 | - | - | - |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | - | 4,732 | - | 1,813 | - |
| | Microsoft - General Advisory (2002) ( Foro) / Fore (D022289) | Divestiture Advisory | 25% | - | - | - | - | - |
| | SONICblue - debt private placement (2Q 02) (D021165) | Equity-PIPE | N/A | - | 180 | - | 755 | - |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | 3 | 1,524 | - | - | - |

CONFIDENTIAL

DB 000501

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10 JUL 2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jul Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | 232 | 7,396 | 9,795 | (2,399) | 25 | 47,896 | 1,761 | 9,183 | 28,920 | (19,737) | - | - |
| Total Advisory Products | 232 | 7,396 | 9,795 | (2,399) | 25 | 47,896 | 1,761 | 9,183 | 28,920 | (19,737) | - | - |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | - | 5,261 | 18,777 | (13,516) | - | 35,812 | 23,700 | 28,962 | 28,920 | 42 | - | - |
| Total Equity | - | 5,261 | 18,777 | (13,516) | - | 35,812 | 23,700 | 28,962 | 28,920 | 42 | - | - |
| HY Bonds | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Leveraged Loans | 1,980 | 2,273 | - | 2,273 | - | 3,000 | - | 2,273 | 8,260 | (5,987) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 1,980 | 2,273 | - | 2,273 | - | 3,000 | - | 2,273 | 24,790 | (22,517) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 2,213 | 14,930 | 28,573 | (13,642) | 25 | 86,507 | 25,462 | 40,417 | 82,630 | (42,213) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000502

FRANCHISE - REVENUE BY DEAL
AS OF - 10-JUL-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 250 | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina - pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | (18) | 58 | 25 | Oth. Eur., PORTUGAL |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 525 | - | EUR TECH |
| **Total M&A** | | **232** | **7,396** | **25** | |
| **Total Advisory Products** | | **232** | **7,396** | **25** | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | 1,980 | 1,980 | - | EUR SPON |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leveraged Loans** | | **1,980** | **2,273** | **-** | |
| **Total Debt Products** | | **1,980** | **2,273** | **-** | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,623 | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| **Total Equity** | | **-** | **5,261** | **-** | |
| **Total Equity Products** | | **-** | **5,261** | **-** | |
| **Total Product** | | **2,213** | **14,930** | **25** | |

CONFIDENTIAL

DB 000503

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 10-JUL-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value Jul | Aug | Sep | Oct | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 0 | - | - | 16,500 | - | 0 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 25 | 2,000 | - | - | - | 0 | 2,000 | 500 |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 0 | 6,000 | - |
| M&A | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | 0.25 | - | - | 6,000 | - | 0 | 6,000 | - |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 4,500 | 4,500 | 11 |
| M&A | ProSieben - strategic divestiture advisory (D023912) | 25 | - | - | - | 10,000 | 0 | 10,000 | - |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | - | - | - | 5,000 | 5,000 | 1,250 |
| M&A | | | - | - | - | 3,896 | 0 | 3,896 | |
| **M&A** | | | **2,000** | **-** | **22,500** | **13,896** | **9,500** | **47,896** | **1,761** |
| Advisory Products | | | 2,000 | - | 22,500 | 13,896 | 9,500 | 47,896 | 1,761 |
| Bonds IG | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | 0 | - | - | - | - | 3,000 | 3,000 | - |
| **Bonds IG** | | | **-** | **-** | **-** | **-** | **3,000** | **3,000** | **-** |
| Debt Products | | | - | - | - | - | 3,000 | 3,000 | - |
| Equity | APAX/Hicks Muse - IPO of Yell plc (D020545) | 90 | - | 1,612 | - | - | 0 | 1,612 | 1,450 |
| Equity | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 75 | - | - | 17,000 | - | 0 | 17,000 | 12,750 |
| Equity | BSkyB - GBP 200 million convertible bond (D020296) | 75 | 2,500 | - | - | - | 0 | 2,500 | 1,875 |
| Equity | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | 8,000 | 6,000 |
| Equity | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 25 | - | - | - | 6,500 | 0 | 6,500 | 1,625 |
| **Equity** | | | **2,500** | **1,612** | **17,000** | **6,500** | **8,000** | **35,612** | **23,700** |
| Equity Products | | | 2,500 | 1,612 | 17,000 | 6,500 | 8,000 | 35,612 | 23,700 |
| Product | | | 4,500 | 1,612 | 39,500 | 20,396 | 20,500 | 86,507 | 25,462 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL    DB 000504

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-07-10 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | | | 1,612 | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | Acquisition Advisory | N/A | | 2,367 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | Equity-Rights | N/A | | 2,186 | | | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter - (D014834) | Senior Bank Debt | N/A | 1,980 | 1,523 | | | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | 1,980 | | | |
| | Yell - US$340mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | | 292 | | 10,000 | |
| Lovegrove, Stephen | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | | | | |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022460) | Equity-Secondary | 75% | | | | 1,612 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | | | | 17,000 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | | | 2,500 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | 2,010 | | | |
| | Boosey & Hawkes - Debt Restructuring Advisor re: refinancing (D013891) | Corporate Restructuring Advice | 100% | | | | 16,500 | |
| | Boosey & Hawkes - Debt Restructuring Advisor re: refinancing (D013891) | Corporate Restructuring Advice | N/A | 115 | 1,991 | | 351 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 25% | | | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 2,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 58 | 25 | 6,000 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 0% | | | | 4,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| | ProSieben - strategic divestiture advisory (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 3,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | | | | 8,000 | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 58 | 25 | | |
| | Publicis Groupe SA - convertible bond Q1 2002(Kiing) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | | | | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | 2,010 | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | | | 18,500 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | 250 | 250 | | | |
| | ProSieben - merger advisory with Kirch Media (PJt Concordia) / Concord (D014982) | Merger Advisory | N/A | | 2,367 | | | |
| | ProSieben - strategic divestiture advisory (D023912) | Defense Advisory | 25% | | 625 | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 5,000 | |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | | | | 3,000 | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 25% | | | | 3,896 | |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | | | 6,500 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | 2,010 | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 16,500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | 250 | 250 | | 6,000 | |

CONFIDENTIAL