**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 09-SEP-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA (1)**

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 12 | 28,669 | 17,515 | 11,154 | - | 43,224 | 10,560 | 39,230 | 49,000 | (9,770) | 7,025 | 1,505 |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 12 | 28,669 | 17,515 | 11,154 | - | 43,224 | 10,560 | 39,230 | 49,000 | (9,770) | 7,025 | 1,505 |
| HYCM | - | - | - | - | - | - | - | - | - | - | - | - |
| Leverage Loan Fees | - | 10,310 | 12,726 | (2,416) | - | 3,011 | 753 | 11,062 | 14,000 | (2,938) | - | - |
| Project Finance / ABL Origination | - | 10,139 | 4,504 | 5,635 | - | 42,549 | 21,274 | 31,413 | 14,000 | 17,413 | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | 1,004 | - |
| Total Debt Products | - | 20,448 | 17,230 | 3,218 | - | 45,560 | 22,027 | 42,475 | 28,000 | 14,476 | 1,004 | - |
| Equity Underwriting | 701 | 28,724 | 34,551 | (5,826) | - | 4,005 | 2,628 | 31,352 | 49,000 | (17,648) | 8,000 | 4,000 |
| Restricted Securities / PPE | - | (1) | 107 | (108) | - | - | - | (1) | - | (1) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 701 | 28,723 | 34,667 | (5,934) | - | 4,005 | 2,628 | 31,351 | 49,000 | (17,649) | 8,000 | 4,000 |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 657 | 2,012 | 15,705 | (13,693) | - | 3,000 | - | 2,012 | 14,000 | (11,988) | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | 1,467 | (1,467) | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | (802) | - | (802) | - | - | - | (802) | - | (802) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 657 | 1,210 | 17,172 | (15,962) | - | 3,000 | - | 1,210 | 14,000 | (12,790) | - | - |
| Total Corporate Finance Product | 1,370 | 79,050 | 86,574 | (7,523) | - | 95,789 | 35,215 | 114,266 | 140,000 | (25,734) | 16,028 | 5,505 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000522

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 09-SEP-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | - | 2,663 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA FIN SPO |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | - | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ica Cube) / Ica cub (D015714) | (18) | 65 | - | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 30 | 30 | - | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 750 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | - | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | TIM Brazil - Project Eifel/Phase 1  (strategic alliance) / Eifel - 1.. (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 1,086 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| **Total M&A** | | **12** | **28,669** | **-** | |
| **Total Advisory** | | **12** | **28,669** | **-** | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | (538) | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,152 | - | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat  - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | 536 | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 527 | - | None |
| **Total HYCM** | | **-** | **10,310** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.. (D014834) | - | 1,980 | - | EUR SPON, UK |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leverage Loan Fees** | | **-** | **10,139** | **-** | |
| **Total Debt Products** | | **-** | **20,448** | **-** | |

CONFIDENTIAL

DB 000523

FRANCHISE - REVENUE BY DEAL
AS OF 09-SEP-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Cumulus Media - secondary offering (2Q 02) (D022916) | 312 | 5,134 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | - | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | 293 | 5,025 | - | None |
| | Internet Capital Group - IPO (D990806) | - | 296 | - | EUR TECH, NA CON |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | - | (1,629) | - | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,623 | - | UK |
| | Leap Frog Enterprises - IPO financing (D016309) | - | 643 | - | NA CON, NA FIN SPO |
| | LIN Television - IPO (D020127) | 892 | 10,033 | - | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus (Asia ECM) (D000494) | (795) | (4,721) | - | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King " (D016091) | - | 3,638 | - | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 917 | - | None |
| | SONICblue - debt private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 761 | - | NA FIN SPO |
| Total Equity Underwriting | | 701 | 28,724 | - | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| Total Restricted Securities / PPE | | - | (1) | - | |
| Total Equity | | 701 | 28,723 | - | |
| | AOL Time Warner Inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Viacom - IG offering (3Q 02) (D025676) | 657 | 657 | - | None |
| | Walt Disney - $450mm - IG Bond (D024826) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| Total GM DCM JV | | 657 | 2,012 | - | |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (447) | - | None |
| Total Principal Investing / PE Exceptions / Other | | - | (802) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 657 | 1,210 | - | |
| Total Corporate Finance Product | | 1,370 | 79,050 | - | |

CONFIDENTIAL

DB 000524

FRANCHISE - PIPELINE BY DEAL
AS OF: 09-SEP-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Sep | Oct | Nov | Dec | Balance Of Year 2002 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 25 | . | . | . | 1,254 | . | . | 1,254 | 314 |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | . | . | . | 1,004 | . | . | 1,004 | 753 |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 25 | . | . | . | 2,000 | . | . | 2,000 | 500 |
| | BusinessWire - general advisory (D005685) | 25 | . | . | . | 5,419 | . | . | 5,419 | 1,355 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | . | . | . | 6,000 | . | . | 6,000 | . |
| | Echostar - acqn advisory and financing (GM - HE) (D014801) | 50 | . | . | . | 7,025 | . | . | 7,025 | 3,512 |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 25 | . | . | . | 500 | . | . | 500 | 125 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 25 | . | . | . | 4,500 | . | . | 4,500 | 1,125 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | . | . | . | 5,000 | . | . | 5,000 | 1,250 |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (D023818) | 25 | . | . | . | 2,509 | . | . | 2,509 | 627 |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | 25 | . | . | 4,000 | . | . | . | 4,000 | 1,000 |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | 25 | . | . | . | . | . | 6,021 | 6,021 | 1,505 |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024386) | 0 | . | . | . | . | . | 1,004 | 1,004 | . |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 0 | . | . | . | 4,014 | . | . | 4,014 | . |
| **Total M&A** | | | . | . | 4,000 | 39,224 | . | 7,025 | 50,249 | 12,066 |
| **Total Advisory** | | | . | . | 4,000 | 39,224 | . | 7,025 | 50,249 | 12,066 |
| Total HYCM | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | 25 | 3,011 | . | . | . | . | . | 3,011 | 753 |
| | | | 3,011 | . | . | . | . | . | 3,011 | 753 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | 1,806 | . | . | . | . | . | 1,806 | 903 |
| | Echostar - acqn advisory and financing (GM - HE) (D014801) | 50 | . | 34,722 | . | . | . | . | 34,722 | 17,361 |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | 75 | 3,011 | . | . | . | . | . | 3,011 | 2,258 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 25 | 3,011 | . | . | . | . | . | 3,011 | 753 |
| **Total Leverage Loan Fees** | | | 7,827 | 34,722 | . | . | . | . | 42,549 | 21,274 |
| | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | . | . | . | . | . | 1,004 | 1,004 | . |
| **Total Real Estate Advisory** | | | . | . | . | . | . | 1,004 | 1,004 | . |
| **Total Debt Products** | | | 10,838 | 34,722 | . | . | . | 1,004 | 46,563 | 22,027 |
| | BSkyB - GBP 200 million convertible bond (D020296) | 75 | . | . | . | 2,500 | . | . | 2,500 | 1,875 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 50 | 1,505 | . | . | . | . | . | 1,505 | 753 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | . | . | . | . | . | 8,000 | 8,000 | 4,000 |
| **Total Equity Underwriting** | | | 1,505 | . | . | 2,500 | . | 8,000 | 12,005 | 6,628 |
| **Total Equity** | | | 1,505 | . | . | 2,500 | . | 8,000 | 12,005 | 6,628 |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | 0 | . | . | . | 3,000 | . | . | 3,000 | . |
| **Total GM DCM JV** | | | . | . | . | 3,000 | . | . | 3,000 | . |
| **Total Legacy Portfolios / Cross Selling / Other** | | | . | . | . | 3,000 | . | . | 3,000 | . |
| **Total Corporate Finance Product** | | | 12,343 | 34,722 | 4,000 | 44,724 | (0) | 16,028 | 111,817 | 40,720 |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-09-09 (Mon)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | 312 | 8,686 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | (538) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,025 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Bridge Loans | 50% | | | | 34,722 | |
| | Emmis Communications - Block Trade (2Q 02) (D021859) | Block Trade | N/A | | 2,206 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | MediaNation - HK$445.5mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Senior Bank Debt | N/A | | 5,936 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-IPO | N/A | (795) | (4,721) | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Equity-Secondary | N/A | | 917 | | 3,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Eurobonds | 0% | | | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021862) | Bonds-Corporate High Yield | N/A | | 1,206 | | 3,011 | |
| | Viacom - IG offering (3Q 02) (D025676) | Senior Bank Debt | 25% | | | | | |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | Bonds-Corp. Investment Grade | N/A | 657 | 857 | | | |
| | | Private Placement-Equity | N/A | | 749 | | | |
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific (D014213) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | Equity-Rights | N/A | | 1,623 | | | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter - (D014834) | Senior Bank Debt | N/A | | 1,080 | | 4,000 | |
| | Taylor & Francis - acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | Acquisition Advisory | 25% | | | | | |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | Acquisition Advisory | 25% | | | | | 6,021 |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | | 292 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | 312 | 5,134 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 643 | | | |
| | MediaNation - HK$445.5mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (795) | (4,721) | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021851) | Equity-Secondary | N/A | | 917 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 536 | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021862) | Senior Bank Debt | 25% | | | | 3,011 | |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | 657 | 657 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (1Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020886) | Fairness Opinion | N/A | | 111 | | 3,011 | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | 75% | | | | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 203 | | 1,505 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 50% | | | | | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 1,086 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 761 | | | |
| Lovegrove, Stephen | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 25% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Impresa/Cofina - pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 65 | | | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | Equity-IPO | N/A | | (1,628) | | | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | 25% | | | | 4,500 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | N/A | | 30 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | 30 | | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 5,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | | | 3,000 | 8,000 |

CONFIDENTIAL

DB 000526

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2002-09-09 (Mon)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 85 | | | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| Macinnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | | | 500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 250 | | | |
| | ProSieben - merger advisory with Kirch Media (P)t Concordia) / Concord (D014982) | Merger Advisory | N/A | | 2,367 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | 750 | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015986) | Bonds-Eurobonds | 0% | | | | 5,000 | 8,021 |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | Acquisition Advisory | 25% | | | | 3,000 | |
| Morris, J. Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | | | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015859) | Bonds-Corporate High Yield | N/A | | 5,460 | | | 1,004 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015859) | Senior Bank Debt | N/A | | 5,938 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1.. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2.. (D024386) | Divestiture Advisory | 0% | | | | | 1,004 |
| | TV Globo - Project Waves / Waves … (D013628) | Divestiture Advisory | 25% | | 89 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D0133398) | Bonds-Corporate High Yield | N/A | | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | | | | 1,254 | |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | | | 3,011 | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | 892 | 10,033 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D018576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | | | 4,014 | |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | | | 3,011 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D015576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | | | 500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | 250 | | | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 75% | | | | 1,004 | |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 2,663 | | | |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | 5,419 | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,806 | |
| | Digital River - block trade (4Q 01) (D015304) | Equity-Secondary | N/A | | 85 | | | |
| | Liberty Media - Acan opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,408 | | | |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | | 86 | | | |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,806 | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | | 5,025 | | | |
| | SONICblue - debt private placement (2Q 02) (D021165) | Equity-PIPE | N/A | 293 | 160 | | | |
| | Scientific Atlanta -acquisition of Barconel-Project Baseball / Baseball (DC13401) | Acquisition Advisory | N/A | | 1,524 | | | |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (DC23818) | Acquisition Advisory | 25% | | | | 2,509 | |

CONFIDENTIAL

DB 000527

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 03-SEP-2002
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Other Advisory | - | 21,011 | 10,970 | 10,041 | - | 21,224 | 6,560 | 27,571 | 25,650 | 1,921 | 1,004 | - |
| Total Advisory | - | 21,011 | 10,970 | 10,041 | - | 21,224 | 6,560 | 27,571 | 25,650 | 1,921 | 1,004 | - |
| **HYCM** | | | | | | | | | | | | |
| Leverage Loan Fees | - | 10,310 | 10,234 | 75 | - | 3,011 | 753 | 11,062 | 7,330 | 3,732 | - | - |
| Project Finance / ABL Origination | - | 7,866 | 885 | 6,981 | - | 42,549 | 21,274 | 29,140 | 7,330 | 21,810 | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | 1,004 | - |
| Total Debt Products | - | 18,176 | 11,119 | 7,057 | - | 45,559 | 22,027 | 40,203 | 14,660 | 25,543 | 1,004 | - |
| Equity Underwriting | 701 | 25,092 | 17,581 | 7,511 | - | 1,505 | 753 | 25,844 | 25,650 | 194 | - | - |
| Restricted Securities / PPE | - | (1) | 107 | (108) | - | - | - | (1) | - | (1) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 701 | 25,091 | 17,688 | 7,403 | - | 1,505 | 753 | 25,843 | 25,650 | 193 | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 657 | 2,012 | 7,194 | (5,182) | - | 3,000 | - | 2,012 | 7,330 | (5,318) | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | 1,467 | (1,467) | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | (802) | - | (802) | - | - | - | (802) | - | (802) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 657 | 1,210 | 8,661 | (7,451) | - | 3,000 | - | 1,210 | 7,330 | (6,120) | - | - |
| **Total Corporate Finance Product** | 1,359 | 65,487 | 48,438 | 17,049 | - | 71,289 | 29,340 | 94,827 | 73,290 | 21,537 | 2,007 | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000528

FRANCHISE - REVENUE BY DEAL
AS OF: 09-SEP-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | - | 2,663 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA FIN SPO |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | - | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 1,086 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| **Total M&A** | | | **21,011** | | |
| **Total Advisory** | | | **21,011** | | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | (538) | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,152 | - | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | 536 | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 527 | - | None |
| **Total HYCM** | | | **10,310** | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| **Total Leverage Loan Fees** | | | **7,866** | | |
| **Total Debt Products** | | | **18,176** | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | 312 | 5,134 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | - | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | 293 | 5,025 | - | None |
| | Internet Capital Group - IPO (D990806) | - | 296 | - | EUR TECH, NA CON |
| | Leap Frog Enterprises - IPO financing (D016309) | - | 643 | - | NA CON, NA FIN SPO |
| | LIN Television - IPO (D020127) | 892 | 10,033 | - | NA FIN SPO |

CONFIDENTIAL

FRANCHISE - REVENUE BY DEAL
AS OF: 09-SEP-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | (796) | (4,721) | - | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 917 | - | None |
| | SONICblue - debt private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | | **701** | **25,092** | **-** | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Restricted Securities / PPE** | | **-** | **(1)** | **-** | |
| **Total Equity** | | **701** | **25,091** | **-** | |
| | AOL Time Warner Inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Viacom - IG offering (3Q 02) (D025676) | 657 | 657 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total GM DCM JV** | | **657** | **2,012** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (447) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | **-** | **(802)** | **-** | |
| **Total Legacy Portfolios / Cross Selling / Other** | | **657** | **1,210** | **-** | |
| **Total Corporate Finance Product** | | **1,359** | **65,487** | **-** | |

CONFIDENTIAL                                                      DB 000530

FRANCHISE - PIPELINE BY DEAL
AS OF: 09-SEP-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep | Oct | Nov | Dec | Balance Of Year 2002 | Future Years | | |
| | Acme Communications - general advisory (D006356) | 25 | | | | 1,254 | | | 1,254 | 314 |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | | | | 1,004 | | | 1,004 | 753 |
| | BusinessWire - general advisory (D005686) | 25 | | | | 5,419 | | | 5,419 | 1,355 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | 7,025 | | | 7,025 | 3,512 |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (D023818) | 25 | | | | 2,509 | | | 2,509 | 627 |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024386) | 0 | | | | | | 1,004 | 1,004 | - |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 0 | | | | 4,014 | | | 4,014 | - |
| Total M&A | | | | | | 21,224 | | 1,004 | 22,228 | 6,560 |
| Total Advisory | | | | | | 21,224 | | 1,004 | 22,228 | 6,560 |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | 25 | 3,011 | | | | | | 3,011 | 753 |
| Total HYCM | | | 3,011 | | | | | | 3,011 | 753 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | 1,806 | | | | | | 1,806 | 903 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | 34,722 | | | | | 34,722 | 17,361 |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | 75 | 3,011 | | | | | | 3,011 | 2,258 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 25 | 3,011 | | | | | | 3,011 | 753 |
| Total Leverage Loan Fees | | | 7,827 | 34,722 | | | | | 42,549 | 21,274 |
| | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | | | | | | 1,004 | 1,004 | - |
| Total Real Estate Advisory | | | | | | | | 1,004 | 1,004 | - |
| Total Debt Products | | | 10,838 | 34,722 | | | | 1,004 | 46,563 | 22,027 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 50 | 1,505 | | | | | | 1,505 | 753 |
| Total Equity Underwriting | | | 1,505 | | | | | | 1,505 | 753 |
| Total Equity | | | 1,505 | | | | | | 1,505 | 753 |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D016996) | 0 | | | | 3,000 | | | 3,000 | - |
| Total GM DCM JV | | | | | | 3,000 | | | 3,000 | - |
| Total Legacy Portfolios / Cross Selling / Other | | | | | | 3,000 | | | 3,000 | - |
| Total Corporate Finance Product | | | 12,343 | 34,722 | | 24,224 | (0) | 2,007 | 73,296 | 29,340 |

CONFIDENTIAL

DB 000531

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-09-09 (Mon)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | 312 | 5,134 | | | |
| | Echostar - General Advisory (Vivend) (D016541) | Other M&A Advisory | N/A | | 8,686 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | (538) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,025 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | 34,722 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | 2,206 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,936 | | | |
| | MediaNation - HK$445.8mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (795) | (4,721) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 3,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 25% | | | | 3,011 | |
| | Viacom - IG offering (3Q 02) (D026676) | Bonds-Corp. Investment Grade | N/A | 657 | 857 | | | |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | Private Placement-Equity | N/A | | 749 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | 312 | 5,134 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 643 | | | |
| | MediaNation - HK$445.8mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (795) | (4,721) | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 538 | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 25% | | | | 3,011 | |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | 857 | 657 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Alibritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 111 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | 75% | | | | 3,011 | |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 203 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 50% | | | | 1,505 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 1,086 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 761 | | | |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020607) | Real Estate Advisory | 0% | | | | | 1,004 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,936 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024386) | Divestiture Advisory | 0% | | | | | 1,004 |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | | 89 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | | | | 1,254 | |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | | | 3,011 | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | 892 | 1,505 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 10,033 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014661) | Bonds-Corporate High Yield | N/A | | 1,930 | | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | 527 | | 4,014 | |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | | | 3,011 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |

CONFIDENTIAL

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-09-09 (Mon)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Triffo, Dyan | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | - | 527 | - | - | - |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 75% | - | - | - | - | - |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010332E) | Divestiture Advisory | N/A | - | 2,563 | - | 1,004 | - |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | - | - | - | 5,419 | - |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | - | - | - | 1,808 | - |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | - | 85 | - | - | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | - | 244 | - | - | - |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | - | 3,408 | - | - | - |
| | | | | | 86 | | | |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | - | 6,025 | - | 1,808 | - |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | 293 | 160 | - | - | - |
| | SONICblue - debt private placement (2Q 02) (D021165) | Equity-PIPE | N/A | - | - | - | - | - |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | - | 1,524 | - | - | - |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (DC23818) | Acquisition Advisory | 25% | - | - | - | 2,509 | - |

CONFIDENTIAL

DB 000533

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 09-SEP-2002**
**EUROS in 000'S**
**EUROPE MEDIA(1)**

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | 12 | 7,659 | 8,171 | (512) | - | 22,000 | 4,000 | 11,659 | 28,920 | (17,261) | 6,021 | 1,505 |
| Total Advisory | 12 | 7,659 | 8,171 | (512) | - | 22,000 | 4,000 | 11,659 | 28,920 | (17,261) | 6,021 | 1,505 |
| HYCM | | | | | | | | | | | | |
| Leverage Loan Fees | - | 2,273 | 2,492 | (2,492) | - | - | - | 2,273 | 8,265 | (8,265) | - | - |
| Project Finance / ABL Origination | - | - | 3,619 | (1,347) | - | - | - | - | 8,260 | (5,987) | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | - | 2,273 | 6,111 | (3,838) | - | - | - | 2,273 | 16,525 | (14,252) | - | - |
| Equity Underwriting | - | 3,632 | 19,657 | (16,025) | - | 2,500 | 1,875 | 5,507 | 28,920 | (23,413) | 8,000 | 4,000 |
| Restricted Securities / PPE | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | - | 3,632 | 19,657 | (16,025) | - | 2,500 | 1,875 | 5,507 | 28,920 | (23,413) | 8,000 | 4,000 |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | 15,705 | (15,705) | - | 3,000 | - | - | 8,265 | (8,265) | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | - | 15,705 | (15,705) | - | 3,000 | - | - | 8,265 | (8,265) | - | - |
| **Total Corporate Finance Product** | 12 | 13,564 | 49,644 | (36,080) | - | 27,500 | 5,875 | 19,439 | 82,630 | (63,191) | 14,021 | 5,505 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000534

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 09-SEP-2002**
**EUROS IN 000'S**
**EUROPE-MEDIA**

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Betelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | - | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | (18) | 65 | - | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 30 | 30 | - | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | ProSieben - merger advisory with Kirch Media (Pit Concordia) / Concord (D014982) | - | 750 | - | EUR TECH |
| **Total M&A** | | 12 | 7,659 | - | |
| **Total Advisory** | | 12 | 7,659 | - | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter. - (D014834) | - | 1,980 | - | EUR SPON, UK |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leverage Loan Fees** | | - | 2,273 | - | |
| **Total Debt Products** | | - | 2,273 | - | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | - | (1,629) | - | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,623 | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| **Total Equity Underwriting** | | - | 3,632 | - | |
| **Total Equity** | | - | 3,632 | - | |
| **Total Corporate Finance Product** | | 12 | 13,564 | - | |

CONFIDENTIAL

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 09-SEP-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep | Oct | Nov | Dec | Balance Of Year 2002 | Future Years | | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 25 | - | - | - | 2,000 | - | - | 2,000 | 500 |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | 0 | - | - | - | 6,000 | - | - | 6,000 | - |
| | FinInvest - valuations (Focus) / Focus (ex-Slimfast) (D016059) | 25 | - | - | - | 500 | - | - | 500 | 125 |
| | JCDecaux - acquisition advisory - Project Daedalus - Project Daedalus. (D022235) | 25 | - | - | - | 4,500 | - | - | 4,500 | 1,125 |
| | ProSieben - strategic divestiture advisory - Project Phoenix - Phoenix (D023912) | 25 | - | - | - | 5,000 | - | - | 5,000 | 1,250 |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | 25 | - | - | 4,000 | - | - | - | 4,000 | 1,000 |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | 25 | - | - | - | - | - | 6,021 | 6,021 | 1,505 |
| **Total M&A** | | | - | - | 4,000 | 18,000 | - | 6,021 | 28,021 | 5,505 |
| **Total Advisory** | | | - | - | 4,000 | 18,000 | - | 6,021 | 28,021 | 5,505 |
| | BSkyB - GBP 200 million convertible bond (D020296) | 75 | - | - | - | 2,500 | - | - | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | - | - | - | - | - | 8,000 | 8,000 | 4,000 |
| **Total Equity Underwriting** | | | - | - | - | 2,500 | - | 8,000 | 10,500 | 5,875 |
| **Total Equity** | | | - | - | - | 2,500 | - | 8,000 | 10,500 | 5,875 |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015998) | 0 | - | - | - | 3,000 | - | - | 3,000 | - |
| **Total GM DCM JV** | | | - | - | - | 3,000 | - | - | 3,000 | - |
| **Total Legacy Portfolios / Cross Selling / Other** | | | - | - | - | 3,000 | - | - | 3,000 | - |
| **Total Corporate Finance Product** | | | - | - | 4,000 | 23,500 | - | 14,021 | 41,521 | 11,380 |

CONFIDENTIAL

DB 000536

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-09-09 (Mon)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D022844) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022844) | Equity-Rights | N/A | | 1,623 | | | |
| | Johnston Press - £880mm debt financing for RIM acquisition / Jupiter.- (D014834) | Senior Bank Debt | N/A | | 1,980 | | | |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | Acquisition Advisory | 25% | | | | | |
| | Yell – US$440mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | | 282 | | | 6,021 |
| Lovegrove, Stephen | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | | | | | |
| | Bertelsmann - Project Rock / Rock. (D014619) | Acquisition Advisory | N/A | | | | 2,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 25% | | 2,010 | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 2,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | | | 6,000 | |
| | JCDecaux - IPO (project Fox) / Fox (D004697) | Equity-IPO | N/A | | 65 | | | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 25% | | (1,629) | | 4,500 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | N/A | 30 | 30 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 5,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | | | 3,000 | 8,000 |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (18) | 65 | | | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| Macinnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | | | 500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 250 | | | |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | Merger Advisory | N/A | | 2,367 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | 750 | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015996) | Bonds-Eurobonds | 0% | | | | 5,000 | |
| | Taylor Nelson - Acquisition of Project Granite (GFK) / Granite - (D002981) | Acquisition Advisory | 25% | | | | 3,000 | 6,021 |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | 250 | | 500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | | | | |

CONFIDENTIAL

DB 000537