FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 11-DEC-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Nov Franchise Revenue | YTD(Nov) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Dec Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | 1,007 | 30,459 | 28,424 | 2,035 | - | 2,300 | 575 | 31,034 | 49,000 | (17,966) | 104,195 | 12,265 |
| | | | 808 | (808) | | | | | | | | |
| Total Advisory | 1,007 | 30,459 | 29,232 | 1,227 | - | 2,300 | 575 | 31,034 | 49,000 | (17,966) | 104,195 | 12,265 |
| ABL Origination | | | | | | | | | | | | |
| HYCM | 1,928 | 22,951 | 16,703 | 6,258 | 2,856 | 8,323 | 6,243 | 31,859 | 14,000 | 17,859 | 14,071 | 3,518 |
| Leverage Loan Fees | 2,880 | 17,968 | 12,115 | 5,853 | | 7,729 | 5,351 | 23,319 | 14,000 | 9,319 | 62,831 | 28,693 |
| Project Finance | | | | | | | | | | | - | - |
| Leveraged Portfolio Revenue | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | |
| Total Debt Products | 4,787 | 40,928 | 28,818 | 12,111 | 2,856 | 16,052 | 11,593 | 55,177 | 28,000 | 27,177 | 76,902 | 32,211 |
| Equity Underwriting | 22,414 | 56,430 | 38,078 | 18,352 | - | 17,500 | - | 56,430 | - | 56,430 | 42,029 | 8,477 |
| Private Placement-Equity | - | 908 | 84 | 823 | - | - | - | 908 | - | 908 | - | - |
| Structured Equity Transactions Group | - | - | 162 | (162) | - | - | - | - | - | - | - | - |
| Total Equity | 22,414 | 57,338 | 38,324 | 19,015 | - | 17,500 | - | 57,338 | 49,000 | 8,338 | 42,029 | 8,477 |
| Capital Benefit / Treasury Allocation | - | - | 900 | (900) | - | - | - | - | - | - | - | - |
| Other Global Markets | - | 2,856 | 15,705 | (12,849) | - | - | - | 2,856 | - | 2,856 | - | - |
| GM DCM JV | - | - | 2,683 | (2,683) | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | 3,065 | (967) | 4,032 | - | - | - | 3,065 | - | 3,065 | - | - |
| Principal Investing / PE Exceptions / Other | | | | | | | | | | | | |
| Total Legacy Portfolios / Cross Selling / Other | (76) | 5,921 | 18,321 | (12,400) | - | - | - | 5,921 | 14,000 | (8,079) | - | - |
| Total Corporate Finance Product | 28,131 | 134,646 | 114,695 | 19,952 | 2,856 | 35,852 | 12,168 | 149,470 | 140,000 | 9,470 | 223,125 | 50,953 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/18/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000576

FRANCHISE - REVENUE BY DEAL
AS OF: 11-DEC-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 1,007 | 3,870 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA Lev Fin |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | - | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | - | 89 | - | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | - | 30 | - | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 750 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | - | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | StoryFirst - valuation of Russian assets (D025060) | - | 352 | - | None |
| | SuperRadio - general advisory (D000577) | - | 297 | - | None |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1.. (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D993871) | - | 110 | - | IBERIA |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 1,086 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| **Total M&A** | | **1,007** | **30,459** | | |
| **Total Advisory** | | **1,007** | **30,459** | | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | - | 2,656 | NA Lev Fin |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | (3) | 4,766 | - | NA FIN SPO, NA Lev Fin |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | (538) | - | NA Lev Fin |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,152 | - | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 386 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000577

FRANCHISE - REVENUE BY DEAL
AS OF: 11-DEC-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | ProSieben - HY and debt refinancing (D022609) | | 5,333 | | EUR SPON |
| | Radio One - HY offering (2Q 01) (D012201) | | (6) | | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | | 243 | | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | | 536 | | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | | 1,206 | | None |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | 1,929 | 1,929 | | EUR SPON |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | | 527 | | None |
| Total HYCM | | 1,929 | 22,961 | 2,656 | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | 2,860 | 2,860 | | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 1,297 | | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,960 | | NA FIN SPO, NA Lev Fin |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | | 1,980 | | EUR SPON, UK |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | | 659 | | None |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | | 1,930 | | NA FIN SPO, NA Lev Fin |
| | ProSieben - HY and debt refinancing (D022609) | | 1,712 | | EUR SPON, GERMANY |
| | TF1 - EUR 350mn refinancing - July 2002 (D022100) | | 151 | | None |
| | Vivendi Universal Entertainment - Refinancing (D025558) | | 1,125 | | EUR SPON, NA MEDIA |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | | 292 | | EUR SPON |
| Total Leverage Loan Fees | | 2,860 | 17,968 | | |
| Total Debt Products | | 4,787 | 40,928 | 2,656 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | | 5,134 | | None |
| | Digital River - block trade (4Q 01) (D016304) | | 85 | | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | | 2,206 | | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | | 4,553 | | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | 15 | 5,287 | | NA Lev Fin |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | | 5,025 | | None |
| | Internet Capital Group - IPO (D990806) | | 296 | | EUR TECH, NA CON |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | | (1,629) | | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | | 1,649 | | UK |
| | Leap Frog Enterprises - IPO financing (D016309) | | 888 | | NA CON, NA FIN SPO |
| | LIN Television - IPO (D020127) | | 10,033 | | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | | (4,721) | | CHINA, NA FIN SPO, ASIA SPON |
| | MediaNation - Sponsoring Agreement (D027084) | 65 | 65 | | ASIA SPON, CHINA, NA FIN SPO |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | | 3,747 | | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (D021881) | | 917 | | None |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000578

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 11-DEC-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | Vivendi Universal - mandatory convertible bond (D026623) | 22,334 | 22,334 | - | FRANCE |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | | **22,414** | **56,430** | | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | - | 749 | - | NA P PLMT |
| | SONICblue - equity private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| **Total Private Placement-Equity** | | **-** | **908** | **-** | |
| **Total Equity** | | **22,414** | **57,338** | **-** | |
| | AOL Time Warner Inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | - | 845 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Viacom - IG offering (3Q 02) (D025676) | - | 657 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total GM DCM JV** | | **-** | **2,856** | **-** | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (17) | (87) | - | None |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | - | 4,191 | - | None |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (59) | (683) | - | None |
| | Unallocated Event (***) | - | (1) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | **(76)** | **3,065** | **-** | |
| **Total Legacy Portfolios / Cross Selling / Other** | | **(76)** | **5,921** | **-** | |
| **Total Corporate Finance Product** | | **28,131** | **134,646** | **2,656** | |

12/19/2007

CONFIDENTIAL

DB 000579

Global Media Revenues as at 11 Dec.xls

FRANCHISE - PIPELINE BY DEAL
AS OF 11-DEC-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Dec | Jan | Feb | Mar | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006366) | 25 | | | | 1,239 | | | 1,239 | 310 |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | | 5,000 | | | | | 5,000 | |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Hometown, (D025086) | 0 | | 1,486 | | | | | 1,486 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D016369) | 25 | 2,000 | | | | | | 2,000 | 500 |
| | BusinessWire - general advisory (D005685) | 25 | | | | | 5,351 | | 5,351 | 1,338 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 100 | | | | | 6,000 | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | 25 | | | | 3,000 | | | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | | 100 | | | 100 | 100 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 0 | | | 7,432 | | | | 7,432 | |
| | Electronic Arts - general advisory (VUE Games) (D025937) | 0 | | | | | 4,954 | | 4,954 | |
| | Emmis Communications - acq of Fisher Communications (D027038) | 25 | | | | | 3,468 | | 3,468 | 867 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 25 | | | | | 12,138 | | 12,138 | 3,035 |
| | Fininvest - (Focus) / Focus (ex-Simfrast) (D015069) | 25 | 300 | | | | | | 300 | 75 |
| | JCDecaux - acquisition advisory - Project Deedalus / Daedalus. (D022235) | 25 | | | | | 4,500 | | 4,500 | 1,125 |
| | Johnston Press - acqn & fin of SMG's publishing div (D025984) | 0 | | | | 800 | | | 800 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 25 | | | | | 4,954 | | 4,954 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | 5,000 | | | 5,000 | 1,250 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | 0 | | | | | 4,000 | | 4,000 | |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024386) | 0 | | | | 991 | | | 991 | |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | | | | | 19,818 | | 19,818 | |
| | Vivendi Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | 25 | | | | 10,000 | | | 10,000 | 2,500 |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 25 | | | | | 3,964 | | 3,964 | 991 |
| Total M&A | | | 2,300 | 6,486 | 7,432 | 21,129 | 69,147 | | 106,495 | 12,840 |
| Total Advisory | | | 2,300 | 6,486 | 7,432 | 21,129 | 69,147 | | 106,495 | 12,840 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025862) | 25 | | | | | 7,333 | | 7,333 | 1,833 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | | | | 6,738 | | | 6,738 | 1,685 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 75 | 8,323 | | | | | | 8,323 | 6,243 |
| Total HYCM | | | 8,323 | | | 6,738 | 7,333 | | 22,394 | 9,760 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025862) | 25 | | 5,945 | | | | | 5,945 | 1,486 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | 1,784 | | | | | | 1,784 | 892 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | | | | 18,629 | | | 18,629 | 9,314 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | 34,285 | | | | | 34,285 | 17,142 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 75 | 5,945 | | | | | | 5,945 | 4,459 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | | | | 2,973 | | | 2,973 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | | | | 1,000 | | | 1,000 | 750 |
| Total Leverage Loan Fees | | | 7,729 | 40,230 | | 22,601 | | | 70,560 | 34,044 |
| Total Debt Products | | | 16,052 | 40,230 | | 29,339 | 7,333 | | 92,954 | 43,804 |
| | AOL Time Warner - convertible offering (3Q 02) (D024044) | 0 | | | | 9,909 | | | 9,909 | |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabelle (D022480) | 0 | 15,000 | | | | | | 15,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | 0 | 2,500 | | | | | | 2,500 | |
| | Citadel Broadcasting - IPO (D023066) | 0 | | | | 2,973 | | | 2,973 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | | 1,239 | | | 1,239 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | | | | | 8,000 | | 8,000 | 4,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | | | | | 10,000 | | 10,000 | |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | | 9,909 | | | | | 9,909 | 2,477 |
| Total Equity Underwriting | | | 17,500 | 9,909 | | 14,120 | 18,000 | | 59,529 | 6,477 |
| Total Equity | | | 17,500 | 9,909 | | 14,120 | 18,000 | | 59,529 | 6,477 |
| Total Corporate Finance Product | | | 35,852 | 56,625 | 7,432 | 64,589 | 94,480 | | 258,978 | 63,121 |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000580

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2002-12-11 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | 2,973 |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25% | | | | | 6,739 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | | | | | 18,629 |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,886 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | (538) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 0% | | | | | 7,432 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | | 34,285 |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | 2,206 | | | |
| | Emmis Communications - acq of Fisher Communications (D027030) | Acquisition Advisory | 25% | | | | | 3,468 |
| | Emmis Communications - general advisory (Project Football) (D025447) | Acquisition Advisory | 25% | | | | | 12,138 |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D016959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D016959) | Senior Bank Debt | N/A | | 5,960 | | | |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | (4,721) | | | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | 65 | 65 | | | |
| | Radio One - HY offering (2Q 01) (D012201) | Bonds-Corporate High Yield | N/A | | (6) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D028013) | Bonds-Corporate High Yield | N/A | | 243 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | 2,973 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | | | | | |
| | SuperRadio - general advisory (D000577) | Divestiture Advisory | N/A | | 297 | | | |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | | 657 | | | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | | | | | 1,000 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 1,125 | | | |
| | IBIquity Digital - Private Placement (Q2 02) (D013707) | Private Placement-Equity | N/A | | 749 | | | |
| Austin, Geoffrey | BC Partners - acqn of Bertelsmann Springer (Chess) / Chess ** (D024793) | Acquisition Advisory | 0% | | | | | 5,000 |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Homeroom, (D025086) | Acquisition Advisory | 0% | | | | | 1,485 |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (C014213) | Acquisition Advisory | N/A | | 2,367 | | | |
| | Johnston Press - acqn & fin of SMG's publishing div (D025984) | Corporate Brokership -Advisory | N/A | | 2,168 | | | 800 |
| | Johnston Press - rights issue for acqn of RIM (D025644) | Equity-Rights | 0% | | | | | |
| | Johnston Press - £660mm debt financing for RIM acquisition / Jupiter.- (D014834) | Senior Bank Debt | N/A | | 1,849 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | N/A | | 1,980 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 25% | | | | | 9,909 |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 0% | | | | | 19,818 |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Bonds-Corporate High Yield | 25% | | | | | 10,000 |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | 1,928 | 1,929 | | | |
| | | | N/A | | 292 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | 7,333 |
| | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | | 5,945 |
| | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | | |
| | Carlyle/Walsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | (3) | 4,766 | | | |
| | Carlyle/Walsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Senior Bank Debt | N/A | 2,860 | 2,860 | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | | 2,873 |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 25% | | | | | 12,138 |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Leap Frog Enterprises - IPO financing (D016305) | Equity-IPO | N/A | | 688 | | | |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (C000494) | Equity-IPO | N/A | | (4,721) | | | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | 65 | 65 | | | |
| | NextMedia Group - HY offering (2Q 01) (D013213) | Bonds-Corporate High Yield | N/A | | (68) | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | 75% | | | 8,323 | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 75% | | | 5,946 | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL                                                                                                                              DB 000581

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2002-12-11 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY offering ((1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 536 | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | | | | | 2,973 |
| | SuperRadio - general advisory (D000577) | Divestiture Advisory | N/A | | 297 | | | |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | | 657 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 111 | | | |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | | 2,656 | | |
| | Gaylord Entertainment - Project Worship / Worship (D013127) | Divestiture Advisory | N/A | | 1,621 | | | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | | 386 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Equity-Secondary | N/A | | 6,287 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A | | 1,297 | | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | 15 | 203 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | | | | | 1,239 |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 1,086 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 761 | | | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | | 5,000 |
| | BC Partners - acqn of Bertelsmann Springer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 15,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 0% | | | | 2,500 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A | | 4,191 | | | 1,486 |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Homercom.. (D025086) | Acquisition Advisory | 0% | | | | | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015358) | Divestiture Advisory | 25% | | | | 2,000 | |
| | Deutsche Telekom – Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | | 6,000 |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | | 100 |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | | 3,000 |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | | 89 | | | 4,954 |
| | Impresa/Cofina - pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | (1,626) | | | |
| | JCDecaux - IPO (project Foxi) / Fox (D004897) | Equity-IPO | N/A | | | | | 4,500 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Acquisition Advisory | 25% | | | | | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Acquisition Advisory | N/A | | 30 | | | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | | | | | 4,954 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | | | | | 5,000 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | Defense Advisory | 0% | | | | | 4,000 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | | | | 8,000 |
| | TF1 - EUR 350mn refinancing - July 2002 (D022100) | Senior Bank Debt | N/A | | 151 | | | |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D893871) | Acquisition Advisory | N/A | | 110 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | | 19,818 |
| | Vivendi Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabl (D025296) | Divestiture Advisory | 25% | | | | | 10,000 |
| Lovell, Nicholas | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | | 89 | | | 4,954 |
| | Impresa/Cofina - pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | | | | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | | | | | 4,954 |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,747 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | | 19,818 |
| | Vivendi Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabl (D025296) | Divestiture Advisory | 25% | | | | | 10,000 |
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | | 100 |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | | 3,000 |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016009) | Fairness Opinion | 25% | | | | 300 | |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016009) | Fairness Opinion | N/A | | 250 | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | ProSieben - HY and debt refinancing (D022609) | Bonds-Corporate High Yield | N/A | | 5,333 | | | |
| | ProSieben - HY and debt refinancing (D022609) | Senior Bank Debt | N/A | | 1,712 | | | |
| | ProSieben - merger advisory with Kirch Media (Pj Concordia) / Concord (D014982) | Merger Advisory | N/A | | 750 | | | |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000582

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-12-11 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | | 5,000 |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | | 352 | | | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | | | | | 10,000 |
| Morris, J L Malcolm | AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0% | | | | | 9,909 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,960 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024366) | Divestiture Advisory | 0% | | | | | 991 |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | | 89 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | | | | | 1,239 |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,506 | | | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 10,033 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 25% | | | | | 3,964 |
| Silver, Ellen L. | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Bertelsmann - USD 1,460 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A | | 4,191 | | | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | | 6,000 |
| | FinInvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 25% | | | | 300 | |
| | FinInvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | 250 | | | |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | 22,334 | 22,334 | | | |
| | Vivendi Universal Entertainment - Refinancing (D026558) | Bridge Loans | 75% | | | | | 1,000 |
| | Vivendi Universal Entertainment - Refinancing (D026558) | Bridge Loans | N/A | | 1,125 | | | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | 1,007 | 3,670 | | | |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | | 5,351 |
| | Comcast - acq fincg for AT&T Broadband (participant bank) (D020613) | Senior Bank Debt | 50% | | | | 1,784 | |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | | 85 | | | |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,408 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | | 19,818 |
| | Walt Disney - $450mm - IG Bond (D024628) | Bonds-Corp. Investment Grade | N/A | | 86 | | | |
| Yung, Sun J. | Comcast - acq fincg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,784 | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020557) | Equity-Convertible Bonds | N/A | | 5,025 | | | |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | Bonds-Corp. Investment Grade | N/A | | 845 | | | |
| | SONICblue - equity private placement (2Q 02) (D021155) | Private Placement-Equity | N/A | | 160 | | | |
| | Scientific Atlanta -acquisition of Barcone/Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | | 1,524 | | | |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000583

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 11-DEC-2002**
**EUROS IN 000S**
**NA MEDIA (1)**

| PRODUCT | Nov Franchise Revenue | YTD(Nov) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Dec Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,007 | 22,314 | 14,268 | 8,046 | - | - | - | 22,314 | 25,650 | (3,336) | 54,400 | 6,540 |
| Other Advisory | - | - | 808 | (808) | - | - | - | - | - | - | - | - |
| Total Advisory | 1,007 | 22,314 | 15,076 | 7,238 | - | - | - | 22,314 | 25,650 | (3,336) | 54,400 | 6,540 |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | (3) | 15,699 | 14,211 | 1,488 | 2,856 | 8,323 | 6,243 | 24,597 | 7,330 | 17,267 | 14,071 | 3,518 |
| Leverage Loan Fees | 2,860 | 13,832 | 885 | 12,947 | - | 7,729 | 5,351 | 19,183 | 7,330 | 11,853 | 62,831 | 28,693 |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 2,858 | 29,531 | 15,095 | 14,435 | 2,856 | 16,052 | 11,593 | 43,780 | 14,660 | 29,120 | 76,902 | 32,211 |
| Equity Underwriting | 80 | 30,328 | 19,845 | 10,483 | - | - | - | 30,328 | - | 30,328 | 24,020 | 2,477 |
| Private Placement-Equity | - | 908 | 84 | 823 | - | - | - | 908 | - | 908 | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 80 | 31,236 | 19,930 | 11,307 | - | - | - | 31,236 | 25,650 | 5,686 | 24,020 | 2,477 |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | 2,856 | 7,194 | (4,338) | - | - | - | 2,856 | - | 2,856 | - | - |
| GM DCM JV | - | - | 2,683 | (2,683) | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | (78) | (1,125) | (967) | (159) | - | - | - | (1,125) | - | (1,125) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | (76) | 1,731 | 8,911 | (7,180) | - | - | - | 1,731 | 7,330 | (5,599) | - | - |
| Total Corporate Finance Product | 3,868 | 84,812 | 59,012 | 25,800 | 2,856 | 16,052 | 11,593 | 99,081 | 73,290 | 25,771 | 155,330 | 41,228 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000584

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 11-DEC-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 1,007 | 3,670 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Echostar - acqn advisory and financing (GM. - HE) (D014601) | - | (145) | - | NA Lev Fin |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | - | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | SuperRadio - general advisory (D000577) | - | 297 | - | None |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 1,086 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| **Total M&A** | | **1,007** | **22,314** | **-** | |
| **Total Advisory** | | **1,007** | **22,314** | **-** | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | - | 2,656 | NA Lev Fin |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | (3) | 4,766 | - | NA FIN SPO, NA Lev Fin |
| | Echostar - HY offering (Hughes Electronics) (D016727) | - | (538) | - | NA Lev Fin |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,152 | - | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 386 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Radio One - HY offering (2Q 01) (D012201) | - | (6) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 243 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | 536 | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 527 | - | None |
| **Total HYCM** | | **(3)** | **15,699** | **2,656** | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | 2,860 | 2,860 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 1,297 | - | NA Lev Fin |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000585

FRANCHISE - REVENUE BY DEAL
AS OF: 11-DEC-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,960 | - | NA FIN SPO, NA Lev Fin |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | - | 659 | - | None |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| | Vivendi Universal Entertainment - Refinancing (D025558) | - | 1,125 | - | EUR SPON, EUR MEDIA |
| **Total Leverage Loan Fees** | | **2,860** | **13,832** | - | |
| | | | | | |
| **Total Debt Products** | | **2,858** | **29,531** | **2,656** | |
| | | | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 5,134 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | - | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | 15 | 5,287 | - | NA Lev Fin |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 5,025 | - | None |
| | Internet Capital Group - IPO (D990806) | - | 296 | - | EUR TECH, NA CON |
| | Leap Frog Enterprises - IPO financing (D016309) | - | 688 | - | NA CON, NA FIN SPO |
| | LIN Television - IPO (D020127) | - | 10,033 | - | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | - | (4,721) | - | CHINA, NA FIN SPO, ASIA SPON |
| | MediaNation - Sponsoring Agreement (D027084) | 65 | 65 | - | ASIA SPON, CHINA, NA FIN SPO |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 917 | - | None |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | | **80** | **30,328** | - | |
| | | | | | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | - | 749 | - | NA P PLMT |
| | SONICblue - equity private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| **Total Private Placement-Equity** | | - | **908** | - | |
| | | | | | |
| | AOL Time Warner inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | - | 845 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Viacom - IG offering (3Q 02) (D025676) | - | 657 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Equity** | | **80** | **31,236** | - | |
| | | | | | |
| **Total GM DCM JV** | | - | **2,856** | - | |

12/19/2007

Global Media Revenues as at 11 Dec.xls

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 11-DEC-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | AOL Time Warner - Strategic Lending Contract (M4545) | (17) | (87) | - | None |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (59) | (683) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (76) | (1,125) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | (76) | 1,731 | - | |
| Total Corporate Finance Product | | 3,868 | 84,812 | 2,656 | |

Global Media Revenues as at 11 Dec.xls

12/19/2007

CONFIDENTIAL

DB 000587

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 11-DEC-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Dec | Jan | Feb | Mar | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 25 | - | - | - | 1,239 | - | - | 1,239 | 310 |
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 5,351 | - | 5,351 | 1,338 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 0 | - | - | 7,432 | - | - | - | 7,432 | - |
| | Emmis Communications - acq of Fisher Communications (D027038) | 25 | - | - | - | - | 3,468 | - | 3,468 | 867 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 25 | - | - | - | - | 12,138 | - | 12,138 | 3,035 |
| | TIM Brazil - Project Eifel/Phase 2 (sale) / Eifel - 2. (D024386) | 0 | - | - | - | 991 | - | - | 991 | - |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | - | - | - | - | 19,818 | - | 19,818 | - |
| | Young Broadcasting - general advisory (Kron Station) (D026304) | 25 | - | - | - | - | 3,964 | - | 3,964 | 991 |
| **Total M&A** | | | - | - | 7,432 | 2,229 | 44,738 | - | 54,400 | 6,540 |
| **Total Advisory** | | | - | - | 7,432 | 2,229 | 44,738 | - | 54,400 | 6,540 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | - | - | - | 7,333 | - | 7,333 | 1,833 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | - | - | - | 6,738 | - | - | 6,738 | 1,685 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 75 | 8,323 | - | - | - | - | - | 8,323 | 6,243 |
| **Total HYCM** | | | 8,323 | - | - | 6,738 | 7,333 | - | 22,394 | 9,760 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | 5,945 | - | - | - | - | 5,945 | 1,486 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | 1,784 | - | - | - | - | - | 1,784 | 892 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | - | - | - | 18,629 | - | - | 18,629 | 9,314 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | 34,285 | - | - | - | - | 34,285 | 17,142 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 75 | 5,945 | - | - | - | - | - | 5,945 | 4,459 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | - | - | - | 2,973 | - | - | 2,973 | - |
| | Vivendi Universal Entertainment - Refinancing (D025658) | 75 | - | - | - | 1,000 | - | - | 1,000 | 750 |
| **Total Leverage Loan Fees** | | | 7,729 | 40,230 | - | 22,601 | - | - | 70,560 | 34,044 |
| **Total Debt Products** | | | 16,052 | 40,230 | - | 29,339 | 7,333 | - | 92,954 | 43,804 |
| | AOL Time Warner - convertible offering (3Q 02) (D024044) | 0 | - | - | - | 9,909 | - | - | 9,909 | - |
| | Citadel Broadcasting - IPO (D023056) | 0 | - | - | - | 2,973 | - | - | 2,973 | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | - | - | - | 1,239 | - | - | 1,239 | - |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | - | 9,909 | - | - | - | - | 9,909 | 2,477 |
| **Total Equity Underwriting** | | | - | 9,909 | - | 14,120 | - | - | 24,029 | 2,477 |
| **Total Equity** | | | - | 9,909 | - | 14,120 | - | - | 24,029 | 2,477 |
| **Total Corporate Finance Product** | | | 16,052 | 50,139 | 7,432 | 45,689 | 52,071 | - | 171,382 | 52,821 |

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-12-11 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | - | | | 2,973 |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | - |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25% | | - | | | 6,738 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | | - | | | 18,629 |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,586 | | | - |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | 0% | | (538) | | | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | - | | | 7,432 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | - | | | 34,285 |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | 2,208 | | | - |
| | Emmis Communications - acq of Fisher Communications (D027038) | Acquisition Advisory | 25% | | - | | | 3,468 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 25% | | - | | | 12,138 |
| | Entercom Communications - HY offering (1Q 02) (D020588) | Bonds-Corporate High Yield | N/A | | 1,152 | | | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015859) | Bonds-Corporate High Yield | N/A | | 5,480 | | | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,960 | | | - |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | (4,721) | | | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | 65 | 65 | | | - |
| | Radio One - HY offering (2Q 01) (D012201) | Bonds-Corporate High Yield | N/A | | (6) | | | - |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 243 | | | - |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | - |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | | - | | | 2,973 |
| | SuperRadio - general advisory (D000577) | Divestiture Advisory | N/A | | 297 | | | - |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | | 857 | | | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | | 1,125 | | | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 749 | | | 1,000 |
| | iBiquty Digital - Private Placement (Q2 02) (D013707) | Private Placement-Equity | N/A | | - | | | - |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D026662) | Bonds-Corporate High Yield | 25% | | - | | | 7,333 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | - | | | 5,945 |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | (3) | 4,766 | | | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Senior Bank Debt | N/A | 2,860 | 2,860 | | | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | - | | | 2,973 |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | - |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 25% | | - | | | 12,138 |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | - |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 688 | | | - |
| | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | (4,721) | | | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | 65 | 65 | | | - |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Equity-Secondary | 0% | | (89) | | | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Acquisition Advisory | 25% | | - | | | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | 75% | | - | | 8,323 | - |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | 75% | | - | | 5,945 | - |
| | Sinclair Broadcasting - HY offering (4Q 01) (D016235) | Senior Bank Debt | N/A | | 917 | | | - |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Equity-IPO | N/A | | 1,206 | | | - |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021852) | Equity-IPO | N/A | | 536 | | | - |
| | SuperRadio - general advisory (D000577) | Bonds-Corporate High Yield | 0% | | - | | | 2,973 |
| | Viacom - IG offering (3Q 02) (D025676) | Senior Bank Debt | N/A | | 297 | | | - |
| | | Divestiture Advisory | N/A | | 857 | | | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corp. Investment Grade | N/A | | | | | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 111 | | 2,656 | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | - | | | - |
| | Gaylord Entertainment - Project Worship / Worship (D013127) | Divestiture Advisory | N/A | | 1,621 | | | - |
| | Gray Television - HY offering (4Q 02) (D025864) | Bonds-Corporate High Yield | N/A | | 366 | | | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | 15 | 5,287 | | | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | | 1,297 | | | - |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 203 | | | - |

12/19/2007                                                        Global-Media Revenues as at 11 Dec.xls

CONFIDENTIAL                                                                                      DB 000589