**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-12-11 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | | | | | 1,239 |
| | Tribune Co - general advisory (radio assets) (D022234) | Divestiture Advisory | N/A | | 1,086 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 761 | | | |
| Morris, J L Malcolm | AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0% | | 5,480 | | | 9,909 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,960 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 533 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eiffel/Phase 1 (strategic alliance) / Eiffel - 1. (D014121) | Other M&A Advisory | N/A | | | | | |
| | TIM Brazil - Project Eiffel/Phase 2 (sale) / Eiffel - 2. (D024366) | Divestiture Advisory | 0% | | | | | 991 |
| | TV Globo - Project Waves / Waves .... (D013628) | Divestiture Advisory | N/A | | 69 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | | | | | 1,239 |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 859 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 10,033 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| | Young Broadcasting - general advisory (Kson Station) (D025304) | Divestiture Advisory | 25% | | | | | 3,964 |
| Silver, Ellen L. | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,830 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| Trofto, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | 1,007 | 3,670 | | | 5,351 |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | 1,784 | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | | |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | | 85 | | | |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | 25% | | 3,408 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 0% | | | | | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | N/A | | 86 | | | 19,818 |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | | | | | |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | 5,025 | | 1,784 | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D026657) | Equity-Convertible Bonds | N/A | | 845 | | | |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | Bonds-Corp. Investment Grade | N/A | | 160 | | | |
| | SONICblue - equity private placement (2Q 02) (D021185) | Private Placement-Equity | N/A | | | | | |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | | 1,524 | | | |

CONFIDENTIAL

DB 000590

12/19/2007

Global Media Revenues as at 11 Dec.xls

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 11-DEC-2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Nov Franchise Revenue | YTD(Nov) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Dec Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 8,144 | 18,848 | (10,703) | - | 2,300 | 575 | 8,719 | 28,920 | (20,201) | 69,613 | 5,725 |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | - | 8,144 | 18,848 | (10,703) | - | 2,300 | 575 | 8,719 | 28,920 | (20,201) | 69,613 | 5,725 |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 1,929 | 7,262 | 2,492 | 4,770 | - | - | - | 7,262 | 8,265 | (1,003) | - | - |
| Leverage Loan Fees | - | 5,261 | 11,231 | (5,970) | - | - | - | 5,261 | 8,260 | (2,999) | 1,000 | 750 |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 1,929 | 12,523 | 13,722 | (1,200) | - | - | - | 12,523 | 16,525 | (4,002) | 1,000 | 750 |
| Equity Underwriting | 22,334 | 26,102 | 20,920 | 5,182 | - | 17,500 | - | 26,102 | - | 26,102 | 27,909 | 6,477 |
| Private Placement-Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | 162 | (162) | - | - | - | - | - | - | - | - |
| Total Equity | 22,334 | 26,102 | 21,082 | 5,020 | - | 17,500 | - | 26,102 | 28,920 | (2,818) | 27,909 | 6,477 |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | 900 | (900) | - | - | - | - | - | - | - | - |
| GM DCM JV | - | - | 15,705 | (15,705) | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | 4,191 | - | 4,191 | - | - | - | 4,191 | - | 4,191 | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | 4,191 | 16,605 | (12,414) | - | - | - | 4,191 | 8,265 | (4,074) | - | - |
| Total Corporate Finance Product | 24,263 | 50,960 | 70,257 | (19,297) | - | 19,800 | 575 | 51,535 | 82,630 | (31,095) | 98,522 | 12,952 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000591

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 11-DEC-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock. (D014619) | - | 2,010 | - | None |
| | FinInvest - (Focus) / Focus (ex-Slimfast) (D016069) | - | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013640) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | - | 89 | - | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | - | 30 | - | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 750 | - | EUR TECH |
| | StoryFirst - valuation of Russian assets (D025060) | - | 352 | - | None |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora... (D993871) | - | 110 | - | IBERIA |
| **Total M&A** | | - | **8,144** | - | |
| **Total Advisory** | | - | **8,144** | - | |
| | ProSieben - HY and debt refinancing (D022609) | - | 5,333 | - | EUR SPON |
| | Yell - US$40mn financing for acqn of Mcleod Publishing (D020465) | 1,929 | 1,929 | - | EUR SPON |
| **Total HYCM** | | **1,929** | **7,262** | - | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | - | 1,980 | - | EUR SPON, UK |
| | ProSieben - HY and debt refinancing (D022609) | - | 1,712 | - | EUR SPON, GERMANY |
| | TF1 - EUR 350mn refinancing - July 2002 (D022100) | - | 151 | - | None |
| | Vivendi Universal Entertainment - Refinancing (D025558) | - | 1,125 | - | EUR SPON, NA MEDIA |
| | Yell - US$40mn financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leverage Loan Fees** | | - | **5,261** | - | |
| **Total Debt Products** | | **1,929** | **12,523** | - | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | - | (1,629) | - | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,649 | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,747 | - | FRANCE |
| | Vivendi Universal - mandatory convertible bond (D026623) | 22,334 | 22,334 | - | FRANCE |
| **Total Equity Underwriting** | | **22,334** | **26,102** | - | |
| **Total Equity** | | **22,334** | **26,102** | - | |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | - | 4,191 | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | - | **4,191** | - | |
| **Total Legacy Portfolios / Cross Selling / Other** | | - | **4,191** | - | |
| **Total Corporate Finance Product** | | **24,263** | **50,960** | - | |

12/19/2007

Global Media Revenues as at 11 Dec.xls

CONFIDENTIAL

DB 000592

FRANCHISE - PIPELINE BY DEAL
AS OF: 11-DEC-2002
EUROS IN 000S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec | Jan | Feb | Mar | Balance Of Year 2003 | Future Years | | |
| | BC Partners - accn of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | | 5,000 | | | | | 5,000 | |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Homeroom, (D025086) | 0 | | 1,486 | | | | | 1,486 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 25 | 2,000 | | | | | | 2,000 | 500 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | 6,000 | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | 25 | | | | 3,000 | | | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | | 100 | | | 100 | 100 |
| | Electronic Arts - general advisory (VUE Games) (D025037) | 25 | | | | | 4,954 | | 4,954 | |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D0160069) | 25 | 300 | | | | | | 300 | 75 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | 25 | | | | | 4,500 | | 4,500 | 1,125 |
| | Johnston Press - accn & fin of SMG's publishing div (D025984) | 0 | | | | 800 | | | 800 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | | | | | 4,954 | | 4,954 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | 5,000 | | | 5,000 | 1,250 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | 0 | | | | | 4,000 | | 4,000 | |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | | | | | 19,818 | | 19,818 | |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025298) | 25 | | | | 10,000 | | | 10,000 | 2,500 |
| Total M&A | | | 2,300 | 6,486 | | 18,900 | 44,227 | | 71,913 | 6,300 |
| Total Advisory | | | 2,300 | 6,486 | | 18,900 | 44,227 | | 71,913 | 6,300 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | | | | 1,000 | | | 1,000 | 750 |
| Total Leverage Loan Fees | | | | | | 1,000 | | | 1,000 | 750 |
| Total Debt Products | | | | | | 1,000 | | | 1,000 | 750 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | 15,000 | | | | | | 15,000 | |
| | BSky5 - GBP 200 million convertible bond (D020236) | 0 | 2,500 | | | | | | 2,500 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013636) | 50 | | | | | 8,000 | | 8,000 | 4,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | | | | | 10,000 | | 10,000 | |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | | 9,909 | | | | | 9,909 | 2,477 |
| Total Equity Underwriting | | | 17,500 | 9,909 | | | 18,000 | | 45,409 | 6,477 |
| Total Equity | | | 17,500 | 9,909 | | | 18,000 | | 45,409 | 6,477 |
| Total Corporate Finance Product | | | 19,800 | 16,395 | | 19,900 | 62,227 | | 118,322 | 13,527 |

Global Media Revenues as at 11 Dec.xls

12/19/2007

CONFIDENTIAL

DB 000593

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-12-11 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | - | 5,000 |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Homeroom.. (D025086) | Acquisition Advisory | 0% | - | - | - | - | 1,486 |
| | Gazprom - sale of Gazprom Media to Spunik Group (Astra) / Astra * (D013840) | Valuation | N/A | - | - | - | - | - |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | Acquisition Advisory | N/A | - | 2,367 | - | - | - |
| | Johnston Press - acqn & fin of SMG's publishing div (D026984) | Corporate Brokership -Advisory | 0% | - | 2,186 | - | - | 800 |
| | Johnston Press - rights issue for acqn of RIM (D022844) | Equity-Rights | N/A | - | - | - | - | - |
| | Vivendi Universal - disposal of US stakes (D025431) | Senior Bank Debt | N/A | - | 1,649 | - | - | - |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | N/A | - | 1,980 | - | - | - |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% | - | - | - | - | 9,909 |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Divestiture Advisory | 0% | - | - | - | - | 19,818 |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020466) | Bonds-Corporate High Yield | 25% | 1,929 | 1,929 | - | - | 10,000 |
| | | Senior Bank Debt | N/A | - | 292 | - | - | - |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | - | 5,000 |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 0% | - | - | - | 2,500 | - |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A | - | 4,191 | - | - | - |
| | Blackstone/TH Lee etc - EXCLUSIVITY for HM / Versailles (ex-Homeroom.. (D025086) | Acquisition Advisory | 0% | - | - | - | - | 1,486 |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015309) | Divestiture Advisory | 25% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | 6,000 |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | N/A | - | - | - | - | 100 |
| | Digiturk - sell-side advisory (D025150) | Acquisition Advisory | 100% | - | - | - | - | 3,000 |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Divestiture Advisory | 25% | - | - | - | - | 4,954 |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Acquisition Advisory | 0% | - | - | - | - | - |
| | JCDecaux - IPO (project Fox) / Fox (D004697) | Merger Advisory | N/A | - | 89 | - | - | 4,500 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Equity-IPO | 25% | - | (1,629) | - | - | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Acquisition Advisory | 0% | - | - | - | - | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025855) | Acquisition Advisory | N/A | - | 30 | - | - | 4,954 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 0% | - | - | - | - | 5,000 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | Divestiture Advisory | 25% | - | - | - | - | 4,000 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013636) | Equity-IPO | 0% | - | - | - | - | 8,000 |
| | TF1 - EUR 350mn refinancing - July 2002 (D022100) | Senior Bank Debt | 50% | - | 151 | - | - | - |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D993871) | Acquisition Advisory | N/A | - | 110 | - | - | - |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | N/A | - | - | - | - | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 25% | - | - | - | - | 19,818 |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% | - | - | - | - | 10,000 |
| Lovell, Nicholas | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | - | - | - | - | 4,954 |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | - | 89 | - | - | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025855) | Acquisition Advisory | 0% | - | - | - | - | 4,954 |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | - | - | - | - | 9,909 |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | - | 3,747 | - | - | 19,818 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | - | - | - | - | 10,000 |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% | - | - | - | - | - |
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | - | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Finilnvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | N/A | - | - | - | 300 | - |
| | Finilnvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | N/A | - | - | - | - | - |
| | Gazprom - sale of Gazprom Media to Spunik Group (Astra) / Astra * (D013840) | Valuation | N/A | - | 280 | - | - | - |
| | ProSieben - HY and debt refinancing (D022609) | Bonds-Corporate High Yield | N/A | - | 2,367 | - | - | - |
| | ProSieben - HY and debt refinancing (D022609) | Senior Bank Debt | N/A | - | 5,333 | - | - | - |
| | ProSieben - merger advisory with Kirch Media (Pj) Concordia) / Concord (D014982) | Merger Advisory | N/A | - | 1,712 | - | - | 5,000 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | 750 | - | - | - |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | - | - | - | - | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | 352 | - | - | 10,000 |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A | - | 4,191 | - | - | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | 6,000 |
| | Finilnvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | 25% | - | - | - | 300 | - |
| | Finilnvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | N/A | - | 280 | - | - | - |

12/19/2007                                                                  Global Media Revenues as at 11 Dec.xls

# FRANCHISE - REVENUE & PIPELINE BY MD & DIR
## 2002-12-11 (Wed)
### EUROS IN 000'S
#### Europa Media

| BANKER | DEAL | PRODUCT | PROB | NOV FRANCHISE VALUE | YTD NOV FRANCHISE VALUE | DEC FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Vivendi Universal - mandatory convertible bond (D025623) | Equity-Convertible Bonds | N/A | 22,334 | 22,334 | - | - | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | - | - | 1,000 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | - | 1,125 | - | - | - |

Global Media Revenues as at 11 Dec.xls

12/19/2007

CONFIDENTIAL

DB 000595

**Global Media**
**Franchise Revenue in Excess of 100k**
**Weekly Change (from Jan 8 to Jan 15)**

| Deal | Product | Probability | Region | Actual Dec | Actual Jan | Pipeline Jan | Pipeline Feb | Pipeline Mar | Pipeline 2nd Qtr | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Albritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | 2,317 | 0 | Pipeline added |
| AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0.00 | Americas | 0 | 0 | 0 | 0 | (144) | 0 | Pipeline adjusted |
| BC Partners - acqn of Bertelsmann Springer (Chess) / Chess *** (D024783) | Acquisition Advisory | 0.00 | Europe | 0 | 0 | (5,000) | 0 | 0 | 5,000 | Pipeline moved |
| BusinessWire - general advisory (D025686) | Divestiture Advisory | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | (929) | Pipeline adjusted |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025652) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | (107) | Pipeline adjusted |
| Echostar - acqn advisory and financing (GM - H.E) (D014601) | Bridge Loans | 50.00 | Americas | 0 | 0 | (500) | 0 | 0 | 0 | Pipeline adjusted |
| Electronic Arts - general advisory (VUE Games) (D025637) | Acquisition Advisory | 0.00 | Europe | 0 | 0 | 0 | 0 | 0 | (4,801) | Pipeline removed |
| DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | (6,629) | 3,310 | Pipeline moved |
| DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50.00 | Americas | 0 | 0 | 0 | 0 | (271) | 0 | Pipeline removed |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 100.00 | Americas | 0 | 0 | 5,201 | 0 | 0 | 0 | Probability changed |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Acquisition Advisory | 75.00 | Europe | 0 | 0 | (5,781) | 0 | 0 | 0 | Probability changed |
| Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailie (D025086) | Acquisition Advisory | 100.00 | Europe | 0 | 0 | 1,135 | 0 | 0 | 0 | Probability changed |
| Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailie (D025086) | Bonds-Corporate High Yield | 50.00 | Europe | 0 | 0 | (1,152) | 0 | 0 | 0 | Probability changed |
| Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailie (D025086) | Senior Bank Debt | 50.00 | Europe | 0 | 0 | 0 | 3,688 | 0 | 0 | Pipeline added |
| Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0.00 | Americas/Europe | 0 | 0 | 0 | 3,783 | 0 | 0 | Pipeline added |
| Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 20.00 | Americas/Europe | 0 | 0 | (144) | 0 | 0 | (9,746) | Pipeline adjusted |
| Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | (3,841) | Pipeline adjusted |
| Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0.00 | Americas | 0 | 0 | 0 | 0 | 0 | 2,837 | Pipeline added |

CONFIDENTIAL

DB 000596

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 15 JAN 2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Dec Franchise Revenue | YTD(Dec) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jan Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,466 | 31,925 | 27,867 | 4,058 | 591 | 81,419 | 10,705 | 43,221 | 49,000 | (17,075) | - | - |
| Other Advisory | | | 170 | (170) | | | | | | | - | - |
| Total Advisory | 1,466 | 31,925 | 28,037 | 3,888 | 591 | 81,419 | 10,705 | 43,221 | 49,000 | (17,075) | | |
| ABL Origination | | | | | | | | | | | | |
| HYCM | 3,031 | 25,992 | 20,109 | 5,883 | 7,566 | 16,314 | 5,000 | 38,558 | 14,000 | 11,992 | | |
| Leverage Loan Fees | | 17,068 | 12,115 | 5,863 | | 70,699 | 35,363 | 53,331 | 14,000 | 3,968 | | |
| Project Finance | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | |
| Total Debt Products | 3,031 | 43,060 | 32,224 | 11,735 | 7,566 | 87,013 | 40,364 | 91,889 | 28,000 | 15,960 | | |
| Equity Underwriting | 127 | 56,557 | 38,022 | 18,535 | | 56,494 | 10,285 | 86,842 | | 56,557 | 61 | 45 |
| Private Placement-Equity | | 908 | 85 | 823 | | | | 908 | | 908 | | |
| Structured Equity Transactions Group | | | 162 | (162) | | | | | | | | |
| Total Equity | 127 | 57,465 | 38,269 | 19,196 | | 56,494 | 10,285 | 87,750 | 49,000 | 8,466 | 61 | 45 |
| Capital Benefit / Treasury Allocation | | | | | | | | | | | | |
| Other Global Markets | | | | (900) | | | | | | | | |
| GM DCM JV | | 2,856 | 15,705 | (12,848) | | | | 2,856 | | 2,856 | | |
| Legacy PF / Telecom / LA Portfolio - NIM | | | 2,683 | (2,683) | | | | | | | | |
| Principal Investing / PE Exceptions / Other | (74) | 2,991 | (1,085) | 4,077 | | | | 2,991 | | 2,991 | | |
| Total Legacy Portfolios / Cross Selling / Other | (74) | 5,847 | 18,203 | (12,355) | | | | 5,847 | 14,000 | (8,153) | | |
| Total Corporate Finance Product | 4,551 | 139,197 | 116,734 | 22,464 | 8,157 | 226,926 | 61,353 | 228,707 | 140,000 | (803) | 61 | 45 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000597

FRANCHISE - REVENUE BY DEAL
AS OF: 15-JAN-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | | | 591 | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | | 111 | | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | | 3,670 | | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | | 1,032 | | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | | 2,010 | | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | (145) | | NA Lev Fin |
| | Echostar - General Advisory (Vivendi) (D016541) | | 8,686 | | None |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 96 | 96 | | None |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | 250 | 500 | | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | | 2,367 | | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | (12) | 77 | | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | | 30 | | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific.. (D014213) | | 2,188 | | UK |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | | 203 | | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | | 244 | | EUR SPON, EUR TELE |
| | Pinnacle Holdings - general advisory (2001) (D010190) | 960 | 960 | | NA Lev Fin |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | | 750 | | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | | 1,524 | | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | | 533 | | NA FIN SPO |
| | StoryFirst - valuation of Russian assets (D025060) | | 352 | | None |
| | SupeRadio - general advisory (D000577) | | 297 | | None |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | 172 | 172 | | EUR SPON, UK |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1.. (D014121) | | 1,578 | | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | | 3,408 | | None |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D993871) | | 110 | | IBERIA |
| | Tribune Co - general advisory (radio assets) (D002234) | | 1,086 | | None |
| | TV Globo - Project Waves / Waves ... (D013628) | | 89 | | LA |
| **Total M&A** | | **1,466** | **31,925** | **591** | |
| **Total Advisory** | | **1,466** | **31,925** | **591** | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | | 68 | | NA TELE |
| | Allbritton Communications - HY (4Q 02) (D020406) | 2,573 | 2,573 | | NA Lev Fin |
| | AMC Entertainment - acq financing for General Cinema (D013398) | | 462 | | NA FIN SPO |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | | 4,766 | | NA FIN SPO, NA Lev Fin |
| | Echostar - HY offering (Hughes Electronics) (D016727) | | (538) | | NA Lev Fin |
| | Entercom Communications - HY offering (1Q 02) (D020688) | | 1,152 | | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | | 1,505 | | LA |
| | Gray Television - HY offering (4Q 02) (D025884) | 45 | 431 | | LA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,480 | | NA FIN SPO, NA Lev Fin |

CONFIDENTIAL

DB 000598

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 15-JAN-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | ProSieben - HY and debt refinancing (D022609) | - | 5,333 | - | EUR SPON |
| | Radio One - HY offering (2Q 01) (D012201) | - | (6) | - | None |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | - | 7,566 | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | 106 | 106 | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 307 | 551 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | 536 | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 1,929 | - | EUR SPON |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | - | 527 | - | None |
| **Total HYCM** | | **3,031** | **25,992** | **7,666** | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | 2,860 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 1,297 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,960 | - | NA FIN SPO, NA Lev Fin |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | - | 1,980 | - | EUR SPON, UK |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | - | 659 | - | None |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016676) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| | ProSieben - HY and debt refinancing (D022609) | - | 1,712 | - | EUR SPON, GERMANY |
| | TF1 - EUR 350mm refinancing - July 2002 (D022100) | - | 151 | - | None |
| | Vivendi Universal Entertainment - Refinancing (D025558) | - | 1,125 | - | EUR SPON, NA MEDIA |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| **Total Leverage Loan Fees** | | | **17,968** | | |
| **Total Debt Products** | | **3,031** | **43,960** | **7,566** | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 5,134 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | - | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 5,287 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 5,025 | - | EUR TECH, NA CON |
| | Internet Capital Group - IPO (D990806) | - | 296 | - | None |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | - | (1,629) | - | UK |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,649 | - | NA CON, NA FIN SPO |
| | Leap Frog Enterprises - IPO financing (D016309) | - | 688 | - | NA FIN SPO |
| | LIN Television - IPO (D020127) | - | 10,033 | - | CHINA, NA FIN SPO, ASIA SPON |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | 126 | (4,595) | - | ASIA SPON, CHINA, NA FIN SPO |
| | MediaNation - Sponsoring Agreement (D027084) | - | 65 | - | None |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,747 | - | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 917 | - | None |

CONFIDENTIAL

DB 000599

FRANCHISE - REVENUE BY DEAL
AS OF: 15-JAN-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | Vivendi Universal - mandatory convertible bond (D026623) | | 22,335 | | FRANCE |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | | 761 | | NA FIN SPO |
| **Total Equity Underwriting** | | 127 | 66,567 | - | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | | (0) | | None |
| | iBeam mtm (M1574) | | (1) | | None |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | | 749 | | NA P PLMT |
| | SONICblue - equity private placement (2Q 02) (D021165) | | 160 | | NA P PLMT |
| **Total Private Placement-Equity** | | - | 908 | - | |
| **Total Equity** | | 127 | 57,466 | - | |
| | AOL Time Warner inc. - IG Bond. (M3404) | | 141 | | None |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | | 845 | | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | | 133 | | None |
| | Viacom - IG offering (3Q 02) (D025676) | | 657 | | None |
| | Walt Disney - $450mm - IG Bond (D024828) | | 86 | | None |
| | Walt Disney - IG Bond (M3182) | | 995 | | None |
| **Total GM DCM JV** | | - | 2,856 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (17) | (105) | | None |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | - | 4,191 | | None |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (56) | (739) | | None |
| | Unallocated Event (***) | (0) | (1) | | None |
| **Total Principal Investing / PE Exceptions / Other** | | (74) | 2,991 | - | |
| **Total Legacy Portfolios / Cross Selling / Other** | | (74) | 5,847 | - | |
| **Total Corporate Finance Product** | | 4,551 | 139,197 | 8,157 | |

CONFIDENTIAL

DB 000600

FRANCHISE - PIPELINE BY DEAL
AS OF 15 JAN 2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Jan | Feb | Mar | Apr | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 75 | | | | 355 | | (355) | 355 | 266 |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 100 | 1,135 | | | | | (1,135) | 1,135 | 1,135 |
| | BC Partners - acqn of Bertelsmann/Springer (Chass) / Chass ** (D024783) | 0 | | | | 5,000 | | (5,000) | 5,000 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D016359) | 25 | | 2,000 | | | | (2,000) | 2,000 | 500 |
| | BusinessWire - general advisory (D005685) | 25 | | | | | 4,256 | | 4,256 | 1,064 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | 6,000 | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | 25 | | | 3,000 | | | (3,000) | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | 100 | | | (100) | 100 | 100 |
| | Emmis Communications - acq of Fisher Communications (D027038) | 25 | | | | | 3,310 | | 3,310 | 828 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 0 | | | | | 11,490 | | 11,490 | |
| | Fninvest - (Focus) / Focus (ex-Slimfast) (D016069) | 75 | | 250 | | | | (250) | 250 | 188 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | 25 | | | | | 4,500 | | 4,500 | 1,125 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025856) | 0 | | | | | 4,729 | | 4,729 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | 5,000 | | | (5,000) | 5,000 | 1,250 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | 0 | | | | | 4,000 | | 4,000 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | | | | | 9,457 | | 9,457 | |
| | Vivendi Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabi (D025206) | 25 | | | 10,000 | | | (10,000) | 10,000 | 2,500 |
| | Young Broadcasting - general advisory (Kron Station) (D025904) | 0 | | | | | 2,837 | | 2,837 | |
| Total M&A | | | 1,135 | 2,250 | 18,100 | 5,355 | 54,579 | (26,840) | 81,419 | 10,705 |
| Total Advisory | | | 1,135 | 2,250 | 18,100 | 5,355 | 54,579 | (26,840) | 81,419 | 10,705 |
| | Albritton Communications - acq financing for Fisher Commun (D027037) | 25 | | | 2,317 | | | (2,317) | 2,317 | 579 |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 50 | | 3,688 | | | | (3,688) | 3,688 | 1,844 |
| | Carlyle/Welsh - acq fncg for Qwest, Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | | 6,998 | | 6,998 | 1,750 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | | | | 3,310 | | (3,310) | 3,310 | 828 |
| Total HYCM | | | | 3,688 | 2,317 | 3,310 | 6,998 | (9,315) | 16,314 | 5,000 |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 50 | | 3,783 | | | | (3,783) | 3,783 | 1,891 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | 5,674 | | | (5,674) | 5,674 | 1,419 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | | | 1,702 | | | (1,702) | 1,702 | 851 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | | | 17,779 | | | (17,779) | 17,779 | 8,890 |
| | Echostar - acqn advisory and financing (GM, HE) (D014801) | 50 | 32,722 | | | | | (32,722) | 32,722 | 16,361 |
| | RH Donnelley - acq finencing for Sprint Yellow Pages (D025434) | 100 | 5,201 | | | | | (5,201) | 5,201 | 5,201 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | | | 2,837 | | | (2,837) | 2,837 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | | | 1,000 | | | (1,000) | 1,000 | 750 |
| Total Leverage Loan Fees | | | 37,923 | 3,783 | 28,993 | | | (70,699) | 70,699 | 35,363 |
| Total Debt Products | | | 37,923 | 7,471 | 31,310 | 3,310 | 6,998 | (80,015) | 87,013 | 40,364 |
| | AOL Time Warner - convertible offering (3Q 02) (D024044) | 0 | | | 9,457 | | | (9,457) | 9,457 | |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | | | | | 15,000 | | 15,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | 75 | | | 2,500 | | | (2,500) | 2,500 | 1,875 |
| | Citadel Broadcasting - IPO (D023065) | 0 | | | 2,837 | | | (2,837) | 2,837 | |
| | MediaNation - Sponsoring Agreement (D027064) | 75 | | | | | 61 | | 61 | 81 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | 1,182 | | | (1,182) | 1,182 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013635) | 75 | | | | | 8,000 | | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | | | | | 10,000 | | 10,000 | |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | 9,457 | | | | 9,457 | (9,457) | 9,457 | 2,364 |
| Total Equity Underwriting | | | 9,457 | | 15,976 | | 33,061 | (25,373) | 58,655 | 10,330 |
| Total Equity | | | 9,457 | | 16,976 | | 33,061 | (26,373) | 58,555 | 10,330 |
| Total Corporate Finance Product | | | 48,515 | 9,721 | 66,387 | 8,665 | 94,638 | (132,227) | 226,986 | 61,399 |

CONFIDENTIAL

DB 000601

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Am ing, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | 2,837 | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | | |
| | Cumulus Media - secondary offering (2Q 02) (D0223915) | Equity-Secondary | N/A | | 5,134 | | 2,837 | |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25% | | | | 3,310 | |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | | | | 17,779 | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,686 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | (538) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | 32,722 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | 2,206 | | | |
| | Emmis Communications - acq of Fisher Communications (D027038) | Acquisition Advisory | 25% | | | | 3,310 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | | | | 11,490 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | N/A | 96 | 98 | | | |
| | Entercom Communications - HY offering (1Q 02) (DC20888) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D019369) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,960 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | (4,595) | | | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% | | 65 | | 61 | 61 |
| | MediaNation - Sponsoring Agreement (D027084) | Bonds-Corporate High Yield | N/A | | (6) | | | |
| | Radio One - HY offering (2Q 01) (D012201) | Equity-Secondary | N/A | | 917 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Bonds-Corporate High Yield | N/A | 307 | 551 | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 1,206 | | 2,837 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | 0% | | | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | N/A | | 297 | | | |
| | SuperRadio - general advisory (D00057) | Divestiture Advisory | N/A | | 657 | | | |
| | Viacom - IG offering (3Q 02) (D025678) | Bonds-Corp. Investment Grade | 75% | | | | | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 1,125 | | 1,000 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 749 | | | |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | Private Placement-Equity | N/A | | | | | |
| Austin, Geoffrey | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025066) | Acquisition Advisory | 100% | | | | 1,135 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | Bonds-Corporate High Yield | 50% | | | | 3,888 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | Senior Bank Debt | 50% | | | | 3,783 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | Equity-Rights | N/A | | 1,649 | | | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter... (D014834) | Senior Bank Debt | N/A | | 1,980 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | Acquisition Advisory | N/A | 172 | 172 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Vivendi-Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabii (D025296) | Divestiture Advisory | 25% | | | | 10,000 | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020485) | Bonds-Corporate High Yield | N/A | | 1,929 | | | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | | 292 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | 6,898 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 5,374 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | | 4,766 | | | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Senior Bank Debt | N/A | | 2,860 | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022915) | Equity-Secondary | N/A | | 5,134 | | 2,837 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | 96 | 98 | | 11,490 | |
| | Entercom Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | | 888 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 126 | (4,595) | | | |

CONFIDENTIAL

DB 000602

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
|  | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% |  |  |  | 81 | 81 |
|  | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A |  | 65 |  |  |  |
|  | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A |  | (89) |  |  |  |
|  | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A |  |  |  |  |  |
|  | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 100% |  |  | 7,566 | 5,201 |  |
|  | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A |  |  |  |  |  |
|  | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A |  | 917 |  |  |  |
|  | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A |  | 1,206 |  |  |  |
|  | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | N/A |  | 536 |  | 2,837 |  |
|  | SuperRadio - general advisory (D000577) | Divestiture Advisory | 0% |  | 297 |  |  |  |
|  | Viacom - IG offering (3Q 02) (D025876) | Bonds-Corp. Investment Grade | N/A |  | 657 |  |  |  |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A |  | 68 |  |  |  |
|  | Allbritton Communications - General Advisory (News Ch 8) (D020696) | Fairness Opinion | N/A |  | 111 |  |  |  |
|  | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | 2,573 | 2,573 |  | 2,317 |  |
|  | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 25% |  |  |  |  |  |
|  | Gaylord Entertainment - Project Worship / Worship (D013127) | Divestiture Advisory | N/A |  |  |  |  |  |
|  | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | 45 | 1,621 |  |  |  |
|  | Gray Television - bank/equity financing (4Q 02) (D022857) | Equity-Secondary | N/A |  | 431 |  |  |  |
|  | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A |  | 5,287 |  |  |  |
|  | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A |  | 1,297 |  |  |  |
|  | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | 106 | 203 |  |  |  |
|  | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% |  | 106 |  | 1,182 |  |
|  | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A |  | 1,088 |  |  |  |
|  | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A |  | 761 |  |  |  |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% |  |  |  | 15,000 |  |
|  | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% |  |  |  | 5,000 |  |
|  | BSkyB - GBP 200 million convertible bond (D020298) | Equity-Convertible Bonds | 75% |  |  |  | 2,500 |  |
|  | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025056) | Acquisition Advisory | 100% |  |  |  | 1,135 |  |
|  | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | Bonds-Corporate High Yield | 50% |  |  |  | 3,888 |  |
|  | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | Senior Bank Debt | 50% |  |  |  | 3,783 |  |
|  | Bertelsmann - Project Rock / Rock.. (D014819) | Acquisition Advisory | N/A |  | 2,010 |  |  |  |
|  | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A |  | 4,191 |  |  |  |
|  | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 25% |  |  |  | 2,000 |  |
|  | Deutsche Telekom - Sale options for 15% stake in SES (D011449) | Divestiture Advisory | 0% |  |  |  | 6,000 |  |
|  | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% |  |  |  | 100 |  |
|  | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% |  |  |  | 3,000 |  |
|  | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (12) | 77 |  |  |  |
|  | JCDecaux - IPO (project Fox) / Fox (D004897) | Equity-IPO | N/A |  | (1,628) |  | 4,500 |  |
|  | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | 25% |  |  |  |  |  |
|  | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | N/A |  | 30 |  |  |  |
|  | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% |  |  |  | 4,729 |  |
|  | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defence Advisory | 25% |  |  |  | 5,000 |  |
|  | Reuters - strategic advisory re 53% stake in Tibco (D026052) | Divestiture Advisory | 0% |  |  |  | 4,000 |  |
|  | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% |  |  |  | 8,000 |  |
|  | TF1 - EUR 350mn refinancing - July 2002 (D022100) | Senior Bank Debt | N/A |  | 151 |  |  |  |
|  | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D993871) | Acquisition Advisory | N/A |  | 110 |  |  |  |
|  | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% |  |  |  | 4,000 |  |
|  | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% |  |  |  | 9,457 |  |
|  | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% |  |  |  | 9,457 |  |
|  | Vivendi: Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% |  |  |  | 10,000 |  |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | (12) | 77 |  |  |  |
|  | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% |  |  |  | 4,729 |  |
|  | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A |  | 3,747 |  |  |  |
|  | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% |  |  |  | 9,457 |  |
|  | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% |  |  |  | 9,457 |  |
|  | Vivendi: Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% |  |  |  | 10,000 |  |

CONFIDENTIAL

DB 000603