Global Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Feb 5 to Feb 12)

| Deal | Product | Probability | Region | Actual Feb | Pipeline Feb | Pipeline Mar | Pipeline 2nd Qtr | Comments |
|---|---|---|---|---|---|---|---|---|
| Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50.00 | Europe | 0 | 0 | 2,000 | 0 | Probability changed/Pipeline adjusted |
| Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 25.00 | Europe | 0 | (2,000) | 0 | 0 | Probability changed/Pipeline adjusted |
| Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100.00 | Europe | 0 | 0 | (100) | 0 | Probability changed/Pipeline adjusted |
| Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25.00 | Europe | 0 | 0 | (3,000) | 0 | Probability changed/Pipeline adjusted |
| Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0.00 | Europe | 0 | 0 | 0 | (6,000) | |
| TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100.00 | Europe | 0 | 3,724 | 0 | 0 | Probability changed |
| TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 50.00 | Europe | 0 | (3,692) | 0 | 0 | Probability changed |
| Vivendi: Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25.00 | Europe | 0 | 0 | (10,000) | 0 | |

CONFIDENTIAL    DB 000619

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 12-FEB-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 2,397 | 2,397 | 13,968 | - | - | 54,264 | 7,839 | 10,235 | | 10,235 | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | | - | - | - |
| Total Advisory | 2,397 | 2,397 | 13,968 | - | - | 54,264 | 7,839 | 10,235 | | 10,235 | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | | - | - | - |
| HYCM | 29,966 | 29,966 | 5,384 | - | - | 12,428 | 3,577 | 33,643 | | 33,643 | - | - |
| Leverage Loan Fees | 13,775 | 13,775 | - | - | - | 32,512 | 15,517 | 28,292 | | 28,292 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | | - | - | - |
| Total Debt Products | 43,741 | 43,741 | 5,384 | - | - | 44,940 | 19,194 | 62,935 | | 62,935 | - | - |
| Equity Underwriting | 588 | 588 | 3,638 | - | - | 39,456 | 7,875 | 8,463 | | 8,463 | - | - |
| Private Placement-Equity | (4) | (4) | (1) | - | - | - | - | (4) | | (4) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | | - | - | - |
| Total Equity | 584 | 584 | 3,637 | - | - | 39,456 | 7,875 | 8,459 | | 8,459 | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | | - | - | - |
| GM OCM JV | 222 | 222 | 133 | - | - | - | - | 222 | | 222 | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | | - | - | - |
| Principal Investing / PE Exceptions / Other | (70) | (70) | (121) | - | - | - | - | (70) | | (70) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 151 | 151 | 12 | - | - | - | - | 151 | | 151 | - | - |
| Total Corporate Finance Product | 46,873 | 46,873 | 23,000 | - | - | 138,660 | 34,908 | 81,781 | | 81,781 | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000620

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-FEB-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 578 | 578 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | 601 | 601 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 1,387 | 1,387 | - | NA FIN SPO, NA Lev Fin |
| | StoryFirst - valuation of Russian assets (D025060) | (169) | (169) | - | None |
| Total M&A | | 2,397 | 2,397 | - | |
| Total Advisory | | 2,397 | 2,397 | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | 1,470 | 1,470 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 16,379 | 16,379 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 7,396 | 7,396 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 99 | 99 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025088) | 4,622 | 4,622 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| Total HYCM | | 29,966 | 29,966 | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 8,820 | 8,820 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 4,956 | 4,956 | - | NA Lev Fin |
| Total Leverage Loan Fees | | 13,775 | 13,775 | - | |
| Total Debt Products | | 43,741 | 43,741 | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | 316 | 316 | - | NA Lev Fin |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 74 | 74 | - | GERMANY |
| | Vivendi Universal - mandatory convertible bond (D026623) | 198 | 198 | - | None |
| Total Equity Underwriting | | 588 | 588 | | |
| | iVillage mtm (M1575) | (4) | (4) | - | None |
| Total Private Placement-Equity | | (4) | (4) | - | |
| Total Equity | | 584 | 584 | - | |
| | Clear Channel - IG Bond (M5002) | 85 | 85 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | 136 | 136 | - | None |
| Total GM DCM JV | | 222 | 222 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (16) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (54) | (54) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (70) | (70) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 151 | 151 | - | |
| Total Corporate Finance Product | | 46,873 | 46,873 | - | |

CONFIDENTIAL

DB 000621

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-02-12 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | | 2,793 | |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25% | - | - | | 3,258 | |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | - | - | | 17,501 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | 1,387 | 1,387 | | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | 16,379 | 16,379 | | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | 8,820 | 8,820 | | - | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | | 11,311 | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 99 | 99 | | - | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | - | - | | 2,793 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | | 1,000 | |
| Austin, Geoffrey | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | | 5,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | | 1,117 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | 4,622 | 4,622 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | - | - | | 3,724 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | | 4,000 | |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | | 6,889 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | | 5,586 | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | | 2,793 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | | 11,311 | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | 7,396 | 7,396 | | - | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | 4,956 | 4,956 | | - | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | - | - | | 2,793 | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | 601 | 601 | | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | 1,470 | 1,470 | | - | |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 50% | - | - | | 2,281 | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | 316 | 316 | | - | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | - | - | | 1,164 | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | | 15,000 | |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | | 5,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | - | - | | 2,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50% | - | - | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | | 3,000 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 25% | - | - | | 4,500 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | | 4,655 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | | 5,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | - | - | | 8,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | 74 | 74 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | | 1,117 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | 4,622 | 4,622 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | - | - | | 3,724 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | | 4,000 | |
| Lovell, Nicholas | Pearson plc - strategic advisory re Interactive Data Corp (D025855) | Acquisition Advisory | 0% | - | - | | 4,655 | |
| MacInnes, Bruce | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | | 3,000 | |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016059) | Fairness Opinion | 75% | - | - | | 250 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | | 5,000 | |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | (169) | (169) | | - | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | - | | 10,000 | |
| Paul, Gregory R. | Acme Communications - general advisory (D008356) | Divestiture Advisory | 75% | - | - | | 349 | |
| | Acme Communications - general advisory (D008356) | Divestiture Advisory | N/A | 578 | 578 | | - | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | 25% | - | - | | 233 | |

CONFIDENTIAL
DB 000622

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-02-12 (Wed)
EUROS IN 000'S
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Thun-Hohenstein, Christian | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | - | - | - | 2,793 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 75% | - | - | - | 250 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | 198 | 198 | - | - | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | - | 1,000 | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,189 | - |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020613) | Senior Bank Debt | 50% | - | - | - | 1,676 | - |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | - | - | - | 1,676 | - |
| | Comcast Corp - IG offering (1Q 03) (D026369) | Bonds-Corp, Investment Grade | N/A | 135 | 135 | - | - | - |

CONFIDENTIAL

DB 000623

FRANCHISE - PIPELINE BY DEAL
AS OF 12 FEB 2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Feb | Mar | Apr | May | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 75 | | | 349 | | | | 349 | 262 |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | | | | | 5,000 | | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | | 2,000 | | | | | 2,000 | 1,000 |
| | BusinessWire - general advisory (D005685) | 25 | | | | | 4,189 | | 4,189 | 1,047 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | 6,000 | | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | | | | | 3,000 | | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | | | 100 | | 100 | 100 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 0 | | | | | 11,311 | | 11,311 | - |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | 75 | 250 | | | | | | 250 | 188 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 25 | | | | 4,500 | | | 4,500 | 1,125 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | | | | | 4,655 | | 4,655 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | | 5,000 | | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | TH Lee/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,117 | | | | | | 1,117 | 1,117 |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 0 | | | | | 2,793 | | 2,793 | - |
| Total M&A | | | 1,367 | 2,000 | 349 | 4,500 | 46,047 | - | 54,264 | 7,839 |
| Total Advisory | | | 1,367 | 2,000 | 349 | 4,500 | 46,047 | - | 54,264 | 7,839 |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 50 | 2,281 | | | | | | 2,281 | 1,140 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | | 6,889 | | 6,889 | 1,722 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | | | 3,258 | | | | 3,258 | 815 |
| Total HYCM | | | 2,281 | - | 3,258 | - | 6,889 | - | 12,428 | 3,677 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | | 5,586 | | 5,586 | 1,396 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | | 1,676 | | | | | 1,676 | 838 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | | 17,501 | | | | | 17,501 | 8,751 |
| | Lin TV - bank financing (1Q 03) (D030158) | 25 | 233 | | | | | | 233 | 58 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | | 2,793 | | | | | 2,793 | - |
| | TH Lee/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 3,724 | | | | | | 3,724 | 3,724 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | | 1,000 | | | | | 1,000 | 750 |
| Total Leverage Loan Fees | | | 3,956 | 22,970 | - | - | 5,586 | - | 32,512 | 15,517 |
| Total Debt Products | | | 6,237 | 22,970 | 3,258 | - | 12,474 | - | 44,940 | 19,194 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | | | | | 15,000 | | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020295) | 75 | | | | | 2,500 | | 2,500 | 1,875 |
| | Citadel Broadcasting - IPO (DC23066) | 0 | | 2,793 | | | | | 2,793 | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | | | 1,164 | | 1,164 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | | | | | 8,000 | | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | | | | | 10,000 | | 10,000 | - |
| Total Equity Underwriting | | | - | 2,793 | - | - | 36,664 | - | 39,456 | 7,875 |
| Total Equity | | | - | 2,793 | - | - | 36,664 | - | 39,456 | 7,875 |
| Total Corporate Finance Product | | | 7,604 | 27,763 | 3,607 | 4,500 | 95,185 | - | 138,660 | 34,908 |

CONFIDENTIAL

DB 000624

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 12-FEB-2003
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year over Year | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan (2) | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | | | |
| Other Advisory | 2,565 | 2,565 | 13,593 | (11,027) | -81% | | 18,642 | 1,309 | 3,875 | 23,370 | (19,496) | -83% | | |
| Total Advisory | 2,565 | 2,565 | 13,593 | (11,027) | -81% | | 18,642 | 1,309 | 3,875 | 23,370 | (19,496) | -83% | | |
| ABL Origination | | | | | | | | | | | | | | |
| HYCM | 25,344 | 25,344 | 5,364 | 19,960 | 371% | | 12,428 | 3,677 | 28,021 | 18,730 | 10,291 | 55% | | |
| Leverage Loan Fees | 13,775 | 13,775 | | 13,775 | | | 28,788 | 11,793 | 25,568 | 13,832 | 11,736 | 85% | | |
| Project Finance | | | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | | | |
| Total Debt Products | 39,119 | 39,119 | 5,384 | 33,735 | 627% | | 41,216 | 15,470 | 54,589 | 32,562 | 22,027 | 68% | | |
| Equity Underwriting | 316 | 316 | | 316 | | | 3,956 | | 316 | 30,454 | (30,138) | -99% | | |
| Private Placement-Equity | (4) | (4) | (1) | (3) | | | | | (4) | 908 | (912) | -100% | | |
| Structured Equity Transactions Group | | | | | | | | | | | | | | |
| Total Equity | 312 | 312 | (1) | 312 | 506% | | 3,956 | | 312 | 31,362 | (31,050) | -99% | | |
| Capital Benefit / Treasury Allocation | | | | | | | | | | | | | | |
| Other Global Markets | | | | | | | | | | | | | | |
| GM DCM JV | 222 | 222 | 133 | 89 | 67% | | | | 222 | 2,856 | (2,634) | -92% | | |
| Legacy PF / Telecom / LA Portfolio - NIM | | | | | | | | | | | | | | |
| Principal Investing / PE Exceptions / Other | (70) | (70) | (121) | 51 | -42% | | | | (70) | (1,199) | 1,129 | -94% | | |
| Total Legacy Portfolios / Cross Selling / Other | 151 | 151 | 12 | 140 | 1197% | | | | 151 | 1,657 | (1,506) | -91% | | |
| Total Corporate Finance Product | 42,148 | 42,148 | 18,987 | 23,160 | 122% | | 63,814 | 16,779 | 58,927 | 88,952 | (30,025) | -34% | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) 2003 Plan not yet available

CONFIDENTIAL    DB 000625

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 12-FEB-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 578 | 578 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | 601 | 601 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 1,387 | 1,387 | - | NA FIN SPO, NA Lev Fin |
| Total M&A | | 2,565 | 2,565 | - | |
| Total Advisory | | 2,565 | 2,565 | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | 1,470 | 1,470 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 16,379 | 16,379 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 7,396 | 7,396 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 99 | 99 | - | None |
| Total HYCM | | 25,344 | 25,344 | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 8,820 | 8,820 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 4,956 | 4,956 | - | NA Lev Fin |
| Total Leverage Loan Fees | | 13,775 | 13,775 | - | |
| Total Debt Products | | 39,119 | 39,119 | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | 316 | 316 | - | NA Lev Fin |
| Total Equity Underwriting | | 316 | 316 | - | |
| | Village mtm (M1575) | (4) | (4) | - | None |
| Total Private Placement-Equity | | (4) | (4) | - | |
| Total Equity | | 312 | 312 | - | |
| | Clear Channel - IG Bond (M5002) | 85 | 85 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | 136 | 136 | - | None |
| Total GM DCM JV | | 222 | 222 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (16) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (54) | (54) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (70) | (70) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 151 | 151 | - | |
| Total Corporate Finance Product | | 42,148 | 42,148 | - | |

CONFIDENTIAL                                                                DB 000626

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 12 FEB 2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | Balance Of Year 2003 | Future Years | | |
| | Acme Communications - general advisory (D0063356) | 75 | - | - | 349 | - | - | - | 349 | 262 |
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 4,189 | - | 4,189 | 1,047 |
| | Emmis Communications - general advisory (Project Football) / Football (D025447) | 0 | - | - | - | - | 11,311 | - | 11,311 | - |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 0 | - | - | - | - | 2,793 | - | 2,793 | - |
| Total M&A | | | - | - | 349 | - | 18,293 | - | 18,642 | 1,309 |
| Total Advisory | | | - | - | 349 | - | 18,293 | - | 18,642 | 1,309 |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 50 | 2,281 | - | - | - | - | - | 2,281 | 1,140 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | 25 | - | - | - | - | 6,889 | - | 6,889 | 1,722 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | - | - | 3,258 | - | - | - | 3,258 | 815 |
| Total HYCM | | | 2,281 | - | 3,258 | - | 6,889 | - | 12,428 | 3,677 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | 25 | - | - | - | - | 5,586 | - | 5,586 | 1,396 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | - | 1,676 | - | - | - | - | 1,676 | 838 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | - | 17,501 | - | - | - | - | 17,501 | 8,751 |
| | Lin TV - bank financing (1Q 03) (D030158) | 25 | 233 | - | - | - | - | - | 233 | 58 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | - | 2,793 | - | - | - | - | 2,793 | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | - | 1,000 | - | - | - | - | 1,000 | 750 |
| Total Leverage Loan Fees | | | 233 | 22,970 | - | - | 5,586 | - | 28,788 | 11,793 |
| Total Debt Products | | | 2,513 | 22,970 | 3,258 | - | 12,474 | - | 41,216 | 15,470 |
| | Citadel Broadcasting - IPO (D023066) | 0 | - | 2,793 | - | - | - | - | 2,793 | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | - | - | - | - | 1,164 | - | 1,164 | - |
| Total Equity Underwriting | | | - | 2,793 | - | - | 1,164 | - | 3,956 | - |
| Total Equity | | | - | 2,793 | - | - | 1,164 | - | 3,956 | - |
| Total Corporate Finance Product | | | 2,513 | 25,763 | 3,607 | - | 31,931 | - | 63,814 | 16,779 |

CONFIDENTIAL

DB 000627

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-02-12 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,793 | - |
|  | DirecTV USA - bridge financing (4Q 02) (D020078) | Bonds-Corporate High Yield | 25% | - | - | - | 3,258 | - |
|  | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | - | - | - | 17,501 | - |
|  | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | 1,387 | 1,387 | - | - | - |
|  | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | 16,379 | 18,379 | - | - | - |
|  | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | 8,820 | 8,820 | - | - | - |
|  | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | - | - | - |
|  | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 99 | 99 | - | 11,311 | - |
|  | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | - | - | - | 2,793 | - |
|  | Vivendi Universal Entertainment - Refinancing (D026558) | Bridge Loans | 75% | - | - | - | 1,000 | - |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,889 | - |
|  | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,586 | - |
|  | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,793 | - |
|  | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | - | 11,311 | - |
|  | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | 7,398 | 7,398 | - | - | - |
|  | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | 4,956 | 4,956 | - | - | - |
|  | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | - | - | - | 2,793 | - |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020688) | Fairness Opinion | N/A | 601 | 601 | - | - | - |
|  | Allbritton Communications - HY offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | 1,470 | 1,470 | - | - | - |
|  | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 50% | - | - | - | 2,281 | - |
|  | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | 316 | 316 | - | - | - |
|  | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | - | - | - | 1,164 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | - | - | - | 349 | - |
|  | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | 578 | 578 | - | - | - |
|  | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | 25% | - | - | - | 233 | - |
|  | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | - | - | - | 2,793 | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,189 | - |
|  | Comcast - acq fncg for AT&T Broadband (participant bank) (D020613) | Senior Bank Debt | 50% | - | - | - | 1,676 | - |
| Yung, Sun J. | Comcast - acq fncg for AT&T Broadband (participant bank) (D020613) | Senior Bank Debt | 50% | - | - | - | 1,676 | - |
|  | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp Investment Grade | N/A | 136 | 136 | - | - | - |

CONFIDENTIAL

DB 000628

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 12 FEB 2003
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | (169) | (169) | 375 | - | - | 35,622 | 6,530 | 6,361 | | 6,361 | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | | - | - | - |
| Total Advisory | (169) | (169) | 375 | - | - | 36,622 | 6,530 | 6,361 | | 6,361 | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | | - | - | - |
| HYCM | 4,622 | 4,622 | - | - | - | - | - | 4,622 | | 4,622 | - | - |
| Leverage Loan Fees | - | - | - | - | - | 4,724 | 4,474 | 4,474 | | 4,474 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | | - | - | - |
| Total Debt Products | 4,622 | 4,622 | - | - | - | 4,724 | 4,474 | 9,096 | | 9,096 | - | - |
| Equity Underwriting | 272 | 272 | 3,638 | - | - | 35,500 | 7,875 | 8,147 | | 8,147 | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | | - | - | - |
| Total Equity | 272 | 272 | 3,638 | - | - | 35,500 | 7,875 | 8,147 | | 8,147 | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | | - | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | - | - | - | - | - | - | - | | - | - | - |
| Total Corporate Finance Product | 4,725 | 4,725 | 4,013 | - | - | 76,845 | 18,878 | 23,604 | | 23,604 | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000629

FRANCHISE - REVENUE BY DEAL
AS OF: 12-FEB-2003
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | StoryFirst - valuation of Russian assets (D025060) | (169) | (169) | - | |
| Total M&A | | (169) | (169) | - | None |
| | | | | | |
| Total Advisory | | (169) | (169) | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 4,622 | 4,622 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| Total HYCM | | 4,622 | 4,622 | - | |
| Total Debt Products | | 4,622 | 4,622 | - | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 74 | 74 | - | GERMANY |
| | Vivendi Universal - mandatory convertible bond (D026623) | 198 | 198 | - | None |
| Total Equity Underwriting | | 272 | 272 | - | |
| | | | | | |
| Total Equity | | 272 | 272 | - | |
| | | | | | |
| Total Corporate Finance Product | | 4,726 | 4,726 | - | |

CONFIDENTIAL

DB 000630

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 12-FEB-2003**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value Feb | Mar | Apr | May | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | - | - | - | - | 5,000 | - | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | - | 2,000 | - | - | - | - | 2,000 | 1,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 6,000 | - | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | - | - | - | - | 3,000 | - | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | - | - | - | - | 100 | - | 100 | 100 |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | 75 | 250 | - | - | - | - | - | 250 | 188 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus, (D022235) | 25 | - | - | - | 4,500 | - | - | 4,500 | 1,125 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | - | - | - | - | 4,655 | - | 4,655 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023812) | 25 | - | - | - | - | 5,000 | - | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | - | - | - | 4,000 | - | 4,000 | 1,000 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,117 | - | - | - | - | - | 1,117 | 1,117 |
| **Total M&A** | | | 1,367 | 2,000 | - | 4,500 | 27,755 | - | 35,622 | 6,630 |
| **Total Advisory** | | | 1,367 | 2,000 | - | 4,500 | 27,755 | - | 35,622 | 6,530 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 3,724 | - | - | - | - | - | 3,724 | 3,724 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | - | 1,000 | - | - | - | - | 1,000 | 750 |
| **Total Leverage Loan Fees** | | | 3,724 | 1,000 | - | - | - | - | 4,724 | 4,474 |
| **Total Debt Products** | | | 3,724 | 1,000 | - | - | - | - | 4,724 | 4,474 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | - | - | - | - | 15,000 | - | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020298) | 75 | - | - | - | - | 2,500 | - | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | - | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter ** (DC22792) | 0 | - | - | - | - | 10,000 | - | 10,000 | - |
| **Total Equity Underwriting** | | | - | - | - | - | 35,500 | - | 35,500 | 7,875 |
| **Total Equity** | | | - | - | - | - | 35,500 | - | 35,500 | 7,875 |
| **Total Corporate Finance Product** | | | 5,091 | 3,000 | - | 4,500 | 63,255 | - | 75,845 | 18,878 |

CONFIDENTIAL

DB 000631

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-02-12 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,117 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | - | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | 4,622 | 4,622 | - | 3,724 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | - | - | - | 2,500 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015309) | Divestiture Advisory | 50% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011448) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 25% | - | - | - | 4,500 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | - | 4,865 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | - | - | - | 8,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | 74 | 74 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,117 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | 4,622 | 4,622 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | - | - | - | 3,724 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Lovell, Nicholas | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | - | 4,655 | - |
| MacInnes, Bruce | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | Fininvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | 75% | - | - | - | 250 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | (169) | (169) | - | - | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | - | - | 10,000 | - |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011448) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Fininvest - (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | 75% | - | - | - | 250 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | 198 | 198 | - | - | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | - | 1,000 | - |

CONFIDENTIAL

DB 000632