FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 09-APR-2003
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD(Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 870 | 870 | 2,600 | (1,731) | - | 45,514 | 5,844 | 6,714 | 15,000 | (8,286) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 870 | 870 | 2,600 | (1,731) | - | 45,514 | 5,844 | 6,714 | 15,000 | (8,286) | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | 4,630 | - | 4,630 | - | - | - | 4,630 | 6,400 | (1,770) | - | - |
| Loan Syndications | 1,121 | 1,121 | - | 1,121 | - | - | - | 1,121 | 3,000 | (1,879) | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 1,121 | 5,752 | - | 5,752 | - | - | - | 5,752 | 10,000 | (4,248) | - | - |
| Equity Underwriting | 118 | 383 | 3,638 | (3,255) | - | 35,500 | 6,625 | 7,008 | 40,000 | (32,992) | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 118 | 383 | 3,638 | (3,255) | - | 35,500 | 6,625 | 7,008 | 40,000 | (32,992) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | - | - | - | - | - | - | - | 10,000 | (10,000) | - | - |
| Total Corporate Finance Product | 2,109 | 7,004 | 6,238 | 766 | - | 81,014 | 12,469 | 19,473 | 75,000 | (55,527) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 09-APR-2003**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 870 | 870 | - | EUR RESTR, UK |
| **Total M&A** | | **870** | **870** | - | None |
| **Total Advisory** | | **870** | **870** | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | |
| **Total HYCM** | | - | **4,630** | - | EUR SPON, NA FIN SPO, NA Lev Fi |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | 797 | 797 | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 324 | 324 | - | UK |
| **Total Loan Syndications** | | **1,121** | **1,121** | - | EUR SPON, EURLEVFIN, NA CON, I |
| **Total Debt Products** | | **1,121** | **5,752** | - | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | |
| | Vivendi Universal - mandatory convertible bond (D026623) | 118 | 308 | - | FRANCE |
| **Total Equity Underwriting** | | **118** | **383** | - | None |
| **Total Equity** | | **118** | **383** | - | |
| **Total Corporate Finance Product** | | **2,109** | **7,004** | - | |

FRANCHISE - PIPELINE BY DEAL
AS OF: 09-APR-2003
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Apr | May | Jun | Jul | Balance Of Year 2003 | Future Years | | |
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024763) | 0 | - | - | 5,000 | - | - | - | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | - | 1,000 | - | - | - | - | 1,000 | 500 |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | 0 | - | - | - | - | 6,000 | - | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | - | - | - | - | 3,000 | - | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | - | - | - | - | 100 | - | 100 | 100 |
| | Electronic Arts - general advisory (VUE Games) (D025937) | 0 | - | - | - | - | 5,611 | - | 5,611 | - |
| | Microsoft - acqn of Vivendi Universal Games (D030452) | 0 | - | - | - | - | 5,611 | - | 5,611 | - |
| | Pearson - acqn advisory for AOL Time Warner Book Group (D030361) | 0 | - | - | - | - | 374 | - | 374 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | - | - | - | - | 4,208 | - | 4,208 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | - | - | - | - | 5,000 | - | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | - | - | - | 4,000 | - | 4,000 | 1,000 |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | 25 | - | - | - | 4,488 | - | - | 4,488 | 1,122 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,122 | - | - | - | - | - | 1,122 | 1,122 |
| Total M&A | | | 1,122 | 1,000 | 5,000 | 4,488 | 33,903 | - | 45,514 | 5,844 |
| Total Advisory | | | 1,122 | 1,000 | 5,000 | 4,488 | 33,903 | - | 45,514 | 5,844 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | - | - | 15,000 | - | - | - | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | 25 | - | - | 2,500 | - | - | - | 2,500 | 625 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | - | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | - | - | 10,000 | - | - | - | 10,000 | - |
| Total Equity Underwriting | | | - | - | 27,500 | - | 8,000 | - | 35,500 | 6,625 |
| Total Equity | | | - | - | 27,500 | - | 8,000 | - | 35,500 | 6,625 |
| Total Corporate Finance Product | | | 1,122 | 1,000 | 32,500 | 4,488 | 41,903 | - | 81,014 | 12,469 |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-04-09 (Wed)**
**EUROS IN 000'S**
**Europe Media**

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | 324 | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 25% | - | - | - | 2,500 | - |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | 797 | 797 | - | - | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50% | - | - | - | 1,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | N/A | 870 | 870 | - | - | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | - | - | - | 5,611 | - |
| | Microsoft - acqn of Vivendi Universal Games (D030452) | Acquisition Advisory | 0% | - | - | - | 5,611 | - |
| | Pearson - acqn advisory for AOL Time Warner Book Group (D030361) | Acquisition Advisory | 0% | - | - | - | 374 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | - | 4,208 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | - | - | - | 8,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | - | 74 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | 324 | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Macinnes, Bruce | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | - | - | - | - | - |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | 25% | - | - | - | 4,488 | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | - | - | 10,000 | - |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | 118 | 118 | - | - | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | - | 190 | - | - | - |

CONFIDENTIAL

NA Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Apr 30 to May 7)

| Deal | Product | Probability | Region | Actual Apr | Actual May | Pipeline Apr | Pipeline May | Pipeline Jun | Pipeline Jul | Pipeline Aug | Pipeline Sep | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | 100.00 | Americas | 1,138 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Fees booked |
| Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75.00 | Americas | 0 | 0 | 0 | 0 | (433) | 0 | 0 | 0 | Pipeline adjusted |
| AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0.00 | Americas | 0 | 0 | 0 | 0 | (433) | 0 | 0 | 0 | Pipeline adjusted |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | (122) | 0 | 0 | Pipeline adjusted |
| Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50.00 | Americas | 0 | 0 | (20,178) | 0 | 0 | 0 | 0 | 0 | Pipeline adjusted |
| Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | 100.00 | Americas | 0 | 0 | 0 | 880 | 0 | 0 | 0 | 0 | Pipeline added |
| Mediacom - swap (D031356) | Derivatives-Credit | 0.00 | Americas | 0 | 0 | (269) | 0 | 0 | 0 | 0 | 0 | Pipeline adjusted |
| Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | 100.00 | Americas | 740 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Fees booked |
| Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | 100.00 | Americas | (213) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Closeout fee |
| Young Broadcasting - $100mm refinancing Q2 03 (D031269) | Bonds-Corporate High Yield | 50.00 | Americas | 0 | 0 | 0 | 0 | 0 | 1,761 | 0 | 0 | Pipeline added |

## NA Media
## 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | **88,952** |
| **2003 YTD** | - | 55,852 | - | - | **55,852** |
| 2003 Plan | - | 105,000 | - | - | **105,000** |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | **88,952** |
| **2003 YTD** | **3,347** | - | **3,347** | **51,723** | **6** | **1,139** | **(363)** | **55,852** |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20.000 | - | **105,000** |

* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
** Other includes Strategic Lending Contracts, Other Global Markets and Principal Investing

**NA Media**
**Client Revenue by Product**
**April 2003 MTD**
**Euros ('000'S)**

| Client | Bonds-Corporate High Yield | Equity-IPO | Private Placement-Equity | Strategic Lending Contracts | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|
| Allbritton Communications Co | 1,138 | - | - | - | - | 1,138 | | | 1,138 | |
| Pitney Bowes Inc | - | - | - | - | 740 | 740 | | | 740 | |
| Scholastic Corp | - | - | - | - | 61 | 61 | | | 61 | |
| Liberty Media Corporation | - | - | - | - | 45 | 45 | | | 45 | |
| Sinclair Broadcast Group Inc | 15 | - | - | - | - | 15 | | | 15 | |
| iVillage Inc | - | - | 0 | - | - | 0 | | | 0 | |
| AOL Time Warner Inc | - | - | - | (16) | - | (16) | | | (16) | |
| MediaNation Inc | - | (29) | - | - | - | (29) | | | (29) | |
| Viacom Inc | - | - | - | (63) | - | (63) | | | (63) | |
| Tribune Company | - | - | - | (68) | - | (68) | | | (68) | |
| Salem Communications Corp | (213) | - | - | - | - | (213) | | | (213) | |
| | | | | | | 1,611 | | | **1,611** | |

CONFIDENTIAL

DB 000672

NA Media
Client Revenue by Product
April 2003 YTD
Euros ('000'S)

| Client | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Bonds-Corporate High Yield | Senior Bank Debt | Equity-IPO | Equity-Secondary | Private Placement-Equity | Strategic Lending Contracts | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,389 | - | - | 16,408 | 8,829 | - | - | - | - | - | 26,626 | | | 26,626 | |
| RH Donnelley Corp | - | - | - | 7,487 | 5,011 | - | - | - | - | - | 12,497 | | | 12,497 | |
| General Motors Corporation | - | - | - | 4,612 | 6,465 | - | - | - | - | - | 11,077 | | | 11,077 | |
| Allbritton Communications Co | - | - | 602 | 2,610 | - | - | - | - | - | - | 3,212 | | | 3,212 | |
| ACME Communications Inc | - | 923 | - | - | - | - | - | - | - | - | 923 | | | 923 | |
| Pitney Bowes Inc | - | - | - | - | - | - | - | - | - | 740 | 740 | | | 740 | |
| Tribune Company | - | 433 | - | - | - | - | - | - | (68) | - | 365 | | | 365 | |
| Thomas H Lee Partners | - | - | - | - | 324 | - | - | - | - | - | 324 | | | 324 | |
| Hicks Muse Tate & Furst Inc | - | - | - | - | 232 | - | - | - | - | - | 232 | | | 232 | |
| Comcast Corporation | - | - | - | - | - | - | - | - | - | 207 | 207 | | | 207 | |
| Gray Television Inc | - | - | - | 33 | - | - | 70 | - | - | - | 103 | | | 103 | |
| Clear Channel Communications Inc | - | - | - | - | - | - | - | - | - | 86 | 86 | | | 86 | |
| Scholastic Corp | - | - | - | - | - | - | - | - | - | 61 | 61 | | | 61 | |
| Sinclair Broadcast Group Inc | - | - | - | 55 | - | - | - | - | - | - | 53 | | | 55 | |
| Liberty Media Corporation | - | - | - | - | - | - | - | - | - | 45 | 45 | | | 45 | |
| iVillage Inc | - | - | - | - | - | - | - | (5) | - | - | (5) | | | (5) | |
| MediaNation Inc | - | - | - | - | - | (58) | - | - | - | - | (58) | | | (58) | |
| AOL Time Warner Inc | - | - | - | - | - | - | - | - | (62) | - | (62) | | | (62) | |
| Carlyle Group (The) | - | - | - | (130) | - | - | - | - | - | - | (130) | | | (130) | |
| Salem Communications Corp | - | - | - | (213) | - | - | - | - | - | - | (213) | | | (213) | |
| Viacom Inc | - | - | - | - | - | - | - | - | (233) | - | (233) | | | (233) | |
| | | | | | | | | | | | 55,852 | | | 55,852 | |

**NA Media**
**Vice President Pipeline Report**

| Deal | Vice President | Product | Probability | Month | 2003 Pipeline |
|---|---|---|---|---|---|
| Scientific-Atlantic - Acq of Netgear (D031555) | Hartka, Jason | Acquisition Advisory | 0.00 | Sep | 2,641 |

## FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 07-MAY-2003
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Apr Franchise Revenue | YTD(Apr) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | May Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 3,347 | 14,754 | (11,407) | -77% | - | 11,180 | 2,047 | 5,394 | 23,370 | (17,976) | -77% | 20,000 | (14,606) |
| Other Advisory | - | - | - | - | | - | 56 | 28 | 28 | - | 28 | | - | 28 |
| Total Advisory | - | 3,347 | 14,754 | (11,407) | -77% | - | 11,236 | 2,075 | 5,422 | 23,370 | (17,948) | -77% | 20,000 | (14,578) |
| ABL Origination | - | - | - | - | | - | - | - | - | - | - | | - | - |
| HYCM | 940 | 30,863 | 10,504 | 20,359 | 194% | - | 9,155 | 3,389 | 34,252 | 18,730 | 15,522 | 83% | 25,600 | 8,652 |
| Loan Syndications | - | 20,860 | 7,866 | 12,994 | 165% | - | 5,282 | 1,320 | 22,181 | 13,832 | 8,349 | 60% | 12,000 | 10,181 |
| Project Finance | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Real Estate Investment Banking | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Total Debt Products | 940 | 51,723 | 18,370 | 33,354 | 182% | - | 14,437 | 4,710 | 56,433 | 32,562 | 23,871 | 73% | 40,000 | 16,433 |
| Equity Underwriting | (29) | 12 | 5,905 | (5,893) | -100% | - | 49,956 | 19,586 | 19,598 | 30,454 | (10,856) | -36% | 25,000 | (5,402) |
| Private Placement-Equity | 0 | (5) | 748 | (753) | -101% | - | - | - | (5) | 908 | (913) | -101% | - | (5) |
| Structured Equity Transactions Group | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Total Equity | (29) | 5 | 6,653 | (6,647) | -100% | - | 49,956 | 19,586 | 19,592 | 31,362 | (11,770) | -38% | 25,000 | (5,408) |
| Capital Benefit / Treasury Allocation | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Cost Hedging / Goodwill Funding / Loan Shortfall | (146) | (363) | (479) | 116 | -24% | - | - | - | (363) | - | (363) | | - | (363) |
| Other Global Markets | - | - | - | - | | - | - | - | - | - | - | | - | - |
| GM DCM JV | 846 | 1,139 | 1,288 | (130) | -10% | - | 754 | 189 | 1,327 | 2,856 | (1,529) | -54% | - | 1,327 |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | | - | - | - | - | - | - | | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | | - | - | - | - | (1,199) | 1,199 | -100% | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 700 | 776 | 790 | (14) | -2% | - | 754 | 189 | 965 | 1,657 | (692) | -42% | 20,000 | (19,035) |
| Total Corporate Finance Product | 1,611 | 55,452 | 40,567 | 15,286 | 38% | - | 76,383 | 26,559 | 82,412 | 88,952 | (6,540) | -7% | 105,000 | (22,588) |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000675

FRANCHISE - REVENUE BY DEAL
AS OF: 07-MAY-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D005356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | None |
| Total M&A | | - | 3,347 | - | |
| Total Advisory | | - | 3,347 | - | |
| | Allbritton Communications - HY (4Q 02) (D020406) | 1,138 | 1,138 | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,408 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - | NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | (213) | (213) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 15 | 55 | - | None |
| Total HYCM | | 940 | 30,863 | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 6,465 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA CON, NA FIN SPO, NA Lev Fin |
| Total Loan Syndications | | - | 20,860 | - | |
| Total Debt Products | | 940 | 51,723 | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | MediaNation - Sponsoring Agreement (D027084) | (29) | (58) | - | ASIA SPON, CHINA |
| Total Equity Underwriting | | (29) | 12 | - | |
| | iVillage mtm (M1575) | 0 | (5) | - | None |
| Total Private Placement-Equity | | 0 | (5) | - | |
| Total Equity | | (29) | 6 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (62) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (52) | (214) | - | None |
| | Tribune - Strategic Lending Contract (M6230) | (68) | (68) | - | None |
| | Viacom - Strategic Lending Contract (M5907) | (10) | (19) | - | None |
| Total Cost Hedging / Goodwill Funding / Loan Shortfall | | (146) | (363) | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | Liberty Media - IG offering (2Q03) (D031643) | 45 | 45 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | 740 | 740 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | 61 | 61 | - | None |
| Total GM DCM JV | | 846 | 1,139 | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 700 | 776 | - | |
| Total Corporate Finance Product | | 1,611 | 55,652 | - | |

FRANCHISE - PIPELINE BY DEAL
AS OF: 07-MAY-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value: May | Jun | Jul | Aug | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 3,961 | - | 3,961 | 990 |
| | Emmis Communications - strategic options (D026116) | 0 | - | - | - | - | 3,521 | - | 3,521 | - |
| | Scientific-Atlantic - Acq of Netgear (D031555) | 0 | - | - | - | - | 2,641 | - | 2,641 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,056 | - | - | - | - | - | 1,056 | 1,056 |
| Total M&A | | | 1,056 | - | - | - | 10,123 | - | 11,180 | 2,047 |
| | MediaNation - Sponsoring Agreement (D027084) | 50 | - | 28 | - | - | 28 | 28 | 85 | 42 |
| Total Other Advisory | | | - | 28 | - | - | 28 | 28 | 85 | 42 |
| Total Advisory | | | 1,056 | 28 | - | - | 10,151 | 28 | 11,264 | 2,089 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | - | 6,514 | - | - | - | 6,514 | 1,629 |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 100 | 880 | - | - | - | - | - | 880 | 880 |
| | Young Broadcasting - $100mm refinancing Q2 03 (D031269) | 50 | - | - | 1,761 | - | - | - | 1,761 | 880 |
| Total HYCM | | | 880 | - | 8,275 | - | - | - | 9,156 | 3,389 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | - | 5,282 | - | - | - | 5,282 | 1,320 |
| Total Loan Syndications | | | - | - | 5,282 | - | - | - | 5,282 | 1,320 |
| Total Debt Products | | | 880 | - | 13,556 | - | 0 | - | 14,437 | 4,710 |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | 0 | - | 23,107 | - | - | - | - | 23,107 | - |
| | Citadel Broadcasting - IPO (D023066) | 75 | - | - | - | - | 2,641 | - | 2,641 | 1,981 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 25 | - | - | - | - | 1,100 | - | 1,100 | 275 |
| | Time Warner Entertainment - IPO (D026173) | 75 | - | 23,107 | - | - | - | - | 23,107 | 17,331 |
| Total Equity Underwriting | | | - | 46,215 | - | - | 3,741 | - | 49,956 | 19,586 |
| Total Equity | | | - | 46,215 | - | - | 3,741 | - | 49,956 | 19,586 |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | 25 | - | 754 | - | - | - | - | 754 | 189 |
| Total GM DCM JV | | | - | 754 | - | - | - | - | 754 | 189 |
| Total Legacy Portfolios / Cross Selling / Other | | | - | 754 | - | - | - | - | 754 | 189 |
| Total Corporate Finance Product | | | 1,937 | 46,997 | 13,556 | - | 13,893 | 28 | 76,411 | 26,573 |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-05-07 (Wed)**
**EUROS IN 000'S**
**NA Media**

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,641 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 19,806 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,612 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 6,465 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,408 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - | - |
| | Mediacom - swap (D031356) | Derivatives-Credit | 0% | - | - | - | 264 | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 15 | 55 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,056 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,514 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,282 | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,641 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 19,806 | - |
| | Emmis Communications - strategic options (D026116) | Other M&A Advisory | 0% | - | - | - | 3,521 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | 50% | - | - | - | 56 | 28 |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | (29) | (58) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - | - |
| Chang, Liz | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | - | - | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | 1,138 | 1,138 | - | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | - | 70 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | 100% | - | - | - | 880 | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | (213) | (213) | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 25% | - | - | - | 1,100 | - |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | - | - | - | 23,107 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - | - |
| | Young Broadcasting - $100mm refinancing Q2 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | - | 1,761 | - |
| Dunn, David R. | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,514 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,282 | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - | - |
| Faulstich, Blair | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,641 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 19,806 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,612 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 6,465 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,408 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - | - |
| | Emmis Communications - strategic options (D026116) | Other M&A Advisory | 0% | - | - | - | 3,521 | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 15 | 55 | - | - | - |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | 1,138 | 1,138 | - | - | - |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-05-07 (Wed)**
**EUROS IN 000'S**
**NA Media**

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | - | 70 | - | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | (213) | (213) | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 25% | - | - | - | 1,100 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - | - |
| Maurus, Zach | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | 45 | 45 | - | - | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity- Exchangeable Debt | N/A | - | 20,702 | - | - | - |
| Morris, J L Malcolm | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0% | - | - | - | 23,107 | - |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | - | - | - | 23,107 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | 100% | - | - | - | 880 | - |
| | Young Broadcasting - $100mm refinancing Q2 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | - | 1,761 | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 3,961 | - |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | 45 | 45 | - | - | - |
| Yung, Sun J. | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | 25% | - | - | - | 754 | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031581) | Bonds-Corp. Investment Grade | N/A | 740 | 740 | - | - | - |
| | Scientific-Atlantic - Acq of Netgear (D031555) | Acquisition Advisory | 0% | - | - | - | 2,641 | - |