NA-Media
Vice President Pipeline Report

| Deal | Vice President | Product | Probability | Month | 2003 Pipeline |
|---|---|---|---|---|---|
| Comcast Corp. - IG offering (2H 03) (D031604) | Hartka, Jason | Bonds-Corp. Investment Grade | 0.00 | Jun | 1,106 |
| Scientific-Atlantic - Acq of Netgear (D031555) | Hartka, Jason | Acquisition Advisory | 0.00 | Sep | 2,552 |
| | | | | | 3,658 |

CONFIDENTIAL

DB 000680

## NA Media
## 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | 88,952 |
| 2003 YTD | - | 80,883 | - | - | 80,883 |
| 2003 Plan | - | 105,000 | - | - | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 4,361 | - | 4,361 | 52,526 | 22,213 | 2,194 | (412) | 80,883 |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

\* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
\*\* Other includes Loan Shortfall, Other Global Markets and Principal Investing

CONFIDENTIAL

DB 000681

NA Media
Client Revenue by Product
May 2003 MTD
Euros ('000'S)

| Client | Acquisition Advisory | Bonds-Corporate High Yield | Equity-Exchangeable Debt | Equity-Convertible Bonds | Strategic Lending Contracts | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hicks Muse Tate & Furst Inc | - | 693 | - | 1,113 | - | - | 1,806 | | | 1,806 | |
| Comcast Corporation | - | - | - | - | - | 1,055 | 1,055 | | | 1,055 | |
| Thomas H Lee Partners | 1,014 | - | - | - | - | - | 1,014 | | | 1,014 | |
| Sinclair Broadcast Group Inc | - | 110 | - | 294 | - | - | 403 | | | 403 | |
| Vivendi Universal SA | - | - | 99 | - | - | - | 99 | | | 99 | |
| Viacom Inc | - | - | - | - | (49) | - | (49) | | | (49) | |
| | | | | | | | 4,328 | | | 4,328 | |

CONFIDENTIAL

DB 000682

NA Media
Client Revenue by Product
May 2003 YTD
Euros ('000'S)

| Client | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Bonds- Corporate High Yield | Senior Bank Debt | Equity- Exchangeable Debt | Equity- Convertible Bonds | Equity-IPO | Equity- Secondary | Private Placement- Equity | Strategic Lending Contracts | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCTX | Derivatives per GCTX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,389 | | | 16,408 | 8,829 | | | | | | | | 26,626 | | | 26,626 | |
| Vivendi Universal SA | | | | | | 20,800 | | | | | | | 20,800 | | | 20,800 | |
| RH Donnelley Corp | | | | 7,487 | 5,011 | | | | | | | | 12,497 | | | 12,497 | |
| General Motors Corporation | | | 602 | 4,612 | 6,465 | | | | | | | | 11,077 | | | 11,077 | |
| Allentron Communications Co | | | | 2,610 | 232 | | | | | | | | 3,212 | | | 3,212 | |
| Hicks Muse Tate & Furst Inc | | | | 693 | 324 | | 1,113 | | | | | | 2,038 | | | 2,038 | |
| Thomas H Lee Partners | 1,014 | | | | | | | | | | | | 1,338 | | | 1,338 | |
| Comcast Corporation | | 923 | | | | | | | | | | 1,262 | 1,162 | | | 1,262 | |
| ACME Communications Inc | | | | | | | | | | | | 740 | 923 | | | 923 | |
| Pitney Bowes Inc | | | | 165 | | | | | | | | | 740 | | | 740 | |
| Sinclair Broadcast Group Inc | | 433 | | | | | 294 | | | | (68) | | 459 | | | 459 | |
| Tribune Company | | | | | | | | | | | | | 365 | | | 365 | |
| Gray Television Inc | | | | 33 | | | | | | 70 | | | 103 | | | 103 | |
| Clear Channel Communications Inc | | | | | | | | | | | | 86 | 86 | | | 86 | |
| Scholastic Corp | | | | | | | | | | | | 61 | 61 | | | 61 | |
| Liberty Media Corporation | | | | | | | | | | | | 45 | 45 | | | 45 | |
| iVillage Inc | | | | | | | | | (5) | | | | (5) | | | (5) | |
| MediaNation Inc | | | | | | | | (58) | | | | | (58) | | | (58) | |
| AOL Time Warner Inc | | | | | | | | | | | (62) | | (62) | | | (62) | |
| Carlyle Group (The) | | | | (130) | | | | | | | | | (130) | | | (130) | |
| Salem Communications Corp | | | | (213) | | | | | | | | | (213) | | | (213) | |
| Viacom Inc | | | | | | | | | | | (282) | | (282) | | | (282) | |
| | | | | | | | | | | | | | 80,883 | | | 80,883 | |

CONFIDENTIAL                    DB 000683

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 11-JUN-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | May Franchise Revenue | YTD(May) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jun Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,377 | 7,093 | 27,022 | (19,928) | - | 56,712 | 11,024 | 18,117 | 35,000 | (16,883) | 6,000 | - |
| Other Advisory | - | - | - | - | - | 55 | 27 | 27 | - | 27 | 27 | 14 |
| Total Advisory | 1,377 | 7,093 | 27,022 | (19,928) | - | 56,766 | 11,051 | 18,144 | 35,000 | (16,856) | 6,027 | 14 |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 803 | 36,297 | 11,120 | 25,176 | - | 9,571 | 2,255 | 38,562 | 32,000 | 6,562 | - | - |
| Loan Syndications | - | 25,536 | 8,158 | 17,380 | - | 56,381 | 1,595 | 27,133 | 15,000 | 12,133 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 803 | 61,835 | 19,278 | 42,556 | - | 65,952 | 3,880 | 65,695 | 50,000 | 15,695 | - | - |
| Equity Underwriting | 1,868 | 22,954 | 29,741 | (6,787) | 2,462 | 48,949 | 22,292 | 47,708 | 65,000 | (17,292) | - | - |
| Private Placement-Equity | - | (5) | 908 | (913) | - | - | - | (5) | - | (5) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 1,868 | 22,949 | 30,649 | (7,700) | 2,462 | 48,949 | 22,292 | 47,703 | 65,000 | (17,297) | - | - |
| Capital Benefit / Treasury Allocation | (49) | (412) | (590) | 178 | - | - | - | (412) | - | (412) | - | - |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | 1,055 | 2,194 | 1,269 | 925 | - | 1,835 | 182 | 2,376 | - | 2,376 | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 1,006 | 1,782 | 679 | 1,103 | - | 1,835 | 182 | 1,964 | 30,000 | (28,036) | - | - |
| Total Corporate Finance Product | 5,044 | 93,658 | 77,528 | 16,031 | 2,462 | 173,502 | 37,385 | 133,606 | 180,000 | (46,494) | 6,027 | 14 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL                                                                              DB 000684

FRANCHISE - REVENUE BY DEAL
AS OF: 11-JUN-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue May | Franchise Revenue YTD(May) | Franchise Revenue Jun | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015359) | - | 870 | - | EUR RESTR, CORBROK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | - | 1,500 | - | GERMANY |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | 362 | 362 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 1,014 | 1,014 | - | EUR MEDIA, EUR SPON, NA CON, NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D022234) | - | 433 | - | EUR SPON, NA CON, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total M&A** | | **1,377** | **7,093** | **-** | |
| Total Advisory | | **1,377** | **7,093** | **-** | |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | 1,138 | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,812 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,408 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 693 | 693 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA FIN SPO |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 110 | 165 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | None |
| **Total HYCM** | | **803** | **36,297** | **-** | EUR SPON, NA FIN SPO, NA Lev Fin |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | - | 851 | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 6,465 | - | CORBROK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO, NA Lev Fin |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | EUR SPON |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **-** | **25,538** | **-** | EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total Debt Products** | | **803** | **61,835** | **2,462** | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | - | - | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 1,113 | 1,113 | - | NA FIN SPO |
| | MediaNation - Sponsoring Agreement (D027084) | - | (58) | - | ASIA SPON, CHINA |
| | SES Global - Eur 700mm - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | 294 | 294 | - | None |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | 353 | 353 | - | None |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | 99 | 20,800 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 308 | - | FRANCE |
| **Total Equity Underwriting** | | **1,858** | **22,954** | **2,462** | None |
| | iVillage mtm (M1575) | - | (5) | - | |

CONFIDENTIAL

DB 000685

**FRANCHISE - REVENUE BY DEAL**
**AS OF 11-JUN-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT / DEAL | Franchise Revenue May | Franchise Revenue YTD(May) | Franchise Revenue Jun | Other Coverage Groups |
|---|---|---|---|---|
| Total Private Placement-Equity | - | (5) | - | None |
| **Total Equity** | **1,858** | **22,949** | **2,462** | |
| AOL Time Warner - Strategic Lending Contract (M4545) | - | (62) | - | None |
| Infinity Broadcasting - Strategic Lending Contract (M2221) | (49) | (263) | - | None |
| Tribune - Strategic Lending Contract (M6230) | - | (68) | - | None |
| Viacom - Strategic Lending Contract (M5907) | - | (19) | - | None |
| **Total Cost Hedging / Goodwill Funding / Loan Shortfall** | **(49)** | **(412)** | **-** | |
| Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| Comcast - IG offering (2Q03) (D031603) | 1,055 | 1,055 | - | None |
| Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| Liberty Media - IG offering (2Q03) (D031643) | - | 45 | - | None |
| Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 740 | - | None |
| Scholastic - IG Bond Revenue (M5188) | - | 61 | - | None |
| **Total GM DCM JV** | **1,055** | **2,194** | **-** | |
| **Total Legacy Portfolios / Cross Selling / Other** | **1,006** | **1,782** | **-** | |
| **Total Corporate Finance Product** | **5,044** | **93,658** | **2,462** | |

CONFIDENTIAL

DB 000686

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 11-JUN-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT / DEAL | PROBABILITY | Franchise Value Jun | Jul | Aug | Sep | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015359) | 50 | 1,000 | | | | | | 1,000 | 500 |
| BusinessWire - general advisory (D005685) | 25 | | | | | 4,254 | | 4,254 | 1,063 |
| Carlyle/Providence/TH Lee - advfin for Seat Pagine - Sole / Sole (D031074) | 0 | | 7,000 | | | | | 7,000 | - |
| Deutsche Telekom - sale of DeTeMedien (Pyramid) / Pyramid (D026059) | 0 | | | | | 5,000 | | 6,000 | - |
| Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | | 6,000 | 6,000 | - |
| Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | 25 | | | | | 3,828 | | 3,828 | 957 |
| Emmis Communications - strategic options (D026116) | 0 | | | | | 3,403 | | 3,403 | - |
| M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | 25 | | | | | 12,762 | | 12,762 | 3,190 |
| Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | | | | | 3,828 | | 3,828 | - |
| ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | 5,000 | | | 5,000 | 1,250 |
| Scientific-Atlantic - Acq of Netgear (D031555) | 0 | | | | 2,552 | | | 2,552 | - |
| Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | 75 | | 4,084 | | | | | 4,084 | 3,063 |
| **Total M&A** | | **1,000** | **11,084** | | **7,552** | **37,076** | **6,000** | **62,712** | **11,024** |
| MediaNation - Sponsoring Agreement (D027084) | 50 | 27 | | | | 27 | | 82 | 41 |
| **Total Other Advisory** | | **27** | | | | **27** | | **82** | **41** |
| **Total Advisory** | | **1,027** | **11,084** | | **7,552** | **37,103** | **6,027** | **62,793** | **11,065** |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | 6,296 | | | | | 6,298 | 1,574 |
| Crown Media - HY - Q2 03 (D031553) | 25 | | | | 1,063 | | | 1,063 | 266 |
| Spanish Broadcasting - financing options (2003) (D031597) | 0 | | | | 1,361 | | | 1,361 | - |
| Young Broadcasting - $250mm refinancing Q3 03 (D031269) | 50 | | 851 | | | | | 851 | 425 |
| **Total HYCM** | | | **7,147** | | **2,425** | **(0)** | | **9,671** | **2,265** |
| Carlyle/Providence/TH Lee - advfin for Seat Pagine - Sole / Sole (D031074) | 0 | | 50,000 | | | | | 50,000 | - |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | 5,105 | | | | | 5,105 | 1,276 |
| Gray TV - Bank Debt Q2 03 (D031915) | 25 | | 1,276 | | | | | 1,276 | 319 |
| **Total Loan Syndications** | | | **66,381** | | | | | **56,381** | **1,595** |
| **Total Debt Products** | | | **63,527** | | **2,425** | | | **65,952** | **3,860** |
| Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | | | | | 15,000 | | 15,000 | - |
| Citadel Broadcasting - IPO (D023066) | 50 | | | | 2,552 | | | 2,552 | 1,276 |
| Salem Communications - secondary offering (3Q 02) (D024428) | 25 | | | | | 1,063 | | 1,063 | 266 |
| SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | | | | | 8,000 | | 8,000 | 4,000 |
| Time Warner Entertainment - IPO (D026173) | 75 | | | | 22,333 | | | 22,333 | 16,750 |
| **Total Equity Underwriting** | | | | | **24,885** | **24,063** | | **48,949** | **22,292** |
| **Total Equity** | | | | | **24,885** | **24,063** | | **48,949** | **22,292** |
| Comcast Corp - IG offering (2H 03) (D031604) | 0 | 1,106 | | | | | | 1,106 | - |
| Pitney Bowes - IG Offering (Q2 2003) (D031561) | 25 | 729 | | | | | | 729 | 182 |
| **Total GM DCM JV** | | **1,835** | | | | | | **1,835** | **182** |
| **Total Legacy Portfolios / Cross Selling / Other** | | **1,835** | | | | | | **1,835** | **182** |
| **Total Corporate Finance Product** | | **2,862** | **74,611** | | **34,862** | **61,166** | **6,027** | **179,529** | **37,399** |

CONFIDENTIAL

DB 000687

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-06-11 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 50% | - | 4,612 | - | 2,552 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 6,465 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 16,408 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 8,529 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | 110 | 165 | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 294 | 294 | - | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | 0% | - | - | - | 1,361 | - |
| | Spanish Broadcasting - financing options (2003) (D031597) | Acquisition Advisory | N/A | 1,014 | 1,014 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| Austin, Geoffrey | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Acquisition Advisory | 0% | - | - | - | 7,000 | - |
| | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Senior Bank Debt | 0% | - | - | - | 50,000 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | 1,014 | 1,014 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Carey, Charles | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,296 | - |
| | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,105 | - |
| | Carlyle/Walsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | N/A | - | - | - | 2,552 | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 50% | - | (130) | - | 3,403 | 27 |
| | Emmis Communications - strategic options (D026116) | Other M&A Advisory | 0% | - | - | - | 55 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | 50% | - | - | - | - | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | - | - | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | (58) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 7,487 | - | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | 294 | 5,011 | - | - | - |
| | | | | | 294 | | | |
| Chang, Liz | Acme Communications - general advisory (D006350) | Divestiture Advisory | N/A | - | 923 | - | - | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | 1,138 | - | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Crown Media - HY - Q2 03 (D031553) | Bonds-Corporate High Yield | 25% | - | - | - | 1,063 | - |
| | Gray TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | - | - | - | 1,276 | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Equity-Secondary | N/A | - | 70 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | 693 | 693 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Convertible Bonds | N/A | 1,113 | 1,113 | - | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | (213) | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 25% | - | - | - | 1,063 | - |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | - | - | - | 22,333 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | - | 851 | - |
| Dunn, David R. | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 8,296 | - |
| | Carlyle/Walsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,105 | - |
| | Carlyle/Walsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - | - |
| Elbl, Tobias | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | - | 15,000 | - |
| | Deutsche Telekom - sale of DeTeMedien (Pyramid) / Pyramid (D026059) | Divestiture Advisory | 0% | - | - | - | 5,000 | - |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | Divestiture Advisory | N/A | - | 1,500 | - | - | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |

CONFIDENTIAL

DB 000688

# FRANCHISE - REVENUE & PIPELINE BY MD & DIR
## 2003-06-11 (Wed)
## EUROS IN 000'S
## Global Media

| BANKER | DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | 1,014 | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Faulstich, Blair | Citadel Broadcasting - IPO (D023086) | Equity-IPO | 50% | | | | 2,552 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | | 4,612 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | | 6,465 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,388 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 16,408 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Emmis Communications - strategic options (D026116) | Other M&A Advisory | 0% | | | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 110 | 165 | | 3,403 | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | 294 | 294 | | | |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | | | | 1,361 | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D026686) | Fairness Opinion | N/A | | 602 | | | |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | 1,138 | | | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Crown Media - HY - Q2 03 (D031553) | Senior Bank Debt | 25% | | | | 1,063 | |
| | Gray TV - Bank Debt Q2 03 (D031915) | Bonds-Corporate High Yield | 25% | | | | 1,276 | |
| | Gray Television - HY offering (4Q 02) (D025884) | Equity-Secondary | N/A | | 33 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Bonds-Corporate High Yield | N/A | | 70 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Equity-Secondary | N/A | | (213) | | 1,063 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | 25% | | 435 | | | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | | 851 | | | 6,000 |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | Divestiture Advisory | 0% | | | | | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 12,762 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025665) | Acquisition Advisory | 0% | | | | 3,823 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023812) | Defense Advisory | 25% | | | | 5,000 | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | | | 8,000 | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | | 74 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | 1,014 | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| MacInnes, Bruce | Carlyle/Providence/TH Lee - advfin for Seat Pagine - Sole / Sole (D031074) | Acquisition Advisory | 0% | | | | 7,000 | |
| | Carlyle/Providence/TH Lee - advfin for Seat Pagine - Sole / Sole (D031074) | Senior Bank Debt | 0% | | | | 50,000 | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 12,762 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023812) | Defense Advisory | 25% | | | | 5,000 | |
| | StoryFirst - valuation of Russian assets (D025050) | Valuation | N/A | | | | | |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | 75% | 362 | 362 | | 4,084 | |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | N/A | 353 | 353 | | | |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Equity-Rights | N/A | | | | | |
| Maurus, Zach | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | | 45 | | | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 12,762 | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity- Exchangeable Debt | N/A | 98 | 20,800 | | | |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | N/A | | | 2,462 | 22,333 | |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | | | | | |
| Paul, Gregory R | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | 923 | | | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 232 | | | |

CONFIDENTIAL

DB 000689

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-06-11 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | 693 | 693 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | 1,113 | 1,113 | - | - | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | - | 851 | 6,000 |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | - |
| | NTL - back stop facility - bank debt (D014642) | Senior Bank Debt | N/A | - | 3,826 | - | 4,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | 99 | - | - | - | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydre (D023323) | Equity-Exchangeable Debt | N/A | - | 20,800 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | - | 118 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Secondary | N/A | - | 190 | - | - | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,254 | - |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 45 | - | - | - |
| Yung, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | 1,055 | 1,055 | - | - | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | 1,106 | - |
| | Comcast Corp - IG offering (2H 03) (D031604) | Bonds-Corp. Investment Grade | 0% | - | - | - | 3,828 | - |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 25% | - | - | - | 729 | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | 25% | - | - | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | N/A | - | 740 | - | - | - |
| | Scientific-Atlantic - Acq of Netgear (D031555) | Acquisition Advisory | 0% | - | - | - | 2,552 | - |

CONFIDENTIAL

DB 000690

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 11-JUN-2003
EUROS IN 000'S
MARKET: (1)

| PRODUCT | May Franchise Revenue | YTD (May) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | Jun Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,014 | 4,361 | 19,857 | (15,496) | -78% | - | 28,799 | 5,211 | 9,572 | 23,370 | (13,798) | -59% | 20,000 | (10,428) |
| Other Advisory | - | - | - | - | - | - | 55 | 27 | 27 | - | 27 | - | - | 27 |
| Total Advisory | 1,014 | 4,361 | 19,857 | (15,496) | -78% | - | 26,854 | 5,238 | 9,600 | 23,370 | (13,770) | -59% | 20,000 | (10,400) |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 603 | 31,666 | 11,120 | 20,546 | 165% | - | 9,571 | 2,255 | 33,931 | 18,730 | 15,201 | 81% | 25,600 | 8,331 |
| Loan Syndications | - | 20,860 | 7,866 | 12,894 | 165% | - | 6,381 | 1,595 | 22,458 | 13,832 | 8,624 | 62% | 12,000 | 10,458 |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 603 | 52,526 | 18,986 | 33,540 | 177% | - | 15,952 | 3,850 | 56,387 | 32,562 | 23,825 | 73% | 40,000 | 16,387 |
| Equity Underwriting | 1,505 | 22,219 | 24,480 | (2,262) | -9% | 2,462 | 25,949 | 18,292 | 42,873 | 30,454 | 12,619 | 41% | 25,000 | 17,973 |
| Private Placement-Equity | - | (5) | 908 | (913) | -101% | - | - | - | (5) | 908 | (913) | -101% | - | (5) |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 1,505 | 22,213 | 25,388 | (3,175) | -13% | 2,462 | 25,949 | 18,292 | 42,967 | 31,362 | 11,605 | 37% | 25,000 | 17,967 |
| Capital Benefit / Treasury Allocation | (49) | (412) | (590) | 178 | -30% | - | - | - | (412) | - | (412) | - | - | (412) |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 1,055 | 2,194 | 1,268 | 925 | 73% | - | 1,835 | 182 | 2,376 | - | 2,856 | - | - | 2,376 |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | (1,199) | (480) | -100% | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 1,006 | 1,782 | 679 | 1,103 | 163% | - | 1,835 | 182 | 1,964 | 1,657 | 307 | 19% | 20,000 | (18,036) |
| Total Corporate Finance Product | 4,328 | 80,883 | 64,910 | 15,973 | 25% | 2,462 | 70,590 | 27,573 | 110,318 | 88,952 | 21,366 | 25% | 105,000 | 5,918 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000691

**FRANCHISE - REVENUE BY DEAL**
**AS OF 11 JUN 2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue May | Franchise Revenue YTD(May) | Franchise Revenue Jun | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 1,014 | 1,014 | - | EUR MEDIA, EUR SPON, NA CON, NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | None |
| **Total M&A** | | **1,014** | **4,361** | - | |
| | | | | | |
| **Total Advisory** | | **1,014** | **4,361** | - | |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | 1,136 | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,406 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 693 | 693 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 110 | 165 | - | None |
| **Total HYCM** | | **803** | **31,666** | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 6,465 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **803** | **20,860** | - | |
| | | | | | |
| **Total Debt Products** | | **803** | **52,526** | - | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | - | - | 2,462 | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 1,113 | 1,113 | - | NA FIN SPO |
| | MediaNation - Sponsoring Agreement (D027084) | - | (56) | - | ASIA SPON, CHINA |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031855) | 294 | 294 | - | None |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | 99 | 20,800 | - | FRANCE |
| **Total Equity Underwriting** | | **1,505** | **22,219** | **2,462** | |
| | iVillage mtm (M1575) | - | (5) | - | None |
| **Total Private Placement-Equity** | | - | **(5)** | - | |
| | | | | | |
| **Total Equity** | | **1,505** | **22,213** | **2,462** | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (62) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (49) | (263) | - | None |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - | None |
| | Viacom - Strategic Lending Contract (M5907) | - | (19) | - | None |
| **Total Cost Hedging / Goodwill Funding / Loan Shortfall** | | **(49)** | **(412)** | - | |

CONFIDENTIAL

DB 000692

FRANCHISE - REVENUE BY DEAL
AS OF 11 JUN 2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue May | Franchise Revenue YTD(May) | Franchise Revenue Jun | Other Coverage Groups |
|---|---|---|---|---|---|
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast - IG offering (2Q03) (D031603) | 1,055 | 1,055 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | Liberty Media - IG offering (2Q03) (D031643) | - | 45 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 740 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | - | 61 | - | None |
| Total GM DCM JV | | 1,055 | 2,194 | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 1,006 | 1,782 | - | |
| Total Corporate Finance Product | | 4,328 | 80,883 | 2,462 | |

CONFIDENTIAL

DB 000693