**FRANCHISE - PIPELINE BY DEAL**
**EUROS IN 2003**
**GLOBAL MEDIA**

| PRODUCT | DEAL | PROBABILITY | Jul | Aug | Sep | Oct | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Arturo Moreno - advisory for Anaheim Angels (DO52970) | 100 | 882 | | | | | | 882 | 882 |
| | Axel Springer - advice on Regional Newspaper consolidation / Desert F (DO31739) | 0 | | | | | | 2,000 | 2,000 | 375 |
| | Axel Springer - Divestiture adv of Rotogravure printing - Ink / Ink (DO31048) | 25 | | | | | 1,500 | | 1,500 | 500 |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (DO15359) | 50 | 1,000 | | | | | | 1,000 | 1,103 |
| | BusinessWire - general advisory (DO05665) | 25 | | | | | 4,411 | | 4,411 | - |
| | Carlin America et al - acq of Warner-Chappell Music (DO32581) | 0 | | | | | 4,411 | | 4,411 | - |
| | Deutsche Telekom - sale advisory of Def'fellection (Pyramid) / Pyramid (DO26059) | 0 | | | | | 5,000 | | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (DO11445) | 0 | | | | | | 6,000 | 6,000 | - |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (DO31684) | 25 | | | | | 3,970 | | 3,970 | 993 |
| | Emmis Communications - strategic options (DO26116) | 0 | | | | | 3,570 | | 3,970 | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (DO22235) | 25 | | | | | 3,000 | | 3,000 | 750 |
| | Johnston Press - Project Trotter (DO31560) | 25 | | | | | 7,184 | | 7,184 | 1,796 |
| | M Davis & Sponsors - EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (DO26911) | 25 | | | | | 13,233 | | 13,233 | 3,308 |
| | MyFamily.com - general advisory (2003) (DO32211) | 0 | | | | | | 3,529 | 3,529 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (DO25865) | 0 | | | | | 3,970 | | 3,970 | - |
| | Taylor & Francis - prt acqn of Blackwell STM publishing subs (DO12872) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (DO30093) | 75 | 5,747 | | | | 3,970 | 3,529 | 6,747 | 4,310 |
| **Total M&A** | | | 5,747 | | | | 50,679 | 16,058 | 73,367 | 15,017 |
| **Total Advisory** | | | 7,629 | | | | 50,679 | 16,058 | 73,367 | 15,017 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25692) | 25 | | | 6,528 | | | | 6,528 | 1,632 |
| | Crown Media - HY - Q2 03 (DO31553) | 25 | | | 1,103 | | | | 1,103 | 276 |
| | Spanish Broadcasting - financing options (2003) (DO31597) | 25 | | | 1,412 | | | | 1,412 | 353 |
| | Young Broadcasting - $250mm refinancing Q3 03 (DO31269) | 50 | | 2,294 | | | | | 2,294 | 1,147 |
| **Total HYCM** | | | | 2,294 | 9,043 | | | | 11,337 | 3,408 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25692) | 25 | 5,293 | | | | | | 5,293 | 1,323 |
| | Gray TV - Bank Debt Q2 03 (DO31915) | 25 | 1,323 | | | | | | 1,323 | 331 |
| **Total Loan Syndications** | | | 6,617 | | | | | | 6,617 | 1,654 |
| **Total Debt Products** | | | 6,617 | 2,294 | 9,043 | | | | 17,953 | 5,082 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (DO22480) | 0 | | | | | 15,000 | | 15,000 | - |
| | Citadel Broadcasting - IPO (DO32006) | 50 | | | 2,647 | | | | 2,647 | 1,323 |
| | Salem Communications - secondary offering (3Q 02) (DO24428) | 25 | | | | | 1,103 | | 1,103 | 276 |
| | SES Global - Eur 700m - Eur 1bn IPO - Project Gerard2 / Gerard2 (DO13535) | 50 | | | | | 8,000 | | 8,000 | 4,000 |
| | Time Warner Entertainment - IPO (DO26173) | 75 | | | 23,158 | | | | 23,158 | 17,369 |
| **Total Equity Underwriting** | | | | | 25,805 | | 24,103 | | 49,908 | 22,968 |
| **Total Equity** | | | | | 25,805 | | 24,103 | | 49,908 | 22,968 |
| | Pitney Bowes - Investment grade offering (2Q03) (DO32397) | 50 | 750 | | | | | | 750 | 375 |
| | Publicis - DCM - project King 2 / King 2 (DO24277) | 25 | | 25,000 | | | | | 25,000 | 6,250 |
| **Total GM DCM JV** | | | 750 | 25,000 | | | | | 25,750 | 6,625 |
| **Total Legacy Portfolios / Cross Selling / Other** | | | 750 | | | | | | 25,750 | 6,625 |
| **Total Corporate Finance Product** | | | 14,996 | 27,294 | 34,848 | | 74,782 | 15,058 | 164,978 | 49,872 |

CONFIDENTIAL

DB 000708

**FRANCHISE, REVENUES & PIPELINE BY MD & DIR**
EUROPE NEWS
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| **Arrigi, Jeffrey** | Citadel Broadcasting - IPO (D035308) | Equity-IPO | 90% | (234) | 4,378 | | 2,547 | |
| | DirecTV - bank/HY financing (1Q 03) (D035500) | Bonds-Corporate High Yield | N/A | | 6,465 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D035500) | Senior Bank Debt | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014631) | Acquisition Advisory | N/A | (182) | 18,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014631) | Bonds-Corporate High Yield | N/A | | 8,829 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014631) | Senior Bank Debt | N/A | (146) | (146) | | | |
| | HughesNet/EchoStar - Project Pelican/interim financing (3Q2 / Pelican 1 (D015569) | Bonds-Corporate High Yield | N/A | | 195 | | | |
| | Sinclair Broadcast Group - HY (D026813) | Bonds-Corporate High Yield | N/A | | 294 | | | |
| | Sinclair Broadcast Group - conv offering (2Q 03) (D031655) | Equity-Convertible Bonds | 25% | | | | 1,412 | 3,529 |
| | Spanish Broadcasting - financing options (2003) (D031567) | Bonds-Corporate High Yield | N/A | | 1,014 | | | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 4,630 | | | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025089) | Senior Bank Debt | N/A | | 324 | | | |
| **Austin, Geoffrey** | Johnston Press - Project Trotter (D031580) | Acquisition Advisory | 25% | | 1,014 | | 7,184 | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 4,630 | | | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 324 | | | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| **Carey, Charles** | Arroro Moreno - advisory for Anaheim Angels (D030070) | Acquisition Advisory | 100% | | | | 882 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase III / Phase 2 (D026662) | Bonds-Corporate High Yield | 25% | (132) | (132) | | 6,528 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase III / Phase 2 (D026662) | Senior Bank Debt | 25% | | | | 5,293 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023050) | Bonds-Corporate High Yield | 50% | | | | 2,547 | |
| | Cinclid Broadcasting - IPO (D032046) | Equity-IPO | 0% | | | | | |
| | Emmis Communications - strategic options (D026118) | Other M&A Advisory | N/A | | | | | |
| | Macklatton - Sponsoring Agreement (D007304) | Equity-IPO | N/A | | (58) | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | Bonds-Corporate High Yield | N/A | | 7,497 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | Senior Bank Debt | N/A | | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 264 | | | |
| **Chang, Liz** | Acme Communications - general advisory (D005590) | Divestiture Advisory | N/A | | 923 | | | |
| | Atholton Communications - General Advisory (News Crp II) (D029088) | Fairness Opinion | N/A | (1,199) | 862 | | | |
| | Atholton Communications - HY (4Q 03) (D029088) | Bonds-Corporate High Yield | N/A | | 611 | | | |
| | Atholton Communications - HY offering (1Q 03) (D030214) | Bonds-Corporate High Yield | 25% | | 1,472 | | 1,103 | |
| | Crown Media - HY - Q2 03 (D031653) | Bonds-Corporate High Yield | 25% | | | | 1,323 | |
| | Grey TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | | 33 | | | |
| | Grey Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | | 70 | | | |
| | Grey Television - bank/equity financing (4Q 02) (D022657) | Bonds-Corporate High Yield | N/A | 131 | 131 | | | |
| | Lin TV - bank financing (1Q 03) (D030519) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | 693 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | | 1,113 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 25% | | (213) | | 1,103 | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Follow On | 75% | | | | 23,118 | |
| | Tribune Co - general advisory (radio assets) (D022334) | Divestiture Advisory | 75% | | | | | |
| | Time Warner Entertainment - IPO (D028173) | Equity-IPO | 25% | | 433 | | 2,294 | |
| | Young Broadcasting - $250mm refinancing (2Q 03) (D031399) | Bonds-Convertible Bonds | 50% | | | | | |
| **Dunn, David R** | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase II / Phase 2 (D026662) | Bonds-Corporate High Yield | 25% | | (130) | | 6,528 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase III / Phase 2 (D026662) | Senior Bank Debt | 25% | | | | 5,293 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023500) | Bonds-Corporate High Yield | 25% | | 7,497 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | Bonds-Corporate High Yield | N/A | | 7,497 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | Senior Bank Debt | N/A | | 5,011 | | | |
| **Ebil, Tobias** | Axel Springer - advise on Regional Newspaper consolidation / Dessert F (D031759) | Acquisition Advisory | 0% | | | | 1,500 | |
| | Axel Springer - Divestiture ace of Kirchgruppe / Kirch (D031040) | Merger Advisory | 25% | | | | 15,000 | |
| | Axel Springer/Kirch - Secondary offering / Project Annabelle / Annabel (D022490) | Equity-Follow On | 0% | | | | 5,000 | |
| | Deutsche Telekom - sale advisory of DeTeMedien (D026059) | Divestiture Advisory | 0% | | | | | |
| | Holtzbrinck - divestiture advisory - Project Samba (D026103) | Divestiture Advisory | 0% | | | | 3,000 | |
| | JCDecaux - acquisition advisory - Project Senecia (D022335) | Acquisition Advisory | 25% | | 1,500 | | | |
| | ProSiebenn - strategic divestiture advisory - Project Phoenix / Phoenix (D029912) | Divestiture Advisory | N/A | 800 | 800 | | | 2,000 |
| | Publicis - OOH - project King 2 / King 2 (D024277) | Acquisition Advisory | 25% | | | | 25,000 | |
| | TH LeeBain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 1,014 | | | |

CONFIDENTIAL

DB 000709

**FRANCHISE - REVENUES & PIPELINES BY MD & DIR**
**2003-07-03 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Faustich, Blair | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (DC25095) | Bonds-Corporate High Yield | 50% | | | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (DC25096) | Senior Bank Debt | N/A | | | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Clear Broadcasting - IPO (D030066) | Equity-IPO | 50% | | | | 2,647 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | (234) | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | | 6,465 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,399 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | (182) | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Echostar - acqn advisory - strategic options (D028116) | Other M&A Advisory | 0% | | | | | 3,529 |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015559) | Bonds-Corporate High Yield | N/A | (146) | (146) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D028013) | Bonds-Corporate High Yield | 0% | | 165 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 204 | | | |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 25% | | | | 1,412 | |
| Groves, Daniel B. | Alltrion Communications - General Advisory (Nove Ch II) (D026866) | Farmers Opinion | N/A | (1,199) | 602 | | | |
| | Alltrion Communications - HY offering (4Q 00) (D002891) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Alltrion Communications - HY Offering (1Q03) (D009214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Crown Media - HY - 02 03 (D031653) | Bonds-Corporate High Yield | 25% | | | | 1,103 | |
| | Gray TV - Bank debt 02 03 (D031516) | Senior Bank Debt | 25% | | | | 1,323 | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - bank/equity financing (4Q 03) (D022557) | Equity-Follow On | 25% | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 03) (D029597) | Senior Bank Debt | 25% | 131 | 131 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | 0% | | (213) | | | |
| | Salem Communications - secondary offering (2Q 02) (D024428) | Equity-Follow On | N/A | | | | 1,103 | |
| | Tribune Co - general advisory (radio assets) (D002424) | Divestiture Advisory | N/A | | 433 | | | |
| Livengoove, Stephen | Axel Springer/Kim - Secondary Offering - Project Annabella / Annabel (D022446) | Equity-Follow On | 0% | | | | 15,000 | |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | | 851 | | | |
| | Credit America et al - acqn of NDS rights (Phoenix / Phoenix) (D023912) | Acquisition Advisory | 0% | | | | | 6,000 |
| | Deutsche Telecom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 25% | | | | 4,411 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | 25% | | | | 3,020 | |
| | Johnston Press - Project Trotter / Trotter (D031680) | Acquisition Advisory | 25% | | | | 7,184 | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 13,233 | |
| | Pearson plc - strategic advisory re interactive Data Corp (D025895) | Acquisition Advisory | 0% | | | | 3,070 | |
| | Pearson - Eur 700mm - Eur fin (PO - Project Gerard) / Phoenix (D023912) | Equity-IPO | 50% | 800 | 800 | | | |
| | SES Global - Eur 700mm - Eur fin (PO - Project Gerard) / Gerard (D018838) | Acquisition Advisory | N/A | | 74 | | | |
| | SES Global - Eur 700mm - Eur fin (PO - Project Gerard) / Gerard 2 (D013530) | Acquisition Advisory | N/A | | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Bonds-Corporate High Yield | N/A | | 4,630 | | 6,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Machines, Bruce | M Davis & Sponsors - EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 7,184 | |
| | Pantellos - strategic divestiture advisory (Phoenix / Phoenix) (D023912) | Acquisition Advisory | 25% | | | | 13,233 | |
| | StoryFirst - valuation of Russian assets (D025060) | Divestiture Advisory | 0% | 800 | 800 | | | |
| | Taylor Nelson Sofres - acqn of NFO (investor) / Nectar (D030093) | Valuation | 75% | | | | 5,747 | |
| | Taylor Nelson Sofres - acqn of NFO (investor) / Nectar (D030093) | Acquisition Advisory | N/A | | 362 | | | |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Acquisition Advisory | N/A | | 353 | | | |
| | | Equity-Rights | N/A | | | | | |
| Maurisi, Zach | Liberty Media - IG offering (2Q03) (DO31643) | Bonds-Corp, Investment Grade | N/A | | 45 | | | |
| | M Davis & Sponsors - EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 13,233 | 3,529 |
| | MyFamily.com - general advisory (2003) (D032211) | Divestiture Advisory | 0% | | | | | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | | 20,600 | | | |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (2Q 2003) (D032657) | Equity-Convertible Bonds | N/A | 2,534 | 2,534 | | | |
| | Hughes/PanAmSat - Project PanAmSat/Interim financing 1Q02 / Pelican 1 (D015559) | Bonds-Corporate High Yield | N/A | (148) | (148) | | | |
| | Time Warner Entertainment - IPO (D026219) | Acquisition Advisory | 75% | | | | 23,158 | |
| Paul, Gregory R | Acme Communications - general advisory (DC00356) | Divestiture Advisory | N/A | | 923 | | | |
| | Kerbango / ... Telstra - M&A advisory (D000624) | M&A Advisory | N/A | 219 | 219 | | | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 232 | | | |

DB 000710

**FRANCHISE-REVENUE & PIPELINE BY M&A BANKER**
2003-07 YQ (W03)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | FRANCHISE 2003 PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Lin TV - convertible bond & HY offerings (2Q03) (DO31437) | Bonds-Corporate High Yield | N/A | - | 693 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (DO31437) | Equity-Convertible Bonds | N/A | - | 1,113 | - | - | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (DO31269) | Bonds-Corporate High Yield | 50% | - | - | - | 2,284 | - |
| Thurn-Hohenstein, Christian | Axel Springer - advise on Regional Newspaper consolidation / Desert F. (DO31739) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (DO11449) | Divestiture Advisory | 0% | - | - | - | - | 6,000 |
| | NTL - back stop facility - bank debt (DO14842) | Senior Bank Debt | N/A | - | 3,928 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (DO12672) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (DO23323) | Equity-Exchangeable Debt | N/A | - | 20,900 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (DO26823) | Equity-Convertible Bonds | N/A | - | 118 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (DO26823) | Equity-Follow On | N/A | - | 180 | - | - | - |
| Tripp, Dyan | BusinessWire - general advisory (DO00665) | Divestiture Advisory | 25% | - | - | - | 4,411 | - |
| | (Jerry Media) - IG offering (2Q03) (DO01643) | Bonds-Corp. Investment Grade | N/A | - | 46 | - | - | - |
| Yang, Sun J. | Comcast - IG offering (2Q03) (DO31603) | Bonds-Corp. Investment Grade | N/A | - | 1,055 | - | - | - |
| | Comcast Corp - IG offering (1Q 03) (DO26353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Eastman Kodak - Project Breno (2002) / Breno (formerly Photo Finish) (DO01684) | Acquisition Advisory | 25% | - | - | - | 3,970 | - |
| | IOS Capital LLC - $330mm 7 year notes Q2 03 (DO32251) | Bonds-Corp. Investment Grade | N/A | 520 | 829 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (DO31561) | Bonds-Corp. Investment Grade | N/A | 717 | 1,457 | - | - | - |
| | Pitney Bowes - Investment grade offering (2Q03) (DO02397) | Bonds-Corp. Investment Grade | 50% | - | - | - | 760 | - |
| | TiVo - Block Trade (2Q03) (DO03180) | Block Trade | N/A | 491 | 491 | - | - | - |

CONFIDENTIAL

DB 000711

FRANCHISE REVENUE & PIPELINE SUMMARY
... MEDIA ...

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | Jul Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 219 | 4,580 | 19,851 | (15,280) | -77% | - | 22,497 | 6,286 | 10,866 | 23,370 | (12,504) | -54% | 20,000 | (9,134) |
| Other Advisory | | | | | | | | | | | | | | |
| **Total Advisory** | 219 | 4,580 | 19,851 | (15,280) | -77% | - | 22,497 | 6,286 | 10,866 | 23,370 | (12,504) | -54% | 20,000 | (9,134) |
| ABL Origination | | | | | | | | | | | | | | |
| HYDM | (1,762) | 29,906 | 11,263 | 18,643 | 168% | - | 11,337 | 3,408 | 33,314 | 18,730 | 14,584 | 78% | 25,600 | 7,714 |
| Loan Syndications | 131 | 20,992 | 7,906 | 13,126 | 167% | - | 6,617 | 1,651 | 22,848 | 13,832 | 8,814 | 64% | 14,400 | 8,248 |
| Project Finance | | | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | | | |
| **Total Debt Products** | (1,629) | 60,898 | 19,129 | 31,769 | 166% | - | 17,953 | 5,062 | 56,159 | 32,542 | 23,397 | 72% | 40,000 | 16,559 |
| Equity Underwriting | 3,025 | 26,243 | 23,792 | 1,452 | 6% | - | 26,008 | 19,060 | 44,211 | 30,454 | 13,767 | 45% | 25,000 | 19,211 |
| Private Placement-Equity | 8 | 3 | 908 | (905) | -100% | - | - | - | 3 | 908 | (905) | -100% | - | 3 |
| Structured Equity Transactions Group | | | | | | | | | | | | | | |
| **Total Equity** | 3,033 | 26,246 | 24,699 | 547 | 1% | - | 26,008 | 18,966 | 44,214 | 31,362 | 12,862 | 41% | 25,000 | 19,214 |
| Capital Benefit / Treasury Allocation | | | | | | | | | | | | | | |
| Cost Hedging / Goodwill Funding / Loan Shortfall | (77) | (515) | (695) | 180 | -26% | - | | | (515) | | (515) | | - | (515) |
| Other Global Markets | | | | | | | | | | | | | | |
| GM DCM JV | 1,246 | 3,440 | 1,354 | 2,086 | 154% | - | 750 | 375 | 3,815 | 2,656 | 959 | 34% | - | 3,815 |
| Legacy PIF / Telecom / LA Portfolio - NIM | | | | | | | | | | | | | | |
| Principal Investing / PIF Exceptions / Other | | | | | | | | | | (1,199) | 1,199 | -100% | | |
| **Total Legacy Portfolios / Cross Selling / Other** | 1,169 | 2,925 | 659 | 2,266 | 344% | - | 750 | 375 | 3,300 | 1,657 | 1,643 | 99% | 20,000 | (16,700) |
| **Total Corporate Finance Product** | 2,792 | 93,649 | 64,348 | 19,201 | 30% | - | 68,106 | 30,690 | 114,240 | 88,462 | 25,388 | 29% | 105,000 | 9,340 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000712

FRANCHISE REVENUE BY DEAL
EURASIA MULTI...
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Kerasotes Theatre - M&A advisory (D026624) | 219 | 219 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | - | 1,014 | - | EUR MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| | Tribune Co- general advisory (radio assets) (D002234) | - | 433 | - | None |
| **Total M&A** | | **219** | **4,580** | **·** | |
| | | | | | |
| **Total Advisory** | | **219** | **4,580** | **·** | |
| | | | | | |
| | Allbritton Communications - HY (4Q 02) (D020408) | (1,199) | (61) | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fincg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | (234) | 4,378 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | (182) | 16,227 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025984) | - | 33 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | (146) | (146) | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 693 | - | NA FIN SPO |
| | RH Donnelley- acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 166 | - | None |
| **Total HYCM** | | **(1,760)** | **29,906** | **·** | |
| | | | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 6,465 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | 131 | 131 | - | NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | RH Donnelley- acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | - | 324 | - | EUR MEDIA, EUR SPON, EURLEV/FIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **131** | **20,992** | **·** | |
| | | | | | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | 2,534 | 2,534 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | - | 70 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 1,113 | - | NA FIN SPO |
| | MediaNation - Sponsoring Agreement (D027084) | - | (58) | - | ASIA SPON, CHINA |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | - | 294 | - | None |
| | TiVo - Block Trade (2Q03) (D026160) | 491 | 491 | - | None |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | - | 20,800 | - | FRANCE |
| **Total Equity Underwriting** | | **3,025** | **25,243** | **·** | |
| | | | | | |
| **Total Private Placement-Equity** | iVillage mtm (M1575) | 8 | 3 | · | None |
| | | 8 | 3 | · | |
| | | | | | |
| **Total Equity** | | **3,033** | **25,246** | **·** | |
| | | | | | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (93) | · | None |

CONFIDENTIAL

DB 000713

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 09-JUL-2003**
**IN THOUSANDS**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (51) | (314) | - | None |
| | Tribune - Strategic Lending Contract (M8230) | - | (68) | - | None |
| | Viacom - Strategic Lending Contract (M5987) | (10) | (39) | - | None |
| **Total Cost Hedging / Goodwill Funding / Loan Shortfall** | | (77) | (616) | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast - IG offering (2Q03) (D031603) | - | 1,055 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D033225) | 529 | 529 | - | None |
| | Liberty Media - IG offering (2003) (D031643) | - | 45 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | 717 | 1,457 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | - | 61 | - | None |
| **Total GM DCM JV** | | 1,246 | 3,440 | - | |
| **Total Legacy Portfolios / Cross Selling / Other** | | 1,169 | 2,926 | - | |
| **Total Corporate Finance Product** | | 2,792 | 83,649 | - | |

FRANCHISE - PIPELINE BY DEAL
AS OF 09-JUL-2003
[FIERIQ AMOUNTS]
IN MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jul | Aug | Sep | Oct | Balance Of Year 2003 | Future Years | | |
| | Arturo Moreno - advisory for Anaheim Angels (D036970) | 100 | 882 | - | - | - | - | - | 882 | 882 |
| | BusinessWire - general advisory (D036985) | 25 | - | - | - | - | 4,411 | - | 4,411 | 1,103 |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | 25 | - | - | - | - | 3,970 | - | 3,970 | 993 |
| | Ennis Communications - strategic options (DC26116) | 0 | - | - | - | - | - | 3,529 | 3,529 | - |
| | M. Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | 25 | - | - | - | - | 13,233 | - | 13,233 | 3,308 |
| | MyFamily.com - general advisory (2003) (D032211) | 0 | - | - | - | - | - | 3,529 | 3,529 | - |
| **Total M&A** | | | 882 | - | - | - | 21,614 | 7,058 | 29,554 | 6,286 |
| **Total Advisory** | | | 882 | - | - | - | 21,614 | 7,058 | 29,554 | 6,286 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase II) / Phase 2 (D025662) | 25 | - | - | 6,528 | - | - | - | 6,528 | 1,632 |
| | Crown Media - HY - Q2 03 (D031553) | 25 | - | - | 1,103 | - | - | - | 1,103 | 276 |
| | Spanish Broadcasting - financing options (2003) (D031597) | 25 | - | - | 1,412 | - | - | - | 1,412 | 353 |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | 50 | - | 2,294 | - | - | - | - | 2,294 | 1,147 |
| **Total HY/CM** | | | - | 2,294 | 9,043 | - | - | - | 11,337 | 3,408 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase II) / Phase 2 (D025667) | 25 | 5,293 | - | - | - | - | - | 5,293 | 1,323 |
| | Gray TV - Bank Debt Q2 03 (D031915) | 25 | 1,323 | - | - | - | - | - | 1,323 | 331 |
| **Total Loan Syndications** | | | 6,617 | - | - | - | - | - | 6,617 | 1,654 |
| **Total Debt Products** | | | 6,617 | 2,294 | 9,043 | - | - | - | 17,953 | 5,062 |
| | Citadel Broadcasting - IPO (D020066) | 50 | - | - | 2,647 | - | - | - | 2,847 | 1,323 |
| | Sirius Communications - secondary offering (3Q 02) (D024428) | 25 | - | - | - | - | 1,103 | - | 1,103 | 276 |
| | Time Warner Entertainment - IPO (D026173) | 75 | - | - | 23,158 | - | - | - | 23,158 | 17,369 |
| **Total Equity Underwriting** | | | - | - | 25,805 | - | 1,103 | - | 26,908 | 18,968 |
| **Total Equity** | | | - | - | 25,805 | - | 1,103 | - | 26,908 | 18,968 |
| | Pitney Bowes - investment grade offering (2003) (D032397) | 50 | 750 | - | - | - | - | - | 750 | 375 |
| **Total GM DCM JV** | | | 750 | - | - | - | - | - | 750 | 375 |
| **Total Legacy Portfolios / Cross Selling / Other** | | | 750 | - | - | - | - | - | 750 | 375 |
| **Total Corporate Finance Product** | | | 8,249 | 2,294 | 34,848 | - | 22,717 | 7,058 | 75,165 | 30,690 |

CONFIDENTIAL

DB 000715

**FRANCHISE - REVENUES & PIPELINE BY MD & DIR**

**EUROS IN 000'S**

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Arntzel, Jeffrey | Citadel Broadcasting - IPO (D020006) | Equity-IPO | 50% | | | | 2,647 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | (234) | 4,579 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | | 6,465 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | (182) | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing (1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | (146) | (146) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 155 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | 25% | | 294 | | | |
| | Spanish Broadcasting - financing options (2003) (D031591) | Bonds-Corporate High Yield | 25% | | | | 1,412 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025095) | Acquisition Advisory | N/A | | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025095) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025095) | Senior Bank Debt | N/A | | 524 | | | |
| Carey, Charles | Arlano Moreno - advisory for Anaheim Angels (D030970) | Acquisition Advisory | 100% | | | | 662 | |
| | Carlyle/Welsh - acq frog for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 9,528 | |
| | Carlyle/Welsh - acq frog for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 9,283 | |
| | Carlyle/Welsh - acq frog for Qwest Dex East (Phase 1) / Phase (D025903) | Bonds-Corporate High Yield | 28% | | (130) | | | |
| | Citadel Broadcasting - IPO (D020006) | Equity-IPO | 50% | | | | 2,647 | |
| | Ermis Communications - strategic options (D026116) | Other M&A Advisory | 0% | | | | | 3,529 |
| | Mediahalion - Sponsoring Agreement (D027084) | Equity-IPO | N/A | | (68) | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | 7,467 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 294 | | | |
| Chang, Liz | Acme Communications - general advisory (D030358) | Divestiture Advisory | N/A | | 923 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020868) | Fairness Opinion | N/A | (1,199) | 802 | | | |
| | Allbritton Communications - HY (4Q 02) (D020405) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | 25% | | 1,472 | | | |
| | Crown Media - HY - Q2 03 (D031953) | Bonds-Corporate High Yield | 25% | | | | 1,103 | |
| | Gray TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | | 33 | | 1,323 | |
| | Gray Television - HY offering (4Q 02) (D026894) | Bonds-Corporate High Yield | N/A | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A | | 131 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A | 131 | 232 | | | |
| | Un TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 883 | | | |
| | Un TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | | 1,113 | | | |
| | Un TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | (210) | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | | | | 1,103 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 25% | | | | 23,158 | |
| | Time Warner Entertainment - IPO (D029173) | Equity-IPO | 75% | | | | | |
| | Tribune Co - general advisory (radio assets) (D000234) | Divestiture Advisory | 50% | | 433 | | 2,264 | |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | | | | | |
| Dunn, David R | Carlyle/Welsh - acq frog for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 6,528 | |
| | Carlyle/Welsh - acq frog for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 5,283 | |
| | Carlyle/Welsh - acq frog for Qwest Dex East (Phase 1) / Phase (D025903) | Bonds-Corporate High Yield | 25% | | (130) | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | 7,467 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| Faulstich, Blair | Citadel Broadcasting - IPO (D020006) | Equity-IPO | 50% | | | | 2,647 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | (234) | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | | 6,465 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | (182) | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Emmis Communications - strategic options (D026116) | Other M&A Advisory | 0% | | | | | 3,529 |
| | Hughes/PanAmSat - Project Pelican/Interim financing (1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | (146) | (146) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 155 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 294 | | | |
| | Savnah Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 25% | | | | 1,412 | |
| Graves, Daniel R | Allbritton Communications - General Advisory (News Ch 8) (D020868) | Fairness Opinion | N/A | (1,199) | 602 | | | |
| | Allbritton Communications - HY (4Q 02) (D020405) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |

CONFIDENTIAL

DB 000716

FRANCHISE REVENUE & PIPELINE BY MD & DIR
M&A DCM
EUROS IN 000'S

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2043 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Maurus, Zach | Crown Media - HY - Q2 03 (0031553) | Bonds-Corporate High Yield | 25% | . | . | . | 1,103 | . |
| | Gray TV - Bank Debt Q2 03 (0031915) | Senior Bank Debt | 25% | . | . | . | 1,333 | . |
| | Gray Television - HY offering (4Q 02) (0026894) | Bonds-Corporate High Yield | N/A | . | . | . | . | . |
| | Gray Television - bank/equity financing (4Q 02) (0028857) | Equity-Follow On | N/A | . | 33 | . | . | . |
| | Gray Television - bank/equity financing (4Q 02) (0028857) | Senior Bank Debt | N/A | . | 70 | . | . | . |
| | Salem Communications - HY offering (4Q 02) (0027241) | Bonds-Corporate High Yield | N/A | 131 | 131 | . | . | . |
| | Salem Communications - secondary offering (3Q 02) (0024428) | Equity-Follow On | 25% | . | (213) | . | 1,103 | . |
| | Tribune Co - general advisory (radio assets) (0000234) | Divestiture Advisory | N/A | . | 433 | . | . | . |
| Maurus, Zach | Liberty Media - IG offering (2003) (0031643) | Bonds-Corp. Investment Grade | N/A | . | 45 | . | . | . |
| | M Davis & Sponsors-EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (0025911) | Acquisition Advisory | 25% | . | . | . | 13,233 | 3,529 |
| | MyFamily.com - general advisory (2003) (0032211) | Divestiture Advisory | 0% | . | . | . | . | . |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (0023020) | Equity- Exchangeable Debt | N/A | . | 20,800 | . | . | . |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (Q2 2003) (0033057) | Equity-Convertible Bonds | N/A | 2,534 | 2,534 | . | . | . |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (DC16599) | Bonds-Corporate High Yield | N/A | (146) | (146) | . | . | . |
| | Time Warner Entertainment - IPO (0024173) | Equity-IPO | 75% | . | . | . | 23,158 | . |
| Paul, Gregory R. | Acme Communications - general advisory (0009356) | Divestiture Advisory | N/A | . | 923 | . | . | . |
| | Keraseres Theatre - M&A advisory (0026694) | Other M&A Advisory | N/A | 219 | 219 | . | . | . |
| | Senior Bank Debt | N/A | . | 232 | . | . | . | |
| | Lin TV - bank financing (1Q 03) (0001138) | Senior Bank Debt | N/A | . | . | . | . | . |
| | Lin TV - convertible bond & HY offerings (2Q03) (0031437) | Bonds-Corporate High Yield | N/A | . | 693 | . | . | . |
| | Lin TV - convertible bond & HY offerings (2Q03) (0031437) | Equity-Convertible Bonds | N/A | . | . | . | . | . |
| | Young Broadcasting - $250mm refinancing Q3 03 (0031269) | Bonds-Corporate High Yield | 50% | . | 1,113 | . | 2,294 | . |
| Triffc, Dylan | BusinessWire - general advisory (0005885) | Divestiture Advisory | 25% | . | . | . | 4,411 | . |
| | Liberty Media - IG offering (2003) (0031643) | Bonds-Corp. Investment Grade | N/A | . | 45 | . | . | . |
| Young, Sun J. | Comcast - IG offering (2Q09) (0031603) | Bonds-Corp. Investment Grade | N/A | . | 1,055 | . | . | . |
| | Comcast Corp - IG offering (1Q 03) (0026853) | Bonds-Corp. Investment Grade | N/A | . | 207 | . | . | . |
| | Eastman Kodak - Project Bravo (2003) (formerly Photo Finish) (0031694) | Acquisition Advisory | 25% | . | . | . | 3,970 | . |
| | IOS Capital LLC - $850mm 7 year offering Q2 03 (0032251) | Bonds-Corp. Investment Grade | N/A | 529 | 529 | . | . | . |
| | Pitney Bowes - IG Offering (Q2 2003) (0031561) | Bonds-Corp. Investment Grade | N/A | 717 | 1,457 | . | . | . |
| | Pitney Bowes - investment grade offering (2Q03) (0032397) | Bonds-Corp. Investment Grade | 50% | . | . | . | 750 | . |
| | TiVo - Stock Trade (2003) (0029180) | Block Trade | N/A | 491 | 491 | . | . | . |

CONFIDENTIAL

DB 000717

**FRANCHISE REVENUE & PIPELINE SUMMARY**
**AS OF 06/30/2003**
*(illegible subtitle)*

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jul Franchise Revenue | Balance Of Current Year Thru '0251 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Other Advisory | 425 | 4,171 | 7,396 | (3,225) | - | 49,046 | 12,040 | 15,211 | 15,000 | 1,211 | 8,000 | - |
| **Total Advisory** | 425 | 4,171 | 7,396 | (3,226) | - | 49,046 | 12,040 | 15,211 | 15,000 | 1,211 | 8,000 | - |
| | | | | | | | | | | | | |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | 4,630 | - | 4,650 | - | - | - | 4,630 | 6,400 | (1,770) | - | - |
| Loan Syndications | - | 5,002 | 2,273 | 2,729 | - | - | - | 5,002 | 3,600 | 1,402 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Debt Products** | - | 9,632 | 2,273 | 7,359 | - | - | - | 9,632 | 10,000 | (368) | - | - |
| | | | | | | | | | | | | |
| Equity Underwriting | - | 736 | 5,281 | (4,526) | - | 23,000 | 4,000 | 4,736 | 40,000 | (35,264) | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Entity** | - | 736 | 5,281 | (4,526) | - | 23,000 | 4,000 | 4,736 | 40,000 | (35,264) | - | - |
| | | | | | | | | | | | | |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | - | - | - | - | - | 25,000 | 6,250 | 6,250 | - | 6,250 | - | - |
| Legacy PIF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Legacy Portfolio / Cross Selling / Other** | - | - | - | - | - | 25,000 | 6,250 | 6,260 | 10,000 | (3,750) | - | - |
| | | | | | | | | | | | | |
| **Total Corporate Finance Product** | 425 | 14,559 | 14,310 | (391) | - | 97,046 | 22,290 | 35,828 | 75,000 | (39,172) | 8,000 | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000718

**FRANCHISE REVENUE BY DEAL**
BLACKSTONE 09JUL2003
EUROPA MEDIA
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015259) | (375) | 494 | - | EUR RESTR, CORBROK |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | - | 1,500 | - | GERMANY |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 800 | 800 | - | GERMANY |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | - | 362 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,014 | - | BENELUX, CORBROK, EUR P PLMT, NA CON EUR SPON, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total M&A** | | 425 | 4,171 | - | |
| **Total Advisory** | | 425 | 4,171 | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| **Total HYCM** | | - | 4,630 | - | |
| | BSkyB - GBP600mn revolving credit facility for refinancing (D025788) | - | 851 | - | CORBROK |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - | EUR SPON |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total Loan Syndications** | | - | 5,002 | - | |
| **Total Debt Products** | | - | 9,632 | - | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | - | 353 | - | FRANCE |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 308 | - | None |
| **Total Equity Underwriting** | | - | 736 | - | |
| **Total Equity** | | - | 736 | - | |
| **Total Corporate Finance Product** | | 425 | 14,539 | - | |

CONFIDENTIAL

DB 000719

**FRANCHISE PIPELINE BY DEAL**
**AS OF 30 JUN 2003**
**EUROPE (EUR M)**

| PRODUCT | DEAL | PROBABILITY | Jul | Aug | Sep | Oct | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Franchise Value | | | | | |
| | Axel Springer - advise on Regional Newspaper consolidation / Desert F (DO31739) | 0 | | | | | | 2,000 | 2,000 | - |
| | Axel Springer - Divestiture adv of Rotogravure printing - Ink / Ink (DO31048) | 25 | | | | | 1,500 | | 1,500 | 375 |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms (DO15359) | 50 | 1,000 | | | | | | 1,000 | 500 |
| | Carlin America et al - acq of Warner Chappell Music (DO32591) | 0 | | | | | 4,411 | | 4,411 | - |
| | Deutsche Telekom - sale advisory of DeTeMedien (Pyramid) / Pyramid (DO26599) | 0 | | | | | 5,000 | | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (DO11448) | 0 | | | | | | 6,000 | 8,000 | - |
| | JCDecaux - acquisition advisory - Project Daedalux / Daedalus (DO22235) | 25 | | | | | 3,000 | | 3,000 | 750 |
| | Johnston Press - Project Trotter / Trotter (DO31580) | 25 | | | | | 7,184 | | 7,184 | 1,796 |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (DO25911) | 25 | | | | | 13,233 | | 13,233 | 3,308 |
| | Pearson plc - strategic advisory re Interactive Data Corp (DO25865) | 0 | | | | | 3,970 | | 3,970 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (DO12372) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (DO30063) | 75 | 5,747 | | | | | | 5,747 | 4,310 |
| **Total M&A** | | | 6,747 | | | | 42,298 | 8,000 | 57,046 | 12,040 |
| **Total Advisory** | | | 6,747 | | | | 42,298 | 8,000 | 57,046 | 12,040 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabella / Annabell (DO22480) | 0 | | | | | 15,000 | | 15,000 | - |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (DO13535) | 50 | | | | | 8,000 | | 8,000 | 4,000 |
| **Total Equity Underwriting** | | | | | | | 23,000 | | 23,000 | 4,000 |
| **Total Equity** | | | | | | | 23,000 | | 23,000 | 4,000 |
| | Publicis - DCM - project King 2 / King 2 (DO24477) | 25 | | 25,000 | | | | | 25,000 | 6,250 |
| **Total GM DCM JV** | | | | 25,000 | | | | | 25,000 | 6,250 |
| **Total Legacy Portfolios / Cross Selling / Other** | | | | 25,000 | | | | | 25,000 | 6,250 |
| **Total Corporate Finance Product** | | | 6,747 | 25,000 | | | 65,298 | 8,000 | 108,046 | 22,290 |

CONFIDENTIAL

DB 000720

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**

Europe Media

| BANKER | DEAL | PRODUCT | PROB | JUN FRANCHISE VALUE | YTD JUN FRANCHISE VALUE | JUL FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| **Austin, Geoffrey** | Johnston Press - Project Trotter / Trotter (D031550) | Acquisition Advisory | 25% | - | 1,014 | - | 7,184 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Acquisition Advisory | N/A | - | - | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D013872) | Acquisition Advisory | 25% | - | - | - | 4,000 | 2,000 |
| **Ebli, Tobias** | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031799) | Acquisition Advisory | 0% | - | - | - | - | - |
| | Axel Springer - Divestiture adv of Rotogravure printing - Inc / Inti (D031049) | Merger Advisory | 25% | - | - | - | 1,500 | - |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle x Annabel (D022480) | Equity-Follow On | 0% | - | - | - | 15,000 | - |
| | Deutsche Telekom - sale advisory of Der tele.den (Pyramid) x Pyramid (D026059) | Divestiture Advisory | 0% | - | - | - | 5,000 | - |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | Divestiture Advisory | N/A | - | - | - | - | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | 25% | - | 1,500 | - | 3,000 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | - | - | - | - | - |
| | Pubalco - DCM - project Mifflin 1 (D027211) | Bonds-Local Interest | N/A | 800 | 800 | - | 25,000 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Acquisition Advisory | N/A | - | 1,014 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D013872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| **Lovegrove, Stephen** | Axel Springer/Kirch - Secondary Offering - Project Annabelle x Annabel (D022480) | Equity-Follow On | 0% | - | - | - | 15,000 | - |
| | BSkyB - GBP620mm revolving credit facility for refinancing (D022799) | Senior Bank Debt | N/A | - | 851 | - | - | - |
| | Carlin America et al - acq of Warner Chappell Music (D032381) | Acquisition Advisory | 0% | - | - | - | 4,411 | 6,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | Acquisition Advisory | 25% | - | - | - | 3,000 | - |
| | Johnston Press - Project Trotter / Trotter (D031550) | Acquisition Advisory | 25% | - | - | - | 7,184 | - |
| | M Davis & Sponsors - EXCLUSIVITY for VUE (Project Vivesti / Vivesti (D032911) | Acquisition Advisory | 25% | - | - | - | 13,233 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | - | 3,070 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 0% | - | - | - | - | - |
| | SES Global - Eur 700m - Euro 1bn IPO - Project Generic2 / Generic2 (D018356) | Equity-IPO | 50% | 800 | 800 | - | 6,000 | - |
| | SES Global - Eur 700m - Euro 1bn IPO - Project Generic2 / Generic2 (D013535) | Equity-IPO | N/A | - | 74 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Acquisition Advisory | N/A | - | 1,014 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025068) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D013872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| **Maurmas, Bruce** | Johnston Press - Project Trotter / Trotter (D031550) | Acquisition Advisory | 25% | - | - | - | 7,184 | - |
| | M Davis & Sponsors - EXCLUSIVITY for VUE (Project Vivesti / Vivesti (D032911) | Acquisition Advisory | 25% | - | - | - | 13,233 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | 800 | 800 | - | - | - |
| | StoryFirst - valuation of Russian assets (D026950) | Valuation | N/A | - | - | - | - | - |
| | Taylor Nelson Sofres - acqn of NFO / Nectar (D030083) | Acquisition Advisory | 75% | - | - | - | 5,747 | - |
| | Taylor Nelson Sofres - acqn of NFO / Nectar (D030083) | Acquisition Advisory | N/A | - | 352 | - | - | - |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Equity-Rights | N/A | - | 353 | - | - | - |
| **Thun-Hohenstein, Christian** | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031799) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | 3,825 | - | - | 6,000 |
| | NTL - term loan facility - bank debt (D014542) | Senior Bank Debt | 25% | - | - | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D013872) | Acquisition Advisory | N/A | - | - | - | 4,000 | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D033322) | Equity-Exchangeable Debt | N/A | - | 20,800 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D006853) | Equity-Convertible Bonds | N/A | - | 118 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D008523) | Equity-Follow On | N/A | - | 190 | - | - | - |

CONFIDENTIAL

DB 000721