NA Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Sep 03 to Sep 10)

| Deal | Product | Probability | Region | Actual | | Pipeline | | | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Aug | Sep | Sep | Oct | Nov | Dec | |
| Time Warner Entertainment - IPO (D026173) | Equity-IPO | 0.00 | Americas | 0 | 0 | 0 | 0 | 0 | -862 | Pipeline adjusted |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25.00 | Americas | 0 | 0 | -187 | 0 | 0 | 0 | Pipeline adjusted |
| Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | -4182 | Probability changed |
| Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 0.00 | Americas | 0 | 0 | 0 | 0 | 0 | 4014 | Probability changed |
| Keresotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | 100.00 | Americas | 229 | 0 | 0 | 0 | 0 | 0 | Fees booked |

## NA Media
### 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | 88,952 |
| 2003 YTD | - | 95,954 | - | - | 95,954 |
| 2003 Plan | - | 105,000 | - | - | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 4,579 | - | 4,579 | 57,931 | 29,002 | 3,038 | 1,404 | 95,954 |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

\* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
\*\* Other includes Other Global Markets and Loan Shortfall

CONFIDENTIAL

DB 000744

NA Media
Client Revenue by Product
August 2003 MTD
Euros ('000'S)

| Client | Bonds-Corp. Investment Grade | Bonds-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-IPO | Equity-Convertible Bonds | Private Placement-Equity | Corporate Finance Revenue | Derivatives per GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| Carlyle Group (The) | - | 5,363 | - | - | - | - | - | 5,363 | | 5,363 |
| Forstmann Little & Co | - | - | 1,375 | - | 1,879 | - | - | 1,879 | | 1,879 |
| General Motors Corporation | - | - | - | 336 | - | - | - | 1,375 | | 1,375 |
| Digital River Inc | - | - | - | - | - | - | - | 336 | | 336 |
| Kerasotes Theatres Inc | - | - | 229 | - | - | - | - | 229 | | 229 |
| MediaNation Inc | - | - | - | - | 59 | - | - | 59 | | 59 |
| Hicks Muse Tate & Furst Inc | - | - | - | - | - | 39 | - | 39 | | 39 |
| Viacom Inc | 27 | - | - | - | - | - | 2 | 27 | | 27 |
| iVillage Inc | - | - | - | - | - | - | - | 2 | | 2 |
| Sinclair Broadcast Group Inc | - | - | - | - | - | (7) | - | (7) | | (7) |
| | | | | | | | | 9,301 | | 9,301 |

NA Media
Client Revenue by Product
August 2003 YTD
Euros ('000FS)

| Client | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Other M&A Advisory | Strategic Lending Contracts | Derivative-Interest Rate | Bonds-Corp. Investment Grade | Private Placement-Debt | Bonds-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-Follow On | Equity-IPO | Equity-Exchangeable Debt | Equity-Convertible Bonds | Private Placement-Equity | Corporate Finance Revenue | Derivative-net GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,189 | | | | | | | | | | | | | | | | 26,445 | | 26,445 |
| Vivendi Universal SA | | | | | | | | | 16,377 | 8,829 | | | | 20,800 | | | 20,800 | | 20,800 |
| RH Donnelley Corp | | | | | | | | | 7,487 | 5,011 | | | | | | | 12,497 | | 12,497 |
| General Motors Corporation | | | | | | | | | 4,332 | 7,840 | | | | | | | 12,073 | | 12,073 |
| Carlyle Group (The) | | | | | | | | | 5,333 | | | | | | | | 5,333 | | 5,333 |
| Forstmann Little & Co | | | | | | | | | | | | | 3,010 | | | | 3,010 | | 3,010 |
| Getty Images Inc | | | | | | | | | | | | | | | 2,534 | | 2,534 | | 2,534 |
| Hicks Muse Tate & Furst Inc | | | | | | | | | 693 | 232 | | | | | 1,152 | | 2,077 | | 2,077 |
| Albertson Communications Co | | | | | | | | | 1,411 | | | | | | | | 2,013 | | 2,013 |
| JCDecaux Holding SA | 1,013 | | | | | | | | | | | | | | | | 1,991 | | 1,991 |
| Thomas H. Lee Partners | | | 607 | | | | | | | | | | | | | | 1,337 | | 1,337 |
| Pitney Bowes Inc | | | | | | 940 | | 1,051 | | | | | | | | | 1,214 | | 1,214 |
| Comcast Corporation | | | | | | | 1,214 | | | | | | | | | | 1,086 | | 1,086 |
| ACME Communications Inc | | 923 | | | | | 1,086 | | | 324 | | | | | | | 923 | | 923 |
| Digital River Inc | | | | | | | | | | | 643 | | | | | | 643 | | 643 |
| TiVo Inc | | | | | | | | | | | 491 | | | | | | 491 | | 491 |
| Sinclair Broadcast Group Inc | | | | 319 | | | | | | | | 70 | | | | | 432 | | 432 |
| Kerasotes Theatres Inc | | 455 | | | | | | | | 229 | | | | | 267 | | 448 | | 448 |
| IKON Office Solutions Inc | | | | | (68) | | 441 | | | | | | | | | | 441 | | 441 |
| Tribune Company | | | | | | | 86 | | 165 | 131 | | | | | | | 365 | | 365 |
| Cox Television Inc | | | | | | | | | 30 | 66 | | | | | | | 234 | | 234 |
| Clear Channel Communications Inc | | | | | | | 51 | | | | | | | | | | 86 | | 86 |
| Inginus Communications Corp | | | | | | | 57 | | | | | | | | | | 66 | | 66 |
| Scholastic Corp | | | | | | | | | | | | | | | | | 51 | | 51 |
| Liberty Media Corporation | | | | | | | | | | | | | | | | | 57 | | 57 |
| Village Inc | | | | | | | | | | | | | | | | 15 | 15 | | 15 |
| MediaVision Inc | | | | | (104) | | | | | | | | 0 | | | | 0 | | 0 |
| AOL Time Warner Inc | | | | | | | | | | | | | | | | | (104) | | (104) |
| Sirius Communications Corp | | | | | (415) | | 133 | | (113) | | | | | | | | (213) | | (213) |
| Viacom Inc | | | | | | | | | | | | | | | | | (293) | | (293) |
| | | | | | | | | | | | | | | | | | 95,954 | | 95,954 |

CONFIDENTIAL

DB 000746

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10-SEP-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | 12,422 | 28,669 | (16,247) | | 34,121 | 10,567 | 22,989 | 35,000 | (12,011) | 52,121 | 2,165 |
| Other Advisory | | | | | | | | | | | | |
| Total Advisory | | 12,422 | 28,669 | (16,247) | | 34,121 | 10,567 | 22,989 | 35,000 | (12,011) | 52,121 | 2,165 |
| Capital Benefit / Treasury Allocation | | (587) | (861) | 274 | | | | (587) | | (587) | | |
| Cost Hedging / Goodwill Funding / Loan Shortfall | | 940 | | 940 | | | | 940 | | 940 | | |
| Other Global Markets | | 3,038 | 2,012 | 1,027 | | 758 | 379 | 3,417 | | 3,417 | | |
| GM DCM JV | 27 | 1,051 | (1) | 1,051 | | | | 1,051 | | 1,051 | | |
| Other | | | | | | | | | | | | |
| Total Cross Selling / Other | 27 | 4,442 | 1,150 | 3,292 | | 758 | 379 | 4,821 | 30,000 | (26,179) | | |
| ABL Origination | | | | | | | | | | | | |
| HYCM | 5,363 | 39,899 | 10,310 | 29,589 | | 8,921 | 4,416 | 44,315 | | 44,315 | | |
| Loan Syndications | 1,604 | 27,340 | 11,415 | 15,925 | | 6,691 | 1,673 | 29,012 | | 29,012 | | |
| Project Finance | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | |
| Total Debt Products | 6,967 | 67,239 | 21,725 | 45,514 | | 15,612 | 6,089 | 73,327 | 50,000 | 23,327 | | |
| Equity | 2,273 | 4,852 | 19,902 | (15,070) | | 34,033 | 5,029 | 9,851 | 65,000 | (55,139) | | |
| Equity Linked | 34 | 28,361 | 9,570 | 18,791 | | | | 28,361 | | 28,361 | | |
| Structured Equity Transactions Group | | | | | | | | | | | | |
| Total Equity | 2,307 | 33,194 | 29,472 | 3,722 | | 34,033 | 5,029 | 38,223 | 65,000 | (26,777) | | |
| Total Corporate Finance Excl Legacy | 9,301 | 117,297 | 81,016 | 36,281 | | 84,524 | 22,064 | 139,361 | 180,000 | (40,639) | 52,121 | 2,165 |
| Total Legacy Products | | | | | | | | | | | | |
| Total Corporate Finance Product | 9,301 | 117,297 | 81,016 | 36,281 | | 84,524 | 22,064 | 139,361 | 180,000 | (40,639) | 52,121 | 2,165 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000747

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 10-SEP-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020666) | - | 602 | - | NA Lev Fin |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015359) | - | 979 | - | EUR RESTR, CORBROK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D028103) | - | 1,500 | - | GERMANY |
| | Kerasotes Theatre - M&A advisory (D026624) | - | 219 | - | None |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | - | 800 | - | GERMANY |
| | Taylor Nelson Sofres - Acquisition of NFO Worldgroup Inc / Nectar (D030093) | - | 4,564 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,013 | - | EUR MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | NA MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| **Total M&A** | | **-** | **12,422** | **-** | |
| **Total Advisory** | | **-** | **12,422** | **-** | |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | (81) | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 5,363 | 5,363 | - | NA FIN SPO, NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,378 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,227 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | (148) | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 693 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA FIN SPO |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 165 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | None |
| **Total HYCM** | | **5,363** | **39,899** | **-** | EUR SPON, NA FIN SPO, NA Lev Fin |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | - | 851 | - | CORBROK |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 1,375 | 7,840 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 131 | - | NA Lev Fin |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | 229 | 229 | - | None |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - | EUR SPON |
| | Pegasus Media Communications - bank financing (1999) (D995804) | - | 66 | - | None |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | NA MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **1,604** | **27,340** | **-** | |
| **Total Debt Products** | | **6,967** | **67,239** | **-** | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | - | 2,534 | - | None |
| | iVillage mtm (M1575) | 2 | 15 | - | None |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 39 | 1,152 | - | NA FIN SPO |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | - | 3,456 | - | FRANCE |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | (7) | 287 | - | EUR MEDIA, FRANCE |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | - | 20,800 | - | FRANCE, NA MEDIA |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 118 | - | |

CONFIDENTIAL

DB 000748

FRANCHISE - REVENUE BY DEAL
AS OF: 10-SEP-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| Total Equity Linked | | 34 | 28,361 | - | FRANCE |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | 1,879 | 3,010 | - | NA FIN SPO |
| | Digital River - block trade (3Q03) (D031830) | 336 | 643 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | MediaNation - sponsoring agreement (D027084) | 59 | 0 | - | CHINA, ASIA SPON |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | - | 353 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| | TiVo - Block Trade (2Q03) (D026160) | - | 491 | - | None |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 190 | - | None |
| Total Equity | | 2,273 | 4,832 | - | |
| Total Equity | | 2,307 | 33,194 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (93) | - | None |
| | AOL Time Warner - Strategic Lending Contract (M7350) | - | (11) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (366) | - | None |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - | None |
| | Viacom - Strategic Lending Contract (M6907) | - | (49) | - | None |
| Total Cost Hedging / Goodwill Funding / Loan Shortfall | | - | (587) | - | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - | EUR MEDIA, FRANCE |
| Total Other Global Markets | | - | 940 | - | FRANCE, NA MEDIA |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast - IG offering (2Q03) (D031603) | - | 879 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | - | 441 | - | None |
| | Liberty Media - IG offering (2Q03) (D031643) | - | 37 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 1,214 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | - | 51 | - | None |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | 27 | 123 | - | None |
| Total GM DCM JV | | 27 | 3,038 | - | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 1,051 | - | EUR MEDIA, FRANCE |
| Total Other | | - | 1,051 | - | FRANCE, NA MEDIA |
| Total Cross Selling / Other | | 27 | 4,442 | - | |
| Total Corporate Finance Excl Legacy | | 9,301 | 117,297 | - | |
| Total Corporate Finance Product | | 9,301 | 117,297 | - | |

CONFIDENTIAL

DB 000749

FRANCHISE - PIPELINE BY DEAL
AS OF -10-SEP-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Sep | Oct | Nov | Dec | Balance Of Year 2003 | Future Years | | |
| | Arturo Moreno - advisory for Anaheim Angels (D030970) | 100 | 892 | | | | | | 892 | 892 |
| | Axel Springer - advise on Regional Newspaper consolidation / Desert F (DC31739) | 0 | | | | | | 2,000 | 2,000 | - |
| | Axel Springer -Divestiture adv of Rotogravure printing - Ink / Ink (D031049) | 25 | | | | 1,500 | | | 1,500 | 375 |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015359) | 50 | | 1,000 | | | | | 1,000 | 500 |
| | BSkyB - Acqn and fin for Channel 5 - Proj Tree / "Tree" (D031722) | 0 | | | | | | 2,000 | 2,000 | - |
| | BusinessWire - general advisory (DC05685) | 25 | | | | | | 4,461 | 4,461 | 1,115 |
| | Carlin America et al - acq of Warner Chappell Music (D032581) | 0 | | | | | | 4,461 | 4,461 | - |
| | D6 - general advisory - Annabelle 2 / Annabelle 2 (D032337) | 50 | 12,500 | | | | | | 12,500 | 6,250 |
| | Deutsche Telekom - sale advisory of DeTeMedien (Pyramid) / Pyramid (D026059) | 25 | | | | 5,000 | | | 5,000 | 1,250 |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | 0 | | | | | | 6,000 | 6,000 | - |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | 0 | | | | 4,014 | | | 4,014 | - |
| | Havas Advertising - LBO - Project Heaven / Heaven* (DC26773) | 0 | | | | | | 25,000 | 25,000 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | | | | 4,014 | | | 4,014 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | 1,200 | | | | | 4,200 | 5,400 | 1,350 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | | | | 4,000 | | | 4,000 | 1,000 |
| | Taylor & Francis - project Le Mans / Le Mans (D032858) | 0 | | | | | | 4,000 | 4,000 | - |
| Total M&A | | | 14,592 | 1,000 | | 18,529 | | 52,121 | 86,242 | 12,732 |
| Total Advisory | | | 14,592 | 1,000 | | 18,529 | | 52,121 | 86,242 | 12,732 |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | 75 | 2,676 | | | | | | 2,676 | 2,007 |
| | Jonas Media Networks - HY offering (4Q03) (D032555) | 50 | 2,498 | | | | | | 2,498 | 1,249 |
| | Spanish Broadcasting - financing options (2003) (D031597) | 0 | 1,427 | | | | | | 1,427 | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | 50 | 2,319 | | | | | | 2,319 | 1,160 |
| Total HYCM | | | 8,921 | | | | | | 8,921 | 4,416 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | 5,353 | | | | | | 5,353 | 1,338 |
| | Gray TV - Bank Debt Q2 03 (D031915) | 25 | 1,338 | | | | | | 1,338 | 335 |
| Total Loan Syndications | | | 6,691 | | | | | | 6,691 | 1,673 |
| Total Debt Products | | | 15,612 | | | | | | 15,612 | 6,089 |
| | Pro7 - Eur 300mn capital increase (D032318) | 50 | | | 1,500 | | | | 1,500 | 750 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 25 | | | | 1,115 | | | 1,115 | 279 |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | | | | 8,000 | | | 8,000 | 4,000 |
| | Time Warner Entertainment - IPO (D026173) | 0 | | | | 23,418 | | | 23,418 | - |
| Total Equity | | | | | 1,500 | 32,533 | | | 34,033 | 5,029 |
| Total Equity | | | | | 1,500 | 32,533 | | | 34,033 | 5,029 |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | 50 | 758 | | | | | | 758 | 379 |
| Total GM DCM JV | | | 758 | | | | | | 758 | 379 |
| Total Cross Selling / Other | | | 758 | | | | | | 758 | 379 |
| Total Corporate Finance Excl Legacy | | | 30,962 | 1,000 | 1,500 | 51,062 | | 52,121 | 136,645 | 24,229 |
| Total Corporate Finance Product | | | 30,962 | 1,000 | 1,500 | 51,062 | | 52,121 | 136,645 | 24,229 |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-09-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | 1,879 | 3,010 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 1,375 | 7,840 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (148) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 165 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031555) | Equity-Convertible Bonds | N/A | (7) | 287 | | | |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | | | | 1,427 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025085) | Acquisition Advisory | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025085) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025085) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Taylor & Francis - project Le Mans / Le Mans (D032858) | Merger Advisory | 0% | | | | | 4,000 |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | | | |
| Austin, Geoffrey | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | | |
| | Taylor & Francis - project Le Mans / Le Mans (D032858) | Merger Advisory | 0% | | | | | |
| Carey, Charles | Arturo Moreno - advisory for Anaheim Angels (D030970) | Acquisition Advisory | 100% | | | | 882 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase III) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | 5,363 | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase III) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 5,353 | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | N/A | | (130) | | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | 1,879 | 3,010 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Derivatives-Interest Rate | N/A | | 940 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Private Placement-Debt | N/A | | 1,051 | | | |
| | MediaNation - sponsoring agreement (D027084) | Equity-IPO | N/A | 59 | 0 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | 7,487 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | (7) | 287 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | | | |
| Chang, Liz | Acme Communications - general advisory (D005356) | Divestiture Advisory | N/A | | 923 | | | |
| | Albritton Communications - Fairness Opinion | Fairness Opinion | N/A | | 602 | | | |
| | Albritton Communications - General Advisory (News Ch 8) (D020686) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Albritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Albritton Communications - HY Offering (1Q03) (D030214) | Senior Bank Debt | 25% | | | | 1,338 | |
| | Gray TV - Bank Debt Q2 03 (D031915) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - HY offering (4Q 02) (D025884) | Equity-Follow On | N/A | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | | 131 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Bonds-Corporate High Yield | 50% | | | | 2,498 | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - bank financing (1Q 03) (D030158) | Bonds-Corporate High Yield | N/A | | 693 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | 39 | 1,152 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | (213) | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Equity-Follow On | 25% | | | | 1,115 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | | | | 23,418 | |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | N/A | | | | | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 433 | | | |

CONFIDENTIAL                                          DB 000751

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-09-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Dunn, David R. | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | | | | 2,319 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | 5,363 | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025682) | Senior Bank Debt | 25% | | | | 5,353 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | | (130) | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | Bonds-Corporate High Yield | N/A | | 7,487 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| Elbi, Tobias | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031739) | Acquisition Advisory | 0% | | | | | 2,000 |
| | Axel Springer -Divestiture adv of Rotogravure printing - Ink / Ink (D031049) | Merger Advisory | 25% | | | | 1,500 | |
| | DB - general advisory - Annabelle 2 / Annabelle 2 (D032337) | Other M&A Advisory | 50% | | | | 12,500 | |
| | Deutsche Telekom - sale advisory of DeTeMedien (Pyramid) / Pyramid (D026059) | Divestiture Advisory | 25% | | | | 5,000 | |
| | Havas Advertising - LBO - Project Heaven / Heaven* (D026773) | Acquisition Advisory | 0% | | | | | 25,000 |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | Divestiture Advisory | N/A | | 1,500 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | | | | 1,200 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | | 800 | | | 4,200 |
| | Publicis - DCM - project King 2 / King 2 (D024277) | Bonds-Local Market | 25% | | | | 25,000 | |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (DC31981) | Equity-Convertible Bonds | N/A | | 3,456 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Faulstich, Blair | Citadel Broadcasting - IPO (3Q 2003) (D023086) | Equity-IPO | N/A | 1,879 | 3,010 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 1,375 | 7,840 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1QQ2 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (146) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 165 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (DC31655) | Equity-Convertible Bonds | N/A | (7) | 287 | | | |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | | | | 1,427 | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | | | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 602 | | | |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Allbritton Communications - HY Offering (1Q03) (DC30214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Gray TV - Bank Debt Q2 03 (DC31915) | Senior Bank Debt | 25% | | | | 1,338 | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Equity-Follow On | N/A | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A | | 131 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | | (213) | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 25% | | | | 1,115 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 433 | | | |
| Lovegrove, Stephen | BSkyB - Acqn and fin for Channel 5 - Proj Tree / Tree* (D031722) | Acquisition Advisory | 0% | | | | | 2,000 |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | | 851 | | | |
| | Carlin America et al - acq of Warner Chappell Music (D032581) | Acquisition Advisory | 0% | | | | | 4,451 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | | 6,000 |

CONFIDENTIAL                                                                                                                  DB 000752

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-09-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Derivatives-Interest Rate | N/A | | 940 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Private Placement-Debt | N/A | | 1,051 | | | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025855) | Acquisition Advisory | 0% | | | | 4,014 | |
| | Pro7 - Eur 300mm capital increase (D032318) | Equity-Follow On | 50% | | | | 1,500 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | | | | 1,200 | 4,200 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | | 800 | | | |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | Equity-Convertible Bonds | N/A | | 3,456 | | | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | 74 | | 8,000 | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 324 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Macinnes, Bruce | BSkyB - Acqn and fin for Channel 5 - Proj Tree / Tree* (D031722) | Acquisition Advisory | 0% | | | | | 2,000 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | | | | 1,200 | 4,200 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | | 800 | | | |
| | StoryFirst - valuation of Russian assets (D025050) | Valuation | N/A | | | | | |
| | Taylor Nelson Sofres - Acquisition of NFO Worldgroup Inc / Nectar (D030093) | Acquisition Advisory | N/A | | 4,564 | | | |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Equity-Rights | N/A | | 353 | | | |
| Maurus, Zach | Digital River - block trade (3Q03) (D031830) | Block Trade | N/A | 336 | 643 | | | |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | | 37 | | | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity- Exchangeable Debt | N/A | | 20,800 | | | |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | N/A | | 2,534 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (146) | | | |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 0% | | | | 23,418 | |
| Paul, Gregory R. | Acme Communications - general advisory (D0063356) | Divestiture Advisory | N/A | | 923 | | | |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate High Yield | 75% | | | | 2,676 | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 50% | | | | 2,498 | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | 229 | 229 | | | |
| | Kerasotes Treatre - M&A advisory (D026524) | Other M&A Advisory | N/A | | 219 | | | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | 693 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | 39 | 1,152 | | | |
| | Pegasus Media Communications - bank financing (1999) (D995604) | Senior Bank Debt | N/A | | 68 | | | |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | | | | 2,319 | |
| Thun-Hohenstein, Christian | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031739) | Acquisition Advisory | 0% | | | | | 2,000 |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011448) | Divestiture Advisory | 0% | | | | | 6,000 |
| | NTL - back stop facility - bank debt (D014642) | Senior Bank Debt | N/A | | 3,826 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity- Exchangeable Debt | N/A | | 20,800 | | | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | | 118 | | | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Follow On | N/A | | 190 | | | |
| Tritto, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | | 4,461 |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | | 37 | | | |

CONFIDENTIAL

DB 000753

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-09-10 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Yung, Sun J. | Comcas. - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | - | 870 | - | - | - |
| | Comcas. Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 0% | - | - | - | 4,014 | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | Bonds-Corp. Investment Grade | N/A | - | 441 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031581) | Bonds-Corp. Investment Grade | N/A | - | 1,214 | - | - | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | Bonds-Corp. Investment Grade | 50% | - | - | - | 758 | - |
| | TiVo - Block Trade (2Q03) (D026160) | Block Trade | N/A | - | 491 | - | - | - |

CONFIDENTIAL

DB 000754

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 10 SEP-2003
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 4,579 | 21,011 | (16,431) | -78% | - | 4,907 | 892 | 5,471 | 23,370 | (17,899) | -77% | 20,000 | (14,529) |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | - | 4,579 | 21,011 | (16,431) | -78% | - | 4,907 | 892 | 5,471 | 23,370 | (17,899) | -77% | 20,000 | (14,529) |
| Capital Benefit / Treasury Allocation | - | (587) | (861) | 274 | -32% | - | - | - | (587) | - | (587) | | - | (587) |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | 940 | - | 940 | | - | - | - | 940 | - | 940 | | - | 940 |
| Other Global Markets | - | 3,038 | 2,012 | 1,027 | 51% | - | 758 | 379 | 3,417 | 2,866 | 561 | 20% | - | 3,417 |
| GM DCM JV | 27 | 1,051 | - | 1,051 | | - | - | - | 1,051 | (1,199) | 2,250 | -188% | - | 1,051 |
| Other | | | | | | | | | | | | | | |
| Total Cross Selling / Other | 27 | 4,442 | 1,151 | 3,292 | 286% | - | 758 | 379 | 4,021 | 1,657 | 3,164 | 191% | 20,000 | (15,979) |
| ABL Origination | | | | | | | | | | | | | | |
| HYCM | 5,363 | 35,269 | 10,310 | 24,959 | 242% | - | 8,921 | 4,416 | 39,884 | 18,720 | 20,954 | 112% | 25,800 | 14,084 |
| Loan Syndications | 1,604 | 22,662 | 8,991 | 13,671 | 152% | - | 5,691 | 1,673 | 24,335 | 13,832 | 10,503 | 76% | 14,400 | 9,935 |
| Project Finance | | | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | | | |
| Total Debt Products | 6,967 | 57,931 | 19,301 | 38,630 | 200% | - | 14,612 | 6,089 | 64,019 | 32,562 | 31,457 | 97% | 40,000 | 24,019 |
| Equity | 2,273 | 4,215 | 19,907 | (15,693) | -79% | - | 24,533 | 279 | 4,493 | 30,454 | (25,961) | -85% | 25,000 | (20,507) |
| Equity Linked | 34 | 24,787 | 5,832 | 18,955 | 315% | - | - | - | 24,787 | 908 | 23,879 | 2630% | - | 24,787 |
| Structured Equity Transactions Group | | | | | | | | | | | | | | |
| Total Equity | 2,307 | 29,002 | 25,840 | 3,162 | 12% | - | 24,533 | 279 | 29,261 | 31,362 | (2,081) | -7% | 25,000 | 4,261 |
| Total Corporate Finance Excl Legacy | 9,301 | 95,954 | 67,301 | 28,653 | 43% | - | 45,809 | 7,639 | 103,593 | 88,952 | 14,641 | 16% | 105,000 | (1,407) |
| Total Legacy Products | - | - | - | - | - | - | - | - | - | - | - | | - | - |
| Total Corporate Finance Product | 9,301 | 95,954 | 67,301 | 28,653 | 43% | - | 45,809 | 7,639 | 103,593 | 88,952 | 14,641 | 16% | 105,000 | (1,407) |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000755

FRANCHISE - REVENUE BY DEAL
AS OF: 10-SEP-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD (Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Kerasotes Theatre - M&A advisory (D026624) | - | 219 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,013 | - | EUR MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | None |
| **Total M&A** | | **-** | **4,579** | | |
| **Total Advisory** | | **-** | **4,579** | | |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | (61) | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 5,363 | 5,363 | - | NA FIN SPO, NA Lev Fin |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,378 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,227 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | (146) | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 693 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 165 | - | None |
| **Total HYCM** | | **5,363** | **35,269** | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 1,375 | 7,840 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 131 | - | NA Lev Fin |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | 229 | 229 | - | None |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | Pegasus Media Communications - bank financing (1999) (D995604) | - | 66 | - | None |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - | NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **1,604** | **22,662** | | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | - | 2,534 | - | None |
| | Village mtm (M1575) | 2 | 15 | - | None |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | 39 | 1,152 | - | NA FIN SPO |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | (7) | 287 | - | None |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | - | 20,800 | - | EUR MEDIA, FRANCE |
| **Total Debt Products** | | **34** | **24,787** | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | 1,879 | 3,010 | - | NA FIN SPO |
| | Digital River - block trade (3Q03) (D031830) | 336 | 643 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | MediaNation - sponsoring agreement (D027084) | 59 | 0 | - | CHINA, ASIA SPON |
| | Tivo - Block Trade (2Q03) (D026160) | - | 491 | - | None |
| **Total Equity Linked** | | | | | |

CONFIDENTIAL