**FRANCHISE - REVENUE BY DEAL**
**AS OF: 10-SEP-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| Total Equity | | 2,273 | 4,215 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (93) | - | None |
| | AOL Time Warner - Strategic Lending Contract (M7350) | - | (11) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (366) | - | None |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - | None |
| | Viacom - Strategic Lending Contract (M5907) | - | (49) | - | None |
| Total Equity | | 2,307 | 29,002 | - | |
| Total Cost Hedging / Goodwill Funding / Loan Shortfall | | - | (587) | - | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - | EUR MEDIA, FRANCE |
| Total Other Global Markets | | - | 940 | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast - IG offering (2Q03) (D031603) | - | 879 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | - | 441 | - | None |
| | Liberty Media - IG offering (2Q03) (D031543) | - | 37 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 1,214 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | - | 51 | - | None |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | 27 | 123 | - | None |
| Total GM DCM JV | | 27 | 3,038 | - | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 1,051 | - | EUR MEDIA, FRANCE |
| Total Other | | - | 1,051 | - | |
| Total Cross Selling / Other | | 27 | 4,442 | - | |
| Total Corporate Finance Excl Legacy | | 9,301 | 95,954 | - | |
| Total Corporate Finance Product | | 9,301 | 95,954 | - | |

CONFIDENTIAL

DB 000757

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-SEP-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Sep | Oct | Nov | Dec | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Arturo Moreno - advisory for Anaheim Angels (D030970) | 100 | 892 | - | - | - | - | - | 892 | 892 |
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | - | 4,461 | 4,461 | 1,115 |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | 0 | - | - | - | 4,014 | - | - | 4,014 | - |
| Total M&A | | | 892 | - | - | 4,014 | - | 4,461 | 9,367 | 2,007 |
| Total Advisory | | | 892 | - | - | 4,014 | - | 4,461 | 9,367 | 2,007 |
| | ComCorp of America - HY Offering (4Q 03) (D032483) | 75 | 2,676 | | | | | | 2,676 | 2,007 |
| | Jones Media Networks - HY offering (4Q03) (D032555) | 50 | 2,498 | | | | | | 2,498 | 1,249 |
| | Spanish Broadcasting - financing options (2003) (D031597) | 0 | 1,427 | | | | | | 1,427 | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | 50 | 2,319 | | | | | | 2,319 | 1,160 |
| Total HYCM | | | 8,921 | | | | | | 8,921 | 4,416 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | 5,353 | | | | | | 5,353 | 1,338 |
| | Gray TV - Bank Debt Q2 03 (D031915) | 25 | 1,338 | | | | | | 1,338 | 335 |
| Total Loan Syndications | | | 6,691 | | | | | | 6,691 | 1,673 |
| Total Debt Products | | | 15,612 | | | | | | 15,612 | 6,089 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 25 | - | - | - | 1,115 | - | - | 1,115 | 279 |
| | Time Warner Entertainment - IPO (D026173) | 0 | - | - | - | 23,418 | - | - | 23,418 | - |
| Total Equity | | | - | - | - | 24,533 | - | - | 24,533 | 279 |
| Total Equity | | | - | - | - | 24,533 | - | - | 24,533 | 279 |
| | Pitney Bowes - investment grade offering (2003) (D032397) | 50 | 758 | | | | | | 758 | 379 |
| Total GM DCM JV | | | 758 | | | | | | 758 | 379 |
| Total Cross Selling / Other | | | 758 | | | | | | 758 | 379 |
| Total Corporate Finance Excl Legacy | | | 17,262 | - | - | 28,547 | - | 4,461 | 50,270 | 8,754 |
| Total Corporate Finance Product | | | 17,262 | - | - | 28,547 | - | 4,461 | 50,270 | 8,754 |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-09-10 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | FRANCHISE 2003 PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | 1,879 | 3,010 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 1,375 | 7,840 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (148) | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 165 | | | |
| | Sinclair Broadcasting - financing options (2003) (D031655) | Equity-Convertible Bonds | N/A | (7) | 287 | | | |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | - | - | | 1,427 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | - | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | - | 324 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031768) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | | | |
| Carey, Charles | Arturo Moreno - advisory for Anaheim Angels (D030970) | Acquisition Advisory | 100% | - | - | | 892 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | 5,363 | 5,363 | | 5,353 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | 1,879 | 3,010 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Derivatives-Interest Rate | N/A | - | 940 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Private Placement-Debt | N/A | - | 1,051 | | | |
| | MediaNation - sponsoring agreement (D027084) | Equity-IPO | N/A | 59 | 0 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | (7) | 287 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | | | |
| Chang, Liz | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | | | |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | (61) | | | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | | | |
| | Gray TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | - | - | | 1,338 | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | - | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | 131 | | | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 50% | - | - | | 2,498 | |
| | Lin TV - bank financing (1Q 03) (D030156) | Senior Bank Debt | N/A | - | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | - | 693 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | 39 | 1,152 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | (213) | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 25% | - | - | | 1,115 | |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 0% | - | - | | 23,418 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | | | |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | | 2,319 | |
| Dunn, David R. | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | 5,363 | 5,363 | | 5,353 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | | | |

CONFIDENTIAL

DB 000759

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-09-10 (Wed)**
**EUROS IN 000'S**
**NA Media**

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - | - |
| Faulstich, Blair | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | 1,879 | 3,010 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,378 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 1,375 | 7,840 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,227 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 165 | - | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | (7) | 287 | - | - | - |
| | Spanish Broadcasting - financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | - | - | - | 1,427 | - |
| | Viacom - $750mm - IG Bond - Q2 03 (D031786) | Bonds-Corp. Investment Grade | N/A | 27 | 123 | - | - | - |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020886) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | (61) | - | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | 1,338 | - |
| | Gray TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | - | 33 | - | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 70 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | - | 131 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | (213) | - | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | - | - | 1,115 | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 25% | - | 433 | - | - | - |
| | Tribune Co - general advisory (radio assets) (D022234) | Divestiture Advisory | N/A | - | - | - | - | - |
| Maurus, Zach | Digital River - block trade (3Q03) (D031830) | Block Trade | N/A | 336 | 643 | - | - | - |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | - | 20,800 | - | - | - |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | N/A | - | 2,534 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - | - |
| | Time Warner Entertainment - IPO (D026173) | Equity-IPO | 0% | - | - | - | 23,418 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | - | - | - |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate High Yield | 75% | - | - | - | 2,676 | - |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 50% | - | - | - | 2,498 | - |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | 229 | 229 | - | - | - |
| | Kerasotes Theatre - M&A advisory (D026624) | Other M&A Advisory | N/A | - | 219 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | - | 693 | - | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | 39 | 1,152 | - | - | - |
| | Pegasus Media Communications - bank financing (1999) (D9956D4) | Senior Bank Debt | N/A | - | 66 | - | - | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | - | - | - | 2,319 | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | - | 4,461 |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - | - |

CONFIDENTIAL

DB 000760

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-09-10 (Wed)
EUROS IN 000'S
NA Media.

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Yung, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | - | 879 | - | - | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 0% | - | - | - | 4,014 | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | Bonds-Corp. Investment Grade | N/A | - | 441 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031581) | Bonds-Corp. Investment Grade | N/A | - | 1,214 | - | - | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | Bonds-Corp. Investment Grade | 50% | - | - | - | 758 | - |
| | TiVo - Block Trade (2Q03) (D026160) | Block Trade | N/A | - | 491 | - | - | - |

FRANCHISF - REVENUE & PIPELINE SUMMARY
AS OF 10-SEP-2003
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Aug Franchise Revenue | YTD(Aug) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Sep Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 8,857 | 7,659 | 1,198 | - | 29,214 | 9,675 | 18,532 | 15,000 | 3,532 | 47,661 | 1,050 |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | - | 8,857 | 7,659 | 1,198 | - | 29,214 | 9,675 | 18,532 | 15,000 | 3,532 | 47,661 | 1,050 |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | 940 | - | 940 | - | - | - | 940 | - | 940 | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | 1,051 | - | 1,051 | - | - | - | 1,051 | - | 1,051 | - | - |
| Total Cross Selling / Other | - | 1,991 | - | 1,991 | - | - | - | 1,991 | 10,000 | (8,009) | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | 4,630 | - | 4,630 | - | - | - | 4,630 | - | 4,630 | - | - |
| Loan Syndications | - | 5,002 | 3,549 | 1,453 | - | - | - | 5,002 | - | 5,002 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | - | 9,632 | 3,549 | 6,083 | - | - | - | 9,632 | 10,000 | (368) | - | - |
| Equity | - | 618 | (6) | 623 | - | 9,500 | 4,750 | 5,368 | 40,000 | (34,632) | - | - |
| Equity Linked | - | 24,374 | 3,638 | 20,737 | - | - | - | 24,374 | - | 24,374 | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | - | 24,992 | 3,632 | 21,360 | - | 9,500 | 4,750 | 29,742 | 40,000 | (10,258) | - | - |
| Total Corporate Finance Excl Legacy | - | 45,472 | 14,840 | 30,632 | - | 38,714 | 14,425 | 59,897 | 75,000 | (15,103) | 47,661 | 1,050 |
| Total Legacy Products | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Corporate Finance Product | - | 45,472 | 14,840 | 30,632 | - | 38,714 | 14,425 | 59,897 | 75,000 | (15,103) | 47,661 | 1,050 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL                    DB 000762

FRANCHISE - REVENUE BY DEAL
AS OF: 10-SEP-2003
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Aug | Franchise Revenue YTD(Aug) | Franchise Revenue Sep | Other Coverage Groups |
|---|---|---|---|---|---|
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015359) | - | 979 | - | EUR RESTR, CORBROK |
| | Holzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | - | 1,500 | - | GERMANY |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D029912) | - | 800 | - | GERMANY |
| | Taylor Nelson Sofres - Acquisition of NFO Worldgroup Inc / Nectar (D030093) | - | 4,564 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,013 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| Total M&A | | - | 8,857 | - | NA MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| Total Advisory | | | 8,857 | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| Total HYCM | | - | 4,630 | - | |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | - | 851 | - | CORBROK |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - | EUR SPON |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | NA MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| Total Loan Syndications | | - | 5,002 | - | |
| Total Debt Products | | | 9,632 | | |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | - | 3,456 | - | FRANCE |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | - | 20,800 | - | FRANCE, NA MEDIA |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 118 | - | FRANCE |
| Total Equity Linked | | - | 24,374 | - | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | - | 353 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 190 | - | None |
| Total Equity | | - | 618 | - | |
| Total Equity | | | 24,992 | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - | FRANCE, NA MEDIA |
| Total Other Global Markets | | - | 940 | - | |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 1,051 | - | FRANCE, NA MEDIA |
| Total Other | | - | 1,051 | - | |
| Total Cross Selling / Other | | - | 1,991 | - | |
| Total Corporate Finance Excl Legacy | | - | 45,472 | - | |
| Total Corporate Finance Product | | | 45,472 | | |

CONFIDENTIAL

DB 000763

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 10-SEP-2003**
**EUROS IN 000S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value Sep | Oct | Nov | Dec | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031739) | 0 | - | - | - | - | - | 2,000 | 2,000 | - |
| | Axel Springer - Divestiture adv of Rotogravure printing - Ink / Ink (D031049) | 25 | - | - | - | 1,500 | - | - | 1,500 | 375 |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms" (D015359) | 50 | - | 1,000 | - | - | - | - | 1,000 | 500 |
| | BSkyB - Acqn and fin for Channel 5 - Proj Tree / Tree" (D031722) | 0 | - | - | - | - | - | 2,000 | 2,000 | - |
| | Carlin America et al - acq of Warner Chappell Music (D032561) | 0 | - | - | - | - | - | 4,451 | 4,451 | - |
| | DB - general advisory - Annabelle 2 / Annabelle 2 (D032337) | 50 | 12,500 | - | - | - | - | - | 12,500 | 6,250 |
| | Deutsche Telekom - sale advisory of DeTeMedien (Pyramid) / Pyramid (D026059) | 25 | - | - | - | 5,000 | - | - | 5,000 | 1,250 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | - | 6,000 | 6,000 | - |
| | Havas Advertising - LBO - Project Heaven / Heaven" (D026773) | 0 | - | - | - | - | - | 25,000 | 25,000 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | - | - | - | 4,014 | - | - | 4,014 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | 1,200 | - | - | - | - | 4,200 | 5,400 | 1,350 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 26 | - | - | - | 4,000 | - | - | 4,000 | 1,000 |
| | Taylor & Francis - project Le Mans / Le Mans (D032858) | 0 | - | - | - | - | - | 4,000 | 4,000 | - |
| Total M&A | | | 13,700 | 1,000 | - | 14,514 | - | 47,661 | 76,875 | 10,725 |
| Total Advisory | | | 13,700 | 1,000 | - | 14,514 | - | 47,661 | 76,875 | 10,725 |
| | Pro7 - Eur 300mn capital increase (D032318) | 50 | - | - | 1,500 | - | - | - | 1,500 | 750 |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | 50 | - | - | - | 8,000 | - | - | 8,000 | 4,000 |
| Total Equity | | | - | - | 1,500 | 8,000 | - | - | 9,500 | 4,750 |
| Total Equity | | | - | - | 1,500 | 8,000 | - | - | 9,500 | 4,750 |
| Total Corporate Finance Excl Legacy | | | 13,700 | 1,000 | 1,500 | 22,514 | - | 47,661 | 86,375 | 15,475 |
| Total Corporate Finance Product | | | 13,700 | 1,000 | 1,500 | 22,514 | - | 47,661 | 86,375 | 15,475 |

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-09-10 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | AUG FRANCHISE VALUE | YTD AUG FRANCHISE VALUE | SEP FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Acquisition Advisory | N/A | - | 1,013 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | 4,000 |
| | Taylor & Francis - project Le Mans / Le Mans (D032856) | Merger Advisory | 0% | - | - | - | - | - |
| Elbl, Tobias | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031739) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | Axel Springer -Divestiture adv of Rotogravure printing - Ink / Ink (D031049) | Merger Advisory | 25% | - | - | - | 1,500 | - |
| | DB - general advisory - Annabelle 2 / Annabelle 2 (D032337) | Other M&A Advisory | 50% | - | - | - | 12,500 | - |
| | Deutsche Telekom - sale advisory of DeTeMedien (Pyramid) / Pyramid (D026059) | Divestiture Advisory | 25% | - | - | - | 5,000 | - |
| | Havas Advertising - LBO - Project Heaven / Heaven* (D025773) | Acquisition Advisory | 0% | - | - | - | - | 25,000 |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | Divestiture Advisory | N/A | - | 1,500 | - | - | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | - | - | - | 1,200 | 4,200 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | - | 800 | - | - | - |
| | Publicis - DCM - project King 2 / King 2 (D024277) | Bonds-Local Market | 25% | - | - | - | 25,000 | - |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | Equity-Convertible Bonds | N/A | - | 3,456 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Acquisition Advisory | N/A | - | 1,013 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | 4,000 |
| Lovegrove, Stephen | BSkyB - Acqn and fin for Channel 5 - Proj Tree / Tree* (D031722) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | - | 851 | - | - | - |
| | Carlin America et al - acq of Warner Chappell Music (D032581) | Acquisition Advisory | 0% | - | - | - | - | 4,461 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | 8,000 |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Derivatives-Interest Rate | N/A | - | 940 | - | - | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Private Placement-Debt | N/A | - | 1,051 | - | - | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | - | - | - | - | - |
| | Pro7 - Eur 300mn capital increase (D032318) | Equity-Follow On | 50% | - | - | - | 4,014 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | - | - | - | 1,500 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | - | - | - | 1,200 | 4,200 |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | Equity-Convertible Bonds | N/A | - | 800 | - | - | - |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | - | 3,456 | - | 8,000 | - |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | - | 74 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Acquisition Advisory | N/A | - | 1,013 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025066) | Senior Bank Debt | N/A | - | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| MacInnes, Bruce | BSkyB - Acqn and fin for Channel 5 - Proj Tree / Tree* (D031722) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | - | - | - | 1,200 | 4,200 |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | N/A | - | 800 | - | - | - |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | - | - | - | - | - |
| | Taylor Nelson Sofres - Acquisition of NFO Worldgroup Inc / Nectar (D000093) | Acquisition Advisory | N/A | - | 4,564 | - | - | - |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Equity-Rights | N/A | - | 353 | - | - | - |
| Thun-Hohenstein, Christian | Axel Springer - advise on Regional Newspaper consolidation / Desert F (D031739) | Acquisition Advisory | 0% | - | - | - | - | 2,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | - | 6,000 |
| | NTL - back stop facility - bank debt (D014642) | Senior Bank Debt | N/A | - | 3,826 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity - Exchangeable Debt | N/A | - | 20,800 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | - | 118 | - | - | - |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Follow On | N/A | - | 190 | - | - | - |

CONFIDENTIAL                    DB 000765

**NA Media**
**Franchise Revenue in Excess of Euro 100k**
**Weekly Change (from Oct 01 to Oct 08)**

| Deal | Product | Probability | Region | Actual Oct | Pipeline Oct | Pipeline Nov | Pipeline Dec | Comments |
|---|---|---|---|---|---|---|---|---|
| Time Warner Entertainment - IPO (D026173) | Equity-IPO | 0.00 | Americas | 0 | 0 | 0 | -185 | Pipeline adjusted |
| Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | 100.00 | Americas | 289 | 0 | 0 | 0 | Fees booked |

CONFIDENTIAL    DB 000766

## NA Media
## 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | 88,952 |
| 2003 YTD | - | 104,352 | - | - | 104,352 |
| 2003 Forecast | - | 108,895 | - | - | 108,895 |
| 2003 Plan | - | 105,000 | - | - | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 4,579 | - | 4,579 | 65,408 | 28,835 | 4,126 | 1,404 | 104,352 |
| 2003 Forecast | 5,426 | - | 5,426 | 68,455 | 29,124 | 4,486 | 1,404 | 108,895 |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

\* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
\*\* Other includes Other Global Markets and Loan Shortfall

NA Media
Client Revenue by Product
September 2003 MTD
Euros ('000'S)

| Client | Bonds-Corp. Investment Grade | Bonds-Corporate High Yield | Senior Bank Debt | Equity-IPO | Equity-Convertible Bonds | Private Placement-Equity | Corporate Finance Revenue | Derivatives per GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|
| Carlyle Group (The) | - | - | 6,868 | - | - | - | 6,868 | | 6,868 |
| JCDecaux Holding SA | 998 | - | - | - | - | - | 998 | | 998 |
| Onex Corporation | - | - | 428 | - | - | - | 428 | | 428 |
| Hicks Muse Tate & Furst Inc | - | 94 | - | - | - | - | 94 | | 94 |
| Comcast Corporation | 90 | - | - | - | - | - | 90 | | 90 |
| Sinclair Broadcast Group Inc | - | 53 | - | - | - | - | 53 | | 53 |
| MediaNation Inc | - | - | - | 11 | - | - | 11 | | 11 |
| iVillage Inc | - | - | - | - | - | 7 | 7 | | 7 |
| Getty Images Inc | - | - | - | - | (185) | - | (185) | | (185) |
| | | | | | | | 8,364 | | 8,364 |

CONFIDENTIAL

DB 000768

NA Media
Client Revenue by Product
September 2003 YTD
Euros ('000'S)

| Client | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Other M&A Advisory | Strategic Lending Contracts | Derivatives-Interest Rate | Bonds-Corp. Investment Grade | Private Placement-Debt | Bonds-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-Follow On | Equity-IPO | Equity-Extendable Debt | Equity-Convertible Bonds | Private Placement-Equity | Corporate Finance Revenue | Derivatives per OCDX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,389 | | | | | | | | | | | | | | | | 26,445 | | 26,445 |
| Vivendi Universal S.A | | | | | | | | | | | | | | 20,800 | | | 20,800 | | 20,800 |
| RH Donnelley Corp | | | | | | | | | 7,487 | 5,011 | | | | | | | 12,497 | | 12,497 |
| Carlyle Group (The) | | | | | | | | | 5,253 | 6,868 | | | | | | | 12,101 | | 12,101 |
| General Motors Corporation | | | | | | | | | 4,232 | 7,840 | | | | | | | 12,073 | | 12,073 |
| Forstmann Little & Co | | | | | | | | | | | | | 3,010 | | | | 3,010 | | 3,010 |
| IDDeaux Holding SA | | | | | | 940 | 998 | 1,051 | | | | | | | | | 2,988 | | 2,988 |
| Getty Images Inc | | | | | | | | | | | | | | | 2,349 | | 2,349 | | 2,349 |
| Hicks Muse Tate & Furst Inc | | | | 602 | | | | | 787 | 232 | | | | | | | 2,171 | | 2,171 |
| Alltrition Communications Co | 1,013 | | | | | | | | 1,411 | 324 | | | | | | | 2,013 | | 2,013 |
| Thomas H Lee Partners | | | | | | | 1,214 | | | | | | | | | | 1,337 | | 1,337 |
| Pitney Bowes Inc | | | | | | | 1,176 | | | | | | | | | | 1,214 | | 1,214 |
| Crescent Corporation | | 923 | | | | | | | | | | | | | | | 1,176 | | 1,176 |
| AC&E Communications Inc | | | | | | | | | | | | | | | | | 923 | | 923 |
| Digital River Inc | | | | | | | | | | 643 | | | | | | | 643 | | 643 |
| Sinclair Broadcast Group Inc | | | | | | | 219 | | | | | | | | 287 | | 506 | | 506 |
| TiVo Inc | | | | | | | | | | 491 | | | | | | | 491 | | 491 |
| Chez Corporation | | | | | | | | | | | | | | | | | 461 | | 461 |
| Kerokesi Theaters Inc | | | | 219 | | | 441 | | | 481 | | | | | | | 448 | | 448 |
| IKON Office Solutions Inc | | 470 | | | (68) | | | | 33 | 129 | | | | | | | 441 | | 441 |
| Tribune Company | | | | | | | | | | | | 70 | | | | | 365 | | 365 |
| Gray Television Inc | | | | | | | 86 | | | 131 | | | | | | | 234 | | 234 |
| Clear Channel Communications Inc | | | | | | | | | | 66 | | | | | | | 86 | | 86 |
| Pegasus Communications Corp | | | | | | | 51 | | | | | | | | | | 64 | | 64 |
| Scholastic Corp | | | | | | | 37 | | | | | | | | | | 51 | | 51 |
| Liberty Media Corporation | | | | | | | | | | | | | | | | | 37 | | 37 |
| iVillage Inc | | | | | (104) | | | | | | | | 11 | | | 21 | 21 | | 21 |
| MediaNation Inc | | | | | | | | | | | | | | | | | 11 | | 11 |
| AOL Time Warner Inc | | | | | | | | | | | | | | | | | (104) | (104) | (104) |
| Salem Communications Corp | | | | | (415) | | 123 | | (213) | | | | | | | | (212) | (213) | (213) |
| Viacom Inc | | | | | | | | | | | | | | | | | (299) | | (299) |
| | | | | | | | | | | | | | | | | | 104,352 | | 104,352 |

CONFIDENTIAL

DB 000769

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 08-OCT-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Sep Franchise Revenue | YTD(Sep) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Oct Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 6,499 | 18,921 | 29,021 | (10,100) | - | 18,647 | 7,747 | 26,668 | 35,000 | (8,332) | 64,161 | 2,433 |
| Total Advisory | 6,499 | 18,921 | 29,021 | (10,100) | - | 18,647 | 7,747 | 26,668 | 35,000 | (8,332) | 64,161 | 2,433 |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | (587) | (920) | 333 | - | - | - | (587) | - | (587) | - | - |
| Other Global Markets | - | 940 | - | 940 | - | - | - | 940 | - | 940 | - | - |
| GM DCM JV | 1,088 | 19,228 | 2,856 | 16,370 | - | 720 | 360 | 19,586 | 30,000 | (10,414) | - | - |
| Other | - | 1,051 | 4,190 | (3,139) | - | - | - | 1,051 | - | 1,051 | - | - |
| Total Cross Selling / Other | 1,088 | 20,630 | 6,126 | 14,504 | - | 720 | 360 | 20,990 | 30,000 | (9,010) | - | - |
| HYCM | 147 | 40,046 | 16,022 | 24,025 | - | 8,466 | 3,048 | 43,094 | - | 43,094 | - | - |
| Loan Syndications | 7,296 | 34,669 | 13,152 | 21,518 | - | - | - | 34,669 | - | 34,669 | - | - |
| Total Debt Products | 7,443 | 74,716 | 29,173 | 45,542 | - | 8,466 | 3,048 | 77,763 | 50,000 | 27,763 | - | - |
| Equity | 11 | 4,843 | 19,928 | (15,085) | - | 32,780 | 750 | 5,593 | - | 5,593 | - | - |
| Equity Linked | (177) | 28,185 | 9,571 | 18,614 | 289 | - | - | 28,474 | 65,000 | 28,474 | - | - |
| Total Equity | (166) | 33,028 | 29,499 | 3,529 | 289 | 32,780 | 750 | 34,067 | 65,000 | (30,933) | - | - |
| Total Corporate Finance Product | 14,864 | 147,295 | 93,819 | 53,475 | 289 | 60,612 | 11,904 | 159,488 | 180,000 | (20,512) | 64,161 | 2,433 |

Notes:

CONFIDENTIAL

DB 000770