FRANCHISE REVENUE & PIPELINE SUMMARY
AS OF 13-FEB-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 14,021 | 14,021 | 6,002 | 8,019 | 71 | 80,864 | 16,312 | 30,404 | 49,000 | (18,596) | - | - |
| Other Advisory | - | - | - | - | - | 3,500 | 1,750 | 1,750 | - | 1,750 | - | - |
| Total Advisory Products | 14,021 | 14,021 | 6,002 | 8,019 | 71 | 84,364 | 18,062 | 32,154 | 49,000 | (16,846) | - | - |
| ECM | 3,638 | 3,638 | 8,096 | (4,458) | - | 1,500 | - | 3,638 | 49,000 | (45,362) | - | - |
| Restricted Securities/PPE | (1) | (1) | 40 | (41) | - | 1,141 | 114 | 113 | - | 113 | - | - |
| Total Equity | 3,637 | 3,637 | 8,135 | (4,498) | - | 2,641 | 114 | 3,751 | 49,000 | (45,249) | - | - |
| HY Bonds | 5,384 | 5,384 | 4,786 | 598 | - | 1,426 | 1,070 | 6,454 | 14,000 | (7,546) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 14,000 | (14,000) | - | - |
| Leveraged Loans | - | - | - | - | - | - | - | - | 7,000 | 9,378 | - | - |
| Loans IG | (121) | (121) | - | (121) | - | 32,541 | 16,378 | 16,378 | 7,000 | (7,121) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | (121) | - | - | - | - |
| Total Debt | 5,263 | 5,263 | 4,786 | 477 | - | 33,968 | 17,448 | 22,711 | 42,000 | (19,289) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 22,920 | 22,920 | 18,923 | 3,997 | 71 | 120,973 | 35,624 | 58,616 | 140,000 | (81,384) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000411

FRANCHISE - REVENUE BY DEAL
AS OF: 13-FEB-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Echostar - General Advisory (Vivendi) (D016541) | 8,686 | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | (145) | (145) | - | NA SPON |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | - | 71 | None |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 375 | 375 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | 3,474 | 3,474 | - | None |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 1,631 | 1,631 | - | EUR TELE, LA |
| Total M&A | | 14,021 | 14,021 | 71 | |
| Total Advisory Products | | 14,021 | 14,021 | 71 | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | 452 | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | 68 | 68 | - | NA TELE |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 4,864 | 4,864 | - | NA SPON |
| Total HY Bonds | | 5,384 | 5,384 | - | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (54) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (68) | (68) | - | None |
| Total Loans IG | | (121) | (121) | - | |
| Total Debt Products | | 5,263 | 5,263 | - | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | 3,638 | 3,638 | - | FRANCE |
| Total Equity | | 3,638 | 3,638 | - | |
| | iBeam mtm (M1574) | (1) | (1) | - | None |
| Total Private Placement-Equity | | (1) | (1) | - | |
| Total Equity Products | | 3,637 | 3,637 | - | |
| Total Product | | 22,920 | 22,920 | 71 | |

CONFIDENTIAL

DB 000412

FRANCHISE - PIPELINE BY DEAL
AS OF 13-FEB-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | - | - | 3,423 | 3,423 | 3,423 |
| M&A | Aurora Communications - general advisory (D012858) | 75 | - | 751 | - | - | 0 | 751 | 563 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster - (D012541) | 0 | - | - | - | - | 3,423 | 3,423 | - |
| M&A | Bertelsmann - pot buy-out of minorities in RTL (D014819) | 25 | - | - | - | 5,000 | 0 | 5,000 | 1,250 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | 5,000 | - | 2,000 | 2,000 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 7,189 | 7,189 | 1,797 |
| M&A | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US60-70mn / Silver (D011658) | 0 | - | - | - | - | 913 | 913 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,988 | 7,988 | 3,994 |
| M&A | Finlnvest - valuation/fairness opinion (Focus) / Focus (ex-Slimfast) (D016068) | 0 | - | 25 | - | - | 0 | 25 | - |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| M&A | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | 0 | - | - | 5,000 | - | 0 | 5,000 | - |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | ProSieben - merger advisory with Kirch Media (P)/ Concordia / Concord (D014982) | 50 | - | - | - | - | 5,000 | 5,000 | 2,500 |
| M&A | Scientific Atlanta -acquisition of Barconet-Project Baseball / Besebal (D013401) | 75 | 1,712 | - | - | - | 0 | 1,712 | 1,284 |
| M&A | Taylor Nelson Sofres - potential aquistion of Observer AB / Monocle (D002405) | 0 | - | - | - | - | 4,086 | 4,086 | - |
| M&A | Telefonica - Project Micro / Micro (D012896) | 0 | 2,853 | - | - | - | 0 | 2,853 | - |
| **M&A** | | | **6,566** | **776** | **5,000** | **5,000** | **63,524** | **80,864** | **16,312** |
| General Advisory | Johnston Press - Acqn advf/n for RIM (Proj Pacific) / Pacific, (D014213) | 50 | - | - | - | - | 3,500 | 3,500 | 1,750 |
| **General Advisory** | | | - | - | - | - | **3,500** | **3,500** | **1,750** |
| **Advisory Products** | | | **6,566** | **776** | **5,000** | **5,000** | **67,024** | **84,364** | **18,062** |
| HY Bonds | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 75 | 1,426 | - | - | - | 0 | 1,426 | 1,070 |
| **HY Bonds** | | | **1,426** | - | - | - | **0** | **1,426** | **1,070** |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | - | - | - | 0 | 430 | 323 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 30,811 | 30,811 | 15,406 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013612) | 50 | - | 1,300 | - | - | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | **430** | **1,300** | - | - | **30,811** | **32,541** | **16,378** |
| **Debt Products** | | | **1,856** | **1,300** | - | - | **30,811** | **33,968** | **17,448** |
| Equity | Lagardere - monisation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| **Equity** | | | - | - | - | - | **1,500** | **1,500** | - |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | - | - | 1,141 | 1,141 | 114 |
| **Private Placement-Equity** | | | - | - | - | - | **1,141** | **1,141** | **114** |
| **Equity Products** | | | - | - | - | - | **2,641** | **2,641** | **114** |
| **Product** | | | **8,421** | **2,076** | **5,000** | **5,000** | **100,476** | **120,973** | **35,624** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000413

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-02-13 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012855) | Divestiture Advisory | 75% | - | - | - | 751 | - |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | 8,686 | 8,686 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | - | - | - | 7,988 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | (145) | (145) | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | - | - | - | 30,811 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | - | - |
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra *(D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | Johnston Press - Acqn adv/fin for RIM (Proj Pacific) / Pacific. (DC14213) | Financing Advisory | 50% | - | - | - | 3,500 | - |
| | Lagardere - monisation of shares & convertible bond offering (D015805) | Book Trade | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005486) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | - | - | - | 751 | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | 68 | 68 | - | - | - |
| | Landmark Communications - general advisory(Retainer 2001-02) (DC14724) | Other M&A Advisory | N/A | - | - | 71 | - | - |
| Lovegrove, Stephen | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005486) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | - | - | - | 1,500 | - |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King *(D016091) | Equity-Convertible Bonds | N/A | 3,638 | 3,638 | - | - | - |
| MacInnes, Bruce | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Simfasi) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra *(D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | ProSieben - merger advisory with Kirch Media (PJ Concord a) / Concord (D014982) | Merger Advisory | 50% | - | - | - | 5,000 | - |
| | ProSieben - merger advisory with Kirch Media (PJ Concord a) / Concord (D014982) | Merger Advisory | N/A | 375 | 375 | - | - | - |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | - | - | - | 4,088 | - |
| Morris, J L Malcolm | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | - | - |
| | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (DC14121) | Divestiture Advisory | N/A | 1,631 | 1,631 | - | - | - |
| | Telefonica - Project Micro / Micro . (D012896) | Divestiture Advisory | 0% | - | - | - | 2,853 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (DC13398) | Bonds-Corporate High Yield | N/A | 452 | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | 75% | - | - | - | 1,426 | - |
| Thun-Hohenstein, Christian | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (DC11449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | Senior Bank Debt | 75% | - | - | - | 430 | - |
| | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Simfasi) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout / Twist & Sh (D010328) | Divestiture Advisory | 100% | - | - | - | 3,423 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (DO12541) | Acquisition Advisory | 0% | - | - | - | 3,423 | - |
| | BusinessWire - general advisory (DO05685) | Divestiture Advisory | 25% | - | - | - | 7,189 | - |
| | DTT-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | Liberty Media. | Senior Bank Debt | 50% | - | - | - | 1,300 | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | 3,474 | 3,474 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |
| Yung, Sun J. | Scientific Atlanta -acquisition of Barcone/-Project Baseball / Baseball (D013401) | Acquisition Advisory | 75% | - | - | - | 1,712 | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 13-FEB-2002
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 375 | 375 | 4,764 | (4,389) | - | 37,611 | 5,250 | 5,625 | 28,920 | (23,295) | - | - |
| Other Advisory | - | - | - | - | - | 3,500 | 1,750 | 1,750 | - | 1,750 | - | - |
| Total Advisory Products | 375 | 375 | 4,764 | (4,389) | - | 41,111 | 7,000 | 7,375 | 28,920 | (21,545) | - | - |
| ECM | - | - | - | - | - | - | - | - | - | - | - | - |
| Restricted Securities/PPE | 3,638 | 3,638 | 2,879 | 758 | - | 1,500 | - | 3,638 | 28,920 | (25,282) | - | - |
| Total Equity | 3,638 | 3,638 | 2,879 | 758 | - | 1,500 | - | 3,638 | 28,920 | (25,282) | - | - |
| HY Bonds | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Leveraged Loans | - | - | - | - | - | 430 | 323 | 323 | 4,130 | (3,808) | - | - |
| Loans IG | - | - | - | - | - | - | - | - | 4,130 | (4,130) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | - | - | - | - | - | 430 | 323 | 323 | 24,790 | (24,468) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 4,013 | 4,013 | 7,644 | (3,631) | - | 43,041 | 7,323 | 11,335 | 82,630 | (71,295) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000415

FRANCHISE - REVENUE BY DEAL
AS OF: 13-FEB-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 375 | 375 | - | EUR TECH |
| **Total M&A** | | **375** | **375** | **-** | |
| **Total Advisory Products** | | **375** | **375** | **-** | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | 3,638 | 3,638 | - | FRANCE |
| **Total Equity** | | **3,638** | **3,638** | **-** | |
| **Total Equity Products** | | **3,638** | **3,638** | **-** | |
| **Total Product** | | **4,013** | **4,013** | **-** | |

CONFIDENTIAL

DB 000416

FRANCHISE - PIPELINE BY DEAL
AS OF: 13-FEB-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Feb | Mar | Apr | May | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | Bertelsmann - pot buy-out of minorities in RTL (D014619) | 25 | - | - | - | 5,000 | 0 | 5,000 | 1,250 |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | - | - | 2,000 | 2,000 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Slimfast) (D016069) | 0 | - | 25 | - | - | 0 | 25 | - |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | ProSieben - merger advisory with Kirch Media (Prj Concordia) / Concord (D014982) | 50 | - | - | - | - | 5,000 | 5,000 | 2,500 |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | - | - | - | 4,086 | 4,086 | - |
| M&A | | | 2,000 | 25 | - | 5,000 | 30,586 | 37,611 | 5,250 |
| General Advisory | Johnston Press - Acqn adv/fin for RIM (Proj Pacific) / Pacific, (D014213) | 50 | - | - | - | - | 3,500 | 3,500 | 1,750 |
| General Advisory | | | - | - | - | - | 3,500 | 3,500 | 1,750 |
| Advisory Products | | | 2,000 | 25 | - | 5,000 | 34,086 | 41,111 | 7,000 |
| Leveraged Loans | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | 75 | 430 | - | - | - | 0 | 430 | 323 |
| Leveraged Loans | | | 430 | - | - | - | 0 | 430 | 323 |
| Debt Products | | | 430 | - | - | - | 0 | 430 | 323 |
| Equity | Lagardere - monitsation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | | | - | - | - | - | 1,500 | 1,500 | - |
| Equity Products | | | - | - | - | - | 1,500 | 1,500 | - |
| Product | | | 2,430 | 25 | - | 5,000 | 35,586 | 43,041 | 7,323 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000417

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-02-13 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | Johnston Press - Acqn advfin for RIM (Proj Pacific) / Pacific. (D014213) | Financing Advisory | 50% | - | - | - | 3,500 | - |
| | Lagardere - monisation of shares & convertible bond offering (D015805) | Block Trade | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Lovegrove, Stephen | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | - | - | - | 2,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | - | - | - | 1,500 | - |
| | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 0% | - | - | - | 1,500 | - |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | 3,838 | 3,838 | - | - | - |
| Macinnes, Bruce | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | - | - | - | 2,000 | - |
| | ProSieben - merger advisory with Kirch Media (PjI Concordia) / Concord (D014982) | Merger Advisory | 50% | - | - | - | 5,000 | - |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | Merger Advisory | N/A | 375 | 375 | - | - | - |
| | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | - | - | - | 4,086 | - |
| Thun-Hohenstein, Christian | Bertelsmann - pot buy-out of minorities in RTL (D014619) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 8,000 | - |
| | EMAP - GBP 650 mill bank refinancing (September 2001) (D013787) | Senior Bank Debt | 75% | - | - | - | 430 | - |
| | Fininvest - valuation/fairness opinion (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 0% | - | - | - | 25 | - |

CONFIDENTIAL

DB 000418

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**NA MEDIA (1)**

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 13,646 | 13,646 | 1,237 | 12,408 | 71 | 42,340 | 11,062 | 24,779 | 25,650 | (871) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory Products | 13,646 | 13,646 | 1,237 | 12,408 | 71 | 42,340 | 11,062 | 24,779 | 25,650 | (871) | - | - |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | (1) | (1) | 8,137 | (8,137) | - | 1,141 | 114 | 113 | 25,650 | (25,650) | - | - |
| | | | 40 | (41) | | | | | | 113 | | |
| Total Equity | (1) | (1) | 8,177 | (8,178) | - | 1,141 | 114 | 113 | 25,650 | (25,537) | - | - |
| HY Bonds | 5,384 | 5,384 | 4,786 | 598 | - | 1,426 | 1,070 | 6,454 | 7,330 | (876) | - | - |
| Bonds IG | - | - | - | - | - | - | - | - | 7,330 | (7,330) | - | - |
| Leveraged Loans | - | - | - | - | - | 32,111 | 16,056 | 16,056 | 3,665 | 12,391 | - | - |
| Loans IG | (121) | (121) | - | (121) | - | - | - | (121) | 3,665 | (3,786) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 5,263 | 5,263 | 4,786 | 477 | - | 33,538 | 17,126 | 22,388 | 21,990 | 398 | - | - |
| NIM(2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | 18,908 | 18,908 | 14,200 | 4,707 | 71 | 77,019 | 28,301 | 47,280 | 73,290 | (26,010) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000419

FRANCHISE - REVENUE BY DEAL
AS OF: 13-FEB-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Jan | Franchise Revenue YTD(Jan) | Franchise Revenue Feb | Other Coverage Groups |
|---|---|---|---|---|---|
| | Echostar - General Advisory (Vivendi) (D016541) | 8,686 | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | (145) | (145) | - | NA SPON |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | - | 71 | None |
| | TMP Worldwide - Project University / University 1 (D013407) | 3,474 | 3,474 | - | None |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 1,631 | 1,631 | - | EUR TELE, LA |
| Total M&A | | 13,646 | 13,646 | 71 | |
| Total Advisory Products | | 13,646 | 13,646 | 71 | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | 452 | 452 | - | NA SPON |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | 68 | 68 | - | NA TELE |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 4,864 | 4,864 | - | NA SPON |
| Total HY Bonds | | 5,384 | 5,384 | - | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (54) | (54) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (68) | (68) | - | None |
| Total Loans IG | | (121) | (121) | - | |
| Total Debt Products | | 5,263 | 5,263 | - | |
| | iBeam mtm (M1574) | (1) | (1) | - | None |
| Total Private Placement-Equity | | (1) | (1) | - | |
| Total Equity Products | | (1) | (1) | - | |
| Total Product | | 18,908 | 18,908 | 71 | |

CONFIDENTIAL

DB 000420

FRANCHISE PIPELINE BY DEAL
AS OF 13-FEB-2002
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Feb | Mar | Apr | May | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | - | - | 3,423 | 3,423 | 3,423 |
| M&A | Aurora Communications - general advisory (D012858) | 75 | - | 751 | - | - | 0 | 751 | 563 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster. (D012541) | 0 | - | - | - | - | 3,423 | 3,423 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 7,189 | 7,189 | 1,797 |
| M&A | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,988 | 7,988 | 3,994 |
| M&A | KPN - strategic advisory on communications towers (Pisa) / Pisa . (D011251) | 0 | - | - | 5,000 | - | 0 | 5,000 | - |
| M&A | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 75 | 1,712 | - | - | - | 0 | 1,712 | 1,284 |
| M&A | Telefonica - Project Micro / Micro . (D012896) | 0 | 2,853 | - | - | - | 0 | 2,853 | - |
| **M&A** | | | **4,565** | **751** | **5,000** | **-** | **32,024** | **42,340** | **11,062** |
| **Advisory Products** | | | **4,565** | **751** | **5,000** | **-** | **32,024** | **42,340** | **11,062** |
| HY Bonds | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | 75 | 1,426 | - | - | - | 0 | 1,426 | 1,070 |
| **HY Bonds** | | | **1,426** | **-** | **-** | **-** | **0** | **1,426** | **1,070** |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 30,811 | 30,811 | 15,406 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013612) | 50 | - | 1,300 | - | - | 0 | 1,300 | 650 |
| **Leveraged Loans** | | | **-** | **1,300** | **-** | **-** | **30,811** | **32,111** | **16,056** |
| **Debt Products** | | | **1,426** | **1,300** | **-** | **-** | **30,811** | **33,538** | **17,126** |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | - | - | 1,141 | 1,141 | 114 |
| **Private Placement-Equity** | | | **-** | **-** | **-** | **-** | **1,141** | **1,141** | **114** |
| **Equity Products** | | | **-** | **-** | **-** | **-** | **1,141** | **1,141** | **114** |
| **Product** | | | **5,991** | **2,051** | **5,000** | **-** | **63,977** | **77,019** | **28,301** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000421

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-02-13 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JAN FRANCHISE VALUE | YTD JAN FRANCHISE VALUE | FEB FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | - | - | - | - | - |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | 8,686 | 8,686 | - | 751 | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Acquisition Advisory | 50% | - | - | - | 7,988 | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Acquisition Advisory | N/A | (145) | (145) | - | - | - |
| | Echostar - acqn advisory and financing (GM + HE) (D014601) | Bridge Loans | 50% | - | - | - | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | 30,811 | - |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | 75% | - | - | - | 751 | - |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | 60 | 66 | - | - | - |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | - | - | 71 | - | - |
| Morris, J L Malcolm | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | 4,864 | 4,864 | - | - | - |
| | KPN - strategic advisory on communications towers (Pisa) / Pisa - (D011251) | Divestiture Advisory | 0% | - | - | - | 5,000 | - |
| | Telecom Italia Mobile - M&A - Project Eiffel / Eiffel (D014121) | Divestiture Advisory | N/A | 1,631 | 1,631 | - | - | - |
| | Telefonica - Project Micro / Micro - (D012896) | Divestiture Advisory | 0% | - | - | - | 2,853 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | 452 | 452 | - | - | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | 75% | - | - | - | 1,426 | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | - | - | - | 3,423 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | - | - | - | 3,423 | - |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 7,189 | - |
| | DT/T-Online - Project Shakespeare (ex-140) / Shakespeare (ex-140, form (D010255) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| | Liberty Media - | Senior Bank Debt | 50% | - | - | - | 1,300 | - |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | 3,474 | 3,474 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |
| Yung, Sun J. | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | 75% | - | - | - | 1,712 | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,141 | - |

CONFIDENTIAL

DB 000422

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 13-FEB-2002**
**EUROS IN 000'S**
**ASIA PACIFIC MEDIA (1)**

| PRODUCT | Jan Franchise Revenue | YTD(Jan) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Feb Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | | | | | | | | | | | | |
| Other Advisory | | | | | | | | | | | | |
| Total Advisory Products | | | | | | 913 | | | | | | |
| ECM | | | | | | | | | | | | |
| Restricted Securities/PPE | | | | | | | | | | | | |
| Total Equity | | | | | | 913 | | | | | | |
| HY Bonds | | | | | | | | | | | | |
| Bonds IG | | | | | | | | | | | | |
| Leveraged Loans | | | | | | | | | | | | |
| Loans IG | | | | | | | | | | | | |
| Project Finance Advisory | | | | | | | | | | | | |
| Total Debt | | | | | | | | | | | | |
| NIM(2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | | | | | | 913 | | | | | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded (except REIB and Latin America)
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000423

FRANCHISE - PIPELINE BY DEAL
AS OF 13-FEB-2002
EUROS IN 000'S
ASIA/PACIFIC MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Feb | Mar | Apr | May | | | | |
| M&A | | | | | | | | | | |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US$50-70mn / Silver_(L | 0 | - | - | - | - | - | 913 | 913 | - |
| Advisory Products | | | - | - | - | - | - | 913 | 913 | - |
| Product | | | - | - | - | - | - | 913 | 913 | - |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000424