**FRANCHISE REVENUE & PIPELINE SUMMARY**
**AS OF 15-MAY-2002**
**EUROS IN 000'S**
**(GLOBAL MEDIA (1))**

| PRODUCT | Apr Franchise Revenue | YTD(Apr) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | May Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | 823 | 19,730 | 20,877 | (1,146) | - | 75,153 | 14,251 | 33,982 | 49,000 | (15,018) | - | - |
| Other Advisory | | | | | | 1,098 | | | | | - | - |
| **Total Advisory Products** | 823 | 19,730 | 20,877 | (1,146) | - | 76,249 | 14,251 | 33,982 | 49,000 | (15,018) | - | - |
| **ECM** | 1,998 | 9,543 | 10,157 | (615) | 15,216 | 19,996 | 3,156 | 27,916 | 49,000 | (21,084) | - | - |
| Restricted Securities/PPE | | (1) | 18 | (19) | - | 1,099 | 110 | 108 | 108 | | - | - |
| **Total Equity** | 1,998 | 9,542 | 10,175 | (633) | 15,215 | 21,092 | 3,268 | 28,025 | 49,000 | (20,975) | - | - |
| **HY Bonds** | 410 | 10,604 | 5,353 | 5,151 | - | 3,287 | 822 | 11,326 | 14,000 | (2,674) | - | - |
| Bonds IG | 141 | 1,266 | - | 1,266 | - | - | | 1,266 | 14,000 | (12,732) | | |
| Leveraged Loans | 2,139 | 7,866 | - | 7,866 | - | 37,864 | 21,192 | 29,058 | 14,000 | 15,058 | - | - |
| Project Finance Advisory | | | | | | | | | | | | |
| **Total Debt** | 2,690 | 19,638 | 5,353 | 14,285 | - | 41,150 | 22,014 | 41,652 | 42,000 | (348) | - | - |
| **NIM(2)** | | | | | | | | | | | | |
| Other | (116) | (478) | - | (478) | - | - | | (478) | | (478) | - | - |
| **Total CF Revenue** | 6,394 | 48,432 | 36,405 | 12,027 | 16,216 | 138,491 | 39,533 | 103,180 | 140,000 | (36,820) | | |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000457

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 15-MAY-2002**
**EUROS 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May | Other Coverage Groups |
|---|---|---|---|---|---|
| | Albritton Communications - General Advisory (News Ch 8) (D020688) | 111 | 111 | - | NA Lev Fin |
| | Aurora Communications - general advisory (D012658) | | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock... (D014619) | 10 | 2,010 | - | None |
| | Echostar - General Advisory (Vivendi) (D014541) | | 8,696 | - | None |
| | Echostar - acen advisory and financing (GM + HE) (D014601) | | (145) | - | NA FIN SPO |
| | Gazprom - sale of Gazprom Media to Soulnik Group (Astra) / Astra * (D013840) | 2,367 | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | | 75 | - | Oth. Eur., PORTUGAL |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | | 72 | - | None |
| | ProSieben - merger advisory with Kirch Media (Plt Concordia) / Concord (D014982) | | 525 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconac-Project Baseball/ Baseball (D013401) | | 1,521 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | | 1,810 | - | EUR TECH |
| | TV Globo - Project Waves / Waves ... (D013828) | (1,664) | 89 | - | LA |
| | Telecom Italle Mobile - M&A - Project Eifel / Eifel (D014121) | | 1,578 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **823** | **19,730** | - | |
| **Total Advisory Products** | | **823** | **19,730** | | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | 11 | 462 | - | NA FIN SPO |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | | 66 | - | NA TELE |
| | Echostar - HY offering (Hughes Electronics) (D016727) | | 399 | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | 399 | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 4,864 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | | 528 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | | 544 | - | None |
| **Total HY Bonds** | | **410** | **10,804** | - | |
| | AOL Time Warner Inc. - IG Bond (M3404) | 141 | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020145) | | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | | 995 | - | None |
| **Total Bonds IG** | | **141** | **1,268** | - | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | 209 | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | 1,930 | 1,930 | - | NA FIN SPO, NA Lev Fin |
| **Total Leveraged Loans** | | **2,139** | **7,866** | | |
| | Digital River - block trade (4Q 01) (D016304) | | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 133 | 1,969 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | | 3,592 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | | - | 3,982 | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | | - | 1,667 | UK |
| | LIN Television - IPO (D020127) | | - | 9,401 | NA FIN SPO |
| | MediaNation - HK$445.8mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D020494) | 372 | (1,235) | - | ASIA SPON, CHINA, NA FIN SPO |
| **Total Debt Products** | | **2,690** | **19,638** | | |

CONFIDENTIAL

**FRANCHISE - REVENUE BY DEAL**
**AS OF 15-MAY-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May | Other Coverage Groups |
|---|---|---|---|---|---|
| | Publicis Groupe SA - convertible bond Ot 2002(King) / King * (DO16091*) | - | 3,638 | - | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (DO21881) | 745 | 745 | - | None |
| | SONICblue - debt private placement (2Q 02) (DO21186) | - | - | 184 | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (DO22418) | 748 | 748 | - | NA FIN SPO |
| **Total Equity** | | **1,998** | **9,543** | **15,215** | |
| | iBeam Broadcasting-Warrant income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M157A) | - | (1) | - | None |
| **Total Private Placement-Equity** | | **-** | **(1)** | **-** | |
| **Total Equity Products** | | **1,998** | **9,542** | **15,215** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (51) | (212) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (65) | (267) | - | None |
| **Total Loans IG** | | **(116)** | **(478)** | **-** | |
| **Total Other Financing Products** | | **(116)** | **(478)** | **-** | |
| **Total Product** | | **5,394** | **48,432** | **15,215** | |

CONFIDENTIAL

DB 000459

**FRANCHISE - PIPELINE BY DEAL**
AS OF: 15-MAY-2002
EUROS IN 000S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Month(1) | Franchise Revenue Total | Probability Weighted Pipeline |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | May | Jun | Jul | Aug | | | |
| MAA | AT&T Broadband - general advisory (Project Twist & Shout) / Twixt & Sh (D010328) | 75 | | | | | 3,834 | 3,834 | 2,876 |
| MAA | BNG Storage Media - Project Blockbuster / Broxbausten (D012541) | 0 | | | | | 3,287 | 3,287 | - |
| MAA | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015828) | 0 | | | | | 16,500 | 18,500 | - |
| MAA | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015339) | 0 | | 2,000 | | | | 2,000 | - |
| MAA | BusinessWire - general advisory (D005685) | 25 | | | | | 5,916 | 5,916 | 1,479 |
| MAA | Datacraft Asia - Acq of HK-based System Integrator US$c-70mn / Silver (D011659) | 0 | | | | | 875 | 875 | - |
| MAA | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | 0 | | | | | 6,000 | 6,000 | - |
| MAA | Echostar - acqn advisory and financing (GM - HE) (D014601) | 0 | | | | | 7,669 | 7,669 | - |
| MAA | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016089) | 50 | | 750 | | | | 7,669 | 3,834 |
| MAA | Impresa/Cofina -poll merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 25 | | 1,500 | | | | 750 | 168 |
| MAA | Johnston Press - Acqn advisory for RIM / Pacific (D014213) | 50 | | | | | 1,500 | 1,500 | 750 |
| MAA | Lagardere - project Larry/Emma (Eagle) / Eagle - (D005469) | 50 | 3,690 | | | | | 3,690 | 1,845 |
| MAA | Milcrosoft - General Advisory (2002) (Force) / Force (D022289) | 25 | | | | | 10,000 | 10,000 | - |
| MAA | Pinnacle Holdings - general advisory (2001) (D010190) | 25 | | | | | 822 | 822 | 205 |
| MAA | Rand McNally & Co - general advisory (D012288) | 50 | | | | | 3,287 | 3,287 | 1,643 |
| MAA | Spyglass Holdings - Fairness Opinion (SBC) (D022702) | 25 | | 3,287 | | | | 3,287 | 822 |
| MAA | TV Globo - Project Waves / Waves - (D015808) | 50 | | | | | 548 | 548 | 274 |
| MAA | Taylor Nelson Sofres - potential acquisition of Observer AB / Monode (D002405) | 100 | | | | | 82 | 82 | 82 |
| MAA | Telecom Italia Mobile - MAA - Project Eifel / Eifel (D014121) | 0 | | 4,011 | | | | 4,011 | 62 |
| MAA | | 25 | | | | | 1,096 | 1,096 | 274 |
| **MAA** | | 0 | 3,690 | 11,548 | | | 59,816 | 75,163 | 14,251 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | | | | | 1,096 | 1,096 | - |
| **Real Estate Advisory** | | 0 | | | | | 1,096 | 1,096 | - |
| **Advisory Products** | | | 3,690 | 11,548 | | | 61,011 | 76,249 | 14,251 |
| HY Bonds | Data Transmission Network - bank/bond financing (3Q 02) (D022812) | 25 | | | 3,287 | | 0 | 3,287 | 822 |
| **HY Bonds** | | 25 | | | 3,287 | | 0 | 3,287 | 822 |
| Leveraged Loans | Comcast - acq financing for AT&T Broadband (D020813) | 50 | 1,972 | | | | 0 | 1,972 | 986 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | 29,579 | | 0 | 29,579 | 14,790 |
| Leveraged Loans | Johnstone - $580mn debt acqn financing for RIM acquisition / Jupiter - (D014834) | 100 | 2,728 | | | | 0 | 2,728 | 2,728 |
| Leveraged Loans | Sinclair Broadcasting - refinancing (D021982) | 75 | | 3,287 | | | 0 | 3,287 | 2,465 |
| Leveraged Loans | Yell - US$40mn financing for acqn of Mcleod Publishing (D020465) | 75 | 299 | | | | 0 | 299 | 224 |
| **Leveraged Loans** | | 75 | 4,998 | 3,287 | 29,579 | | 0 | 37,864 | 21,192 |
| **Debt Products** | | | 4,998 | 3,287 | 32,866 | | 0 | 41,150 | 22,014 |
| Equity | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | 50 | | 1,753 | | | 0 | 1,753 | 876 |
| Equity | Blockbuster - IPO (1Q 02) (D014712) | 0 | 1,862 | | | | 0 | 1,862 | - |
| Equity | Lycksele Broadcasting - IPO (D023066) | 0 | | | | | 5,478 | 5,478 | - |
| Equity | Lagardere - monetisation of shares & convertible bond offering (D015805) | 0 | | | | | 1,500 | 1,500 | - |
| Equity | Leap Frog Enterprises - IPO financing (D016006) | 75 | | 876 | | | 0 | 876 | 657 |
| Equity | SONICblue - debt private placement (2Q 02) (D021185) | 0 | | 2,027 | | | 0 | 2,027 | - |
| Equity | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 25 | | | | | 6,500 | 6,500 | 1,625 |
| **Equity** | | | 1,862 | 4,656 | | | 13,478 | 19,996 | 3,159 |
| Private Placement-Equity | nCube - equity private placement (2002) (D014472) | 10 | | 1,096 | | | 0 | 1,096 | 110 |
| **Private Placement-Equity** | | 10 | | 1,096 | | | 0 | 1,096 | 110 |
| **Equity Products** | | | 1,862 | 5,752 | | | 13,478 | 21,092 | 3,268 |
| **Product** | | | 10,551 | 20,686 | 32,866 | | 74,489 | 138,491 | 39,553 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000460

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-05-15 (Wed)
EUROS IN 000'S
Global Media:

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Arming, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,932 | | | |
| | Citdel Broadcasting - IPO (D023088) | Equity-IPO | 0% | | | | 6,478 | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,886 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | 398 | 399 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,669 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM-HE) (D014601) | Bridge Loans | 50% | | | | 29,579 | |
| | Emmis Communications - Block Trade (2Q 02) (D021869) | Block Trade | 50% | 133 | 1,969 | | | |
| | Entercon Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | N/A | | 1,017 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020126) | Equity-Secondary | N/A | | 3,592 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing (D015859) | Bonds-Corporate High Yield | N/A | | 4,884 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican (D015959) | Senior Bank Debt | N/A | 209 | 5,906 | | | |
| | MediaNation - HK$446.6mn, IPO on GEM - Proj Bus / Bus (Axe ECM) (D000494) | Equity-IPO | N/A | 372 | (1,235) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021681) | Equity-Secondary | 25% | 745 | 746 | | 3,287 | |
| | Rand McNally & Co - general advisory (D016239) | Divestiture Advisory | 25% | | | | | |
| | Sinclair Broadcasting - HY offering (4Q 01) (D016235) | Bonds-Corporate High Yield | 25% | | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,287 | |
| Austin, Geoffrey | APAA/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 85% | 2,367 | 2,367 | | 1,753 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | N/A | | | | | |
| | Johnson Press - Acqn advisory for RIM / Pacific (D014213) | Acquisition Advisory | 50% | | | | 3,690 | |
| | Johnson Press - rights issue for acqn of RIM (D022944) | Equity-Rights | N/A | | | 1,667 | | |
| | Johnson Press - £950mn debt financing for RIM acquisition / Jupiter... (D014834) | Senior Bank Debt | 100% | | | | 2,728 | |
| | Legardere - monitsation of shares & convertible bond offering (D016505) | Block Trade | 0% | | | | 1,600 | |
| | Legardere - project Larry/Emma (Eagle) - (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| | Yell - US$440mn financing for acqn of Mcleod Publishing (D020485) | Senior Bank Debt | 75% | | | | 299 | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Blackboard - IPO (1Q 02) (D014712) | Equity-IPO | 0% | | | | 1,862 | |
| | Citdel Broadcasting - IPO (D023088) | Equity-IPO | 0% | | | | 5,478 | |
| | Entercom Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | 0% | | | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020126) | Equity-Secondary | N/A | | 1,017 | | | |
| | Leap Frog Enterprises - IPO financing (D019209) | Equity-IPO | 75% | | 3,562 | | 878 | |
| | MediaNation - HK$446.6mn, IPO on GEM - Proj Bus / Bus (Axe ECM) (D000494) | Equity-IPO | N/A | | | | | |
| | NextMedia Group - HY offering (1Q 02) (D019323) | Bonds-Corporate High Yield | N/A | 372 | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Bonds-Corporate High Yield | N/A | 745 | 745 | | | |
| | Sinclair Broadcasting - HY offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 528 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,287 | |
| Groves, Daniel B. | Adephia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | 68 | 68 | | | |
| | Allemon Communications - General Advisory (News Ch 8) (D020886) | Fairness Opinion | N/A | 111 | 111 | | | |
| | Lazrimark Communications - general advisory/Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 72 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | 748 | 748 | | | |
| Lovegrove, Stephen | APAA/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 50% | 2,010 | 2,010 | | 1,753 | |
| | Bertelsmann - Project Rock / Rock.. (D014519) | Acquisition Advisory | 0% | 10 | | | 16,500 | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015828) | Acquisition Advisory | 0% | | | | 2,003 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015369) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 1,500 | |
| | Impresa/Cofina -pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | | |
| | Impresa/Cofina -pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 75 | | | |
| | Legardere - project Larry/Emma (Eagle) - (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | | |
| | Impresa/Cofina -pot merger of Impresa w/ investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 75 | | 1,500 | |
| | Publicis Groupe SA - convertible bond 01 2002(King) / King * (D016081) | Equity-Convertible Bonds | N/A | | 3,538 | | | |
| Macines, Bruce | Bertelsmann - Project Rock / Rock.. (D014519) | Acquisition Advisory | N/A | 10 | 2,010 | | | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015828) | Acquisition Advisory | 0% | | | | 16,500 | |

CONFIDENTIAL

DB 000461

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-05-15 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Fininvest - valuations (Focus) / Focus (ex-Stimfast) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013844) | Divestiture Advisory | 25% | - | - | - | - | - |
| | ProSieben - merger advisory with Kirch Media (Pli Concordia) / Concord (D014982) | Merger Advisory | N/A | - | - | - | - | - |
| | Taylor Nelson Sofres - potential acquisition of Observer AB / Monoda (D002406) | Other M&A Advisory | 0% | - | - | - | 4,011 | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022762) | Equity-IPO | 25% | 2,367 | - | - | 6,500 | - |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | - | - | - | 1,096 | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015659) | Bonds-Corporate High Yield | N/A | - | 4,864 | - | - | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015659) | Senior Bank Debt | N/A | 209 | 5,936 | - | - | - |
| | Pinnacle Holdings - general advisory (2001) (D016180) | Divestiture Advisory | 50% | - | - | - | 3,287 | - |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | 50% | - | - | - | 648 | - |
| | TV Globo - Project Waves / Waves ... (D018928) | Divestiture Advisory | 75% | - | - | - | 82 | - |
| | TV Globo - Project Waves / Waves ... (D018928) | Divestiture Advisory | N/A | - | 89 | - | - | - |
| | Telecom Italia Mobile - MdA - Project Eifel / Eifel (D014121) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Telecom Italia Mobile - MdA - Project Eifel / Eifel (D014121) | Divestiture Advisory | N/A | - | 1,378 | - | 1,096 | - |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013998) | Bonds-Corporate High Yield | N/A | 11 | 462 | - | - | - |
| | Data Transmission Network - bank/bond financing (2Q 02) (D022012) | Bonds-Corporate High Yield | 25% | - | - | - | 3,287 | - |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | 25% | - | 1,525 | - | - | - |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | - | - | 9,401 | - | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | 1,930 | 1,930 | - | - | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014981) | Bonds-Corporate High Yield | N/A | - | 544 | - | - | - |
| Siver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022012) | Bonds-Corporate High Yield | 25% | - | - | - | 3,287 | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | 1,930 | 1,930 | - | - | - |
| | Young Broadcasting - HY Offering (4Q 01) (D014981) | Bonds-Corporate High Yield | N/A | - | 544 | - | - | - |
| Thun-Hohenstein, Christa | Berlskmann - Project Rock / Rock (D014619) | Acquisition Advisory | N/A | 10 | 2,010 | - | - | - |
| | Berlskmann - Project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D018926) | Acquisition Advisory | 0% | - | - | - | - | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011446) | Divestiture Advisory | 0% | - | - | - | - | - |
| | Fininvest - valuations (Focus) / Focus (ex-Stimfast) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout / Twist & Sh (D010328) | Divestiture Advisory | 75% | - | - | - | 3,834 | - |
| | BMG Storage Media - Project Blockbuster / Blockbuster - (D012341) | Acquisition Advisory | 0% | - | - | - | 3,287 | - |
| | BusinessWire - general advisory (D005585) | Divestiture Advisory | 25% | - | - | - | 5,915 | - |
| | Comcast - acq financing for AT&T Broadband (D020813) | Senior Bank Debt | 50% | - | - | - | 1,972 | - |
| | Digital River - block trade (4Q 01) (D016504) | Equity-Secondary | N/A | - | 85 | - | - | - |
| | TMP Worldwide - Project University / University (D015407) | Acquisition Advisory | N/A | (1,864) | 1,810 | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,096 | - |
| Yong, Sun J. | Comcast - acq financing for AT&T Broadband (D020813) | Senior Bank Debt | 50% | - | - | - | 1,972 | - |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020807) | Equity/OCB Solutions Bonds | N/A | - | - | - | - | - |
| | Microsoft - General Advisory (2002) / Fore) / Fore (D022289) | Divestiture Advisory | 25% | - | - | 3,992 | 822 | - |
| | SONICbuve - debt private placement (2Q 02) (D021166) | Equity-PIPE | 0% | - | - | - | 2,027 | - |
| | SONICbuve - debt private placement (2Q 02) (D021165) | Equity-PIPE | N/A | - | - | 164 | - | - |
| | Scisys/Alcatel Alcatel - acquisition of Bennmel Baseball / Basebal (D013471) | Acquisition Advisory | N/A | - | - | - | - | - |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | 1,521 | - | 1,096 | - |

CONFIDENTIAL

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 15 MAY 2002**
**EUROS IN 000'S**
**NA MEDIA (1)**

| PRODUCT | Apr Franchise Revenue | YTD(Apr) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | May Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | (1,552) | 14,754 | 9,000 | 5,747 | - | 29,826 | 11,409 | 26,223 | 25,650 | 573 | - | - |
| Other Advisory | - | - | - | - | - | 1,066 | - | - | - | - | - | - |
| **Total Advisory Products** | (1,553) | 14,754 | 9,006 | 5,747 | - | 30,931 | 11,469 | 26,223 | 25,650 | 573 | - | - |
| ECM | 1,998 | 5,905 | 9,245 | (3,340) | 13,548 | 10,243 | 657 | 20,110 | 25,650 | (5,540) | - | - |
| Restricted Securities/PPE | - | (1) | 18 | (19) | - | 1,066 | 110 | 108 | - | 108 | - | - |
| **Total Equity** | 1,998 | 5,904 | 9,263 | (3,359) | 13,548 | 11,339 | 767 | 20,219 | 25,650 | (5,431) | - | - |
| HY Bonds | 410 | 10,504 | 5,353 | 5,151 | - | 3,287 | 822 | 11,328 | 7,330 | 3,996 | - | - |
| Bonds IG | 141 | 1,268 | - | 1,268 | - | - | - | 1,268 | 7,330 | (6,062) | - | - |
| Leveraged Loans | 2,139 | 7,866 | - | 7,866 | - | 34,838 | 18,241 | 28,107 | 7,330 | 18,777 | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Debt** | 2,690 | 19,638 | 5,353 | 14,285 | - | 38,124 | 19,062 | 38,701 | 21,990 | 16,711 | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (116) | (478) | - | (478) | - | - | - | (478) | - | (478) | - | - |
| **Total Of Revenue** | 3,018 | 39,818 | 23,622 | 16,155 | 13,548 | 80,388 | 51,298 | 84,963 | 73,290 | 11,673 | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) M/M on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000463

**FRANCHISE - REVENUE BY DEAL**
**AS OF 15-MAY-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (DO20086) | 111 | 111 | - | NA Lev Fin |
| | Aurora Communications - general advisory (DO12858) | - | 1,032 | - | None |
| | Echostar - General Advisory (Vivendi) (DO16541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (DO14601) | - | (145) | - | NA FIN SPO |
| | Landmark Communications - general advisory(Retainer 2001-02) (DO14724) | - | 72 | - | None |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (DO13401) | - | 1,521 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (DO13407) | (1,664) | 1,810 | - | None |
| | TV Globo - Project Waves / Waves .... (DO13628) | - | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eiffel / Eiffel (DO14121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **(1,553)** | **14,764** | **-** | |
| **Total Advisory Products** | | **(1,553)** | **14,764** | **-** | |
| | AMC Entertainment - acq financing for General Cinema (DO13398) | 11 | 462 | - | NA FIN SPO |
| | Adelphia Communications - HY Offering (2Q 01) (DO13200) | - | 68 | - | NA TELE |
| | Echostar - HY offering (Hughes Electronics) (DO16727) | 399 | 399 | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (DO20688) | - | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (DO02033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (DO15959) | - | 4,864 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (DO13233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (DO16235) | - | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (DO21370) | - | 528 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (DO14961) | - | 544 | - | None |
| **Total HY Bonds** | | **410** | **10,504** | **-** | |
| | AOL Time Warner Inc. - IG Bond (M3404) | 141 | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (DO20146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **141** | **1,268** | **-** | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (DO15959) | 209 | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (DO16578) | 1,930 | 1,930 | - | NA FIN SPO, NA Lev Fin |
| **Total Leveraged Loans** | | **2,139** | **7,866** | **-** | |
| | Digital River - block trade (4Q 01) (DO16304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (DO21959) | 133 | 1,969 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (DO20128) | - | 3,592 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (DO20657) | - | - | 3,982 | None |
| | LIN Television - IPO (DO20127) | - | - | 9,401 | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (DO00494) | 372 | (1,235) | - | ASIA SPON, CHINA, NA FIN SPO |
| | Radio One - Secondary Offering (2Q 02) (DO21881) | 745 | 745 | - | None |
| **Total Debt Products** | | **2,690** | **19,638** | **-** | |

CONFIDENTIAL

DB 000464

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 15-MAY-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May 184 | Other Coverage Groups |
|---|---|---|---|---|---|
| | SONI(Cblue - debt private placement (2Q 02) (DO21165) | - | - | - | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (DO22418) | 748 | 748 | - | NA FIN SPO |
| **Total Equity** | | **1,998** | **5,906** | **13,548** | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Private Placement-Equity** | | **-** | **(1)** | **-** | |
| **Total Equity Products** | | **1,998** | **5,904** | **13,548** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (51) | (212) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (65) | (267) | - | None |
| **Total Loans IG** | | **(116)** | **(478)** | **-** | |
| **Total Other Financing Products** | | **(116)** | **(478)** | **-** | |
| **Total Product** | | **3,018** | **39,818** | **13,548** | |

CONFIDENTIAL

DB 000465

FRANCHISE - PIPELINE BY DEAL
AS OF 15-MAY-2002
EUROS IN 000'S
MA MEDIA

| | | | Franchise Value | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| PRODUCT | DEAL | PROBABILITY | May | Jun | Jul | Aug | Future Months(1) | | |
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | | | | | 3,834 | 3,834 | 2,876 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | 0 | | | | | 3,287 | 3,287 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | | | | | 5,916 | 5,916 | 1,479 |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | | | 7,669 | 7,669 | 3,834 |
| M&A | Microsoft - General Advisory (2002) ( Fore) / Fore (D022289) | 25 | | | | | 822 | 822 | 205 |
| M&A | Pinnacle Holdings - general advisory (2001) (D010190) | 50 | | | | | 822 | 822 | 1,643 |
| M&A | Rand McNally & Co - general advisory (D012298) | 25 | | 3,287 | | | 0 | 3,287 | 822 |
| M&A | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | 50 | | | | | 3,287 | 3,287 | 822 |
| M&A | TV Globo - Project Waves / Waves ... (D013528) | 75 | | | | | 548 | 548 | 274 |
| M&A | Telecom Italia Mobile - M&A - Project Eiffel / Eiffel (D014121) | 25 | | | | | 82 | 82 | 62 |
| M&A | | | | 3,287 | | | 26,539 | 29,836 | 11,469 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | | | | | 1,096 | 1,096 | - |
| Real Estate Advisory | | | | | | | 1,096 | 1,096 | - |
| Advisory Products | | | | 3,287 | | | 27,635 | 30,921 | 11,469 |
| HY Bonds | Data Transmission Network - bank/bond financing (3Q 02) (D022812) | 25 | | | 3,287 | | 0 | 3,287 | 822 |
| HY Bonds | | | | | 3,287 | | 0 | 3,287 | 822 |
| Leveraged Loans | Comcast - acq financing for AT&T Broadband (D020813) | 50 | 1,972 | | | | 0 | 1,972 | 986 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | | | 29,579 | | 0 | 29,579 | 14,790 |
| Leveraged Loans | Sinclair Broadcasting - refinancing (D021892) | 75 | | 3,287 | | | 0 | 3,287 | 2,465 |
| Leveraged Loans | | | 1,972 | 3,287 | 29,579 | | 0 | 34,838 | 18,241 |
| Debt Products | | | 1,972 | 3,287 | 32,866 | | 0 | 38,124 | 19,062 |
| Equity | Blackboard - IPO (1Q 02) (D014712) | 0 | 1,862 | | | | 0 | 1,862 | 110 |
| Equity | Cidel Broadcasting - IPO (D023066) | 0 | | | | | 5,478 | 5,478 | 110 |
| Equity | Leap Frog Enterprises - IPO financing (D016309) | 75 | | 876 | | | 0 | 876 | 657 |
| Equity | SONICblue - debt private placement (2Q 02) (D021165) | 0 | | 2,027 | | | 0 | 2,027 | - |
| Equity | | | 1,862 | 2,903 | | | 5,478 | 10,243 | 657 |
| Private Placement-Equity | nCube - equity private placement (2002) (C011477) | .10 | | 1,096 | | | 0 | 1,096 | 110 |
| Private Placement-Equity | | | | 1,096 | | | 0 | 1,096 | 110 |
| Equity Products | | | 1,862 | 3,999 | | | 5,478 | 11,339 | 767 |
| Product | | | 3,834 | 10,572 | 32,866 | | 33,112 | 80,385 | 31,298 |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000466

**FRANCHISE, REVENUE & PIPELINE BY MD & DIR**
2002-05-15 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amheg, Jeffrey | Aurora Communications - general advisory (D012868) | Divesiture Advisory | N/A | | 1,032 | | | |
| | Cldel Broadcasting - IPO (D020066) | Equity-IPO | 0% | | | | 5,478 | 5,478 |
| | Echostar - General Advisory (Weand)) (D016541) | Other M&A Advisory | N/A | | 8,586 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | 50% | 398 | 399 | | 7,869 | 7,869 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | 29,579 | 29,579 |
| | Emmis Communications - Block Trade (2Q 02) (D021859) | Block Trade | N/A | | | | | |
| | Entercom Communications - secondary offering (1Q 02) (D022128) | Bonds-Corporate High Yield | N/A | 133 | 1,989 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Senior-Secondary | N/A | | 3,692 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 4,864 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 209 | 5,936 | | | |
| | Mediablitzon - HK$45.6mn IPO on GEM - Proj Sup / Bus (Asia ECM) (D000484) | Equity-IPO | N/A | 372 | (1,235) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021851) | Equity-Secondary | N/A | 745 | 745 | | 745 | |
| | Rand McNally & Co - general advisory (D012289) | Divesiture Advisory | 25% | | | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | 3,287 | 3,287 |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | | |
| Carey, Charles | Aurora Communications - general advisory (D012868) | Divesiture Advisory | N/A | | 1,032 | | | |
| | Blackboard - IPO (1Q 02) (D014712) | Equity-IPO | 0% | | | | 1,862 | 1,862 |
| | Cldel Broadcasting - IPO (D020066) | Equity-IPO | 0% | | | | 5,478 | 5,478 |
| | Entercom Communications - HY offering (1Q 02) (D020088) | Bonds-Corporate High Yield | N/A | | 1,017 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 3,592 | | | |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | 75% | 876 | (85) | | 876 | 876 |
| | Mediablitzon - HK$45.6mn IPO on GEM - Proj Sup / Bus (Asia ECM) (D000484) | Equity-IPO | N/A | | | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | | 745 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021851) | Equity-Secondary | N/A | 745 | 745 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,206 | | 3,287 | 3,287 |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | 528 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Landmark Communications - General Advisory (D020686) | Fairness Opinion | N/A | 111 | 111 | | | |
| | Landmark Communications - secondary advisory/Redliner 2000-2Q (D014724) | Other M&A Advisory | N/A | | 72 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | 748 | 748 | | | |
| Morris, J. L. Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020607) | Real Estate Advisory | 0% | | 462 | | 1,096 | 1,096 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | | | 3,287 | 3,287 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | 209 | 1,505 | | 548 | 548 |
| | Pinnacle Holdings - general advisory (2001) (D016190) | Divesiture Advisory | 50% | | | 9,401 | 82 | 82 |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | 50% | | 89 | | | |
| | TV Globo - Project Waves / Waves (D013628) | Divesiture Advisory | 75% | | | | | |
| | TV Globo - Project Waves / Waves (D013828) | Divesiture Advisory | N/A | | 69 | | | |
| | Telecom Italia Mobile - M&A - Project Elfie / Elfei (D014121) | Divesiture Advisory | 25% | | | | 1,096 | 1,096 |
| | Telecom Italia Mobile - M&A - Project Elfie / Elfei (D014121) | Divesiture Advisory | N/A | | 1,578 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013396) | Bonds-Corporate High Yield | N/A | 11 | 462 | | | |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | 1,505 | | 3,287 | 3,287 |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | | | | |
| | UH television - IPO (D020127) | Equity-IPO | N/A | | | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016578) | Senior Bank Debt | N/A | 1,930 | 1,920 | | | |
| | Young Broadcasting - HY offering (4Q 01) (D014661) | Bonds-Corporate High Yield | N/A | | 544 | | | |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | 1,930 | | 3,287 | 3,287 |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016578) | Senior Bank Debt | N/A | 1,930 | 1,930 | | | |
| | Young Broadcasting - HY offering (4Q 01) (D014661) | Bonds-Corporate High Yield | N/A | | 544 | | | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) (D010328) | Divesiture Advisory | 75% | | | | 3,854 | 3,854 |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D013541) | Acquisition Advisory | 0% | | | | 3,137 | 3,137 |
| | BusinessWire - general advisory (D005685) | Divesiture Advisory | 25% | | | | 5,916 | 5,916 |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-05-14 (Xdir)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
|  | Comcast - acq financing for AT&T Broadband (DO20813) | Senior Bank Debt | 50% | - | - | - | 1,972 | - |
|  | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | - | 85 | - | - | - |
|  | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | (1,894) | 1,810 | - | - | - |
|  | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | - | - | - | 1,056 | - |
| Yung, Sun J. | Comcast - acq financing for AT&T Broadband (DO20813) | Senior Bank Debt | 50% | - | - | - | 1,972 | - |
|  | Hon Office Solutions - convertible offering (3Q 02) (DO20657); | Equity-Convertible Bonds | N/A | - | - | 3,982 | - | - |
|  | Microsoft - General Advisory (3Q02) ( Foley / Ford (DO22289) | Divestiture Advisory | 25% | - | - | - | 822 | - |
|  | SONICblue - debt private placement (3Q 02) (DO21165) | Equity-PIPE | 0% | - | - | - | 2,027 | - |
|  | SONICblue - debt private placement (3Q 02) (DO21165) | Equity-PIPE | N/A | - | - | 164 | - | - |
|  | Scientific-Atlanta -acquisition of Barco.net-Project Baseball / Baseball (DO13401) | Acquisition Advisory | N/A | - | 1,521 | - | - | - |
|  | nCube - equity private placement (2002) (DO11472) | Private Placement-Equity | 10% | - | - | - | 1,099 | - |

CONFIDENTIAL

DB 000468

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 15 MAY 2002**
**EUROS IN 000'S**
**EUROPE MEDIA X(1)**

| PRODUCT | Apr Franchise Revenue | YTD(Apr) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | May Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 2,376 | 4,977 | 12,923 | (7,947) | - | 44,451 | 2,783 | 7,759 | 28,920 | (21,161) | - | - |
| Other Advisory | | | | | | | | | | | | |
| Total Advisory Products | 2,376 | 4,977 | 12,923 | (7,947) | - | 44,451 | 2,783 | 7,759 | 28,920 | (21,161) | | |
| ECM | - | 3,638 | 3,833 | (196) | 1,667 | 9,753 | 2,601 | 7,806 | 28,920 | (21,114) | | |
| Restricted Securities/PPE | | | | | | | | | | | | |
| Total Equity | - | 3,638 | 3,833 | (196) | 1,667 | 9,753 | 2,601 | 7,806 | 28,920 | (21,114) | | |
| HY Bonds | | | | | | | | | 8,265 | (8,265) | | |
| Bonds IG | | | | | | | | | 8,265 | (8,265) | | |
| Leveraged Loans | | | | | | 3,026 | 2,951 | 2,951 | 8,260 | (5,309) | | |
| Project Finance Advisory | | | | | | | | | | | | |
| Total Debt | | | | | | 3,026 | 2,951 | 2,951 | 24,790 | (21,839) | | |
| NIM(2) | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |
| Total CF Revenue | 2,376 | 8,614 | 16,767 | (8,142) | 1,667 | 57,230 | 8,236 | 18,517 | 82,630 | (64,113) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) KM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000469

FRANCHISE - REVENUE BY DEAL
AS OF: 15 MAY-2002
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | Franchise Revenue Apr | Franchise Revenue YTD(Apr) | Franchise Revenue May | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock. (D014819) | 10 | 2,010 | - | None |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 2,367 | 2,367 | - | EUR TECH, Rus.&Turk |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | - | 75 | - | Oth Eur., PORTUGAL |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 525 | - | EUR TECH |
| Total M&A | | 2,376 | 4,977 | - | |
| Total Advisory Products | | 2,376 | 4,977 | - | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | - | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | 1,667 | FRANCE |
| Total Equity | | - | 3,638 | 1,667 | |
| Total Equity Products | | - | 3,638 | 1,667 | |
| Total Product | | 2,376 | 8,614 | 1,667 | |

CONFIDENTIAL

DB 000470

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 15-MAY-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | May | Jun | Jul | Aug | | | |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 0 | - | - | - | - | 16,500 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | 2,000 | - | - | 0 | 2,000 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011448) | 0 | - | - | - | - | 6,000 | 6,000 | - |
| M&A | Flinnvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 25 | - | 750 | - | - | 0 | 750 | 188 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 50 | - | 1,500 | - | - | 0 | 1,500 | 750 |
| M&A | Johnston Press - Acqn advisory for RIM / Pacific (D014213) | 50 | 3,690 | - | - | - | 0 | 3,690 | 1,845 |
| M&A | Lagardere - project Lerry/Emme (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | 4,011 | - | - | 0 | 4,011 | - |
| **M&A** | | | **3,690** | **8,261** | **-** | **-** | **32,500** | **44,451** | **2,783** |
| **Advisory Products** | | | **3,690** | **8,261** | | | **32,500** | **44,451** | **2,783** |
| Leveraged Loans | Johnston Press - £650mm debt financing for RIM acquisition / Jupiter.- (D014834) | 100 | 2,728 | - | - | - | 0 | 2,728 | 2,728 |
| Leveraged Loans | Yell - US$40mm financing for acqn of Mcleod Publishing (D020466) | 75 | 299 | - | - | - | 0 | 299 | 224 |
| **Leveraged Loans** | | | **3,026** | **-** | **-** | **-** | **0** | **3,026** | **2,951** |
| **Debt Products** | | | **3,026** | **-** | **-** | **-** | **0** | **3,026** | **2,951** |
| Equity | APAX/Hicks Muse - potential IPO of Yell plc (D020645) | 50 | - | 1,753 | - | - | 0 | 1,753 | 876 |
| Equity | Lagardere - monisation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | 750 |
| Equity | Texas Pacific Group - IPO (Hunter) / Hunter - (D022792) | 25 | - | - | - | - | 6,500 | 8,500 | 1,625 |
| **Equity** | | | **-** | **1,753** | **-** | **-** | **8,000** | **9,753** | **2,501** |
| **Equity Products** | | | **-** | **1,753** | | | **8,000** | **9,753** | **2,501** |
| **Product** | | | **6,716** | **10,014** | **-** | **-** | **40,500** | **57,230** | **8,235** |

1) Future Months include all pipeline, including future years

CONFIDENTIAL

DB 000471

FRANCHISE - REVENUE & PIPELINE BY YTD & DIR
2002-05-15 (Wed)
EUROS IN 000'S
Europe Media..

| BANKER / DEAL | PRODUCT | PROB | APR FRANCHISE VALUE | YTD APR FRANCHISE VALUE | MAY FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|
| **Austin, Geoffrey** | | | | | | | |
| APAX/Hicks Muse - potential IPO of Yell plc (D020546) | Equity-IPO | 50% | 2,367 | - | - | 1,753 | - |
| Gazprom - sale of Gazprom Media to Sputnik Group (Aeroa) * (D013840) | Divesture Advisory | N/A | - | - | - | - | - |
| Johnston Press - Apax advisory for RIM / Pacific (D014213) | Acquisition Advisory | 50% | - | - | - | - | - |
| Johnston Press - rights issue for acqn of RIM (D022844) | Equity-Rights | N/A | - | - | 1,697 | 3,690 | - |
| Johnston Press - €650mm debt financing for RIM acquisition / Jupiter.. (D014834) | Senior Bank Debt | 100% | - | - | - | 2,728 | - |
| Lagardere - monisation of shares & convertible bond offering (D015605) | Block Trade | 0% | - | - | - | 1,500 | - |
| Lagardere - project LenyEmma (Eagle) / Eagle- (D005459) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | 75% | - | - | - | 299 | - |
| **Lovegrove, Stephen** | | | | | | | |
| APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 50% | - | - | - | 1,753 | - |
| Bertelsmann - Project Rock / Rock.. (D014618) | Acquisition Advisory | N/A | 10 | 2,010 | - | - | - |
| Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015926) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| Boosey & Hawkes - divesture advisory/defence & refinancing (D015359) | Divesture Advisory | 0% | - | - | - | 2,000 | - |
| Deutsche Telekom - Sale options for 16% stake in SES (D011440) | Divesture Advisory | 0% | - | - | - | 6,000 | - |
| Impresa/Cofina -pot merger of Impresa w/ Investec (ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | - | - | 1,500 | - |
| Impresa/Cofina -pot merger of Impresa w/ Investec (ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | - | - | - |
| Lagardere - project LarryEmma (Eagle) / Eagle (D005468) | Acquisition Advisory | 0% | - | - | - | 10,000 | - |
| **Lovell, Nicholas** | | | | | | | |
| Impresa/Cofina -pot merger of Impresa w/ Investec (ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | - | - | - | 1,500 | - |
| Impresa/Cofina -pot merger of Impresa w/ Investec (ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | - | 75 | - | - | - |
| Publcis Groupe SA - convertible bond Q1 2002(King / King * (D016081) | Equity-Convertible Bonds | N/A | - | 3,638 | - | - | - |
| **Mactimes, Bruce** | | | | | | | |
| Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 10 | 2,010 | - | - | - |
| Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015926) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| Fininvest - valuations (Focus) / Focus (ex-Sinifrat) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |
| Gazprom - sale of Gazprom Media to Sputnik Group (Aeroa) / Astra * (D013840) | Divesture Advisory | N/A | 2,367 | 2,367 | - | - | - |
| Problem - project Media (Pt Concordia) / Concord (D016482) | Merger Advisory | N/A | - | 525 | - | 4,011 | - |
| Taylor Nelson Sofres - potential acquisition of Observer A&B / Monoca (D002406) | Acquisition Advisory | 0% | - | - | - | 6,500 | - |
| Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 25% | - | - | - | - | - |
| **Thur-Hohenstein, Christian** | | | | | | | |
| Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 10 | 2,010 | - | - | - |
| Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015926) | Acquisition Advisory | 0% | - | - | - | 16,500 | - |
| Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divesture Advisory | 0% | - | - | - | 6,000 | - |
| Fininvest - valuations (Focus) / Focus (ex-Sinifrat) (D016069) | Fairness Opinion | 25% | - | - | - | 750 | - |

CONFIDENTIAL

DB 000472