**FRANCHISE, REVENUE & PIPELINE SUMMARY**
**AS OF 12-JUL-2002**
**EUROS IN 000S**
**GLOBAL MEDIA (1)**

| PRODUCT | Jul Franchise Revenue | YTD(Jul) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Avg Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Total Advisory | 1,401 | 28,658 | 19,766 | 8,892 | - | 46,510 | 9,650 | 38,308 | 49,000 | (10,692) | 1,036 | - |
| | 1,401 | 26,858 | 19,766 | 8,892 | - | 46,510 | 9,650 | 38,308 | 49,000 | (10,692) | 1,036 | - |
| **HY/GM** | | | | | | | | | | | | |
| Leverage Loan Fees | (953) | 10,310 | 10,234 | 76 | - | 3,109 | 777 | 11,087 | 14,000 | (2,913) | | |
| Real Estate Investment Banking | - | 10,139 | 885 | 9,254 | - | 43,942 | 23,526 | 33,664 | 14,000 | 19,684 | | |
| Total Debt Products | (953) | | | | - | 1,036 | | | | | | |
| **Equity Underwriting** | (1,180) | 20,448 | 11,119 | 9,329 | - | 48,088 | 24,303 | 44,751 | 28,000 | 16,761 | | |
| Restricted Securities / PPE | (1,180) | 28,023 | 34,597 | (6,574) | - | 38,973 | 24,908 | 62,540 | | 3,540 | | |
| | | (1) | 145 | (145) | | | | (1) | | (1) | | |
| Total Equity | (1,190) | 28,022 | 34,742 | (6,720) | (392) | 38,975 | 24,908 | 62,540 | 49,000 | 3,538 | | |
| **GM OCM JV** | | | | | | | | | | | | |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | | 1,354 | - | 38,376 | 24,908 | 52,538 | 49,000 | 3,538 | | |
| Principal Investing / PE Exceptions / Other | - | 1,354 | 1,467 | (1,467) | - | 3,000 | - | 1,354 | 14,000 | (12,646) | | |
| Total Legacy Portfolios / Cross Selling / Other | (107) | (802) | - | (802) | - | - | - | (802) | | (802) | | |
| Total Corporate Finance Product | (107) | 652 | 1,467 | (915) | - | 3,000 | - | 852 | 14,000 | (802) | | |
| | (849) | 77,680 | 87,093 | 10,587 | (391) | 135,573 | 58,882 | 136,150 | 140,000 | (3,860) | 1,036 | |

**Note:**
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline indicates all future years

CONFIDENTIAL

DB 000506

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jul | Franchise Revenue YTD(Jul) | Franchise Revenue Aug | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch B) (D020686) | | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | | 2,663 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | | 2,010 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | (145) | - | NA FIN SPO |
| | Echostar - General Advisory (Vivendi) (D016541) | | 8,686 | - | None |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra  * (D013840) | 26 | 2,367 | - | EUR TECH, Rus &Turk. |
| | Impresa/Cofina -pot. merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | | 63 | - | Oth. Eur., PORTUGAL |
| | Johnston Press - Acqn advisory for RIM / Pacific.. (D014213) | | 2,188 | - | UK |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | 64 | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | | 244 | - | EUR SPON, EUR TELE |
| | ProSieben - merger advisory with Kirch Media (Fiji Concordia) / Concord (D014982) | 225 | 750 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | | 533 | - | NA FIN SPO |
| | TIM Brazil - Project Eiffel/Phase 1 (strategic alliance) / Eiffel - 1.. (D014121) | | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | | 3,408 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | | 1,066 | - | LA |
| | TV Globo - Project Waves / Waves ... (D013628) | 1,086 | 89 | - | LA |
| **Total M&A** | | **1,401** | **28,658** | **-** | |
| | | | | | |
| **Total Advisory** | | **1,401** | **28,658** | **-** | |
| | | | | | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | | 68 | - | NA TELE |
| | AMC Entertainment - acq financing for General Cinema (D013398) | | 462 | | NA FIN SPO |
| | Echostar - HY offering (Hughes Electronics) (D016727) | (936) | (538) | | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | | 1,152 | | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | | 1,505 | | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,480 | | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | | (89) | | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | | 536 | | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | | 1,206 | | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | (17) | 527 | | None |
| **Total HYCM** | | **(953)** | **10,310** | | |
| | | | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,936 | | NA FIN SPO, NA Lev Fin |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | | 1,980 | | EUR SPON |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | | 1,930 | | NA FIN SPO, NA Lev Fin |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | | 292 | | EUR SPON |
| **Total Leverage Loan Fees** | | | **10,139** | **-** | |
| | | | | | |
| **Total Debt Products** | | **(953)** | **20,448** | **-** | |

CONFIDENTIAL

DB 000507

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jul | Franchise Revenue YTD(Jul) | Franchise Revenue Aug | Other Coverage Groups |
|---|---|---|---|---|---|
| | Cumulus Media - secondary offering (2Q 02) (DO22916) | - | 4,823 | - | None |
| | Digital River - block trade (4Q 01) (DO16304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (DO21959) | 204 | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (DO20128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (DO20657) | - | 4,732 | - | None |
| | Internet Capital Group - IPO (DO990806) | 296 | 296 | - | EUR TECH, NA CON |
| | JCDecaux - IPO (project Fox) / Fox (DO04897) | (1,629) | (1,629) | - | None |
| | Johnston Press - rights issue for acqn of RIM (DO22644) | | 296 | - | UK |
| | Leap Frog Enterprises - IPO financing (DO16309) | | 1,823 | - | NA CON, NA FIN SPO |
| | LIN Television - IPO (DO20127) | 643 | 643 | - | NA FIN SPO |
| | MediaNation - HK$445.6mn IPO on GEM - Proj / Bus / Bus (Asia ECM) (DO00494) | | 9,141 | - | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King (DO16091) | (889) | (3,926) | (392) | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (DO21881) | | 3,638 | - | None |
| | SONI/Clúe - debt private placement (2Q 02) (DO21165) | 172 | 917 | - | NA P PLMT |
| | XM Satellite Radio - secondary offering (2Q 02) (DO22418) | 13 | 160 | - | None |
| | | | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | | **(1,190)** | **28,023** | **(392)** | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Restricted Securities / PPE** | | **-** | **(1)** | **-** | |
| **Total Equity** | | **(1,190)** | **28,022** | **(392)** | |
| | AOL Time Warner Inc. - IG Bond (M3404) | - | 141 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (DO20146) | - | 133 | - | None |
| | Walt Disney - $450mm - IG Bond (DO24826) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total GM DCM JV** | | **-** | **1,354** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (47) | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (60) | (447) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | **(107)** | **(802)** | **-** | |
| **Total Legacy Portfolios / Cross Selling / Other** | | **(107)** | **552** | **-** | |
| **Total Product** | | **(849)** | **77,680** | **(392)** | |

CONFIDENTIAL

DB 000508

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Aug | Sep | Oct | Nov | Balance Of Year 2002 | Future Years | | |
| M&A | Acme Communications - general advisory (DO06356) | 25 | | | | | 1,295 | | 1,295 | 324 |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (DO10328) | 75 | | | | | 1,036 | | 1,036 | 777 |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (DO15359) | 25 | 2,000 | | | | | | 2,000 | 500 |
| | BusinessWire - general advisory (DO05685) | 25 | | | | | 5,596 | | 5,596 | 1,399 |
| | Deutsche Telekom - Sale options for 18% stake in SES (DO11449) | 0 | | 6,000 | | | | | 6,000 | - |
| | Echostar - acqn advisory and financing (GM - HE) (DO14801) | 50 | | | | | 7,054 | | 7,054 | 3,527 |
| | Finlnvest - valuations (Focus) / Focus (ex-Stinfast) (DO16089) | 26 | | 500 | | | | | 500 | 125 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (DO22225) | 0 | | | | | 4,500 | | 4,500 | - |
| | Pinnacle Holdings - general advisory (2001) (DO10190) | 0 | | | | | 2,591 | | 2,591 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (DO23912) | 25 | | | | | 5,000 | | 5,000 | 1,250 |
| | SonicBLUE - general advisory (Project Sorano) / Sorano (DO23818) | 25 | | | | | 2,591 | | 2,591 | 648 |
| | Taylor & Francis - acqn of Kluwer Academic Publishing (Kafka) / Kafka (DO22841) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | TIM Brazil - Project Eife/Phase 2 (axe) / Eifel - 2 (DO24396) | 0 | | 4,000 | | | | | 4,000 | - |
| | Young Broadcasting - general advisory (Kron Station) (DO25304) | 0 | | | | | | 1,036 | 1,036 | - |
| **Total Advisory** | | | **2,000** | **10,500** | **-** | **-** | **34,010** | **1,036** | **47,547** | **9,650** |
| HYCM | Data Transmission Network - bank/bond financing (3Q 02) (DO22512) | 25 | 3,109 | | | | 3,109 | | 3,108 | 777 |
| | | 25 | 3,109 | | | | | | 3,108 | 777 |
| Leverage Loan Fees | Comcast - acq fncg for AT&T Broadband (participant bank) (DO22813) | 50 | 1,865 | | | | | | 1,865 | 933 |
| | Echostar - acqn advisory and financing (GM - HE) (DO14601) | 50 | | | 35,860 | | | | 35,860 | 17,929 |
| | Gray Communications acqn fin for Benedek Broadcasting (DO22957) | 75 | 3,109 | | | | | | 3,109 | 2,332 |
| | Sinclair Broadcasting - bank financing (3Q 02) (DO21882) | 75 | 3,109 | | | | | | 3,109 | 2,332 |
| | | | 8,084 | | 35,860 | | | | 43,942 | 23,520 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (DO20807) | 0 | | | | | 1,036 | | 1,036 | - |
| | | 0 | | | | | 1,036 | | 1,036 | - |
| **Total Debt Products** | | | **11,193** | | **35,860** | | **1,036** | | **48,086** | **24,303** |
| Equity Underwriting | APAX/Hicks Muse - IPO of Yell plc (DO20545) | 90 | | 1,668 | | | | | 1,668 | 1,492 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabele / Annabel (DO22480) | 75 | | 17,000 | | | | | 17,000 | 12,750 |
| | Blackboard - IPO (Q1 03) (DO14712) | 0 | | | 4,000 | | 2,500 | | 6,500 | - |
| | BSkyB - GBP 200 million convertible bond (DO20296) | 75 | | | 1,762 | | | | 1,762 | 1,675 |
| | Salem Communications - secondary offering (3Q 02) (DO24428) | 75 | | | 2,500 | | | | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (DO13535) | 75 | 1,555 | | | | | | 1,555 | 1,166 |
| | Texas Pacific Group - IPO (Hunter) / Hunter (DO22792) | 75 | | | | | 8,000 | | 8,000 | 6,000 |
| **Total Equity Underwriting** | | | **1,555** | **18,668** | **8,262** | | **10,500** | | **38,975** | **24,908** |
| GM OCM JV | SEG Global - Debt financing re GE Americom - Project Gerard / Gerard3 (DO16996) | 0 | | | | | 3,000 | | 3,000 | - |
| **Total Legacy Portfolios / Cross Selling / Other** | | | | | | | **3,000** | | **3,000** | |
| **Product** | | | **14,747** | **29,168** | **44,120** | | **48,547** | **1,036** | **137,609** | **58,862** |

CONFIDENTIAL

DB 000509

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-06-31 (list)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | JUL FRANCHISE VALUE | YTD JUL FRANCHISE VALUE | AUG FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012868) | Divestiture Advisory | 90% | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 4,833 | | | |
| | Echostar - General Advisory (Vivendi) (D015541) | Other M&A Advisory | N/A | | 8,886 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | 60% | (636) | (539) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,265 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 60% | | | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | N/A | | (145) | | | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | 50% | 204 | 204 | | 35,659 | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 2,206 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D022128) | Equity-Secondary | N/A | | 1,152 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing (D015665) | Bonds-Corporate High Yield | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican (D015926) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Mechanicon - HK$445.9mm IPO on GEM - Proj Bus / Buk (Asia ECM) (D000464) | Senior Bank Debt | N/A | | 5,938 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-IPO | N/A | (888) | (3,828) | (392) | | |
| | SES Global - Debt financing (EUR, Americo - Project Gerard / Gerard3 (D015998) | Equity-Secondary | 0% | 172 | 917 | | 3,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Eurobonds | 0% | | | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Bonds-Corporate High Yield | 75% | | 1,206 | | 3,109 | |
| | iEquity Digital - Private Placement (2Q 02) (D017007) | Senior Bank Debt | 75% | | 749 | | | |
| | | Private Placement-Equity | N/A | | | | | |
| Austin, Geoffrey | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | 2,367 | | 1,658 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra + (D015840) | Valuation | N/A | | | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific (D014213) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022844) | Equity-Rights | N/A | | 1,623 | | | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter / Kafka (D014834) | Equity-Secondary | 26% | | 1,980 | | 4,000 | |
| | Taylor & Francis - acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | Acquisition Advisory | N/A | | | | | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | 75% | | 292 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012856) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Blackboard - IPO (Q1 03) (D014112) | Equity-IPO | 0% | | | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 4,833 | | 1,762 | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D022128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Leap Frog Enterprises - IPO financing (D019309) | Equity-IPO | N/A | | 943 | | | |
| | Mediabiston - HK$445.6mm IPO on GEM - Proj Bus / Buk (Asia ECM) (D000494) | Equity-IPO | N/A | 943 | (89) | (392) | | |
| | Nihon Media Group - IPO offering (3Q 01) (D13233) | Bonds-Corporate High Yield | N/A | 172 | 917 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-IPO | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 536 | | 3,109 | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021970) | Bonds-Corporate High Yield | N/A | | | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 75% | | | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Allarcon Communications - General advisory (News Ch 6) (D020688) | Fairness Opinion | N/A | | 111 | | | |
| | GlobeCast Communications acqn fin for Betacol (Broadcasting (D022857) | Senior Bank Debt | 75% | | | | 3,109 | |
| | Landmark Communications - general advisory (Retainer 2001-02) (D014724) | Other M&A Advisory | 75% | 64 | 203 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Divestiture Advisory | N/A | | | | 1,555 | |
| | Tricone Co - general advisory (radio assets) (D002204) | Divestiture Advisory | N/A | 1,066 | 1,066 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | 13 | 761 | | | |
| Lovegrove, Stephen | APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | | | 1,658 | |
| | Axel Springer/xn - secondary advisory - Project Annabele / Annabel (D022492) | Equity-Secondary | 75% | | | | 17,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | 25% | | | 2,010 | | |
| | Boosey & Hawkes - divestiture advisory/reference & refinancing (D015355) | Acquisition Advisory | 0% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | N/A | | | | 6,000 | |
| | ImpresaCo/Gucci - merger of Impresa w/ Invensec (ex Cube) / Ice cub (D015714) | Merger Advisory | N/A | | | | | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | Equity-IPO | N/A | 26 | 83 | | | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022235) | Acquisition Advisory | 90% | (1,629) | (1,629) | | 4,500 | |
| | Prisa/San - strategic divestiture advisory - Project Phoenix / Phoenix (D023012) | Defense Advisory | 0% | | | | 5,000 | |
| | SES Global Debt financing (EUR, Americo - Project Gerard / Gerard3 (D015906) | Bonds-Eurobonds | 25% | | | | 3,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard3 (D015836) | Equity-IPO | 75% | | | | 8,000 | |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-05-13 (True)
EUROS IN 000'S
Global Media.

| BANKER | DEAL | PRODUCT | PROB | JUL FRANCHISE VALUE | YTD JUL FRANCHISE VALUE | AUG FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Lovell, Nicholas | Impresa/Cofina -pot merger w/ Impreza w/ investec (Ica Cube) / ica cub (D015714) | Merger Advisory | N/A | 26 | 83 | | | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| Macanas, Bruce | Bertelsmann - Project Rock / Rock. (D016519) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Simfast) (D016059) | Fairness Opinion | 25% | | | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Simfast) (D016059) | Fairness Opinion | 25% | | 250 | | 500 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Asira) / Asira - (D013840) | Valuation | N/A | | 2,307 | | | |
| | ProSiaban - merger advisory with Kirch Media (Pjk Concordia) / Concord (D014682) | Merger Advisory | N/A | 225 | 750 | | | |
| | ProSiaban - strategic- divestiture advisory (PG 02) (Pozzi07) Phoenix (D023912) | Defense Advisory | 25% | | | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard (D015994) | Bonds-Eurobonds | 0% | | | | 5,000 | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 25% | | | | 3,000 | |
| | | | | | | | 6,500 | |
| Morris, J.L. Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | | | | 1,036 | |
| | Hughes/ParAmSat. - Project Pelican/Interim financing 10/02 / Pelican 1 (D016959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/ParAmSat. - Project Pelican/Interim financing 10/02 / Pelican 1 (D016959) | Senior Bank Debt | N/A | | 6,936 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | 0% | | | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | 2,591 | |
| | TIM Brazil - Project Effel/Phase 1 (strategic alliance) / Effel - 1. (D014121) | Other M&A Advisory | N/A | | 1,579 | | | |
| | TIM Brazil - Project Effel/Phase 2 (sale) / Effel - 2. (D024586) | Divestiture Advisory | 0% | | | | | |
| | TV Globo - Project Waves / Waves ... (D013528) | Divestiture Advisory | N/A | | 89 | | | 1,038 |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 442 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 25% | | | | | |
| | Data Transmission Network - bank/bond financing (3Q 02) (D022512) | Bonds-Corporate High Yield | 25% | | | | | |
| | Gabelli/Latin America - HY bond offering (1Q 01) (D020033) | Bonds-Corporate High Yield | N/A | | 1,505 | | 1,295 | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 9,141 | | 3,109 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | (17) | | 527 | | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | | | 4,145 | |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | 1,030 | | 3,109 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | 25% | | 527 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D016951) | Bonds-Corporate High Yield | (17) | | | | | |
| Thurn-Hohenstein, Christian | Bertelsmann - Project Rock / Rock. (D014619) | Acquisition Advisory | N/A | | 2,010 | | 6,000 | |
| | Deutsche Telekom - Sale options for 15% stake in SES (D011448) | Divestiture Advisory | 0% | | | | | |
| | Fininvest - valuations (Focus) / Focus (ex-Simfast) (D016059) | Fairness Opinion | 25% | | | | 500 | |
| | Fininvest - valuations (Focus) / Focus (ex-Simfast) (D016069) | Fairness Opinion | N/A | | 250 | | | |
| Tritto, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D015328) | Divestiture Advisory | 75% | | | | | |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D013328) | Divestiture Advisory | N/A | | 2,663 | | 1,038 | |
| | BusinessWire - general advisory (D002846) | Divestiture Advisory | 25% | | | | | |
| | Comcast - acq fincg for AT&T Broadband (participant banks) (D020813) | Senior Bank Debt | 50% | | | | 5,598 | |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | | | | 1,865 | |
| | Liberty Media - Acq opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 85 | | | |
| | TMP Worldwide - Project University (UBS) / University 1 (D013407) | Advisory | N/A | | 244 | | | |
| | Walt Disney - $450mm - IG Bond (D024528) | Bonds-Corp. Investment Grade | N/A | | 3,408 | | | |
| Yung, Sun J. | Comcast - acq fincg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020457) | Equity-Convertible Bonds | N/A | | 4,732 | | 1,665 | |
| | SONICblue - debt private placement (2Q 02) (D021165) | Bonds-PIPE | N/A | | 168 | | | |
| | Scientific Atlanta -acquisition of Barcono-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | | 1,534 | | | |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (D023818) | Acquisition Advisory | 25% | | | | 2,591 | |

DB 000511

**FRANCHISE REVENUE & PIPELINE SUMMARY**
**AS OF 24-AUG-2002**
**$ MMS IN 000'S**
**NAMEDIA (1)**

| PRODUCT | Jul Franchise Revenue | YTD(Jul) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Aug Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Our Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | | | | | | | | | | | | |
| Total Advisory | 1,150 | 21,011 | 10,986 | 10,025 | - | 24,510 | 6,775 | 27,786 | 25,650 | 2,136 | 1,036 | - |
| | 1,150 | 21,011 | 10,986 | 10,025 | - | 24,510 | 6,775 | 27,786 | 25,650 | 2,136 | 1,036 | - |
| **HYCM** | | | | | | | | | | | | |
| Leverage Loan Fees | (550) | 10,310 | 10,234 | 75 | - | 3,109 | 777 | 11,087 | 7,330 | 3,757 | - | - |
| Real Estate Investment Banking | - | 7,855 | 855 | 6,981 | - | 43,842 | 23,526 | 31,392 | 7,330 | 24,062 | - | - |
| | | | | | | 1,036 | | | | | | |
| Total Debt Products | (933) | 18,176 | 11,119 | 7,057 | - | 48,088 | 24,303 | 42,479 | 14,660 | 27,819 | 1,036 | - |
| Equity Underwriting | 436 | 24,391 | 17,814 | 6,578 | (392) | 3,315 | 1,166 | 25,165 | 25,650 | (485) | - | - |
| Restricted Securities / PPE | - | (1) | 145 | (146) | - | - | - | (1) | - | (1) | - | - |
| Total Equity | 439 | 24,389 | 17,959 | 6,430 | (392) | 3,315 | 1,166 | 25,164 | 25,650 | (486) | - | - |
| **GW DCM JV** | | | | | | | | | | | | |
| Legacy PF / Telecom / LA Portfolio - NIM | - | 1,354 | - | 1,354 | - | 3,000 | - | 1,354 | 7,330 | (5,976) | - | - |
| Principal Investing / PE Exceptions / Other | (107) | - | 1,467 | (1,487) | - | - | - | - | - | (802) | - | - |
| Total Legacy Portfolio / Cross Selling / Other | (107) | (802) | 1,467 | (915) | - | 3,000 | - | 852 | 7,330 | (6,778) | - | - |
| **Total Corporate Finance Product** | 529 | 44,128 | 41,531 | 22,597 | (392) | 78,915 | 32,244 | 95,981 | 73,290 | 22,691 | 1,036 | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000512

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 12-AUG-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jul | Franchise Revenue YTD(Jul) | Franchise Revenue Aug | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 111 | - | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | - | 2,663 | - | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | - | 1,032 | - | None |
| | Echostar - azon advisory and financing (GM - HE) (D014601) | - | (145) | - | NA FIN SPO |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Landmark Communications - general advisory/Retainer 2001-02) (D014724) | 64 | 203 | - | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | - | 244 | - | EUR SPON, EUR TELE |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | - | 1,524 | - | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | - | 533 | - | NA FIN SPO |
| | TIM Brazil - Project Eiffel/Phase 1 (strategic alliance) / Eiffel - 1, (D014121) | - | 1,578 | - | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,408 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 1,086 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | 1,086 | 89 | - | LA |
| **Total M&A** | | **1,150** | **21,011** | **-** | |
| **Total Advisory** | | **1,150** | **21,011** | **-** | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 462 | - | NA FIN SPO |
| | Echostar - HY offering (Hughes Electronics) (D016727) | (936) | (538) | - | NA SPON |
| | Entercom Communications - HY offering (1Q 02) (D020688) | - | 1,152 | - | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | - | 5,480 | - | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | - | (89) | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | - | 536 | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | - | 1,206 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | (17) | 527 | - | None |
| **Total HYCM** | | **(953)** | **10,310** | **-** | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | - | 5,936 | - | NA FIN SPO, NA Lev Fin |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | - | 1,930 | - | NA FIN SPO, NA Lev Fin |
| **Total Leverage Loan Fees** | | **-** | **7,866** | **-** | |
| **Total Debt Products** | | **(963)** | **18,176** | **-** | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 4,823 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 204 | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 4,732 | - | None |
| | Internet Capital Group - IPO (D090806) | - | 296 | - | EUR TECH, NA CON |
| | Leap Frog Enterprises - IPO financing (D016309) | 296 | 643 | - | NA CON, NA FIN SPO |
| | LIN Televsion - IPO (D020727) | 643 | 9,141 | - | NA FIN SPO |

CONFIDENTIAL

DB 000513

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | Franchise Revenue Jul | Franchise Revenue YTD(Jul) | Franchise Revenue Aug | Other Coverage Groups |
|---|---|---|---|---|
| **DEAL** | | | | |
| MediaNation - HK$445.8mm IPO on GEM - Proj Bus / Bus (Asia ECM) (DO00494) | | | | ASIA NRG, ASIA SPON, CHINA, NA FIN SPO |
| Radio One - Secondary Offering (2Q 02) (DO21881) | (889) | (3,926) | (392) | None |
| SONICblue - debt private placement (2Q 02) (DO21155) | 172 | 917 | - | None |
| XM Satellite Radio - secondary offering (2Q 02) (DO22418) | - | 160 | - | NA P PLMT |
|  | 13 | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | **439** | **24,351** | **(392)** | |
| iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| iBeam mtm (M1574) | - | (1) | - | None |
| **Total Restricted Securities / PPE** | **-** | **(1)** | **-** | |
| **Total Equity** | **439** | **24,389** | **(392)** | |
| AOL Time Warner inc. - IG Bond (M3404) | - | 141 | - | None |
| Scholastic Corp - IG offering (1Q 02) (DO20146) | - | 133 | - | None |
| Walt Disney - $450mm- IG Bond (DO24828) | - | 86 | - | None |
| Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total GM DCM JV** | **-** | **1,364** | **-** | |
| Comcast Cable - Strategic Lending Contract (M2222) | (47) | (355) | - | None |
| Infinity Broadcasting - Strategic Lending Contract (M2221) | (60) | (447) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | **(107)** | **(802)** | **-** | |
| **Total Legacy Portfolios / Cross Selling / Other** | **(107)** | **552** | **-** | |
| **Total Product** | **529** | **54,128** | **(392)** | |

CONFIDENTIAL

DB 000514

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Aug | Sep | Oct | Nov | Balance Of Year 2002 | Future Years | | |
| | Acme Communications - general advisory (DC06356) | 25 | - | - | - | - | 1,295 | - | 1,295 | 324 |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 75 | - | - | - | - | 1,036 | - | 1,036 | 777 |
| | BusinessWire - general advisory (DC05685) | 25 | - | - | - | - | 5,596 | - | 5,596 | 1,399 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,255 | - | 7,255 | 3,627 |
| | Pinnacle Holdings - general advisory (2001) (DC10190) | 0 | - | - | - | - | 2,591 | - | 2,591 | - |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (DC22818) | 25 | - | - | - | - | 2,591 | - | 2,591 | 848 |
| | TIM Brasil - Project Eifel/Phase 2 (telet) / Eifel - 2 (DC24396) | 0 | - | - | - | - | - | 1,036 | 1,036 | - |
| | Young Broadcasting - general advisory (Kron Station) (DC25304) | 0 | - | - | - | - | 4,146 | - | 4,146 | - |
| **M&A** | | | - | - | - | - | 24,510 | 1,036 | 25,647 | 6,776 |
| **Total Advisory** | | | - | - | - | - | 24,510 | 1,036 | 25,647 | 6,775 |
| | Data Transmission Network - bankbond financing (3Q 02) (D022812) | 25 | 3,109 | - | - | - | 3,109 | - | 3,109 | 777 |
| **HYCM** | | | 3,109 | - | - | - | 3,109 | - | 3,109 | 777 |
| | Comcast - acq fincg for AT&T Broadband (participant bank) (D020813) | 50 | 1,865 | - | - | - | - | - | 1,865 | 933 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | 35,859 | - | - | - | 35,859 | 17,929 |
| | Gray Communications acqn fin for Benedek Broadcasting (DC22657) | 75 | 3,109 | - | - | - | - | - | 3,109 | 2,332 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021862) | 75 | 3,109 | - | - | - | - | - | 3,109 | 2,332 |
| **Leverage Loan Fees** | | | 8,084 | - | 35,859 | - | - | - | 43,942 | 23,526 |
| | Davis & Partners - Transmission Tower in Brooklyn (DC20807) | 0 | - | - | - | - | 1,036 | - | 1,036 | 1,036 |
| **Real Estate Advisory** | | | - | - | - | - | 1,036 | - | 1,036 | 1,036 |
| **Total Debt Products** | | | 11,193 | - | 35,859 | - | 1,036 | - | 48,088 | 24,303 |
| | Blackboard - IPO (Q1 03) (D014712) | 0 | - | - | 1,762 | - | - | - | 1,762 | - |
| | Salem Communications - secondary offering (3Q 02) (DC24428) | 75 | 1,555 | - | - | - | - | - | 1,555 | 1,166 |
| **Equity Underwriting** | | | 1,555 | - | 1,762 | - | - | - | 3,316 | 1,166 |
| **Total Equity** | | | 1,555 | - | 1,762 | - | - | - | 3,316 | 1,166 |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (DC15696) | 0 | - | - | - | - | 3,000 | - | 3,000 | - |
| **GM DCM JV** | | | - | - | - | - | 3,000 | - | 3,000 | - |
| **Total Legacy Portfolios / Cross Selling / Other** | | | - | - | - | - | 3,000 | - | 3,000 | - |
| **Product** | | | 12,747 | - | 37,620 | - | 28,547 | 1,036 | 79,951 | 32,244 |

CONFIDENTIAL

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2002-08-13 (Tue)
EUROS/NM 007S
NA Media

| BANKER | DEAL | PRODUCT | PROB | JUL FRANCHISE VALUE | YTD JUL FRANCHISE VALUE | AUG FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divesture Advisory | N/A | | 1,032 | | | |
| | Cumulus Media - secondary offering (2Q 02) (D022316) | Equity-Secondary | N/A | | 4,823 | | | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,866 | | | |
| | Echostar - HY offering (Hughes Electronics) (D014501) | Bonds-Corporate High Yield | 50% | (936) | (530) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Acquisition Advisory | 50% | | | | 7,255 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Acquisition Advisory | 80% | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014501) | Bridge Loans | N/A | | | | 35,859 | |
| | Emmis Communications - Block Trade (2Q 02) (D021859) | Block Trade | N/A | 204 | 2,206 | | | |
| | Entercom Communications - share re-marketing (2Q 02) (D020888) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D024128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,938 | | | |
| | Mediabridge - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (886) | (3,626) | (392) | | |
| | Radio One - Secondary Offering (2Q 02) (D021681) | Equity-Secondary | N/A | 172 | 917 | | 3,000 | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard (D015996) | Bonds-Eurobonds | 0% | | | | | |
| | Sinclair Broadcasting - HY offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | | 1,208 | | 3,109 | |
| | Sinclair Broadcast - bank financing (4Q 02) (D021862) | Senior Bank Debt | 75% | | | | | |
| | iBquity Digital - Private Placement (2Q 02) (D013707) | Private Placement-Equity | N/A | | 749 | | | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divesture Advisory | N/A | | 1,032 | | | |
| | Blackcount - IPO (1Q 03) (D014712) | Equity-IPO | 0% | | | | 1,762 | |
| | Cumulus Media - secondary offering (2Q 02) (D022316) | Equity-Secondary | N/A | | 4,823 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020888) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D024128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Lexus Frog Enterprises - IPO financing (D015306) | Equity-IPO | N/A | 843 | 843 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | (889) | (3,626) | (392) | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021681) | Equity-Secondary | N/A | 172 | 917 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021915) | Bonds-Corporate High Yield | N/A | | 1,208 | | | |
| | Sinclair Broadcasting - bank financing (4Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 536 | | | |
| | Sinclair Broadcast - bank financing (3Q 02) (D021862) | Senior Bank Debt | 75% | | | | 3,109 | |
| Graves, Denise B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Allbritton Communications - General Advisory (News On B) (D020896) | Fairness Opinion | N/A | | 111 | | | |
| | Gray Communications acqn fin for Benedek Broadcasting (D020607) | Senior Bank Debt | 75% | | | | 3,100 | |
| | Landmark Communications - general advisory (D014724) | Other M&A Advisory | XM | 64 | 203 | | | |
| | Salem Communications - general advisory (2001) (D024426) | Equity-Secondary | 75% | | | | 1,555 | |
| | Tribune Co - general advisory (radio assets) (D024234) | Divesture Advisory | N/A | 1,086 | 1,086 | | | |
| | XM Satellite Radio - secondary offering (3Q 02) (D022318) | Equity-Secondary | N/A | 13 | 761 | | | |
| Morris, J.L. Malcolm | Dave & Partners - Transmission Tower in Brooklyn (D020907) | Real Estate Advisory | 0% | | | | 1,098 | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,938 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010191) | Divesture Advisory | 0% | | | | 2,691 | |
| | Spectrasite Holdings - general advisory (3Q 02) (D022272) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic advisory) Eifel - 1. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TIM Brazil - Project Eifel/Phase 2 (seal) / Eifel - 2. (D024388) | Divesture Advisory | 0% | | | | 1,038 | |
| | TV Globo - Project Wave / Waves ... (D013628) | Divesture Advisory | N/A | 89 | 89 | | | |
| Paul, Gregory R. | ANIC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | 462 | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divesture Advisory | 25% | | | | 1,295 | |
| | Data Transmission Network - bankbond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | | | 3,109 | |
| | Galaxy Latin America - bond financing (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 9,141 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D018676) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY offering (4Q 01) (D014661) | Bonds-Corporate High Yield | N/A | (17) | 527 | | 4,146 | |
| | Young Broadcasting - general advisory (Kxan Station) (D022304) | Divesture Advisory | 0% | | | | | |
| Silver, Ellen L. | Data Transmission Network - bank/bond financing (3Q 02) (D022612) | Bonds-Corporate High Yield | 25% | | 1,930 | | 3,109 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D018676) | Senior Bank Debt | N/A | | | | | |

CONFIDENTIAL

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-08-13 (Tue)
EUROS IN 000'S
N/A Media.

| BANKER | DEAL | PRODUCT | PROB | JUL FRANCHISE VALUE (17) | YTD JUL FRANCHISE VALUE 527 | AUG FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Young Broadcasting - HY Offering (4Q 01) (DO14851) | Bonds-Corporate High Yield | N/A | | | | | |
| Triffo, Dryan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (DO10328) | Divestiture Advisory | 75% | - | - | - | - | - |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (DO10328) | Divestiture Advisory | N/A | - | 2,863 | - | 1,096 | - |
| | BusinessWire - general advisory (DO05645) | Divestiture Advisory | 25% | - | - | - | - | - |
| | Comcast - sec fing for AT&T Broadband (participant bank) (DO20813) | Senior Bank Debt | 50% | - | - | - | 5,595 | - |
| | Digital River - block trade (4Q 01) (DO16304) | Equity-Secondary | N/A | - | - | - | 1,865 | - |
| | Liberty Media - Acqn opportunities in Europe (DO16282) | Acquisition Advisory | N/A | - | 85 | - | - | - |
| | TMP Worldwide - Project University / University 1 (DO13407) | Acquisition Advisory | N/A | - | 244 | - | - | - |
| | Walt Disney - $450mm - IG Bond (DO24828) | Bonds-Corp. Investment Grade | N/A | - | 3,408 | - | - | - |
| | | | N/A | - | 86 | - | - | - |
| Yung, Sun J. | Comcast - sec fing for AT&T Broadband (participant bank) (DO20813) | Senior Bank Debt | 50% | - | - | - | 1,885 | - |
| | Ikon Office Solutions - convertible offering (2Q 02) (DO20697) | Equity-Convertible Bonds | N/A | - | 4,732 | - | - | - |
| | SONICblue - debt private placement (3Q 02) (DO21185) | Equity-PIPE | N/A | - | 160 | - | - | - |
| | Scientific Atlanta -acquisition of Barcones-Project Baseball / Baseball (DO13401) | Acquisition Advisory | N/A | - | 1,524 | - | - | - |
| | SonicBLUE - general advisory (Project Soprano) / Soprano (DO23818) | Acquisition Advisory | 25% | - | - | - | 2,591 | - |

CONFIDENTIAL

DB 000517

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**EUROPE MEDIA (1)**

| PRODUCT | Jul Franchise Revenue | YTD(Jul) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Avg Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **M&A** | 251 | 7,647 | 10,406 | (2,759) | - | 22,000 | 2,875 | 10,522 | 28,920 | (18,398) | - | - |
| Total Advisory | 251 | 7,647 | 10,406 | (2,759) | - | 22,000 | 2,875 | 10,522 | 28,920 | (18,398) | - | - |
| **HYCM** | - | - | - | - | - | - | - | - | 8,265 | (8,265) | - | - |
| Leverage Loan Fees | - | 2,273 | - | 2,273 | - | - | - | 2,273 | 8,260 | (5,987) | - | - |
| Total Debt Products | - | 2,273 | - | 2,273 | - | - | - | 2,273 | 16,525 | (14,252) | - | - |
| Equity Underwriting | (1,629) | 3,632 | 19,703 | (16,071) | - | 35,658 | 23,742 | 27,375 | 28,920 | (1,545) | - | - |
| Total Equity | (1,629) | 3,632 | 19,703 | (16,071) | - | 35,658 | 23,742 | 27,375 | 28,920 | (1,545) | - | - |
| **GM DCM JV** | - | - | - | - | - | 3,000 | - | - | 8,265 | (8,265) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | - | - | - | - | 3,000 | - | - | 8,265 | (8,265) | - | - |
| **Total Corporate Finance Product** | (1,378) | 13,552 | 30,109 | (16,557) | - | 60,658 | 29,617 | 40,169 | 82,630 | (42,461) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000518

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jul | Franchise Revenue YTD(Jul) | Franchise Revenue Aug | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock. (D014619) | - | 2,010 | - | None |
| | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | - | 250 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra - * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pct merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 26 | 83 | - | Oth. Eur., PORTUGAL |
| | Johnston Press - Acqn advisory for RIM./ Pacific. (D014213) | - | 2,188 | - | UK |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 225 | 750 | - | EUR TECH |
| **Total M&A** | | **251** | **7,647** | **-** | |
| **Total Advisory** | | **251** | **7,647** | **-** | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | - | 1,980 | - | EUR SPON |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (DO20465) | - | 292 | - | EUR SPON |
| **Total Leverage Loan Fees** | | **-** | **2,273** | **-** | |
| **Total Debt Products** | | | | | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | (1,629) | 2,273 | - | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,623 | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| **Total Equity Underwriting** | | **(1,629)** | **3,632** | **-** | |
| **Total Equity** | | **(1,629)** | **3,632** | **-** | |
| **Total Product** | | **(1,378)** | **13,552** | **-** | |

CONFIDENTIAL

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 12-AUG-2002**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Aug | Sep | Oct | Nov | Balance Of Year 2002 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Franchise Value | | | | | |
| **M&A** | | | | | | | | | | |
| | Boosey & Hawkes - divestiture advisory/(defence & refinancing (D015359) | 25 | 2,000 | - | - | - | - | - | 2,000 | 500 |
| | Deutsche Telecom - Sale options for 16% stake in SES (D011449) | 0 | - | 6,000 | - | - | - | - | 6,000 | - |
| | FinInvest - valuations (Focus) / Focus (ex-Simtex) (D016089) | 25 | - | 500 | - | - | - | - | 500 | 125 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 0 | - | - | - | - | 4,500 | - | 4,500 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | - | - | - | - | 5,000 | - | 5,000 | 1,250 |
| | Taylor & Francis acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | 25 | - | 4,000 | - | - | - | - | 4,000 | 1,000 |
| | | | 2,000 | 10,500 | - | - | 9,500 | - | 22,000 | 2,875 |
| **Total Advisory** | | | 2,000 | 10,500 | - | - | 9,500 | - | 22,000 | 2,875 |
| **Equity Underwriting** | | | | | | | | | | |
| | APAX/Hicks Muse - IPO of Yell plc (D020545) | 90 | - | 1,656 | - | - | - | - | 1,656 | 1,492 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 75 | - | 17,000 | - | - | - | - | 17,000 | 12,750 |
| | BSkyB - GBP 200 million convertible bond (D020298) | 75 | - | - | - | - | 2,500 | - | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | - | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 25 | - | - | 8,500 | - | - | - | 6,500 | 1,625 |
| | | | - | 18,656 | 6,500 | - | 10,500 | - | 36,656 | 23,742 |
| **Total Equity** | | | - | 18,656 | 6,500 | - | 10,500 | - | 35,656 | 23,742 |
| **GM DCM JV** | | | | | | | | | | |
| | SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D015396) | 0 | - | - | - | - | 3,000 | - | 3,000 | - |
| | | | - | - | - | - | 3,000 | - | 3,000 | - |
| **Total Legacy Portfolios / Cross Selling / Other** | | | - | - | - | - | 3,000 | - | 3,000 | - |
| **Product** | | | 2,000 | 29,156 | 6,500 | - | 23,000 | - | 60,656 | 26,617 |

CONFIDENTIAL

DB 000520

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2002-08-13 (Tue)
EUROS IN 000'S
Europe Media

| BANKER / DEAL | PRODUCT | PROB | JUL FRANCHISE VALUE | YTD JUL FRANCHISE VALUE | AUG FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|
| **Austin, Geoffrey** | | | | | | | |
| APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 90% | | 2,307 | | 1,658 | |
| Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,188 | | | |
| Johnston Press - Acqn advisory for RIM / Pacific, (D014213) | Acquisition Advisory | N/A | | | | | |
| Johnston Press - rights issue for acqn of RIM (D022204) | Equity-Rights | N/A | | 1,623 | | | |
| Johnston Press - £680mm debt financing for RIM acquisition / Jupiter (D014834) | Senior Bank Debt | N/A | | 1,990 | | | |
| Taylor & Francis - acqn of Kluwer Academic Publishing (Kafka) / Kafka (D023841) | Acquisition Advisory | 25% | | | | | |
| Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | Senior Bank Debt | N/A | | 292 | | 4,000 | |
| **Lovegrove, Stephen** | | | | | | | |
| APAX/Hicks Muse - IPO of Yell plc (D020545) | Equity-IPO | 50% | | | | 1,658 | |
| Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 75% | | | | 17,000 | |
| BSkyB - GBP 200 million convertible bond (D020298) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| Boosey & Hawkes - divestiture advisory/reference & refinancing (D016359) | Divestiture Advisory | 25% | | | | 2,000 | |
| Deutsche Telecom - Sale options for 10% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| Impresa/Collins -spot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 63 | | | |
| JCDecaux - IPO (project Foxx) / Foxx (D004867) | Equity-IPO | N/A | 26 | (1,629) | | | |
| JCDecaux - acquisition advisory - Project Daedalus / Daedalus.. (D022220) | Acquisition Advisory | 0% | | | | 4,500 | |
| ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D016596) | Bonds-Eurobonds | 0% | | | | 3,000 | |
| SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013333) | Equity-IPO | 75% | | | | 8,000 | |
| **Loxell, Nicholas** | | | | | | | |
| Impresa/Collins -spot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 26 | 63 | | | |
| Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016591) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| **MacInnes, Bruce** | | | | | | | |
| Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| Finnvest - valuations (Focus) / Focus (ex-Simfeast) (D016089) | Fairness Opinion | 25% | | | | 500 | |
| Finnvest - valuations (Focus) / Focus (ex-Simfeast) (D016089) | Fairness Opinion | 25% | | 250 | | | |
| Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| ProSieben - merger advisory with Kirch Media (P)l Concordia) / Concord (D014992) | Merger Advisory | N/A | 225 | 750 | | | |
| ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Bonds-Eurobonds | 25% | | | | 5,000 | |
| SES Global - Debt financing re GE Americom - Project Gerard / Gerard3 (D016596) | Bonds-Eurobonds | 25% | | | | 3,000 | |
| Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 25% | | | | 8,500 | |
| **Thurn-Hohenstein, Christian** | | | | | | | |
| Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | 6,000 | |
| Deutsche Telekom - Sale options for 10% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 500 | |
| Finnvest - valuations (Focus) / Focus (ex-Simfeast) (D016089) | Fairness Opinion | 25% | | 250 | | | |
| Finnvest - valuations (Focus) / Focus (ex-Simfeast) (D016089) | Fairness Opinion | N/A | | | | | |

CONFIDENTIAL

DB 000521