**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-01-15 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | Finlnvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 75% | | | | 250 | |
| | Finlnvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | 250 | 500 | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | ProSieben - HY and debt refinancing (D022609) | Bonds-Corporate High Yield | N/A | | 5,333 | | | |
| | ProSieben - HY and debt refinancing (D022809) | Senior Bank Debt | N/A | | 1,712 | | | |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | Merger Advisory | N/A | | 750 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | | 352 | | | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | | | | 10,000 | |
| Morris, J L Malcolm | AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0% | | | | | 9,457 |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,960 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | N/A | 960 | 960 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1.. (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TV Globo - Project Waves / Waves ... (D013528) | Divestiture Advisory | N/A | | 89 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 462 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | | | 591 | 355 | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | | | | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 10,033 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016676) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | 2,837 | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | | | | |
| Silver, Ellen L. | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D015576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| Trun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023840) | Short Term Finance | N/A | | 4,191 | | 6,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 250 | |
| | Finlnvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 75% | | | | | |
| | Finlnvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | 250 | 500 | | 4,000 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | | |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | 1 | 22,335 | | | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | | | | 1,000 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 1,125 | | | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | 4,256 | |
| | BusinessWire - general advisory (D005885) | Divestiture Advisory | 25% | | | | 1,702 | |
| | Comcast - acq mcg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | | |
| | Digital River - block trade (4Q 01) (D018304) | Equity-Secondary | N/A | | 85 | | | |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,408 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | | 86 | | | |
| Yung, Sun J. | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020857) | Senior Bank Debt | 50% | | | | 1,702 | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020857) | Equity-Convertible Bonds | N/A | | 5,025 | | | |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | Bonds-Corp. Investment Grade | N/A | | 845 | | | |
| | SONICblue - equity private placement (2Q 02) (D021165) | Private Placement-Equity | N/A | | 180 | | | |

CONFIDENTIAL

DB 000604



**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-01-15 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| BARKER | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | Acquisition Advisory | N/A | | 1,524 | | | |

CONFIDENTIAL

DB 000605

FRANCHISE REVENUE & PIPELINE SUMMARY
AS OF 15 JAN 2003
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Dec Franchise Revenue | YTD(Dec) Franchise Revenue | Prior YTD Franchise Revenue | B/(W) PRIOR YTD Franchise Revenue | % Change Year over Year | Jan Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/W 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2002 Full Year Plan | B/(W) 2002 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,056 | 23,370 | 14,212 | 9,159 | 64% | 591 | 31,705 | 2,157 | 2,748 | 23,370 | (20,622) | -88% | 25,650 | (2,280) |
| Other Advisory | | | 170 | (170) | -100% | | | | | | | N/A | | |
| Total Advisory | 1,056 | 23,370 | 14,382 | 8,989 | 63% | 591 | 31,705 | 2,157 | 2,748 | 23,370 | (20,622) | -88% | 25,650 | (2,280) |
| ABL Origination | | | | | N/A | | | | | | | N/A | | |
| HYCM | 3,031 | 18,730 | 17,618 | 1,113 | 6% | 7,566 | 12,625 | 3,156 | 10,722 | 18,730 | (8,008) | -43% | 7,330 | 11,400 |
| Leverage Loan Fees | | 13,832 | 885 | 12,947 | 1464% | | 66,916 | 33,472 | 33,472 | 13,832 | 19,640 | 142% | 7,330 | 6,502 |
| Project Finance | | | | | N/A | | | | | | | N/A | | |
| Leveraged Portfolio Revenue | | | | | N/A | | | | | | | N/A | | |
| Real Estate Investment Banking | | | | | N/A | | | | | | | N/A | | |
| Total Debt Products | 3,031 | 32,562 | 18,502 | 14,060 | 76% | 7,566 | 79,542 | 36,628 | 44,194 | 32,562 | 11,632 | 36% | 14,660 | 17,902 |
| Equity Underwriting | 126 | 30,454 | 19,845 | 10,609 | 53% | | 22,994 | 2,410 | 2,410 | 30,454 | (28,045) | -92% | | 30,454 |
| Private Placement-Equity | | 908 | 85 | 823 | 968% | | | | | 908 | (908) | -100% | | 908 |
| Structured Equity Transactions Group | | | | | N/A | | | | | | | N/A | | |
| Total Equity | 126 | 31,362 | 19,930 | 11,432 | 57% | | 22,994 | 2,410 | 2,410 | 31,362 | (28,962) | -92% | 25,650 | 5,712 |
| Capital Benefit / Treasury Allocation | | | | | N/A | | | | | | | N/A | | |
| Other Global Markets | | | | | N/A | | | | | | | N/A | | |
| GM DCM JV | | 2,856 | 7,194 | (4,338) | -60% | | | | | 2,856 | (2,856) | -100% | | 2,856 |
| Legacy PF / Telecom / LA Portfolio - NM | | | 2,683 | (2,683) | -100% | | | | | | | N/A | | |
| Principal Investing / PE Exceptions / Other | (73) | (1,199) | (1,085) | (113) | 10% | | | | | (1,199) | 1,199 | -100% | | (1,199) |
| Total Legacy Portfolios / Cross Selling / Other | (73) | 1,657 | 8,792 | (7,135) | -81% | | | | | 1,657 | (1,657) | -100% | 7,330 | (6,673) |
| Total Corporate Finance Product | 4,140 | 88,952 | 61,606 | 27,346 | 44% | 8,157 | 134,241 | 41,195 | 49,352 | 88,952 | (39,600) | -45% | 73,290 | 15,662 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) 2003 Plan not yet available

CONFIDENTIAL

DB 000606

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 15-JAN-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | | | 591 | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | | 111 | | NA Lev Fin |
| | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | | 3,670 | | EUR TELE, NA TELE |
| | Aurora Communications - general advisory (D012858) | | 1,032 | | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | (145) | | NA Lev Fin |
| | Echostar - General Advisory (Vivendi) (D016541) | | 8,686 | | None |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 96 | 96 | | None |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | | 203 | | None |
| | Liberty Media - Acqn opportunities in Europe (D016262) | | 244 | | EUR SPON, EUR TELE |
| | Pinnacle Holdings - general advisory (2001) (D010190) | 960 | 960 | | NA Lev Fin |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | | 1,524 | | EUR TECH |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | | 533 | | NA FIN SPO |
| | SuperRadio - general advisory (D000577) | | 297 | | None |
| | TIM Brazil - Project Eiffel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | | 1,578 | | EUR TELE, ITALY, LA |
| | TMP Worldwide - Project University / University 1 (D013407) | | 3,408 | | None |
| | Tribune Co - general advisory (radio assets) (D002234) | | 1,086 | | None |
| | TV Globo - Project Waves / Waves ... (D013628) | | 89 | | LA |
| **Total M&A** | | **1,056** | **23,370** | **591** | |
| **Total Advisory** | | **1,056** | **23,370** | **591** | |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | | 68 | | NA TELE |
| | Allbritton Communications - HY (4Q 02) (D020408) | 2,573 | 2,573 | | NA Lev Fin |
| | AMC Entertainment - acq financing for General Cinema (D013398) | | 462 | | NA FIN SPO |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | | 4,766 | | NA FIN SPO, NA Lev Fin |
| | Echostar - HY offering (Hughes Electronics) (D016727) | | (538) | | NA Lev Fin |
| | Entercom Communications - HY offering (1Q 02) (D020688) | | 1,152 | | NA Lev Fin |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | | 1,505 | | LA |
| | Gray Television - HY offering (4Q 02) (D025884) | 45 | 431 | | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,480 | | NA FIN SPO, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | | (89) | | None |
| | Radio One - HY offering (2Q 01) (D012201) | | (6) | | None |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | | | 7,566 | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | 106 | 106 | | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | 307 | 551 | | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | | 536 | | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | | 1,206 | | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | | 527 | | None |
| **Total HYCM** | | **3,031** | **18,730** | **7,566** | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | | 2,860 | | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 1,297 | | NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | | 5,960 | | NA FIN SPO, NA Lev Fin |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | | 659 | | None |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | | 1,930 | | NA FIN SPO, NA Lev Fin |
| | Vivendi Universal Entertainment - Refinancing (D025558) | | 1,125 | | EUR SPON, EUR MEDIA |
| **Total Leverage Loan Fees** | | | **13,832** | | |

CONFIDENTIAL

DB 000607

FRANCHISE - REVENUE BY DEAL
AS OF: 15-JAN-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| **Total Debt Products** | | 3,031 | 32,562 | 7,566 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | - | 5,134 | - | None |
| | Digital River - block trade (4Q 01) (D016304) | - | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | - | 2,206 | - | None |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | - | 4,553 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 5,287 | - | NA Lev Fin |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | - | 5,025 | - | None |
| | Internet Capital Group - IPO (D990806) | - | 296 | - | EUR TECH, NA CON |
| | Leap Frog Enterprises - IPO financing (D016309) | - | 688 | - | NA CON, NA FIN SPO |
| | LIN Television - IPO (D020127) | - | 10,033 | - | NA FIN SPO |
| | MediaNation - HK$445.8mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | 126 | (4,595) | - | CHINA, NA FIN SPO, ASIA SPON |
| | MediaNation - Sponsoring Agreement (D027084) | - | 65 | - | ASIA SPON, CHINA, NA FIN SPO |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | 917 | - | None |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | - | 761 | - | NA FIN SPO |
| **Total Equity Underwriting** | | 126 | 30,454 | - | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | - | 749 | - | NA P PLMT |
| | SONICblue - equity private placement (2Q 02) (D021165) | - | 160 | - | NA P PLMT |
| **Total Private Placement-Equity** | | - | 908 | - | |
| **Total Equity** | | 126 | 31,362 | - | |
| | AOL Time Warner Inc. - IG Bond. (M3404) | - | 141 | - | None |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | - | 845 | - | None |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Viacom - IG offering (3Q 02) (D025678) | - | 657 | - | None |
| | Walt Disney - $450mm - IG Bond (D024828) | - | 86 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total GM DCM JV** | | - | 2,856 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (17) | (105) | - | None |
| | Comcast Cable - Strategic Lending Contract (M2222) | - | (355) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (56) | (739) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | (73) | (1,199) | - | |
| **Total Legacy Portfolios / Cross Selling / Other** | | (73) | 1,657 | - | |
| **Total Corporate Finance Product** | | 4,140 | 88,952 | 8,157 | |

CONFIDENTIAL

DB 000608

FRANCHISE - PIPELINE BY DEAL
AS OF 15-JAN-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value |||||| Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | Balance Of Year 2003 | Future Years | | |
| | Acme Communications - general advisory (D006356) | 75 | | | | 355 | | (355) | 355 | 266 |
| | BusinessWire - general advisory (D005685) | 25 | | | | | 4,256 | | 4,256 | 1,064 |
| | Emmis Communications - acq of Fisher Communications (D027038) | 25 | | | | | 3,310 | | 3,310 | 828 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 0 | | | | | 11,490 | | 11,490 | - |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | | | | | 9,457 | | 9,457 | - |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | 0 | | | | | 2,837 | | 2,837 | - |
| **Total M&A** | | | - | - | - | 355 | 31,350 | (355) | 31,705 | 2,157 |
| **Total Advisory** | | | - | - | - | 355 | 31,350 | (355) | 31,705 | 2,157 |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 25 | | | 2,317 | | | (2,317) | 2,317 | 579 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | | 6,998 | | 6,998 | 1,750 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 25 | | | | 3,310 | | (3,310) | 3,310 | 828 |
| **Total HYCM** | | | - | - | 2,317 | 3,310 | 6,998 | (5,627) | 12,625 | 3,156 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | 5,674 | | | (5,674) | 5,674 | 1,419 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | 50 | | | 1,702 | | | (1,702) | 1,702 | 851 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | 50 | | | 17,779 | | | (17,779) | 17,779 | 8,890 |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | 32,722 | | | | | (32,722) | 32,722 | 16,361 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 100 | 5,201 | | | | | (5,201) | 5,201 | 5,201 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | 0 | | | 2,837 | | | (2,837) | 2,837 | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | | | 1,000 | | | (1,000) | 1,000 | 750 |
| **Total Leverage Loan Fees** | | | 37,923 | - | 28,993 | - | - | (66,916) | 66,916 | 33,472 |
| **Total Debt Products** | | | 37,923 | - | 31,310 | 3,310 | 6,998 | (72,543) | 79,542 | 36,628 |
| | AOL Time Warner - convertible offering (3Q 02) (D024044) | 0 | | | 9,457 | | | (9,457) | 9,457 | - |
| | Citadel Broadcasting - IPO (D023066) | 0 | | | 2,837 | | | (2,837) | 2,837 | - |
| | MediaNation - Sponsoring Agreement (D027084) | 75 | | | | | 61 | | 121 | 91 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | 1,182 | | | (1,182) | 1,182 | - |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | 9,457 | | | | | (9,457) | 9,457 | 2,364 |
| **Total Equity Underwriting** | | | 9,457 | - | 13,476 | - | 61 | (22,873) | 23,055 | 2,455 |
| **Total Equity** | | | 9,457 | - | 13,476 | - | 61 | (22,873) | 23,055 | 2,455 |
| **Total Corporate Finance Product** | | | 47,380 | - | 44,787 | 3,665 | 38,409 | (95,771) | 134,302 | 41,241 |

CONFIDENTIAL

DB 000609

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | 2,837 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | |
| | DirecTV USA - bridge financing (4Q 02) (D020078) | Bonds-Corporate High Yield | 25% | | | | 3,310 | |
| | DirecTV USA - bridge financing (4Q 02) (D020078) | Senior Bank Debt | 50% | | | | 17,779 | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,686 | | | |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | | (538) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | 32,722 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | | 2,206 | | | |
| | Emmis Communications - acq of Fisher Communications (D027038) | Acquisition Advisory | 25% | | | | 3,310 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | | | | 11,490 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | N/A | 96 | 96 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 4,553 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015969) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 6,960 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 128 | (4,595) | | | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% | | 65 | | 61 | 61 |
| | MediaNation - Sponsoring Agreement (D027084) | Bonds-Corporate High Yield | N/A | | (6) | | | |
| | Radio One - HY offering (2Q 01) (D012201) | Equity-Secondary | N/A | | 917 | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Bonds-Corporate High Yield | N/A | 307 | 551 | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D018235) | Senior Bank Debt | 0% | | | | 2,837 | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021692) | Divestiture Advisory | N/A | | 297 | | | |
| | SuperRadio - general advisory (D000577) | Bonds-Corp. Investment Grade | N/A | | 657 | | | |
| | Viacom - IG offering (3Q 02) (D025876) | Bridge Loans | 75% | | | | 1,000 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | | 1,125 | | | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Private Placement-Equity | N/A | | 749 | | | |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | | | | | | | |
| Cerey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | | 1,032 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 6,098 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 5,874 | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | | 4,768 | | | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Senior Bank Debt | N/A | | 2,860 | | | |
| | Citadel Broadcasting - IPO (D023086) | Equity-IPO | 0% | | | | 2,837 | |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | | 5,134 | | | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | | 96 | | 11,490 | |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | N/A | 96 | 1,152 | | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 4,553 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | | 888 | | | |
| | Leap Frog Enterprises - IPO financing (D018309) | Equity-IPO | N/A | | | | | |
| | MediaNation - HK$445.8mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 126 | (4,595) | | | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% | | 65 | | 61 | 61 |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | | (89) | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | | | 7,566 | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | | | 5,201 | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 100% | | | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | 917 | | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D018235) | Bonds-Corporate High Yield | N/A | | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | | 536 | | | |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | | | | 2,837 | |
| | SuperRadio - general advisory (D000577) | Divestiture Advisory | N/A | | 297 | | | |
| | Viacom - IG offering (3Q 02) (D025876) | Bonds-Corp. Investment Grade | N/A | | 857 | | | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 88 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 111 | | | |
| | Allbritton Communications - HY (4Q 02) (D020405) | Bonds-Corporate High Yield | N/A | 2,573 | 2,573 | | | |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 25% | | | | 2,317 | |

CONFIDENTIAL

DB 000610

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Morris, J L Malcolm | Gaylord Entertainment - Project Worship / Worship (D013127) | Divestiture Advisory | N/A | | 1,621 | | | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | 45 | 431 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Equity-Secondary | N/A | | 5,287 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022857) | Senior Bank Debt | N/A | | 1,297 | | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 203 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | 106 | 106 | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | | | | 1,182 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 1,066 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | | 761 | | | |
| Paul, Gregory R. | AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0% | | | | 9,457 | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 5,480 | | | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 6,960 | | | |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | N/A | 980 | 980 | | | |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | | 533 | | | |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1, (D014121) | Other M&A Advisory | N/A | | 1,578 | | | |
| | TV Globo - Project Waves / Waves ... (D013528) | Divestiture Advisory | N/A | | 89 | | | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 452 | | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | | | 591 | 355 | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | | | | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 10,033 | | | |
| | Loews Cineplex Entertainment - exit financing (1 Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | | | 2,837 | |
| Silver, Ellen L. | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | | |
| | BusinessWire - general advisory (D025685) | Divestiture Advisory | 25% | | | | 4,256 | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,702 | |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | | 85 | | | |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,408 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,467 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | | 86 | | | |
| Yung, Sun J. | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,702 | |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | | 5,025 | | | |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | Bonds-Corp. Investment Grade | N/A | | 845 | | | |
| | SONICblue - equity private placement (2Q 02) (D021185) | Private Placement-Equity | N/A | | 160 | | | |
| | Scientific Atlanta -acquisition of Barronet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | | 1,524 | | | |

CONFIDENTIAL

DB 000611

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 15-JAN-2003
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Dec Franchise Revenue | YTD(Dec) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jan Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 410 | 8,555 | 18,347 | (9,793) | - | 59,171 | 8,547 | 17,102 | 28,920 | (20,355) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 410 | 8,555 | 18,347 | (9,793) | - | 59,171 | 8,547 | 17,102 | 28,920 | (20,355) | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | - | - | - | - | - | - | - | - | - | - | - |
| Leverage Loan Fees | - | 7,262 | 2,492 | 4,770 | - | 3,888 | 1,844 | 9,106 | 8,265 | (1,003) | - | - |
| Project Finance | - | 5,261 | 11,231 | (5,970) | - | 4,783 | 2,641 | 7,902 | 8,260 | (2,999) | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | - | 12,523 | 13,722 | (1,200) | - | 8,471 | 4,486 | 17,008 | 16,525 | (4,002) | - | - |
| Equity Underwriting | 1 | 26,103 | 20,885 | 5,238 | - | 44,957 | 10,239 | 36,342 | 26,103 | | - | - |
| Private Placement-Equity | - | - | 162 | (162) | - | - | - | - | - | | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | | - | - |
| Total Equity | 1 | 26,103 | 21,027 | 5,076 | - | 44,957 | 10,239 | 36,342 | 26,920 | (2,817) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | 900 | (900) | - | - | - | - | - | - | - | - |
| GM CCM JV | - | - | 15,705 | (15,705) | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | 4,191 | - | 4,191 | - | - | - | 4,191 | 8,265 | 4,191 | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | 4,191 | 16,605 | (12,414) | - | - | - | 4,191 | 8,265 | (4,074) | - | - |
| Total Corporate Finance Product | 411 | 51,371 | 69,701 | (18,331) | - | 112,599 | 23,272 | 74,643 | 82,630 | (31,269) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000612

**FRANCHISE - REVENUE BY DEAL**
**AS OF 15-JAN-2003**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | Bertelsmann - Project Rock / Rock.. (D014619) | - | 2,010 | - | None |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | 250 | 500 | - | ITALY |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | - | 2,367 | - | EUR TECH, Rus.&Turk. |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | (12) | 77 | - | Oth. Eur., PORTUGAL |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | - | 30 | - | EUR TECH, FRANCE |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | - | 2,188 | - | UK |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | - | 750 | - | EUR TECH |
| | StoryFirst - valuation of Russian assets (D025060) | - | 352 | - | None |
| | Taylor & Francis -acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | 172 | 172 | - | EUR SPON, UK |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora.. (D993871) | - | 110 | - | IBERIA |
| Total M&A | | 410 | 8,555 | - | |
| Total Advisory | | 410 | 8,555 | - | |
| | ProSieben - HY and debt refinancing (D022609) | - | 5,333 | - | EUR SPON |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 1,929 | - | EUR SPON |
| Total HYCM | | - | 7,262 | - | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter - (D014834) | - | 1,980 | - | EUR SPON, UK |
| | ProSieben - HY and debt refinancing (D022609) | - | 1,712 | - | EUR SPON, GERMANY |
| | TF1 - EUR 350mn refinancing - July 2002 (D022100) | - | 151 | - | None |
| | Vivendi Universal Entertainment - Refinancing (D025558) | - | 1,125 | - | EUR SPON, NA MEDIA |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020465) | - | 292 | - | EUR SPON |
| Total Leverage Loan Fees | | - | 5,261 | - | |
| Total Debt Products | | - | 12,523 | - | |
| | JCDecaux - IPO (project Fox) / Fox (D004897) | - | (1,629) | - | None |
| | Johnston Press - rights issue for acqn of RIM (D022644) | - | 1,649 | - | UK |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,747 | - | FRANCE |
| | Vivendi Universal - mandatory convertible bond (D026623) | 1 | 22,335 | - | FRANCE |
| Total Equity Underwriting | | 1 | 26,103 | - | |
| Total Equity | | 1 | 26,103 | - | |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | - | 4,191 | - | None |
| Total Principal Investing / PE Exceptions / Other | | - | 4,191 | - | |
| Total Legacy Portfolios / Cross Selling / Other | | - | 4,191 | - | |
| Total Corporate Finance Product | | 411 | 51,371 | - | |

CONFIDENTIAL

DB 000613

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 15-JAN-2003**
**EUROS IN 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | Balance Of Year 2003 | Future Years | | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 100 | 1,135 | - | - | - | - | (1,135) | 1,135 | 1,135 |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | - | - | - | 5,000 | - | (5,000) | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 25 | - | 2,000 | - | - | - | (2,000) | 2,000 | 500 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 6,000 | - | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | - | - | 3,000 | - | - | (3,000) | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | - | - | 100 | - | - | (100) | 100 | 100 |
| | Fininvest - (Focus) / Focus (ex-Stimfast) (D010009) | 75 | - | 250 | - | - | - | (250) | 250 | 188 |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | 25 | - | - | - | - | 4,500 | - | 4,500 | 1,125 |
| | Pearson plc - strategic advisory re interactive Data Corp (D025865) | 0 | - | - | - | - | 4,729 | - | 4,729 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | - | - | 5,000 | - | - | (5,000) | 5,000 | 1,250 |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | 0 | - | - | - | - | 4,000 | - | 4,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | - | - | - | 4,000 | - | 4,000 | 1,000 |
| | Vivendi Universal - disposal of US stakes (D025431) | 0 | - | - | - | - | 9,457 | - | 9,457 | - |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabili (D025296) | 25 | - | - | 10,000 | - | - | (10,000) | 10,000 | 2,500 |
| **Total M&A** | | | 1,135 | 2,250 | 18,100 | 5,000 | 32,686 | (26,485) | 59,171 | 8,547 |
| **Total Advisory** | | | 1,135 | 2,250 | 18,100 | 5,000 | 32,686 | (26,485) | 59,171 | 8,547 |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 50 | - | 3,688 | - | - | - | (3,688) | 3,688 | 1,844 |
| **Total HYCM** | | | - | 3,688 | - | - | - | (3,688) | 3,688 | 1,844 |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versaille (D025086) | 50 | - | 3,783 | - | - | - | (3,783) | 3,783 | 1,891 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | - | - | 1,000 | - | - | (1,000) | 1,000 | 750 |
| **Total Leverage Loan Fees** | | | - | 3,783 | 1,000 | - | - | (4,783) | 4,783 | 2,641 |
| **Total Debt Products** | | | - | 7,471 | 1,000 | - | - | (8,471) | 8,471 | 4,486 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022490) | 0 | - | - | - | - | 15,000 | - | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | 75 | - | - | 2,500 | - | - | (2,500) | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | - | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | - | - | - | - | 10,000 | - | 10,000 | - |
| | Vivendi Universal - disposal of US stakes (D025431) | 25 | 9,457 | - | - | - | - | (9,457) | 9,457 | 2,364 |
| **Total Equity Underwriting** | | | 9,457 | - | 2,500 | - | 33,000 | (11,957) | 44,957 | 10,239 |
| **Total Equity** | | | 9,457 | - | 2,500 | - | 33,000 | (11,957) | 44,957 | 10,239 |
| **Total Corporate Finance Product** | | | 10,592 | 9,721 | 21,600 | 5,000 | 65,686 | (46,913) | 112,599 | 23,272 |

CONFIDENTIAL

DB 000614

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Acquisition Advisory | 100% | | | | 1,135 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Bonds-Corporate High Yield | 50% | | | | 3,688 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Senior Bank Debt | 50% | | | | 3,783 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | Johnston Press - Acqn advisory for RIM / Pacific. (D014213) | Acquisition Advisory | N/A | | 2,188 | | | |
| | Johnston Press - rights issue for acqn of RIM (D022644) | Equity-Rights | N/A | | 1,849 | | | |
| | Johnston Press - £680mm debt financing for RIM acquisition / Jupiter.- (D014834) | Senior Bank Debt | N/A | | 1,980 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Taylor & Francis - acqn of Kluwer Academic Publishing (Kafka) / Kafka (D022841) | Acquisition Advisory | N/A | 172 | 172 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% | | | | 10,000 | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020466) | Bonds-Corporate High Yield | N/A | | 1,929 | | | |
| | Yell - US$40mm financing for acqn of Mcleod Publishing (D020405) | Senior Bank Debt | N/A | | 292 | | | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | BC Partners - acqn of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | BSkyB - GBP 200 million convertible bond (D020296) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Acquisition Advisory | 100% | | | | 1,135 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Bonds-Corporate High Yield | 50% | | | | 3,688 | |
| | Bain Capital/TH Lee etc - EXCLUSIVITY for Houghton Mifflin / Versailis (D025086) | Senior Bank Debt | 50% | | | | 3,783 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023840) | Short Term Finance | N/A | | 4,191 | | | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 25% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 18% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 77 | | | |
| | JCDecaux - IPO (project Fox) / Fox (D004697) | Equity-IPO | N/A | (12) | (1,629) | | 4,500 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 25% | | 30 | | | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | N/A | | | | 4,729 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Defense Advisory | 0% | | | | 5,000 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Divestiture Advisory | 25% | | | | 4,000 | |
| | Reuters - strategic advisory re 53% stake in Tibco (D026052) | Equity-IPO | 0% | | | | 8,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Senior Bank Debt | 75% | | 151 | | | |
| | TF1 - EUR 350mn refinancing - July 2002 (D021100) | Acquisition Advisory | N/A | | 110 | | | |
| | TPI - Project Zamora (Latin American Acquisitions) / Zamora. (D993871) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Block Trade | 25% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 25% | | | | 10,000 | |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | | | | | | | |
| Lovell, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | | 77 | | | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | | | | 4,729 | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D015091) | Equity-Convertible Bonds | N/A | | 3,747 | | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,457 | |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 | |
| | Vivendi- Canal Plus French assets M&A/ECM (ex.Technologies) / Cantabil (D025296) | Divestiture Advisory | 25% | | | | 10,000 | |
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | | 2,010 | | | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | 75% | 250 | | | 250 | |
| | Fininvest - (Focus) / Focus (ex-Slimfast) (D016069) | Fairness Opinion | N/A | | 500 | | | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Valuation | N/A | | 2,367 | | | |
| | ProSieben - HY and debt refinancing (D022809) | Bonds-Corporate High Yield | N/A | | 5,333 | | | |
| | ProSieben - HY and debt refinancing (D022809) | Senior Bank Debt | N/A | | 1,712 | | | |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014882) | Merger Advisory | N/A | | 750 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |

CONFIDENTIAL

DB 000615

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | - | 352 | - | - | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | - | - | 10,000 | - |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | - | 2,010 | - | - | - |
| | Bertelsmann - USD 1,450 bn syndicated loan facility - Jan02 (D023640) | Short Term Finance | N/A | - | 4,191 | - | - | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | FinInvest - (Focus) / Focus (ex-Slimfast) (D015069) | Fairness Opinion | 75% | - | - | - | 250 | - |
| | FinInvest - (Focus) / Focus (ex-Slimfast) (D015069) | Fairness Opinion | N/A | 250 | 500 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026523) | Equity-Convertible Bonds | N/A | - | 22,335 | - | - | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | - | 1,000 | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | - | 1,125 | - | - | - |

CONFIDENTIAL

DB 000616

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 15-JAN-2003**
**EUROS IN 000S**
**ASIA PACIFIC MEDIA (1)**

| PRODUCT | Dec Franchise Revenue | YTD(Dec) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jan Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | - | - | - | - | - | - | - | | | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | | | - | - |
| Total Advisory | - | - | - | - | - | - | - | - | | | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | | | - | - |
| HYCM | - | - | - | - | - | - | - | - | | | - | - |
| Leverage Loan Fees | - | - | - | - | - | - | - | - | | | - | - |
| Project Finance | - | - | - | - | - | - | - | - | | | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | | | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | | | - | - |
| Total Debt Products | - | - | - | - | - | - | - | - | | | - | - |
| Equity Underwriting | - | - | - | - | - | - | - | - | | | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | | | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | | | - | - |
| Total Equity | - | - | - | - | - | - | - | - | | | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | | | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | | | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | | | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | | | - | - |
| Principal Investing / PE Exceptions / Other | (0) | (1) | - | (1) | - | - | (1) | (1) | | (1) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | (0) | (1) | - | (1) | - | - | (1) | (1) | | (1) | - | - |
| Total Corporate Finance Product | (0) | (1) | - | (1) | - | - | (1) | (1) | | (1) | - | - |

Notes:
1: Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2: Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000617

FRANCHISE - REVENUE BY DEAL
AS OF: 15-JAN-2003
EUROS IN 000'S
ASIA PACIFIC MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan | Other Coverage Groups |
|---|---|---|---|---|---|
| | Unallocated Event (***) | (0) | (1) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (0) | (1) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | (0) | (1) | | |
| Total Corporate Finance Product | | (0) | (1) | - | |

CONFIDENTIAL

DB 000618