NA Media
2003 Revenue vs 2003 Plan / 2002 YTD Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | | 30,112 | | | 30,112 |
| 2003 YTD | | 47,016 | | | 47,016 |
| 2003 Plan | N/A | 105,000 | N/A | N/A | 105,000 |

| Product View | M&A | Equity | Debt | Loans | Other | Total |
|---|---|---|---|---|---|---|
| 2002 Actual | 13,754 | 1,840 | 9,033 | 5,727 | (242) | 30,112 |
| 2003 YTD | | 36 | 30,093 | 14,025 | (140) | 47,016 |
| 2003 Plan | 20,000 | 25,000 | 40,000 | | 20,000 | 105,000 |

* Note: Debt includes High Yield and Investment Grade Bond revenue.

CONFIDENTIAL                    DB 000633

NA Media
Client Revenue by Product
February 2003 MTD
Euros ('000'S)

| Client | Divestiture Advisory | Bonds- Corporate High Yield | Leverage Loan Fees | Equity-IPO | Equity- Secondary | Strategic Lending Contracts | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|
| AOL Time Warner Inc | - | - | - | - | - | (16) | (16) | | | (16) |
| Carlyle Group (The) | - | (130) | - | - | - | - | (130) | | | (130) |
| General Motors Corporation | - | 4,612 | - | - | - | - | 4,612 | | | 4,612 |
| Gray Television Inc | - | - | 232 | - | (246) | - | (246) | | | (246) |
| | | | | | | | 232 | | | 232 |
| Hicks Muse Tate & Furst Inc | - | - | - | (30) | - | - | (30) | | | (30) |
| MediaNation Inc | - | - | - | - | - | - | | | | |
| Tribune Company | 433 | - | - | - | - | - | 433 | | | 433 |
| Viacom Inc | - | - | - | - | - | (54) | (54) | | | (54) |
| | | | | | | | 4,801 | | | 4,801 |

CONFIDENTIAL

DB 000634

NA Media
Client Revenue by Product - Americas
February 2003 YTD
Euros ('000'S)

| | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Bonds-Corporate High Yield | Loan Syndications | Equity-IPO | Equity-Secondary | Private Placement Equity | Corp. Investment Grade | Strategic Lending Contracts | Corporate Finance Revenue | *Loan Rev per GCIX | *Derivatives per GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACME Communications Inc | | 579 | | | | | | | | | 579 | | | 579 |
| Allbritton Communications Co | | | 602 | 1,472 | | | | | | | 2,074 | | | 2,074 |
| AOL Time Warner Inc | | | | | | | | | | -32,418 | (32) | | | (32) |
| Carlyle Group (The) | | | | (130) | | | | | | | (130) | | | (130) |
| Clear Channel Communications Inc | | | | | | | | | 85,571 | | 86 | | | 86 |
| Comcast Corporation | | | | | | | | | 136,692 | | 137 | | | 137 |
| EchoStar Communications Corp | 1,389 | | | 16,408 | 8,829 | | | | | | 26,626 | | | 26,626 |
| General Motors Corporation | | | | 4,612 | | | | | | | 4,612 | | | 4,612 |
| Gray Television Inc | | | | | | | 70,063 | | | | 70 | | | 70 |
| Hicks Muse Tate & Furst Inc | | | | | 232 | | | | | | 232 | | | 232 |
| iVillage Inc | | | | | | | | -4,078 | | | (4) | | | (4) |
| MediaNation Inc | | | | | | -29,683 | | | | | (30) | | | (30) |
| RH Donnelley Corp | | | | 7,409 | 4,964 | | | | | | 12,373 | | | 12,373 |
| Sinclair Broadcast Group Inc | | | | 99 | | | | | | | 99 | | | 99 |
| Tribune Company | | | 433 | | | | | | | | 433 | | | 433 |
| Viacom Inc | | | | | | | | | | -108,044 | (108) | | | (108) |
| | | | | | | | | | | | 47,016 | | | 47,016 |

* Note GCIX Revenue on a two month lag

CONFIDENTIAL        DB 000635

Global Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Mar 5 to Mar 12)

| Deal | Product | Probability | Region | Actual Feb | Actual Mar | Pipeline Feb | Pipeline Mar | Pipeline Apr | Pipeline May | Pipeline Jun | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 75.00 | Americas | 0 | 0 | 0 | 0 | 0 | 0 | 23,916 | |
| AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0.00 | Americas | 0 | 0 | 0 | 0 | 0 | 0 | 23,810 | |
| Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50.00 | Europe | 0 | 0 | 0 | 1,000 | 0 | 1,000 | 0 | |
| Comcast - acq Incl for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50.00 | Americas | 0 | 0 | 0 | 1,840 | 0 | 0 | 0 | |
| Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0.00 | Americas | 0 | 0 | 0 | 2,733 | 0 | 0 | 0 | |

CONFIDENTIAL

DB 000636

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 12-MAR-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 595 | 3,003 | 14,129 | (11,126) | - | 55,654 | 7,569 | 10,592 | 35,000 | (24,408) | - | - |
| Other Advisory | - | - | - | - | - | 58 | 29 | 29 | - | 29 | 29 | 15 |
| Total Advisory | 595 | 3,003 | 14,129 | (11,126) | - | 55,713 | 7,618 | 10,621 | 35,000 | (24,379) | 29 | 15 |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 4,482 | 34,501 | 7,906 | 26,596 | - | 8,889 | 1,678 | 36,179 | - | 36,179 | - | - |
| Loan Syndications | 232 | 14,025 | 5,727 | 8,298 | - | 15,059 | 9,480 | 23,505 | - | 23,505 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 4,714 | 48,526 | 13,632 | 34,893 | - | 23,948 | 11,158 | 59,684 | 50,000 | 9,684 | - | - |
| Equity Underwriting | (276) | 305 | 5,479 | (5,174) | - | 63,154 | 7,875 | 8,180 | - | 8,180 | - | - |
| Private Placement-Equity | - | (4) | (1) | (3) | - | - | - | (4) | - | (4) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | (276) | 301 | 5,478 | (5,177) | - | 63,154 | 7,875 | 8,176 | 65,000 | (56,824) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | - | 222 | 1,127 | (905) | - | - | - | 222 | - | 222 | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | (70) | (140) | (242) | 102 | - | - | - | (140) | - | (140) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | (70) | 82 | 885 | (804) | - | - | - | 82 | 30,000 | (29,918) | - | - |
| Total Corporate Finance Product | 4,963 | 51,912 | 34,125 | 17,787 | - | 142,825 | 26,651 | 78,563 | 180,000 | (101,437) | 29 | 15 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000637

FRANCHISE - REVENUE BY DEAL
AS OF: 12-MAR-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 579 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | StoryFirst - valuation of Russian assets (D025060) | 162 | 0 | - | None |
| | Tribune Co - general advisory (radio assets) (D002234) | 433 | 433 | - | None |
| Total M&A | | 595 | 3,003 | | |
| Total Advisory | | 595 | 3,003 | | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | (130) | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 4,612 | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,408 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,409 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 99 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fir |
| Total HYCM | | 4,482 | 34,501 | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | 232 | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 4,964 | - | NA Lev Fin |
| Total Loan Syndications | | 232 | 14,025 | | |
| Total Debt Products | | 4,714 | 48,526 | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | (246) | 70 | - | NA Lev Fin |
| | MediaNation - Sponsoring Agreement (D027084) | (30) | (30) | - | ASIA SPON, CHINA |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Vivendi Universal - mandatory convertible bond (D026623) | - | 190 | - | None |
| Total Equity Underwriting | | (276) | 305 | | |
| | iVillage mtm (M1575) | - | (4) | - | None |
| Total Private Placement-Equity | | - | (4) | | |
| Total Equity | | (276) | 301 | | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 137 | - | Global Media |

CONFIDENTIAL       DB 000638

FRANCHISE - REVENUE BY DEAL
AS OF: 12-MAR-2003
EUROS IN 000S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| Total GM DCM JV | | | | | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (32) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (54) | (108) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (70) | (140) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | (70) | 82 | - | |
| Total Corporate Finance Product | | 4,963 | 51,912 | - | |

Global Media (as of Mar 12).xls

12/19/2007

CONFIDENTIAL

DB 000639

**FRANCHISE - PIPELINE BY DEAL**
**AS OF 12-MAR-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Mar | Apr | May | Jun | Balance Of Year 2003 | Future Years | | |
| | Acme Communications - general advisory (D006356) | 75 | | 340 | | | | | 340 | 255 |
| | BC Partners - acqn advisory of Bertelsmann Springer (Chess) / Chess *** (D024763) | 0 | | | | 5,000 | | | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | 1,000 | | 1,000 | | | | 2,000 | 1,000 |
| | BusinessWire - general advisory (D005585) | 25 | | | | | 4,082 | | 4,082 | 1,020 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | 6,000 | | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | | | | | 3,000 | | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | | | 100 | | 100 | 100 |
| | Electronic Arts - general advisory (VUE Games) (D026937) | 0 | | | | | 5,442 | | 5,442 | - |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | 0 | | | | | 11,020 | | 11,020 | - |
| | JCDecaux - acquisition advisory - Project Daedalus. (D022235) | 25 | | | 4,600 | | | | 4,600 | 1,125 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025655) | 0 | | | | | 4,082 | | 4,082 | - |
| | ProSieban - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | | 5,000 | | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012672) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,088 | | | | | | 1,088 | 1,088 |
| **Total M&A** | | | **2,088** | **340** | **5,500** | **5,000** | **42,726** | | **55,654** | **7,589** |
| | MediaNation - Sponsoring Agreement (D027084) | 50 | | | | 29 | 29 | 29 | 87 | 44 |
| **Total Other Advisory** | | | | | | **29** | **29** | **29** | **87** | **44** |
| **Total Advisory** | | | **2,088** | **340** | **5,500** | **5,029** | **42,755** | **29** | **55,742** | **7,633** |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 0 | | | 2,177 | | | | 2,177 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | 6,712 | | | 6,712 | 1,678 |
| **Total HYCM** | | | | | **2,177** | **6,712** | | | **8,889** | **1,678** |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | 4,989 | | | | 5,442 | | 5,442 | 1,351 |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 75 | 4,989 | | | | | | 4,989 | 3,741 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 3,628 | | | | | | 3,628 | 3,628 |
| | Vivendi Universal Entertainment - Refinancing (D025559) | 75 | 1,000 | | | | | | 1,000 | 750 |
| **Total Loan Syndications** | | | **9,617** | | | | **5,442** | | **15,059** | **9,480** |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | 0 | | | | 23,810 | | | 23,810 | - |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | | | | 15,000 | | | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020295) | 75 | | | | 2,500 | | | 2,500 | 1,875 |
| | Citadel Broadcasting - IPO (D023055) | 0 | | | | | 2,721 | | 2,721 | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | | | 1,134 | | 1,134 | - |
| | SES Global - €700.1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | | | | | 8,000 | | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D027792) | 0 | | | | 10,000 | | | 10,000 | - |
| **Total Debt Products** | | | | | | **23,948** | | | **23,948** | **11,158** |
| **Total Equity Underwriting** | | | | | | **51,310** | **11,855** | | **63,164** | **7,875** |
| **Total Equity** | | | | | | **51,310** | **11,855** | | **63,164** | **7,875** |
| **Total Corporate Finance Product** | | | **11,705** | **340** | **7,677** | **63,051** | **60,052** | **29** | **142,854** | **28,666** |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-03-12 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023006) | Equity-IPO | 0% | | | | 2,721 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | 4,612 | 4,612 | | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | 75% | | | | 4,989 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | 1,389 | | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 16,408 | | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | - | |
| | Emmis Communications - general advisory (Project Football) (D026447) | Acquisition Advisory | 0% | | | | 11,020 | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 99 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | | | | 1,088 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | | | | 3,628 | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | | | | 1,000 | |
| Austin, Geoffrey | BC Partners - acqn advisory of Bertelsmann Springer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | | | | 1,088 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | | | | 3,628 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 6,712 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 5,442 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | (130) | (130) | | - | |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | | | | 2,721 | |
| | Emmis Communications - general advisory (Project Football) (D026447) | Acquisition Advisory | 0% | | | | 11,020 | |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | 50% | | | | 58 | |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | | | | - | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | (30) | (30) | | - | 29 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 7,409 | | - | |
| | | | | | 4,964 | | | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 602 | | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | - | |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 0% | | | | 2,177 | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | (246) | 70 | | - | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | | | | 1,134 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | 433 | 433 | | - | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | BSkyB - GBP 200 million convertible bond (D020236) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 8,000 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | | | | 5,442 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus. (D022235) | Acquisition Advisory | 25% | | | | 4,500 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025863) | Acquisition Advisory | 0% | | | | 4,082 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | | | | 8,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | 74 | 74 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | | | | 1,088 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | | | | 3,628 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Macinnes, Bruce | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | StoryFirst - Valuation of Russian assets (D025060) | Valuation | N/A | 162 | | Global Media (as of Mar 12).xls | | |

CONFIDENTIAL    DB 000641

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-03-12 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Morris, J L Malcolm | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | - | - | - | 10,000 | - |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0% | - | - | - | 23,810 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | - | - | - | 340 | - |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 579 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | 232 | 232 | - | - | - |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | - | 190 | - | - | - |
| | Vivendi Universal Entertainment - Refinancing (DC25558) | Bridge Loans | 75% | - | - | - | 1,000 | - |
| Triffo, Dyan | BusinessWire - general advisory (D005665) | Divestiture Advisory | 25% | - | - | - | 4,082 | - |
| Yung, Sun J. | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 137 | - | - | - |

Global Media (as of Mar 12).xls

12/19/2007

CONFIDENTIAL

DB 000642

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 12-MAR-2003**
**EUROS IN 000'S**
**NA MEDIA (1)**

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 433 | 3,003 | 13,754 | (10,751) | -78% | | 16,531 | 2,364 | 5,367 | 23,370 | (18,003) | -77% | 20,000 | (14,633) |
| Other Advisory | | | | | | | 58 | 29 | 29 | | 29 | | | |
| Total Advisory | 433 | 3,003 | 13,754 | (10,751) | -78% | | 16,589 | 2,393 | 5,396 | 23,370 | (17,974) | -77% | 20,000 | (14,604) |
| ABL Origination | | | | | | | | | | | | | | |
| HYCM | 4,482 | 29,871 | 7,906 | 21,965 | 278% | | 8,889 | 1,678 | 31,549 | 18,730 | 12,819 | 68% | | |
| Loan Syndications | 232 | 14,025 | 5,727 | 8,298 | 145% | | 15,059 | 9,480 | 23,505 | 13,832 | 9,673 | 70% | | |
| Project Finance | | | | | | | | | | | | | | |
| Leveraged Portfolio Revenue | | | | | | | | | | | | | | |
| Real Estate Investment Banking | | | | | | | | | | | | | | |
| Total Debt Products | 4,714 | 43,895 | 13,632 | 30,263 | 222% | | 23,948 | 11,158 | 55,054 | 32,562 | 22,492 | 69% | 40,000 | 15,054 |
| Equity Underwriting | (276) | 40 | 1,841 | (1,801) | -98% | | 27,064 | | 40 | 30,454 | (30,414) | -100% | | |
| Private Placement-Equity | | (4) | (1) | (3) | 266% | | | | (4) | 908 | (912) | -100% | | |
| Structured Equity Transactions Group | | | | | | | | | | | | | | |
| Total Equity | (276) | 36 | 1,840 | (1,804) | -98% | | 27,064 | | 36 | 31,362 | (31,326) | -100% | 25,000 | (24,964) |
| Capital Benefit / Treasury Allocation | | | | | | | | | | | | | | |
| Other Global Markets | | | | | | | | | | | | | | |
| GM DCM JV | | 222 | 1,127 | (905) | -80% | | | | 222 | 2,856 | (2,634) | -92% | | |
| Legacy PF / Telecom / LA Portfolio - NIM | | | | | | | | | | | | | | |
| Principal Investing / PE Exceptions / Other | (70) | (140) | (242) | 102 | -42% | | | | (140) | (1,199) | 1,059 | -88% | | |
| Total Legacy Portfolios / Cross Selling / Other | (70) | 82 | 686 | (604) | -61% | | | | 82 | 1,667 | (1,575) | -95% | 20,000 | (19,918) |
| Total Corporate Finance Product | 4,801 | 47,016 | 30,112 | 16,903 | 56% | | 68,201 | 13,551 | 60,568 | 88,952 | (28,384) | -32% | 105,000 | (44,432) |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000643

**FRANCHISE - REVENUE BY DEAL**
**AS OF 12-MAR-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 579 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | 433 | 433 | - | None |
| **Total M&A** | | **433** | **3,003** | - | |
| **Total Advisory** | | **433** | **3,003** | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | (130) | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 4,612 | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,408 | - | NA FIN SPO, NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,409 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 99 | - | None |
| **Total HYCM** | | **4,482** | **29,871** | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | 232 | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 4,964 | - | NA Lev Fin |
| **Total Loan Syndications** | | **232** | **14,025** | - | |
| **Total Debt Products** | | **4,714** | **43,895** | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | (246) | 70 | - | NA Lev Fin |
| | MediaNation - Sponsoring Agreement (D027084) | (30) | (30) | - | ASIA SPON, CHINA |
| **Total Equity Underwriting** | | **(276)** | **40** | - | |
| | iVillage mtm (M1575) | - | (4) | - | None |
| **Total Private Placement-Equity** | | - | **(4)** | - | |
| **Total Equity** | | **(276)** | **36** | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 137 | - | None |
| **Total GM DCM JV** | | - | **222** | - | |

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000644

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 12-MAR-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (32) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (54) | (108) | - | None |
| Total Principal Investing / PE Exceptions / Other | | (70) | (140) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | (70) | 82 | - | |
| Total Corporate Finance Product | | 4,801 | 47,016 | - | |

Global Media (as of Mar 12).xls
12/19/2007
CONFIDENTIAL
DB 000645

FRANCHISE - PIPELINE BY DEAL
AS OF 12-MAR-2003
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| | | | Mar | Apr | May | Jun | Balance Of Year 2003 | Future Years | | |

| PRODUCT | DEAL | PROBABILITY | Mar | Apr | May | Jun | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acme Communications - general advisory (D005356) | 75 | | 340 | | | | | 340 | 255 |
| | BusinessWire - general advisory (D005985) | 25 | | | | | 4,082 | | 4,082 | 1,020 |
| | Ennis Communications - general advisory (Project Football) / Football (D026447) | 0 | | | | | 11,020 | | 11,020 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,086 | | | | | | 1,086 | 1,086 |
| Total M&A | | | 1,086 | 340 | | | 15,102 | | 16,531 | 2,364 |
| | MediaNation - Sponsoring Agreement (D027084) | 50 | | | | 29 | 29 | 29 | 87 | 44 |
| Total Other Advisory | | | | | | 29 | 29 | 29 | 87 | 44 |
| Total Advisory | | | 1,086 | 340 | | 29 | 15,131 | 29 | 16,618 | 2,408 |
| | Albertson Communications - acq financing for Fisher Commun (D027037) | 0 | | | 2,177 | | | | 2,177 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | 6,712 | | | 6,712 | 1,678 |
| Total HYCM | | | | | 2,177 | 6,712 | | | 8,889 | 1,678 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025652) | 25 | | | | | 5,442 | | 5,442 | 1,361 |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 75 | 4,989 | | | | | | 4,989 | 3,741 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 3,628 | | | | | | 3,628 | 3,628 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | 1,000 | | | | | | 1,000 | 750 |
| Total Loan Syndications | | | 9,617 | | | | 5,442 | | 15,059 | 9,480 |
| Total Debt Products | | | 9,617 | | 2,177 | 6,712 | 5,442 | | 23,948 | 11,158 |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | 0 | | | | 23,810 | | | 23,810 | |
| | Citadel Broadcasting - IPO (C023066) | 0 | | | | | 2,721 | | 2,721 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | | | | | 1,134 | | 1,134 | |
| Total Equity Underwriting | | | | | | 23,810 | 3,855 | | 27,664 | |
| Total Equity | | | | | | 23,810 | 3,855 | | 27,664 | |
| Total Corporate Finance Product | | | 10,706 | 340 | 2,177 | 30,551 | 24,428 | 29 | 68,230 | 13,566 |

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000646

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-03-12 (Wed)**
**EUROS IN 000'S**
**M&A Media**

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,721 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | 4,612 | 4,612 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | 75% | - | - | - | 4,989 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | - | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 16,408 | - | - | - |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | 8,829 | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 99 | - | 11,020 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,088 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | 3,628 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | - | - | - | 1,000 | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | - | - | - | - | - |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,712 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,442 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | (130) | (130) | - | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,721 | - |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | - | 11,020 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | 50% | - | - | - | 58 | 29 |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | (30) | (30) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,409 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 4,964 | - | - | - |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 0% | - | - | - | 2,177 | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | (246) | 70 | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | - | - | - | 1,134 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | 433 | 433 | - | - | - |
| Morris, J L Malcolm | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0% | - | - | - | 23,810 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | - | - | - | 340 | - |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 579 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030156) | Senior Bank Debt | N/A | 232 | 232 | - | - | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,082 | - |
| Yung, Sun J. | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 137 | - | - | - |

CONFIDENTIAL   DB 000647

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 12-MAR-2003
EUROS IN 000'S
EUROPE MEDIA (1)

| PRODUCT | Feb Franchise Revenue | YTD(Feb) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Mar Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 162 | - | 375 | (375) | - | 40,212 | 6,313 | 6,313 | 15,000 | (8,687) | - | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 162 | - | 375 | (375) | - | 40,212 | 6,313 | 6,313 | 15,000 | (8,687) | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | 4,630 | - | 4,630 | - | - | - | 4,630 | - | 4,630 | - | - |
| Loan Syndications | - | - | - | - | - | 4,628 | 4,378 | 4,378 | - | 4,378 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | - | 4,630 | - | 4,630 | - | 4,628 | 4,378 | 9,009 | 10,000 | (991) | - | - |
| Equity Underwriting | - | 265 | 3,638 | (3,373) | - | 35,500 | 7,875 | 8,140 | - | 8,140 | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | - | 265 | 3,638 | (3,373) | - | 35,500 | 7,875 | 8,140 | 40,000 | (31,860) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | - | - | - | - | - | - | - | - | - | - | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | - | - | - | - | - | - | - | - | 10,000 | (10,000) | - | - |
| Total Corporate Finance Product | 162 | 4,895 | 4,013 | 882 | - | 80,340 | 18,567 | 23,462 | 75,000 | (51,538) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000648

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 12-MAR-2003**
**EUROS 'N 000'S**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue Feb | Franchise Revenue YTD(Feb) | Franchise Revenue Mar | Other Coverage Groups |
|---|---|---|---|---|---|
|  | StoryFirst - valuation of Russian assets (D025060) | 162 | 0 | - | None |
| **Total M&A** |  | 162 | 0 | - |  |
| **Total Advisory** |  | 162 | 0 | - |  |
|  | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fir |
| **Total HYCM** |  | - | 4,630 | - |  |
| **Total Debt Products** |  | - | 4,630 | - |  |
|  | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
|  | Vivendi Universal - mandatory convertible bond (D026623) | - | 190 | - | None |
| **Total Equity Underwriting** |  | - | 265 | - |  |
| **Total Equity** |  | - | 265 | - |  |
| **Total Corporate Finance Product** |  | 162 | 4,895 | - |  |

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL

DB 000649

FRANCHISE - PIPELINE BY DEAL
AS OF 12-MAR-2003
EUROS IN 000'S
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Mar | Apr | May | Jun | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | 0 | - | - | - | 5,000 | - | - | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | 1,000 | - | 1,000 | - | - | - | 2,000 | 1,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 6,000 | - | 6,000 | - |
| | Digiturk - sell-side advisory (D026150) | 25 | - | - | - | - | 3,000 | - | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | - | - | - | - | 100 | - | 100 | 100 |
| | Electronic Arts - general advisory (VUE Games) (D025937) | 0 | - | - | - | - | 5,442 | - | 5,442 | - |
| | JCDecaux - acquisition advisory - Project Daedalus / Daedalus (D022235) | 25 | - | - | 4,500 | - | - | - | 4,500 | 1,125 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D026965) | 0 | - | - | - | - | 4,082 | - | 4,082 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | - | - | - | - | 5,000 | - | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | - | - | - | 4,000 | - | 4,000 | 1,000 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025986) | 100 | 1,088 | - | - | - | - | - | 1,088 | 1,088 |
| Total M&A | | | 2,088 | - | 5,500 | 5,000 | 27,624 | - | 40,212 | 6,313 |
| Total Advisory | | | 2,088 | - | 5,500 | 5,000 | 27,624 | - | 40,212 | 6,313 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025986) | 100 | 3,628 | - | - | - | - | - | 3,628 | 3,628 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | 75 | 1,000 | - | - | - | - | - | 1,000 | 750 |
| Total Loan Syndications | | | 4,628 | - | - | - | - | - | 4,628 | 4,378 |
| Total Debt Products | | | 4,628 | - | - | - | - | - | 4,628 | 4,378 |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | - | - | - | 15,000 | - | - | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | 75 | - | - | - | 2,500 | - | - | 2,500 | 1,875 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | - | - | - | - | 8,000 | - | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter ** (D022792) | 0 | - | - | - | 10,000 | - | - | 10,000 | - |
| Total Equity Underwriting | | | - | - | - | 27,500 | 8,000 | - | 35,500 | 7,875 |
| Total Equity | | | - | - | - | 27,500 | 8,000 | - | 35,500 | 7,875 |
| Total Corporate Finance Product | | | 6,717 | - | 5,500 | 32,500 | 35,624 | - | 80,340 | 18,567 |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-03-12 (Wed)**
**EUROS IN 000'S**
**Europe Media**

| BANKER | DEAL | PRODUCT | PROB | FEB FRANCHISE VALUE | YTD FEB FRANCHISE VALUE | MAR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | BC Partners - acqn advisory of BertelsmannSpringer (Chess) ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | | | | 1,088 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | | | | 3,628 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) ** (D024783) | Acquisition Advisory | 0% | | | | 5,000 | |
| | BSkyB - GBP 200 million convertible bond (D020298) | Equity-Convertible Bonds | 75% | | | | 2,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 15% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | | | | 5,442 | |
| | JCDecaux - acquisition advisory - Project Daedalus / Deedalus (D022235) | Acquisition Advisory | 25% | | | | 4,500 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | | | | 4,082 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 75% | | | | 8,000 | |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013835) | Equity-IPO | N/A | | 74 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | | | | 1,088 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 100% | | | | 3,628 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Maciness, Bruce | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | | | | 100 | |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | | | | 3,000 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | 162 | | | | |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | Equity-IPO | 0% | | | | 10,000 | |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 15% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 6,000 | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | | 190 | | | |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | 75% | | | | 1,000 | |

12/19/2007

Global Media (as of Mar 12).xls

CONFIDENTIAL    DB 000651