NA Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Apr 02 to Apr 09)

| Deal | Product | Probability | Region | Actual | | Pipeline | | | | Comments |
| | | | | Mar | Apr | Mar | Apr | May | Jun | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AOL - Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75.00 | Americas | 0 | 0 | 0 | 0 | 0 | 189 | Pipeline added |
| AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0.00 | Americas | 0 | 0 | 0 | 0 | 0 | 189 | Pipeline added |
| Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | 8,866 | Pipeline adjusted |
| Clear Channel Communications - $3bn ref 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50.00 | Americas | 0 | 0 | 0 | 162 | 0 | 0 | Pipeline added |

## NA Media
## 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | 88,952 |
| 2003 YTD | - | 54,317 | - | - | 54,317 |
| 2003 Plan | - | 105,000 | - | - | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 3,347 | - | 3,347 | 50,783 | 35 | 292 | (140) | 54,317 |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
** Other includes Other Global Markets and Principal Investing

CONFIDENTIAL

DB 000653

NA Media
Client Revenue by Product - Americas
March 2003 YTD
Euros ('000'S)

| | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Bonds- Corporate High Yield | Senior Bank Debt | Equity-IPO | Equity- Secondary | Private Placement Equity | Bonds- Corp. Investment Grade | Strategic Lending Contracts | Corporate Finance Revenue | *Loan Rev per GCIX | *Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,389 | - | - | 16,408 | 8,829 | - | - | - | - | - | 26,626 | | | 26,626 | |
| RH Donnelley Corp | - | - | - | 7,487 | 5,011 | - | - | - | - | - | 12,497 | | | 12,497 | |
| General Motors Corporation | - | - | - | 4,612 | 6,465 | - | - | - | - | - | 11,077 | | | 11,077 | |
| Allbritton Communications Co | - | - | 602 | 1,472 | - | - | - | - | - | - | 2,074 | | | 2,074 | |
| ACME Communications Inc | - | 923 | - | - | - | - | - | - | - | - | 923 | | | 923 | |
| Tribune Company | - | 433 | - | - | - | - | - | - | - | - | 433 | | | 433 | |
| Thomas H Lee Partners | - | - | - | - | 324 | - | - | - | - | - | 324 | | | 324 | |
| Hicks Muse Tate & Furst Inc | - | - | - | - | 232 | - | - | - | - | - | 232 | | | 232 | |
| Comcast Corporation | - | - | - | - | - | - | - | - | 207 | - | 207 | | | 207 | |
| Gray Television Inc | - | - | - | 33 | - | - | 70 | - | - | - | 103 | | | 103 | |
| Clear Channel Communications Inc | - | - | - | - | - | - | - | - | 86 | - | 86 | | | 86 | |
| Sinclair Broadcast Group Inc | - | - | - | 40 | - | - | - | - | - | - | 40 | | | 40 | |
| iVillage Inc | - | - | - | - | - | - | - | (6) | - | - | (6) | | | (6) | |
| MediaNation Inc | - | - | - | - | - | (30) | - | - | - | - | (30) | | | (30) | |
| AOL Time Warner Inc | - | - | - | - | - | - | - | - | - | (32) | (32) | | | (32) | |
| Viacom Inc | - | - | - | - | - | - | - | - | - | (108) | (108) | | | (108) | |
| Carlyle Group (The) | - | - | - | (130) | - | - | - | - | - | - | (130) | | | (130) | |
| | | | | | | | | | | | 54,317 | | | 54,317 | |

* Note GCIX Revenue on a two month lag

CONFIDENTIAL                                                    DB 000654

NA Media
Client Revenue by Product
March 2003 MTD
Euros ('000'S)

| Client | Divestiture Advisory | Bonds-Corporate High Yield | Senior Bank Debt | Private Placement-Equity | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|
| General Motors Corporation | - | - | 6,465 | - | - | 6,465 | | | 6,465 | |
| ACME Communications Inc | 344 | - | - | - | - | 344 | | | 344 | |
| Thomas H Lee Partners | - | - | 324 | - | - | 324 | | | 324 | |
| RH Donnelley Corp | - | 78 | 46 | - | - | 124 | | | 124 | |
| Comcast Corporation | - | - | - | - | 70 | 70 | | | 70 | |
| Gray Television Inc | - | 33 | - | - | - | 33 | | | 33 | |
| iVillage Inc | - | - | - | (2) | - | (2) | | | (2) | |
| Sinclair Broadcast Group Inc | - | (59) | - | - | - | (59) | | | (59) | |
| | | | | | | 7,300 | | | 7,300 | |

CONFIDENTIAL

DB 000655

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 09-APR-2003
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD(Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,214 | 4,217 | 18,908 | (14,691) | - | 49,722 | 6,896 | 11,113 | 35,000 | (23,887) | 30 | 15 |
| Other Advisory | - | - | - | - | - | 60 | 30 | 30 | - | 30 | 30 | 15 |
| Total Advisory | 1,214 | 4,217 | 18,908 | (14,691) | - | 49,782 | 6,926 | 11,143 | 35,000 | (23,867) | - | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 52 | 34,553 | 10,094 | 24,459 | - | 9,164 | 1,730 | 36,283 | 32,000 | 4,283 | - | - |
| Loan Syndications | 7,633 | 21,658 | 5,727 | 15,931 | - | 5,611 | 1,403 | 23,060 | 15,000 | 8,060 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 7,685 | 56,211 | 15,821 | 40,390 | - | 14,775 | 3,133 | 59,344 | 50,000 | 9,344 | - | - |
| Equity Underwriting | 118 | 423 | 7,544 | (7,122) | - | 66,567 | 28,016 | 28,438 | 65,000 | (36,562) | - | - |
| Private Placement-Equity | (2) | (6) | (1) | (5) | - | - | - | (6) | - | (6) | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 116 | 417 | 7,543 | (7,126) | - | 66,567 | 28,016 | 28,433 | 65,000 | (36,567) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 70 | 292 | 1,127 | (835) | - | 21,040 | 10,520 | 10,812 | - | 10,812 | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | (140) | (362) | 222 | - | - | - | (140) | - | (140) | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 70 | 152 | 765 | (613) | - | 21,040 | 10,520 | 10,672 | 30,000 | (19,328) | - | - |
| Total Corporate Finance Product | 9,085 | 60,997 | 43,037 | 17,960 | - | 174,163 | 48,594 | 109,591 | 180,000 | (70,409) | 30 | 15 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000656

FRANCHISE - REVENUE BY DEAL
AS OF 09-APR-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | 344 | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 870 | 870 | - | EUR RESTR, UK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | None |
| **Total M&A** | | **1,214** | **4,217** | **-** | None |
| **Total Advisory** | | **1,214** | **4,217** | **-** | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,408 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025884) | 33 | 33 | - | NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 78 | 7,487 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | (59) | 40 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fir |
| **Total HYCM** | | **52** | **34,553** | **-** | |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | 797 | 797 | - | UK |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 6,465 | 6,465 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 46 | 5,011 | - | EUR MEDIA, EUR SPON, EURLEVFI |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 324 | 324 | - | EUR SPON, EURLEVFIN, NA CON, N |
| **Total Loan Syndications** | | **7,633** | **21,658** | **-** | |
| **Total Debt Products** | | **7,685** | **56,211** | **-** | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | MediaNation - Sponsoring Agreement (D027084) | - | (30) | - | ASIA SPON, CHINA |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | FRANCE |
| | Vivendi Universal - mandatory convertible bond (D026623) | 118 | 308 | - | None |
| **Total Equity Underwriting** | | **118** | **423** | **-** | |
| | iVillage mtm (M1575) | (2) | (6) | - | |
| **Total Private Placement-Equity** | | **(2)** | **(6)** | **-** | None |

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000657

FRANCHISE - REVENUE BY DEAL
AS OF: 09-APR-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| Total Equity | | 116 | 417 | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | 70 | 207 | - | None |
| Total GM DCM JV | | 70 | 292 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (32) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (108) | - | None |
| Total Principal Investing / PE Exceptions / Other | | - | (140) | - | |
| Total Legacy Portfolios / Cross Selling / Other | | 70 | 152 | - | |
| Total Corporate Finance Product | | 9,085 | 60,997 | - | |

CONFIDENTIAL

DB 000658

12/19/2007

Global Media (as of Apr 9).xls

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 09-APR-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | PROBABILITY | Apr | May | Jun | Jul | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | BC Partners - acqn advisory of Bertelsmann/Springer (Chess) / Chess *** (D024783) | 0 | | | 5,000 | | | | 5,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | 50 | | 1,000 | | | | | 1,000 | 500 |
| | BusinessWire - general advisory (D005685) | 25 | | | | | 4,208 | | 4,208 | 1,052 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | | | | | 6,000 | | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | 25 | | | | | 3,000 | | 3,000 | 750 |
| | Digiturk - sell-side advisory (D025150) | 100 | | | | | 100 | | 100 | 100 |
| | Electronic Arts - general advisory (VUE Games) (D025937) | 0 | | | | | 5,611 | | 5,611 | - |
| | Microsoft - acqn of Vivendi Universal Games (D030452) | 0 | | | | | 5,611 | | 5,611 | - |
| | Pearson - acqn advisory for AOL Time Warner Book Group (D030361) | 0 | | | | | 374 | | 374 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | | | | | 4,208 | | 4,208 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | | | | | 5,000 | | 5,000 | 1,250 |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | | | | | 4,000 | | 4,000 | 1,000 |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | 25 | | | | 4,488 | | | 4,488 | 1,122 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,122 | | | | | | 1,122 | 1,122 |
| Total M&A | | | 1,122 | 1,000 | 5,000 | 4,488 | 38,111 | | 49,722 | 6,896 |
| | MediaNation - Sponsoring Agreement (D027084) | 50 | | | 30 | | 30 | 30 | 90 | 45 |
| Total Other Advisory | | | | | 30 | | 30 | 30 | 90 | 45 |
| Total Advisory | | | 1,122 | 1,000 | 5,030 | 4,488 | 38,141 | 30 | 49,812 | 6,941 |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 0 | | 2,244 | | | | | 2,244 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West/Phase II) / Phase 2 (D025662) | 25 | | | | 6,920 | | | 6,920 | 1,730 |
| Total HYCM | | | | 2,244 | | 6,920 | | | 9,164 | 1,730 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | | | | 5,611 | | | 5,611 | 1,403 |
| Total Loan Syndications | | | | | | 5,611 | | | 5,611 | 1,403 |
| Total Debt Products | | | | 2,244 | | 12,530 | | | 14,776 | 3,133 |
| | AOL - Time Warner Entertainment - IPO (D026173) | 75 | | | 24,546 | | | | 24,546 | 18,410 |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | 0 | | | 24,546 | | | | 24,546 | - |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | 0 | | | 15,000 | | | | 15,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020296) | 25 | | | 2,500 | | | | 2,500 | 625 |
| | Citadel Broadcasting - IPO (D023066) | 75 | | | | | 2,805 | | 2,805 | 2,104 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 75 | | | | | 1,169 | | 1,169 | 877 |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | 75 | | | | | 8,000 | | 8,000 | 6,000 |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D022792) | 0 | | | 10,000 | | | | 10,000 | - |
| Total Equity Underwriting | | | | | 76,593 | | 11,974 | | 88,567 | 28,016 |
| Total Equity | | | | | 76,593 | | 11,974 | | 88,567 | 28,016 |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | 50 | 21,040 | | | | | | 21,040 | 10,520 |
| Total GM DCM JV | | | 21,040 | | | | | | 21,040 | 10,520 |
| Total Legacy Portfolios / Cross Selling / Other | | | 21,040 | | | | | | 21,040 | 10,520 |
| Total Corporate Finance Product | | | 22,162 | 3,244 | 81,623 | 17,019 | 50,115 | 30 | 174,193 | 48,609 |

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000659

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-04-09 (Wed)**
**EUROS IN 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,805 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 21,040 | - |
| | DirecTV - bank/HY financings (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | - | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 6,465 | 4,612 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 6,465 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 16,408 | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | (59) | 8,829 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | 40 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | 324 | 324 | - | - | - |
| Austin, Geoffrey | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | 324 | 324 | - | - | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,920 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,611 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | N/A | - | - | - | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,805 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | (130) | - | 21,040 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | N/A | - | - | - | 60 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | - | - | - | - | 30 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | 78 | (30) | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | 46 | 7,487 | - | - | - |
| | | | | | 5,011 | | | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020886) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 0% | - | - | - | 2,244 | - |
| | Gray Television - HY offering (4Q 02) (D025684) | Bonds-Corporate High Yield | N/A | 33 | 33 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | - | 70 | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 75% | - | - | - | 1,189 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - | - |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | - | - | - | 16,000 | - |
| | BC Partners - acqn advisory of BertelsmannSpringer (Chess) / Chess ** (D024783) | Acquisition Advisory | 0% | - | - | - | 5,000 | - |
| | BSkyB - GBP 200 million convertible bond (D020295) | Equity-Convertible Bonds | 25% | - | - | - | 2,500 | - |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | Senior Bank Debt | N/A | 797 | 797 | - | - | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | 50% | - | - | - | 1,000 | - |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing / Bronze (D015359) | Divestiture Advisory | N/A | 870 | 870 | - | - | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | Electronic Arts - general advisory (VUE Games) (D025937) | Acquisition Advisory | 0% | - | - | - | 5,811 | - |
| | Microsoft - acqn of Vivendi Universal Games (D030452) | Acquisition Advisory | 0% | - | - | - | 374 | - |
| | Pearson - acqn advisory for AOL Time Warner Book Group (D030301) | Acquisition Advisory | 0% | - | - | - | 4,208 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 25% | - | - | - | 5,000 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 75% | - | - | - | 8,000 | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | - | 74 | - | - | - |
| | SES Global - €700-1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 100% | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | 324 | 324 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | 25% | - | - | - | 4,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | | | | | | |
| Macinnes, Bruce 12/19/2007 | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 100% | - | - | - | 100 | - |

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000660

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-04-09 (Wed)
EUROS IN 000'S
Global Media

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Digiturk - sell-side advisory (D025150) | Divestiture Advisory | 25% | - | - | - | 3,000 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | - | - | - | 5,000 | - |
| | StoryFirst - valuation of Russian assets (D025060) | Valuation | N/A | - | - | - | - | - |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | 25% | - | - | - | 4,488 | - |
| | Texas Pacific Group - IPO (Hunter) / Hunter * (D0227792) | Equity-IPO | 0% | - | - | - | 10,000 | - |
| Morris, J L Malcolm | AOL - Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | - | - | - | 24,546 | - |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0% | - | - | - | 24,546 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D0066356) | Divestiture Advisory | N/A | 344 | 923 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | - | - | - | 6,000 | - |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | - | - | - | 4,000 | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Convertible Bonds | N/A | 118 | 118 | - | - | - |
| | Vivendi Universal - mandatory convertible bond (D026623) | Equity-Secondary | N/A | - | 190 | - | - | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,208 | - |
| Yung, Sun J. | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | 70 | 207 | - | - | - |

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000661

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 09-APR-2003**
**EUROS IN 000'S**
**GNA MEDIA (1)**

| PRODUCT | Mar Franchise Revenue | YTD (Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | % Change Year Over Year | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2002 Full Year Actual | B/(W) 2002 Full Year Actual | % Change 2003 Full Year Forecast over 2002 Full Year Actual | 2003 Full Year Plan | B/(W) 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 344 | 3,347 | 16,307 | (12,960) | -79% | - | 5,330 | 2,174 | 5,521 | 23,370 | (17,849) | -76% | 20,000 | (14,479) |
| Other Advisory | - | - | - | - | - | - | 60 | 30 | 30 | - | 30 | - | - | 15 |
| Total Advisory | 344 | 3,347 | 16,307 | (12,960) | -79% | - | 5,390 | 2,204 | 5,551 | 23,370 | (17,819) | -76% | 20,000 | (14,449) |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | 52 | 29,823 | 10,094 | 19,029 | 186% | - | 9,184 | 1,730 | 31,653 | 18,730 | 12,923 | 69% | 25,600 | 6,053 |
| Loan Syndications | 6,836 | 20,860 | 5,727 | 15,134 | 264% | - | 5,811 | 1,403 | 22,283 | 13,832 | 8,431 | 61% | 12,000 | 10,283 |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | 6,888 | 50,783 | 15,821 | 34,962 | 221% | - | 14,775 | 3,133 | 53,916 | 32,562 | 21,354 | 66% | 37,600 | 16,316 |
| Equity Underwriting | - | 40 | 3,907 | (3,866) | -99% | - | 53,067 | 21,391 | 21,431 | 30,454 | (9,023) | -30% | 25,000 | (3,569) |
| Private Placement-Equity | (2) | (5) | (1) | (5) | 411% | - | - | (6) | (6) | 908 | (914) | -101% | - | (6) |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | (2) | 35 | 3,906 | (3,871) | -99% | - | 53,067 | 21,391 | 21,425 | 31,362 | (9,937) | -32% | 25,000 | (3,575) |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 70 | 292 | 1,127 | (835) | -74% | - | 21,040 | 10,520 | 10,812 | 2,866 | 7,966 | 278% | 22,400 | (11,588) |
| Legacy PF / Telecom / LA Portfolio - NIM | - | (140) | (362) | 222 | -61% | - | - | - | (140) | (1,199) | 1,059 | -88% | - | (140) |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 70 | 152 | 765 | (613) | -80% | - | 21,040 | 10,520 | 10,672 | 1,657 | 9,015 | 544% | 22,400 | (11,728) |
| Total Corporate Finance Product: | 7,300 | 54,317 | 36,799 | 17,518 | 48% | - | 94,272 | 37,247 | 91,584 | 88,952 | 2,612 | 3% | 105,000 | (13,436) |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL                                                                    DB 000662

**FRANCHISE - REVENUE BY DEAL**
**AS OF 09-APR-2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D008356) | 344 | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - | NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - | None |
| **Total M&A** | | **344** | **3,347** | - | |
| **Total Advisory** | | **344** | **3,347** | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,612 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 18,408 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025864) | 33 | 33 | - | NA Lev Fin |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 78 | 7,487 | - | NA Lev Fin |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | (59) | 40 | - | None |
| **Total HYCM** | | **52** | **29,923** | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | 6,465 | 6,465 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | 46 | 6,011 | - | NA Lev Fin |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 324 | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA CON, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | **6,836** | **20,860** | - | |
| **Total Debt Products** | | **6,888** | **50,783** | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | - | NA Lev Fin |
| | MediaNation - Sponsoring Agreement (D027084) | - | (30) | - | ASIA SPON, CHINA |
| **Total Equity Underwriting** | | - | 40 | - | |
| | iVillage mtm (M1575) | (2) | (6) | - | None |
| **Total Private Placement-Equity** | | **(2)** | **(6)** | - | |
| **Total Equity** | | **(2)** | **35** | - | |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D025353) | 70 | 207 | - | None |
| **Total GM DCM JV** | | **70** | **292** | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (32) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (108) | - | None |
| **Total Principal Investing / PE Exceptions / Other** | | - | (140) | - | |
| **Total Legacy Portfolios / Cross Selling / Other** | | **70** | **152** | - | |
| **Total Corporate Finance Product** | | **7,300** | **54,317** | - | |

12/19/2007

Global Media (as of Apr 8).xls

CONFIDENTIAL

DB 000663

**FRANCHISE - PIPELINE BY DEAL**
**AS OF: 09 APR 2003**
**EUROS IN 000S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Apr | May | Jun | Jul | Balance Of Year 2003 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 4,208 | - | 4,208 | 1,052 |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 100 | 1,122 | - | - | - | - | - | 1,122 | 1,122 |
| Total M&A | | | 1,122 | - | - | - | 4,208 | - | 5,330 | 2,174 |
| | MediaNation - Sponsoring Agreement (D027084) | 50 | - | - | 30 | - | 30 | 30 | 90 | 45 |
| Total Other Advisory | | | - | - | 30 | - | 30 | 30 | 90 | 45 |
| Total Advisory | | | 1,122 | - | 30 | - | 4,238 | 30 | 5,420 | 2,219 |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | 0 | - | 2,244 | - | - | - | - | 2,244 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | - | - | 6,920 | - | - | 6,920 | 1,730 |
| Total HYCM | | | - | 2,244 | - | 6,920 | - | - | 9,164 | 1,730 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | - | - | 5,611 | - | - | 5,611 | 1,403 |
| Total Loan Syndications | | | - | - | - | 5,611 | - | - | 5,611 | 1,403 |
| Total Debt Products | | | - | 2,244 | - | 12,530 | - | - | 14,775 | 3,133 |
| | AOL - Time Warner Entertainment - IPO (D026173) | 75 | - | - | 24,546 | - | - | - | 24,546 | 18,410 |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | 0 | - | - | 24,546 | - | - | - | 24,546 | - |
| | Citadel Broadcasting - IPO (D023066) | 75 | - | - | - | - | 2,805 | - | 2,805 | 2,104 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 75 | - | - | - | - | 1,169 | - | 1,169 | 877 |
| Total Equity Underwriting | | | - | - | 49,093 | - | 3,974 | - | 53,067 | 21,391 |
| Total Equity | | | - | - | 49,093 | - | 3,974 | - | 53,067 | 21,391 |
| Total GM DCM JV | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | 50 | 21,040 | - | - | - | - | - | 21,040 | 10,520 |
| | | | 21,040 | - | - | - | - | - | 21,040 | 10,520 |
| Total Legacy Portfolios / Cross Selling / Other | | | 21,040 | - | - | - | - | - | 21,040 | 10,520 |
| Total Corporate Finance Product | | | 22,162 | 2,244 | 49,123 | 12,530 | 8,212 | 30 | 94,302 | 37,262 |

12/18/2007    Global Media (as of Apr 9).xls

CONFIDENTIAL    DB 000664

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-04-09 (Wed)**
**EUROS IN 000'S**
**NA Media**

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,805 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 21,040 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,612 | - | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | 6,465 | 6,465 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,408 | - | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | (59) | 40 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | 100% | - | - | - | 1,122 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | - | 4,630 | - | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | 324 | 324 | - | - | - |
| Carey, Charles | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,920 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D026662) | Senior Bank Debt | 25% | - | - | - | 5,611 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 75% | - | - | - | 2,805 | - |
| | Clear Channel Communications - $3bn refi 3Q 03 (D031143) | Bonds-Corp. Investment Grade | 50% | - | - | - | 21,040 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Consultancy Advisory | 50% | - | - | - | 60 | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | - | (30) | - | - | 30 |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | 78 | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | 46 | 5,011 | - | - | - |
| Graves, Daniel B. | Albritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | - |
| | Albritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | - |
| | Albritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 0% | - | - | - | 2,244 | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | 33 | 33 | - | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | - | 70 | - | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 75% | - | - | - | 1,169 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - | - |
| Morris, J L Malcolm | AOL - Time Warner Entertainment - IPO (D026173) | Equity-IPO | 75% | - | - | - | 24,546 | - |
| | AOL Time Warner - CONFIDENTIAL (1H 03) (D030716) | Block Trade | 0% | - | - | - | 24,546 | - |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | 344 | 923 | - | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | - |
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 4,208 | - |
| Yung, Sun J. | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | 70 | 207 | - | - | - |

12/19/2007

Global Media (as of Apr 9).xls

CONFIDENTIAL

DB 000665