**FRANCHISE - PIPELINE BY DEAL**
**AS OF 11 JUN 2003**
**EUROS IN 000'S**
**NA MEDIA**

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Balance Of Year 2003 | Future Years | | |
| | BusinessWire - general advisory (D005885) | 25 | - | - | - | - | 4,254 | - | 4,254 | 1,063 |
| | Eastman Kodak - Project Bravo (2002) / Bravo (formerly Photo Finish) (D031684) | 25 | - | - | - | - | 3,828 | - | 3,828 | 957 |
| | Emmis Communications - strategic options (D026119) | 0 | - | - | - | - | 3,403 | - | 3,403 | - |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivendi (D025911) | 25 | - | - | - | - | 12,762 | - | 12,762 | 3,190 |
| | Scientific-Atlantic - Acq of Netgear (D031555) | 0 | - | - | - | 2,552 | - | - | 2,552 | 2,552 |
| **Total M&A** | | | - | - | - | 2,552 | 24,247 | - | 26,799 | 5,211 |
| | Mediavision - Sponsoring Agreement (D027004) | 50 | 27 | - | - | - | 27 | 27 | 82 | 41 |
| **Total Other Advisory** | | | 27 | - | - | - | 27 | 27 | 82 | 41 |
| **Total Advisory** | | | 27 | - | - | 2,552 | 24,274 | 27 | 26,881 | 5,252 |
| | Carlyle/Welsh - acq (req) for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | 6,296 | - | - | - | - | 6,296 | 1,574 |
| | Crown Media - HY - Q2 03 (D031553) | 25 | - | - | - | 1,063 | - | - | 1,063 | 266 |
| | Spanish Broadcasting - financing options (2003) (D031697) | 0 | - | - | - | 1,361 | - | - | 1,361 | - |
| | Young Broadcasting_$250mm refinancing Q3 03 (D031265) | 50 | - | 851 | - | - | - | - | 851 | 425 |
| **Total HYCM** | | | - | 7,147 | - | 2,425 | (0) | - | 9,671 | 2,265 |
| | Carlyle/Welsh - acq (req) for Qwest Dex West(Phase II) / Phase 2 (D025662) | 25 | - | 6,105 | - | - | - | - | 5,105 | 1,276 |
| | Grey TV - Bank Debt Q2 03 (D031915) | 25 | - | 1,276 | - | - | - | - | 1,276 | 319 |
| **Total Loan Syndications** | | | - | 6,381 | - | - | - | - | 6,381 | 1,595 |
| **Total Debt Products** | | | - | 13,527 | - | 2,425 | - | - | 15,952 | 3,860 |
| | Citadel Broadcasting - IPO (D023066) | 50 | - | - | - | 2,552 | - | - | 2,552 | 1,276 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 25 | - | - | - | - | 1,063 | - | 1,063 | 266 |
| | Time Warner Entertainment- IPO (D026173) | 75 | - | - | - | 22,333 | - | - | 22,333 | 16,750 |
| **Total Equity Underwriting** | | | - | - | - | 24,885 | 1,063 | - | 26,949 | 18,292 |
| **Total Equity** | | | - | - | - | 24,885 | 1,063 | - | 25,949 | 18,292 |
| | Comcast Corp - IG offering (2H 03) (D031604) | 0 | 1,106 | - | - | - | - | - | 1,106 | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | 25 | 729 | - | - | - | - | - | 729 | 182 |
| **Total GM DCM JV** | | | 1,835 | - | - | - | - | - | 1,835 | 182 |
| **Total Legacy Portfolios / Cross Selling / Other** | | | 1,835 | - | - | - | - | - | 1,835 | 182 |
| **Total Corporate Finance Product** | | | 1,862 | 13,527 | - | 23,862 | 25,338 | 27 | 70,617 | 27,586 |

CONFIDENTIAL

DB 000694

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003.06-11 (Wed)**
**EUROS IN 000'S**
**NA Media**

| DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|
| **BANKER** | | | | | | | |
| **Amirng, Jeffrey** | | | | | | | |
| Citadel Broadcasting - IPO (D023006) | Equity-IPO | 50% | | | | 2,552 | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Bonds-Corporate High Yield | N/A | | 4,612 | | | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Senior Bank Debt | N/A | | 6,465 | | | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Acquisition Advisory | N/A | | 1,389 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 18,408 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Equity-IPO | N/A | 110 | 165 | | | |
| Sinclair Broadcast Group - HY offering (4Q 02) (D029010) | Bonds-Corporate High Yield | N/A | 294 | 294 | | | |
| Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | 0% | | | | | |
| Spanish Broadcasting - financing options (2003) (D031597) | Senior Bank Debt | N/A | 1,014 | 1,014 | | 1,361 | |
| TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | | 4,630 | | | |
| TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 324 | | | |
| TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | | | | | |
| **Carey, Charles** | | | | | | | |
| Carlyle/Welsh - acq fincg for Qwest Dex West/(Phase 2) (D025662) | Bonds-Corporate High Yield | 25% | | | | 6,296 | |
| Carlyle/Welsh - acq fincg for Qwest Dex West/(Phase 2) (D025662) | Senior Bank Debt | 25% | | | | 5,105 | |
| Carlyle/Welsh - acq fincg for Qwest Dex East (Phase 1) / (D023503) | Bonds-Corporate High Yield | 50% | | | | 2,552 | |
| Citadel Broadcasting - IPO (D023006) | Equity-IPO | 0% | | | | 3,403 | 27 |
| Emmis Communications - strategic options (D028116) | Other M&A Advisory | 50% | | (130) | | 55 | |
| Mediavation - Sponsoring Agreement (D027084) | Consultancy Advisory | N/A | | | | | |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Equity-IPO | 50% | | (58) | | | |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | 7,467 | | | |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | 294 | 294 | | | |
| **Cheng, Liz** | | | | | | | |
| Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | 923 | | | |
| Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 602 | | | |
| Allbritton Communications - HY Offering (1003) (D030214) | Bonds-Corporate High Yield | N/A | | 1,138 | | | |
| Allbritton Communications - HY Offering (1003) (D030214) | Bonds-Corporate High Yield | 25% | | 1,472 | | | |
| Crown Media - HY - 02 03 (D031553) | Senior Bank Debt | 25% | | | | | |
| Gray TV - Bank Debt 02 03 (D031915) | Bonds-Corporate High Yield | 25% | | 33 | | | |
| Gray Television - HY offering (4Q 02) (D026884) | Equity-Secondary | 25% | | 70 | | | |
| Gray Television - bank/equity refund (4Q 02) (D022857) | Senior Bank Debt | N/A | | 232 | | | |
| Lin TV - bank financing (1Q 03) (O030158) | Senior Bank Debt | N/A | 693 | 693 | | | |
| Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | 1,113 | 1,113 | | | |
| Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | | (213) | | | |
| Salem Communications - HY offerings (4Q 02) (D024428) | Bonds-Corporate High Yield | 25% | | | | | |
| Time Warner Entertainment - IPO (D026173) | Equity-Secondary | 75% | | | | | |
| Tribune Co - general advisory (radio assets) (D002234) | Equity-IPO | N/A | | | | | |
| Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Divestiture Advisory | 50% | 453 | 453 | | 851 | |
| **Dunn, David R.** | | | | | | | |
| Carlyle/Welsh - acq fincg for Qwest Dex West/(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | | | | 6,296 | |
| Carlyle/Welsh - acq fincg for Qwest Dex West/(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | | | | 5,105 | |
| Carlyle/Welsh - acq fincg for Qwest Dex East (Phase 1) / Phase 1 (D023503) | Bonds-Corporate High Yield | 25% | | (130) | | | |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 25% | | 7,487 | | | |
| RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| **Faulstich, Blair** | | | | | | | |
| Citadel Broadcasting - IPO (D023006) | Equity-IPO | 50% | | | | 2,552 | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Bonds-Corporate High Yield | N/A | | 4,612 | | | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Senior Bank Debt | N/A | | 6,465 | | | |
| DirecTV - bank/HY financing (1Q 03) (D035500) | Acquisition Advisory | N/A | | 1,389 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | | 18,408 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | | 8,829 | | | |
| Echostar - acqn advisory and financing (GM - HE) (D014601) | Other M&A Advisory | 0% | | | | | |
| Emmis Communications - strategic options (D026170) | Bonds-Corporate High Yield | N/A | 110 | 165 | | | |
| Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | 294 | 294 | | | |

CONFIDENTIAL

DB 000695

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2003-06-11 (Wed)**
**EUROS IN 000'S**
**NA Media**

| BANKER | DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | Spanish Broadcasting, financing options (2003) (D031597) | Bonds-Corporate High Yield | 0% | | | | 1,361 | |
| Graves, Daniel B. | Albritton Communications - General Advisory (News Ch 8) (D026885) | Fairness Opinion | N/A | | 602 | | | |
| | Albritton Communications - HY (4Q 02) (C020406) | Bonds-Corporate High Yield | N/A | | 1,138 | | | |
| | Albritton Communications - HY Offering 1 (2003) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Crown Media - HY - Q2 03 (D031663) | Bonds-Corporate High Yield | 25% | | | | 1,083 | |
| | Gray TV - Bank Debt Q2 03 (D031915) | Senior Bank Debt | 25% | | 33 | | 1,276 | |
| | Gray Televisior - HY offering (4Q 02) (D025684) | Bonds-Corporate High Yield | N/A | | 70 | | | |
| | Gray Televisior - bank/equity financing (4Q 02) (D025657) | Equity-Secondary | N/A | | (213) | | | |
| | Gray Televisior - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | | | | 1,083 | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 25% | | | | | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 433 | | | |
| Maurus, Zach | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | | 45 | | 12,762 | |
| | M Davis & Sponsors: EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | 20,800 | | | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | 98 | | | | |
| Morris, J L Malcolm | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | N/A | | | 2,462 | 22,333 | |
| | Time Warner Entertainment - IPO (D026773) | Equity-IPO | 75% | | | | | |
| Paul, Gregory R. | Acme Communications - general advisory (D006386) | Divestiture Advisory | N/A | | 923 | | | |
| | Lin TV - bank financing (1Q 03) (D031158) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2003) (D031437) | Bonds-Corporate High Yield | N/A | 693 | 693 | | | |
| | Lin TV - convertible bond & HY offerings (2003) (D031437) | Equity-Convertible Bonds | N/A | | | | 851 | |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | Bonds-Corporate High Yield | 50% | 1,113 | 1,113 | | 4,254 | |
| Tirllo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | | |
| | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | | 45 | | | |
| Yung, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | 1,055 | 1,055 | | | |
| | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | | 207 | | | |
| | Comcast Corp - IG offering (1H 03) (D031604) | Bonds-Corp. Investment Grade | 0% | | | | 1,106 | |
| | Eastman Kodak - Project Bravo (2003) / Bravo (formerly Photo Finish) (D031684) | Acquisition Advisory | 25% | | | | 3,828 | |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | 25% | | | | 728 | |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | N/A | | 740 | | | |
| | Scientific-Atlantic - Acq of Netgear (D031155) | Acquisition Advisory | 0% | | | | 2,552 | |

CONFIDENTIAL

DB 000696

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 11-JUN-2003**
**EUROPE MEDIA (1)**

| PRODUCT | May Franchise Revenue | YTD(May) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jun Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 1,377 | 3,746 | 7,164 | (3,418) | - | 42,674 | 9,003 | 12,750 | 15,000 | (2,250) | 6,000 | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 1,377 | 3,746 | 7,164 | (3,418) | - | 42,674 | 9,003 | 12,750 | 15,000 | (2,250) | 6,000 | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | - | 4,630 | - | 4,630 | - | 50,000 | - | 4,630 | 8,400 | (1,770) | - | - |
| Loan Syndications | - | 5,002 | 202 | 4,709 | - | - | - | 5,002 | 3,000 | 2,002 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | - | 9,632 | 292 | 9,340 | - | 50,000 | - | 9,632 | 10,000 | (368) | - | - |
| Equity Underwriting | 353 | 738 | 5,261 | (4,526) | - | 23,000 | 4,000 | 4,738 | 40,000 | (35,294) | - | - |
| Private Placement-Equity | - | - | - | - | - | - | - | - | - | - | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 353 | 738 | 5,261 | (4,526) | - | 23,000 | 4,000 | 4,736 | 40,000 | (35,254) | - | - |
| Capital Benefit / Treasury Allocation | | | | | | | | | | | | |
| Cost Hedging / Goodwill Funding / Loan Shortfall | | | | | | | | | | | | |
| Other Global Markets | | | | | | | | | | | | |
| GM DCM JV | | | | | | | | | | | | |
| Legacy RF / Telecom / LA Portfolio - NIM | | | | | | | | | | | | |
| Principal Investing / PE Exceptions / Other | | | | | | | | | | | | |
| Total Legacy Portfolios / Cross Selling / Other | - | - | - | - | - | - | - | - | 10,000 | (10,000) | - | - |
| Total Corporate Finance Product | 1,730 | 14,114 | 12,716 | 1,397 | - | 115,674 | 13,003 | 27,117 | 76,000 | (47,883) | 6,000 | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000697

**FRANCHISE - REVENUE BY DEAL**
**EUROS IN 000s**
**EUROPE MEDIA**

| PRODUCT | DEAL | Franchise Revenue May | Franchise Revenue YTD(May) | Franchise Revenue Jun | Other Coverage Groups |
|---|---|---|---|---|---|
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms" (D015359) | - | 870 | - | EUR RESTR, CORBROK |
| | Holzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | - | 1,500 | - | GERMANY |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | 362 | 362 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | 1,014 | 1,014 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| | | | | | EUR SPON, NA CON, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total M&A** | | 1,377 | 3,746 | - | |
| **Total Advisory** | | 1,377 | 3,746 | - | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| **Total HYCM** | | - | 4,630 | - | |
| | BSkyB - GBP900mm revolving credit facility for refinancing (D025788) | - | 851 | - | CORBROK |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - | EUR SPON |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - | EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total Loan Syndications** | | - | 5,002 | - | |
| **Total Debt Products** | | - | 9,632 | - | |
| | SES Global - Eur 700mm - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | - | GERMANY |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031970) | 353 | 353 | - | FRANCE |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 308 | - | None |
| **Total Equity Underwriting** | | 353 | 735 | - | |
| **Total Equity** | | 353 | 736 | - | |
| **Total Corporate Finance Product** | | 1,730 | 14,114 | - | |

CONFIDENTIAL

DB 000698

**FRANCHISE / PIPELINE BY DEAL**
EUROPE MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun | Jul | Aug | Sep | Balance Of Year 2003 | Future Years | | |
| | Boosey & Hawkes - divestiture advisory (Proj Brahms) / Brahms* (D015959) | 50 | 1,000 | - | - | - | - | - | 1,000 | 500 |
| | Carlyle/Providence/TH Lee - acv/fin for Seat Pagine - Sole / Sole (D031074) | 0 | - | 7,000 | - | - | - | - | 7,000 | - |
| | Deutsche Telekom - sale of DeTeMedien (Pyramid) / Pyramid (D028059) | 0 | - | - | - | - | 5,000 | - | 5,000 | - |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | - | 6,000 | 6,000 | - |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | 25 | - | - | - | - | 12,762 | - | 12,762 | 3,190 |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025565) | 0 | - | - | - | - | 3,828 | - | 3,828 | - |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | 25 | - | - | - | 5,000 | - | - | 5,000 | 1,250 |
| | Tayer & Francis - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | - | - | - | 4,000 | - | 4,000 | 1,000 |
| | Tayer Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030003) | 75 | - | 4,064 | - | - | - | - | 4,064 | 3,053 |
| **Total M&A** | | | 1,000 | 11,084 | - | 5,000 | 25,590 | 6,000 | 48,674 | 9,003 |
| **Total Advisory** | | | 1,000 | 11,084 | - | 5,000 | 26,590 | 6,000 | 48,674 | 9,003 |
| | Carlyle/Providence/TH Lee - acv/fin for Seat Pagine - Sole / Sole (D031074) | 0 | - | 50,000 | - | - | 50,000 | - | 50,000 | - |
| **Total Loan Syndications** | | | - | 50,000 | - | - | 50,000 | - | 50,000 | - |
| **Total Debt Products** | | | - | 50,000 | - | - | 50,000 | - | 50,000 | - |
| | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022460) | 0 | - | - | - | - | 15,000 | - | 15,000 | - |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gemini2 / Gemini2 (D018535) | 50 | - | - | - | - | 8,000 | - | 8,000 | 4,000 |
| **Total Equity Underwriting** | | | - | - | - | - | 23,000 | - | 23,000 | 4,000 |
| **Total Equity** | | | - | - | - | - | 23,000 | - | 23,000 | 4,000 |
| **Total Corporate Finance Product** | | | 1,000 | 61,084 | - | 5,000 | 49,590 | 6,000 | 121,674 | 13,003 |

CONFIDENTIAL

DB 000699

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-06-11 (Wed)
EUROS IN 000'S
Europe Media

| BANKER | DEAL | PRODUCT | PROB | MAY FRANCHISE VALUE | YTD MAY FRANCHISE VALUE | JUN FRANCHISE VALUE | FRANCHISE 2003 PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Austin, Geoffrey | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Acquisition Advisory | 0% | | | | 7,000 | |
| | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Senior Bank Debt | 0% | | | | 50,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Acquisition Advisory | N/A | 1,014 | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Elbi, Tobias | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | Deutsche Telekom - sale of DeTeMedien (Pyramid) / Pyramid (D026059) | Divestiture Advisory | 0% | | | | 5,000 | |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | Divestiture Advisory | N/A | | 1,500 | | | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Acquisition Advisory | N/A | 1,014 | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Lovegrove, Stephen | Axel Springer/Kirch - Secondary Offering - Project Annabelle / Annabel (D022480) | Equity-Secondary | 0% | | | | 15,000 | |
| | BSkyB - GBP800mm revolving credit facility for refinancing (D023788) | Senior Bank Debt | N/A | | 851 | | | 6,000 |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011445) | Divestiture Advisory | 0% | | | | 12,762 | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 3,828 | |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | Acquisition Advisory | 0% | | | | 5,000 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 8,000 | |
| | SES Global - Eur 700m - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | 50% | | 74 | | | |
| | SES Global- Eur 700m - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | Equity-IPO | N/A | | | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Acquisition Advisory | N/A | 1,014 | 1,014 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Bonds-Corporate High Yield | N/A | | 4,630 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025096) | Senior Bank Debt | N/A | | 324 | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| Maclnnes, Bruce | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Acquisition Advisory | 0% | | | | 7,000 | |
| | Carlyle/Providence/TH Lee - adv/fin for Seat Pagine - Sole / Sole (D031074) | Senior Bank Debt | 0% | | | | 50,000 | |
| | M Davis & Sponsors- EXCLUSIVITY for VUE (Project Vivaldi) / Vivaldi (D025911) | Acquisition Advisory | 25% | | | | 12,762 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | Defense Advisory | 25% | | | | 5,000 | |
| | Story-Hol - valuation of Russian assets (D025565) | Valuation | N/A | | | | | |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | 75% | 362 | 362 | | | |
| | Taylor Nelson Sofres - acqn of NFO (Nectar) / Nectar (D030093) | Acquisition Advisory | 75% | 353 | 353 | | | |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | Equity-Rights | N/A | | | | 4,084 | |
| Thun-Hohenstein, Christian | Deutsche Telekom - Sale options for 16% stake in SES (D011445) | Divestiture Advisory | 0% | | 3,825 | | | 8,000 |
| | NTL - back stop facility - bank debt (D014642) | Senior Bank Debt | N/A | | | | | |
| | Taylor & Francis - pot acqn of Blackwell STM publishing subs (D012872) | Acquisition Advisory | 25% | | | | 4,000 | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | | 20,800 | | | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Convertible Bonds | 90 | 90 | 118 | | | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | Equity-Secondary | N/A | | 190 | | | |

CONFIDENTIAL

# NA Media
## 2003 Revenue vs 2003 Plan / 2002 Actuals
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | | 88,952 | - | - | 88,952 |
| 2003 YTD | | 83,649 | | | 83,649 |
| 2003 Plan | | 105,000 | | | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt* | Total Equity | IG Bonds | Other** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 4,580 | | 4,580 | 50,898 | 25,246 | 3,440 | (515) | 83,649 |
| 2003 Plan | 20,000 | | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
** Other includes Other Global Markets and Cost Hedging

CONFIDENTIAL

**NA Media**
**Client Revenue by Product**
**June 2003 MTD**
**Euros ('000'S)**

| Client | Other M&A Advisory | Bonds-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-Convertible Bonds | Private Placement-Equity | Strategic Lending Contracts | Bonds-Corp. Investment Grade | Corporate Finance Revenue | Loan Rev per GCIX | Derivatives per GCIX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gerty Images Inc | | | | | 2,534 | | | | 2,534 | | | 2,534 | |
| Pitney Bowes Inc | | | | | | | | 717 | 717 | | | 717 | |
| IKON Office Solutions Inc | | | | | | | | 529 | 529 | | | 529 | |
| TiVo Inc | | | | 491 | | | | | 491 | | | 491 | |
| Kerasotes Theatres Inc | 219 | | | | | | | | 219 | | | 219 | |
| Gray Television Inc | | | 131 | | | | | | 131 | | | 131 | |
| iVillage Inc | | | | | | 8 | | | 8 | | | 8 | |
| AOL Time Warner Inc | | | | | | | (16) | | (16) | | | (16) | |
| Viacom Inc | | | | | | | (61) | | (61) | | | (61) | |
| EchoStar Communications Corp | | (182) | | | | | | | (182) | | | (182) | |
| General Motors Corporation | | (380) | | | | | | | (380) | | | (380) | |
| Allbritton Communications Co | | (1,199) | | | | | | | (1,199) | | | (1,199) | |
| | | | | | | | | | 2,792 | | | 2,792 | |

CONFIDENTIAL

DB 000702

Nx Media
Client Revenue by Product
June 2003 YTD
Extras ('000'S)

| Client | Acquisition Advisory | Divestiture Advisory | Futures Options | Other M&A Advisory | Invest. Grade High Yield | Senior Bank Debt | Block Trade | Equity-Exchangeable Debt | Equity-Convertible Bonds | Equity-Follow On | Equity/IPO | Private Placement-Equity | Strategic Leasing Contracts | Related-Cap Investment Grade | Corporate Finance Revenue | Less Rev Net GCCX | Derivatives per GCCX | Total Revenue | Tier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,169 | | | | 16,227 | 8,120 | | | | | | | | | 25,445 | 25,445 | | 26,445 | |
| Vivendi Universal SA | | | | | 7,487 | 5,011 | | | 2,514 | | | | | | 20,900 | 20,900 | | 20,900 | |
| RH Donnelley Corp | | | | | 4,252 | 6,485 | | | 1,115 | | | | | | 12,497 | 12,497 | | 12,497 | |
| General Motors Corporation | | | | | | | | 10,900 | | | | | | | 10,698 | 10,698 | | 10,698 | |
| Getty Images Inc | | | 602 | | | | | | | | | | | | 2,534 | 2,534 | | 2,534 | |
| Nextel Media Tele & Field Pts | | | | | 693 | 332 | | | | | | 1,437 | | | 2,058 | 2,058 | | 2,058 | |
| Adelphia Communications Co | | | | | 1,411 | | | | | | | | | | 2,013 | 2,013 | | 2,013 | |
| Pinney Bowes Inc | | | | | | | | | | | | | | | 1,457 | 1,457 | | 1,477 | |
| Thomas H Lee Partners | 1,316 | | | | | 504 | | | | | | | | | 1,338 | 1,338 | | 1,338 | |
| Comcast Corporation | | | | | | | | | | | | 1,262 | | | 1,382 | 1,382 | | 1,382 | |
| ACME Communications Inc | | 933 | | | | | | | | | | | | | 953 | 953 | | 953 | |
| IKON Office Solution Inc | | | | | 165 | | 491 | | | | | 529 | | | 553 | 553 | | 559 | |
| TiVo Inc | | 433 | | | | | | | 294 | | | | (48) | | 491 | 491 | | 491 | |
| Sinclair Broadcast Group In... | | | | 216 | 33 | 131 | | | | | 70 | | | | 365 | 365 | | 365 | |
| Tribune Company | | | | | | | | | | | | | | | 234 | 234 | | 234 | |
| Qrs Television Inc | | | | | | | | | | | | | | | 219 | 219 | | 319 | |
| Crown Channel Canada/Hallmark Inc | | | | | | | | | | | | 16 | | | 86 | 86 | | 86 | |
| SafeStreet Corp | | | | | | | | | | | | 45 | | | 45 | 45 | | 45 | |
| Liberty Media Corporation | | | | | | | | | | (38) | 3 | | | | 3 | 3 | | 3 | |
| inVivage Inc | | | | | | | | | | | | | | | | | | (30) | |
| MediaStream Inc | | | | | | | | | | | | | | (95) | (91) | (91) | | (92) | |
| AOL Time Warner Inc | | | | | | | | | | | | | | | (170) | (170) | | (170) | |
| Cablevis Group (The) | | | | | (170) | | | | | | | | | | (213) | (213) | | (213) | |
| Sierra Communications Corp | | | | | (213) | | | | | | | | (356) | | (356) | (356) | | (356) | |
| Viacom Inc | | | | | | | | | | | | | | | 84,649 | 84,649 | | 84,649 | |

CONFIDENTIAL

DB 000703

NA Media
Franchise Revenue in Excess of Euro 100K
Weekly Change (from Jul 03 to Jul 09)

| Deal | Project | Probability | Region | Actual | | Pipeline | | | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | June | July | July | Aug | Sep | Oct | Nov | Dec | |
| Time Warner Entertainment - IPO (DG09175) | Equity/IPO | 75.00 | Americas | 0 | 0 | | | 374 | 0 | 0 | 0 | Pipeline added |
| Carlyle/Welsh + acq'n/g for Qwest Dex West(Phase I) / Phase 2 (DG25650) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 6,423 | 0 | 6,526 | 0 | 0 | 0 | Pipeline moved to September |
| M Davis & Sponsors- EXCLUSIVITY for VUE (Project Viatel) / Vivedi (DG2911) | Acquisition Advisory | 25.00 | Americas | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 214 | Pipeline added |
| Pitney Bowes - investment grade offering (20030) (DG3390?) | Bonds-Corp. Investment Grade | 50.00 | Americas | 0 | 0 | 750 | 0 | 0 | 0 | 0 | 0 | Pipeline added |
| Spanish Broadcasting - financing options (2003) (DG31597) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | 0 | 0 | 0 | 1,412 | 0 | 0 | 0 | Probability changed |
| Spanish Broadcasting - financing options (2003) (DG31597) | Bonds-Corporate High Yield | 0.00 | Americas | 0 | 0 | 0 | 0 | 1,386 | 0 | 0 | 0 | Probability changed |
| Young Broadcasting - $350mm refinancing Q1-21 (DG31599) | Bonds-Corporate High Yield | 60.00 | Americas | 0 | 0 | 868 | 2,294 | 0 | 0 | 0 | 0 | Pipeline adjusted |

CONFIDENTIAL

DB 000704

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 09-JUL-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA (1)**

| PRODUCT | Jun Franchise Revenue | YTD(Jun) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Jul Franchise Revenue | Balance Of Current Year Thru 1Q31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 644 | 7,737 | 27,257 | (19,520) | - | 56,309 | 15,017 | 22,754 | 35,000 | (12,246) | 15,096 | - |
| Other Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Advisory | 644 | 7,737 | 27,257 | (19,520) | - | 58,309 | 15,017 | 22,754 | 35,000 | (12,246) | 15,058 | - |
| ABL Origination | - | - | - | - | - | - | - | - | - | - | - | - |
| HYCM | (1,760) | 34,656 | 11,263 | 23,274 | - | 11,337 | 3,408 | 37,944 | 32,000 | 5,944 | - | - |
| Loan Syndications | 151 | 25,699 | 10,139 | 15,531 | - | 6,617 | 1,554 | 27,323 | 18,000 | 9,323 | - | - |
| Project Finance | - | - | - | - | - | - | - | - | - | - | - | - |
| Leveraged Portfolio Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| Real Estate Investment Banking | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt Products | (1,529) | 60,206 | 21,401 | 38,804 | - | 17,953 | 5,062 | 65,267 | 50,000 | 15,267 | - | - |
| Equity Underwriting | 3,025 | 25,979 | 29,053 | (3,074) | - | 49,908 | 22,968 | 48,947 | 65,000 | (16,053) | - | - |
| Private Placement-Equity | 8 | 3 | 908 | (905) | - | - | - | 3 | - | 3 | - | - |
| Structured Equity Transactions Group | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Equity | 3,033 | 25,982 | 29,960 | (3,979) | - | 49,908 | 22,968 | 48,950 | 65,000 | (16,050) | - | - |
| Capital Benefit / Treasury Allocation | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost Hedging / Goodwill Funding / Loan Shortfall | (77) | (515) | (695) | 180 | - | - | - | (515) | - | (515) | - | - |
| Other Global Markets | - | - | - | - | - | - | - | - | - | - | - | - |
| GM DCM JV | 1,246 | 3,440 | 1,354 | 2,086 | - | 25,750 | 6,625 | 10,065 | - | 10,065 | - | - |
| Legacy PF / Telecom / LA Portfolio - NIM | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Investing / PE Exceptions / Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Legacy Portfolios / Cross Selling / Other | 1,169 | 2,925 | 659 | 2,266 | - | 25,750 | 6,625 | 9,550 | 30,000 | (20,450) | - | - |
| Total Corporate Finance Product | 3,217 | 98,880 | 79,278 | 17,572 | - | 151,920 | 49,672 | 146,521 | 180,000 | (33,479) | 15,058 | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000705

**FRANCHISE REVENUE BY DEAL**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | | 923 | - | None |
| | Allbritton Communications - General Advisory (News Ch 8) (D020866) | | 602 | - | NA Lev Fin |
| | Boosey & Hawkes - divestiture advisory (Pro) Brahms1 / Brahms* (D015359) | (375) | 494 | - | EUR RESTR, CORBROK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 1,369 | - | NA FIN SPO, NA Lev Fin |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | | 1,500 | - | GERMANY |
| | Kerasotes Theatre - M&A advisory (D026624) | 219 | 219 | - | None |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D022912) | 500 | 500 | - | GERMANY |
| | Taylor Nelson Sofres - acqn of NFO (D020093) | | 362 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 1,014 | - | EUR MEDIA, EUR SPON, NA FIN SPO, NA Lev Fin |
| | Tribune Co - general advisory (radio assets) (D002204) | | 433 | - | EUR SPON, NA FIN SPO, NA Lev Fin, NA MEDIA |
| **Total M&A** | | 644 | 7,737 | - | None |
| **Total Advisory** | | 644 | 7,737 | - | |
| | Allbritton Communications - HY (4Q 02) (D024406) | (1,199) | (81) | - | NA Lev Fin |
| | Allbritton Communications - HY Offering (1Q03) (D032214) | | 1,472 | - | NA Lev Fin |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | | (130) | - | NA FIN SPO, NA Lev Fin |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | (234) | 4,378 | - | NA Lev Fin |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | (182) | 16,227 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - HY offering (4Q 02) (D025684) | | 33 | - | NA FIN SPO, NA Lev Fin |
| | Hughes/PanAmSat - Project Pelican/interim financing (Q02 / Pelican 1 (D015959) | (145) | (146) | - | NA FIN SPO |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | | 693 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | | 7,487 | - | NA Lev Fin |
| | Salem Communications - HY offering (4Q 02) (D027241) | | (213) | - | None |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | | 185 | - | None |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 4,630 | - | EUR SPON, NA FIN SPO, NA Lev Fin |
| **Total HYCM** | | (1,760) | 34,636 | - | |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025786) | | 851 | - | None |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | | 6,465 | - | CORBROK |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 8,829 | - | NA FIN SPO, NA Lev Fin |
| | Gray Television - bank/equity financing (4Q 02) (D026657) | 131 | 131 | - | NA Lev Fin |
| | Lin TV - bank financing (1Q 03) (D030158) | | 232 | - | NA FIN SPO |
| | NTL - back stop facility - bank debt (D014522) | | 3,626 | - | NA FIN SPO |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D026434) | | 5,011 | - | EUR SPON |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 324 | - | EUR MEDIA, EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin |
| **Total Loan Syndications** | | 131 | 25,669 | - | EUR SPON, EURLEVFIN, NA FIN SPO, NA Lev Fin, NA MEDIA |
| | | 1,629 | 60,206 | - | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032657) | 2,534 | 2,534 | - | None |
| | Gray Television - bank/equity financing (4Q 02) (D026657) | | 70 | - | NA Lev Fin |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | | 1,113 | - | NA FIN SPO |
| | MediaNation - Sponsoring Agreement (D027054) | | (58) | - | NA FIN SPO |
| | SES Global - Eur 700mm - Eur 1 bn IPO - Project Gerard2 / Gerard2 (D013535) | | 74 | - | ASIA SPON, CHINA |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | | 294 | - | GERMANY |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031670) | | 353 | - | None |
| | TiVo - Block Trade (2Q03) (D026160) | 491 | 491 | - | BENELUX, CORBROK, EUR P PLMT, NA CON |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | | 20,800 | - | None |
| **Total Debt Products** | | | | | |

CONFIDENTIAL

DB 000706

**FRANCHISE REVENUE BY DEAL**
**EUROS IN 000S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Jun | Franchise Revenue YTD(Jun) | Franchise Revenue Jul | Other Coverage Groups |
|---|---|---|---|---|---|
| | | | | FRANCE | |
| Total Equity Underwriting | Vivendi Universal - EUR 1bn mandatory convertible bond (D026823) | 3,025 | 25,979 | - | None |
| | Village mtm (M1575) | 8 | 3 | - | |
| Total Private Placement-Equity | | 8 | 3 | - | None |
| | | | | | |
| Total Equity | | 3,033 | 26,982 | - | |
| | AOL Time Warner - Strategic Lending Contract (M4545) | (16) | (93) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (51) | (314) | - | None |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - | None |
| | Viacom - Strategic Lending Contract (M5907) | (10) | (39) | - | None |
| Total Cost Hedging / Goodwill Funding / Loan Shortfall | | (77) | (515) | - | None |
| | Clear Channel - IG Bond (M5002) | - | 86 | - | None |
| | Comcast - IG offering (2Q03) (D031603) | - | 1,055 | - | None |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - | None |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | 529 | 529 | - | None |
| | Liberty Media - IG offering (2Q03) (D031643) | - | 46 | - | None |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | 717 | 1,457 | - | None |
| | Scholastic - IG Bond Revenue (M6188) | - | 61 | - | None |
| Total GM DCM JV | | 1,246 | 3,440 | - | None |
| | | | | | |
| Total Legacy Portfolios / Cross Selling / Other | | 1,169 | 2,925 | - | |
| | | | | | |
| Total Corporate Finance Product | | 3,217 | 96,850 | - | |

CONFIDENTIAL

DB 000707