NA Media
Franchise Revenue in Excess of Euro 100k
Weekly Change (from Dec 03 to Dec 10)

| Deal | Product | Probability | Region | Actual | | Pipeline | | | Comments |
|------|---------|-------------|--------|--------|--|----------|--|--|----------|
| | | | | Dec | Dec | Jan | Feb | Mar | |
| SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | 100.00 | Americas | 555 | 0 | 0 | 0 | 0 | Fees booked |
| SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | 25.00 | Americas | 0 | (297) | 0 | 0 | 0 | Pipeline removed/Fees booked |

CONFIDENTIAL

DB 000811

**NA Media**
**2003 Revenue vs 2003 Plan / 2002 Actuals**
Euro 000's

| Regional View | Europe | Americas | Asia Pacific | Global Elimin | Total |
|---|---|---|---|---|---|
| 2002 Actual | - | 88,952 | - | - | 88,952 |
| 2003 YTD | - | 107,031 | - | - | 107,031 |
| 2003 Forecast | - | 111,227 | - | - | 111,227 |
| 2003 Plan | - | 105,000 | - | - | 105,000 |

| Product View | M&A | Other Advisory | Total Advisory | Total Debt * | Total Equity | IG Bonds | Other ** | Total |
|---|---|---|---|---|---|---|---|---|
| 2002 Actual | 23,370 | - | 23,370 | 32,562 | 31,362 | 2,856 | (1,199) | 88,952 |
| 2003 YTD | 4,579 | - | 4,579 | 66,584 | 30,293 | 4,171 | 1,404 | 107,031 |
| 2003 Forecast | 5,396 | - | 5,396 | 69,616 | 30,293 | 4,518 | 1,404 | 111,227 |
| 2003 Plan | 20,000 | - | 20,000 | 40,000 | 25,000 | 20,000 | - | 105,000 |

\* Total Debt includes IG Loan Fees, ABL, HY Bonds, Lev Loan Fees and Project Finance
\*\* Other includes Other Global Markets and Loan Shortfall

CONFIDENTIAL    DB 000812

NA Media  
Client Revenue by Product  
November 2003 MTD  
Euros ('000'S)

| Client | Bonds-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-IPO | Equity-Convertible Bonds | Corporate Finance Revenue | Derivatives per GCIX | Total Revenue |
|---|---|---|---|---|---|---|---|---|
| MediaNews Group Inc | 783 | - | - | - | - | 783 | | 783 |
| Forstmann Little & Co | - | - | - | 612 | - | 612 | | 612 |
| Spanish Broadcasting System Inc | - | 234 | - | - | - | 234 | | 234 |
| Getty Images Inc | - | - | - | - | 188 | 188 | | 188 |
| TiVo Inc | - | - | 18 | - | - | 18 | | 18 |
| | | | | | | 1,835 | | 1,835 |

CONFIDENTIAL

DB 000813

NA Media
Client Revenue by Product
November 2003 YTD
Euros ('000'S)

| Client | Acquisition Advisory | Divestiture Advisory | Fairness Opinion | Other M&A Advisory | Strategic Lending Contracts | Derivatives-Interest Rate | Loans-Corp. Investment Grade | Private Placement Debt | Bridge-Corporate High Yield | Senior Bank Debt | Block Trade | Equity-Follow On | Equity-IPO | Equity-Exchangeable Debt | Equity-Convertible Bonds | Private Placement-Equity | Corporate Finance Revenue | Derivatives per GCUX | Total Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EchoStar Communications Corp | 1,389 | | | | | | | | 18,227 | 6,829 | | | | | | | 26,445 | | 26,445 |
| Vivendi Universal SA | | | | | | | | | | | | | | 10,800 | | | 10,800 | | 10,800 |
| RH Donnelley Corp | | | | | | | | | 7,487 | 5,011 | | | | | | | 12,497 | | 12,497 |
| Dex Media Inc | | | | | | | | | 5,363 | 6,868 | | | | | | | 12,231 | | 12,231 |
| General Motors Corporation | | | | | | | | | 4,232 | 7,840 | | | | | | | 12,073 | | 12,073 |
| Foremost Little & Co | | | | | | | | | | | | | 3,612 | | | | 3,612 | | 3,612 |
| KDneurs Holding SA | | | | | | | | | | | | | | | 2,831 | | 2,890 | | 2,890 |
| Getty Images Inc | | | | | | | 998 | | | | | | | | 1,152 | | 2,831 | | 2,831 |
| Hicks Muse Tate & Furst Inc | | | 602 | | | 940 | | 1,061 | 787 | 132 | | | | | | | 2,171 | | 2,171 |
| Allbritton Communications Co | 1,013 | | | | | | | | 1,431 | 324 | | | | | | | 1,337 | | 1,337 |
| Thomas H Lee Partners | | | | | | | 1,214 | | | | | | | | | | 2,013 | | 2,013 |
| Pitney Bowes Inc | | | | | | | 1,176 | | | | | | | | | | 1,214 | | 1,214 |
| Comcast Corporation | | 923 | | | | | | | | | | | | | | | 1,176 | | 1,176 |
| AC&G Communications Inc | | | | | | | | | | | | | | | | | 923 | | 923 |
| MediaNews Group Inc | | | | | | | | | 783 | | | | | | | | 783 | | 783 |
| Digital River Inc | | | | | | | | | | | | | 753 | | | | 753 | | 753 |
| TiVo Inc | | | | | | | | | | | 783 | | | | | | 563 | | 563 |
| Sinclair Broadcast Group Inc | | | | | | | | | 219 | | 563 | | | 287 | | | 506 | | 506 |
| Cox Corporation | | | | 219 | | | | | | 461 | | | | | | | 461 | | 461 |
| Kerasotes Theatres Inc | | | | | | | 441 | | | 229 | | | | | | | 448 | | 448 |
| ICON Office Solutions Inc | | | | | | | | | | | | | | | | | 441 | | 441 |
| Spanish Broadcasting System Inc | | 431 | | | (68) | | | | 159 | 234 | | 70 | | | | | 393 | | 393 |
| Tribune Company | | | | | | | | | | | | | | | | | 365 | | 365 |
| Gray Television Inc | | | | | | | | | 55 | 131 | | | | | | | 234 | | 234 |
| Eastman Kodak Co | | | | | | | 45 | | | | | | | | 165 | | 210 | | 210 |
| Pegasus Communications Corp | | | | | | | 66 | | | 66 | | | | | | | 86 | | 86 |
| Scholastic Corp | | | | | | | 51 | | | | | | | | | | 66 | | 66 |
| iVillage Inc | | | | | | | 37 | | | | | | | | | | 51 | | 51 |
| Liberty Media Corporation | | | | | | | | | | | | | | | | | 39 | | 39 |
| MediaNation Inc | | | | | | | | | | | | | 11 | | | 39 | 37 | | 37 |
| Time Warner Inc | | | | | (104) | | | | | | | | | | | | 11 | | 11 |
| Carlyle Group (The) | | | | | | | | | (130) | | | | | | | | (104) | | (104) |
| Salem Communications Corp | | | | | (415) | | 122 | | (213) | | | | | | | | (130) | | (130) |
| Viacom Inc | | | | | | | | | | | | | | | | | (213) | | (213) |
| | | | | | | | | | | | | | | | | | (293) | | (293) |
| | | | | | | | | | | | | | | | | | 107,031 | | 107,031 |

**FRANCHISE - REVENUE & PIPELINE SUMMARY**
**AS OF 10-DEC-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA (1)**

| PRODUCT | Nov Franchise Revenue | YTD(Now) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Dec Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2003 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan | Future Year Pipeline(2) | Future Year Pipeline Probability Weighted(2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 2,603 | 21,601 | 30,459 | (8,858) | - | 817 | 817 | 22,418 | 35,000 | (12,582) | 77,629 | 3,709 |
| Total Advisory | 2,603 | 21,601 | 30,459 | (8,858) | - | 817 | 817 | 22,418 | 35,000 | (12,582) | 77,629 | 3,709 |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | (587) | (1,125) | 538 | - | - | - | (587) | - | (587) | - | - |
| Other Global Markets | - | 940 | - | 940 | - | - | - | 940 | - | 940 | - | - |
| GM DCM JV | - | 4,843 | 2,856 | 1,786 | - | 327 | - | 4,990 | 30,000 | (25,010) | 1,000 | - |
| Other | - | 1,051 | 4,190 | (3,139) | - | 694 | 347 | 1,051 | - | 1,051 | - | - |
| Total Cross Selling / Other | - | 6,047 | 5,921 | 125 | - | 1,021 | 347 | 6,394 | 30,000 | (23,606) | 1,000 | - |
| HYCM | 783 | 40,989 | 22,961 | 18,028 | 555 | 3,370 | 2,068 | 43,612 | - | 43,612 | 8,516 | 1,721 |
| Loan Syndications | 234 | 34,904 | 17,868 | 15,936 | - | 5,146 | 408 | 35,312 | - | 35,312 | 6,084 | 1,021 |
| Total Debt Products | 1,017 | 76,892 | 40,928 | 34,964 | 555 | 8,516 | 2,476 | 78,924 | 50,000 | 28,924 | 14,600 | 2,742 |
| Equity | 879 | 6,320 | 25,324 | (19,004) | - | 1,021 | - | 6,320 | 65,000 | (58,680) | 33,110 | 1,271 |
| Equity Linked | 188 | 28,910 | 32,014 | (3,104) | - | - | - | 28,910 | - | 28,910 | - | - |
| Total Equity | 1,067 | 35,230 | 57,338 | (22,108) | - | 1,021 | - | 35,230 | 65,000 | (29,770) | 33,110 | 1,271 |
| Total Corporate Finance Product | 4,687 | 138,769 | 134,646 | 4,123 | 555 | 11,375 | 3,640 | 142,965 | 180,000 | (37,035) | 126,339 | 7,721 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) Balance of Pipeline includes all future years

CONFIDENTIAL

DB 000815

**FRANCHISE REVENUE BY DEAL**
**AS OF 10-DEC-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec |
|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | | 923 | |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | | 602 | |
| | Boosey & Hawkes - Disposal to Classic Copyright (Brahms) / Brahms* (D015359) | 2,603 | 3,658 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 1,389 | |
| | Holtzbrinck - divestiture advisory - Project Seneca / Seneca (D026103) | | 1,500 | |
| | Kerasotes Theatre - M&A advisory (D026624) | | 219 | |
| | LibertySurf - acqn by Tiscali SpA (proj Long Board) / Long Board (ex-Zo (D002621) | | 6,512 | |
| | ProSieben - strategic divestiture advisory - Project Phoenix / Phoenix (D023912) | | 800 | |
| | StoryFirst - valuation of Russian assets (D025060) | | 0 | |
| | Taylor Nelson Sofres - Acquisition of NFO Worldgroup Inc / Nectar (D030093) | | 4,551 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 1,013 | |
| | Tribune Co - general advisory (radio assets) (D002234) | | 433 | |
| **Total M&A** | | **2,603** | **21,601** | |
| **Total Advisory** | | **2,603** | **21,601** | |
| | Allbritton Communications - HY (4Q 02) (D020406) | | (61) | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | | 1,472 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | | 5,363 | |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | | (130) | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | | 4,378 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 16,227 | |
| | Gray Television - HY offering (4Q 02) (D025884) | | 33 | |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | | (146) | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | | 787 | |
| | MediaNews Group - HY Offering (4Q03) (D031906) | 783 | 783 | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | | 7,487 | |
| | Salem Communications - HY offering (4Q 02) (D027241) | | (213) | |
| | SBA Communications - HY offering Q4 03 (D033831) | | - | 555 |
| | Sinclair Broadcast - HY offering (2Q 03) (D030913) | | 53 | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | | 165 | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | | 159 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 4,630 | |
| **Total HYCM** | | **783** | **40,989** | **555** |
| | BSkyB - GBP600mm revolving credit facility for refinancing (D025788) | | 851 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | | 6,868 | |

**FRANCHISE REVENUE BY DEAL**
**AS OF: 10-DEC-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec |
|---|---|---|---|---|
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 7,840 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 8,829 | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 131 | - |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | - | 229 | - |
| | Lin TV - bank financing (1Q 03) (D030158) | - | 232 | - |
| | Loews Cineplex (M6162) | - | 34 | - |
| | Loews Corporation - HY/Bank Refinancing (D031832) | - | 428 | - |
| | NTL - back stop facility - bank debt (D014642) | - | 3,826 | - |
| | Pegasus Media Communications - bank financing (1999) (D995604) | - | 65 | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 5,011 | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | 234 | 234 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 324 | - |
| **Total Loan Syndications** | | **234** | **34,904** | **-** |
| **Total Debt Products** | | **1,017** | **75,892** | **555** |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | 188 | 2,831 | |
| | iVillage mtm (M1575) | - | 39 | |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | - | 165 | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 1,152 | |
| | Publicis - EUR672mm Convertible bonds due 2008 (July 2003) / King 3 (D031981) | - | 3,517 | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | - | 287 | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | - | 20,800 | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 118 | |
| **Total Equity Linked** | | **188** | **28,910** | **-** |
| | APAX/Hicks Muse - IPO of Yell plc (D020545) | - | 434 | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | 612 | 3,622 | |
| | Digital River - block trade (3Q03) (D031830) | - | 753 | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | - | 70 | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | - | 11 | |
| | MediaNation - sponsoring agreement (D027084) | - | 0 | |
| | ProSieben AG - Eur 280mn rights issue - March 2004 / Clockwerk (D032318) | 250 | 250 | |
| | SES Global - Eur 700mn - Eur 1bn IPO - Project Gerard2 / Gerard2 (D013535) | - | 74 | |
| | Taylor Nelson Sofres - equity issue for NFO acqn / Nectar (equity) (D031870) | - | 353 | |
| | TiVo - Block Trade (2Q03) (D028160) | 18 | 563 | |
| | Vivendi Universal - EUR 1bn mandatory convertible bond (D026623) | - | 190 | |
| **Total Equity** | | **879** | **6,320** | **-** |

CONFIDENTIAL

DB 000817

**FRANCHISE REVENUE BY DEAL**
**AS OF 10-DEC-2003**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Nov | Franchise Revenue YTD(Nov) | Franchise Revenue Dec |
|---|---|---|---|---|
| **Total Equity** | | 1,067 | 35,230 | - |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (93) | - |
| | AOL Time Warner - Strategic Lending Contract (M7350) | - | (11) | - |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (366) | - |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - |
| | Viacom - Strategic Lending Contract (M5907) | - | (49) | - |
| **Total Cost Hedging / Goodwill Funding / Loan Shortfall** | | - | (587) | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - |
| **Total Other Global Markets** | | - | 940 | - |
| | Bertelsmann -E650mn Bond issue due to bridge for Zomba-May03 (D024344) | - | 472 | - |
| | Clear Channel - IG Bond (M5002) | - | 86 | - |
| | Comcast - IG offering (2Q03) (D031603) | - | 969 | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - |
| | Eastman Kodak - $500mn IG Offering (4Q 2003) (D033559) | - | 45 | - |
| | IOS Capital LLC - $350mn 7 year notes Q2 03 (D032251) | - | 441 | - |
| | JCDecaux -IG Bond Revenue (M7706) | - | 998 | - |
| | Liberty Media - IG offering (2Q03) (D031643) | - | 37 | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 1,214 | - |
| | Scholastic - IG Bond Revenue (M6188) | - | 51 | - |
| | Viacom - $750mn - IG Bond - Q2 03 (D031766) | - | 123 | - |
| **Total GM DCM JV** | | - | 4,643 | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 1,051 | - |
| **Total Other** | | - | 1,051 | - |
| **Total Cross Selling / Other** | | - | 6,047 | - |
| **Total Corporate Finance Product** | | 4,687 | 138,769 | 555 |

CONFIDENTIAL

DB 000818

AS OF 10-DEC-2003
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Franchise Value Dec | Jan | Feb | Mar | Balance Of Year 2004 | Future Years | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | Arturo Moreno - advisory for Anaheim Angels (D03097C) | 100 | 817 | - | - | - | - | - | 817 | 817 |
| | Axel Springer - div/merger adv of Rotogravure printing - Ink / Ink (D031049) | 25 | - | - | - | - | 1,750 | - | 1,760 | 438 |
| | BSkyB - Acqn and f/n for Channel 5 - Proj Tree / Tred* (D031722) | 0 | - | - | - | 2,000 | - | - | 2,000 | - |
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | 4,084 | - | - | 4,084 | 1,021 |
| | Havas Advertising - LBO - Project Heaven / Heaven* (D026773) | 0 | - | - | - | - | 25,000 | - | 25,000 | - |
| | Kim Magnes Estate - divestiture advisory (D033651) | 0 | - | - | - | 4,084 | - | - | 4,084 | - |
| | Pearson plc - strategic advisory re Interactive Data Corp (D025865) | 0 | - | - | - | - | 3,676 | - | 3,676 | - |
| | Scientific Atlanta - general advisory (D033554) | 0 | - | 2,500 | - | 2,450 | - | - | 2,450 | - |
| | Sponsor Consortium - Advisory/Acq financing of Warner Mus c / Waltz (D034081) | 50 | - | - | - | - | - | - | 2,500 | 1,250 |
| | Sprint Corp - general advisory (assets - 2003) (D030633) | 0 | - | - | - | - | 3,267 | - | 3,267 | - |
| | SR Teleperformance - Proj Arch - buyside advisory / Arch (D034041) | 0 | - | - | - | - | 5,000 | - | 5,000 | - |
| | Taylor & Francs - pot acqn of Blackwell STM publishing subs (D012872) | 25 | - | 4,000 | - | - | - | - | 4,000 | 1,000 |
| | Taylor & Francs - project Le Mans / Le Mans (D032868) | 0 | - | 6,000 | - | - | - | - | 6,000 | - |
| | Thomson - c/b general advisory (Project Hollywood - 2004) / Hollywood3 (D032395) | 0 | - | - | - | 817 | - | - | 817 | - |
| | VNU NV - Acqn advisory (Arrow) / Arrow (D026005) | 0 | - | - | - | - | 4,000 | - | 4,000 | - |
| | Yell - project Ocean / Ocean* (D016226) | 0 | - | - | - | - | 8,000 | - | 8,000 | - |
| Total M&A | | | 817 | 12,500 | - | 13,436 | 51,693 | - | 76,446 | 4,525 |
| Total Advisory | | | 817 | 12,500 | - | 13,436 | 51,693 | - | 76,446 | 4,525 |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | 75 | 2,450 | - | - | - | - | - | 2,450 | 1,835 |
| | Jones Media Networks - HY offering (4Q03) (D032555) | 25 | - | - | - | - | 2,287 | - | 2,287 | 572 |
| | Sponsor Consortium - Advisory/Acq financing of Warner Mus c / Waltz (D034081) | 25 | - | 4,595 | - | - | - | - | 4,595 | 1,149 |
| | Time Warner Telecom - Bank/Hy $500mm Q1 2004 (D034003) | 0 | - | - | - | 1,834 | - | - | 1,834 | - |
| | Young Broadcasting - $250mm refinancing Q3 03 (D031269) | 25 | 920 | - | - | - | - | - | 920 | 230 |
| Total HYCM | | | 3,370 | 4,595 | - | 1,634 | 2,287 | - | 11,886 | 3,788 |
| | RH Donnelley - Repricing & amendment of facility (Q4 03) (D034360) | 50 | 817 | - | - | - | - | - | 817 | 408 |
| | Sponsor Consortium - Advisory/Acq financing of Warner Mus c / Waltz (D034081) | 25 | - | - | - | 4,084 | - | - | 4,084 | 1,021 |
| | Time Warner Cable - $3.5bn - Q4 03 (D033836) | 0 | 4,329 | - | - | - | - | - | 4,329 | - |
| | VNU NV - Acqn advisory (Arrow) / Arrow (D026005) | 0 | - | - | - | - | 2,000 | - | 2,000 | - |
| Total Loan Syndications | | | 5,146 | - | - | 4,084 | 2,000 | - | 11,230 | 1,429 |
| Total Debt Products | | | 8,516 | 4,595 | - | 5,718 | 4,287 | - | 23,117 | 5,218 |
| | AOL - monetisation of Time Warner Telecom stake (D034002) | 0 | - | - | - | 4,084 | - | - | 4,084 | - |
| | Google - IPO (D034544) | 25 | - | - | - | 4,084 | - | - | 4,084 | 1,021 |
| | ProSieben AG - Eur 250mm rights issue - March 2004 / Clockwerk (D032318) | 50 | - | - | - | 500 | - | - | 500 | 250 |
| | Selem Communications - secondary offering (3Q 02)i(D024428) | 0 | 1,021 | - | - | - | - | - | 1,021 | - |
| | Time Warner Cable - IPO (D026173) | 0 | - | - | - | - | 21,442 | - | 21,442 | - |
| | VNU NV - Acqn advisory (Arrow) / Arrow (D026005) | 0 | - | - | - | - | 3,000 | - | 3,000 | - |
| Total Equity | | | 1,021 | - | - | 4,584 | 28,526 | - | 34,131 | 1,271 |
| Total Equity | | | 1,021 | - | - | 4,584 | 28,526 | - | 34,131 | 1,271 |
| | Sinclair Broadcast - Interest rate swap (4Q 2003) (D034325) | 0 | 327 | - | - | - | - | - | 327 | - |
| Total Other Global Markets | | | 327 | - | - | - | - | - | 327 | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | 50 | 694 | - | - | - | - | - | 694 | 347 |
| | Wolters Kluwer - Eur 700mn Bond issue - Nov 2003 (D034134) | 0 | - | 1,000 | - | - | - | - | 1,000 | - |
| Total GM DCM JV | | | 694 | 1,000 | - | - | - | - | 1,694 | 347 |
| Total Cross Selling / Other | | | 1,021 | 1,000 | - | - | - | - | 2,021 | 347 |
| Total Corporate Finance Product | | | 11,375 | 18,095 | - | 23,737 | 84,506 | - | 137,714 | 11,361 |

CONFIDENTIAL

DB 000819