**SIDLEY AUSTIN LLP**
**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

jseltzer@sidley.com
(212) 839-5985

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

FOUNDED 1866

March 12, 2008

**By Electronic and First Class Mail**

Richard T. Seymour, Esq.
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue NW, Suite 900
Washington, DC 20036-4129

Steven A. Berger, Esq.
Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, N.Y. 10019

        Re:    Daniel Graves v. Deutsche Bank Securities Inc.
                Civil Action No. 07 Civ 5471

Dear Rick and Steven:

        Enclosed, for your review is a document we recently received, setting forth the GCF Controllers' procedures and systems for recording booked and pipeline revenues. Although the date of the document, August 2004, is outside of the relevant period for our production, we wanted to produce it to you since it highlights the falsity of Mr. Graves's allegations that DBSI fraudulently inflated the achievements and pipelines of other bankers by giving multiple bankers pipeline credit for the entire amount of every deal (Complaint, ¶ 99) and that DBSI "made-up" figures by listing the same pipeline value for different transactions (Complaint, ¶¶ 100 & 101).

        You will note that the document contains, as Appendix A5, a Sample Banker Report, similar to the reports attached to DBSI's position statement as Exhibits "C" and "F", whose validity Mr. Graves disputed in his Complaint. The Sample Banker Report, clearly not created for the benefit of Mr. Graves, reveals the following:

        1.    The franchise value of a number of the deals is attributed in total to all of the bankers that were involved with the deal. (For example, Aurora Communications – general advisory, where the same franchise value was attributed to Jeffrey Amling and Charles Carey, and Bertelsmann – Project Rock/Rock, where the same franchise value was attributed to Stephen Lovegrove, Bruce Macinnes and Christian Thun-Hohenstein.)

Richard T. Seymour, Esq.
March 12, 2008
Page 2

      2.      There are a number of different deals throughout the report that have the same pipeline value. (For example, Rand McNally & Co. general advisory, Sinclair Broadcasting -- refinancing, AT&T Broadband -- general advisory and BMG Storage Media - Project Blockbuster all have a 2002 Franchise Pipeline value of 3,423 million Euros.)

      The attached policy makes clear what you and Mr. Graves have known since the start of this litigation, that the attribution of the full value of a deal to each team member and the estimation of the same pipeline value for a number of different deals was, and continues to be, DBSI's standard operating procedure and not, as you falsely allege, a purposeful falsification of reports to adversely affect Mr. Graves's revenue and pipeline numbers.

      In light of this and other documents that we have previously produced to you, we again request that you withdraw those paragraphs in the Complaint that falsely accuse DBSI of fraudulent behavior in its submission of a position statement to the EEOC.

                                    Very truly yours,

                                      Joanne Seltzer

cc:    Cliff Fonstein, Esq.

## GCF Americas Industry Group Controllers

GCF Controllers are responsible for ensuring:

- results are reported accurately
- effective controls are in place for all revenue and expense items
- management reports are distributed on a timely basis
- deals are monitored closely to produce accurate forecasts
- inquiries from the business are handled in an effective and efficient manner.

Industry Group Controllers support the coverage groups and liaise between Product Controlling, Deal Logging, central MIS Controllers, MIS Technology, and the business to achieve objectives. The controller and CAO for each industry group is below.

| Industry Groups | Business Area Controller | CAO |
| --- | --- | --- |
| Chemicals / Energy / Utilities | Lorraine Donovan | Michael Vigliotti/Esther Brennan |
| Consumers | Fred Cuttita | Michael Vigliotti |
| Financial Institutions Group | Lorraine Donovan | Kerri Donovan |
| Healthcare | Fred Cuttita | Michael Vigliotti/Ed Gelling |
| Industrials / Transportation | Fred Cuttita | Michael Vigliotti/Art Vallette |
| Media | Lorraine Donovan | Kerri Donovan |
| Real Estate | Lorraine Donovan | Kerri Donovan |
| Technology | Lorraine Donovan | Kerri Donovan/Ed Gelling |
| Telecom | Lorraine Donovan | Kerri Donovan |
| Sponsors | Fred Cuttita | Amy Silver |
| Leveraged Finance | Fred Cuttita | Amy Silver |
| Latin America | Fred Cuttita | Michael Vigliotti |

## Client Manager System

The Client Manager system provides GCF with a global MIS platform for recording both booked and pipeline revenues. It is the principal repository for all fee-related revenues for all products within GCF. Deal numbers from Client Manager are also used in conjunction with DB expense processing systems to track deal/client expenses and invoice clients. It is, therefore, critical from a controlling perspective, to log in all new deals.

New deals are logged in with the Deal Logging Team. Controllers update the financial information.

## Revenues

MIS reporting for industry groups recognizes franchise revenues (net revenues to the firm) and is based on deal team involvement in Client Manager. An MD or Director must be on the deal team to receive credit. Franchise revenues are double-counted between groups and countries.

MIS reports are run and distributed to CAOs and/or bankers each Thursday requesting updates to the pipeline. Changes are due back to Controlling by cob the following Tuesday. The timeline for distribution and review of the revenue reports is as follows:

- Week 1 – Preliminary Americas reports are sent to CAOs and/or bankers for review
- Week 2 – Final Americas reports are distributed to the Business Heads and CAOs. These reports are also bound and distributed to Thomas Gahan, Seth Waugh, Marc Pfeffer, Jacques Brand, Rich Byrne, Jim DeNaut, Monte Koch, Chris Ludwig, David Manlowe, Jeff Lehocky, Marc Mruz, Gilbert Gil, and Maureen Fahey.
- Weeks 3 and 4 – Pipeline reports are distributed to CAOs and/or bankers requesting updates. Changes are due back to Controlling by the following Tuesday. Controllers may also be notified of changes to non-financial information (i.e. deal status, deal team members) or of deals that are not logged. These changes are forwarded to the deal loggers.

A complete financial package is sent monthly. Five reports are included in the monthly package:

- Summary Report
- Actual / Booked Revenue by Product and Deal
- Actual/Booked Revenue by Client
- Pipeline Revenue by Product and Deal
- Banker Report

All revenues are reported in Euros.

## Expenses

Controllers are responsible for ensuring that:

- Expenses are recorded accurately and in the correct accounting period
- Expenses are reviewed on a regular basis
- Unusual items are discussed with the business
- Non reimbursable or uncoded expenses are noted

Controllers distribute monthly, summary level expense reports to CAOs and GCF Business Management. The expense package includes a deal expense recoverability analysis of key expense categories such as legal fees, professional/consulting services, travel, entertainment, and car charges.

It is the CAO's responsibility to monitor group expenses, to make sure deal expenses are mapped to the correct deal numbers, and to invoice clients for reimbursable expenses when appropriate, i.e. when a deal closes.

## Appendix A1: Sample Summary Report

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 30-APR-2002
EUROS IN 000'S
GLOBAL MEDIA (1)

| PRODUCT | Mar Franchise Revenue | YTD (Mar) Franchise Revenue | Prior YTD Franchise Revenue | B/W PRIOR YTD Franchise Revenue | Apr Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2002 Full Year Forecast | 2002 Full Year Plan | B/W 2002 Full Year Plan | Future Year Pipeline(3) | Future Year Pipeline Probability Weighted(3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | 4,778 | 18,961 | 20,403 | (1,442) | 114 | 78,457 | 15,875 | 34,950 | 49,000 | (14,050) | - | - |
| Other Advisory | - | - | - | - | - | 1,141 | - | - | - | - | - | - |
| Total Advisory Products | 4,778 | 18,961 | 20,403 | (1,442) | 114 | 79,598 | 15,875 | 34,950 | 49,000 | (14,050) | - | - |
| ECM | 2,066 | 7,544 | 9,963 | (2,418) | 876 | 34,015 | 7,160 | 15,580 | 49,000 | (33,420) | - | - |
| Restricted Securities/PPE | - | (1) | 17 | (18) | - | 1,141 | 114 | 113 | - | 113 | - | - |
| Total Equity | 2,066 | 7,543 | 9,980 | (2,437) | 876 | 35,156 | 7,274 | 15,693 | 49,000 | (33,307) | - | - |
| HY Bonds | 2,189 | 10,094 | 5,353 | 4,741 | - | 799 | 399 | 10,494 | 14,000 | (3,506) | - | - |
| Bonds IG | - | 1,127 | - | 1,127 | - | - | - | 1,127 | 14,000 | (12,873) | - | - |
| Leveraged Loans | - | 5,727 | - | 5,727 | - | 39,119 | 20,415 | 26,142 | 7,000 | 19,142 | - | - |
| Loans IG | (120) | (362) | - | (362) | - | - | - | (362) | 7,000 | (7,362) | - | - |
| Project Finance Advisory | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 2,069 | 16,586 | 5,353 | 11,233 | - | 39,918 | 20,815 | 37,401 | 42,000 | (4,599) | - | - |
| NIM(2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - |
| Total CF Revenue | 8,913 | 43,090 | 35,736 | 7,355 | 990 | 154,671 | 43,964 | 88,045 | 140,000 | (51,955) | - | - |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals
2) NIM on Hold Portfolio excluded
3) Balance of Pipeline includes all future years

# Appendix A2: Sample Actual / Booked Report

**FRANCHISE - REVENUE BY DEAL**
**AS OF: 10 APR 2002**
**EUROS IN 000'S**
**GLOBAL MEDIA**

| PRODUCT | DEAL | Franchise Revenue Mar | Franchise Revenue YTD(Mar) | Franchise Revenue Apr | Other Coverage Groups |
|---|---|---|---|---|---|
| | Allbritton Communications - General Advisory (D020686) | - | - | 114 | None |
| | Aurora Communications - general advisory (D012858) | 1,032 | 1,032 | - | None |
| | Bertelsmann - Project Rock / Rock.. (D014619) | 2,000 | 2,000 | - | None |
| | Echostar - General Advisory (Vivendi) (D016541) | - | 8,686 | - | None |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | (145) | - | NA Fin Spo |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 75 | 75 | - | Oth. Eur., PORTUGAL |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | - | 72 | - | None |
| | ProSieben - merger advisory with Kirch Media (Pjt Concordia) / Concord (D014982) | 150 | 525 | - | EUR TECH |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Baseball (D013401) | 1,521 | 1,521 | - | EUR TECH |
| | TMP Worldwide - Project University / University 1 (D013407) | - | 3,474 | - | None |
| | TV Globo - Project Waves / Waves ... (D013628) | - | 89 | - | LA |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | - | 1,631 | - | EUR TELE, ITALY, LA |
| **Total M&A** | | **4,778** | **18,961** | **114** | |
| **Total Advisory Products** | | **4,778** | **18,961** | **114** | |
| | AMC Entertainment - acq financing for General Cinema (D013398) | - | 452 | - | NA Fin Spo |
| | Adelphia Communications - HY Offering (2Q 01) (D013200) | - | 68 | - | NA TELE |
| | Entercom Communications - HY offering (1Q 02) (D020698) | - | 1,017 | - | None |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | - | 1,505 | - | LA |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 4,864 | - | NA Fin Spo, NA Lev Fin |
| | NextMedia Group - HY offering (2Q 01) (D013233) | (89) | (89) | - | None |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | 1,206 | 1,206 | - | None |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | 528 | 528 | - | None |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | 544 | 544 | - | None |
| **Total HY Bonds** | | **2,189** | **10,094** | **-** | |
| | Scholastic Corp - IG offering (1Q 02) (D020146) | - | 133 | - | None |
| | Walt Disney - IG Bond (M3182) | - | 995 | - | None |
| **Total Bonds IG** | | **-** | **1,127** | **-** | |
| | Comcast Cable - Strategic Lending Contract (M2222) | (53) | (160) | - | None |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | (67) | (202) | - | None |
| **Total Loans IG** | | **(120)** | **(362)** | **-** | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | 5,727 | - | NA Fin Spo, NA Lev Fin |
| **Total Leveraged Loans** | | **-** | **5,727** | **-** | |
| **Total Debt Products** | | **2,069** | **16,586** | **-** | |
| | Digital River - block trade (4Q 01) (D016304) | 85 | 85 | - | None |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | 1,836 | 1,836 | 137 | None |
| | Entercom Communications - secondary offering (1Q 02) (D020126) | 97 | 3,592 | - | None |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | 47 | (1,607) | - | ASIA SPON, CHINA, NA Fin Spo |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | - | 3,638 | - | FRANCE |
| | Radio One - Secondary Offering (2Q 02) (D021881) | - | - | 739 | None |
| **Total Equity** | | **2,066** | **7,544** | **876** | |
| | iBeam Broadcasting-Warrant Income Realized/Unrealized (M1590) | - | (0) | - | None |
| | iBeam mtm (M1574) | - | (1) | - | None |
| **Total Private Placement-Equity** | | **-** | **(1)** | **-** | |
| **Total Equity Products** | | **2,066** | **7,543** | **876** | |
| **Total Product** | | **8,913** | **43,090** | **990** | |

# Appendix A3: Sample Pipeline Report

FRANCHISE - PIPELINE BY DEAL
AS OF: 10-APR-2002
EUROS IN 000'S
GLOBAL MEDIA

| PRODUCT | DEAL | PROBABILITY | Apr | May | Jun | Jul | Future Months(1) | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|
| M&A | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | 100 | - | - | 3,423 | - | 0 | 3,423 | 3,423 |
| M&A | BMG Storage Media - Project Blockbuster / Blockbuster (D012541) | 0 | - | - | - | - | 3,423 | 3,423 | - |
| M&A | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | 0 | - | - | - | - | 16,500 | 16,500 | - |
| M&A | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | 0 | - | - | 2,000 | - | 0 | 2,000 | - |
| M&A | BusinessWire - general advisory (D005685) | 25 | - | - | 7,188 | - | 0 | 7,188 | 1,797 |
| M&A | Datacraft Asia - Acq of HK-based System Integrator US50-70mn / Silver (D011658) | 0 | - | - | - | - | 913 | 913 | - |
| M&A | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | 0 | - | - | - | - | 8,000 | 8,000 | - |
| M&A | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | - | 7,986 | 7,986 | 3,993 |
| M&A | Fininvest - valuations (Focus) / Focus (ex-Slimfast) (D016069) | 25 | - | - | 750 | - | 0 | 750 | 188 |
| M&A | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | 75 | 2,000 | - | - | - | 0 | 2,000 | 1,500 |
| M&A | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | 50 | - | - | 1,500 | - | 0 | 1,500 | 750 |
| M&A | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | 3,758 | - | - | 0 | 3,758 | 1,879 |
| M&A | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | 0 | - | - | - | - | 10,000 | 10,000 | - |
| M&A | Microsoft - General Advisory (2002) ( Fore ) / Fore (D022289) | 50 | - | - | - | - | 2,282 | 2,282 | 1,141 |
| M&A | Rand McNally & Co - general advisory (D012298) | 25 | - | - | - | - | 3,423 | 3,423 | 856 |
| M&A | TV Globo - Project Waves / Waves ... (D013628) | 75 | - | - | - | - | 86 | 86 | 64 |
| M&A | Taylor Nelson Sofres - potential aquisition of Observer AB / Monocle (D002405) | 0 | - | - | 4,085 | - | 0 | 4,085 | - |
| M&A | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | 25 | - | - | - | - | 1,141 | 1,141 | 285 |
| M&A | | | 2,000 | 3,758 | 18,946 | - | 53,753 | 78,457 | 15,875 |
| Real Estate Advisory | Davis & Partners - Transmission Tower in Brooklyn (D020807) | 0 | - | - | - | - | 1,141 | 1,141 | - |
| Real Estate Advisory | | | - | - | - | - | 1,141 | 1,141 | - |
| Advisory Products | | | 2,000 | 3,758 | 18,946 | - | 54,894 | 79,598 | 15,875 |
| HY Bonds | Liberman Broadcasting - refinancing (2002) (D021178) | 50 | - | - | 799 | - | 0 | 799 | 399 |
| HY Bonds | | | - | - | 799 | - | 0 | 799 | 399 |
| Leveraged Loans | Echostar - acqn advisory and financing (GM - HE) (D014601) | 50 | - | - | - | 30,804 | 0 | 30,804 | 15,402 |
| Leveraged Loans | Johnston Press - Debt financing for RIM acqn / Jupiter - (D014834) | 50 | 2,451 | - | - | - | 0 | 2,451 | 1,226 |
| Leveraged Loans | Liberty Media - €2bn Debt financing (D013612) | 50 | 1,300 | - | - | - | 0 | 1,300 | 650 |
| Leveraged Loans | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | 50 | 1,141 | - | - | - | 0 | 1,141 | 570 |
| Leveraged Loans | Sinclair Broadcasting - refinancing (D021892) | 75 | - | - | 3,423 | - | 0 | 3,423 | 2,567 |
| Leveraged Loans | | | 4,892 | - | 3,423 | 30,804 | 0 | 39,119 | 20,415 |
| Debt Products | | | 4,892 | - | 4,221 | 30,804 | 0 | 39,918 | 20,815 |
| Equity | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | 0 | - | - | 5,705 | - | 0 | 5,705 | - |
| Equity | Blackboard - IPO (1Q 02) (D014712) | 0 | - | 1,940 | - | - | 0 | 1,940 | - |
| Equity | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | 50 | - | 972 | - | - | 0 | 972 | 486 |
| Equity | LIN Television - IPO (D020127) | 75 | 7,188 | - | - | - | 0 | 7,188 | 5,391 |
| Equity | Lagardere - monisation of shares & convertible bond offering (D015605) | 0 | - | - | - | - | 1,500 | 1,500 | - |
| Equity | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | 0 | - | - | - | - | 15,000 | 15,000 | - |
| Equity | XM Satellite Radio - secondary offering (2Q 02) (D022418) | 75 | 1,711 | - | - | - | 0 | 1,711 | 1,284 |
| Equity | | | 8,899 | 2,912 | 5,705 | - | 16,500 | 34,015 | 7,160 |
| Private Placement-Equity | nCube - equity private placement (2002) (D011472) | 10 | - | - | 1,141 | - | 0 | 1,141 | 114 |
| Private Placement-Equity | | | - | - | 1,141 | - | 0 | 1,141 | 114 |
| Equity Products | | | 8,899 | 2,912 | 6,845 | - | 16,500 | 35,156 | 7,274 |
| Product | | | 15,791 | 6,670 | 30,012 | 30,804 | 71,394 | 154,671 | 43,964 |

1) Future Months include all pipeline, including future years

## Appendix A4: Sample Client Report

**NA Media**
**Client Revenue by Product**
**July 2002 YTD**
**Euros ('000'S)**

| Client | Total Advisory | Total Equity | HYCM | Loans | GM / Other* | Total Revenue |
|---|---|---|---|---|---|---|
| THL Partners | 836 | 0 | 6,898 | 6,388 | 838 | 14,960 |
| Forest Company | 0 | 2,664 | 0 | 280 | 0 | 2,944 |
| General Comm | 410 | 0 | 2,290 | 1,220 | 0 | 3,920 |
| Adelaide | 0 | 0 | 779 | 1,297 | 4,802 | 6,878 |
| Dexter | 0 | 515 | 1,510 | 0 | 0 | 2,025 |
| MDP | 0 | 0 | 975 | 546 | 0 | 1,521 |
| MTV News | 515 | 0 | 1,276 | 0 | 0 | 1,791 |
| Satellite Group | 0 | 998 | 0 | 0 | 1,022 | 2,020 |
| | | | | | | **36,059** |

* GM / Other includes IG Bonds, CMBS, and GM revenue.

# Appendix A5: Sample Banker Report

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
**2002-04-10 (Wed)**
**EUROS in 000'S**
**Global Media**

| BANKER | DEAL | PRODUCT | PROB | MAR FRANCHISE VALUE | YTD MAR FRANCHISE VALUE | APR FRANCHISE VALUE | 2002 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Aming, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | 1,032 | 1,032 | | | |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | | 8,686 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | 50% | | | | 7,986 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | | (145) | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | | | | 30,804 | |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | 1,836 | 1,836 | 137 | | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,017 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 97 | 3,592 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 4,864 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,727 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 47 | (1,607) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021681) | Equity-Secondary | N/A | | | 739 | | |
| | Rand McNally & Co - general advisory (D012298) | Divestiture Advisory | 25% | | | | 3,423 | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,423 | |
| Austin, Geoffrey | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | | | | 5,705 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | 2,000 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Acquisition Advisory | 50% | | | | 3,758 | |
| | Johnston Press - Acqn adv/equity fin for RIM / Pacific. (D014213) | Equity-Rights | 50% | | | | 972 | |
| | Johnston Press - Debt financing for RIM acqn / Jupiter. (D014834) | Senior Bank Debt | 50% | | | | 2,451 | |
| | Lagardere - monisation of shares & convertible bond offering (D015605) | Block Trade | 0% | | | | 1,500 | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | 1,032 | 1,032 | | | |
| | Blackboard - IPO (1Q 02) (D014712) | Equity-IPO | 0% | | | | 1,940 | |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | | 1,017 | | | |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | 97 | 3,592 | | | |
| | MediaNation - US$111mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 47 | (1,607) | | | |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | (89) | (89) | | | |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | | | 739 | | |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | 1,206 | 1,206 | | | |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | 528 | 528 | | | |
| | Sinclair Broadcasting - refinancing (D021892) | Senior Bank Debt | 75% | | | | 3,423 | |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | | 68 | | | |
| | Arbitron Communications - General Advisory (D020696) | Fairness Opinion | N/A | | | 114 | | |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | | 72 | | | |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | 75% | | | | 1,711 | |
| Lovegrove, Stephen | APAX/Hicks Muse - potential IPO of Yell plc (D020545) | Equity-IPO | 0% | | | | 5,705 | |
| | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | | | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | | | 16,500 | |
| | Boosey & Hawkes - divestiture advisory/defence & refinancing (D015359) | Divestiture Advisory | 0% | | | | 2,000 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 8,000 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | 1,500 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | | | |
| | Lagardere - project Larry/Emma (Eagle) / Eagle- (D005469) | Acquisition Advisory | 0% | | | | 10,000 | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| Lovet, Nicholas | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | 50% | | | | 1,500 | |
| | Impresa/Cofina -pot merger of Impresa w/ Investec (Ice Cube) / Ice cub (D015714) | Merger Advisory | N/A | 75 | 75 | | | |
| | Publicis Groupe SA - convertible bond Q1 2002(King) / King * (D016091) | Equity-Convertible Bonds | N/A | | 3,638 | | | |
| MacInnes, Bruce | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | | | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | | | 16,500 | |
| | Finnvest - valuations (Focus) / Focus (ex-Slimfast) (D016089) | Fairness Opinion | 25% | | | | 750 | |
| | Gazprom - sale of Gazprom Media to Sputnik Group (Astra) / Astra * (D013840) | Divestiture Advisory | 75% | | | | 2,000 | |
| | ProSieben - merger advisory with Kirch Media (Pj Concordia) / Concord (D014982) | Merger Advisory | N/A | 150 | 525 | | | |
| | SES - Advisory for acq. of GE Americom (Project Gerard) / Gerard (D005927) | Equity-Secondary | 0% | | | | 15,000 | |
| | Taylor Nelson Sofres - potential acquisition of Observer AB / Monocle (D002405) | Other M&A Advisory | 0% | | | | 4,065 | |
| Morris, J L Malcolm | Davis & Partners - Transmission Tower in Brooklyn (D020807) | Real Estate Advisory | 0% | | | | 1,141 | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | 4,864 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | | 5,727 | | | |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | 75% | | | | 86 | |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | | 89 | | | |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | 25% | | | | 1,141 | |
| | Telecom Italia Mobile - M&A - Project Eifel / Eifel (D014121) | Divestiture Advisory | N/A | | 1,631 | | | |
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 452 | | | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,506 | | | |
| | LIN Television - IPO (D020127) | Equity-IPO | 75% | | | | 7,188 | |
| | Liberman Broadcasting - refinancing (2002) (D021178) | Bonds-Corporate High Yield | 50% | | | | 799 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | 50% | | | | 1,141 | |
| | Young Broadcasting - HY Offering (4Q 01) (D014951) | Bonds-Corporate High Yield | N/A | 544 | 544 | | | |
| Thun-Hohenstein, Christian | Bertelsmann - Project Rock / Rock.. (D014619) | Acquisition Advisory | N/A | 2,000 | 2,000 | | | |
| | Bertelsmann - project Rolling Stone (ex Empire) / Rolling Stone (ex Em (D015826) | Acquisition Advisory | 0% | | | | 16,500 | |
| | Deutsche Telekom - Sale options for 16% stake in SES (D011449) | Divestiture Advisory | 0% | | | | 8,000 | |
| | Finnvest - valuations (Focus) / Focus (ex-Slimfast) (D016089) | Fairness Opinion | 25% | | | | 750 | |
| Triffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | 100% | | | | 3,423 | |
| | BMG Storage Media - Project Blockbuster / Blockbuster- (D012541) | Acquisition Advisory | 0% | | | | 3,423 | |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | 7,188 | |
| | Digital River - block trade (4Q 01) (D016204) | Equity-Secondary | N/A | 85 | 85 | | | |
| | Liberty Media - | Senior Bank Debt | 50% | | | | 1,300 | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,474 | | | |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | | | | 1,141 | |
| Yung, Sun J. | Microsoft - General Advisory (2002) (Fore) / Fore (D022288) | Divestiture Advisory | 50% | | | | 2,282 | |
| | Scientific Atlanta - acquisition of Barconet-Project Baseball / Baseball (D013401) | Acquisition Advisory | N/A | 1,521 | 1,521 | | | |
| | nCube - equity private placement (2002) (D011472) | Private Placement-Equity | 10% | | | | 1,141 | |