IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>         Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>         Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF** |

# PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE HIS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

PLEASE TAKE NOTICE that upon the annexed Declaration of Richard T. Seymour, dated June 16, 2008, together with the exhibits annexed hereto, the accompanying memorandum of law in support of the motion, upon all prior pleadings and proceedings had herein, and pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, plaintiff Daniel B. Graves will move this Court before the honorable Barbara S. Jones, United States District Judge, at such place and date as may be set by the Court, for an Order granting plaintiff leave to file his Second Amended and Supplemental Complaint.

WHEREFORE, plaintiff prays that his Motion be granted.

                Respectfully submitted,

                Richard T. Seymour (RS-8094)
                rick@rickseymourlaw.net
                Law Office of Richard T. Seymour, P.L.L.C.
                1150 Connecticut Avenue N.W., Suite 900
                Washington, D.C.  20036-4129
                      (202) 862-4320 – Telephone
                      (202) 549-1454 – Cell
                      (800) 805-1065 – Telecopier

                Steven A. Berger (SB-2038)
                sberger@bergerwebb.com
                Jonathan Rogin (JR-9800)
                jrogin@bergerwebb.com
                Berger & Webb, LLP
                1633 Broadway, 46th Floor
                New York, N.Y. 10019
                      (212) 319-1900 – Telephone
                      (212) 319-2017 and -2018 – Telecopiers


                By: ____/s/ Richard T. Seymour_____
                      Richard T. Seymour (RS-8094)
                      Attorneys for Plaintiff

Dated: June 16, 2008

**Certificate of Service**

I certify that I have, this 16th day of June, 2008, served a true and correct copy of Plaintiff's Notice of Motion and Motion for Leave to File his Second Amended and Supplemental Complaint on counsel of record for defendant by e-mail and by use of the Court's ECF system).

       /s/ Richard T. Seymour_____
Richard T. Seymour (RS-8094)
rick@rickseymourlaw.net
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    (202) 862-4320 – Telephone
    (202) 549-1454 – Cell
    (800) 805-1065 – Telecopier