# Exhibit 3 to Second Amended and Supplemental Complaint

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2004-01-08 (Thu)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 03 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | - | 3,622 | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,378 | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 7,840 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,227 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - |
| | Kim Magnes Estate - divestiture advisory (D033651) | Divestiture Advisory | 0% | - | - | - | 3,930 |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | - | 11 | - | - |
| | Mediacom - swap (D031356) | Derivatives-Credit | N/A | - | 320 | - | - |
| | Sinclair Broadcast - HY offering (2Q 03) (D030913) | Bonds-Corporate High Yield | N/A | - | 53 | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 165 | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | - | 287 | - | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Bonds-Corporate High Yield | N/A | - | 159 | - | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Senior Bank Debt | N/A | - | 234 | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Acquisition Advisory | N/A | - | 1,013 | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Bonds-Corporate High Yield | N/A | (1,296) | 3,334 | - | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | Senior Bank Debt | N/A | - | 324 | - | - |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | - | 123 | - | - |
| | Total | | | (1,296) | 48,164 | - | 3,930 |
| Garey, Charles | Arturo Moreno - advisory for Anaheim Angels (D030970) | Acquisition Advisory | 100% | - | - | - | 786 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | - | 5,363 | - | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | N/A | - | 6,868 | - | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | - | 3,622 | - | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Derivatives-Interest Rate | N/A | - | 940 | - | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | Private Placement-Debt | N/A | - | 1,051 | - | - |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | - | 11 | - | - |
| | MediaNation - sponsoring agreement (D027084) | Consultancy Advisory | N/A | 26 | 26 | - | - |
| | MediaNation - sponsoring agreement (D027084) | Equity-IPO | N/A | - | 0 | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | - | 287 | - | - |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | - | 123 | - | - |
| | Total | | | 26 | 30,657 | - | 786 |

CONFIDENTIAL    Graves 000074

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2004-01-08 (Thu)
EUROS IN 000'S
NA Media.

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 03 YTD FRANCHISE REVENUES | JAN. FRANCHISE VALUE | 2004 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Chang, Liz | AOL - monetisation of Time Warner Telecom stake (D034002) | Equity-Follow On | 0% | - | - | - | 3,930 |
| | AOL Time Warner - $3.5bn refinancing - Q4 03 (D032976) | Senior Bank Debt | N/A | 3,181 | 3,181 | - | - |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | - | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | (61) | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | - | 70 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | 131 | - | - |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 25% | - | - | - | 2,201 |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | - | 787 | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | - | 1,152 | - | - |
| | Loews Corporation - HY/Bank Refinancing (D031832) | Senior Bank Debt | N/A | - | 428 | - | - |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | - | 11 | - | - |
| | MediaNews Group - HY Offering (4Q03) (D031906) | Bonds-Corporate High Yield | N/A | - | 783 | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | (213) | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | - | - | - | 983 |
| | Time Warner Cable - IPO (D026173) | Equity-IPO | 0% | - | - | - | 20,633 |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | Bonds-Corporate High Yield | N/A | 1,920 | 1,920 | - | - |
| | Total | | | 5,101 | 11,884 | | 27,746 |
| Dunn, David R. | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | N/A | - | 5,363 | - | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | N/A | - | 6,868 | - | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | (130) | - | - |
| | RH Donnelley - Repricing & amendment of facility (Q4 03) (D034360) | Senior Bank Debt | N/A | 800 | 800 | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt. | N/A | - | 5,011 | - | - |
| | Total | | | 800 | 25,398 | | |
| Faulstich, Blair | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | - | 3,622 | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,378 | - | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 7,840 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,227 | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - |
| | SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | N/A | 544 | 544 | - | - |
| | Sinclair Braodcast - HY offering (2Q 03) (D030913) | Bonds-Corporate High Yield | N/A | - | 53 | - | - |
| | Sinclair Broadcast - Interest rate swap (4Q 2003) (D034325) | Derivatives-Interest Rate | 0% | - | - | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 165 | - | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | - | 287 | - | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Bonds-Corporate High Yield | N/A | - | 159 | - | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Senior Bank Debt | N/A | - | 234 | - | - |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | - | 123 | - | - |
| | Total | | | 544 | 43,705 | | |

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2004-01-08 (Thu)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 03 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | (61) | - | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | - | 70 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | 131 | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | (213) | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | - | - | - | 983 |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | - |
| | Total | | | - | 2,468 | - | 983 |
| Maurus, Zach | Digital River - block trade (3Q03) (D031830) | Block Trade | N/A | - | 753 | - | - |
| | Google - IPO (D034544) | Equity-IPO | 25% | - | - | - | 3,930 |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity- Exchangeable Debt | N/A | - | 20,800 | - | - |
| | Total | | | - | 21,591 | - | 3,930 |
| Morris, J L Malcolm | AOL - monetisation of Time Warner Telecom stake (D034002) | Equity-Follow On | 0% | - | - | - | 3,930 |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | N/A | - | 2,831 | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - |
| | SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | N/A | - | 544 | - | - |
| | Time Warner Cable - $3.5bn - Q4 03 (D033836) | Senior Bank Debt | 75% | 544 | - | - | - |
| | Time Warner Cable - IPO (D026173) | Equity-IPO | 0% | - | - | - | 20,633 |
| | Time Warner Telecom - Bank/Hy $500mm Q1 2004 (D034003) | Bonds-Corporate High Yield | 0% | - | - | - | 1,572 |
| | Total | | | 544 | 3,229 | - | 26,135 |
| Paul, Gregory R. | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | - | 923 | - | - |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate High Yield | 75% | - | - | - | 2,358 |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 25% | - | - | - | 2,201 |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | - | 229 | - | - |
| | Kerasotes Theatre - M&A advisory (D026624) | Other M&A Advisory | N/A | - | 219 | - | - |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | - | 787 | - | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | - | 1,152 | - | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | 400 | 400 | - | - |
| | Loews Corporation - HY/Bank Refinancing (D031832) | Senior Bank Debt | N/A | - | 428 | - | - |
| | MediaNews Group - HY Offering (4Q03) (D031906) | Bonds-Corporate High Yield | N/A | - | 783 | - | - |
| | Pegasus Media Communications - bank financing (1999) (D995604) | Senior Bank Debt | N/A | - | 66 | - | - |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | Bonds-Corporate High Yield | N/A | 1,920 | 1,920 | - | - |
| | Total | | | 2,320 | 7,139 | - | 4,559 |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2004-01-08 (Thu)
EUROS IN 000'S
NA Media.

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 03 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Triffo, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 3,930 |
| | Liberty Media - IG offering (2Q03) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - |
| | Total | | | - | 37 | - | 3,930 |
| Yung, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | - | 969 | - | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - |
| | Eastman Kodak - $500mm IG Offering (4Q 2003) (D033559) | Bonds-Corp. Investment Grade | N/A | - | 45 | - | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | Bonds-Corp. Investment Grade | N/A | - | 441 | - | - |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | Equity-Convertible Bonds | N/A | - | 165 | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | N/A | - | 1,214 | - | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | Bonds-Corp. Investment Grade | 50% | - | - | - | - |
| | Thomson - c/b general advisory (Project Hollywood - 2004) / Hollywood3 (D032395) | Acquisition Advisory | 0% | - | - | - | 786 |
| | TiVo - Block Trade (2Q03) (D026160) | Block Trade | N/A | - | 563 | - | - |
| | Total | | | - | 3,604 | - | 786 |