# Exhibit 5 to Second Amended and Supplemental Complaint

**FRANCHISE REVENUE & PIPELINE SUMMARY**
**AS OF 08-JAN-2004**
**EUROS IN 000S**
**N/A MEDIA 1)**

| PRODUCT | Dec Franchise Revenue | 2003 Full Year Actual | 2002 Full Year Actual | B/W PRIOR YTD Franchise Revenue | % Change Year Over | Jan Franchise Revenue | Balance Of Current Year Pipeline Thru 12/31 | Bal Of Cur Year Probability Weighted Pipeline | 2004 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 4,579 | 23,370 | (18,791) | -80% | - | 9,432 | 1,769 | 1,769 | 20,000 | (15,421) |
| Other Advisory | 26 | 1,077 | - | 1,077 | - | - | | | | | 1,077 |
| **Total Advisory** | 26 | 5,656 | 23,370 | (17,715) | -75% | - | 9,432 | 1,769 | 1,769 | 20,000 | (14,344) |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | (587) | (1,199) | 612 | -51% | - | | | | | (587) |
| Cross Selling | - | 1,260 | - | 1,260 | - | - | | | | | 1,260 |
| GM DCM JV | - | 4,171 | 2,856 | 1,315 | 46% | - | | | | 20,000 | (15,829) |
| **Total Cross Selling / Other** | - | 4,844 | 1,657 | 3,187 | 192% | - | | | | 20,000 | (15,156) |
| HYCM | 2,464 | 38,823 | 18,730 | 20,092 | 107% | - | 6,131 | 2,319 | 2,319 | - | 38,823 |
| Lean Syndications | 4,381 | 34,607 | 13,932 | 20,775 | 150% | - | | | | - | 34,607 |
| **Total Debt Products** | 6,845 | 73,428 | 32,662 | 40,867 | 126% | - | 6,131 | 2,319 | 2,319 | 40,000 | 33,429 |
| Equity | - | 5,008 | 30,025 | (25,017) | -83% | - | 29,475 | 983 | 983 | 25,000 | (19,992) |
| Equity Linked | - | 25,274 | 5,932 | 19,342 | 326% | - | | | | | 25,274 |
| **Total Equity** | - | 30,282 | 35,957 | (5,675) | -16% | - | 29,475 | 983 | 983 | 25,000 | 5,282 |
| **Total Corporate Finance Product** | 6,871 | 114,212 | 93,647 | 20,665 | 22% | - | 45,038 | 5,070 | 5,070 | 105,000 | 9,212 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000837

FRANCHISE REVENUE BY AREA
ABN JUST AP 400
EUROS/MUDOS
NAMEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - |
| | Echostar- acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - |
| | Kerasotes Theatre - M&A advisory (D026624) | - | 219 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,013 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - |
| **Total M&A** | | - | 4,579 | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | 26 | 1,051 | - |
| | MediaNation - sponsoring agreement (D027084) | - | 26 | - |
| **Total Other Advisory** | | 26 | 1,077 | - |
| **Total Advisory** | | 26 | 5,656 | - |
| | Allbritton Communications - HY (4Q 02) (D020405) | - | (61) | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | - | 5,363 | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,378 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,227 | - |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1QO2 / Pelican 1 (D015959) | - | (146) | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 787 | - |
| | MediaNews Group - HY Offering (4Q03) (D031906) | - | 783 | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - |
| | SBA Communications - HY offeringQ4 03 (D033831) | 544 | 544 | - |
| | Sinclair Braodcast - HY offering (2Q 03) (D030913) | - | 53 | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 165 | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | - | 159 | - |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | 1,920 | 1,920 | - |
| **Total HYCM** | | 2,464 | 38,823 | - |

CONFIDENTIAL

FRANCHISE REVENUE DEAL
[illegible]
EUROSTOXX 600S
M-MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|---|
| | AOL Time Warner - $3.5bn refinancing - Q4 03 (D032976) | 3,181 | 3,181 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | | 6,868 | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | | 7,840 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 8,829 | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 131 | - |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | | 229 | - |
| | Lin TV - bank financing (1Q 03) (D030158) | | 232 | - |
| | Loews Cineplex (M6162) | | 34 | - |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | 400 | 400 | - |
| | Loews Corporation - HY/Bank Refinancing (D031832) | | 428 | - |
| | Pegasus Media Communications - bank financing (1999) (D995604) | | 66 | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | | 5,011 | - |
| | RH Donnelley - Repricing & amendment of facility (Q4 03) (D034360) | 800 | 800 | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | | 234 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 324 | - |
| **Total Loan Syndications** | | **4,381** | **34,607** | **-** |
| **Total Debt Products** | | **6,845** | **73,429** | **-** |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | | 2,831 | - |
| | iVillage mtm (M1575) | | 39 | - |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | | 165 | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | | 1,152 | - |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | | 287 | - |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | | 20,800 | - |
| | | | 25,274 | - |
| **Total Equity Linked** | | | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | | 3,622 | - |
| | Digital River - block trade (3Q03) (D031830) | | 753 | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 70 | - |
| | MediaNation - sponsoring agreement (D027084) | | 0 | - |
| | TiVo - Block Trade (2Q03) (D026160) | | 563 | - |

CONFIDENTIAL

DB 000839

FRANCHISE REVENUE IDEA
EUROS IN 000s
NA MEDIA

| PRODUCT / DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|
| **Total Equity** | - | **5,008** | - |
| | | | |
| **Total Equity** | - | **30,282** | - |
| AOL Time Warner - Strategic Lending Contract (M4545) | - | (93) | - |
| AOL Time Warner - Strategic Lending Contract (M7350) | - | (11) | - |
| Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (366) | - |
| Tribune - Strategic Lending Contract (M6230) | - | (88) | - |
| Viacom - Strategic Lending Contract (M5907) | - | (49) | - |
| **Total Cost Hedging / Goodwill Funding / Loan Shortfall** | - | **(587)** | - |
| JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - |
| Mediacom - swap (D031356) | - | 320 | - |
| **Total Cross Selling** | - | **1,260** | - |
| Clear Channel - IG Bond (M5002) | - | 86 | - |
| Comcast - IG offering (2Q03) (D031603) | - | 969 | - |
| Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - |
| Eastman Kodak - $500mm IG Offering (4Q 2003) (D033559) | - | 45 | - |
| IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | - | 441 | - |
| JCDecaux -IG Bond Revenue (M7706) | - | 998 | - |
| Liberty Media - IG offering (2Q03) (D031643) | - | 37 | - |
| Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 1,214 | - |
| Scholastic- IG Bond Revenue (M6188) | - | 51 | - |
| Viacom - $750mm - IG Bond - Q2 03 (D031766) | - | 123 | - |
| **Total GM DCM JV** | - | **4,171** | - |
| **Total Cross Selling / Other** | - | **4,844** | - |
| **Total Corporate Finance Product** | 6,871 | 114,212 | - |

CONFIDENTIAL

DB 000840

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | Balance Of Year 2004 | Future Years | | |
| | Arturo Moreno - advisory for Anaheim Angels (D030970) | 100 | 786 | - | - | - | - | - | 786 | 786 |
| | BusinessWire - general advisory (D005686) | 25 | - | - | - | - | 3,930 | - | 3,930 | 983 |
| | Kirk Magness Estate - divestiture advisory (D033651) | 0 | - | - | - | - | 3,930 | - | 3,930 | - |
| | Thomson - cib general advisory (Project Hollywood - 2004 / Hollywood3 (D032395)) | 0 | - | - | - | 786 | - | - | 786 | - |
| Total M&A | | | 786 | - | - | 786 | 7,860 | - | 9,432 | 1,769 |
| Total Advisory | | | 786 | - | - | 786 | 7,860 | - | 9,432 | 1,769 |
| | ComCorp of America - HY Offering (4Q 03) (D032483) | 75 | - | - | 2,358 | - | - | - | 2,358 | 1,769 |
| | Jones Media Networks - HY offering (4Q03) (D032555) | 25 | - | - | - | 2,201 | - | - | 2,201 | 550 |
| | Time Warner Telecom - Bankdry $560mm Q1 2004 (D034003) | 0 | - | - | 1,572 | - | - | - | 1,572 | - |
| Total HYCM | | | - | - | 3,930 | 2,201 | - | - | 6,131 | 2,319 |
| Total Debt Products | | | - | - | 3,930 | 2,201 | - | - | 6,131 | 2,319 |
| | AOL - monetization of Time Warner Telecom stake (D034002) | 0 | - | - | 3,930 | - | - | - | 3,930 | - |
| | Google - IPO (D034344) | 25 | - | - | - | - | 3,930 | - | 3,930 | 983 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | - | - | 983 | - | - | - | 983 | 983 |
| | Time Warner Cable - IPO (D026173) | 0 | - | - | - | - | 20,633 | - | 20,633 | - |
| Total Equity | | | - | - | 4,913 | - | 24,563 | - | 29,475 | 983 |
| Total Equity | | | - | - | 4,913 | - | 24,563 | - | 29,475 | 983 |
| Total Corporate Finance Product | | | 786 | - | 8,843 | 2,987 | 32,423 | - | 45,038 | 5,070 |

CONFIDENTIAL

DB 000841

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amfing, Jeffrey | Citadel Broadcasting - IPO (1Q 2003) (DO23086) | Equity-IPO | N/A | | 3,622 | | | |
| | DirecTV - bank/HY financing (1Q 03) (DO30500) | Bonds-Corporate High Yield | N/A | | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (DO30500) | Senior Bank Debt | N/A | | 7,840 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (DO146C1) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (DO146C1) | Bonds-Corporate High Yield | N/A | | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (DO146C1) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing (DO02 / Pelican 1 (DO15959) | Bonds-Corporate High Yield | 0% | (1,266) | (146) | | | |
| | Kim Magnes Estate - divestiture advisory (DO33851) | Divestiture Advisory | 0% | | 11 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus (Asia ECM) (DO00464) | Equity-IPO | N/A | | 53 | | 3,930 | |
| | JCDecaux - evolt (DO00150) (DO30313) | Derivatives-Credit | N/A | | 30 | | | |
| | Sinclair Broadcast - HY offering (2Q 03) (DO30313) | Bonds-Corporate High Yield | N/A | | 165 | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (DO26013) | Bonds-Corporate High Yield | N/A | | 287 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (DO31655) | Equity-Convertible Bonds | N/A | | 169 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (DO31597) | Bonds-Corporate High Yield | N/A | | 234 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (DO31597) | Senior Bank Debt | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (DO25986) | Acquisition Advisory | N/A | | 3,334 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (DO25986) | Bonds-Corporate High Yield | N/A | | 324 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (DO25986) | Senior Bank Debt | N/A | | 123 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (DO31788) | Bonds-Corp. Investment Grade | N/A | | | | | |
| Carey, Charles | Arturo Moreno - advisory for Anaheim Angels (DO30370) | Acquisition Advisory | 100% | | | | 786 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25582) | Bonds-Corporate High Yield | N/A | | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25582) | Senior Bank Debt | N/A | | 6,868 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (DO25503) | Bonds-Corporate High Yield | N/A | | (130) | | | |
| | Citadel Broadcasting - IPO (1Q 2003) (DO23086) | Equity-IPO | N/A | | 3,622 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (DO31470) | Derivatives-Interest Rate | N/A | | 940 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 (DO31470) | Private Placement-Debt | N/A | | 1,051 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus (Asia ECM) (DO00464) | Equity-IPO | N/A | | 11 | | | |
| | MediaNation - sponsoring agreement (CO27094) | Consultancy Advisory | N/A | 26 | 26 | | | |
| | MediaNation - sponsoring agreement (CO27094) | Equity-IPO | N/A | | 0 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (DO25434) | Bonds-Corporate High Yield | N/A | | 7,487 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (DO25434) | Senior Bank Debt | N/A | | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (DO31655) | Equity-Convertible Bonds | N/A | | 287 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (DO31788) | Bonds-Corp. Investment Grade | N/A | | 123 | | | |
| Chang, Liz | AOL - monetisation of Time Warner Telecom stake (DO34402) | Equity-Follow On | 0% | 3,181 | 3,181 | | 3,930 | |
| | AOL Time Warner - $3.5bn refinancing - Q4 03 (DO32976) | Senior Bank Debt | N/A | | 923 | | | |
| | Acme Communications - general advisory (DO36635) | Divestiture Advisory | N/A | | 602 | | | |
| | Allbritton Communications - General Advisory (News Ch 8) (DO20986) | Fairness Opinion | N/A | | (61) | | | |
| | Allbritton Communications - HY Offering (4Q 02) (DO20406) | Bonds-Corporate High Yield | N/A | | (1,472) | | | |
| | Allbritton Communications - HY Offering (1Q03) (DO30214) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - HY offering (4Q 02) (DO25584) | Bonds-Corporate High Yield | N/A | | 70 | | | |
| | Gray Television - bankruptcy financing (4Q 02) (DO22557) | Equity-Follow On | N/A | | 131 | | | |
| | Gray Television - bankruptcy financing (4Q 02) (DO22557) | Senior Bank Debt | N/A | | | | 2,201 | |
| | Jones Media Networks - HY offering (4Q03) (DO32555) | Bonds-Corporate High Yield | 25% | | 232 | | | |
| | Lin TV - bank financing (1Q 03) (DO30156) | Senior Bank Debt | N/A | | 787 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (DO31437) | Bonds-Corporate High Yield | N/A | | 1,152 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (DO31437) | Equity-Convertible Bonds | N/A | | 428 | | | |
| | Loews Corporation - HY/Bank Refinancing (DO31832) | Senior Bank Debt | N/A | | 11 | | | |
| | MediaNews - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (DO00464) | Equity-IPO | N/A | | 783 | | | |
| | MediaNews Group - HY Offering (4Q03) (DO31596) | Bonds-Corporate High Yield | N/A | | (213) | | | |
| | Salem Communications - HY offering (4Q 02) (DO27241) | Bonds-Corporate High Yield | 0% | | | | 983 | |
| | Salem Communications - secondary offering (3Q 02) (DO24428) | Equity-Follow On | 0% | | | | 20,633 | |
| | Tribune Co - general advisory (radio assets) (DO02234) | Equity-IPO | N/A | | 433 | | | |
| | Young Broadcasting - HY Offering (Q4 03) (DO31269) | Divestiture Advisory | N/A | | | | | |
| | | Bonds-Corporate High Yield | N/A | 1,920 | 1,920 | | | |
| Dunn, David R. | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25582) | Bonds-Corporate High Yield | N/A | | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (DO25582) | Senior Bank Debt | N/A | | 6,868 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (DO25503) | Bonds-Corporate High Yield | N/A | | (130) | | | |

CONFIDENTIAL

DB 000842

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Faulstich, Blair | RH Donnelley - Repricing & amendment of facility (Q4 03) (D034360) | Senior Bank Debt | N/A | 800 | | 800 | 800 | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | | | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | | 3,622 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030560) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030560) | Senior Bank Debt | N/A | | 7,840 | | | |
| | Echostar - acq advisory and financing (GM - HE) (D014691) | Acquisition Advisory | N/A | | 1,359 | | | |
| | Echostar - acq advisory and financing (GM - HE) (D014691) | Bonds-Corporate High Yield | N/A | | 18,227 | | | |
| | Echostar - acq advisory and financing (GM - HE) (D014691) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (146) | | | |
| | SBA Communications - recap advisory (4Q 03) (D033831) | Bonds-Corporate High Yield | 0% | 544 | 544 | | 983 | |
| | Sinclair Broadcast - HY offering (2Q 03) (D030913) | Bonds-Corporate High Yield | N/A | | 53 | | | |
| | Sinclair Broadcast - Interest rate swap (4Q 2003) (D034325) | Derivatives-Interest Rate | 0% | | | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D020013) | Bonds-Corporate High Yield | N/A | | 165 | | | |
| | Sinclair Broadcast Group - HY offering (2Q 03) (D031655) | Bonds-Corporate High Yield | N/A | | 287 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Bonds-Corporate High Yield | N/A | | 159 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Senior Bank Debt | N/A | | 234 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | | 123 | | | |
| Graves, Daniel B. | Albritton Communications - General Advisory (News Ch 8) (D020586) | Fairness Opinion | N/A | | 602 | | | |
| | Albritton Communications - HY (4Q 02) (D020408) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Albritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Gray Television - HY offering (4Q 02) (D028984) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | | 131 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | 0% | | (213) | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | | | | | |
| | Tribune Co - general advisory (trade assets) (D022234) | Divestiture Advisory | N/A | | 433 | | | |
| Maurus, Zach | Digital River - block trade (3Q03) (D031830) | Block Trade | N/A | | 753 | | | |
| | Google - IPO (D034404) | Equity-IPO | 25% | | | | 3,930 | |
| | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | | 37 | | | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | | 20,800 | | | |
| Morris, J L Malcolm | AOL - monetisation of Time Warner Telecom stake (D034902) | Equity-Follow On | 0% | | | | 3,830 | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | Equity-Convertible Bonds | 75% | | 2,831 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (146) | | | |
| | SBA Communications - HY offering Q4-03 (D033831) | Bonds-Corporate High Yield | N/A | 544 | 544 | | | |
| | Time Warner Cable - SB loan (D033856) | Senior Bank Debt | 75% | | | | | |
| | Time Warner Cable - IPO (D026173) | Equity-IPO | 0% | | | | 20,633 | |
| | Time Warner Telecom - Bank/HY $500mm Q1 2004 (D034003) | Bonds-Corporate High Yield | 0% | | | | 1,572 | |
| Paul, Gregory R. | Acme Communications - general advisory (D006556) | Divestiture Advisory | N/A | | 923 | | | |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate High Yield | 75% | | | | 2,358 | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 25% | | | | 2,201 | |
| | Karastan Theatres - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 229 | | | |
| | Karastan Theatre - M&A Advisory (D026084) | M&A Advisory | N/A | | 219 | | | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | 787 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | | 1,152 | | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | 400 | 400 | | | |
| | Loews Corporation - HY/Bank Refinancing (D031932) | Senior Bank Debt | N/A | | 428 | | | |
| | MediaNews Group - HY Offering (4Q03) (D031906) | Bonds-Corporate High Yield | N/A | | 783 | | | |
| | Pegasus Media Communications - bank financing (1999) (D036804) | Bonds-Corporate High Yield | N/A | | 66 | | | |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | Bonds-Corporate High Yield | N/A | 1,920 | 1,020 | | | |
| Triffo, Dyan | BusinessWire - general advisory (D006685) | Divestiture Advisory | 25% | | | | 3,930 | |
| | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | | 37 | | | |

CONFIDENTIAL

DB 000843

FRANCHISE REVENUE

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Yong, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | - | 969 | - | - | - |
| | Comcast Corp - IG offering (1Q 03) (D028353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Eastman Kodak - IG Offering (4Q 2003) (D0035559) | Bonds-Corp. Investment Grade | N/A | - | 45 | - | - | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032851) | Bonds-Corp. Investment Grade | N/A | - | 441 | - | - | - |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | Equity-Convertible Bonds | N/A | - | 165 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | N/A | - | 1,214 | - | - | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | Bonds-Corp. Investment Grade | 50% | - | - | - | - | - |
| | Thomson - 2b general advisory (Project Hollywood - 2004) / Hollywood3 (D032386) | Acquisition Advisory | 0% | - | - | - | 786 | - |
| | TiVo - Block Trade (2003) (D028160) | Block Trade | N/A | - | 563 | - | - | - |

CONFIDENTIAL

DB 000844