# Exhibit 8 to Second Amended and Supplemental Complaint



**NEW YORK STATE**
# DIVISION OF HUMAN RIGHTS
ADAM CLAYTON POWELL STATE OFFICE BUILDING
163 WEST 125TH STREET, ROOM 415
NEW YORK, NEW YORK 10027

(212) 961-8650
Fax: (212) 961-4425
www.dhr.state.ny.us

**ELIOT SPITZER**
GOVERNOR

**KUMIKI GIBSON**
COMMISSIONER

## FAX COVER SHEET

===============================================================
### CONFIDENTIALITY NOTICE

This message and all accompanying documents are intended for the use of the individual or entity to which this cover sheet is addressed, and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient and have received this information in error, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. Please notify us immediately by telephone if you receive this transmission in error. Thank you.

DATED: July 9, 2007

PLEASE DELIVER TO:    Richard T. Seymour, Esq.

FAX NUMBER DIALED:    (800) 805-1065

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE: 3

RE:         Daniel B. Graves v. Deutsche Bank AG New York
            CASE NO. 10118308

FROM:       Wilson P. Ortiz, Regional Coordinator
PHONE:      (212) 961-8650
FAX:        (212) 961-4425
===============================================================

MESSAGE:


PLEASE CONTACT THIS OFFICE
IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES
OR IF THERE ARE ANY QUESTIONS

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>DANIEL B. GRAVES,<br>　　　　　　　　　　　Complainant,<br>　　　　　　v.<br><br>DEUTSCHE BANK AG NEW YORK,<br>　　　　　　　　　　　Respondent. | DETERMINATION AND ORDER OF DISMISSAL FOR ADMINISTRATIVE CONVENIENCE<br><br>Case No.<br>10118308 |

Federal Charge No. 160-2004-02829

　　　On 7/20/2004, Daniel B. Graves filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of age in violation of N.Y. Exec Law, art. 15 ("Human Rights Law").

　　　Pursuant to Section 297.3 of the Human Rights Law, the Division finds that noticing the complaint for hearing would be undesirable and the complaint, therefore, is ordered dismissed on the grounds of administrative convenience for the following reason(s):

Complainant has elected to pursue the matter in Federal Court where the question of age discrimination can be resolved.

　　　Processing the complaint will not advance the State's human rights goals.

　　　Section 297.9 of the Human Rights Law provides that:

> ... where the Division has dismissed such complaint on the grounds of the administrative convenience, ... such person shall maintain all rights to bring suit as if no complaint had been filed.

　　　PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of

this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under the Age Discrimination in Employment Act (ADEA). Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: July 9, 2007
New York, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Wilson P. Ortiz
Acting Regional Director

- 2 -