IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>       Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF** |

# ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

This matter comes before the Court on plaintiff's Notice of Motion and Motion for Leave to File His Second Amended and Supplemental Complaint, together with the exhibits annexed hereto, the accompanying memorandum of law in support of the motion, and all prior pleadings and proceedings had herein.  Upon considering the Motion and the position of defendant, it appears that the Motion is well taken.  It is therefore hereby

ORDERED, that the Clerk shall file the proposed Second Amended and Supplemental Complaint and its Exhibits 1-9.

This \_\_\_\_ day of _____, 2008**.**

                     _____
                     Barbara S. Jones
                     UNITED STATES DISTRICT JUDGE