IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>1:07-cv-05471-BSJ-KNF |

# DECLARATION OF RICHARD T.SEYMOUR IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE HIS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

Washington, D.C., ss:

I make the following declaration subject to the penalties for perjury:

1. I am one of the attorneys of record for plaintiff in this action.

2. Attachment A hereto is a true and correct copy of plaintiff's proposed Second Amended and Supplemental Complaint ("proposed Complaint").

3. Exhibit 1 to the proposed Complaint is a true and correct copy of defendant's November 5, 2004, letter to the U.S. Equal Employment Opportunity Commission ("EEOC"), providing its Position Statement and transmitting its Exhibits A through T. Plaintiff obtained this document from the EEOC and produced it in discovery. Only the letter is included in Exhibit 1.

4. Exhibit 2 to the proposed Complaint is a true and correct copy of defendant's Exhibit C to its November 5, 2004, Position Statement. Plaintiff obtained this document from the EEOC and produced it in discovery.

5. Exhibit 3 to the proposed Complaint is a true and correct copy of defendant's Exhibit F to its November 5, 2004, Position Statement. Plaintiff obtained this document from the EEOC and produced it in discovery.

6. Exhibit 4 to the proposed Complaint is defendant's full January 15, 2003, Franchise Pipeline Revenues report produced by defendant in discovery on February 28, 2008, and Bates-numbered DB 596 through DB 618. Defendant has consented that this document may be filed as an open attachment, and not under seal.

7. Exhibit 5 to the proposed Complaint is defendant's full January 8, 2004, Franchise Pipeline Revenues report produced by defendant in discovery on February 28, 2008, and Bates-numbered DB 837 through DB 844. Defendant has consented that this document may be filed as an open attachment, and not under seal.

8. Exhibit 6 to the proposed Complaint is plaintiff's July 22, 2004, charge of discrimination and retaliation with the EEOC.

9. Exhibit 7 to the proposed Complaint is the August 6, 2004, letter from the EEOC to plaintiff notifying him that his charge of age discrimination and retaliation was being sent to the New York State Division of Human Rights, and its attachment.

10. Exhibit 8 to the proposed Complaint is the New York State Division of Human Rights' July 9, 2007, Notice of Dismissal for Administrative Convenience of plaintiff's charge of age discrimination and retaliation.

11. Exhibit 9 to the proposed Complaint is the EEOC's March 9, 2007, Notice of Right to Sue issued to plaintiff.

Richard T. Seymour (RS-8094)

Dated: June 16, 2008