# Exhibit 2 to Second Amended and Supplemental Complaint

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 02 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | - | 1,032 | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,837 |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | - | 5,134 | - | - |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Bonds-Corporate High Yield | 25% | - | - | - | 3,310 |
| | DirecTV USA - bridge financing (4Q 02) (D020076) | Senior Bank Debt | 50% | - | - | - | 17,779 |
| | Echostar - General Advisory (Vivendi) (D016541) | Other M&A Advisory | N/A | - | 8,686 | - | - |
| | Echostar - HY offering (Hughes Electronics) (D016727) | Bonds-Corporate High Yield | N/A | - | (538) | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | (145) | - | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bridge Loans | 50% | - | - | - | 32,722 |
| | Emmis Communications - Block Trade (2Q 02) (D021959) | Block Trade | N/A | - | 2,206 | - | - |
| | Emmis Communications - acq of Fisher Communications (D027038) | Acquisition Advisory | 25% | - | - | - | 3,310 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | - | 11,490 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | N/A | - | - | - | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | 96 | 96 | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | - | 1,152 | - | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 4,553 | - | - |
| | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | - | 5,480 | - | - |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | - | 5,960 | - | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% | 126 | (4,595) | - | 61 |
| | MediaNation - Sponsoring Agreement (D027084) | Bonds-Corporate High Yield | N/A | - | 65 | - | - |
| | Radio One - HY offering (2Q 01) (D012201) | Equity-Secondary | N/A | - | (6) | - | - |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Bonds-Corporate High Yield | N/A | - | 917 | - | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | 307 | 551 | - | - |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Senior Bank Debt | N/A | - | 1,206 | - | 2,837 |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Divestiture Advisory | 0% | - | - | - | - |
| | SuperRadio - general advisory (D000577) | Bonds-Corp. Investment Grade | N/A | - | 297 | - | - |
| | Viacom - IG offering (3Q 02) (D025676) | Bridge Loans | 75% | - | 657 | - | 1,000 |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Bridge Loans | N/A | - | 1,125 | - | - |
| | Vivendi Universal Entertainment - Refinancing (D025558) | Private Placement-Equity | N/A | - | 749 | - | - |
| | iBiquity Digital - Private Placement (Q2 02) (D013707) | | | | | | |
| | Total | | | 529 | 34,582 | - | 75,347 |

FRANCHISE - REVENUE & PIPELINE BY MD & DIR
2003-01-15 (Wed)
EUROS IN 000'S
NA Media.

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 02 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Carey, Charles | Aurora Communications - general advisory (D012858) | Divestiture Advisory | N/A | - | 1,032 | - | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Bonds-Corporate High Yield | 25% | - | - | - | 6,998 |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | Senior Bank Debt | 25% | - | - | - | 5,674 |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | - | 4,766 | - | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Senior Bank Debt | N/A | - | 2,860 | - | - |
| | Citadel Broadcasting - IPO (D023066) | Equity-IPO | 0% | - | - | - | 2,837 |
| | Cumulus Media - secondary offering (2Q 02) (D022916) | Equity-Secondary | N/A | - | 5,134 | - | - |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | 0% | - | - | - | 11,490 |
| | Emmis Communications - general advisory (Project Football) / Football (D026447) | Acquisition Advisory | N/A | 96 | 96 | - | - |
| | Entercom Communications - HY offering (1Q 02) (D020688) | Bonds-Corporate High Yield | N/A | - | 1,152 | - | - |
| | Entercom Communications - secondary offering (1Q 02) (D020128) | Equity-Secondary | N/A | - | 4,553 | - | - |
| | Leap Frog Enterprises - IPO financing (D016309) | Equity-IPO | N/A | - | 688 | - | - |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | 126 | (4,595) | - | - |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | 75% | - | 65 | - | 61 |
| | MediaNation - Sponsoring Agreement (D027084) | Equity-IPO | N/A | - | (89) | - | - |
| | NextMedia Group - HY offering (2Q 01) (D013233) | Bonds-Corporate High Yield | N/A | - | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | - | 7,566 | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | 100% | - | - | - | 5,201 |
| | Radio One - Secondary Offering (2Q 02) (D021881) | Equity-Secondary | N/A | - | 917 | - | - |
| | Sinclair Broadcasting - HY Offering (4Q 01) (D016235) | Bonds-Corporate High Yield | N/A | - | 1,206 | - | - |
| | Sinclair Broadcasting - HY offering (1Q 02) (D021370) | Bonds-Corporate High Yield | N/A | - | 536 | - | - |
| | Sinclair Broadcasting - bank financing (3Q 02) (D021892) | Senior Bank Debt | 0% | - | - | - | 2,837 |
| | SuperRadio - general advisory (D000577) | Divestiture Advisory | N/A | - | 297 | - | - |
| | Viacom - IG offering (3Q 02) (D025676) | Bonds-Corp. Investment Grade | N/A | - | 657 | - | - |
| | Total | | | 222 | 19,276 | 7,566 | 35,099 |
| Graves, Daniel B. | Adelphia Communications - HY Offering (2Q 01) (D013200) | Bonds-Corporate High Yield | N/A | - | 68 | - | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 111 | - | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | 2,573 | 2,573 | - | - |
| | Allbritton Communications - acq financing for Fisher Commun (D027037) | Bonds-Corporate High Yield | 25% | - | - | - | 2,317 |
| | Gaylord Entertainment - Project Worship / Worship (D013127) | Divestiture Advisory | N/A | - | 1,621 | - | - |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 431 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Secondary | N/A | 45 | 5,287 | - | - |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | 1,297 | - | - |
| | Landmark Communications - general advisory(Retainer 2001-02) (D014724) | Other M&A Advisory | N/A | - | 203 | - | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | 106 | 106 | - | - |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Secondary | 0% | - | - | - | 1,182 |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 1,086 | - | - |
| | XM Satellite Radio - secondary offering (2Q 02) (D022418) | Equity-Secondary | N/A | - | 761 | - | - |
| | Total | | | 2,724 | 13,544 | - | 3,499 |
| Morris, J L Malcolm | AOL Time Warner - convertible offering (3Q 02) (D024044) | Equity-Convertible Bonds | 0% | - | - | - | 9,457 |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | 5,480 | - | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Senior Bank Debt | N/A | - | 5,960 | - | - |
| | Pinnacle Holdings - general advisory (2001) (D010190) | Divestiture Advisory | N/A | 960 | 960 | - | - |
| | Spectrasite Holdings - Fairness Opinion (SBC) (D022702) | Fairness Opinion | N/A | - | 533 | - | - |
| | TIM Brazil - Project Eifel/Phase 1 (strategic alliance) / Eifel - 1. (D014121) | Other M&A Advisory | N/A | - | 1,578 | - | - |
| | TV Globo - Project Waves / Waves ... (D013628) | Divestiture Advisory | N/A | - | 89 | - | - |
| | Total | | | 960 | 14,600 | - | 9,457 |

**FRANCHISE - REVENUE & PIPELINE BY MD & DIR**
2003-01-15 (Wed)
EUROS IN 000'S
NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | DEC 02 YTD FRANCHISE REVENUES | JAN FRANCHISE VALUE | 2003 FRANCHISE PIPELINE |
|---|---|---|---|---|---|---|---|
| Paul, Gregory R. | AMC Entertainment - acq financing for General Cinema (D013398) | Bonds-Corporate High Yield | N/A | | 462 | | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | 75% | | | | 355 |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | | 591 | |
| | Galaxy Latin America - HY bond offering (1Q 01) (D002033) | Bonds-Corporate High Yield | N/A | | 1,505 | | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | |
| | LIN Television - IPO (D020127) | Equity-IPO | N/A | | 10,033 | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | |
| | Young Broadcasting - general advisory (Kron Station) (D025304) | Divestiture Advisory | 0% | | | | 2,837 |
| | Total | | | | 15,117 | 591 | 3,192 |
| Silver, Ellen L. | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | | 659 | | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | Senior Bank Debt | N/A | | 1,930 | | |
| | Young Broadcasting - HY Offering (4Q 01) (D014961) | Bonds-Corporate High Yield | N/A | | 527 | | |
| | Total | | | | 3,117 | | |
| Ciffo, Dyan | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | |
| | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | | | | 4,256 |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,702 |
| | Digital River - block trade (4Q 01) (D016304) | Equity-Secondary | N/A | | 85 | | |
| | Liberty Media - Acqn opportunities in Europe (D016262) | Acquisition Advisory | N/A | | 244 | | |
| | TMP Worldwide - Project University / University 1 (D013407) | Acquisition Advisory | N/A | | 3,408 | | |
| | Vivendi Universal - disposal of US stakes (D025431) | Block Trade | 25% | | | | 9,457 |
| | Vivendi Universal - disposal of US stakes (D025431) | Divestiture Advisory | 0% | | | | 9,457 |
| | Walt Disney - $450mm - IG Bond (D024828) | Bonds-Corp. Investment Grade | N/A | | 86 | | |
| | Total | | | | 7,492 | | 24,872 |
| Yung, Sun J. | AT&T Broadband - general advisory (Project Twist & Shout) / Twist & Sh (D010328) | Divestiture Advisory | N/A | | 3,670 | | |
| | Comcast - acq fncg for AT&T Broadband (participant bank) (D020813) | Senior Bank Debt | 50% | | | | 1,702 |
| | Ikon Office Solutions - convertible offering (2Q 02) (D020657) | Equity-Convertible Bonds | N/A | | 5,025 | | |
| | Pitney Bowes - IG offering (3Q 02) (D026114) | Bonds-Corp. Investment Grade | N/A | | 845 | | |
| | SONICblue - equity private placement (2Q 02) (D021165) | Private Placement-Equity | N/A | | 160 | | |
| | Scientific Atlanta -acquisition of Barconet-Project Baseball / Basebal (D013401) | Acquisition Advisory | N/A | | 1,524 | | |
| | Total | | | | 11,223 | | 1,702 |