IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>       Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

**PLAINTIFF'S NOTICE OF MOTION AND CONSENTED MOTION FOR LEAVE TO ATTACH EXHIBITS 8-A, 8-B, AND 8-C TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS,** *NUNC PRO TUNC*

PLEASE TAKE NOTICE that plaintiff is moving the Court for leave to attach, *nunc pro tunc*, Exhibits 8-A, 8-B, and 8-C to Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions.

Exhibits 8-A, 8-B, and 8-C together consist of Defendant's Objections and Responses to the Document Requests in Plaintiff's First Requests for Discovery. That document was too large to upload in one piece, and the ECF system refused to accept the attempted upload on May 16, 2006.

Defendant has authorized plaintiff to state that it does not object to the grant of this Motion.

This Motion is supported by the annexed Declaration of Counsel and its attachments, and by the accompanying Memorandum of Law. A proposed form of Order is submitted herewith.

    Respectfully submitted,

    Richard T. Seymour (RS-8094)
    rick@rickseymourlaw.net
    Law Office of Richard T. Seymour, P.L.L.C.
    1150 Connecticut Avenue N.W., Suite 900
    Washington, D.C. 20036-4129
        (202) 862-4320 – Telephone
        (202) 549-1454 – Cell
        (800) 805-1065 – Telecopier

    Steven A. Berger (SB-2038)
    sberger@bergerwebb.com
    Jonathan Rogin (JR-9800)
    jrogin@bergerwebb.com
    Berger & Webb, LLP
    1633 Broadway, 46th Floor
    New York, N.Y. 10019
        (212) 319-1900 – Telephone
        (212) 319-2017 and -2018 – Telecopiers

    By: ___/s/ Richard T. Seymour_____
        Richard T. Seymour (RS 8094)
        Attorneys for Plaintiff

Dated: June 26, 2008

**Certificate of Service**

I certify that I have, this 26th day of June, 2008, caused a true and correct copy of Plaintiff's Notice of Motion and Consented Motion for Leave to Upload Exhibit 8 to Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions, the annexed Declaration of Richard T. Seymour with attachment, the accompanying Memorandum of Law in support thereof, and the proposed Order, on counsel for defendants by electronic service through the Court's ECF system, addressed to defendants as follows:

>Cliff Fonstein, Esq.
>Joanne Seltzer, Esq.
>Sidley Austin LLP
>787 Seventh Avenue
>New York, NY 10019

>/s/ Richard T. Seymour
>Richard T. Seymour (RS-8094)
>rick@rickseymourlaw.net
>Law Office of Richard T. Seymour, P.L.L.C.
>1150 Connecticut Avenue N.W., Suite 900
>Washington, D.C. 20036-4129
>      (202) 862-4320 – Telephone
>      (202) 549-1454 – Cell
>      (800) 805-1065 – Telecopier