IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                            Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                            Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF** |

# DECLARATION OF RICHARD T. SEYMOUR IN SUUPORT OF PLAINTIFF'S NOTICE OF MOTION AND CONSENTED MOTION FOR LEAVE TO ATTACH EXHIBITS 8-A, 8-B, AND 8-C TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS, *NUNC PRO TUNC*

Washington, D.C., ss:

I make the following declaration subject to the penalties for perjury:

1. I am one of the attorneys of record for plaintiff in this action.

2. On June 16, 2008, I filed, through the Court's ECF system, Plaintiff's Opposition to Defendant's Motion for Sanctions.

3. The confirmation of the complete filing was at 11:59 P.M. on June 16, 2008.

4. Exhibit 8 to that Opposition was intended to be a copy of Defendant's Objections and Responses to the Document Requests in Plaintiff's First Requests for Discovery. The ECF system would not accept the document because of its size, and there was not enough time before midnight for Exhibit 8 to be broken into separate segments and uploaded.

5. Plaintiff has now broken Exhibit 8 into three segments, which are attached hereto.

6. Exhibit 8-A consists of pp. 1-37 of Defendant's Objections and Responses to the Document Requests in Plaintiff's First Requests for Discovery.

7. Exhibit 8-B consists of pp. 38-74 of Defendant's Objections and Responses to the Document Requests in Plaintiff's First Requests for Discovery.

8. Exhibit 8-C consists of pp. 75-110 of Defendant's Objections and Responses to the Document Requests in Plaintiff's First Requests for Discovery.

9. Defendant has authorized plaintiff to state that it does not object to the grant of this Motion.

/s/ Richard T. Seymour_____
Richard T. Seymour (RS-8094)

Dated: June 26, 2008