IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                    Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS NOTICE OF MOTION AND CONSENTED MOTION FOR LEAVE TO ATTACH EXHIBITS 8-A, 8-B, AND 8-C TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS, *NUNC PRO TUNC*

Plaintiff's Motion simply cures a technical problem that prevented the filing of Exhibit 8 to Plaintiff's Opposition to Defendant's Motion for Sanctions as planned late on the evening of June 16, 2006. There was no time to correct the problem on June 16, 2008, without jeopardizing the timeliness of the entire filing.

This Court's "Frequently Asked Questions" or "FAQ" on electronic filing recognize that this problem will sometimes occur and that submitting documents in segments is an acceptable remedy:

> Is there a limit to the size of a document that can be filed on ECF?
>
> > Yes, 2.5 megabytes (approximately 50 pages). If your file is too large, the system will reject it. The solution is to separate an oversized file into 2 or more parts and docket it in a single event. Simply label each file 1, 2, 3, etc. In all cases assigned to the ECF system, no single document totaling more than 15 megabytes (even if separated into individual computer files) shall be electronically filed without prior permission of the Court.

This Court's March 6, 2003, Procedures for Electronic Case Filing state:

**11. Technical Failures**

A Filing User whose filing is made untimely as the result of a technical failure may seek appropriate relief from the Court.

A proposed form of Order is submitted herewith.

        Respectfully submitted,

        Richard T. Seymour (RS-8094)
        rick@rickseymourlaw.net
        Law Office of Richard T. Seymour, P.L.L.C.
        1150 Connecticut Avenue N.W., Suite 900
        Washington, D.C.  20036-4129
            (202) 862-4320 – Telephone
            (202) 549-1454 – Cell
            (800) 805-1065 – Telecopier

        Steven A. Berger (SB-2038)
        sberger@bergerwebb.com
        Jonathan Rogin (JR-9800)
        jrogin@bergerwebb.com
        Berger & Webb, LLP
        1633 Broadway, 46th Floor
        New York, N.Y. 10019
            (212) 319-1900 – Telephone
            (212) 319-2017 and -2018 – Telecopiers


By: ____/s/ Richard T. Seymour_____
        Richard T. Seymour (RS 8094)
        Attorneys for Plaintiff

Dated: June 26, 2008