*Jones, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                    Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

## ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND CONSENTED MOTION FOR LEAVE TO ATTACH EXHIBITS 8-A, 8-B, AND 8-C TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS, *NUNC PRO TUNC*

This matter comes before the Court on Plaintiff's Motion for leave to attach Exhibits 8-A, 8-B, and 8-C to Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions, *nunc pro tunc*. Plaintiff represents that defendant does not object to grant of the Motion.

It appeals that the Motion is well taken, and it is therefore hereby

ORDERED, that Exhibits 8-A, 8-B, and 8-C, attached to plaintiff's Motion, shall be attached to Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions, *nunc pro tunc*.

This 27th day of June, 2008.

Barbara S. Jones
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08