Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendant
Deutsche Bank Securities Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DANIEL B. GRAVES,                    :
                                     :   07 Civ. 5471 (BSJ) (KNF)
                  Plaintiff,         :
                                     :   **AFFIRMATION IN OPPOSITION**
        - against -                  :   **TO PLAINTIFF'S MOTION TO**
                                     :   **FILE A SECOND AMENDED**
DEUTSCHE BANK SECURITIES INC.,       :   **COMPLAINT**
                                     :
                  Defendant.         :
                                     :
------------------------------------x

    CLIFF FONSTEIN, an attorney at law duly authorized to practice before the courts of the State of New York, affirms under penalty of perjury:

    1.    I am a member of Sidley Austin LLP, counsel for defendants, Deutsche Bank Securities Inc. ("DBSI"). As such, I am fully familiar with the facts and circumstances of the instant action.

    2.    True and correct copies of relevant pages of Defendant's Memorandum of Law in Support of its Motion for Partial Dismissal of the Complaint and to Strike Portions of the Complaint, filed on July 3, 2007, are attached hereto as Exhibit A.

    3.    A true and correct copy of the DBSI's Memorandum of Law in Support of its Motion for Sanctions, filed on May 30, 2008, is attached hereto as Exhibit B.

4.	A true and correct copy of the Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Sanctions, filed on June 16, 2008, is attached hereto as Exhibit C.

Dated: New York, New York
      June 30, 2008

                                            SIDLEY AUSTIN LLP

                                            By: _____
                                              Cliff Fonstein
                                              787 Seventh Avenue
                                              New York, New York 10019

                                              Attorneys for Defendant
                                              Deutsche Bank Securities Inc.

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on the 30th day of June, 2008, I caused a true and correct copy of the foregoing Affirmation of Cliff Fonstein In Opposition to Plaintiff's Motion to File a Second Amended Complaint to be served upon the following:

Richard T. Seymour
Law Office of Richard T. Seymour, PLLC
1150 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036-4129
(by Federal Express overnight delivery)

Steven A. Berger
Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, New York 10019
(by hand)

*/s/ Joanne Seltzer*
Joanne Seltzer