IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                        Plaintiff,<br><br>     v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                        Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF** |

# DECLARATION OF RICHARD T. SEYMOUR IN OPPOSITION TO DEFENDANT'S MOTIONFOR SANCTIONS

Washington, D.C., ss:

    I make the following declaration subject to the penalties for perjury:

    1.   I am one of the attorneys of record for plaintiff in this action.

    2.   Exhibit 1 hereto is Plaintiff's July 18, 2007, Memorandum of Law in Opposition to Defendant's Motion for Partial Dismissal of Plaintiff's Complaint and to Strike Portions of the Complaint (Doc. # 11).

    3.   Exhibit 2 hereto is a copy of Defense Document 14, "OpCo Regional Subgroup / Individual Banker Summary / Managing Directors," Bates-numbered DB 000117 through DB 000129. Defendant produced this document in discovery on February 21, 2008.

    4.   Exhibit 3 hereto is a copy of Defense Document 15, "OpCo Regional Subgroup / Individual Banker Summary / Directors," Bates-numbered DB 000130 through DB 000140. Defendant produced this document in discovery on February 21, 2008.

    5.   Exhibit 4 hereto is a copy of an e-mail I sent to defense counsel on May 29, 2008.

6. Exhibit 5 hereto is a copy of an e-mail defense counsel sent to plaintiff's counsel on May 30, 2008.

7. Exhibit 6 hereto is a copy of an e-mail I sent to defense counsel on May 30, 2008.

8. Exhibit 7 hereto is a copy of an e-mail defense counsel sent to plaintiff's counsel on May 30, 2008.

9. Exhibit 8 hereto is a copy of my May 20, 2008, letter to defendant on the deficiencies in its Febriuary 21, 2008, production and its failures to respond to a number of prior letters on deficiencies. The attachments to that letter are not included.

10. Exhibit 9 hereto consists of the cover page and pp. 23-27 of defendant's July 3, 2007, Memorandum of Law in Support of Defendant's Motion for Partial Dismissal of Plaintiff's Complaint and to Strike Portions of the Complaint (Doc. # 5).

11. Exhibit 10 hereto is a copy of the July 8, 2008, letter I sent to defense counsel on substituting a corrected and revised Second Amended and Siupplemental Complaint. The substitute Complaint provided to defense counsel with the letter is not included in Exhibit 10.

/s/ Richard T. Seymour_____
Richard T. Seymour (RS-8094)

Dated: July 11, 2008