Strictly private & confidential

# OpCo Regional Subgroup
# Individual Banker Summary
# Managing Directors

November 21, 2003

Deutsche Bank ☒

## Corporate Finance - Americas
### MD-Director - P&P Summary Sheet

**Individual Information**
Name: **Employee A**
Title: Managing Director
Industry/Product Group: Media
Area of Focus: REDACTED

**Rankings**
2003 Regional Opco Composite Bucket: **B+**
 - Qualitative: A
 - Quantative: -
 - Cultural: -

2003 Group/Product Head Ranking: [tbd]
2003 Opco Ordinal Ranking: A

2002 Comp Bucket: 

Guarantee 2003 (Y/N): No

| **Financial Summary** (a) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| **Revenue (euro)** | | | |
| Controlling Revenue (Nov 14th) | 48,292 | 46,552 | na |
| P&S Revenue (Sept 30) | 11,056 | 10,805 | na |
| **BPaD (Q3 2003)** | | | |
| Market Fees (Wallet) | 79 | | |
| DB Market Share | 1% | | |
| DB BPaD Revenue | 0.6 | | |
| Coverage Wallet Meets Target (>112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000118

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

| Banker | Coverage Group | Deal Name | Product | DB Franchise Value, Nov 14th Final | Banker FGSF Value, Nov 14th Final | Banker P&S Franchise Value, GCF (Sep YTD) | Banker P&S GCF Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| | Media | Echostar - acqn advisory and financing (GM - HE) | HY Bonds | 16,227 | 16,227 | | 4,688 |
| | Media | Echostar - acqn advisory and financing (GM - HE) | Lev. Loans | 8,829 | 8,829 | | 3,532 |
| | Media | DirecTV - bank/HY financing (1Q 03) | Lev. Loans | 7,840 | 7,840 | | 1,120 |
| | Media | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versaille | HY Bonds | 4,630 | 4,630 | | |
| | Media | DirecTV - bank/HY financing (1Q 03) | HY Bonds | 4,378 | 4,378 | | 659 |
| | Media | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 1,505 | | 251 |
| | Media | Echostar - acqn advisory and financing (GM - HE) | M&A | 1,389 | 1,389 | | 556 |
| | Media | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versaille | Lev. Loans | 1,013 | 1,013 | | |
| | Media | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 324 | 324 | | |
| | Media | Sinclair Broadcast Group - HY offering (4Q 02) | HY Bonds | 287 | 143 | | |
| | Media | Spanish Broadcasting - refinancing (4Q03) | HY Bonds | 165 | 165 | | |
| | Media | Viacom - $750mm - IG Bond - Q2 03 | DCM JV | 159 | 159 | | |
| | Media | Sinclair Broadcast - HY offering (2Q 03) | HY Bonds | 123 | 37 | | |
| | Media | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 53 | 53 | | |
| | Media | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 | HY Bonds | 11 | 5 | | |
| | | | | (146) | (146) | | |
| /Total | | | | 48,292 | 46,551 | | 10,805 |
| | | | | | | | 11,056 |

*Employee A*

### 2003-2004 Mandates

| Banker | Coverage Group | Deal Name | Product | | | | |
|---|---|---|---|---|---|---|---|
| Employee A | Media | Google - IPO | Equity-IPO | 5,000 | | | |
| Total | | | | 5,000 | | | |

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee B
Title: Managing Director
Industry/Product Group: Media
Area of Focus: Broadcasting, Outdoor Yellow Pages, Publish

**Rankings**
2003 Regional Opco Composite Bucket: B-
- Qualitative: B
- Quantative: B
- Cultural: B

2003 Group/Product Head Ranking: 1 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: B

Guarantee 2003 (Y/N): No

| Financial Summary (a) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 30,021 | 26,290 | 7 of 41 |
| P&S Revenue (Sept 30) | 3,162 | 2,661 | 12 of 41 |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 67 | | |
| DB Market Share | 5% | | |
| DB BPaD Revenue | 3.6 | | |
| Coverage Wallet Meets Target (>112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

| Banker Coverage Group | Deal Name | Product | DB Franchise Value Nov. 14th | GCF Value Nov. 14th | Banker P&S Franchise Value (SopByTD) | Banker P&S GCF Value (SopByTD) |
|---|---|---|---|---|---|---|
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | HY Bonds | 7,487 | 7,487 | | |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 | Lev. Loans | 6,868 | 6,868 | 1,248 | 1,248 |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 | HY Bonds | 5,363 | 5,363 | | |
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | Lev. Loans | 5,011 | 5,011 | 911 | 911 |
| Media | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 1,505 | 1,003 | 502 |
| Media | JC Decaux - USD 400 million Private Placement - April 03 | Other | 1,051 | - | | |
| Media | JC Decaux - USD 400 million Private Placement - April 03 | GM Cross sell | 940 | - | | |
| Media | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 287 | 143 | | |
| Media | Viacom - $750mm - IG Bond - Q2 03 | DCM JV | 123 | 37 | | |
| Media | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 11 | 5 | | |
| Media | MediaNation - sponsoring agreement | Equity | - | - | | |
| Media | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I | HY Bonds | (130) | (130) | | |
| Total | | | 30,021 | 26,289 | 3,162 | 2,661 |

Employee B

### 2003 Mandates

## Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**
Name: Graves, Daniel B.
Title: Managing Director
Industry/Product Group: Media
Area of Focus: Broadcasting, Cable TV, Content

**Rankings**
2003 Regional Opco Composite Bucket: **D**
- Qualitative: C
- Quantative: C
- Cultural: D

2003 Group/Product Head Ranking: 5 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: C

Guarantee 2003 (Y/N): No

**Financial Summary** (a)

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 2,467 | 2,432 | 34 of 41 |
| P&S Revenue (Sept 30) | 403 | 403 | 32 of 41 |

BPaD (Q3 2003)
Market Fees (Wallet): 50
DB Market Share: 7%
DB BPaD Revenue: 3.4
Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2002 Revenue

| Banker | Coverage Group | Deal Name | Product | DB Franchise Value (Nov 14th) | Banker P&S Franchise Value (Nov 14th) | Banker P&S GCF value (Sept 9th) |
|---|---|---|---|---|---|---|
| Graves, Daniel B. | Media | Allbritton Communications - HY Offering (1Q03) | HY Bonds | 1,472 | 1,472 | 421 |
| Graves, Daniel B. | Media | Allbritton Communications - General Advisory (News Ch 8) | M&A | 602 | 602 | |
| Graves, Daniel B. | Media | Tribune Co - general advisory (radio assets) | M&A | 433 | 433 | |
| Graves, Daniel B. | Media | Gray Television - bank/equity financing (4Q 02) | Lev. Loans | 131 | 131 | |
| Graves, Daniel B. | Media | Gray Television - bank/equity financing (4Q 02) | Equity | 70 | 35 | |
| Graves, Daniel B. | Media | Gray Television - HY offering (4Q 02) | HY Bonds | 33 | 33 | |
| Graves, Daniel B. | Media | Allbritton Communications - HY (4Q 02) | HY Bonds | (61) | (61) | (17) |
| Graves, Daniel B. | Media | Salem Communications - HY offering (4Q 02) | HY Bonds | (213) | (213) | |
| Graves, Daniel B. Total | | | | 2,467 | 2,432 | 403 |

### 2003 - 2004 Mandates

CONFIDENTIAL

DB 000123

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee C
Title: Managing Director
Industry/Product Group: Media
Area of Focus: Cable TV, Entertainment, Towers

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | |
| - Qualitative | B |
| - Quantative | B |
| - Cultural | C |
| | C |
| 2003 Group/Product Head Ranking | 4 of 6 |
| 2003 Opco Ordinal Ranking | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |

**Financial Summary (a)**

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 2,497 | 1,176 | 37 of 41 |
| P&S Revenue (Sept 30) | 845 | 422 | 31 of 41 |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 111 |
| DB Market Share | 3% |
| DB BPaD Revenue | 3.3 |
| Coverage Wallet Meets Target (>112.5) | NO |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL          DB 000124

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

| Banker | Banker Coverage Group | Deal Name | Product | IBD Franchise Value (4th Nov) | GCP Value (Nov 4th) | IBD Inter P&S Bank P&S Franchise Value (Sept 1st) | GCP Value (Sept 1st) |
|---|---|---|---|---|---|---|---|
| | Media | Getty Images - $240mm Convertible Offering (Q2 2003) | Equity Linked | 2,643 | 1,321 | 845 | 422 |
| | Media | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 | HY Bonds | (146) | (146) | | |
| **Employee C** | Total | | | 2,497 | 1,175 | 845 | 422 |

2003 2004 Mandates

CONFIDENTIAL

DB 000125

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee D
Title: Managing Director
Industry/Product Group: Media
Area of Focus: TV Broadcasting, Cinemas

**Rankings**
2003 Regional Opco Composite Bucket
 - Qualitative: C
 - Quantative: B
 - Cultural: C
                                    B

2003 Group/Product Head Ranking: 6 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: C

Guarantee 2003 (Y/N): No

**Financial Summary (a)**
| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 4,036 | 3,460 | 29 of 41 |
| P&S Revenue (Sept 30) | 838 | 727 | 26 of 41 |

BPaD (Q3 2003)
Market Fees (Wallet): 48
DB Market Share: 24%
DB BPaD Revenue: 11.5
Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000126

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

### 2003 Revenue — Employee D

| Banker Coverage Group | Deal Name | Product | DB-Franchise Value (Nov 14th) | DB-Franchise Value (Nov - Core Value) | Bank/P&S Tables Value (Sep YTD) | Bank/P&S Bankruptcy Core Value (Sep YTD) |
|---|---|---|---|---|---|---|
| Media | Lin TV - convertible bond & HY offerings (2Q03) | Equity Linked | 1,152 | 576 | 223 | 111 |
| Media | Acme Communications - general advisory | M&A | 923 | 923 | 461 | 461 |
| Media | Lin TV - convertible bond & HY offerings (2Q03) | HY Bonds | 787 | 787 | 154 | 154 |
| Media | Loews Corporation - HY/Bank Refinancing | Lev. Loans | 428 | 428 | | |
| Media | Lin TV - bank financing (1Q 03) | Lev. Loans | 232 | 232 | | |
| Media | Kerasotes Theaters - Bank Financing (3Q 02) | Lev. Loans | 229 | 229 | | |
| Media | Kerasotes Theatre - M&A advisory | M&A | 219 | 219 | | |
| Media | Pegasus Media Communications - bank financing (1999) | Lev. Loans | 66 | 66 | | |
| Total | | | 4,036 | 3,460 | 838 | 727 |

### 2003-2004 Mandates — Employee D

| Banker Coverage Group | Deal Name | Product | DB-Franchise Value | | | |
|---|---|---|---|---|---|---|
| Media | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate HY | 2,545 | | | |
| Media | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate HY | 2,375 | | | |
| Total | | | 4,920 | | | |

CONFIDENTIAL

DB 000127

## Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**
- Name: Employee E
- Title: Managing Director
- Industry/Product Group: Media
- Area of Focus:

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | **D** |
| - Qualitative | B |
| - Quantative | D |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 3 of 6 |
| 2003 Opco Ordinal Ranking | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |

**Financial Summary** (a)

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 37 | 11 | 41 of 41 |
| P&S Revenue (Sept 30) | - | - | 41 of 41 |

**BPaD (Q3 2003)**
- Market Fees (Wallet): 95
- DB Market Share: 0%
- DB BPaD Revenue: 0.2
- Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000128

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

| Banker | Group | Deal Name | Product | DB Franchise Value (Nov 14th) | Get Value (Nov 7th) | Bank BS Franchise Value (Sep 21st) |
|---|---|---|---|---|---|---|
| **2003 Revenue** | | | | | | |
| Employee E | Media | Liberty Media - IG offering (2Q03) | DCM JV | 37 | 11 | |
| Total | | | | 37 | 11 | |
| **2003-2004 Pipeline** | | | | | | |
| Employee E | Media | BusinessWire - general advisory (D005685) | Divestiture Advisory | 4,241 | | |
| Total | | | | 4,241 | | |

CONFIDENTIAL

DB 000129