Strictly private & confidential

# OpCo Regional Subgroup
# Individual Banker Summary
# Directors

November 21, 2003

Deutsche Bank ☒

CONFIDENTIAL

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

| Individual Information | Employee F |
|---|---|
| Name | |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Yellow Pages/Directories, Broadcasting, Towers |

| Rankings | |
|---|---|
| 2003 Regional Opco Composite Bucket | **B+** |
| - Qualitative | B |
| - Quantative | A |
| - Cultural | B |
| | |
| 2003 Group/Product Head Ranking | 3 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| | |
| 2002 Comp Bucket | A |
| | |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

| Financial Summary (a) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 24,599 | 24,599 | 5 of 32 |
| P&S Revenue (Sept 30) | 4,149 | 4,149 | 6 of 32 |
| | | | |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 72 | | |
| DB Market Share | 12.9% | | |
| DB BPaD Revenue | 9.3 | | |
| Coverage Wallet Meets Target (> 112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000131

## Corporate Finance - Americas
### MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee G
Title: Director
Industry/Product Group: Media
Area of Focus: Advertising, Marketing Services

**Rankings**
| | |
|---|---|
| 2003 Regional Opco Composite Bucket | na |
| - Qualitative | na |
| - Quantative | na |
| - Cultural | na |
| 2003 Group/Product Head Ranking | na |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | N/A |
| Guarantee 2003 (Y/N) | Yes |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary** (a)

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | - | - | na |
| P&S Revenue (Sept 30) | - | - | na |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 0 | | |
| DB Market Share | 0.0% | | |
| DB BPaD Revenue | 0.0 | | |
| Coverage Wallet Meets Target (> 112.5) | NA | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000132

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: **Employee H**
Title: Director
Industry/Product Group: Media
Area of Focus: Broadcasting, Cable TV, Cinemas, Lev Fin

**Rankings**
2003 Regional Opco Composite Bucket
- Qualitative: C
- Quantative: C
- Cultural: C
  C

2003 Group/Product Head Ranking: 5 of 5
2003 Opco Ordinal Ranking (Dir Only): [tbd]

2002 Comp Bucket: A

Guarantee 2003 (Y/N): No
Promotion Eligible (Y/N): No
Promotion Recommendation (Y/N): No

**Financial Summary (a)**

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 6,000 | 5,384 | 17 of 32 |
| P&S Revenue (Sept 30) | 467 | 411 | 20 of 32 |
| | | | |
| BPaD (Q3 2003) | 0 | | |
| Market Fees (Wallet) | 0.0% | | |
| DB Market Share | | | |
| DB BPaD Revenue | 0.0 | | |
| Coverage Wallet Meets Target (> 112.5) | NA | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

**2003 Revenue**

| Banker | Coverage Group | Deal Name | Product | DB Franchise Value Nov 14th | Banker GCF Value Nov 14th | Banker P&S Franchise Value (Sep YTD) | Banker P&S GCF Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| Employee H | Media | Allbritton Communications - HY Offering (1Q03) | HY Bonds | 1,472 | 1,472 | 210 | 210 |
| | Media | Lin TV - convertible bond & HY offerings (2Q03) | Equity Linked | 1,152 | 576 | 111 | 56 |
| | Media | Acme Communications - general advisory | M&A | 923 | 923 | | |
| | Media | Lin TV - convertible bond & HY offerings (2Q03) | HY Bonds | 787 | 787 | 154 | 154 |
| | Media | Allbritton Communications - General Advisory (News Ch 8) | M&A | 602 | 602 | | |
| | Media | Tribune Co - general advisory (radio assets) | M&A | 433 | 433 | | |
| | Media | Loews Corporation - HY/Bank Refinancing | Lev. Loans | 428 | 428 | | |
| | Media | Lin TV - bank financing (1Q 03) | Lev. Loans | 232 | 232 | | |
| | Media | Gray Television - bank/equity financing (4Q 02) | Lev. Loans | 131 | 131 | | |
| | Media | Gray Television - bank/equity financing (4Q 02) | Equity | 70 | 35 | | |
| | Media | Gray Television - HY offering (4Q 02) | HY Bonds | 33 | 33 | | |
| | Media | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 11 | 5 | | |
| | Media | Allbritton Communications - HY (4Q 02) | HY Bonds | (61) | (61) | 163 | 163 |
| | Media | Salem Communications - HY offering (4Q 02) | HY Bonds | (213) | (213) | | |
| | Media | Allbritton Communications - HY (4Q 02) | HY Bonds | | | (171) | (171) |
| | Total | | | 6,000 | 5,383 | 467 | 411 |

**2003/2004 Mandates**

| Banker | Coverage Group | Deal Name | Product | | | | |
|---|---|---|---|---|---|---|---|
| Employee H | Media | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate H | 2,374 | | | |
| | Total | | | 2,374 | | | |

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee I
Title: Director
Industry/Product Group: Media
Area of Focus: Broadcasting, DBS/Satellite

**Rankings**
2003 Regional Opco Composite Bucket
- Qualitative: A
- Quantative: A
- Cultural: A
                                     B

2003 Group/Product Head Ranking: 1 of 5
2003 Opco Ordinal Ranking (Dir Only): [tbd]

2002 Comp Bucket: A

Guarantee 2003 (Y/N): No
Promotion Eligible (Y/N): No
Promotion Recommendation (Y/N): No

**Financial Summary** (a)

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 42,314 | 40,579 | 1 of 32 |
| P&S Revenue (Sept 30) | 7,945 | 7,945 | 1 of 32 |

BPaD (Q3 2003)
Market Fees (Wallet): 58
DB Market Share: 23.3%
DB BPaD Revenue: 13.4
Coverage Wallet Meets Target (> 112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000135

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

**Banker: Employee 1**

| Banker Coverage Group | Deal Name | Product | DB Franchise Value - GCE Value - Nov 14th | Banker Value - GCE Value - Nov 14th | Banker P&S Franchise Value (Sep MD) | Banker P&S GCE Value (Sep MD) |
|---|---|---|---|---|---|---|
| Media | Echostar - acqn advisory and financing (GM - HE) | HY Bonds | 16,227 | 16,227 | 2,344 | 2,344 |
| Media | Echostar - acqn advisory and financing (GM - HE) | Lev. Loans | 8,829 | 8,829 | 1,766 | 1,766 |
| Media | DirecTV - bank/HY financing (1Q 03) | Lev. Loans | 7,840 | 7,840 | 2,240 | 2,240 |
| Media | DirecTV - bank/HY financing (1Q 03) | HY Bonds | 4,378 | 4,378 | 1,318 | 1,318 |
| Media | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 1,505 | | |
| Media | Echostar - acqn advisory and financing (GM - HE) | M&A | 1,389 | 1,389 | 278 | 278 |
| Media | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 287 | 143 | | |
| Media | Sinclair Broadcast Group - HY offering (4Q 02) | HY Bonds | 165 | 165 | | |
| Media | Spanish Broadcasting - refinancing (4Q03) | HY Bonds | 159 | 159 | | |
| Media | Viacom - $750mm - IG Bond - Q2 03 | DCM JV | 123 | 37 | | |
| Media | Sinclair Broadcast - HY offering (2Q 03) | HY Bonds | 53 | 53 | | |
| Media | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 | HY Bonds | (146) | (146) | | |
| **Total** | | | **42,314** | **40,579** | **7,945** | **7,945** |

### 2003 - 2004 Mandates

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | **Employee J** |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Cable TV, Digital Imaging |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | |
| - Qualitative | B |
| - Quantative | B |
| - Cultural | C |
| | B |
| 2003 Group/Product Head Ranking | 2 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | Yes |
| Promotion Recommendation (Y/N) | No |

**Financial Summary** (a)

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 3,586 | 1,218 | 29 of 32 |
| P&S Revenue (Sept 30) | 2,332 | 912 | 14 of 32 |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 113 |
| DB Market Share | 2.8% |
| DB BPaD Revenue | 3.2 |
| Coverage Wallet Meets Target (> 112.5) | Yes |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000137

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

| Banker (Coverage Group) | Deal Name | Product | DB Franchise Value GCF Value Nov 14th | Franchise Value GCF Value Nov 14th | Banker P&S Value GCF Value (Sep YTD) | Banker P&S Franchise Value (Sep YTD) |
|---|---|---|---|---|---|---|
| Media. | AES - HY offering (2Q 03) | HY Bonds | 1,214 | 364 | 304 | 304 |
| Media. | Pitney Bowes - IG Offering (Q2 2003) | DCM JV | 969 | 291 | 1,157 | 347 |
| Media. | Comcast - IG offering (2Q03) | DCM JV | 545 | 272 | 871 | 261 |
| Media. | TiVo - Block Trade (2Q03) | Equity | 441 | 132 | | |
| Media. | IQS Capital LLC - $350mm 7 year notes Q2 03 | DCM JV | 207 | 62 | | |
| Media. | Comcast Corp - IG offering (1Q 03) | Equity Linked | 165 | 83 | | |
| Media. | Kodak - $500mm Convertible (Q4 2003) | | 45 | 13 | | |
| Media. | Eastman Kodak - $500mm IG Offering (4Q 2003) | DCM JV | | | 912 | |
| Total | | | 3,586 | 1,217 | 2,332 | 912 |

*Employee 1*

### 2003-2004 Mandates

CONFIDENTIAL

DB 000138

## Corporate Finance - Americas
### MD-Director - P&P Summary Sheet

| Individual Information | Employee K |
|---|---|
| Name | Director |
| Title | |
| Industry/Product Group | Media |
| Area of Focus | Internet - New Media |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | C |
| - Qualitative | B |
| - Quantative | D |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 4 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary** (a)

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 21,590 | 10,838 | 9 of 32 |
| P&S Revenue (Sept 30) | - | - | 32 of 32 |

**BPaD (Q3 2003)**

| | |
|---|---|
| Market Fees (Wallet) | 48 |
| DB Market Share | 1.5% |
| DB BPaD Revenue | 0.7 |
| Coverage Wallet Meets Target (> 112.5) | NO |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000139

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

### 2003 Revenues

| Banker | Banker Coverage Group | Deal Name | Product | DB Franchise Value (Nov 14th) | GCF Value (Nov 14th) | Banker FV (Sep YTD) | Banker GCF Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| **Employee K** | Media | Vivendi - exchangeable bond trade (Project Hydra) / Hydra | Equity Linked | 20,800 | 10,450 | | |
| | Media | Digital River - block trade (3Q03) | Equity | 753 | 377 | | |
| | Media | Liberty Media - IG offering (2Q03) | DCM JV | 37 | 11 | | |
| Total | | | | 21,590 | 10,838 | | |

### 2003/2004 March Estimate

| Banker | Banker Coverage Group | Deal Name | Product | DB Franchise Value | GCF Value | | |
|---|---|---|---|---|---|---|---|
| **Employee K** | Media | Google - IPO | Equity-IPO | 5,000 | | | |
| Total | | | | 5,000 | | | |

CONFIDENTIAL

DB 000140