# Richard T. Seymour

| | |
|---|---|
| **From:** | Fonstein, Cliff H. [cfonstein@sidley.com] |
| **Sent:** | Friday, May 30, 2008 4:27 PM |
| **To:** | rick@rickseymourlaw.net |
| **Cc:** | Seltzer, Joanne |
| **Subject:** | RE: Graves: The Complaint |

Rick,

    While I appreciate your commitment to drop all the backdating allegations, that only addresses a part of the allegations that are being challenged in the Rule 11 motion. We've discussed these allegations back and forth for months now and you, in addition, have had the 21 day notice period to examine these issues and to chat with your client about them.  You've actually had more than 21 days notice because as a professional courtesy to you and Steve, I gave you plenty of advance warning of the Rule 11 filing.

    It really is a simple decision that does not require much analysis. You already know the relevant documents because we've referred you to them repeatedly.  Also, and hopefully, you have already discussed the documents and our motion with your client. That's what the 21 day notice period is for.

    On a related point, we have not ignored any discovery obligations.  We've addressed your concerns promptly, and way back in February suggested a meet and confer which you never responded to.

    We will file the motion today and, should you ultimately withdraw the offending allegations, will withdraw the motion.

        Cliff

-----Original Message-----
From: Richard T. Seymour [mailto:rick@rickseymourlaw.net]
Sent: Friday, May 30, 2008 3:42 PM
To: Fonstein, Cliff H.; Seltzer, Joanne; Maue, Allison E.
Cc: 'Rogin, Jonathan'; 'Jullion Taylor'
Subject: Graves: The Complaint


    Cliff, this is to confirm the commitments I just made in our call.

    First, we are committing to review the allegations of the Complaint in light of the dropping of the backdating allegation, to determine whether further changes should be made in light of that change.

    Second, we are committing to review all of the allegations in light of the very small amounts of discovery produced by defendant.

    Third, I expect that there will be some changes, but cannot characterize today what those changes will be.

    Finally, we expect to finish these reviews and file a motion for leave to file a revised Complaint next week.

    We insist on carrying out these commitments in a professionally responsible manner, and will not respond to your ultimatum that we tell you this afternoon what we will do.

    The defendant could have made this entire process far quicker and far more definitive by honoring its discovery obligations.  Instead, it has protracted this process by ignoring its obligations.  You have said that you are frustrated with us, and I have said that we are frustrated with the company.

    Putting that behind, you have fair commitments from us, and a short time frame for

their fulfillment.  You and the company will decide whether to file your Rule 11 motion today, and I say again that I do not understand the ultimatum.

I do recognize that you said in our call that the company would probably withdraw the Rule 11 motion if our amendment next week drops the allegations of a false filing.  It seems to me that that puts the cart before the horse, but the company will do whatever the company will do.

Rick


Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C.  20036-4129
    Voice:  202-862-4320
    Cell:     202-549-1454
    Facsimile:   800-805-1065
    e-mail:  rick@rickseymourlaw.net
    Web Site:  www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY:  Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (202) 862-4320.



Sidley Austin LLP mail server made the following annotations on 05/30/08, 15:26:33:
--------------------------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or

2

```
confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and
notify us immediately.


********************************************************************************
**********
```