## LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.

1150 CONNECTICUT AVENUE N.W. • SUITE 900 • WASHINGTON, DC 20036-4129
www.rickseymourlaw.com  FAX: (800) 805-1065 AND (202) 828-4130
RICHARD T. SEYMOUR, PRINCIPAL: (202) 862-4320, CELL: (202) 549-1454, Rick@RickSeymourLaw.net*
JULLION R. TAYLOR, SENIOR PARALEGAL: (202) 862-4370, CELL: (202) 531-4039, Jullion@RickSeymourLaw.net

July 8, 2008

Cliff Fonstein, Esq.
Joanne Seltzer, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Re: **Graves v. Deutsche Bank: Revised Version of Proposed Second Amended and Supplemental Complaint**

Dear Cliff and Joanne:

I have attached a revised version of plaintiff's Proposed Second Amended and Supplemental Complaint. We intend to move for leave to substitute it for the one previously provided, and request your consent to the substitution while preserving your pending objections.

The changes are as follows:

1. Correcting the initials "EOC" to "EEOC" in paragraphs 102, 105, 112, 119, and 122;

2. Correcting the date "February 28, 2008" to "February 21, 2008" in paragraphs 25(e), 109, and 110;

3. Inserting a page number in ¶ 11;

4. Adding subparagraph 14(d) and re-lettering the following subparagraph;

5. Correcting a page number cross-reference at the end of ¶ 14;

6. Deleting an extra space after the first dash in ¶ 102(c);

7. Adding subparagraphs 102(f) and (g);

8. Adding clarifications in ¶ 110(f) and in the table heading;

9. Filling in missing figures for Elizabeth Chang in the table in ¶ 110(f);

---

*LICENSED IN D.C. AND MARYLAND; ON COMMERCIAL ARBITRATOR AND EMPLOYMENT ARBITRATOR PANELS, AMERICAN ARBITRATION ASSOCIATION

Cliff Fonstein, Esq.
Joanne Seltzer, Esq.
Sidley Austin LLP
July 8, 2008
Page 2 of 2 —

10. Inserting a line for J.L. Malcolm Morris Filling in the table in ¶ 110(f);

11. Expanding a cross-reference in ¶ 114;

12. In ¶ 118(e) on p. 48, eliminating the bold face;

13. In ¶ 125, re-numbering the EEOC charge as Exhibit 8 to the Complaint; and

14. In ¶ 127, re-numbering the letter and attachment from the New York State Division of Human Rights as Exhibit 9 to the Complaint.

Very truly yours,

Richard T. Seymour

Cc: Jonathan Rogin, Esq.