IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                    Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

## DECLARATION OF RICHARD T. SEYMOUR IN SUPPORT OF PLAINTIFF'S MOTION FOR A DETERMINATION THAT THE DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE HIS PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT IS JULY 11, 2008, AND THAT IT IS FILED TIMELY UNDER LOCAL CIVIL RULE 5.3(a) AND ECF PROCEDURE PART 9, AND IN THE ALTERNATIVE FOR A RETROACTIVE THREE-DAY EXTENSION OF PLAINTIFF'S TIME TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE HIS PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

Washington, D.C., ss:

I make the following declaration subject to the penalties for perjury:

1. I am one of the attorneys of record for plaintiff in this action.

2. Based on the provisions of Local Rule 5.3(a) and Part 9 of the March 23, 2003 Procedures for Electronic Case Filing, I believe in good faith that the deadline for filing

plaintiff's Reply is today, July 11, 2008.

_____
Richard T. Seymour (RS-8094)

Dated: July 11, 2008