# EXHIBIT A

**Seltzer, Joanne**

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, July 18, 2007 9:23 PM |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-05471-BSJ Graves v. Deutsche Bank Securities, Inc. Memorandum of Law in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rogin, Jonathan on 7/18/2007 at 9:22 PM EDT and filed on 7/18/2007

**Case Name:**       Graves v. Deutsche Bank Securities, Inc.
**Case Number:**    1:07-cv-5471
**Filer:**                Daniel B. Graves
**Document Number:** 11

**Docket Text:**
FIRST MEMORANDUM OF LAW in Opposition re: [4] MOTION to Dismiss. *of plaintiff's complaint and to strike portions of the complaint.* Document filed by Daniel B. Graves. (Rogin, Jonathan)


**1:07-cv-5471 Notice has been electronically mailed to:**

Steven Arthur Berger     sberger@bergerwebb.com

Cliff Fonstein     cfonstein@sidley.com

Thomas E. Hone     thone@bergerwebb.com

Jonathan Rogin     jrogin@bergerwebb.com

Joanne Seltzer     jseltzer@sidley.com

Richard T. Seymour     rick@rickseymourlaw.net

**1:07-cv-5471 Notice has been delivered by other means to:**

Adele Rapport
Law Offices of Richard T. Seymour, P.L.L.C.

1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/18/2007] [FileNumber=3593198-0
] [9e0d6f8a4db8b67425c944a84337f8d629458afef9fab3f93b928c113d7bbac9b1b
468f991fd10543a07c978666b0044a4e856d066bf77f5b9e4d3eb60ab32ac]]

7/25/2008

**Seltzer, Joanne**

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, July 18, 2007 9:20 PM |
| To: | deadmail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:07-cv-05471-BSJ Graves v. Deutsche Bank Securities, Inc. Declaration in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Rogin, Jonathan on 7/18/2007 at 9:20 PM EDT and filed on 7/18/2007
**Case Name:**       Graves v. Deutsche Bank Securities, Inc.
**Case Number:**     1:07-cv-5471
**Filer:**           Daniel B. Graves
**Document Number:** 10

**Docket Text:**
DECLARATION of Richard T. Seymour in Opposition re: [4] MOTION to Dismiss.. Document filed by Daniel B. Graves. (Rogin, Jonathan)


**1:07-cv-5471 Notice has been electronically mailed to:**

Steven Arthur Berger     sberger@bergerwebb.com

Cliff Fonstein     cfonstein@sidley.com

Thomas E. Hone     thone@bergerwebb.com

Jonathan Rogin     jrogin@bergerwebb.com

Joanne Seltzer     jseltzer@sidley.com

Richard T. Seymour     rick@rickseymourlaw.net

**1:07-cv-5471 Notice has been delivered by other means to:**

Adele Rapport
Law Offices of Richard T. Seymour, P.L.L.C.


7/25/2008

1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/18/2007] [FileNumber=3593195-0
] [a8344e0dc9b7307302d5aac9b8a486cc6123e89b3867e5f5cfa7da26bb0e8e11e63
1f199934e47b6166c96166475d7e21ef1c4a1218dc64b38bc1a3201dc6446]]

7/25/2008