**EXHIBIT C**

**Maue, Allison E.**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, June 30, 2008 5:10 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05471-BSJ-KNF Graves v. Deutsche Bank Securities, Inc. Memorandum of Law in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Fonstein, Cliff on 6/30/2008 at 5:09 PM EDT and filed on 6/30/2008

| | |
|---|---|
| **Case Name:** | Graves v. Deutsche Bank Securities, Inc. |
| **Case Number:** | 1:07-cv-5471 |
| **Filer:** | Deutsche Bank Securities, Inc. |
| **Document Number:** | 39 |

**Docket Text:**
MEMORANDUM OF LAW in Opposition re: [29] MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*.. Document filed by Deutsche Bank Securities, Inc.. (Attachments: # (1) Exhibit A Part 1, # (2) Exhibit A Part 2, # (3) Exhibit A Part 3, # (4) Exhibit A Part 4, # (5) Exhibit A Part 5, # (6) Exhibit A Part 6, # (7) Exhibit A Part 7, # (8) Exhibit A Part 8, # (9) Exhibit A Part 9, # (10) Errata A Part 10, # (11) Errata A Part 11, # (12) Exhibit A part 12, # (13) Exhibit A Part 13, # (14) Exhibit A Part 14, # (15) Exhibit A Part 15)(Fonstein, Cliff)

**1:07-cv-5471 Notice has been electronically mailed to:**

Cliff Fonstein        cfonstein@sidley.com

Joanne Seltzer        jseltzer@sidley.com

Jonathan Rogin        jrogin@bergerwebb.com

Richard T. Seymour    rick@rickseymourlaw.net

Steven Arthur Berger  sberger@bergerwebb.com

Thomas E. Hone        thone@bergerwebb.com

**1:07-cv-5471 Notice has been delivered by other means to:**

Adele Rapport
Law Offices of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-0
] [8da5d35e7e59e9d19ee402eec8d26e071c50e67718d435f97aeed1b59d737799294
b564157b604e1cabae2d9c33d9d6952a0033fe2d460485c994b2e7f9d47bf]]
**Document description:** Exhibit A Part 1
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-1
] [74208957a2547af05cad00344c56c90737d70a280bb1c73ad0e6ce39d22e3ef7d98
24a514bcfabb79a844fda1c9589aae580be9050937693c10585e314a39fc2]]
**Document description:** Exhibit A Part 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-2
] [2005aeec50848d79260ec812a65180a69dbc56143c80cbbe16d72697722d5f9175e
4a511567f23e8f7ab420581b1e55b90f499a6e51ee115ea690f3a0067ad24]]
**Document description:** Exhibit A Part 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-3
] [26daebd3a3f059fda3b63747d5ff561642444b5a1fa035a4755a7aecb8a6aa3e1f0
29719bea59b46984a0a8d77352cb9346631e3907d7b9ce63d1151078eaabb]]
**Document description:** Exhibit A Part 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-4
] [5ba9b455082d3cb0186d888bc7595326b88320505a0a603f2ce4377024087ba2ed3

7/17/2008

8936c195baa849aaa3d4b3b274fbef6c91ae3c7cd34ad75a0de33a356b134]]
**Document description:**Exhibit A Part 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-5
] [1114c085d78d44cac60c17afd22d02053772507d30badb99d7c5779e4eb9c951746
ffef5712ca58e79814e7cd90e89bc7afdc3e18903ca14295c56fc90f13585]]
**Document description:**Exhibit A Part 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-6
] [29e1c5a7358f71a6f462d31b9b3aa9c009dd7b202dd61570492cada4ff14cc00452
72d598e728fab8fdb9288c2d46281d6590b813144f23f9b987b6b74f5fa21]]
**Document description:**Exhibit A Part 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-7
] [aa7fb3ebc5ac70c464464ffafc78c11ad7d149f81e3b9f1d94c65528b5e93c2eba5
b02a4fd85096cbb16e9ceed77a1ca95765aa6bb780c2df7da911e9d92163f]]
**Document description:**Exhibit A Part 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-8
] [36996d8153678d7cd3f58e98830c99073eeddb70871683417957cac3e87c4b1e201
049987bed99b68c1acddfbe7bba5e02b7d41b294d8524b7d794d56ed09617]]
**Document description:**Exhibit A Part 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-9
] [23413ac902f6b70116e5eb20217bae047995b9ae577a78b6ea79c17677772d5e8fe
1f2dbbf73007022b99a61de2c62db7d42c04767c3ed0d541ceaf942192678]]
**Document description:**Errata A Part 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-1
0] [755d7d855797e39988bb984ba11fc2e6421c2b8fb1a0dc25c04b24ef1af9b4babc
04ad8f8de407fe71e93798f6cec97464dddf039ea712de2e983c6bcb18405f]]
**Document description:**Errata A Part 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-1
1] [aa4b44a7258c68368709b5a27cc9364bf56cae5d3cd58737c6c604fd079df93d59
f28cd166f96f47e7c771ec42803ca399255046a19ff46c21223dfe0385db00]]
**Document description:**Exhibit A part 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-1
2] [376354a111b9ab20d4e410a4f4cab104e4764cf89678feab58d8d5b13f84a8f806
16433952f6f82890273d1188358e18e45aec3e52e53498ca9d5338ca41fd67]]
**Document description:**Exhibit A Part 13
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-13] [a6f2b8a8a1ff770f8bb413398d17259b4e17af8178156ee4e97b1894ccf32593c7d666870dd5574df6b5f4439ef2bc72016de4f267f1096ab734663c9c0c647c]]
**Document description:** Exhibit A Part 14
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-14] [95d2961f8c202fb8402565693c0acdfecfee62872fe78545cbe7f2a444ed72bcd58d48686f4dae360c4fb203a457a9a01d470bc7ed7ab3fad17720fd1f71871c]]
**Document description:** Exhibit A Part 15
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756474-15] [25bc7bd44f8b7b9fa4e3ca4266eddfe8015bf3ea3e11ea48a6e0c798b1aae5dee08068e48bbbc6bf0262d4301c0f9cae3b1b3365c02c1f4c10a05ae2b5d2c0b9]]

7/17/2008

Maue, Allison E.

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, June 30, 2008 5:13 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-05471-BSJ-KNF Graves v. Deutsche Bank Securities, Inc. Affirmation in Opposition to Motion |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Fonstein, Cliff on 6/30/2008 at 5:13 PM EDT and filed on 6/30/2008

**Case Name:** Graves v. Deutsche Bank Securities, Inc.
**Case Number:** 1:07-cv-5471
**Filer:** Deutsche Bank Securities, Inc.
**Document Number:** 40

**Docket Text:**
AFFIRMATION of Cliff Fonstein in Opposition re: [29] MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*. MOTION to Amend/Correct [1] Complaint, [23] Order on Motion to Amend/Correct *Leave to File Second Amended and Supplemental Complaint*.. Document filed by Deutsche Bank Securities, Inc.. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C)(Fonstein, Cliff)


1:07-cv-5471 Notice has been electronically mailed to:

Cliff Fonstein     cfonstein@sidley.com

Joanne Seltzer     jseltzer@sidley.com


7/17/2008

Jonathan Rogin     jrogin@bergerwebb.com

Richard T. Seymour     rick@rickseymourlaw.net

Steven Arthur Berger     sberger@bergerwebb.com

Thomas E. Hone     thone@bergerwebb.com

**1:07-cv-5471 Notice has been delivered by other means to:**

Adele Rapport
Law Offices of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036-4129

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756496-0
] [5ebb0c8900f9831f24e86a61732d72940b2ac8caa90aa3fac1bab5baab5912b26f0
0807374e7cd94755c007c51852b4549bc1a24b3e3064958645cc807fee06f]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756496-1
] [a3cf769bb57a5d0c1fe7f493fbfe27d2df21108675b0d4e10c2cd6de9208b222c1d
b637940410dbd2c5448c7adc3b971ae06c26754a2c976c51c135ce665cd48]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756496-2
] [18740815b61d801c6e376cf4785c5c45b5504c3bde076a4648bf46d56f56a9314a1
2ff73d93184b83b53afd60e92a1e26e52b66a9facb5248d5d333bc6397d57]]
**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=6/30/2008] [FileNumber=4756496-3
] [2032d387330d00d00923de2e68792e27a6d949f8e41d1cefe7755a30d0c42dbd38a
27895d0f45c8e463a01dde29df0abdb9a250da9edcbecfa3e57365e5f44eb]]

7/17/2008