# EXHIBIT D

**Seltzer, Joanne**

**From:** Seltzer, Joanne
**Sent:** Thursday, July 10, 2008 8:57 AM
**To:** rick@rickseymourlaw.net
**Cc:** Fonstein, Cliff H.; Rogin, Jonathan
**Subject:** Graves v DBSI

Dear Rick,
Please let us know if you are going to be filing courtesy copies of the papers on your motion to amend the complaint to Judge Jones. If you do not file them by end of day, we will do so.
Please call us if you have any questions.
Joanne

**Joanne Seltzer, Esq.**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Direct dial: (212) 839-5985
Fax: (212) 839-5599
Email: jseltzer@sidley.com

1