# EXHIBIT E

## Seltzer, Joanne

**From:** Richard T. Seymour [rick@rickseymourlaw.net]
**Sent:** Thursday, July 10, 2008 11:12 AM
**To:** Seltzer, Joanne
**Cc:** Fonstein, Cliff H.; 'Rogin, Jonathan'
**Subject:** RE: Graves v DBSI

We will file the courtesy copies when we file our reply. Our deadline is tomorrow.

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W.
Suite 900
Washington, D.C. 20036-4129
  Voice: 202-862-4320
  Cell: 202-549-1454
  Facsimile: 800-805-1065
  e-mail: rick@rickseymourlaw.net
  Web Site: www.rickseymourlaw.com

"We represent the dispossessed of the Earth, and executives recently shown the door."

Mediation

Arbitration: Listed on American Arbitration Association Commercial Arbitration Roster and Employment Panel Roster.

CONFIDENTIALITY: Please note that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or some computer unconnected to either of us which this e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

   The information contained in this e-mail transmission may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (202) 862-4320.

**From:** Seltzer, Joanne [mailto:JSeltzer@Sidley.com]
**Sent:** Thursday, July 10, 2008 8:57 AM
**To:** rick@rickseymourlaw.net
**Cc:** Fonstein, Cliff H.; Rogin, Jonathan
**Subject:** Graves v DBSI

Dear Rick,
Please let us know if you are going to be filing courtesy copies of the papers on your motion to amend the complaint to Judge Jones. If you do not file them by end of day, we will do so.

Please call us if you have any questions.

7/25/2008

Joanne

**Joanne Seltzer, Esq.**
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Direct dial: (212) 839-5985
Fax: (212) 839-5599
Email: *jseltzer@sidley.com*

```
Sidley Austin LLP mail server made the following annotations on 07/10/
-------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regu
that, unless expressly stated otherwise, any U.S. federal tax advice c
communication, including attachments, was not intended or written to b
used, by any taxpayer for the purpose of avoiding any penalties that m
taxpayer by the Internal Revenue Service.  In addition, if any such ta
to by other parties in promoting, marketing or recommending any partne
investment plan or arrangement, then (i) the advice should be construe
with the promotion or marketing by others of the transaction(s) or mat
communication and (ii) the taxpayer should seek advice based on the ta
circumstances from an independent tax advisor.

****************************************************************
This e-mail is sent by a law firm and may contain information that is
If you are not the intended recipient, please delete the e-mail and an
immediately.

****************************************************************
```