IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                    Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

**DECLARATION OF RICHARD T. SEYMOUR IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR A DETERMINATION THAT THE DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE HIS PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT IS JULY 11, 2008, AND THAT IT IS FILED TIMELY UNDER LOCAL CIVIL RULE 5.3(a) AND ECF PROCEDURE PART 9, AND IN THE ALTERNATIVE FOR A RETROACTIVE THREE-DAY EXTENSION OF PLAINTIFF'S TIME TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE HIS PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

Washington, D.C., ss:

I make the following declaration subject to the penalties for perjury:

1. I am one of the attorneys of record for plaintiff in this action.

2. A copy of the ECF Registration Form used in this District, containing the personal information that I provided to the Court in this action to be registered in this case, is attached hereto as Exhibit 1.

      3. Excerpts from paragraphs 6(b) and (c) of Administrative Order 97-12 of the U.S. District Court for the Eastern District of New York, which I downloaded from that court's web site, are attached hereto as Exhibit 2.

*/s/ Richard T. Seymour*
Richard T. Seymour (RS-8094)

Dated: August 1, 2008