UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Electronic Filing Procedures

ADMINISTRATIVE ORDER
97-12

-----------------------------------------------------------X

WHEREAS the Eastern District of New York was selected by the Administrative Office of the United States Courts as one of the four federal district courts to engage in a prototype program of electronic filing, and

WHEREAS the Court appointed a Rules Committee including members of the bench and bar in May, 1997 to draft a comprehensive proposed Order, and

WHEREAS a proposed Administrative Order was prepared and circulated for public comment on August 1, 1997, and

WHEREAS revisions to the proposed Administrative Order were recommended to the Court following the close of the comment period on September 2, 1997,

NOW THEREFORE, following review the Board of Judges of the Eastern District of New York at a meeting held on October 21, 1997 adopted the attached Electronic Filing Procedures subject to revision from time to time as necessary.

SO ORDERED.



CHARLES P. SIFTON, Chief Judge

Dated: Brooklyn, New York
       October 22, 1997

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
                                     :
                                     :
                                     :   ADMINISTRATIVE ORDER
In re ELECTRONIC FILING PROCEDURES   :
                                     :   No. 97-12
                                     :
-------------------------------------x
```

WHEREAS, Rules 5 and 83 of the Federal Rules of Civil Procedure and 28 U.S.C. '' 132, 136, 451, 452 and 1651 authorize this Court to enter all appropriate orders respecting practices and procedures for the filing, signing, verifying and providing public access to Court documents, including establishing such practices and procedures making use of the Internet; and

WHEREAS, this Administrative Order is intended to be applied and interpreted in connection with a proposed Electronic filing Procedures Users' Manual (the "Users' Manual") which, together with this Administrative Order, shall be termed the "Electronic Filing Procedures" or "EFP"; and

**REDACTED AS IRRELEVANT**



6. <u>Service on Parties or Other Persons Who Have Consented to EFP</u>.





(b)  Whenever a person has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the person, and such paper is filed and served electronically pursuant to EFP, one day shall be added to the prescribed period.  Service pursuant to subparagraph (a) shall not constitute service by mail to which Rule 6(e) of the Federal Rule of Civil Procedure applies.  Service shall be deemed complete on the date of e-mail transmission pursuant to

subparagraph (a).

(c) The filing of a Consent to EFP constitutes consent to service of all papers as provided herein as a full, adequate and timely substitute for service pursuant to Federal Rules of Civil Procedure.

