IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:07-cv-05471-BSJ-KNF |

**DECLARATION OF RICHARD T. SEYMOUR IN SUPPORT OF HIS CONSENTED MOTION FOR LEAVE TO SUBSTITUTE THE ACCOMPANYING REVISED PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND ATTACHMENTS FOR THE EXISTING PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND ATTACHMENTS, *NUNC PRO TUNC*, AS ATTACHMENTS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT, AND TO THE SEYMOUR DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**

Washington, D.C., ss:

I make the following declaration subject to the penalties for perjury:

1. I am one of the attorneys of record for plaintiff in this action.

2. Attachment A hereto is a true and correct copy of plaintiff's revised proposed Second Amended and Supplemental Complaint ("proposed Complaint").

3. Exhibit 1 to the proposed Complaint is a true and correct copy of defendant's November 5, 2004, letter to the U.S. Equal Employment Opportunity Commission ("EEOC"),

providing its Position Statement and transmitting its Exhibits A through T. Plaintiff obtained this document from the EEOC and produced it in discovery. Only the letter is included in Exhibit 1.

4. Exhibit 2 to the proposed Complaint is a true and correct copy of defendant's Exhibit C to its November 5, 2004, Position Statement. Plaintiff obtained this document from the EEOC and produced it in discovery.

5. Exhibit 3 to the proposed Complaint is a true and correct copy of defendant's Exhibit F to its November 5, 2004, Position Statement. Plaintiff obtained this document from the EEOC and produced it in discovery.

6. Exhibit 4 to the proposed Complaint is defendant's full January 15, 2003, Franchise Pipeline Revenues report produced by defendant in discovery on February 28, 2008, and Bates-numbered DB 596 through DB 618. Defendant has consented that this document may be filed as an open attachment, and not under seal.

7. Exhibit 5 to the proposed Complaint is defendant's full January 8, 2004, Franchise Pipeline Revenues report produced by defendant in discovery on February 28, 2008, and Bates-numbered DB 837 through DB 844. Defendant has consented that this document may be filed as an open attachment, and not under seal.

8. Exhibit 6 to the proposed Complaint is defendant's OpCo Regional Subgroup Individual Banker Summary for Managing Directors, produced by defendant in discovery on December 10, 2007, and Bates-numbered DB 117 through DB 129. Defendant has consented that this document may be filed as an open attachment, and not under seal.

9. Exhibit 7 to the proposed Complaint is defendant's November 21, 2003, OpCo Regional Subgroup Individual Banker Summary for Directors, produced by defendant in

discovery on December 10, 2007, and Bates-numbered DB 130 through DB 140. Defendant has consented that this document may be filed as an open attachment, and not under seal.

10. Exhibit 8 to the proposed Complaint is a copy of plaintiff's July 22, 2004, EEOC charge.

11. Exhibit 9 to the proposed Complaint is a copy of the EEOC's August 6, 2004, letter to plaintiff that his charge of age discrimination and retaliation was being sent to the New York State Division of Human Rights, with its attachment.

12. Exhibit 10 to the proposed Complaint is a copy of the New York State Division of Human Rights' July 9, 2007, Notice of Dismissal for Administrative Convenience of plaintiff's charge of age discrimination and retaliation.

13. Exhibit 11 to the proposed Complaint is a copy of the EEOC's March 9, 2007, Notice of Right to Sue issued to plaintiff.

                                                      /s/ Richard T. Seymour
                                                      Richard T. Seymour (RS-8094)

Dated: August 4, 2008