# Exhibit 5 to Second Amended and Supplemental Complaint

FRANCHISE - REVENUE & PIPELINE SUMMARY
AS OF 08-JAN-2004
EUROS IN 000'S
NA MEDIA (1)

| PRODUCT | Dec Franchise Revenue | 2003 Full Year Actual | 2002 Full Year Actual | B/W PRIOR YTD Franchise Revenue | % Change Year Over | Jan Franchise Revenue | Balance Of Current Year Thru 12/31 Pipeline | Bal Of Cur Year Probability Weighted Pipeline | 2004 Full Year Forecast | 2003 Full Year Plan | B/W 2003 Full Year Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M&A | - | 4,579 | 23,370 | (18,791) | -80% | - | 9,432 | 1,769 | 1,769 | 20,000 | (15,421) |
| Other Advisory | 26 | 1,077 | - | 1,077 | | - | - | - | - | - | 1,077 |
| Total Advisory | 26 | 5,656 | 23,370 | (17,715) | -76% | - | 9,432 | 1,769 | 1,769 | 20,000 | (14,344) |
| Cost Hedging / Goodwill Funding / Loan Shortfall | - | (587) | (1,199) | 612 | -51% | - | - | - | - | - | (587) |
| Cross Selling | - | 1,260 | - | 1,260 | | - | - | - | - | - | 1,260 |
| GM DCM JV | - | 4,171 | 2,856 | 1,315 | 46% | - | - | - | - | 20,000 | (15,829) |
| Total Cross Selling / Other | - | 4,844 | 1,657 | 3,187 | 192% | - | - | - | - | 20,000 | (15,156) |
| HYCM | 2,464 | 38,823 | 18,730 | 20,092 | 107% | - | 6,131 | 2,319 | 2,319 | - | 38,823 |
| Loan Syndications | 4,381 | 34,607 | 13,832 | 20,775 | 150% | - | - | - | - | - | 34,607 |
| Total Debt Products | 6,845 | 73,429 | 32,562 | 40,867 | 126% | - | 6,131 | 2,319 | 2,319 | 40,000 | 33,429 |
| Equity | - | 5,008 | 30,025 | (25,017) | -83% | - | 29,475 | 983 | 983 | 25,000 | (19,992) |
| Equity Linked | - | 25,274 | 5,932 | 19,342 | 326% | - | - | - | - | - | 25,274 |
| Total Equity | - | 30,282 | 35,957 | (5,675) | -16% | - | 29,475 | 983 | 983 | 25,000 | 5,282 |
| Total Corporate Finance Product | 6,871 | 114,212 | 93,547 | 20,665 | 22% | - | 45,038 | 5,070 | 5,070 | 105,000 | 9,212 |

Notes:
1) Deals are included within the group on the basis of senior banker involvement per client manager for booked deals and pipeline deals

CONFIDENTIAL

DB 000837

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|---|
| | Acme Communications - general advisory (D006356) | - | 923 | - |
| | Allbritton Communications - General Advisory (News Ch 8) (D020686) | - | 602 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 1,389 | - |
| | Kerasotes Theatre - M&A advisory (D026624) | - | 219 | - |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | - | 1,013 | - |
| | Tribune Co - general advisory (radio assets) (D002234) | - | 433 | - |
| **Total M&A** | | - | **4,579** | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 1,051 | - |
| | MediaNation - sponsoring agreement (D027084) | 26 | 26 | - |
| **Total Other Advisory** | | **26** | **1,077** | - |
| | Allbritton Communications - HY (4Q 02) (D020406) | - | (61) | - |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | - | 1,472 | - |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | - | 5,363 | - |
| | Carlyle/Welsh- acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | - | (130) | - |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | - | 4,378 | - |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | - | 16,227 | - |
| | Gray Television - HY offering (4Q 02) (D025884) | - | 33 | - |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | - | (146) | - |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | - | 787 | - |
| | MediaNews Group - HY Offering (4Q03) (D031906) | - | 783 | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | - | 7,487 | - |
| | Salem Communications - HY offering (4Q 02) (D027241) | - | (213) | - |
| | SBA Communications - HY offeringQ4 03 (D033831) | 544 | 544 | - |
| | Sinclair Braodcast - HY offering (2Q 03) (D030913) | - | 53 | - |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | - | 165 | - |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | - | 159 | - |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | 1,920 | 1,920 | - |
| **Total Advisory** | | **2,464** | **38,823** | - |
| **Total HYCM** | | | | |

CONFIDENTIAL

DB 000838

# FRANCHISE / ANCILLARY DEALS
## EUROS('000s)
### MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|---|
| | AOL Time Warner - $3.5bn refinancing - Q4 03 (D032976) | 3,181 | 3,181 | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025662) | | 6,868 | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | | 7,840 | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | | 8,829 | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 131 | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | | 229 | |
| | Lin TV - bank financing (1Q 03) (D030158) | | 232 | |
| | Loews Cineplex (M6162) | | 34 | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D016576) | 400 | 400 | |
| | Loews Corporation - HY/Bank Refinancing (D031832) | | 428 | |
| | Pegasus Media Communications - bank financing (1999) (D995604) | | 66 | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | | 5,011 | |
| | RH Donnelley - Repricing & amendment of facility (Q4 03) (D034360) | 800 | 800 | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | | 234 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versailles (D025086) | | 324 | |
| **Total Loan Syndications** | | **4,381** | **34,607** | |
| **Total Debt Products** | | **6,845** | **73,429** | |
| | Getty Images - $240mm Convertible Offering (Q2 2003) (D032057) | | 2,831 | |
| | iVillage mtm (M1575) | | 39 | |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | | 165 | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | | 1,152 | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | | 287 | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | | 20,800 | |
| **Total Equity Linked** | | | **25,274** | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | | 3,622 | |
| | Digital River - block trade (3Q03) (D031830) | | 753 | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | | 70 | |
| | MediaNation - sponsoring agreement (D027084) | | 0 | |
| | TiVo - Block Trade (2Q03) (D026160) | | 563 | |

CONFIDENTIAL

FRANCHISE REVENUE BY DEAL
EUROS IN 000'S
NA MEDIA

| PRODUCT | DEAL | Franchise Revenue Dec | Franchise Revenue YTD(Dec) | Franchise Revenue Jan |
|---|---|---|---|---|
| **Total Equity** | | - | **5,008** | - |
| | | | | |
| Total Equity | | - | 30,282 | - |
| | AOL Time Warner - Strategic Lending Contract (M4545) | - | (93) | - |
| | AOL Time Warner - Strategic Lending Contract (M7350) | - | (11) | - |
| | Infinity Broadcasting - Strategic Lending Contract (M2221) | - | (366) | - |
| | Tribune - Strategic Lending Contract (M6230) | - | (68) | - |
| | Viacom - Strategic Lending Contract (M5907) | - | (49) | - |
| Total Cost Hedging / Goodwill Funding / Loan Shortfall | | - | **(587)** | - |
| | JC Decaux - USD 400 million Private Placement - April 03 (D031470) | - | 940 | - |
| | Mediacom - swap (D031356) | - | 320 | - |
| **Total Cross Selling** | | - | **1,260** | - |
| | Clear Channel - IG Bond (M5002) | - | 86 | - |
| | Comcast - IG offering (2Q03) (D031603) | - | 969 | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | - | 207 | - |
| | Eastman Kodak - $500mn IG Offering (4Q 2003) (D033559) | - | 45 | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | - | 441 | - |
| | JCDecaux -IG Bond Revenue (M7706) | - | 998 | - |
| | Liberty Media - IG offering (2Q03) (D031643) | - | 37 | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | - | 1,214 | - |
| | Scholastic - IG Bond Revenue (M6188) | - | 51 | - |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | - | 123 | - |
| Total GM DCM JV | | - | **4,171** | - |
| | | | | |
| Total Cross Selling / Other | | - | **4,844** | - |
| | | | | |
| Total Corporate Finance Product | | 6,871 | 114,212 | - |

CONFIDENTIAL

DB 000840

| PRODUCT | DEAL | PROBABILITY | Franchise Value | | | | | | Franchise Revenue Total | Probability Weighted Pipeline |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jan | Feb | Mar | Apr | Balance Of Year 2004 | Future Years | | |
| | Arturo Moreno - advisory for Anaheim Angels (D030970) | 100 | 786 | - | - | - | - | - | 786 | 786 |
| | BusinessWire - general advisory (D005685) | 25 | - | - | - | - | 3,930 | - | 3,930 | 983 |
| | Kim Magnes Estate - divestiture advisory (D033651) | 0 | - | - | - | - | 3,930 | - | 3,930 | - |
| | Thomson - c/b general advisory (Project Hollywood - 2004) / Hollywood3 (D032395) | 0 | - | - | - | 786 | - | - | 786 | - |
| Total M&A | | | 786 | - | - | 786 | 7,860 | - | 9,432 | 1,769 |
| Total Advisory | | | 786 | - | - | 786 | 7,860 | - | 9,432 | 1,769 |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | 75 | - | - | 2,358 | - | - | - | 2,358 | 1,769 |
| | Jones Media Networks - HY offering (4Q03) (D032555) | 25 | - | - | - | 2,201 | - | - | 2,201 | 550 |
| | Time Warner Telecom - Bank/Hy $500mm Q1 2004 (D034003) | 0 | - | - | 1,572 | - | - | - | 1,572 | - |
| Total HYCM | | | - | - | 3,930 | 2,201 | - | - | 6,131 | 2,319 |
| Total Debt Products | | | - | - | 3,930 | 2,201 | - | - | 6,131 | 2,319 |
| | AOL - monetisation of Time Warner Telecom stake (D034002) | 0 | - | - | 3,930 | - | - | - | 3,930 | - |
| | Google - IPO (D034544) | 25 | - | - | - | - | 3,930 | - | 3,930 | 983 |
| | Salem Communications - secondary offering (3Q 02) (D024428) | 0 | - | - | 983 | - | - | - | 983 | - |
| | Time Warner Cable - IPO (D026173) | 0 | - | - | - | - | 20,633 | - | 20,633 | - |
| Total Equity | | | - | - | 4,913 | - | 24,563 | - | 29,475 | 983 |
| Total Equity | | | - | - | 4,913 | - | 24,563 | - | 29,475 | 983 |
| Total Corporate Finance Product | | | 786 | - | 8,843 | 2,987 | 32,423 | - | 45,038 | 5,070 |

CONFIDENTIAL

DB 000841

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Amling, Jeffrey | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | | 3,522 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | | 4,378 | | | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | | 7,840 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D0146C1) | Acquisition Advisory | N/A | | 1,389 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D0146C1) | Bonds-Corporate High Yield | N/A | | 16,227 | | | |
| | Echostar - acqn advisory and financing (GM - HE) (D0146C1) | Senior Bank Debt | N/A | | 8,829 | | | |
| | Hughes/PanAmSat - Project Pelican/interim financing (1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | | (146) | | | |
| | Kim Magnes Estate - divestiture advisory (D033651) | Divestiture Advisory | 0% | | | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | 11 | | | |
| | Mediacom - swap (D091356) | Derivatives-Credit | N/A | | 320 | | | |
| | Sinclair Braodcast - HY offering (2Q 03) (D030913) | Bonds-Corporate High Yield | N/A | | 53 | | | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | | 165 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 287 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Bonds-Corporate High Yield | N/A | | 159 | | | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Senior Bank Debt | N/A | | 234 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin ; Versailles (D025086) | Acquisition Advisory | N/A | | 1,013 | | | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin ; Versailles (D025086) | Bonds-Corporate High Yield | N/A | | 3,334 | | 3,930 | |
| | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin ; Versailles (D025086) | Senior Bank Debt | N/A | | 324 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (C031788) | Bonds-Corp. Investment Grade | N/A | | 123 | | | |
| Carey, Charles | Arturo Moreno - advisory for Anaheim Angels (D030970) | Acquisition Advisory | 100% | | | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | Bonds-Corporate High Yield | N/A | | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | Senior Bank Debt | N/A | | 6,868 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | | (130) | | | |
| | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | | 3,622 | | 786 | |
| | JC Decaux - USD 400 million Private Placement - April 03 ;DC31470) | Derivatives-Interest Rate | N/A | | 940 | | | |
| | JC Decaux - USD 400 million Private Placement - April 03 ;DC31470) | Private Placement-Debt | N/A | | 1,051 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | 11 | | | |
| | MediaNation - sponsoring agreement (C027084) | Consultancy Advisory | N/A | | 26 | | | |
| | MediaNation - sponsoring agreement (C027084) | Equity-IPO | N/A | 26 | 0 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | | 7,487 | | | |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | | 5,011 | | | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (D031655) | Equity-Convertible Bonds | N/A | | 287 | | | |
| | Viacom - $750mm - IG Bond - Q2 03 (C031788) | Bonds-Corp. Investment Grade | N/A | | 123 | | | |
| Chang, Liz | AOL - monetisation of Time Warner Telecom stake (D034C02) | Equity-Follow On | 0% | | | | | |
| | AOL Time Warner - $3.5bn refinancing - Q4 03 (D032976) | Senior Bank Debt | N/A | 3,181 | 3,181 | | 3,930 | |
| | Acme Communications - general advisory (D006356) | Divestiture Advisory | N/A | | 923 | | | |
| | Albritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | | 802 | | | |
| | Albritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | | (61) | | | |
| | Albritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | | 1,472 | | | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | | 33 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | | 70 | | | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | | 131 | | | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 25% | | | | 2,201 | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | | 232 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | | 787 | | | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | | 1,152 | | | |
| | Loews Corporation - HY/Bank Refinancing (D031832) | Senior Bank Debt | N/A | | 428 | | | |
| | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) (D000494) | Equity-IPO | N/A | | 11 | | | |
| | MediaNews Group - HY Offering (4Q03; D031906) | Bonds-Corporate High Yield | N/A | | 783 | | | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | | (213) | | | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | | | | 983 | |
| | Time Warner Cable - IPO (D026173) | Equity-IPO | 0% | | | | 20,633 | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | | 433 | | | |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | Bonds-Corporate High Yield | N/A | 1,920 | 1,920 | | | |
| Dunn, David R. | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | Bonds-Corporate High Yield | N/A | | 5,363 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 (D025562) | Senior Bank Debt | N/A | | 6,868 | | | |
| | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I (D023503) | Bonds-Corporate High Yield | N/A | | (130) | | | |

CONFIDENTIAL
DB 000842

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| | RH Donnelley - Repricing & amendment of facility (Q4 03) (DC34360) | Senior Bank Debt | N/A | 800 | 800 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Bonds-Corporate High Yield | N/A | - | 7,487 | - | - | - |
| | RH Donnelley - acq financing for Sprint Yellow Pages (D025434) | Senior Bank Debt | N/A | - | 5,011 | - | - | - |
| Faulstich, Blair | Citadel Broadcasting - IPO (3Q 2003) (D023066) | Equity-IPO | N/A | - | 3,622 | - | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Bonds-Corporate High Yield | N/A | - | 4,378 | - | - | |
| | DirecTV - bank/HY financing (1Q 03) (D030500) | Senior Bank Debt | N/A | - | 7,840 | - | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Acquisition Advisory | N/A | - | 1,389 | - | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Bonds-Corporate High Yield | N/A | - | 16,227 | - | - | |
| | Echostar - acqn advisory and financing (GM - HE) (D014601) | Senior Bank Debt | N/A | - | 8,829 | - | - | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - | |
| | SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | N/A | 544 | 544 | - | - | |
| | Sinclair Broadcast - HY offering (2Q 03) (D030913) | Bonds-Corporate High Yield | N/A | - | 53 | - | - | |
| | Sinclair Broadcast - Interest rate swap (4Q 2003) (D034325) | Derivatives-Interest Rate | 0% | - | - | - | - | |
| | Sinclair Broadcast Group - HY offering (4Q 02) (D026013) | Bonds-Corporate High Yield | N/A | - | 165 | - | - | |
| | Sinclair Broadcast Group - convertible offering (2Q 03) (DC31655) | Equity-Convertible Bonds | N/A | - | 287 | - | - | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Bonds-Corporate High Yield | N/A | - | 159 | - | - | |
| | Spanish Broadcasting - refinancing (4Q03) (D031597) | Senior Bank Debt | N/A | - | 234 | - | - | |
| | Viacom - $750mm - IG Bond - Q2 03 (D031766) | Bonds-Corp. Investment Grade | N/A | - | 123 | - | - | |
| Graves, Daniel B. | Allbritton Communications - General Advisory (News Ch 8) (D020686) | Fairness Opinion | N/A | - | 602 | - | - | |
| | Allbritton Communications - HY (4Q 02) (D020406) | Bonds-Corporate High Yield | N/A | - | (61) | - | - | |
| | Allbritton Communications - HY Offering (1Q03) (D030214) | Bonds-Corporate High Yield | N/A | - | 1,472 | - | - | |
| | Gray Television - HY offering (4Q 02) (D025884) | Bonds-Corporate High Yield | N/A | - | 33 | - | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Equity-Follow On | N/A | - | 70 | - | - | |
| | Gray Television - bank/equity financing (4Q 02) (D022657) | Senior Bank Debt | N/A | - | 131 | - | - | |
| | Salem Communications - HY offering (4Q 02) (D027241) | Bonds-Corporate High Yield | N/A | - | (213) | - | - | |
| | Salem Communications - secondary offering (3Q 02) (D024428) | Equity-Follow On | 0% | - | - | - | - | |
| | Tribune Co - general advisory (radio assets) (D002234) | Divestiture Advisory | N/A | - | 433 | - | 983 | |
| Maurus, Zach | Digital River - block trade (3Q03) (D031830) | Block Trade | N/A | - | 753 | - | - | |
| | Google - IPO (D034544) | Equity-IPO | 25% | - | - | - | 3,930 | |
| | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - | |
| | Vivendi - exchangeable bond trade (Project Hydra) / Hydra (D023323) | Equity-Exchangeable Debt | N/A | - | 20,800 | - | - | |
| Morris, J L Malcolm | AOL - monetisation of Time Warner Telecom stake (D034002) | Equity-Follow On | 0% | - | - | - | 3,930 | |
| | Getty Images - $240mm Convertible Bonds (Q2 2003) (L032057) | Equity-Convertible Bonds | N/A | - | 2,831 | - | - | |
| | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 (D015959) | Bonds-Corporate High Yield | N/A | - | (146) | - | - | |
| | SBA Communications - HY offeringQ4 03 (D033831) | Bonds-Corporate High Yield | N/A | 544 | 544 | - | - | |
| | Time Warner Cable - $3.5bn - Q4 03 (D033836) | Senior Bank Debt | 75% | - | - | - | 20,633 | |
| | Time Warner Cable - IPO (D026173) | Equity-IPO | 0% | - | - | - | 1,572 | |
| | Time Warner Telecom - Bank/Hy 3500mm Q1 2004 (D034003) | Bonds-Corporate High Yield | 0% | - | - | - | - | |
| Paul, Gregory R. | Acme Communications - general advisory (D0066356) | Divestiture Advisory | N/A | - | 923 | - | - | |
| | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate High Yield | 75% | - | - | - | 2,358 | |
| | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate High Yield | 25% | - | - | - | 2,201 | |
| | Kerasotes Theaters - Bank Financing (3Q 02) (D021255) | Senior Bank Debt | N/A | - | 229 | - | - | |
| | Kerasotes Theatre - M&A advisory (D026624) | Other M&A Advisory | N/A | - | 219 | - | - | |
| | Lin TV - bank financing (1Q 03) (D030158) | Senior Bank Debt | N/A | - | 232 | - | - | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Bonds-Corporate High Yield | N/A | - | 787 | - | - | |
| | Lin TV - convertible bond & HY offerings (2Q03) (D031437) | Equity-Convertible Bonds | N/A | - | 1,152 | - | - | |
| | Loews Cineplex Entertainment - exit financing (1Q 02) (D0*6576) | Senior Bank Debt | N/A | 400 | 400 | - | - | |
| | Loews Corporation - HY/Bank Refinancing (D031832) | Senior Bank Debt | N/A | - | 428 | - | - | |
| | MediaNews Group - HY Offering (4Q03) (D031906) | Bonds-Corporate High Yield | N/A | - | 783 | - | - | |
| | Pegasus Media Communications - bank financing (1999) (D955504) | Senior Bank Debt | N/A | - | 66 | - | - | |
| | Young Broadcasting - HY Offering (Q4 03) (D031269) | Bonds-Corporate High Yield | N/A | 1,920 | 1,920 | - | - | |
| Tritto, Dyan | BusinessWire - general advisory (D005685) | Divestiture Advisory | 25% | - | - | - | 3,930 | |
| | Liberty Media - IG offering (2003) (D031643) | Bonds-Corp. Investment Grade | N/A | - | 37 | - | - | |

CONFIDENTIAL

DB 000843

**FRANCHISE REVENUE - APPLICABLE TO FIXED INCOME**

NA Media

| BANKER | DEAL | PRODUCT | PROB | DEC FRANCHISE VALUE | YTD DEC FRANCHISE VALUE | JAN FRANCHISE VALUE | 2004 FRANCHISE PIPELINE | FRANCHISE FUTURE PIPELINE |
|---|---|---|---|---|---|---|---|---|
| Yung, Sun J. | Comcast - IG offering (2Q03) (D031603) | Bonds-Corp. Investment Grade | N/A | - | 969 | - | - | - |
| | Comcast Corp - IG offering (1Q 03) (D026353) | Bonds-Corp. Investment Grade | N/A | - | 207 | - | - | - |
| | Eastman Kodak - $500mm IG Offering (4Q 2003) (D033559) | Bonds-Corp. Investment Grade | N/A | - | 45 | - | - | - |
| | IOS Capital LLC - $350mm 7 year notes Q2 03 (D032251) | Bonds-Corp. Investment Grade | N/A | - | 441 | - | - | - |
| | Kodak - $500mm Convertible (Q4 2003) (D033874) | Equity-Convertible Bonds | N/A | - | 165 | - | - | - |
| | Pitney Bowes - IG Offering (Q2 2003) (D031561) | Bonds-Corp. Investment Grade | N/A | - | 1,214 | - | - | - |
| | Pitney Bowes - investment grade offering (2Q03) (D032397) | Acquisition Advisory | 50% | - | - | - | - | - |
| | Thomson - c/b general advisory (Project Hollywood - 2004)/ Hollywood3 (D032395) | | 0% | - | - | - | 786 | - |
| | TiVo - Block Trade (2Q03) (D026160) | Block Trade | N/A | - | 563 | - | - | - |

CONFIDENTIAL

DB 000844