# Exhibit 6 to Second Amended and Supplemental Complaint

Strictly private & confidential

# OpCo Regional Subgroup
# Individual Banker Summary
# Managing Directors

November 21, 2003

Deutsche Bank ☒

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

| Individual Information | |
|---|---|
| Name | Employee A |
| Title | Managing Director |
| Industry/Product Group | Media |
| Area of Focus | REDACTED |

| Rankings | |
|---|---|
| 2003 Regional Opco Composite Bucket | B+ |
| - Qualitative | A |
| - Quantative | - |
| - Cultural | - |
| 2003 Group/Product Head Ranking | [tbd] |
| 2003 Opco Ordinal Ranking | |
| 2002 Comp Bucket | A |
| Guarantee 2003 (Y/N) | No |

| Financial Summary (a) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 48,292 | 46,552 | na |
| P&S Revenue (Sept 30) | 11,056 | 10,805 | na |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 79 | | |
| DB Market Share | 1% | | |
| DB BPaD Revenue | 0.6 | | |
| Coverage Wallet Meets Target (>112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000118

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

| Banker | Coverage Group | Deal Name | Product | IDB Franchise Value: Nov. LGCF Value, transactions Nov 4th thru | Banker P&S Value: Nov LGCF Value, transactions (Sep YTD) | Banker P&S Franchise Value LGCF (Sep YTD) |
|---|---|---|---|---|---|---|
| | Media | Echostar - acqn advisory and financing (GM - HE) | HY Bonds | 16,227 | | 4,688 |
| | Media | Echostar - acqn advisory and financing (GM - HE) | Lev. Loans | 8,829 | | 3,532 |
| | Media | DirecTV - bank/HY financing (1Q 03) | Lev. Loans | 7,840 | | 1,120 |
| | Media | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versaille | HY Bonds | 4,630 | | |
| | Media | DirecTV - bank/HY financing (1Q 03) | HY Bonds | 4,378 | 659 | 659 |
| | Media | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 502 | 251 |
| | Media | Echostar - acqn advisory and financing (GM - HE) | M&A | 1,505 | 556 | 556 |
| | Media | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versaille | M&A | 1,389 | | |
| | Media | TH Lee/Bain/Blackstone - EXCLUSIVITY for Houghton Mifflin / Versaille | Lev. Loans | 1,013 | | |
| | Media | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 324 | | |
| | Media | Sinclair Broadcast Group - HY offering (4Q03) | HY Bonds | 287 | 143 | |
| | Media | Spanish Broadcasting - refinancing (4Q03) | HY Bonds | 165 | 165 | |
| | Media | Viacom - $750mm - IG Bond - Q2 03 | DCM JV | 159 | 159 | |
| | Media | Sinclair Broadcast - HY offering (2Q 03) | HY Bonds | 123 | 37 | |
| | Media | MediaNation - HK$445.6mn IPO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 53 | 53 | |
| | Media | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 | HY Bonds | 11 | 5 | |
| | | | | (146) | (146) | |
| /Total | | | | 48,292 | 11,056 | 10,805 |

*Employee A*

### 2003-2004 Mandates

| Banker | Coverage Group | Deal Name | Product | | | |
|---|---|---|---|---|---|---|
| | Media | Google - IPO | Equity-IPO | 5,000 | | |
| Employee A Total | | | | 5,000 | | |

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | Employee B |
| Title | Managing Director |
| Industry/Product Group | Media |
| Area of Focus | Broadcasting, Outdoor Yellow Pages, Publish |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | B- |
| - Qualitative | B |
| - Quantative | B |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 1 of 6 |
| 2003 Opco Ordinal Ranking | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |

**Financial Summary** (a)

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 30,021 | 26,290 | 7 of 41 |
| P&S Revenue (Sept 30) | 3,162 | 2,661 | 12 of 41 |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 67 |
| DB Market Share | 5% |
| DB BPaD Revenue | 3.6 |
| Coverage Wallet Meets Target (>112.5) | NO |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000120

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

**2003 Revenue**

**Employee B**

| Banker Coverage Group | Deal Name | Product | DB Franchise Value - Nov. 14th (a) | DB Franchise GCF Value - Nov. 14th | Banker P&S Franchise Value (SopsYTD) | Banker P&S GCF Value (SopsYTD) |
|---|---|---|---|---|---|---|
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | HY Bonds | 7,487 | 7,487 | | |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 | Lev. Loans | 6,868 | 6,868 | 1,248 | 1,248 |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West (Phase II) / Phase 2 | HY Bonds | 5,363 | 5,363 | | |
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | Lev. Loans | 5,011 | 5,011 | 911 | 911 |
| Media | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 1,505 | 1,003 | 502 |
| Media | JC Decaux - USD 400 million Private Placement - April 03 | Other | 1,051 | - | | |
| Media | JC Decaux - USD 400 million Private Placement - April 03 | GM Cross sell | 940 | - | | |
| Media | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 287 | 143 | | |
| Media | Viacom - $750mm - IG Bond - Q2 03 | DCM JV | 123 | 37 | | |
| Media | MediaNation - HK$445.6mm IPO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 11 | 5 | | |
| Media | MediaNation - sponsoring agreement | Equity | - | - | | |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I | HY Bonds | (130) | (130) | | |
| **Total** | | | **30,021** | **26,289** | **3,162** | **2,661** |

**2003 Mandates**

CONFIDENTIAL

DB 000121

## Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**
Name: Graves, Daniel B.
Title: Managing Director
Industry/Product Group: Media
Area of Focus: Broadcasting, Cable TV, Content

**Rankings**
2003 Regional Opco Composite Bucket: D
- Qualitative: C
- Quantative: C
- Cultural: D

2003 Group/Product Head Ranking: 5 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: C

Guarantee 2003 (Y/N): No

**Financial Summary (a)**

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 2,467 | 2,432 | 34 of 41 |
| P&S Revenue (Sept 30) | 403 | 403 | 32 of 41 |

BPaD (Q3 2003)
Market Fees (Wallet): 50
DB Market Share: 7%
DB BPaD Revenue: 3.4
Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000122

# Corporate Finance – Americas
## MD-Director – Deal Sheet and Pipeline

### 2003 Revenue

| Banker | Coverage Group | Deal Name | Product | (DB) Franchise Value, Nov 14 to Nov 14th | Banker P&S GCF Value Nov 14th to Nov 14th | Banker P&S GCF value (Sept-Dec) |
|---|---|---|---|---|---|---|
| Graves, Daniel B. | Media. | Allbritton Communications – HY Offering (1Q03) | HY Bonds | 1,472 | 1,472 | 421 |
| Graves, Daniel B. | Media. | Allbritton Communications – General Advisory (News Ch 8) | M&A | 602 | 602 | |
| Graves, Daniel B. | Media. | Tribune Co - general advisory (radio assets) | M&A | 433 | 433 | |
| Graves, Daniel B. | Media. | Gray Television - bank/equity financing (4Q 02) | Lev. Loans | 131 | 131 | |
| Graves, Daniel B. | Media. | Gray Television - bank/equity financing (4Q 02) | Equity | 70 | 35 | |
| Graves, Daniel B. | Media. | Gray Television – HY offering (4Q 02) | HY Bonds | 33 | 33 | |
| Graves, Daniel B. | Media. | Allbritton Communications – HY (4Q 02) | HY Bonds | (61) | (61) | (17) |
| Graves, Daniel B. | Media. | Salem Communications – HY offering (4Q 02) | HY Bonds | (213) | (213) | |
| Graves, Daniel B. Total | | | | 2,467 | 2,432 | 403 |

### 2003-2004 Mandates

Corporate Finance - Americas
MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee C
Title: Managing Director
Industry/Product Group: Media
Area of Focus: Cable TV, Entertainment, Towers

**Rankings**
2003 Regional Opco Composite Bucket
- Qualitative: B
- Quantative: B
- Cultural: C

2003 Group/Product Head Ranking: 4 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: B

Guarantee 2003 (Y/N): No

**Financial Summary (a)**

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 2,497 | 1,176 | 37 of 41 |
| P&S Revenue (Sept 30) | 845 | 422 | 31 of 41 |

BPaD (Q3 2003)
Market Fees (Wallet): 111
DB Market Share: 3%
DB BPaD Revenue: 3.3
Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000124

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

**2003 Revenue**

| Banker | Banker Coverage Group | Deal Name | Product | IDB/Franchise Value (4th Nov '03) | GCF Value (Nov '03) | Banker P&S Franchise Value (Sep '03) | Banker P&S GCF Value (Sep '03) |
|---|---|---|---|---|---|---|---|
| | Media. | Getty Images - $240mm Convertible Offering (Q2 2003) | Equity Linked | 2,643 | 1,321 | 845 | 422 |
| | Media. | Hughes/PanAmSat - Project Pelican/Interim financing 1Q02 / Pelican 1 | HY Bonds | (146) | (146) | | |
| **Employee C** | | Total | | 2,497 | 1,175 | 845 | 422 |

**2003-2004 Mandates**

CONFIDENTIAL

DB 000125

## Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**
Name: Employee D
Title: Managing Director
Industry/Product Group: Media
Area of Focus: TV Broadcasting, Cinemas

**Rankings**
2003 Regional Opco Composite Bucket
 - Qualitative: C
 - Quantative: B
 - Cultural: C
  B

2003 Group/Product Head Ranking: 6 of 6
2003 Opco Ordinal Ranking: [tbd]

2002 Comp Bucket: C

Guarantee 2003 (Y/N): No

**Financial Summary (a)**

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 4,036 | 3,460 | 29 of 41 |
| P&S Revenue (Sept 30) | 838 | 727 | 26 of 41 |

BPaD (Q3 2003)
Market Fees (Wallet): 48
DB Market Share: 24%
DB BPaD Revenue: 11.5
Coverage Wallet Meets Target (>112.5): NO

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000126

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

### 2003 Revenue

**Employee D**

| Banker / Coverage Group | Deal Name | Product | DB Franchise Value (Nov 14th) | DB Net Value (Nov 14th) | Bank P&S Franchise Value (Sep YTD) | Bank P&S Net Value (Sep YTD) |
|---|---|---|---|---|---|---|
| Media | Lin TV - convertible bond & HY offerings (2Q03) | Equity Linked | 1,152 | 576 | | |
| Media | Acme Communications - general advisory | M&A | 923 | 923 | 223 | 111 |
| Media | Lin TV - convertible bond & HY offerings (2Q03) | HY Bonds | 787 | 787 | 461 | 461 |
| Media | Loews Corporation - HY/Bank Refinancing | Lev. Loans | 428 | 428 | 154 | 154 |
| Media | Lin TV - bank financing (1Q 03) | Lev. Loans | 232 | 232 | | |
| Media | Kerasotes Theaters - Bank Financing (3Q 02) | Lev. Loans | 229 | 229 | | |
| Media | Kerasotes Theatre - M&A advisory | M&A | 219 | 219 | | |
| Media | Pegasus Media Communications - bank financing (1999) | Lev. Loans | 66 | 66 | | |
| Total | | | 4,036 | 3,460 | 838 | 727 |

### 2003-2004 Mandates

**Employee D**

| | Deal Name | Product | | | | |
|---|---|---|---|---|---|---|
| Media | ComCorp of America - HY Offering (4Q 03) (D032463) | Bonds-Corporate Hi | 2,545 | | | |
| Media | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate Hi | 2,375 | | | |
| Total | | | 4,920 | | | |

CONFIDENTIAL

DB 000127

## Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | Employee E |
| Title | Managing Director |
| Industry/Product Group | Media |
| Area of Focus | |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | **D** |
| - Qualitative | B |
| - Quantative | D |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 3 of 6 |
| 2003 Opco Ordinal Ranking | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |

**Financial Summary** (a)

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 37 | 11 | 41 of 41 |
| P&S Revenue (Sept 30) | - | - | 41 of 41 |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 95 | | |
| DB Market Share | 0% | | |
| DB BPaD Revenue | 0.2 | | |
| Coverage Wallet Meets Target (>112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000128

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

| Banker | Bank of Govt. Group | Product | Deal Name | DB Franchise Value - Nov 14th | Get Value - Nov 14th | Bank Franchise Value - Sept 14th | Get Value - Sept 14th |
|---|---|---|---|---|---|---|---|
| **2003 Revenues** | | | | | | | |
| Employee E | Media | DCM JV | Liberty Media - IG offering (2Q03) | 37 | 11 | | |
| Total | | | | 37 | 11 | | |
| **2003-2004 Pipeline** | | | | | | | |
| Employee E | Media | Divestiture Advisory | BusinessWire - general advisory (D005685) | 4,241 | | | |
| Total | | | | 4,241 | | | |