# Exhibit 7 to Second Amended and Supplemental Complaint

Strictly private & confidential

# OpCo Regional Subgroup
# Individual Banker Summary
# Directors

November 21, 2003

Deutsche Bank

CONFIDENTIAL

DB 000130

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | Employee F |
|---|---|
| Name | |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Yellow Pages/Directories, Broadcasting, Towers |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | **B+** |
| - Qualitative | B |
| - Quantative | A |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 3 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | A |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary** (a)

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 24,599 | 24,599 | 5 of 32 |
| P&S Revenue (Sept 30) | 4,149 | 4,149 | 6 of 32 |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 72 | | |
| DB Market Share | 12.9% | | |
| DB BPaD Revenue | 9.3 | | |
| Coverage Wallet Meets Target (> 112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

DB 000131

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

**Employee F**

| Group | Deal Name | Product | DB Earnings Values (Nov 14th at Nov 14th) | DB Earnings Values (Nov 14th at Nov 14th) | Banker P&S / GCF Value - Franchise Value (Sep YTD) | Banker P&S / GCF Value - Franchise Value (Sep YTD) |
|---|---|---|---|---|---|---|
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | HY Bonds | 7,487 | 7,487 | 1,248 | 1,248 |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 | Lev. Loans | 6,863 | 6,868 | 1,374 | 1,374 |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex West(Phase II) / Phase 2 | HY Bonds | 5,363 | 5,363 | 1,073 | 1,073 |
| Media | RH Donnelley - acq financing for Sprint Yellow Pages | Lev. Loans | 5,011 | 5,011 | 456 | 456 |
| Media | Carlyle/Welsh - acq fncg for Qwest Dex East (Phase 1) / Phase I | HY Bonds | (130) | (130) | | |
| Total | | | 24,599 | 24,599 | 4,149 | 4,149 |

DB 000131 A

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**
Name: **Employee G**
Title: Director
Industry/Product Group: Media
Area of Focus: Advertising, Marketing Services

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | na |
| - Qualitative | na |
| - Quantative | na |
| - Cultural | na |
| 2003 Group/Product Head Ranking | na |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | N/A |
| Guarantee 2003  (Y/N) | Yes |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary** (a)

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | - | - | na |
| P&S Revenue (Sept 30) | - | - | na |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 0 |
| DB Market Share | 0.0% |
| DB BPaD Revenue | 0.0 |
| Coverage Wallet Meets Target (> 112.5) | NA |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | **Employee H** |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Broadcasting, Cable TV, Cinemas, Lev Fin |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | C |
| - Qualitative | C |
| - Quantative | C |
| - Cultural | C |
| 2003 Group/Product Head Ranking | 5 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | A |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary (a)**

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 6,000 | 5,384 | 17 of 32 |
| P&S Revenue (Sept 30) | 467 | 411 | 20 of 32 |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 0 |
| DB Market Share | 0.0% |
| DB BPaD Revenue | 0.0 |
| Coverage Wallet Meets Target (> 112.5) | NA |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB  000133

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

**2003 Revenue**

| Banker | Banker Coverage Group | Deal Name | Product | DB Franchise Value Nov 14th | DB Franchise Value GCF Value Nov 14th | Banker P&S Franchise Value (Sep YTD) | Banker P&S GCF Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| | Media. | Albritton Communications - HY Offering (1Q03) | HY Bonds | 1,472 | 1,472 | 210 | 210 |
| | Media. | Lin TV - convertible bond & HY offerings (2Q03) | Equity Linked | 1,152 | 576 | 111 | 56 |
| | Media. | Acme Communications - general advisory | M&A | 923 | 923 | | |
| | Media. | Lin TV - convertible bond & HY offerings (2Q03) | HY Bonds | 787 | 787 | 154 | 154 |
| | Media. | Albritton Communications - General Advisory (News Ch 8) | M&A | 602 | 602 | | |
| | Media. | Tribune Co - general advisory (radio assets) | M&A | 433 | 433 | | |
| | Media. | Loews Corporation - HY/Bank Refinancing | Lev. Loans | 428 | 428 | | |
| | Media. | Lin TV - bank financing (1Q 03) | Lev. Loans | 232 | 232 | | |
| | Media. | Gray Television - bank/equity financing (4Q 02) | Lev. Loans | 131 | 131 | | |
| | Media. | Gray Television - bank/equity financing (4Q 02) | Equity | 70 | 35 | | |
| | Media. | Gray Television - HY offering (4Q 02) | HY Bonds | 33 | 33 | | |
| | Media. | MediaNation - HK$445.6mn 1PO on GEM - Proj Bus / Bus (Asia ECM) | Equity | 11 | 5 | | |
| | Media. | Albritton Communications - HY (4Q 02) | HY Bonds | (61) | (61) | 163 | 163 |
| | Media. | Salem Communications - HY offering (4Q 02) | HY Bonds | (213) | (213) | | |
| | Media. | Albritton Communications - HY (4Q 02) | HY Bonds | | | (171) | (171) |
| | Total | | | 6,000 | 5,383 | 467 | 411 |

**Employee H**

**2003/2004 Mandates**

| Banker | Banker Coverage Group | Deal Name | Product | DB Franchise Value Nov 14th | DB Franchise Value GCF Value Nov 14th | Banker P&S Franchise Value (Sep YTD) | Banker P&S GCF Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| Employee H | Media | Jones Media Networks - HY offering (4Q03) (D032555) | Bonds-Corporate H | 2,374 | 2,374 | | |
| | Total | | | 2,374 | 2,374 | | |

CONFIDENTIAL

DB 000134

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | **Employee I** |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Broadcasting, DBS/Satellite |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | |
| - Qualitative | A |
| - Quantative | A |
| - Cultural | A |
| | B |
| 2003 Group/Product Head Ranking | 1 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | A |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary (a)**

| | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Revenue (euro) | | | |
| Controlling Revenue (Nov 14th) | 42,314 | 40,579 | 1 of 32 |
| P&S Revenue (Sept 30) | 7,945 | 7,945 | 1 of 32 |
| BPaD (Q3 2003) | | | |
| Market Fees (Wallet) | 58 | | |
| DB Market Share | 23.3% | | |
| DB BPaD Revenue | 13.4 | | |
| Coverage Wallet Meets Target (> 112.5) | NO | | |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000135

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

### 2003 Revenue — Employee 1

| Banker | Banker/Coverage Group, Deal Name | Product | DB Franchise Value, Nov 14th | Banker P&S Value & Franchise Value (Nov 14th) | DB Franchise Value GCC, Nov 14th | Banker P&S GCC Value (Sep MD) |
|---|---|---|---|---|---|---|
| Media. | Echostar - acqn advisory and financing (GM - HE) | HY Bonds | 16,227 | 16,227 | 2,344 | 2,344 |
| Media. | Echostar - acqn advisory and financing (GM - HE) | Lev. Loans | 8,829 | 8,829 | 1,766 | 1,766 |
| Media. | DirecTV - bank/HY financing (1Q 03) | Lev. Loans | 7,840 | 7,840 | 2,240 | 2,240 |
| Media. | DirecTV - bank/HY financing (1Q 03) | HY Bonds | 4,378 | 4,378 | 1,318 | 1,318 |
| Media. | Citadel Broadcasting - IPO (3Q 2003) | Equity | 3,010 | 1,505 | | |
| Media. | Echostar - acqn advisory and financing (GM - HE) | M&A | 1,389 | 1,389 | 278 | 278 |
| Media. | Sinclair Broadcast Group - convertible offering (2Q 03) | Equity Linked | 287 | 143 | | |
| Media. | Sinclair Broadcast Group - HY offering (4Q 02) | HY Bonds | 165 | 165 | | |
| Media. | Spanish Broadcasting - refinancing (4Q03) | HY Bonds | 159 | 159 | | |
| Media. | Viacom - $750mm - iG Bond - Q2 03 | DCM JV | 123 | 37 | | |
| Media. | Sinclair Braodcast - HY offering (2Q 03) | HY Bonds | 53 | 53 | | |
| Media. | Hughes/PanAmSat - Project Pelican/interim financing 1Q02 / Pelican 1 | HY Bonds | (146) | (146) | | |
| Total | | | 42,314 | 40,579 | 7,945 | 7,945 |

### 2003 - 2004 Mandates

CONFIDENTIAL

DB 000136

# Corporate Finance - Americas
## MD-Director - P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | **Employee J** |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Cable TV, Digital Imaging |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | **B** |
| - Qualitative | B |
| - Quantative | C |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 2 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003  (Y/N) | No |
| Promotion Eligible (Y/N) | Yes |
| Promotion Recommendation (Y/N) | No |

**Financial Summary (a)**

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 3,586 | 1,218 | 29 of 32 |
| P&S Revenue (Sept 30) | 2,332 | 912 | 14 of 32 |

| BPaD (Q3 2003) | |
|---|---|
| Market Fees (Wallet) | 113 |
| DB Market Share | 2.8% |
| DB BPaD Revenue | 3.2 |
| Coverage Wallet Meets Target (> 112.5) | Yes |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB  000137

# Corporate Finance - Americas
## MD-Director - Deal Sheet and Pipeline

2003 Revenue

| Banker | Banker Coverage Group | Deal Name | Product | tDB Franchise Value (Nov 14th) | GCF Value (Nov 14th) | Banker P&S GCF Value (Sep YTD) | Banker P&S Franchise Value (Sep YTD) |
|---|---|---|---|---|---|---|---|
| Employee 3 | Media | AES - HY offering (2Q 03) | HY Bonds | 1,214 | 364 | 304 | 304 |
| | Media | Pitney Bowes - IG Offering (Q2 2003) | DCM JV | 969 | 291 | 1,157 | 347 |
| | Media | Comcast - IG offering (2Q03) | DCM JV | 545 | 272 | 871 | 261 |
| | Media | TiVo - Block Trade (2Q03) | Equity | 441 | 132 | | |
| | Media | IQS Capital LLC - $350mm 7 year notes Q2 03 | DCM JV | 207 | 62 | | |
| | Media | Comcast Corp - IG offering (1Q 03) | DCM JV | 165 | 83 | | |
| | Media | Kodak - $500mm Convertible (Q4 2003) | Equity Linked | 45 | 13 | | |
| | Media | Eastman Kodak - $500mn IG Offering (4Q 2003) | DCM JV | | | | |
| Total | | | | 3,586 | 1,217 | 2,332 | 912 |

2003/2004 Mandates

CONFIDENTIAL

DB 000138

## Corporate Finance - Americas
## MD-Director – P&P Summary Sheet

**Individual Information**

| | |
|---|---|
| Name | **Employee K** |
| Title | Director |
| Industry/Product Group | Media |
| Area of Focus | Internet - New Media |

**Rankings**

| | |
|---|---|
| 2003 Regional Opco Composite Bucket | C |
| - Qualitative | B |
| - Quantative | D |
| - Cultural | B |
| 2003 Group/Product Head Ranking | 4 of 5 |
| 2003 Opco Ordinal Ranking (Dir Only) | [tbd] |
| 2002 Comp Bucket | B |
| Guarantee 2003 (Y/N) | No |
| Promotion Eligible (Y/N) | No |
| Promotion Recommendation (Y/N) | No |

**Financial Summary (a)**

| Revenue (euro) | Franchise | GCF | Ranking (GCF rev by Title) (b) |
|---|---|---|---|
| Controlling Revenue (Nov 14th) | 21,590 | 10,838 | 9 of 32 |
| P&S Revenue (Sept 30) | - | - | 32 of 32 |

**BPaD (Q3 2003)**

| | |
|---|---|
| Market Fees (Wallet) | 48 |
| DB Market Share | 1.5% |
| DB BPaD Revenue | 0.7 |
| Coverage Wallet Meets Target (> 112.5) | NO |

(a) See attached deal detail
(b) Ranking CAG or Product or Sponsor Specific

CONFIDENTIAL

DB 000139

Corporate Finance - Americas
MD-Director - Deal Sheet and Pipeline

| Banker Coverage Group | Deal Name | Product | DB Franchise Value (Nov 14th) / GCF Value (Nov 14th) | Banker P&S Franchise Value (Sep YTD) / Banker P&S GCF Value (Sep YTD) |
|---|---|---|---|---|
| **2003 Revenue** | | | | |
| **Employee K** | | | | |
| Media | Vivendi - exchangeable bond trade (Project Hydra) / Hydra | Equity Linked | 20,800 | 10,450 |
| Media | Digital River - block trade (3Q03) | Equity | 753 | 377 |
| Media | Liberty Media - IG offering (2Q03) | DCM JV | 37 | 11 |
| Total | | | 21,590 | 10,838 |
| **2003 2004 Man BS...** | | | | |
| **Employee K** | | | | |
| Media | Google - IPO | Equity-IPO | 5,000 | |
| Total | | | 5,000 | |

CONFIDENTIAL

DB 000140