*Jones, J*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| DANIEL B. GRAVES, | |
|---|---|
| Plaintiff, | **CIVIL ACTION NO.** |
| v. | **1:07-cv-05471-BSJ-KNF** |
| DEUTSCHE BANK SECURITIES, INC., | (Electronically Filed) |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S CONSENTED MOTION FOR LEAVE TO SUBSTITUTE THE ACCOMPANYING REVISED PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND ATTACHMENTS FOR THE EXISTING PROPOSED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND ATTACHMENTS, *NUNC PRO TUNC*, AS ATTACHMENTS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED AND SUPPLEMENTAL COMPLAINT, AND TO THE SEYMOUR DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS

This matter comes before the Court on Plaintiff's Motion for leave to substitute the accompanying Revised Proposed Second Amended and Supplemental Complaint and attachments for the existing Proposed Second Amended and Supplemental Complaint and attachments, *nunc pro tunc*, as attachments to Plaintiff's June 16, 2008, Motion for Leave to File His Proposed Second Amended and Supplemental Complaint (Doc. # 29, Exhibit A), and to the Seymour Declaration in support of Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions (Doc. # 33, Exhibit 1, mislabeled as Errata 1).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08



Plaintiff represents that defendant does not object to grant of the Motion.

It appears that the Motion is well taken, and it is therefore hereby

ORDERED, that the accompanying Revised Proposed Second Amended and Supplemental Complaint and attachments for the existing Proposed Second Amended and Supplemental Complaint and attachments, *nunc pro tunc*, as attachments to Plaintiff's June 16, 2008, Motion for Leave to File His Proposed Second Amended and Supplemental Complaint (Doc. # 29, Exhibit A), and to the Seymour Declaration in support of Plaintiff's June 16, 2008, Opposition to Defendant's Motion for Sanctions (Doc. # 33, Exhibit 1, mislabeled as Errata 1).

This 5th day of August 2008.

Barbara S. Jones
UNITED STATES DISTRICT JUDGE

- 2 -