UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL B. GRAVES,                                      :

            Plaintiff,                             :

      -against-                                       :

DEUTSCHE BANK SECURITIES, INC.,                        :

           Defendant.                              :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/10
```

**ORDER**
07 Civ. 5471 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the telephonic status conference scheduled previously for November 22, 2010, at 10:30 a.m., is rescheduled to November 15, 2010, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       October 25, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE