UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL A. GRAVES,                              :

            Plaintiff,                 :

      -against-                               :

DEUTSCHE BANK SECURITIES, INC.,    :

           Defendant.               :
------------------------------------------------------------X

ORDER

07 Civ. 5471 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic conference was held with counsel to the respective parties on November 15, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the settlement conference scheduled previously for January 10, 2011, shall be held on January 31, 2011, at 10:30 a.m.

Dated: New York, New York
       November 15, 2010

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE