IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                    Plaintiff,<br><br>     v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                    Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

# PLAINTIFF'S NOTICE OF CONSENTED MOTION AND CONSENTED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS CLAWED-BACK BY PLAINTIFF PURSUANT TO RULE 26(b)(5)(B)

PLEASE TAKE NOTICE that plaintiff is filing this Consented Motion for One-Day Extension of Time to File Plaintiff's Opposition to Defendant's Motion to Compel Production of Documents Clawed-Back by Plaintiff Pursuant to Rule 26(b)(5)(B).

The current deadline is February 7, 2011.  Plaintiff seeks to change the deadline to February 8, 2011.

Defendant has authorized plaintiff to state that defendant consents to this Motion.

This Motion is supported by the annexed Declaration of Counsel, and by the accompanying Memorandum of Law.  A proposed form of Order is submitted herewith.

Respectfully submitted,

Richard T. Seymour (RS-8094)
rick@rickseymourlaw.net
Law Office of Richard T. Seymour, P.L.L.C.
1150 Connecticut Avenue N.W., Suite 900
Washington, D.C.  20036-4129
    (202) 862-4320 – Telephone
    (202) 549-1454 – Cell
    (800) 805-1065 – Telecopier

Steven A. Berger (SB-2038)
sberger@bergerwebb.com
Jonathan Rogin (JR-9800)
jrogin@bergerwebb.com
Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, N.Y. 10019
    (212) 319-1900 – Telephone
    (212) 319-2017 and -2018 – Telecopiers


By: ___/s/ Richard T. Seymour_____
    Richard T. Seymour (RS 8094)
    Attorneys for Plaintiff

Dated: February 7, 2011

## **Certificate of Service**

I certify that I have, this 7th day of February, 2011, served a true and correct copy of Plaintiff's Notice of Consented Motion and Consented Motion for One-Day Extension of Time to File Plaintiff's Opposition to Defendant's Motion to Compel Production of Documents Clawed-Back by Plaintiff Pursuant to Rule 26(b)(5)(B), and proposed form of Order, on counsel of record for defendant, as shown below, by service through the Court's ECF system:

>Cliff Fonstein, Esq.
>Joanne Seltzer, Esq.
>Sidley Austin LLP
>787 Seventh Avenue
>New York, NY 10019

>/s/ Richard T. Seymour_____
>Richard T. Seymour (RS-8094)
>rick@rickseymourlaw.net
>Law Office of Richard T. Seymour, P.L.L.C.
>1150 Connecticut Avenue N.W., Suite 900
>Washington, D.C.  20036-4129
>    (202) 862-4320 – Telephone
>    (202) 549-1454 – Cell
>    (800) 805-1065 – Telecopier