IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>                           Plaintiff,<br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>                           Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>**(Electronically Filed)** |

# PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS CONSENTED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS CLAWED-BACK BY PLAINTIFF PURSUANT TO RULE 26(B)(5)(B)

The accompanying Declaration of Richard T. Seymour shows good cause for the brief extension of time requested. Defendant's consent ensures that there is no prejudice.

Plaintiff prays that his Motion be granted.

Respectfully submitted,

                            Richard T. Seymour (RS-8094)
                            rick@rickseymourlaw.net
                            Law Office of Richard T. Seymour, P.L.L.C.
                            1150 Connecticut Avenue N.W., Suite 900
                            Washington, D.C.  20036-4129
                                  (202) 862-4320 – Telephone
                                  (202) 549-1454 – Cell
                                  (800) 805-1065 – Telecopier

        Steven A. Berger (SB-2038)
        sberger@bergerwebb.com
        Jonathan Rogin (JR-9800)
        jrogin@bergerwebb.com
        Berger & Webb, LLP
        1633 Broadway, 46th Floor
        New York, N.Y. 10019
            (212) 319-1900 – Telephone
            (212) 319-2017 and -2018 – Telecopiers


By: ___/s/ Richard T. Seymour_____
      Richard T. Seymour (RS 8094)
      Attorneys for Plaintiff

Dated: February 7, 2011

**Certificate of Service**

I certify that I have, this 7th day of February, 2011, served a true and correct copy of the foregoing Memorandum in Support of Plaintiff's Notice of Consented Motion and Consented Motion for One-Day Extension of Time to File Plaintiff's Opposition to Defendant's Motion to Compel Production of Documents Clawed-Back by Plaintiff Pursuant to Rule 26(b)(5)(B), on counsel of record for defendant, as shown below, by service through the Court's ECF system:

> Cliff Fonstein, Esq.
> Joanne Seltzer, Esq.
> Sidley Austin LLP
> 787 Seventh Avenue
> New York, NY 10019

> /s/ Richard T. Seymour_____
> Richard T. Seymour (RS-8094)
> rick@rickseymourlaw.net
> Law Office of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue N.W., Suite 900
> Washington, D.C.  20036-4129
>     (202) 862-4320 – Telephone
>     (202) 549-1454 – Cell
>     (800) 805-1065 – Telecopier