Jones, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DANIEL B. GRAVES,
              Plaintiff,

    - against -

DEUTSCHE BANK SECURITIES INC.,

             Defendant.
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11

07 Civ. 5471 (BSJ)

**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Daniel B. Graves (hereinafter referred to as "Plaintiff") and counsel for Defendant Deutsche Bank Securities Inc. (hereinafter referred to as "Defendant") that the deadline to file any Motion for Summary Judgment be enlarged from March 17, 2011 to forty-five (45) days after Defendant's Motion to Compel Production of Documents Clawed-Back by Plaintiff Pursuant to Rule 26(b)(5)(B) is finally decided  This is the first time the parties have asked for an extension of the deadline to file Motions for Summary Judgment.

Dated: New York, New York
February 11, 2011

| LAW OFFICE OF RICHARD T. SEYMOUR | SIDLEY AUSTIN LLP |
|---|---|
| By: *Richard T. Seymour* | By: *Joanne Seltzer* |
| Richard T. Seymour (RS-8094) | Cliff Fonstein |
| rick@rickseymourlaw.net | cfonstein@sidley.com |
| 1500 Connecticut Ave, NW, Suite 900 | Joanne Seltzer |
| Washington, D.C. 20036-4129 | jseltzer@sidley.com |
| (202) 862-4320 – Telephone | 787 Seventh Avenue |
| | New York, New York 10019 |
| | (212) 839-5300 – Telephone |

BERGER & WEBB, LLP

Steven A. Berger (SB-2038)
sberger@bergerwebb.com
Jonathan Rogin (JR-9800)
jrogin@bergerwebb.com
1633 Broadway, 46th Floor
New York, N.Y. 10019
(212) 319-1900 – Telephone

SIDLEY AUSTIN LLP
Attorneys for Defendant

Attorneys for Plaintiff

IT IS SO ORDERED.
Dated: New York, New York
Feb. 14, 2011

*Barbara S. Jones*
Hon. Barbara S. Jones, U.S.D.J.

NY1 7556262v.1

2