STEVEN A. BERGER (SB 2038)
JONATHAN ROGIN (JR 9800)
**BERGER & WEBB, LLP**
1633 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10019
(212) 319-1900
*ATTORNEYS FOR PLAINTIFF DANIEL B. GRAVES*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>       *Plaintiff,*<br> -against-<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       *Defendant.* | *Civil No. 07-cv-05471 (BSJ)*<br><br>**NOTICE OF CHANGE<br>OF ADDRESS** |

   **PLEASE TAKE NOTICE** that effective March 25, 2011, the address of the law

firm of BERGER & WEBB, LLP has been changed to 7 Times Square, New York, NY 10036.

The phone and fax numbers will remain the same.

Dated:     New York, New York
           March 21, 2011

                              **BERGER & WEBB, LLP**

                              By:_____
                                  STEVEN A. BERGER (SB 2038)
                                  JONATHAN ROGIN (JR 9800)

                              *Attorneys for Plaintiff*
                              1633 Broadway, 46th Floor Avenue
                              New York, New York  10019
                              (212) 319-1900

**To:**     Richard T. Seymour, Esq.
            Adele Rapport, Esq.
            **LAW OFFICES OF RICHARD T. SEYMOUR, P.L.L.C.**
            *Attorneys for Plaintiff*
            1150 Connecticut Avenue, N.W.
            Suite 900
            Washington, DC  20036-4129
            (212) 862-4320

            Cliff Fonstein, Esq.
            Joanne Seltzer, Esq.
            **SIDLEY AUSTIN LLP**
            *Attorneys for Defendant*
            787 Seventh Avenue
            New York, NY  10019
            (212) 839-5300