USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

DANIEL B. GRAVES,                      **ECF CASE**
                                    :

                Plaintiff,           07 Civ. 5471 (BSJ) (KNF)
                                    :

       - against -                           :

DEUTSCHE BANK SECURITIES INC.,           :

                Defendant.             :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

#### ▉▉▉▉▉ ORDER GRANTING LEAVE
#### TO FILE UNREDACTED BRIEF UNDER SEAL

       This matter comes before the Court on defendant's Unopposed Motion for Leave to File

Unredacted Brief Under Seal.  Upon considering the Motion and supporting papers, it appears

that a filing under seal is warranted pursuant to Fed. R. Civ. R. 26(b)(5)(B). It is therefore hereby

       ORDERED, that the Motion is granted, and that defendant shall file under seal an

unredacted copy of Defendant's Response to Plaintiff's Rule 72(a) Objections to the Magistrate

Judge's February 14, 2011 Orders (Docket #114).

       SO ORDERED.

       This the _22_ day of _March_____, 2011 in New York, New York.

                                  _____
                                  BARBARA S. JONES
                                  United States District Judge