UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
Daniel B. Graves,
                  Plaintiff,

Case No. 07-CV-05471 (BSJ)

-against-

Deutsche Bank Securities, Inc.,
                  Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[x] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jonathan Rogin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **JR 9800**  My State Bar Number is **2701522**

I am,

[x] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm, address, telephone number and fax number):

OLD FIRM: Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, NY. 10019

NEW FIRM: Berger & Webb, LLP
7 Times Square, 27th Floor
New York, NY. 10036
212-319-1900 Phone / 212-319-2017 Fax

[x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:

ATTORNEY'S SIGNATURE