UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

Daniel B. Graves,
                      Plaintiff,

Case No. 07-CV 05471 (BSJ)

-against-

Deutsche Bank Securities, INC
                      Defendant.
--------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending            ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Steven Arthur Berger
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB 2038   My State Bar Number is 428396

I am,

☒ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm, address, telephone number and fax number):

OLD FIRM: Berger & Webb, LLP
1633 Broadway, 46th Floor
New York, NY 10019

NEW FIRM: Berger & Webb, LLP
7 Times Square, 27th floor
New York, NY 10036
212-319-1900 Phone / 212-319-1017 Fax

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:

ATTORNEY'S SIGNATURE