UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Daniel B. Graves                          Plaintiff,                Case No. 1:07-cv-OS471-BSJ-KNF

    -against-

Deutsche Bank Securities, Inc.      Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Richard T. Seymour**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RS-8094          My State Bar Number is DC 28100

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Law Office of Richard T. Seymour, P.L.L.C.
            FIRM ADDRESS: 1150 Connecticut N.W. # 900, Washington DC 20036
            FIRM TELEPHONE NUMBER: 202-862-4320
            FIRM FAX NUMBER: 800-805-1065

NEW FIRM:   FIRM NAME: Law Office of Richard T. Seymour, P.L.L.C.
            FIRM ADDRESS: 888 17th Street, N.W. #900, Washington DC 20006
            FIRM TELEPHONE NUMBER: 202-785-2145
            FIRM FAX NUMBER: 800-805-1065

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 9, 2011

*/s/ Richard T. Seymour*
ATTORNEY'S SIGNATURE