UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD LEE, )<br>)<br>   individually, and on behalf of )<br>   all others similarly situated, )<br>)<br>                      Plaintiffs, )<br>)<br>                    v. )<br>)<br>ABC CARPET & HOME, JERRY WEINRIB, )<br>and PAUL CHAPMAN, )<br>)<br>                    Defendants. )<br>_____) | Civil Action No.<br>00 Civ. 0984 (DAB) |

# CORRECTED DECLARATION OF RICHARD T. SEYMOUR IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW ADELE RAPPORT AS AN ATTORNEY FOR PLAINTIFF

I make the following declaration subject to the penalties for perjury:

1. I am lead counsel for Plaintiff and the class in this action.

2. Adele Rapport has left my employment, and is now working as an attorney for the Federal government.

3. Ms. Rapport has not been involved in the prosecution of this case for some time.

4. Ms. Rapport has no ongoing responsibilities for any part of this case. Her withdrawal as one of the attorneys for Plaintiff will have no effect on the prosecution of this case or its readiness for trial.

                                          /s/ Richard T. Seymour_____
                                          Richard T. Seymour
                                          Attorney for Plaintiff

Dated: September 9, 2011

**Certificate of Service**

I certify that I have, this 9th day of September, 2011, served a copy of the Corrected Declaration of Richard T. Seymour in Support of Plaintiffs' Motion for Leave to Withdraw Adele Rapport as an Attorney for Plaintiff on counsel of record for defendant, as shown below, by service through the Court's ECF system:

> Cliff Fonstein, Esq.
> Joanne Seltzer, Esq.
> Sidley Austin LLP
> 787 Seventh Avenue
> New York, NY 10019

> /s/ Richard T. Seymour_____
> Richard T. Seymour (RS-8094)
> rick@rickseymourlaw.net
> Suite 900, Brawner Building
> 888 17th Street, N.W.
> Washington, DC 20006-3307
>     Voice: 202-785-2145
>     Cell:   202-549-1454
>     Facsimile:  800-805-1065

Dated: September 9, 2011