Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DANIEL B. GRAVES,

             Plaintiff,             07 Civ. 5471 (BSJ)

    - against -

DEUTSCHE BANK SECURITIES INC.,

            Defendant.
----------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11
```

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the following briefing schedule shall apply to any summary judgment motion to be filed by Plaintiff Daniel B. Graves and Deutsche Bank Securities Inc.:

        Deadline for filing summary judgment motions.................February 7, 2012

        Deadline for filing opposition briefs................................March 7, 2012

        Deadline for filing reply briefs........................................March 20, 2012

Dated: New York, New York
       December ___, 2011

LAW OFFICE OF RICHARD T. SEYMOUR    SIDLEY AUSTIN LLP

By: _____              By: _____
Richard T. Seymour                               Cliff Fonstein
rick@rickseymourlaw.net                     cfonstein@sidley.com
Suite 900, Brawner Building                 Joanne Seltzer
888 17th Street, N.W.                             jseltzer@sidley.com
Washington, D.C. 20006-3307              787 Seventh Avenue
                                                            New York, New York 10019

Attorneys for Plaintiff                              Attorneys for Defendant

IT IS SO ORDERED.
Dated: New York, New York
         December 22, 2011

_____
Hon. Barbara S. Jones, U.S.D.J.

12/22/11

NY1 6287032v.1