

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
DANIEL B. GRAVES,
                Plaintiff,

      - against -

DEUTSCHE BANK SECURITIES INC.,

                Defendant.
---------------------------------x

07 Civ. 5471 (BSJ)

**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

        IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Daniel B. Graves (hereinafter referred to as "Plaintiff") and counsel for Defendant Deutsche Bank Securities Inc. (hereinafter referred to as "Defendant") that the briefing schedule set forth in the December 22, 2011 stipulation and order, ("December 22nd order"), be postponed as set forth below.

        The December 22nd order set forth the following briefing schedule:

        Deadline for filing summary judgment motions......................February 7, 2012

        Deadline for filing opposition briefs...................................March 7, 2012

        Deadline for filing reply briefs........................................March 20, 2012

        Defendant requests, with Plaintiff's consent, that in lieu of the above schedule, the schedule set forth below apply to any Summary Judgment motions to be filed by Plaintiff or Defendant:

        Deadline for filing summary judgment motions.........................May 24, 2012

        Deadline for filing opposition briefs...................................June 25, 2012

Deadline for filing reply briefs..................................................July 2, 2012

Defendant requests this schedule because one of the principal lawyers representing Defendant in this matter has announced her decision to leave Defendant's law firm Sidley Austin LLP and the schedule of the lawyers for Plaintiff and Defendant in March and April preclude any earlier briefing.

Dated: New York, New York
January 25, 2012

LAW OFFICE OF RICHARD T. SEYMOUR

By: /s/ Richard Seymour
Richard T. Seymour (RS-8094)
rick@rickseymourlaw.net
1500 Connecticut Ave, NW, Suite 900
Washington, D.C. 20036-4129
(202) 862-4320 – Telephone

BERGER & WEBB, LLP

Steven A. Berger (SB-2038)
sberger@bergerwebb.com
Jonathan Rogin (JR-9800)
jrogin@bergerwebb.com
1633 Broadway, 46th Floor
New York, N.Y. 10019
(212) 319-1900 – Telephone

Attorneys for Plaintiff

SIDLEY AUSTIN LLP

By: [signature]
Cliff Fonstein
cfonstein@sidley.com
787 Seventh Avenue
New York, New York 10019
(212) 839-5300 – Telephone

SIDLEY AUSTIN LLP
Attorneys for Defendant

IT IS SO ORDERED.
Dated: New York, New York
January 30, 2012

[signature]
Hon. Barbara S. Jones, U.S.D.J.

1/30/12

NY1 7992899v.2

2