UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DANIEL B. GRAVES,

                Plaintiff,  :  07 Civ. 5471 (BSJ)

      - against -  :  **NOTICE OF APPEARANCE**

DEUTSCHE BANK SECURITIES INC.

                Defendant.

------------------------------------X

      Please enter my appearance in the above-captioned action as counsel for Defendant Deutsche Bank Securities Inc. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this court.

                            Respectfully submitted,

Dated: February 1, 2012       SIDLEY AUSTIN LLP
       New York, New York

                      By: _/s/ Tara Michelle Conroy_
                          Tara Michelle Conroy
                          787 Seventh Avenue
                          New York, New York 10019
                          (212) 839-5300

                          Attorneys for Defendant
                          Deutsche Bank Securities Inc.

NYI 8008366v.1