UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
DANIEL B. GRAVES,
                Plaintiff,

        - against -

DEUTSCHE BANK SECURITIES INC.

                Defendant.
----------------------------------X

07 Civ. 5471 (BSJ)

**MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE OF JOANNE SELTZER, ESQ.**

Pursuant to Local Civil Rule 1.4, Defendant Deutsche Bank Securities Inc. ("Deutsche Bank"), by and through its counsel, Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Joanne Seltzer, Esq., as counsel on its behalf.

Sidley Austin has represented Deutsche Bank throughout the pendency of this action and will continue to do so. On July 6, 2007, Joanne Seltzer appeared in this action on behalf of Deutsche Bank, at which time she was an associate attorney with Sidley Austin. Ms. Seltzer is no longer associated with Sidley Austin and will not continue to represent Deutsche Bank in this action. Ms. Seltzer's withdrawal will not affect the posture of this action.

Dated: New York, New York
       February 1, 2012

                                            SIDLEY AUSTIN LLP

                                       By: *Cliff Fonstein / TMC*
                                          Cliff Fonstein
                                          787 Seventh Avenue
                                          New York, New York 10019
                                          Attorneys for Defendant
                                          Deutsche Bank Securities Inc.

NY1 8008383v.1