```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DANIEL GRAVES,

        Plaintiff,

-against-

DEUTSCHE BANK SECURITIES, INC.,

        Defendant.

------------------------------------x

07-CV-5471 (BSJ-KNF)

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** the law firm of Seyfarth Shaw LLP is hereby substituting as counsel of record for the defendant, Deutsche Bank Securities Inc., in place of the law firm of Sidley Austin LLP, and further that all pleadings, notices, orders, and other papers required or permitted to be served upon defendant are to be served upon undersigned counsel at the address listed below. Cliff Fonstein, formerly with Sidley Austin LLP and now with Seyfarth Shaw LLP, who has previously appeared in this matter, shall continue as counsel for the defendant.

Dated: April 11, 2012

        Respectfully submitted,

        SEYFARTH SHAW LLP

        By_____
        Cliff Fonstein, Esq.
        620 Eighth Avenue
        New York, New York 10018
        212.218.5500
        cfonstein@seyfarth.com
        *Attorneys for Defendant*

SO ORDERED: April 17, 2012

_____
HON. BARBARA S. JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DANIEL GRAVES,

        Plaintiff,

-against-

DEUTSCHE BANK SECURITIES, INC.,

        Defendant.

------------------------------------- x

07-CV-5471 (BSJ-KNF)

**DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT DEUTSCHE BANK SECURITIES, INC.**

        Cliff Fonstein hereby declares and says:

        1.     I am an attorney with Seyfarth Shaw LLP, the attorneys of record for defendants Deutsche Bank Securities Inc. I submit this declaration in support of an Order, pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, authorizing Seyfarth Shaw LLP to be substituted as counsel of record for the defendant in the place and stead of Sidley Austin LLP.

        2.     It is respectfully submitted that the instant Order be granted in all respects. Sidley Austin LLP has been advised by the defendant that it no longer wants them to represent it in this action. Sidley Austin LLP is not asserting a retaining or recharging lien.

        3.     Our client, being the defendant, has approved of the substitution. The substitution is not being taken for purposes of delay.

4.  For all of the foregoing reasons, it is respectfully requested that the Order be granted authorizing Seyfarth Shaw LLP to be substituted as counsel of record for the defendant in the place and stead of Sidley Austin LLP.

Dated: April 11, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By_____
Cliff Fonstein, Esq.
620 Eighth Avenue
New York, New York 10018
212.218.5500
cfonstein@seyfarth.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served the foregoing **Notice of Substitution of Counsel** on counsel for the Plaintiff by causing a true and correct copy of same to be deposited in the United States Mail with sufficient postage affixed thereto, addressed as follows:

> Law Offices of Richard T. Seymour, P.L.L.C.
> 1150 Connecticut Avenue, N.W.
> Suite 900
> Washington, DC 20036
>
> Berger & Webb LLP
> 7 Times Square, 27th Floor
> New York, NY 10036
>
> Sidley Austin LLP
> 787 Seventh Avenue
> New York, NY 10019

Dated: April 13, 2012

> Respectfully submitted,
>
> SEYFARTH SHAW LLP
>
> By_____
> Cliff Fonstein, Esq.
> 620 Eighth Avenue
> New York, New York 10018
> 212.218.5500
> cfonstein@seyfarth.com
> *Attorneys for Defendant*