UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
DANIEL B. GRAVES,
:
                        Plaintiff,                07 Civ. 5471 (BSJ)
:
- against -
:
DEUTSCHE BANK SECURITIES INC.,         **NOTICE OF APPEARANCE**
:
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        **PLEASE TAKE NOTICE** that Nicholas H. De Baun an attorney with Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as attorney for defendants Deutsche Bank Securities Inc.  Mr. De Baun hereby certifies that he is admitted to practice in this Court.

DATED: May 24, 2012        SEYFARTH SHAW LLP

                                       /s/ Nicholas H. De Baun
                                       Nicholas H. De Baun
                                       620 Eighth Avenue
                                       New York, New York 10018-1405
                                       Main Office Number: (212) 218-5500
                                       Main Fax Number: (212) 218-5526
                                       ndebaun@seyfarth.com

                                       *Attorneys for Defendants*

14497300v.1