UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL B. GRAVES,

                Plaintiff,          07 Civ. 5471 (BSJ)

      - against -

                                       **NOTICE OF MOTION**

DEUTSCHE BANK SECURITIES INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law dated May 24, 2012, the Affirmation of Nicholas H. De Baun dated May 24, 2012, and all the pleadings and all proceedings in this action, defendant Deutsche Bank Securities Inc. will move the Court before the Honorable Barbara Jones at the United States Courthouse, 500 Pearl Street, New York, New York for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Complaint and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 24, 2012

                                          SEYFARTH SHAW LLP

                                          By:  /s/ Nicholas H. De Baun
                                                  Cliff Fonstein
                                                  Nicholas H. De Baun
                                                  620 Eighth Avenue
                                                  New York, New York 10018
                                                  (212) 218-5500

                                          Attorneys for Defendant
                                          Deutsche Bank Securities Inc.