UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
: 
DANIEL B. GRAVES, :
:
                    Plaintiff, :    1:07-cv-05471-BSJ-KNF
:
    - against - :    ECF CASE
:
DEUTSCHE BANK SECURITIES INC., :    **NOTICE OF APPEARANCE**
:
                    Defendant. :
:
------------------------------------ x

      **PLEASE TAKE NOTICE** that Tara M. Conroy an attorney with Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters her appearance as attorney for defendants Deutsche Bank Securities Inc. Ms. Conroy hereby certifies that she is admitted to practice in this Court.

Dated: New York, New York      SEYFARTH SHAW LLP
       May 25, 2012

                                      /s/*Tara M. Conroy*
                                      Tara M. Conroy
                                      620 Eighth Avenue
                                      New York, New York 10018-1405
                                      Main Office Number: (212) 218-5500
                                      Main Fax Number: (212) 218-5526
                                      tconroy@seyfarth.com

                                      *Attorneys for Defendants*

14497323v.1