UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Daniel B. Graves

                  Plaintiff,

-against-

Deutsche Bank Securities, Inc.   Defendant.

------------------------------------------------------

Case No. 07 Civ. 5471

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Cliff Fonstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CF8603     My State Bar Number is 2642213

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sidley Austin LLP
                 FIRM ADDRESS: 787 Seventh Avenue, NY, NY 10019
                 FIRM TELEPHONE NUMBER: 212-839-5300
                 FIRM FAX NUMBER: 212-839-5599

NEW FIRM:  FIRM NAME: Seyfarth Shaw LLP
                 FIRM ADDRESS: 620 Eighth Avenue, NY, NY 10019
                 FIRM TELEPHONE NUMBER: 212-218-5500
                 FIRM FAX NUMBER: 212-218-5526

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 30, 2012

/s/ Cliff Fonstein
ATTORNEY'S SIGNATURE
Cliff Fonstein
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Tele: (212) 218-3392
Fax: (917) 344-1327
Email: cfonstein@seyfarth.com