UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Daniel B. Graves

                   Plaintiff,

Case No.  07 Civ. 5471

      -against-

Deutsche Bank Securities, Inc.

               Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Nicholas H. De Baun
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ND5737     My State Bar Number is 2695286

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Sidley Austin LLP
                FIRM ADDRESS:  787 Seventh Avenue, NY, NY 10019
                FIRM TELEPHONE NUMBER: 212-839-5300
                FIRM FAX NUMBER:  212-839-5599

NEW FIRM:    FIRM NAME:  Seyfarth Shaw LLP
                FIRM ADDRESS:  620 Eighth Avenue, NY, NY 10019
                FIRM TELEPHONE NUMBER:  212-218-5500
                FIRM FAX NUMBER: 212-218-5526

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: May 30, 2012             /s/ Nicholas H. De Baun
                                ATTORNEY'S SIGNATURE
                                Nicholas H. De Baun
                                Seyfarth Shaw LLP
                                620 Eighth Avenue
                                New York, New York 10018
                                Tele: (212) 218-3334
                                Fax: (917) 344-1326
                                Email: ndebaun@seyfarth.com