

Jones/S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
DANIEL B. GRAVES,                  :
                        Plaintiff, :
                                   :    07 Civ. 5471 (BSJ)
        - against -                :
                                   :    STIPULATION AND ORDER TO
DEUTSCHE BANK SECURITIES INC.,     :    EXTEND TIME TO FILE MOTION
                                   :    FOR SUMMARY JUDGMENT
                        Defendant. :
                                   :
----------------------------------x

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between counsel for Plaintiff Daniel B. Graves (hereinafter referred to as "Plaintiff") and counsel for Defendant Deutsche Bank Securities Inc. (hereinafter referred to as "Defendant") that the briefing schedule set forth in the December 22, 2011 stipulation and order, ("December 22, 2011 order"), and amended in the January 31, 2012 stipulation and order, Doc. # 131, (:January 31, 2012 order"), be postponed as set forth below.

The December 22, 2011 order set forth the following briefing schedule:

    Deadline for filing summary judgment motions.....................February 7, 2012

    Deadline for filing opposition briefs......................................March 7, 2012

    Deadline for filing reply briefs............................................March 20, 2012

Defendant requests, with Plaintiff's consent, that in lieu of the above schedule,

The January 31, 2012 order amended this schedule as follows:

    Deadline for filing summary judgment motions........................May 24, 2012

    Deadline for filing opposition briefs......................................June 25, 2012

    Deadline for filing reply briefs................................................July 2, 2012

  The amended schedule proposed by the parties is as follows:

    Deadline for filing opposition briefs.........................................July 2, 2012

    Deadline for filing reply briefs................................................July 19, 2012

Plaintiff requests this amended schedule for opposition briefs because Richard T. Seymour, lead counsel for Plaintiff in this matter, has been undergoing chemotherapy treatment for leukemia, the hopefully final round of treatment was from June 5 through June 8, 2012, a complication arose shortly thereafter that culminated in his hospitalization from June 15, 2012 until late evening June 18, 2012, and these events have significantly diminished the amount of work he has been able to do. The period for reply briefs takes into account defense counsel's previously established vacation plans.

Dated: New York, New York
   June 21, 2012

LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.

By: /s/ Richard T. Seymour
Richard T. Seymour (RS-8094)
rick@rickseymourlaw.net
900 Brawner Building
888 17th Street N.W.
Washington, D.C. 20006-3307
(202) 785-2145 – Telephone

BERGER & WEBB, LLP

Steven A. Berger (SB-2038)
sberger@bergerwebb.com
Jonathan Rogin (JR-9800)
jrogin@bergerwebb.com
7 Times Square, 27th Floor

SEYFARTH SHAW LLP

By: /s/ Cliff Fonstein
Cliff Fonstein
cfonstein@seyfarth.com
Nicholas H. DeBaune
ndebaun@seyfarth.com
620 Eighth Avenue
New York, New York 10018
(212) 218-5500 – Telephone

SEYFARTH SHAW LLP
Attorneys for Defendant

2

New York, N.Y. 10036
(212) 319-1900 – Telephone

Attorneys for Plaintiff

IT IS SO ORDERED.
Dated: New York, New York
June **22**, 2012

_____
Hon. Barbara S. Jones, U.S.D.J.

3