IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>       Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>ECF Case |

# PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS CONSENTED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

  The Stipulation of Confidentiality (Doc. 22) entered in this case on November 19, 2007, plaintiff requires plaintiff to move for leave to file confidential documents under seal, and bars plaintiff from filing them in the public record of the Court.

  Plaintiff and defendant have discussed the documents in good faith, before the filing of this Motion.

  As the accompanying Declaration of Richard T. Seymour shows, the types of documents in question involve the internal business dealings of the defendant, and contain information about other employees, other companies, and internal business practices. The parties' original recognition that such documents should be protected remains as sound today as it was when they submitted the agreed Stipulation of Confidentiality to the Court in 2007.

  Plaintiff is aware of the holdings of *Joy v. North*, 692 F.2d 880, 893 (2d Cir. 1982), *cert. denied*, 460 U.S. 1051 (1983), and *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 123 (2d Cir., 2006), to the effect that "documents used by parties moving for, or opposing, summary

judgment should not remain under seal absent the most compelling reasons." *Lugosch* recognized that there may be "countervailing factors" justifying the sealing of such documents. The interests of nonparties in their financial and other forms of privacy is, we submit, such a countervailing factor.

The approach taken by the parties was narrowly tailored.

An intensifying factor underlying the need for confidentiality for such documents is that this case involves investment banking, where parts of the information may derive from, or directly reflect, information originally provided to defendant on a confidential basis by other companies or other persons.

WHEREFORE, plaintiff prays that his Motion be granted.

        Respectfully submitted,

        Richard T. Seymour (RS-8094)
        rick@rickseymourlaw.net
        Law Office of Richard T. Seymour, P.L.L.C.
        Suite 900, Brawner Building
        888 17th Street, N.W.
        Washington, DC 20006-3307
            (202) 785-2145 – Telephone
            (202) 549-1454 – Cell
            (800) 805-1065 – Telecopier

        Steven A. Berger (SB-2038)
        sberger@bergerwebb.com
        Jonathan Rogin (JR-9800)
        jrogin@bergerwebb.com
        Berger & Webb, LLP
        7 Times Square, 27th Floor
        New York, NY 10036
            (212) 319-1900 – Telephone
            (212) 319-2017 and -2018 – Telecopiers

        By: /s/ Richard T. Seymour
            Richard T. Seymour (RS 8094)
            Attorneys for Plaintiff

Dated: July 12, 2012

## Certificate of Service

I certify that I have, this 12th day of July, 2012, served a true and correct copy of Plaintiff's Memorandum in Support of His Consented Motion for Leave to File Documents Under Seal, on counsel of record for defendant, as shown below, by service through the Court's ECF system:

>Cliff Fonstein, Esq.
>Nicholas H. De Baun, Esq.
>Tara Conroy, Esq.
>Seyfarth Shaw LLP
>620 Eighth Avenue
>New York, NY 10018

>/s/ Richard T. Seymour_____
>Richard T. Seymour (RS-8094)
>rick@rickseymourlaw.net
>Law Office of Richard T. Seymour, P.L.L.C.
>Suite 900, Brawner Building
>888 17th Street, N.W.
>Washington, DC 20006-3307
>>(202) 785-2145 – Telephone
>>(202) 549-1454 – Cell
>>(800) 805-1065 – Telecopier