USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/12

Jones, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| DANIEL B. GRAVES, Plaintiff, v. DEUTSCHE BANK SECURITIES, INC., Defendant. | CIVIL ACTION NO. 1:07-cv-05471-BSJ-KNF ECF Case |
|---|---|

# ORDER GRANTING PLAINTIFF'S CONSENTED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, AND TO CORRECT AN INADVERTENT ERROR

This matter comes before the Court on Plaintiff's Consented Motion for Leave to File Documents Under Seal. Upon consideration of the Consented Motion, it appears that the Motion is well taken.

It is therefore hereby ORDERED, that:

1. Plaintiff may file under seal his unredacted Response to Defendant's Rule 56.1 Statement.

2. Plaintiff may file under seal the unredacted Declaration of Richard T. Seymour, with Exhibits 1, 2, 3, 15-45, 49-53, 55-60, 62, 64-65, 67-71, 75, 81-96, and 98-107.

SO ORDERED.

This the 18th day of July, 2012 in New York, New York.

_____
BARBARA S. JONES
United States District Judge

1