Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
DANIEL B. GRAVES,                   :
                                    :
                    Plaintiff,      :   07 Civ. 5471 (BSJ)
                                    :
        - against -                 :
                                    :   USDC SDNY
DEUTSCHE BANK SECURITIES INC.,      :   DOCUMENT
                                    :   ELECTRONICALLY FILED
                    Defendant.      :   DOC #:
                                    :   DATE FILED: 7/19/12
------------------------------------x

## [PROPOSED] ORDER GRANTING DEFENDANT DEUTSCHE BANK SECURITIES INC.'S CONSENTED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

This matter comes before the Court on Defendant's Consented Motion for Leave to File Documents Under Seal. Upon consideration of the Consented Motion, it appears that the Motion is well taken.

It is therefore hereby ORDERED, that:

1. Defendant may file under seal its unredacted Statement in Opposition to Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue to be Tried.

2. Plaintiff may file under seal Exhibits C, E, H, I, J, and K to the Affirmation of Cliff Fonstein in Support of DBSI's Opposition to Plaintiff's Motion for Partial Summary Judgment and Statement of Material Facts to Which There is No Genuine Issue to be Tried.

SO ORDERED.

This the 18th day of July, 2012 in New York, New York.

_____
BARBARA S. JONES
United States District Judge

14611492v.1