

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:07-cv-05471-BSJ-KNF<br><br>ECF Case |

# ORDER GRANTING PLAINTIFF'S CONSENTED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, AND TO CORRECT AN INADVERTENT ERROR

This matter comes before the Court on Plaintiff's Consented Motion for Leave to File Documents Under Seal, and to Correct an Inadvertent Error. Upon consideration of the Consented Motion, it appears that the Motion is well taken.

It is therefore hereby ORDERED, that:

1. Plaintiff may file under seal his unredacted Motion for Partial Summary Judgment and unredacted Statement of Material Facts Not in Dispute.

2. In so doing, plaintiff may correct the inadvertent error in the Statement of Undisputed Facts, ¶ 55, line 7, substituting the name "Elizabeth Chang" for the name "Sun Yung."

2. Plaintiff may file under seal the unredacted Declaration of Richard T. Seymour, with unredacted Exhibits 1, 8, 9, 10, 12, 13, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 30, 31, 32, 34, 35, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.

//

SO ORDERED.

This the \_\_18th\_\_ day of \_\_July\_\_, 2012 in New York, New York.

_____
BARBARA S. JONES
United States District Judge