IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>       Plaintiff,<br><br> v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>       Defendant. | **CIVIL ACTION NO.**<br>**1:07-cv-05471-BSJ-KNF**<br><br>  ECF Case |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  Plaintiff moves for leave to file a Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment, to respond to an argument that was inadvertently left unanswered.

  The proposed Supplemental Memorandum is attached to the accompanying Declaration of Richard T. Seymour, as Exhibit 3.

  In the event that the Court grants plaintiff's Motion, plaintiff's proposed form of Order provides that defendant will have an opportunity to respond to the Supplemental Memorandum.

  WHEREFORE, plaintiff prays that his Motion be granted.

        Respectfully submitted,

        Richard T. Seymour (RS-8094)
        rick@rickseymourlaw.net
        Law Office of Richard T. Seymour, P.L.L.C.
        Suite 900, Brawner Building
        888 17th Street, N.W.
        Washington, DC 20006-3307
            (202) 785-2145 – Telephone
            (202) 549-1454 – Cell
            (800) 805-1065 – Telecopier

        Steven A. Berger (SB-2038)
        sberger@bergerwebb.com
        Jonathan Rogin (JR-9800)
        jrogin@bergerwebb.com
        Berger & Webb, LLP
        7 Times Square, 27th Floor
        New York, NY 10036
            (212) 319-1900 – Telephone
            (212) 319-2017 and -2018 – Telecopiers

        By: /s/ Richard T. Seymour
            Richard T. Seymour (RS 8094)
            Attorneys for Plaintiff

Dated: September 19, 2012

**Certificate of Service**

     I certify that I have, this 19th day of September, 2012, served a true and correct copy of Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment, on counsel of record for defendant, as shown below, by service through the Court's ECF system. I further certify that I have served a copy of the proposed form of Order on the same counsel by e-mail.

          Cliff Fonstein, Esq.
          Nicholas De Baun
          Tara Conroy
          Seyfarth Shaw LLP
          620 Eighth Avenue
          New York, NY 10018

          /s/ Richard T. Seymour_____
          Richard T. Seymour (RS-8094)
          rick@rickseymourlaw.net
          Law Office of Richard T. Seymour, P.L.L.C.
          Suite 900, Brawner Building
          888 17th Street, N.W.
          Washington, DC 20006-3307
              (202) 785-2145 – Telephone
              (202) 549-1454 – Cell
              (800) 805-1065 – Telecopier