Jones, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/25/2012

| | |
|---|---|
| DANIEL B. GRAVES,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK SECURITIES, INC.,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br><br>1:07-cv-05471-BSJ-KNF<br><br>ECF Case |

# ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on Plaintiff's Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment. Upon consideration of the Consented Motion, it appears that the Motion is well taken.

It is therefore hereby ORDERED, that:

1. Plaintiff may file his Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment.

2. Defendant may file its response pursuant to Local Civil Rule 6.1(b).

SO ORDERED.

This the 25th day of Sept., 2012 in New York, New York.

_____
BARBARA S. JONES
United States District Judge

1