UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12
```

-----------------------------------------------------------X
DANIEL P. GRAVES,

       Plaintiff,       07 CIVIL 5471 (BSJ)(KNF)

   -against-         **JUDGMENT**

DEUTSCHE BANK SECURITIES, INC.,
      Defendant.
-----------------------------------------------------------X

  Defendant having moved for summary judgment, Plaintiff have moved for partial summary judgment and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on November 30, 2012, having rendered its Memorandum and Order granting Defendant's motion for summary judgment, denying Plaintiff's motion for partial summary judgment as moot, and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated November 30, 2012, Defendant's motion for summary judgment is granted; Plaintiff's motion for partial summary judgment is denied; and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
    November 30, 2012          **RUBY J. KRAJICK**
                    _____
                    Clerk of Court
              BY:
                    Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____